# UNITED STATES DISTRICT COURT
## District of Kansas

Christopher A. Erwin
_Plaintiff/Petitioner_

### APPLICATION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### AND AFFIDAVIT BY A PRISONER

Jeff Zmuda (along with other defendants) (see attached)
_Defendant/Respondent_

### CASE NUMBER     22-3170-JWL-JPO

I, Christopher A. Erwin declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Lansing Correctional Facility
   Are you employed at the institution?     NO
   Do you receive any payment from the institution?     NO
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the
   past **six** months' transactions . (attached) Trying to get more but accounting not yet responding. Still trying.

2. Do you have **any** cash or checking or savings accounts? ☒ Yes ☐ No

   If "Yes," state the total amount. Approximately $68

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

If "Yes," describe the property and state its value.

I declare under penalty of perjury that the above information is true and correct.

Signed at: ~~Ellsworth~~ Lansing ~~Concho~~ Correctional Facility ___Christopher A. Cowee___
(Location)                                                    (Signature)

8/15/2022    ~~_____~~    __123078__
(Date)                                       (Inmate Number)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.