```
4/21/2022              15:55:49          Kansas Department of Corrections         PGM - BKR0050B        Page    1
                                              Inmate Account Statement
```

Inmate:   0123078 ERWIN,CHRISTOPHER,ADAM

|  | Total Deposits | Average Cash Balance* | Average Forced Savings[1] Balance* | Average Mandatory Savings[2] Balance*** |
|---|---|---|---|---|
| October: | .00 | 95.70 | 437.67 | .00 |
| November: | .00 | 39.96 | 437.67 | .00 |
| December: | .00 | 8.77 | 437.67 | .00 |
| January: | 5.00 | 8.83 | 437.67 | .00 |
| February: | .00 | 6.82 | 408.42 | .00 |
| March: | .00 | 5.78 | 398.67 | .00 |
| Total all Months: | 5.00 | 165.86 | 2557.77 | .00 |
| Average for Preceding Months:** | 5.00 | 27.64 | 426.30 | .00 |
| Current Available Balance as of 4/21/2022: |  | .00 | 398.67 |  |

*NOTE:     The average balance is calculated from the account data for the inmate
           location at the time interest is posted to his/her account for cash,
           forced savings, and mandatory savings.

**NOTE:    Average balance for preceding months is calculated from only
           months for which interest has been posted.

***NOTE:   Mandatory savings cannot be spent on court costs or attorney
           fees pursuant to statute and the Kansas Department of Corrections policy.

This is to certify that this statement represents a true summary of deposits and average daily balances for the period shown. The current balance of available funds is as reflected in the above statement.

Certify Correct:                              *Jessica Ramsdell*  04/21/2022
KANSAS DEPARTMENT OF CORRECTIONS              Signature of Authorized    Date
714 SW Jackson, Suite 300
Topeka                    KS  66603-0000      Accountant I
                                              Position

---

[1] Forced Savings is established per Internal Management Policy and Procedure 04-103.
[2] Mandatory Savings is established per K.S.A. 75-5268 1(g).