United States District Court
District of Kansas

Christopher Adam Erwin

Plantiff,

vs.                          Case No: 5:22-CV-03170-JWL-JPO

Jeff Zmuda, et al,

Defendants.

Declaration in Support of Plantiff's Motion for
a Preliminary Injunction

Christopher Adam Erwin states:

A) I am the plantiff in this case, I make this
declaration in support of my motion for a
preliminary injunction to ensure I recieve
my necessary medical care and medical diet as
a Type I Diabetic prisoner at El Dorado
Correctional Facility in El Dorado, Kansas.

B) As set forth in the Complaint in this case,
my civil rights were, and are continuing to be,
violated by Kansas Department of Corrections
officials, Aramark food service employees, and
Centurion medical staff.

C) The defendants listed in the Complaint have
violated, and many are continuing to violate, my 8th

PS3

ammendment rights under the U.S. Constitution.

D) I am an insulin dependant, and very brittle, Type 1 Diabetic prisoner at Lansing Correctional Facility in Lansing, KS. Operated by the Kansas Department of Corrections.

E) These violations occurred, as it relates to this case, from September, 2020 to the date of filing on August 15, 2022 and continue.

F) Additional violations of my civil rights, including my 8th ammendment rights Under the U.S. Constitution have occurred after the date of filing on August 15, 2022 and sadly I have good reason to believe will continue unless this court grants this preliminary injunction.

G) These violations are a continuing threat to my health and safety and urgently need to be stopped.

Pg 4

For the reasons set forth previously in this motion, the plantiff is entitled to a preliminary injuction requiring the defendants including SOC Jeff Zmuda, FSD Rachel Hollingshead, HSA Kim Tilson, and Warden Cheeks to...

At Bare Minimum, I need the following to adequately control my blood sugars as a brittle, type I, insulin-dependant, diabetic currently in KDOC custody: (Pt's 1-4)

Pt. 1) Regular, consistent, timing of my accucheck, & insulin, at breakfast, lunch, dinner, and H.S..

Currently, KDOC has set, per my cell house rules, those times as 4am for breakfast, 10am for lunch, 4pm for dinner, and 9pm for H.S. I need timing, whatever KDOC sets, to be within +/- 30 minutes of those set times for my safety and to be able at a bare minimum to control my blood sugars.

No less than 5 hours can pass between meals or between dinner and H.S. No more than 7 hours can pass between meals or dinner and H.S. This is for my safety and is medically necessary.

Pt. 2) Meals to be served to me at the same time as insulin +/- 10minutes, including my diet sack at dinner.

pg. 6

Pt. 3) Proper diabetic meals per my prescribed medical diet (currently 2200 w/ snack sack) that conform to the approved diabetic menu in such a way as to ensure I am never shorted any item on my menu. If a mistake is made I need for Aramark to correct it within 30 minutes max of me recieving my insulin to ensure I do not suffer a dangerous hypoglycemic reaction. Also, to regulate dosing of my insulin, I need carb info for each item on my menu.

Pt. 4) Shelf stable protein in my diet sack served at dinner every night, without exception, in the amount detailed on my approved diet snack sheet (currently 2oz). This is very medically necessary.

Pt. 5) RE Why I need Pt. 1 to control blood sugars and Pt. 2 to control blood sugars:

i) "Causes of High Blood Glucose: Short time between meals and snacks"... "Causes of Low Blood Glucose: Too long between meals or snacks" ((Source: Centurion Patient Education; doc titled High and Low Blood Sugar (Hyperglycemia & Hypoglycemia) Symptoms and Causes))

ii) "Eat three small meals and a snack consistently

and around the same time each day. Try not to go
longer than four to six hours without eating."
(Source: Centurion Patient Education; doc titled
Steps to Manage Your Diabetes)

* Type I's need to eat every 3 hours. Type 2's 4 to 6 hours *

iii) "If you have a special diet ordered, stick to
the special diet and try not to cheat. Healthcare
staff will help you understand how to make better
choices based on the food available to you."
(Source: Centurion Patient Education; doc titled
Steps to Manage Your Diabetes)

iiii "Lantus (Glargine) starts working 1 to 2 hours after
injection, doesn't peak, and lasts 21 to 24 hours.
(Lantus)... must be given as a separate shot. Lantus
should be taken at about the same time of the day."

"Regular Starts working 30 to 45 minutes after injection,
peaks from 2 to 4 hours after injection, lasts 5 to 6
hours after injection"

"Humalog (Lispro) Starts working 5 to 15 minutes after
injection, peaks 20 minutes to 1 1/2 hours after injection,
lasts 3 to 4 hours after injection."

p.98 "NPH Starts working 1 to 1 1/2 hours after injection,

peaks 6 to 10 hours after injection, lasts 14 to 16 hours after injection."

(Source: doc titled More About Insulin; www.Diabetes Health.com)

iiii) "Semglee (Glargine) dosage will vary by patient. Semglee should be administered at the same time every day."

(Source: doc titled Insulin Chart; www.straight healthcare.com)

iiiiii) "Timing of meals and snacks must be coordinated with medication administration as needed to minimize the risk of hypoglycemia..." (Source: Nutrition And Food Services, American Diabetes Association Diabetes Care, Diabetes Management in Correctional Institutions)

iiiiiii) "Use insulin at the same time each day, as directed by the doctor"
"Be consistent. Meals and snacks should be eaten at the same time each day. Do not skip meals and snacks. Keep the amount and types of food (carbohydrates) consistent

from day to day."
"Insulin use should be part of the
meal plan. Understand how to time meals
for when insulin will start to work in
your body."
(Source: Diabetes Institute @ University
of Florida; Type 1 Diabetes Nutrition;
https://diabetes.ufl.edu/outreach/resources
/nutrition/type-1-diabetes/)

iiiiiiii) "Eat at regular times, and don't skip meals"
(source: CDC; What else can I do to help
manage my blood sugar levels? )

iiiiiiiii) "People taking insulin should be counseled on the
importance of balancing food and beverage intake
with timing and dosing of insulin." (source:
Putting It All Together For Type 1 Diabetes and Those
On Insulin; https://www.ncbi.nlm.nih.gov )
From National Institutes of Health.

"Synchronize insulin with meal times based on the
action time of the insulin(s) used." (source: Special
Considerations for PWD Treated with Intensive Insulin
Regimens; https://www.ncbi.nlm.nih.gov )

pg. 10

"1. Don't skip or delay meals or snacks. If taking insulin or oral diabetes medication, be consistent about the amount eaten and the timing of meals and snacks."

"3. Measure medication carefully, and take it on time." (Source for #1 and #3 listed above: Special Considerations; Prevention of Hypoglycemia; https://www.ncbi.nlm.nih.gov)

"The greatest risk for hypoglycemia results when the peak insulin action does not coincide with the peak postprandial glucose. For example, the longer duration of action of regular insulin may lead to increased risk of late postprandial hypoglycemia, compared with rapid-acting insulin analogs, which peak closer to meal consumption." (Source: Timing of Insulin and Meals; https://www.ncbi.nlm.nih.gov)

"VII. Establishing Meal Schedules ... B.) Each facility shall establish routine meal service schedules consistent with the policy established by this IMPP. 1) With the exception of variations for weekend or holiday service schedules approved by the Deputy Secretary of Facilities Management or Deputy Secretary of Juvenile Services, at least three (3) meals (including two [2] hot meals) shall be

<u>Served</u> at <u>regular</u> <u>times</u> during each 24-hour period, with no more than 14 hours between the evening meal and breakfast." (Source's KDOC IMPP 10-106 D pg. 6 of 7)

For my cell house, the KDOC cell house rules specifically say meals are to be served at, "4am for breakfast", "10am for lunch", and "4pm for dinner".

Per former DON Delperdang in a Form 9 response to me @ EDCF, "H.S. is at 9pm".

So, given what I normally need medically which is 3 meals, 3 snacks, per day, eating every 3 hours at latest to ensure I don't have a hypoglycemic reaction, I need for those cell house rules to be followed strictly.

My 25+ years experience as a Type I, my advice from Dr. Lamont Bloom who is an endocrinologist and my diabetes specialist from June 2003 to October 2019 when I got locked up, the initial diabetic education I recieved at Wesley Medical Center in Wichita, KS in March 1997 over 4, weekly classes from a licensed

dietician at Wesley, specializing in diabetes
and the RN's caring for me from 2/28/1997
to 3/2/1997 while hospitalized upon initial
diagnosis at Wesley, I need 3 meals
and 3 snacks timed so when I am
awake I eat every 2.5 - 3 hours.
This is still true today as it has been
for over 25 years.

Given that KDOC IMPP 10-106D says times
are to be regular, no more than 14 hours
from dinner to breakfast, times of meals
per my cell house rules set at 4am,
10am, 4pm, and H.S. set by DON
Delperdang per form 9 response I received
in the fall of 2021 @ EDCF stating H.S.
should be done at 9pm, that's how
I came up with my requested times while
balancing it w/ what I need medically.
It's far from ideal. My ideal is as follows:
Breakfast @ 6am, snack @ 8:30am, lunch @
11am, snack @ 1:30pm, dinner @ 4pm, snack
@ 6:30pm, H.S. @ 9pm. However, this is
prison so I compromised while still taking
into account my safety. So I am only
asking for breakfast @ 4am +/- 30mins,

pg. 3

10am +/- 30mins, dinner @ 4pm +/- 30mins,
H.S. @ 9pm +/- 30mins. That'd be good
enough. Problem is I can't tolerate more
than 3 hours distance between meals
and snacks, why? My body. Diabetes
is highly individualistic. I have no way
of independently confirming this other
than my blood sugar history which is
attached. As you can see from the
history I need consistency of timing
of meals and insulin and snacks, among
other things such as proper carb info and
shelf stable protein for snacks.

Pt. 6) RE: Why I need Pt. 3 to control blood sugars:
. ) (Proper meal, mistakes fixed quickly, carb info for each item)
L ) My medically prescribed diet has been in place since I came
into KDOC custody on 11/13/2019. The diet sheets
were last amended in the fall of 2020 per the
diet sheets themselves printed on every sheet at bottom.
The ACS MNT Manual has been in place since 10/2019.
There are 105 separate diet sheets (one for each meal
of the week on 5 week rotating menu), 2 sheets
detailing a cold sack lunch when served, and 1
Diet Snack sheet for my evening snack sack.
All of this is from the ACS MNT Manual.
(see Appendix A for examples)

ii) "Timing of Insulin and Meals": "The greatest risk for hypoglycemia results when the peak insulin action does not coincide with the peak postprandial glucose ... ... In addition, when the pre-meal insulin dose is too large for a particular meal relative to its CHO (Carbohydrate) content, hypoglycemia can result. Such a mismatch may occur due to errors in estimating CHO or food intake in PWD (patient with diabetes) on multiple daily injections (MDI) or on insulin pumps. Insulin calculations can be based on exchanges, carbohydrate counting, or predefined, set menus ... Whatever regimen is employed it must be individualized to the PWD."
(Source: Nutritional Recommendations for Individuals with Diabetes; https://www.ncbi.nlm.nih.gov ; page 26)

iii) "Carbohydrate Counting: Carbohydrate (CHO) from any food affects blood glucose levels. Monitoring Carbohydrate whether by Carbohydrate counting, using the exchange method, or experience—based estimation, remain an important strategy used in timing of medication administration and improving glycemic control. CHO counting methodology is based on the concept that each serving of CHO equals approx. 15gms of CHO... Men may need 4-5 choices (60-75grams) of CHO at each meal. This number

could vary more or less depending on individual calorie needs, medication, and level of physical activity. Carbohydrate counting is a tool that can be taught to motivated PWD, so they can more easily estimate the amount (grams) of CHO in a particular food. Furthermore, setting a target CHO intake for each meal allows the PWD to more easily match their CHO intake to the appropriate mealtime insulin dose."
(Source: Nutritional Recommendations for Individuals with Diabetes ; https://www.ncbi.nlm.nih.gov ; pg. 19)

iii) "Diabetes Meal Planning:

Counting Carbs: Keeping track of how many carbs you eat and setting a limit for each meal can help keep your blood sugar levels in your target range. Work with your doctor or a registered dietician to find out how many carbs you can eat each day and at each meal..."

"Carb Counting (Different section than above but same website):
Many people with diabetes count carbs to make managing blood sugar easier, which can also help them: Stay healthy longer, feel better and improve their quality of life, prevent or delay diabetes complications such as kidney disease, eye disease, heart disease, and stroke. If you take mealtime

insulin, you'll count carbs to match your insulin dose to the amount of carbs in your foods and drinks."

How are carbs measured? Carbs are measured in grams... For diabetes meal planning, 1 carb serving is about 15 grams of carbs. This isn't always the same as what you think of as a serving of food. For example, most people would count a small baked potato as 1 serving. However, at about 30 grams of carbs, it counts as 2 carb servings."

How many carbs should I eat? On average, people with diabetes should aim to get about half of their calories from carbs... Try to eat about the same amount of carbs at each meal to keep your blood sugar levels steady throughout the day..."

"How can I find out more about carb counting? Talk with your dietician about the right amount of carbs for you, and be sure to update your meal plan if your needs change..."
(source of above 5 paragraphs: Centers for Disease Control (CDC); last updated April 28, 2021 but don't have web address for you)

iiiii) "University of Florida Diabetes Institute: Type 1 Diabetes Nutrition: If you have type 1 diabetes, it is important to know how many carbohydrates you eat at a meal. This information helps you determine how much insulin you should take with your meal to maintain blood sugar (glucose) control."

... "The amount of carbohydrates you eat at each meal will determine how high your blood sugar rises after the meal. ... A delicate balance of carbohydrate intake, insulin, and physical activity is necessary for the best blood sugar (glucose) levels. ... If the three factors are not in balance, you can have wide swings in blood sugar (glucose) levels."

"Recommendations: A registered dietician can help you best decide how to balance your diet with carbohydrates, protein, and fat."
(source: https://diabetes.ufl.edu/outreach/resources/nutrition/type-1-diabetes/ )

iiiiii) ACS MNT Manual as of 10/2019 Diabetic/Calorie Controlled Diet:
"Purpose/Indication: To maintain or achieve ideal body weight with consistency in calorie, protein, carbohydrate, and fat levels for each meal based

upon diabetic exchanges (pg. 25)...
In Appendix A of this motion,
I included the "Food Lists For Diabetes" on ACS
page 26 which shows the exchange matrix.
It shows Carbs for each choice as "One (1)
Choice = One (1) Standard portion".
However, it doesn't explain what constitutes
a standard portion. When I asked in many
grievances, detailed in my complaint, Aramark
FSD's, AFSD's, Dietician, and KDOC
administrators refused to explain to me how
to use the exchange and refused to answer
my questions about what constituted a
standard portion. Not knowing this makes this
exchange useless. For 2/3 cup pasta, how many standard
portions is that? The matrix doesn't say, nor the diet sheets.
On page 28 of the ACS MNT Manual, my "2200
Diabetic Meal Pattern (3 hot meals)" is listed.
They say, "Breakfast 80-85g CHO, lunch
85-100g CHO, Dinner 85-100g CHO,
Snack 45-60g CHO, Totals: 295-345g CHO."
A note at bottom says: "Physicians, medical
practitioners, and insulin-dependent diabetics
can utilize the carbohydrate grams in order
to calculate appropriate dosage and timing
of medication". Also it says, "Most meals

Will fall within the ranges above though there
may be a few exceptions as the regular menu
is used as a base".

This means they know full well the ranges are
very crude and they know we need that accurate
info to match carbs to insulin but still
didn't give me how many carbs are in each
Item on menu or even answer my question
about how to determine a standard portion
so I can use their exchange method.
This is exceptionally dangerous. One unit of
insulin can cover 4-10 carbs depending on the
diabetic. I believe, via educated guess, my
carb to insulin ratio is 4-6g per unit of insulin.
Not knowing carb info for each item on menu
means I can't figure out my carb → insulin
ratio. My sugars as a result can and do vary
like crazy. If my ratio is 5g CHO per
unit of insulin for example, being off 5g CHO
can affect my blood sugars 40-50points /
If I was at 100mg/dl before a meal being
5gCHO off can drop me to 50mg/dl and I
can go into a coma. So the ACS MNT's
ranges of "85-100" and snack such "45-68"
can kill me. I need to know CHO for each item.
Medical staff tell me they don't know CHO info btw.

Only Aramark's Dietician has the CHO info and has to date refused to tell me what it is or how to use the exchange so I know what is a standard portion. I explained those details in my complaint. Medical doesn't have that carb info at all they said.

"Diabetes Education Online: Diabetes Teaching Center at the University of California, San Francisco: Goals of Medication:
The ADA (American Diabetes Association) Guidelines for blood glucose control are:
A1c (measures your average blood glucose control over the previous 3 months) = <7.0%"
This means an avg. blood sugar of 154 mg/dl or less.
"Before Meal Glucose Level = 70-130 mg/dl
After Meal Glucose Level = < 180 mg/dl "
(Source: http://dtc.ucsf.edu/types-of-diabetes/type1/treatment-of-type1-diabetes/medications-and-therapies/goals+of-medication/)

CDC's guidelines for "Manage Blood Sugar:
What Are Blood Sugar targets: A blood sugar targets is the range you try to reach as much as possible. These are typical targets:
Before a meal: 80 to 130 mg/dL.
Two Hours after the start of a meal: Less than 180 mg/dl."

Pg. 21

iiiiiii) Calculating Insulin Dose: I included pages 1 - 8 off the "Calculating Insulin Dose" section of Univ. of Cali, San Francisco's Diabetes Education Online website in Appendix B of this motion.
The point of this is to show how I calculate insulin from CHO. I need accurate CHO info to do this. I need accurate portioning to do this. I need my proper diet to do this. I can use methods for estimating portions but there is no substitute for accurate CHO info. This explains that very well.
(Source: https://dtc.ucsf.edu/types-of-diabetes/type1/treatment-of-type-1-diabetes/medications-and-therapies/type-1-insulin-therapy/calculating-insulin-dose/ # coverage)

iiiiiiii) In Appendix C of this motion I included blood sugar analysis for my blood sugars in EDCF and LCF up through 5/24/22 and also the raw data for blood sugars, insulin, diet issues, for a period of 90 days from 5/25/22 to 8/22/22. I also included Form 9 grievances in the last week or so to show this is still ongoing and will continue until this court grants me my prayers for emergency relief. This data relates to Pt.'s # 1, 2, and 3 as well as Pt. 4 too).

Pt. 7) RE Why I need Pt. 4 to control blood sugars:

i) I alerted ACS staff, KDOC staff, Centurion Medical staff, ACS Dietician, so on to my needs for a shelf stable protein for my snacks based on my type 1 diabetic needs (undisputed for all type 1's outside this prison system btw) and due to our unique prison conditions excluding us from access to adequate refrigeration/ice to keep non shelf stable protein at safe food temps. I did this over and over and to no avail. This is detailed in my complaint. To date, they all refuse to help me get shelf stable protein in my snack sack at dinner even 20% of the time, let alone 100% of the time, putting me at extreme health risks and continuing to cause (since 9/9/21 and ongoing) scrotal swelling per 1/25/22 appt, Dr. Davis, Wichita Urology

ii) Appendix A shows on page 27 of the ACS MNT Diabetic/Calorie Controlled Diet my evening snack as: 2 ounces meat/meat alternative, 2 slices bread, 1 serving of fruit.
Per the askerik, it defines meat/meat alternative as 2oz Turkey, 2 hardcooked eggs, or 2oz peanut butter and says peanut butter contains 6 grams of carbohydrates. It also says, "
Pg. 23 | Blood Glucose Control: The diet provided is

not the only factor that can contribute to blood glucose levels. Other factors include medication amounts/timing, exercise, and foods provided through sharing, commissary, Fresh Favorites."

It should be noted, I am in Long term segregation, alone in my cell, am totally isolated, I never share food, I am indigent, and don't have access to canteen, and haven't for 90% of the time I have been incarcerated for various reasons, and I am totally dependent on Aramark meals and my snack sack. I am also at the mercy of Aramark, Centurion, and KDOC for timing of meals and insulin and more so than others since 2/13/2022 due to being on MRA (More Restricted Area) / OSR (Other Security Risk) which says a Lieutenant, 2 Shakedown officers, and a video camera must be present for all my acuchecks/insulin/meal delivery.

iii) Throughout this motion I cited various sources indicating the need for snacks as well as meals during the day and night to control blood sugars to prevent lows and highs and prevent short-term & long term complications including stroke and coma and death. Type 2

diabetics only need a snack at bed mostly but it depends on their specific situation. Type 1's need snacks not only at bedtime but in between each meal to prevent lows, the biggest risk to us because we take synthetic insulin; the chief side-effect of insulin is low blood sugar so snacks are needed. This was cited by the inventors of insulin back in 1922 and is as undisputed in the medical field as gravity in physics. What is not certain is what each individual diabetic needs due to unique nature of how type 1 & 2 is managed. So, it must be tailored to meet the needs of each diabetic. For 23 years prior to prison I needed 3 meals and 3 snacks each day. I was taught this in the Wesley hospital in Wichita, KS by RN's, doctors, and a licenced dietrician who taught me every Monday for 1 month on how to manage my disease (in Feb/March 1997). I know my disease. I just need access to the tools (Pt's 1-4) to manage it but have thus far been denied. Critically, I need shelf stable protein because we don't have refrigerators and not enough access to ice. Also, it is essential for blood sugar control.

iiii) "How do glucose levels change overnight?
A person's blood sugar levels change during the
night, mainly, because of two processes:

The dawn phenomenon. Between roughly 3:00 am
and 8:00 am, blood sugar levels surge as part
of the process of waking up. This causes
high blood sugar levels in the morning.

The Somogyl effect. Glucose levels drop
significantly between 2:00 am and 3:00 am.
The body responds by releasing hormones
that raise blood sugar levels again. It
can release too much of these hormones,
leading to high blood sugar levels in the
morning.

Eating a bedtime snack can prevent blood
glucose levels from dropping very low during
the night and lessen the Somogyl effect. "

"Best snacks before bed: The best snacks
for each person will depend on how the body
responds to the dawn phenomenon and the
Somogyl effect..."

Which are the best bedtime snacks for diabetes?

Per Jenna Fletcher, Reviewed by Katherine Marengo LDN, RD: "A high protein, low fat snack before bed may help people with diabetes stabalize their blood sugar levels overnight". (Source: The Centers for Diabetes and Endocrine Care & https://diabetesendocare.com/which-are-the-best-bedtime-snacks-for-diabetes/)

iiiii) It should be noted, those snacks (high protein, low fat) also help with stabalizing sugars for type 1's during the day. Most literature focusses on Type 2's but type 1's are different in that we need more snacks, not just before bed. The Aramark Dietician knows, or should know since they are licensed, that we can't just do a late night snack. We need a snack between each meals. So, this means perishable meat in our diet such we only get once a day at dinner is a direct risk to us due to food borne illness since we have no way to keep at safe temps. Per KDHE food safety guidelines, and every county health department in the USA, ice baths must be changed every 2 hours to keep food cold at safe temps which are under 40°F for refrigerated foods per the CDC's

Centers for Disease Control °: Food Safety:
Foodborne Germs and Illnesses °: Foodborne
Illness: What Consumers Need to Know °:
The "Danger Zone" (off CDC website)."

"CDC estimates that each year 48 million
people get sick from a foodborne illness,
128,000 are hospitalized, and 3,000 die."

"Do I Have Food Poisoning?
Common symptoms of foodborne diseases are
nausea, vomitting, stomach cramps, and
diarreha... Symptoms can sometimes be severe,
and some foodborne illnesses can even be
life-threatening. Although anyone can get a
foodborne illness, some people are more likely
to develop one. Those groups include:
Older adults, Young children, People with
immune systems weakened from medical
conditions, such as diabetes, liver disease,
kidney disease..."

"The 'Danger Zone'°: Bacteria multiply
rapidly between 40°F and 140°F. To keep
out of this 'Danger Zone', keep cold food
cold and hot food hot. Store food in the
refrigerator (40°F or below) or freezer (0°F

or below). Cook food to a safe minimum internal temperature... 165°F as measured with a food thermometer. When reheating cooked food, reheat to 165°F. Maintain hot cooked food at 140°F or above."

"Why keep food cold? Harmful bacteria multiply rapidly in the 'Danger Zone' — the temperatures between 40 and 140°F. So, perishable food transported without an ice source won't stay safe for long... Perishable food (refrigerated), including meat, poultry, and eggs, must be kept cold at all times... Food should not be left out at room temperature more than 2 hours."

Dinner is at 4pm +/- 1 or 2 hours. Snacks are needed 3hrs after just fyi.

iiiiii) I have figured out how to make the currently approved snack sack work for me but only if I get the 2oz of peanut butter allowed per the diet (or some other shelf stable protein). So far, the ACS Dietician, Aramark FSD and AFSD's, and KDOC and Centurion have refused to change the snack sack for me so I can get 2oz PB instead of 2oz perishable meat. They have never told me why. They just refuse to fix it and don't directly address it in my grievances over nearly 3 years since 12/14/2019 when I first grieved via form 9 to AFSD Julie Hay @ EDCF.

My horrible blood sugars reflect how bad this is for me.

# Appendix A

1) pg. 25, 26, 27, 28, and 29 of the ACS MNT : Diabetic / Calorie Controlled Diet. Pg. 27 has the diet snack info we get at dinner.

2) ACS MNT Diet sheets for all 3 hot meals Tuesdays on Week 1 (there are 5 weeks). I am on the 2200.

3) Cold Sack lunch menus : Meat and one for Peanut Butter. (As of last week we no longer get cold sack lunches. Now all 3 meals are hot).

## DIABETIC/CALORIE CONTROLLED DIET

<u>Purpose/Indication:</u>  To maintain or achieve ideal body weight with consistency in calorie, protein, carbohydrate, and fat levels for each meal based upon diabetic exchanges.

**For Residents:**

1. With Type 1 (Insulin Dependent) diabetes mellitus or Type 2 (Non-insulin Dependent) diabetes requiring strict blood sugar control

2. Who are highly self-motivated and extremely obese

<u>Nutritional Description:</u>  Approximately 50-60% carbohydrates, 15-20% protein, and 25-35% fat. Sodium level is below 3000 milligrams, if individual does not add salt (salt is not offered as a part of these calorie controlled diets).  Limited in trans fat.

The 1800 calorie diabetic/calorie controlled diet may be low in Vitamin A and supplementation is recommended. For women Iron may not be at 100% of the DRI therefore supplementation is recommended. Iron is adequate for men.

*Patterns incorporating a cold breakfast, lunch and/or dinner meal may be higher in sodium and/or calorie content.*

<u>Restrictions/Modifications:</u>  Refer to menu pattern provided on the diet sheets



## FOOD LISTS FOR DIABETES

Meals are planned using four different categories or groups of foods. Foods within each group are similar in calorie, protein, carbohydrate, and fat level. This similarity allows meals to be patterned by specified numbers of standard portions for each food group. The pattern is defined into actual menu items by *exchanging* the similar food items within each food group for each meal.



The four groups include:     Carbohydrates          Proteins
                             Fats                   Alcohol

### ONE (1) CHOICE = ONE (1) STANDARD PORTION

**The Diabetic/Calorie Controlled Diet offers a specified amount of syrup on the diet plans when on regular menu. *1 Tablespoon or ½ oz of regular pancake syrup is counted as 1 choice (15 grams of carbohydrate)*



### FOOD LIST FOR DIABETES

(Revised 2014, American Diabetic Association and the American Dietetic Association)

| Food List | Carbohydrates (grams) | Protein (grams) | Fat (grams) | Calories |
|---|---|---|---|---|
| **Carbohydrates** | | | | |
| Starch: breads, cereals and grains, starchy vegetables, crackers, snacks and beans, peas and lentils | 15 | 3 | 1 | 80 |
| Fruits | 15 | -- | -- | 60 |
| Milk | | | | |
|   Fat-free, low-fat, 1% | 12 | 8 | 0-3 | 100 |
|   Reduced-fat, 2% | 12 | 8 | 5 | 120 |
|   Whole | 12 | 8 | 8 | 160 |
| Sweets, Desserts, and Other Carbohydrates | 15 | varies | varies | varies |
| Nonstarchy Vegetables | 5 | 2 | -- | 25 |
| **Proteins** | | | | |
|   Lean | -- | 7 | 2 | 45 |
|   Medium-fat | -- | 7 | 5 | 75 |
|   High-fat | -- | 7 | 8 | 100 |
|   Plant-based proteins | varies | 7 | varies | varies |
| **Fats** | -- | -- | 5 | 45 |
| **Alcohol** | varies | -- | -- | 100 |



\* Protein calculations used in diabetic patterns are based on choices and a composite of our specific products

## DIABETIC/CALORIE CONTROLLED DIET (Continued)

The Diabetic/Calorie Controlled Diet is offered at four calorie levels, 1800, 2200, 2500 and 2800 calories, and includes three meals and the evening snack. The evening snack for all calorie levels consists of:

| Evening/PM Snack | |
|---|---|
| Meat/meat alternate* | 2 ounces |
| Bread | 2 slices |
| Fruit | 1 serving |

\* 2 oz meat/meat alternate = 2 oz Turkey, 2 hardcooked eggs or 2 oz of peanut butter
*(Peanut butter contains 6 grams of carbohydrate per 1 oz)*

## Additional Considerations

Blood glucose control
The diet provided is not the only factor that can contribute to blood glucose levels. Other factors include medication amounts/ timing, exercise, and foods provided through sharing, commissary, Fresh Favorites, etc.

Suggestions for reducing blood glucose levels are:
- ordering a lower calorie level
- restricting the individual from commissary purchases or closely monitoring their purchases
- monitoring food intake to avoid food sharing/swapping

Snack Consideration
The 1800, 2200, 2500 and 2800 calorie diabetic patterns are based on 3 meals and an evening/PM snack. *If the snack is not served, calories and carbohydrate distributions change.*

Artificial Sweeteners/Sugar Substitutes in diabetic individuals who are pregnant
A combined pregnancy/diabetic diet would require a special pattern from the dietitian. The use of FDA approved sweeteners during pregnancy is allowed with the exception of saccharin. As sugar substitute may be on the menu and may be saccharin, non-nutritive sweeteners (saccharin, aspartame or NutraSweet, Splenda, etc.) should not be served on pregnancy diets. Bulk fruit drink contains saccharin and should not be served to pregnant females. Foods/beverages containing saccharin may be purchased through commissary and Fresh Favorites. Recommend monitoring intake and possibly restricting food purchases.





**1800 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|-------|-----------------------|
| Breakfast | 55-60 |
| Lunch | 55-65 |
| Dinner | 60-75 |
| Snack | 45-60 |
| Totals: | 215-260 |

**2200 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|-------|-----------------------|
| Breakfast | 80-85 |
| Lunch | 85-100 |
| Dinner | 85-100 |
| Snack | 45-60 |
| Totals: | 295-345 |



**2500 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|-------|-----------------------|
| Breakfast | 95-100 |
| Lunch | 90-105 |
| Dinner | 90-105 |
| Snack | 45-60 |
| Totals: | 320-370 |

**2800 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|-------|-----------------------|
| Breakfast | 110-120 |
| Lunch | 110-125 |
| Dinner | 110-125 |
| Snack | 45-60 |
| Totals: | 375-430 |



Note: Physicians, medical practitioners and insulin-dependent diabetics can utilize the carbohydrate grams in order to calculate appropriate dosage and timing of medication.

**Most meals will fall within the ranges above though there may be a few exceptions as the regular menu is used as a base**

28

# References – Diabetic/Calorie Controlled Diet

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 1: Nutrition Prescription. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lv1=5517&lv2=18399&ncm_toc_id=18399&ncm_heading =Nutrition%20Care. Accessed October 6, 2014

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 2: Nutrition Prescription. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lv1=5517&lv2=18469&ncm_toc_id=18469&ncm_heading =Nutrition%20Care. Accessed October 6, 2014

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 1: Meal Planning. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lv1=5517&lv2=18399&ncm_toc_id=18399&ncm_heading =Nutrition%20Care. Accessed October 6, 2014

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 2: Meal Planning. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lv1=5517&lv2=18469&ncm_toc_id=18469&ncm_heading =Nutrition%20Care. Accessed October 6, 2014

Executive Summary: Standards of Medical Care in Diabetes-2010. *Diabetes care*, Vol. 33 Suppl 1 (January 2010). http://care.diabetesjournals.org/content/33/Supplement_1/S4.full.pdf+html. Accessed July, 26 2010.
Diabetes Management in Correctional Institutions-2009. *Diabetes care*, Vol. 32 Suppl 1 (January 2010). http://care.diabetesjournals.org/content/32/Supplement_1/S73.full.pdf+html. Accessed July, 26 2010.

*Choose Your Foods: Exchange Lists for Diabetes*, 2014: Description and Guidelines for Use. American Diabetic Association and the American Dietetic Association. Madelyn L. Wheeler, MS, RD, FADA, Anne Daly, MS, RD, Alison Evert, MS, RD, Marion J. Franz, MS, RD, Patti Geil, MS, RD, FADA, Lea Ann Holzmeister, RD, Karmeen Kulkarni, MS, RD, Emily Loghmani, MS, RD, Tami A. Ross, RD, Pamela Woolf. June 2014

"Reproduction of the Exchange Lists in whole or part, without permission of The American Dietetic Association or the American Diabetes Association, Inc. is a violation of federal law. This material has been modified from *Choose Your Foods: Exchange Lists for Diabetes*, which is the basis of a meal planning system designed by a committee of the American Diabetes Association and The American Dietetic Association. While designed primarily for people with diabetes and others who must follow special diets, the Exchange Lists are based on principles of good nutrition that apply to everyone. Copyright © 2014 by the American Diabetes Association and The American Dietetic Association."

The Academy of Nutrition and Dietetics. Position of the American Dietetic Association and American Society for Nutrition Joint Position: Obesity, reproduction, and pregnancy outcomes. *J Am Diet Assoc.* 2009;109:918-927

*For Diets using the Diet Menu, please use the following products as indicated below:*
*Dry Cereal (unsweetened), Hot Cereals (made without added fat or sugar), Scrambled Eggs (egg mix only- no sauce or seasonings added), Scratch Pattie or crumble (cooked weight pattie made with mechanically separated chicken or soy granules)*

BCSC

# DIET SHEET
## No added margarine, salt or pepper

Date _____

**MEAL: BREAKFAST**
Hot Cereal/Scrambled Egg

Week **1**     Day **Tuesday**

| Count | Diet | Sugar Sub. | Pepper (If on menu) | Jelly (If on menu) | Marg-arine | White Bread | Fruit or 100% Juice | Lf Hot Cereal | Scrambled Eggs | | Regular Coffee (If on Menu) | Low Fat Milk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cardiac | Same as General Menu | 1 ea. | Same as General Menu | 2 ea | 2 sl. | 1 @ or 4 oz | 1 c | 4 oz | | 8 oz. | 8 oz. |
| | 1800 Diabetic | Same as General Menu | 1 ea. | NONE | NONE | 1 sl. | 1 @ or 4 oz | 1/2 c | 2 oz | | 8 oz. | 8 oz. |
| | 2200 Diabetic | Same as General Menu | 1 ea. | NONE | NONE | 2 sl. | 1 @ or 4 oz | 1 c | 2 oz | | 8 oz. | 8 oz. |
| | 2500 Diabetic | Same as General Menu | 1 ea. | NONE | 2 ea | 3 sl. | 1 @ or 4 oz | 1 c | 4 oz | | 8 oz. | 8 oz. |
| | 2800 Diabetic | Same as General Menu | 1 ea. | NONE | 2 ea. | 3 sl. | 2 @ or 8 oz or 1@ & 4 oz | 1 c | 4 oz | | 8 oz. | 8 oz. |
| | Pregnancy | Regular Menu, | | If morning beverage is served replace with milk. Do not serve sugar substitute. | | | | | | | | |
| | High Protein / High Calorie | Regular Menu, | | No changes required. | | | | | | | | |
| | High Fiber | Regular Menu, | | Add fresh fruit if not on regular meal or replace fruit juice with fresh fruit.  Serve total of 1 1/2 cups oatmeal in place of cereal on menu. | | | | | | | | |
| | Milk-Intolerance | Regular Menu, | | NO fluid milk.  Replace with 8 oz. fruit drink w/calcium or morning beverage. Make sure hot cereal does not contain dairy blend. Replace real cheese and meat gravies with 3 oz. scrambled eggs. | | | | | | | | |
| | Dental Soft | Regular Menu, | | Replace fresh apples and pears with bananas, oranges, canned fruit (1/2 c), or 100% juice (4 oz.). | | | | | | | | |

**Complete and attach a Meal Pattern from your MNT Manual to the production production packet for the following diets:**

| | ____ Clear Liquid | ____ Finger Foods | ____ Vegan | ____ Renal (pre-dialysis) | |
|---|---|---|---|---|---|
| _____ | ____ Full Liquid | ____ Gluten Restricted | ____ GI Soft | ____ Renal (Dialysis) | ____ Other |
| Total Count | Count | Count | Count | Count | Count |

**Non-Standard Medical or Religious Diets require a separate Diet Memo from your ACS Dietitian with instructions (Non-Standard Diets are recorded as "other" diets)**

For Diets using the Special Diet Menu, please use the following products as indicated below:

Baked Chicken (meat only weight), Fish Fillet (unbreaded), Poultry Pattie (scratch from ground turkey or ground chicken), Sliced Turkey (white or combo roll), Beef Pattie (with soy allowable). Breaded Chicken Pattie, Breaded Fish Pattie,
Meatloaf Pattie, all cooked vegetables, starches and beans are made without salt or fat. *** Swiss brand chicken and beef bases purchased through Single Source do not contain meat products and are allowed on lacto-ovo vegetarian diets.

LUNBRE-BP

# DIET SHEET
## No added margarine, salt or pepper

Date _____

**MEAL: LUNCH**
**UNBREADED MEAT w/ Beans or Potatoes**

Week _____  **1**   Tuesday _____
                                Day

| Count | Diet | | Pepper (If on menu) | Marg-arine | White Bread | | | Au Gratin Potatoes | Lf Mixed Vegetables | Turkey | Fresh or Canned Fruit | Low Fat Milk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Cardiac** | | 1 ea. | 1 ea | 1 sl. | | | 1 c | 1 c | 3 oz | 1 @ or 1/2 c | 8 oz |
| | **1800 Diabetic** | | 1 ea. | NONE | NONE | | | 1/2 c | 1/2 c | 3 oz | 1 @ or 1/2 c | 8 oz |
| | **2200 Diabetic** | | 1 ea. | NONE | 1 sl. | | | 1 c | 1/2 c | 3 oz | 1 @ or 1/2 c | 8 oz |
| | **2500 Diabetic** | | 1 ea. | 1 ea | 1 sl. | | | 1 c | 1 c | 3 oz | 1 @ or 1/2 c | 8 oz |
| | **2800 Diabetic** | | 1 ea. | 2 ea | 1 sl. | | | 1 1/2 c | 1 c | 3 oz | 1 @ or 1/2 c | 8 oz |
| | | | | | | | | | | | | |
| | Pregnancy | | Regular Menu, | 8 oz low fat milk will be provided, if not on regular menu. Processed deli meats must be served hot. | | | | | | | | |
| | High Protein / High Calorie | | Regular Menu, | Replace beverage with 8 oz milk. | | | | | | | | |
| | High Fiber | | Regular Menu, | Serve 1 1/2 cups of bean/legumes if on regular menu. | | | | | | | | |
| | Milk- Intolerance | | Regular Menu, | NO fluid milk. Replace with 8 oz. fruit drink w/calcium. Replace cream gravy with beef or chicken based gravy. | | | | | | | | |
| | | | | Replace pudding and ice cream with standard menu portion of cake, cookies, brownie, or gelatin. | | | | | | | | |
| | Dental Soft | | Regular Menu, | Replace hard taco shells or chips with 2 sl. of bread. Replace fresh apples & pears with bananas, oranges, or canned fruit (1/2 c). | | | | | | | | |
| | | | | No raw vegetables except plain lettuce salad. Replace with a cooked vegetable of the same portion. | | | | | | | | |

**Complete and attach a Meal Pattern from your MNT Manual to the production production packet for the following diets:**

| | | |
|---|---|---|
| ____ Clear Liquid | ____ Finger Foods | ____ **Vegan** | ____ **Renal (pre-dialysis)** |
| ____ Full Liquid | ____ Gluten Restricted | ____ **GI Soft** | ____ **Renal (Dialysis)** | ____ **Other** |

_____
**Total Count**          Count                Count                  Count                    Count                        Count

**Non-Standard Medical or Religious Diets require a separate Diet Memo from your ACS Dietitian with instructions (Non-Standard Diets are recorded as "other" diets)**

For Diets using the Special Diet Menu, please use the following products as indicated below:

Baked Chicken (meat only weight), Fish Fillet (unbreaded), Poultry Pattie (scratch from ground turkey or ground chicken),  Sliced Turkey (white or combo roll), Beef Pattie (with soy allowable).  Breaded Chicken Pattie, Breaded Fish Pattie,

Meatloaf Pattie, all cooked vegetables, starches and beans are made without salt or fat. *** Swiss brand chicken and beef bases purchased through Single Source do not contain meat products and are allowed on lacto-ovo vegetarian diets.

DUNBRE-RN

# DIET SHEET
## No added margarine, salt or pepper

Date _____

**1** _____    **Tuesday** _____

### MEAL: DINNER
### UNBREADED MEAT w/ Rice or Noodles

Week _____    Day _____

| Count | Diet | | Pepper (If on menu) | Marg- arine | White Bread | | | Lf Noodles | Lf Irish Blend | Scratch Poultry Patty | Fresh or Canned Fruit | Unsweetened Tea |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Cardiac** | | 1 ea. | 1 ea | 2 sl. | | | 2/3 c | 1 c | 3 oz | 1 @ or 1/2 c | 8 oz. |
| | **1800 Diabetic** | | 1 ea. | NONE | 1 sl. | | | 1/2 c | 1/2 c | 3 oz | 1 @ or 1/2 c | 8 oz. |
| | **2200 Diabetic** | | 1 ea. | NONE | 2/3 c | | | 2/3 c | 1/2 c | 3 oz | 1 @ or 1/2 c | 8 oz. |
| | **2500 Diabetic** | | 1 ea. | 2 ea | 2 sl. | | | 2/3 c | 1 c | 3 oz | 1 @ or 1/2 c | 8 oz. |
| | **2800 Diabetic** | | 1 ea. | 2 ea | 2 sl. | | | 1 c | 1 c | 3 oz | 1 @ or 1/2 c | 8 oz. |
| | | | | | | | | | | | | |
| | Pregnancy | | Regular Menu, | 8 oz low fat milk will be provided, if not on regular menu. Processed deli meats must be served hot. | | | | | | | | |
| | High Protein / High Calorie | | Regular Menu, | Replace beverage with 8 oz milk. | | | | | | | | |
| | High Fiber | | Regular Menu, | No changes required. | | | | | | | | |
| | Milk- Intolerance | | Regular Menu, | NO fluid milk.  Replace with 8 oz. fruit drink w/calcium. Replace cream gravy with beef or chicken based gravy. | | | | | | | | |
| | | | | Replace pudding and ice cream with standard menu portion of cake, cookies, brownie, or gelatin. | | | | | | | | |
| | Dental Soft | | Regular Menu, | Replace hard taco shells or chips with 2 sl. of bread. Replace fresh apples & pears with bananas, oranges, or canned fruit (1/2 c). | | | | | | | | |
| | | | | No raw vegetables except plain lettuce salad.  Replace with a cooked vegetable of the same portion. | | | | | | | | |

**Complete and attach a Meal Pattern from your MNT Manual to the production production packet for the following diets:**

| | ____ Clear Liquid | ____ Finger Foods | ____ Vegan | ____ Renal (pre-dialysis) | |
|---|---|---|---|---|---|
| _____ | ____ Full Liquid | ____ Gluten Restricted | ____ GI Soft | ____ Renal (Dialysis) | ____ Other |
| Total Count | Count | Count | Count | Count | Count |

**Non-Standard Medical or Religious Diets require a separate Diet Memo from your ACS Dietitian with instructions (Non-Standard Diets are recorded as "other" diets)**

*For Diets using the Special Diet Menu, please use the following products as indicated below:*

*Baked Chicken (meat only weight), Fish Fillet (unbreaded), Poultry Pattie (scratch from ground turkey or ground chicken), Sliced Turkey (white or combo roll), Beef Pattie (with soy allowable). Breaded Chicken Pattie, Breaded Fish Pattie, Meatloaf Pattie, all cooked vegetables, starches and beans are made without salt or fat. \*\*\* Swiss brand chicken and beef bases purchased through Single Source do not contain meat products and are allowed on lacto-ovo vegetarian diets.*

LSACK-MT

# DIET SHEET
## No added margarine, salt or pepper

Date _____

**MEAL: LUNCH**          Week _____          Day _____
**SACK LUNCH - MEAT**

| Count | Diet | | | White Bread | PC Mayo | PC Mustard | | | Raw Carrot Sticks OR Broccoli | Meat | Fresh Fruit | Low Fat Milk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Cardiac** | | | 4 sl | 1 ea | 1 ea | | | 1 c | 3 oz | 1 @ | 8 oz |
| | **1800 Diabetic** | | | 1 sl | NONE | 1 ea | | | 1/2 c | 3 oz | 1 @ | 8 oz |
| | **2200 Diabetic** | | | 3 sl | NONE | 2 ea | | | 1/2 c | 3 oz | 1 @ | 8 oz |
| | **2500 Diabetic** | | | 3 sl | 2 ea | 2 ea | | | 1 c | 3 oz | 1 @ | 8 oz |
| | **2800 Diabetic** | | | 4 sl | 2 ea | 2 ea | | | 1 c | 4 oz | 1 @ | 8 oz |
| | | | | | | | | | | | | |
| | Pregnancy | Regular Menu, | 8 oz low fat milk will be provided, if not on regular menu. Replace processed deli meats with 3 oz of peanut butter. | | | | | | | | | |
| | High Protein / High Calorie | Regular Menu, | Replace Beverage with 8oz milk | | | | | | | | | |
| | High Fiber | Regular Menu, | No changes required. | | | | | | | | | |
| | Milk- Intolerance | Regular Menu, | NO fluid milk. Replace with 8 oz. fruit drink w/calcium. | | | | | | | | | |
| | Dental Soft | Regular Menu, | Replace hard taco shells or chips with 2 sl. of bread. Replace fresh apples & pears with bananas, oranges, or canned fruit (1/2 c). Replace raw vegetables with plain lettuce salad and 1/3 oz salad dressing. | | | | | | | | | |

**Complete and attach a Meal Pattern from your MNT Manual to the production production packet for the following diets:**

____ Clear Liquid          ____ Finger Foods          ____ Vegan          ____ Renal (pre-dialysis)

_____          ____ Full Liquid          ____ Gluten Restricted          ___ GI Soft          ____ Renal (Dialysis)          ____ Other

Total Count          Count          Count          Count          Count          Count

**Non-Standard Medical or Religious Diets require a separate Diet Memo from your ACS Dietitian with instructions (Non-Standard Diets are recorded as "other" diets)**

For Diets using the Special Diet Menu, please use the following products as indicated below:
Baked Chicken (meat only weight), Fish Fillet (unbreaded), Poultry Pattie (scratch from ground turkey or ground chicken), Sliced Turkey (white or combo roll), Beef Pattie (with soy allowable). Breaded Chicken Pattie, Breaded Fish Pattie, Meatloaf Pattie, all cooked vegetables, starches and beans are made without salt or fat. *** Swiss brand chicken and beef bases purchased through Single Source do not contain meat products and are allowed on lacto-ovo vegetarian diets.

LSACK-PB

# DIET SHEET
## No added margarine, salt or pepper

Date _____

### MEAL: LUNCH
### SACK LUNCH - PEANUT BUTTER

Week _____    Day _____

| Count | Diet | | | White Bread | | Jelly | | | Raw Carrot Sticks OR Broccoli | Peanut Butter | Fresh Fruit | Low Fat Milk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Cardiac** | | | 4 sl | | 1 oz | | | 1 c | 3 oz | 1 @ | 8 oz |
| | **1800 Diabetic** | | | 1 sl | | 1/2 oz | | | 1/2 c | 3 oz | 1 @ | 8 oz |
| | **2200 Diabetic** | | | 3 sl | | 1/2 oz | | | 1/2 c | 3 oz | 1 @ | 8 oz |
| | **2500 Diabetic** | | | 3 sl | | 1/2 oz | | | 1 c | 3 oz | 1 @ | 8 oz |
| | **2800 Diabetic** | | | 4 sl | | 1 oz | | | 1 c | 3 oz | 1 @ | 8 oz |
| | | | | | | | | | | | | |
| | Pregnancy | Regular Menu, | 8 oz low fat milk will be provided, if not on regular menu. | | | | | | | | | |
| | High Protein / High Calorie | Regular Menu, | Replace Beverage wth 8oz milk | | | | | | | | | |
| | High Fiber | Regular Menu, | No changes required. | | | | | | | | | |
| | Milk- Intolerance | Regular Menu, | NO fluid milk. Replace with 8 oz. fruit drink w/calcium. | | | | | | | | | |
| | Dental Soft | Regular Menu, | Replace hard taco shells or chips with 2 sl. of bread. Replace fresh apples & pears with bananas, oranges, or canned fruit (1/2 c). Replace raw vegetables with plain lettuce salad and 1/3 oz dressing. | | | | | | | | | |

Complete and attach a Meal Pattern from your MNT Manual to the production production packet for the following diets:

____ Clear Liquid     ____ Finger Foods     ____ Vegan     ____ Renal (pre-dialysis)

____ Full Liquid     ____ Gluten Restricted     ____ GI Soft     ____ Renal (Dialysis)     ____ Other

**Total Count** _____    Count    Count    Count    Count    Count

**Non-Standard Medical or Religious Diets require a separate Diet Memo from your ACS Dietitian with instructions (Non-Standard Diets are recorded as "other" diets)**

# Appendix B

1) pgs 1-8 "Calculating Insulin Dose" from the University of California, San Francisco.

# Diabetes Education Online
Diabetes Teaching Center at the University of California, San Francisco

Home » Types Of Diabetes » Type 1 Diabetes » Treatment Of Type 1 Diabetes » Medications And Therapies » Type 1 Insulin Therapy » Calculating Insulin Dose

# Calculating Insulin Dose

« Designing an Insulin Regimen

Intensive Insulin Therapy »

Your provider will prescribe an insulin dose regimen for you; however, you still need to calculate some of your insulin doses. Your insulin dose regimen provides formulas that allow you to calculate how much bolus insulin to take at meals and snacks, or to correct high blood sugars.

## In this section, you will find:

- An example of how to calculate a carbohydrate coverage dose
- An example of how to calculate a high blood sugar correction dose
- An example of how to calculate a mealtime insulin dose



You'll need to calculate some of your insulin doses.

You'll also need to know some basic things about insulin. For example, 40-50% of the total daily insulin dose is to replace insulin overnight.

  - [Formulas that are commonly used by providers to create insulin dose recommendations](#)

## First, some basic things to know about insulin:



- **Approximately 40-50% of the total daily insulin dose is to replace insulin overnight, when you are fasting and between meals.** This is called background or basal insulin replacement. The basal or background insulin dose usually is constant from day to day.
- **The other 50-60% of the total daily insulin dose is for carbohydrate coverage (food) and high blood sugar correction.** This is called the bolus insulin replacement.

**Bolus – Carbohydrate coverage**

**The bolus dose for food coverage is prescribed as an insulin to carbohydrate ratio. The insulin to carbohydrate ratio represents how many grams of carbohydrate are covered or disposed of by 1 unit of insulin.**

Generally, one unit of rapid-acting insulin will dispose of 12-15 grams of carbohydrate. This range can vary from 6-30 grams or more of carbohydrate depending on an individual's sensitivity to insulin. Insulin sensitivity can vary according to the time of day, from person to person, and is affected by physical activity and stress.

**Bolus – High blood sugar correction
(also known as insulin sensitivity factor)**

**The bolus dose for high blood sugar correction is defined as how much one unit of rapid-acting insulin will drop the blood sugar.**

Generally, to correct a high blood sugar, one unit of insulin is needed to drop the blood glucose by 50 mg/dl. This drop in blood sugar can range from 30-100 mg/dl or more, depending on individual insulin sensitivities, and other circumstances.

## Examples:

Read some examples and therapeutic principles on how to calculate the carbohydrate coverage dose, high blood sugar correction dose and the total mealtime insulin dose.

### Example #1: Carbohydrate coverage at a meal

First, you have to calculate the carbohydrate coverage insulin dose using this formula:

**CHO insulin dose =**
   **Total grams of CHO in the meal**
**÷ grams of CHO disposed by 1 unit of insulin**
(the grams of CHO disposed of by 1 unit of insulin is the bottom number or denominator of the Insulin:CHO ratio).

### For Example #1, assume:

- You are going to eat 60 grams of carbohydrate for lunch
- Your Insulin: CHO ratio is 1:10

To get the CHO insulin dose, plug the numbers into the formula:

**CHO insulin dose =**
   **Total grams of CHO in the meal (60 g)**
**÷ grams of CHO disposed by 1 unit of insulin (10) = 6 units**

**You will need 6 units of rapid acting insulin to cover the carbohydrate.**

### Example #2: High blood sugar correction dose

Next, you have to calculate the high blood sugar correction dose.

**High blood sugar correction dose =**
   **Difference between actual blood sugar and target blood sugar\***
**÷ correction factor.**

*Actual blood sugar minus target blood sugar

**For Example #2, assume:**

- 1 unit will drop your blood sugar 50 points (mg/dl) and the high blood sugar correction factor is 50.
- Pre-meal blood sugar target is 120 mg/dl.
- Your actual blood sugar before lunch is 220 mg/dl.

Now, calculate the difference between your actual blood sugar and target blood sugar:

**220 minus 120 mg/dl = 100 mg/dl**

To get the high blood sugar correction insulin dose, plug the numbers into this formula:

**Correction dose =**
 **Difference between actual and target blood glucose (100mg/dl)**
**÷ correction factor (50) = 2 units of rapid acting insulin**

**So, you will need an additional 2 units of rapid acting insulin to "correct" the blood sugar down to a target of 120 mg/dl.**

## Example #3: Total mealtime dose

Finally, to get the total mealtime insulin dose, add the CHO insulin dose together with the high blood sugar correction insulin dose:

   **CHO Insulin Dose**
**+ High Blood Sugar Correction Dose**
**= Total Meal Insulin Dose**

**For Example #3, assume:**

- The carbohydrate coverage dose is 6 units of rapid acting insulin.
- The high blood sugar correction dose is 2 units of rapid acting insulin.

Now, add the two doses together to calculate your total meal dose.

**Carbohydrate coverage dose (6 units)**
**+ high sugar correction dose (2 units)**
**= 8 units total meal dose!**

**The total lunch insulin dose is 8 units of rapid acting insulin.**

### Example #4: Formulas commonly used to create insulin dose recommendations

This example illustrates a method for calculating of your background/basal and bolus doses and estimated daily insulin dose when you need full insulin replacement. Bear in mind, this may be too much insulin if you are newly diagnosed or still making a lot of insulin on your own. And it may be too little if you are very resistant to the action of insulin. Talk to your provider about the best insulin dose for you as this is a general formula and may not meet your individual needs.

The initial calculation of the basal/background and bolus doses requires estimating your total daily insulin dose:

## Total Daily Insulin Requirement:

The general calculation for the body's daily insulin requirement is:

**Total Daily Insulin Requirement (in units of insulin)**
**= Weight in Pounds ÷ 4**

Alternatively, if you measure your body weight in kilograms:

**Total Daily Insulin Requirement (in units of insulin)**
**= 0.55 X Total Weight in Kilograms**

**Example 1:**

If you are measuring your body weight in pounds:

⊙ Assume you weigh 160 lbs.

**In this example:**

**TOTAL DAILY INSULIN DOSE**
= 160 lb ÷ 4 = <u>**40 units of insulin/day**</u>

**Example 2:**

If you are measuring your body weight in kilograms:

⊙ Assume your weight is 70Kg

**In this example:**

**TOTAL DAILY INSULIN DOSE**
= 0.55 x 70 Kg = 38.5 units of insulin/day

If your body is very resistant to insulin, you may require a higher dose. If your body is sensitive to insulin, you may require a lower insulin dose.

## Basal/Background and Bolus Insulin Doses

Next, you need to establish the basal/background dose, carbohydrate coverage dose (insulin to carbohydrate ratio) and high blood sugar correction dose (correction factor).

**Basal/background insulin dose:**

**Basal/background Insulin Dose**
**= 40-50% of Total Daily Insulin Dose**

**Example:**

Assume you weigh 160 pounds
Your total daily insulin dose (TDI) = 160 ÷ 4 = 40 units.

**In this example:**

**Basal/background insulin dose**
**= 50% of TDI (40 units) = 20 units**
of either long acting insulin, (such as glargine or detemir) or
rapid acting insulin if you are using an insulin pump (continuous
subcutaneous insulin infusion device).

### The carbohydate coverage ratio:

**500 ÷ Total Daily Insulin Dose**
**= 1 unit insulin covers so many grams of carbohydrate**

This can be calculated using the Rule of "500": Carbohydrate
Bolus Calculation

**In this example :**

**Carbohydrate coverage ratio**
**= 500 ÷ TDI(40 units)**
**= 1unit insulin/ 12 g CHO**

This example above assumes that you have a constant
response to insulin throughout the day. In reality, individual
insulin sensitivity varies. Someone who is resistant in the
morning, but sensitive at mid-day, will need to adjust the
insulin-to-carbohydrate ratio at different meal times. In such a
case, the background insulin dose would still be approximately
20 units; however, the breakfast insulin-to-carbohydrate ratio
might be breakfast 1:8 grams, lunch 1:15 grams and dinner
1:12 grams.

**the insulin to carbohydrate
ratio may vary during the
day.**

### The high blood sugar correction factor:

**Correction Factor = 1800 ÷Total Daily Insulin Dose = 1 unit of insulin will reduce the blood sugar so many mg/dl**

This can be calculated using the Rule of "1800".

**Example:**

Assume your total daily insulin dose (TDI) = 160 lbs ÷ 4 = 40 units

**In this example:**

**Correction Factor**
**= 1800 ÷ TDI (40 units)**
**= 1 unit insulin will drop reduce the blood sugar level by 45 mg/dl**

While the calculation is 1 unit will drop the blood sugar 45 mg/dl, to make it easier most people will round up or round down the number so the suggested correction factor may be 1 unit of rapid acting insulin will drop the blood sugar 40-50 mg/dl.

**Please keep in mind, the estimated insulin regimen is an initial "best guess" and the dose may need to be modified to keep your blood sugar on target.**

**Also, there are many variations of insulin therapy. You will need to work out your specific insulin requirements and dose regimen with your medical provider and diabetes team.**

## Self-assessment Quiz

Self assessment quizzes are available for topics covered in this website. To find out how much you have learned about **Treatment of Type 1 Diabetes**, take our self assessment quiz when you have completed this section. The quiz is multiple choice. Please choose the single best answer to each question. At the end of the quiz, your score will display. If your score is

## Appendix C

1) I analyzed my blood sugar data, meal data, from September 1, 2020 to May 23, 2022. I have raw data going back all the way to February of 2020. There are so many pages I just analyzed it but can provide raw data if needed.

2) How many in range (80mg - 139mg/dl) blood sugars were there? 22.7% of total blood sugars fell into that range.

3) How many above range (183mg/dl or higher) blood sugars were there? 48.9% of total blood sugars fell into that range.

4) How many below range (70mg/dl or lower) blood sugars were there? 7% of total blood sugars fell into that range.

5) Last 3 HA1C's I recieved results for:
4/10/2022 = 7.5, 9/22/21 = 7.2, 3/17/21 = 7.4

6) It's critical to point out that when analyzing blood sugars an A1C is a 90 calendar day avg.

When looking at averages you must pay attention
to the range as well. This is per Dr. Lamont
Bloom, my doctor on the street from June 2002
to October 2019 when I got locked up. I also
learned this in statistics class at Wichita
State University & I graduated in May 2009 with
a Bachelor's Degree in Business Administration. I
also worked as a Union Business Rep for SEIU
Local 513 and analyzed data regularly during
contract negotiations. (January 2013 - October 2013)
So, I know how to analyze stats well.

As it relates to my blood sugars, this is critical.
For example, I could have 20 blood sugars.
10 of them could be 300 mg/dl. The other
10 could be 20 mg/dl. My A1C would be:
Using the proper formula from my Mom who is a RN:
$eAG = (28.7 \times A1C) - 46.7$
eAG = estimated average glucose calculated by
adding up all blood sugars and dividing by # of values
logged for a defined period, usually 90 calendar days.

$300 \times 10 = 3,000$    ; $20 \times 10 = 200 = 3,200$
$3,200 \div 20 \text{ values} = 160 = eAG$

$160 = (28.7 \times A1C) - 46.7$  (use algebra)

$$160 + 46.7 = (28.7 \times A1C)$$
$$206.7 = (28.7 \times A1C) \times \frac{1}{28.7}$$

$$206.7 \times \frac{1}{28.7} = A1C$$

$$7.2 = A1C$$

So, just looking at the A1C you'd say it's not great, because per ADA A1C must be under 7 and per my doctor too in Appendix D, but not super dangerous. However, when you look at the range you see very quickly how dangerous that is. A blood sugar of 20mg/dl means you're dead or near dead. A sugar of 300mg/dl is so bad that if you sustain that 50% of the time you're going to suffer severe complications including possibly stroke, death, nerve damage, inflamation and swelling (like I am currently suffering from in my scrotum).

7) The number of times I didn't get shelf stable protein (peanut butter) @ EDCF from 9/1/2020 to 2/23/22 was about 50%. I didn't keep great records for that then but that's accurate.

8) The number of times I didn't get shelf stable protein @ LCF from dinner on 2/24/22 when I got in until 5/23/22 was 64% of the time. In fact, the only times I actually got it was 4/27/22, 5/8/22, 5/9/22, 5/12/22, 5/15/22, 5/17/22, 5/18/22, 5/19/22, 5/22/22, and 5/23/22. The only reason I got it was because I had complained to pod CO's so much they gave me xtra they had in pod from left over sacks for other regular sacks when we'd have P.B and jelly at lunch.

9) I was low due directly to no shelf stable protein in LCF on 3/18/22 49mg/dl 8:47pm Nurse Leslie, 3/20/22 57mg/dl @ dinner insulin Nurse Rose, 3/27/22 55mg/dl 4:30pm Nurse Ethel, 4/1/22 54mg/dl 10:23pm Nurse Leslie, 4/2/22 3:39pm 56mg/dl Nurse Angie, 4/4/22 68mg/dl Nurse Hernandez, 4/11/22 67mg/dl 4:28pm Nurse Angie, 4/12/22 53mg/dl 4:19am Nurse Hernandez, 4/18/22 49mg/dl 4:20pm Nurse Travis, 4/22/22 56mg/dl 4:26am Nurse Lisa, 4/24/22 45mg/dl 3:50pm Nurse Hannah, 4/28/22 55mg/dl 8:09pm Nurse Cindy, 4/29/22 56mg/dl 8:37pm Nurse Cindy, 5/5/22 54mg/dl 9:06pm Nurse Cindy, 5/7/22 70mg/dl 5:09am Nurse Hannah, 5/14/22 61mg/dl 4:34am Nurse ADON Bridgett, 5/21/22 67mg/dl 4:30pm Nurse

Samantha!

10) The number of times I recieved insulin outside the
requested 4am, 10am, 4pm, 9pm all +/- 30mins
for EDCF was 664 from 9/30/20 to 2/24/22.
For LCF was 174 from 2/24/22 @ dinner to
5/23/22. Needless to say it happens often. It has
horrible affects on sugars as I explained in other
parts of this motion.

11) The number of times I recieved insulin more than
7 hours from one meal to next (very dangerous)
at EDCF was 175 times from 9/30/20 to
2/23/22. At LCF this only happened 5 times
from 2/24/22 at dinner to 5/23/22. I must
eat every 3 hours or sugars drop. Also, I must
take insulin at regular times meal to meal and
day to day or sugars go haywire and put me at
risk for both highs and lows. This happens
way too often. The worst thing at LCF is
the irregularity of my lunch shots day to day
because it harms me not to get Lantus with
30 mins day to day. For example 10am one d
11am next means my 24 hr insulin stops
working and I go at least 1 hour w
insulin which spikes sugars dangerously hi
Then I have to take R sliding scale and i

ps 36

puts me at risk for lows due to how long it lasts,
not having good idea of my carb - Insulin ratio
so no good idea what my corrective dose is
for highs because sugars are not regulated.
Timing matters for other parts of the day because
not taking insulin consistently at same times
throws your body out of whack and puts you at
risk for highs and lows. Like a symphony out
of step but in my case that can/does harm
me a lot, possibly kill me in bad cases.

12) Due to my security status @ LCF I get meals and
insulin at the same time now so when I log a
time for insulin that's when I get food unless
I specifically write otherwise due to portions being
forgotten by Aramark FSS, etc issues. The
next section is 1st my raw records for
accuchecks and then meals. I included dates,
times, blood sugars, nurses, CO's when relevant,
what I got on tray and snack sacks, and so much
more. That's why I didn't re-write more neatly.
It's a lot. Goes from 5/22/22 to 8/21/22.
Just to illustrate better my issues, the dangers to me,
and how often I am being put at risk for not
recieving Pt's 1-4.

5/22/22 (B) 4:15am Nurse Cindy 303mg/dl 12uR

(L) 10:31am Nurse Marlene 254mg/dl

(D) 4:40pm 19uS/10uR

Nurse Kathleen 240mg/dl 8uR

(H.S.) 200mg/dl 8:42pm 4uR Nurse Hernandez

5/23/22 (B) 4:21am 93mg/dl Nurse Hernandez 8uR

(L) 10:29am Nurse Chantel 222mg/dl 10uR /19uS+

(D) 3:38pm Nurse Chantel 193mg/dl 8uR

(H.S.) 8:32pm Nurse Bridgett 83mg/dl

5/24/22 (B) 5:15am Nurse Bridgett 218mg/dl 10uR

We're waiting on blacksuit to arrive. Supervisor and one blacksuit plus Nurse, plus tray, all there but waiting on 3rd blacksuit. Nonsense. Caused my sugars to be high

(L) 2200 10:34am Nurse Victoria 254mg/dl 14uR/19uS

Co Hanover said will get haircut prolly tomorrow at 9:30am. I said I will stay ready so if you can today holla at me and I will stay ready, He said ok.

(D) 4:16pm Nurse Victoria 174mg/dl 5uR

(H.S.) 8:14pm 171mg/dl Nurse Cindy

5/25/22 (B) ~~2200~~ 4:33am 191mg/dl Nurse Hernandez 10uR

(L) ~~140~~ 10:20am Nurse Victoria 134mg/dl 6uR

(D) @4:25 feelin pod since 3pm, Nurse since 4:05pm, Blacksuits since 4:16pm, I asked CSI Mccurrie what is the wait? She said "2nd time I have called for Armierk to bring your tray. Once it gets here we'll get you your insulin". 4:40pm 6uR 222mg/dl

~~Nurse Victoria~~

(H.S.) 8:25pm 303mg/dl 5uR Nurse Cindy

11-127 Restart Good Time

05-105 Health Record 6-26-06
10D
10-119D Diet
10-121D Hclearr/resp'
Rde/resp'
10-135A KOP
11-118D Registration
11-125A
KSA 75-5220 Early release

5/26/22 (B) 4:28am 213mg/dl 12uR Nurse Cindy

(L) 10:55am I asked CO's what's up w/ insulin. Travis (nurse) in pod @ 10:30am. Sachs sitting by officer's desk; Sachs in pod since 9:34am, ⊕ CSI Mccurrie said daubnite denting w/ OOF, called it he and blackwells will be down do your insulin, stick call at same time. 10:51am Nurse Travis 262mg/dl 13uR/19uS

(D) ~~zaoo~~ 3:17pm Nurse Travis 261mg/dl 1uR

(H.S.) 282mg/dl 4uR Nurse Cindy 8:11pm

5/27/22 (B) 4:20am Nurse Cindy 79mg/dl 6uR

(L) Per CO Speer @10:57am "We're waiting on the Lt". Nurse was in pod, food in pod for a while but unclear when/how long.
@ 11:14am Nurse Marlene 253mg/dl 12uR/19uS

(D) 4:22pm 123mg/dl 6uR. Nurse Marlene

(H.S.) 8:12pm Nurse Lisa 136mg/dl

5/28/22 (B) 4:32am 316mg/dl 14uR Nurse Bridgett

(L) 11:05am Nurse Victoria 138mg/dl/19uS/6uR

(D) 4:01pm Nurse Victoria 87mg/dl 5uR

(H.S.) 365mg/dl 8uR Nurse Lisa 8:55pm
ysure why high. Will go back to 8uR at dinner since
it appears sugars at H.S. no longer dropping out.
Weird situation, Insulin resistance? I've been switching
sites but who knows

5/29/22 (B) 188 ~~Am~~/11:30am 10uR Nurse Lisa

(L) 10:39am Nurse Victoria 213mg/dl 12uR/19uS

(D) 4:06pm Nurse Victoria 8uR 184mg/dl

(H.S.) 8:20pm Nurse Bridgett 184mg/dl/4uR
I told her about Pam's nonsense. She will send
c/mail, get back w/ me by Tuesday Night at H.S.

Multi-Variant Causality

**DO NOT WRITE BELOW THIS LINE**

5/30/22 (B) 4:13am Nurse Becky 192mg/dl 12UR:

(L) 10:32am 14UR /19uS Nurse Samantha 218mg/dl

(D) 3:54pm 53mg/dl Nurse Samantha 5UR

(H.S) 8:16pm Nurse Cindy 154mg/dl 3UR

5/31/22 (B) 4:21am 269mg/dl Nurse Cindy 12UR

Unsure why it boomeranged but likely dawn phenomenon.

(✓) No shelf stable protein last night in snack sack so only had 2 slices white bread for snack at 6:30pm Sets me up for high b/s in AM.

(L) 10:16am Nurse Becky 242mg/dl 10UR /19uS

Dropped out taking 14UR yesterday so just 10 today.

(D) 4:26pm 8UR 74mg/dl Nurse Chantel I asked about underwear, why it isn't what doctor's prescribed, how long should it take, when was it ordered. Chantel said "I am ordered last Thurs/Fri, should take 2 weeks or less. Unclear why it is different than doc orders, not her dept". I think she just went with what we had". She said she'd ask Pam tomorrow about why issues/difference w/ what Doc prescribed and tell me. All this on camera, (Lt always present when I get insulin. Unsure what this Lt's name is though). Got Orange @ 5:01 pm from CSI Mccurrie.

(H.S) 8:48pm Nurse Bridget 133mg/dl Spoke w/ her about medical underwear. Reminded her 30" waist. briefs. She spoke to Chantel and Chantel sent email tonight @ about 7pm, when Bridgett came on. to Pam. She said "Chantell and I both ready to go to Walmart!"

6/1/22 (B) 4:38am Nurse Hannah 97mg/dl 8UR

(L) Everyone was served by 10:15am, Meals in pod since at least 9:30am. At 10:25am. I asked about insulin CSI Mccurrie said, "I called. They said they'd be here in 15 mins". 10:53am I asked again, CSI Mccurrie said, "Nurse was in a meeting but they'll be here soon. UM Wildermuth knows and she's trying to call to get 'em down here cuz we know you're feeling bad".

11:23am 268mg/dl 12UR/19uS Nurse Marlene.

Marlene said only Nurse out, w/ trainee, Others in some meeting. She wasn't and left to do all insulin on her own.

6/3/22 H.S. (was on MRA 6/1/22 2pm → 6/3/22 7pm)
8:29pm Nurse Cindy 117mg/dl

6/4/22 ⓑ Nurse Cindy 4:18am 58mg/dl 5UR
Ⓛ 10:36am Nurse Marlene 245mg/dl 8UR/19uS
Ⓓ 3:49pm 348mg/dl Nurse Marlene 8uR
(Reading E13 1st time, 2nd time super high, I don't feel the
B.S. was accurate so not taking sliding)
H.S. 8:23pm 212mg/dl 4UR Nurse Bridgette.
(I knew I was right. No way 348 was accurate at dinner.

6/5/22 ⓑ 4:24am Nurse Bridgett 179mg/dl 12uR
Ⓛ 10:25am Nurse Marlene 187mg/dl /19uS
Ⓓ 3:36pm Nurse Marlene 137mg/dl 8uR
H.S. 7:56pm Nurse Cindy 273mg/dl 4uR

6/6/22 ⓑ 4:23am 228mg/dl 14uR Nurse Cindy
Ⓛ 9:54am Nurse Victoria 180mg/dl 6uR/19uS
took less insulin for fear of low due to Aramark shopping
the bread. Bluebirds said they'd get it but hard to trust.
Ⓓ 3:53pm Nurse Victoria 8uR 191mg/dl
H.S. 8:37pm 232mg/dl Nurse Bridgett (no sliding due to
transition to 28uS
only plus R sliding)

6/7/22 ⓑ 4:42am 218mg/dl 6uR
Nurse Bridgett, (Doc Wilson put on MRA 6uR down
from 8uR)
Ⓛ 10:30am Nurse Marlene ~233mg/dl 8uR /19uS (Doc Wilson
may/may not have changed. Nobody told Nurse. She printed off list at
9am this morning, still not updated. She's gonna check.) Should have
been 4uR/22uS per Doc Wilson and I's discussion 6/6/22.
Ⓓ 3:37pm Nurse Marlene 179mg/dl 8uR (she said it had since
updated to 22uS @ lunch, unsure what R is though, forgot to look.
she said)
H.S. 8:43pm 10uR sliding. 305mg/dl HSA RN Tilson

6/8/22 (B) 4:26am Nurse Tilson 70mg/dl /6uR (per MAR)
Tilson confirmed MAR says 6uR+ sliding on all meals and
H.S say sliding only then 22uS @ lunch.

(L) 10:06am Nurse Hannah 208mg/dl 6uR/22uS
Nurse confirmed MAR reads "6uR/22uS").

(D) 3:23pm Nurse Hannah 272mg/dl 6uR

(H.S) 8:11pm Nurse Cindy 206mg/dl

6/9/22 (B) 4:29am Nurse Cindy 193mg/dl 6uR

(L) 10:24am Nurse Travis 277mg/dl 6uR/22u Lantus
Travis said they switched from Semglee back to Lantus.
So, no more 4 day delay when switching to all Semglee.
Lantus hits me right away, which is good, So hope this
continues.

(D) 4:49pm Nurse Travis 250mg/dl 6uR (waiting on Travis)
Food impod @ 3:09pm, CSI McCurnie called off/on for 1hr.
at least.

(H.S.) 8:24pm Nurse Cindy/Matt 292mg/dl 5uR since
so high.

6/10/22 (B) 4:33am Nurse Becky 72mg/dl 6uR
(L) 10:18am Nurse Carl/Travis 242mg/dl 6uR/22uL

(D) 4:01pm Nurse Carl/Travis 219mg/dl 6uR

(H.S.) 8:22pm Nurse Lisa 144mg/dl

6/11/22 (B) 4:18am Nurse Hernandez 171mg/dl 6uR
(L) 10:24am 146mg/dl 6uR/22uL Nurse Kathleen.
(D) 4:46pm Nurse Chantel 102mg/dl 6uR She said Tilson will have
me even on SSD in 1 week or less.

(H.S.) 8:34pm 226mg/dl Nurse Bridgett

6/12/22 Ⓑ 4:33am Nurse Bridget 149mg/dl 6uR

Ⓛ 9:48am Nurse ? 262mg/dl 6uR/22uL

Ⓓ 3:40pm Nurse 242mg/dl 6uR

(H.S) 7:53pm 178mg/dl Nurse Lisa

6/13/22 Ⓑ 4:58am Nurse Lisa 228mg/dl 6uR

Ⓛ 9:54am Nurse Travis 318mg/dl 6uR/22uL

Ⓓ 3:18pm Nurse Travis 262mg/dl 6uR

(H.S) 8:03pm Nurse Cindy 258mg/dl

6/14/22 Ⓑ 4:42am Nurse Cindy 6uR 225mg/dl

Ⓛ 10:08am Nurse Hannah 307mg/dl
6uR/22L Doc still hasn't changed insulin orders

Ⓓ 3:39pm Nurse Hannah 253mg/dl 6uR
She said she'd email Dr Wilson to see if he
gonna change the dose per his sick call request

(H.S) @ 8:00pm Nurse Matt 139mg/dl

6/15/22 Ⓑ 4:54am Nurse Matt 148mg/dl
orders changed to 4uR (He didn't have needles
had to wait until 4:58am)

Ⓛ 10:37am Nurse Marlene 26uL only 4uR
Dr Wilson changed my orders today to 4uR/26uL
Says Seroquel on MAR list that switched in Lantus. So, finally, I
get a chance to see what Lantus only does.
B.S. was 290mg/dl I walked 1 hours to get high B.S. down.

Ⓓ 5:02pm Nurse Chantel 211mg/dl No insulin
Co Busby had to go get my tray due to Aramark
I walked 1hr 30mins to get high b.s. down

* So shoot for 39 carbs at each meal and snack (6 per day) equals
234 carbs/day and 1872 calories/day. Guess close as possible

6/15/22 (H.S.) 254 mg/dl | 8:29pm Nurse Matt   Had eaten snack   wt. 261.6 6/15/22
at 7pm. Dinner was at 5pm (way late). Might be why b.s.
is still high due to timing, unsure, I was expecting a
b.s around 100 mg/dl.

6/16/22 (B) 44 mg/dl Nurse Matt   I advised need some xtra
food so I don't go short on snacks, by using snacks to bring up low.
He said ok. He never came back for it so I asked (S) Burnett,
Male CO gave me 6 PB pellets +hankefully @ 5:18am. I ate 2 pkts.

(L) 10:40am Nurse Marlene 316mg/dl 7uR/26uL

(D) 4:27pm Nurse Marlene 234mg/dl 4uR

(H.S) 8:31pm Nurse Cindy 356mg/dl 8uR (I ate snack @ 7pm)
misjudged effect of R on me w/26uL, Was trying to be
cautious to prevent low but ... was too cautious.
Expecting b.s. to drop b.s. 248mg/dl to 108mg/dl +/- 10mg/dl
by breakfast. We'll see.

6/17/22 (B) 4:46am Nurse Becky 111mg/dl

(L) 10:18am Nurse Hannah
256mg/dl 5uR/26uL

(D) 245mg/dl Nurse Hannah 4:17pm
6uR

(H.S.) 195mg/dl 9:54pm Nurse Cindy
Prison to have food on site
grows food on-site
eating apprenticeship   Doc Used to be FXCF
greenhouse

I ate snack @ 9pm

Reparation to the prisoner.

Impact Justice:
Ending the Hidden Punishment of IWOC prison food.

Purpose — Who is the point?

Process — step by step

Outcome — Result

POP 3P

# Uptodate 9am Fri 6/17/22
Unhealthy prison foods.

Don't make them pay too $ for prison food
too $ @ 6/16
800

Challenge system culture
Start Prison Based worker-owned
business, egalitarian, teach cooperation
over oppression

budgeting, etc. Les if hierarchy on your own

Start For-Profit Prison
Or Non-Profit Prison
to Compete w/ State to
Improve Conditions/Outcomes

Called: Lazarus Correctional Inst.
Restorative Justice approach,
SELF-sufficiency, social uplift,
Cook your own food that you
get to grow, harvest, cook yourself
w/ advice from trained
staff and basic resources
/you're entitled to
in good condition.

All meds KOP/Trust
but verified approach.

6/18/22 Ⓑ 4:33am Nurse Cindy 234mg/dl 10uR

Ⓛ 10:31am Nurse Carl 114mg/dl 26uL

Ⓓ 4:31pm Nurse Carl 295mg/dl 8uR

H.S. 6:33pm Nurse Cindy 363mg/dl 7uR (ate snack @ 6:30pm)
(Didn't expect it so high. Unclear why.)

6/19/22 Ⓑ 4:15am 112mg/dl Nurse Cindy

Ⓛ 10:54am Nurse Hannah 346mg/dl 12uR/26uL
Unsure why this high.

Ⓓ 4:00pm Nurse Hannah 161mg/dl 4uR since been having highs

H.S. 8:16pm Nurse Cindy 169mg/dl

6/20/22 Ⓑ 4:18am Nurse Cindy 61mg/dl

Ⓛ 10:20am Nurse Carl 314mg/dl 4uR/26uL

Ⓓ 3:40pm Nurse Carl 250mg/dl
Nurse Carl gave me sick call response. Dr Wilson increased Lantus to 30u

A.S. 8:53pm Nurse Bridgette 359mg/dl 5uR

4:22 107 293 4:14pm Lunch
4uR

① Damn Yankees  ② Queen  ③ Dream Theater  ④ NOFX  The Decline
Nurse Hannah 11:26am 180mg/dl 300L
⑤ Rainbow "Man on A Silver Mountain"
⑥ Hinder
⑦ "Scars" Ritchie - Coshin super group.
⑧ Alter Bridge "Blacklit Dry"

Band called Collige

Ⓐ Bury to convict less than 10yrs

Ⓑ Drive Soundtrack unanimous for more than 10yrs

Only murder /monster sentence,

and or sex crime can get more than 10 yrs

Withdraw HCrase 3/22
- Didn't plan Fed Case!
25 - Ditt. con too!

ⒶⒷ defendants
@ ED Ford * LCF. Drop all other - issues!

81778010199  * 10.23 Req. Charging W/ Adv

355 model

Do tbots of male/insulin
4am/10am/4pm/8pm +/- somke

6/21/22 (B) 4:22am 107mg/dl 4uR Nurse Bridgett

(L) 11:26am Nurse Hannah 186mg/dl 30uL

(D) 4:19pm Nurse Hannah 293mg/dl 6uR

(H.S) 7:43pm! Why too early. New Nurse said Jennifer Hernandez told her to come this early which is b.s. thing to do. 417mg/dl 4uR who knows what it would have been at 9-9:30pm. Very stupid. Also, unclear why so high. Very confused.

6/22/22 (B) 4:53am 53mg/dl

(L) 10:10am 310mg/dl Nurse Kathleen 4uR/30uL
I overdid it on bringing up low. I drank super concentrated juice FSS gave me and bread roll of unknown carbs for snack because snack each is insufficient, lacked shelf stable protein which is a big problem. In retrospect the juice wasn't needed. Aramark had also given me sweet oatmeal w/ brown sugar so I don't know how much that contributed to the high but likely did considerably.

(D) 4:05pm Nurse Kathleen 275mg/dl 8uR

(H.S) 84mg/dl 8:36pm Nurse Matt

6/23/22 (B) 5:05am Nurse Matt 53mg/dl

(L) 10:24am Nurse Ruth 6uR/30uL 265mg/dl

(D) 3:38pm Nurse Ruth 4uR 213mg/dl

(H.S) 8:20pm Nurse Cindy 71mg/dl Shouldn't have took R @ Dinner.

6/24/22 (B) 4:27am 228mg/dl Nurse Cindy. 4uR

(L) 11:07am 327mg/dl Nurse Victoria 8uR/30uL
I asked Nurse Victoria to check if insulin orders updated to 4uJL she said she'll check if she gets time.

(D) 5:29pm 127mg/dl Nurse Kathleen

(H.S) 8:10pm 333mg/dl Nurse Lisa

[illegible] 10:58am Nurse Kathleen 276mg/dl 30uL

B) 3:17pm Nurse Kathleen 331mg/dl

(H/S) 191mg/dl Nurse Matt 8:56pm

6/26/22 B) 4:55am Nurse [illegible] 359mg/dl

L [crossed out] 10:27am Nurse Carl 400mg/dl 30uL

D) 4:10pm Nurse Carl 397mg/dl

(H.S.) 9:16pm Nurse Matt 371mg/dl Told him my penis was
bleeding from tip, inside of lip, showed blood on boxers, just
happened 10mins prior to accoched. I gave sick call for insulin
to 40L to Dr Wilson I had already written, He turned in said
I can talk to Doc when I see him for insulin change.

6/27/22 B) 4:54am 186mg/dl Nurse Matt
   He said he wrote note to Dr Wilson about penis bleeding on my
   sick call so doc will see me.

L) [crossed out] 10:29am Nurse Marlene 509mg/dl 30uL

D) 4:35pm Nurse Marlene 197mg/dl
   Got sick call back. Per Doc Wilson → now 40uL @ lunch w/o SS

H.S. 8:26pm Nurse Cindy 389mg/dl 30R

6/28/22 B) 4:13am 52mg/dl Nurse Cindy
   10:40am Nurse Chantel 40uL I asked about Form 9 to Olive
   Asst HSA), News on support device, she said will talk to HSA Tilson a
   Act, HSA Officer, Probably tell me at PM insulin tonight. 237mg/dl

S) 4:42pm 312mg/dl Nurse Chantel (I ate 1or 2 Bars I S) wral @
   4pm (we felt dropping at) She said HSA Tilson responded to Form 9 about
   snack snack, Should get seen. HSA Tilson got company. Chantel measured waist, 36"
   I am currently wearing 36" boxers, Asked for 30", Said can be here w/i 7 days.

6/29/22 (B) 4:29am Nurse Cindy 279mg/dl 5UR

(L) 11:07am Nurse Chantel 166mg/dl 40uL .
I asked Chantel how I convince Dr. Wilson I do need
shelf stable protein 4oz, 4 sl bread, 1 apple in snack
sack. She said she'd sit down w/ him, It is medically
supported.

(D) 4:42pm Nurse Bridgette 236mg/dl / 6uR (I fell
asleep about 3:45pm) She said HSA Tilson said
my underwear will be here Friday.

(H.S.) 8:59pm 209mg/dl Nurse Cindy

6/30/22 (B) 4:11am 126mg/dl Nurse Cindy

(L) 10:17am 181mg/dl Nurse Carl 40U Lantus

(D) 4:12pm 212mg/dl Nurse Mable 6uR

(H.S.) 8:43pm Nurse Matt 110mg/dl (carb to insulin ratio
now confirmed to be 3.47 to 1 u Lantus. Basically
to get 1800 calories/day I need to take 53uL which @
212lbs is my TDI using formula of weight ÷ 4 or
212÷4 = 53 unit TDI. Since I am using Lantus for
both basal and bolus that makes sense. Gonna leave @
40uL to get weight in line w/ BMI target and give me
flexibility in case Aramark shorts me, which happens a lot.
Safety precaution. Plus lets me build muscle, increases my
metabolism, I can eat more w/o increasing insulin, will
help maintain healthy weight and healthy sugars.)

7/1/22 (B) 4:43am Nurse Matt 56mg/dl.

(L) 11:15am Nurse Samantha 65mg/dl (they're 1 hour late!) ← Not my
        fault.
    took 40uL she said 3 nurses on duty (crisis) (Dashed).
(D) 4:27pm Nurse Hannah 73mg/dl (H.S.) 8:22pm Nurse Matt 81mg/dl

7/2/22 (B) 4:46am Nurse Matt - 76 mg/dl.

(L) 10:41am Nurse Marlene 239mg/dl (I ate too much at Breakfast) 4U Lantis.

(D) 5:14pm 111mg/dl Nurse Marlene (I asked CO1 Speer for food @ 4:50pm because I felt low. Male CO @ 5:10pm gave me 2 apples. Said Armwrist still hadn't brought my tray.) Armwrist never gave me tray. CO's hard to adapt a CV. I was low, given 2 4 amks post after eating, 2 apples and sugar was 111.

(H.S.) 7:58pm (waay early) 180mg/dl Nurse Rachel

7/3/22 (B) 4:58am Nurse Rachel 158mg/dl

(L) 10:40am 236mg/dl Nurse Marlene 4U ___ (Unsure why light)

(D) 5:21pm Nurse Marlene 273mg/dl 4UR (Had to eat apple early, felt low but apparently no.

(H.S.) 8:27pm Nurse Cindy 257mg/dl

7/4/22 (B) 4:35am Nurse Cindy 163mg/dl

(L) 9:44am Nurse Hannah 335mg/dl (unclear why) 4UL

(D) 3:59pm Nurse Hannah 112mg/dl

(H.S) 8:14pm 169mg/dl Nurse Hernandez

7/5/22 (B) 4:18am Nurse Cindy 51mg/dl

(L) 10:59am Nurse Victoria 460 mg/dl 1hr 16mins late, no insulin in system, gave us like 3 pretty late that tray, No idea how many carbs, all bad. No tray @ insulin. Armwrist just delivered tray as black suits left in cell. They told W/h CO. with Gray hair/beard (older man) (short) I need my tray + He said, "Try to get down there right Now." Got tray @ 12pm.

(D) 5:27pm Nurse Victoria 237mg/dl 6UR

8:00pm Nurse Hernandez 192mg/dl 4UR

(H.S.)

/6/22 (B) 4:21am Nurse Hernandez 182mg/dl

(L) 10:43am Nurse Marlene 172mg/dl 40uLantus

(D) 5:02pm 221mg/dl Nurse Marlene

(HS) 8:53pm Nurse Matt 193mg/dl

/7/22 (B) 4:47am Nurse Matt 155mg/dl

(L) 11:10am (waiting on Lt per CO Bosby / CSI Brownny everything else ready)
This is an everyday thing.

(L) 11:21am Nurse Marlene 241mg/dl 40uL

(D) @ 4:05pm Nurse Marlene 267mg/dl 4UR (I ate 2sl
bread and. Soy patty @ 4:22pm because I and low. I felt light
headed but guess not low.)

(HS) @ 9:10pm 210mg/dl Nurse Matt

7/8/22 (B) 5:08pm Nurse Matt 176mg/dl

(L) 10:26am Nurse Carl 331mg/dl 40uLantus
Didn't expect it to sugar that high. Unclear why.

(D) 4:12pm Nurse Carl 169mg/dl 4UR

(HS) Nurse Carl told me Provo Carl said he needed to
talk to HSA Kim Titcom, I _____ said I said the _____ wouldn't
approve 2xl briefs because L was pressured and it was 19 ___.
I said how do they square that w/ a need for compression.
He said he didn't know. He said we'd get one in response to
Status call. He forgot it but will bring it back. (On camera 9/21 Tripp)

(L) 8:23pm Nurse Lisa 266mg/dl

(L) 8:23pm Nurse Lisa 150mg/dl

7/9/22 (B) 4:33am Nurse Lisa 150mg/dl

(L) 11:20am Nurse Carl 203mg/dl 40uLantus

(L) 11:20am Nurse Carl 309mg/dl 6UR

(D) 3:57pm Nurse Carl 309mg/dl 6UR

(HS) 8:35pm Nurse Matt 83mg/dl

7/10/22 (B) 4:19am Nurse Matt 85 mg/dl

(L) 10:47am Nurse Viviana 111 mg/dl 40u Lantus

(D) 3:41pm Nurse Viviana 111 mg/dl

(H.S.) 8:09pm Nurse Matt 55 mg/dl

7/11/22 (B) 4:39am Nurse Matt 65 mg/dl

(L) 11:08am Nurse Marlene 101 mg/dl 40u Lantus.

(D) 3:53pm Nurse Marlene 139 mg/dl

(H.S.) 12:38am Nurse Lisa 38 [7/11] Codes all night so late. Did through bean hole, Didn't tell me what it was. Gave

7/12/22 (B) 4:09am Nurse Lisa 177 mg/dl

(L) 2200 1 milk, 1 orange, BBQ Soy patty, 1/2 cup chopped carrots, 3 sl bread in sack, 4 sl extra. 358 mg/dl 10:46am Nurse Marlene 40u Lantus.

(D) @4:05pm Nurse Marlene 8u R 402 mg/dl I ate too much bread @ lunch, Thought I was low @ 2pm. snack and overcompensated.

(H.S.) 8:39pm Nurse Bridgette 253 mg/dl Reminded her about sick call RE 40" underwear. She will email HSA Tilson, who has them.

7/13/22 (B) 4:27am Nurse Bridgett 51 mg/dl

(L) 10:10am Nurse Hannah 40u Lantus 239 mg/dl.

(D) 4:20pm 261 mg/dl Nurse Hannah 4u R

(H.S.) 8:22pm 297 mg/dl Nurse Matt (Gave another sick call about 40" briefs)

me food, I felt low, confused. Gave me 4 pkts PB, 3 apples, 1 orange, 3 milks, 8 slices bread,

(C) Boone did ice pass. He tapped on door, I said I need b.s. Check notice. He called. Then Lisa came down.

I hollered @ 9:23 pm. Male (C/O) glasses said Codes popping off (3), 1 guy is dying, EMS is here, If things get bad we'll try to get a nurse for you. I have SGT at desk.

7/14/22 (B) 4:48am 72 mg/dl Nurse Matt

(L) 10:48am Nurse Karl 232 mg/dl 4OuL

(D) 4:55pm Nurse Carl 265mg/dl

(H.S.) 9:17pm Nurse Matt 378mg/dl 4uR    Not sure why high. Surprised me.

7/15/22 (B) 4:54am Nurse Matt 58mg/dl

(L) 11:20am Nurse Hannah 152mg/dl 4OuL

(D) 4:19pm Nurse Hannah 289mg/dl

(H.S.) Nurse never came, Riot in A-3 per co's.

7/16/22 (B) 6:14am Nurse Hernandez 124mg/dl

(L) 12:05pm Nurse Marlene 307mg/dl 8uR/4OuL
(they were 45mins late on Lantus & that's why high)

(D) 6:19pm Nurse Hannah 449mg/dl 8uR
I had to eat for fear of low (1 bread) since it had been
2+hrs since supposed to get insulin, Felt low but was high.
Short one fruit but they gave the 1 bag chips. Shorted me
since bread on tray. Gave roll.

(H.S.) 467mg/dl 10uR 9:10pm Nurse Cindy
(insulin resistance?)

7/17/22 (B) 6:33am Nurse Cindy 184mg/dl
Nurse said understaffed. Whole prison on Lockdown.

(L) 281mg/dl 11:12am Nurse Marlene 8uR/4OuL

(D) 4:19pm Nurse Marlene 188mg/dl

(H.S.) 8:27pm Nurse Cindy 240mg/dl

7/18/22 (B) 6:13am Nurse Cindy 96mg/dl

(L) 11:20am Nurse Carl 275mg/dl 4OuLantus

(D) 4:14pm Nurse Carl 182mg/dl

(H.S.) 8:46pm Nurse Cindy 288mg/dl (unsure why) 6uR

(A) 4/39am Nurse Hernandez .69 mg/dl
2200 1 milk, 1 apple, 1 bread roll, 2 portions gravy <sss)
1½ cups grits
2200 SFA No PB No Fish (not any normal tray) ___ cereal,
country pattie, ½ cup rice, ½ cup cabbage, 1 milk, 1 apple,
when I got 2200 (any normal tray), 1 bread, I had 1 bread roll,
8 cup coleslaw, 1½ cups rice, country pattie w/ gravy,
so they're (FSD Hollingsworth) tonight you're still.
cold food 2200 1 apple <S bread, ½ cup corn, ½ cup green beans,
(fish pattie) Breaded snack such ": 2 sl bread, 1 scratch patty, 4 oz
4/20/22 (B) 2200    1 milk, 1 juice ) 1 scratch patty, 4 oz
bread roll, 1 ½ cup oat meal
(C) 2200 ( milk, 1 apple ) 1 juice, 1 sl bread, 1 cup pasta spiral,
scratch patty, ½ cup green beans.
(D) 2200 1 piece of fried cube _ bread roll ) (chicken patties) breaded
1 ½ cups rice, 1½ cup carrots snack such ": 1 apple, 1 orange,
hominy, 3 slices bread ) 1 bread heel, 1 oz salami
4/21/22 (B) 2200 1 milk, 1 _, 2 portions eggs, ½ , pc, grits
1 bread roll
(C) 2200 2 sl bread, 1 burger, 1 cup beans, ½ cup cabbage
(D) 2200 1 sl bread, 1 bread heel, 1 orange ) 1 slice turkey, ½ cup
green beans, 1 ¼ cup spiral pasta such ", 1 orange ) 2 sl bread, 4 oz
turkey

7/22/22 (B) 3:27am 38mg/dl Nurse Matt

(L) 11:08am Nurse Marlene 363mg/dl 40u Lantus

(D) 4:30pm Nurse Marlene 73mg/dl (I told her I walked 4.5hrs to get down b.s. due to high. Misjudged.)

(H.S.) 9:58pm Nurse Cindy 55mg/dl I asked for P.B. specifically, I got carbs but need protein. She said she'd try to get some. @ 10:13pm Got 2 milks, 1 bread roll, 2oz Ham, 1 juice packet, 1 Syrup Reg. (syrup for emergency)

7/23/22 (B) 5:44am Nurse Cindy 103mg/dl

I asked Lt Gomez what the issue is w/ timing. He says waiting on Lt on Fridays because he's only one (overnight) other days they got 2 Lt's and a Captain so can get here easier. He's diabetic so he gets it but other issue is nursing. Waiting on nursing when CO's can get down here. He said "1/2 time it's us, 1/2 time it's nursing". Nurse Cindy confirmed due to nursing understaffing. (McCormic (male) was there and another male CO.)

(L) 11:01am Nurse Carl 149mg/dl 40u Lantus

(D) 3:37pm Nurse Carl 80mg/dl

(H.S.) 8:19pm Nurse Matt 85mg/dl (I said I got bread but no protein. He said he'd look in infirmary for some) @ 9:23pm CO Boone and Male CO gave me 2 apples, 2 milks.

7/24/22 (B) 4:38am Nurse Matt 52mg/dl

(L) 12:20pm Nurse Viviana 110mg/dl

I talked to Lt Tripp. She will try to see about getting coordinated w/ Aramark and nursing. I explained need to help w/ Blood sugar control. Exercise kept sugars down @ Lunch which otherwise would have spiked plus I didn't eat a snack due to obvious delay of meals (meals didn't get into pod until 11:25am. So by 10am I knew it'd be delayed so no snack to hold me b/c I knew sugars might spike.

(D) 3:50pm 261mg/dl Nurse Viviana (I ate too much. Unsure what carbs are, miscounted by probably about 10-15 carbs I ate like. Also, only 3.5hrs in between Lunch and dinner instead of 5-7 so artificial high

(H.S.) 9:1?? 209mg/dl Nurse Matt (had to eat to prevent low) probably

7/25/22 Ⓑ 4:52am 228mg/dl Nurse Matt (I ate the 1.5oz
real syrup packet to prevent low. It worked. 1.5oz syrup/s 37carbs)
Ⓛ 10:11am 141mg/dl Nurse Marlene 40uLantus.

Ⓓ 4:18pm Nurse Marlene 203mg/dl ( no protein in aft. so kept
                                        a lil high just incase)
(H.S.) 8:37am Nurse Matt 169mg/dl (ate 82carbs @ 10:00pm, no protein)

7/26/22 Ⓑ 4:04am 166mg/dl Nurse Matt (I had to eat 82
carbs (4sl bread and 2 apples) to keep up b.s. cuz of no protein.
Each night... until I get shelf stable protein I have to do this.)
Ⓛ 10:22am Nurse Marlene 188mg/dl 40uLantus
Ⓓ 3:31pm Nurse Marlene 206mg/dl
(H.S.) 9:36pm Nurse Matt 164mg/dl (ate 75 carbs, no protein)
                                    @ 10:30pm

7/27/22 Ⓑ 4:56am Nurse Matt 148mg/dl
Ⓛ 10:48am Nurse Hannah 314mg/dl 40uLantus
(Some insulin ran down my arm when nurse injected. Unclear if will affect
sugars later. No idea why I was high. Possible sugar was put in my
oatmeal. I put sweetner (artificial) in it before tasting. Should have
tasted first. No reason that sugar should be high other than that.)
Ⓓ 3:26pm Nurse (unk) 218mg/dl
(H.S.) 8:32pm Nurse Cindy 207mg/dl
7/28/22 Ⓑ 4:41am Nurse Cindy 232mg/dl
Ⓛ 10:02am Nurse Carl 207mg/dl 40uLantus
Ⓓ 3:59pm Male C/O & CS1 Mccoune said "Aramark didn't send my tray, C/O Busby went
to grab it. When tray gets here we'll call for blackshirts and Lt."
Meals entered ᵇᵉᵈ @ 3:54pm but Aramark still has refused to send tray so SGT
Sent Busby to grab it.
4:40pm Nurse Carl 80mg/dl
(H.S.) 8:21pm 241mg/dl Nurse Cindy (I was worried about low so
I ate 10 xtra carbs best I could count) Also, timing of dinner
was late so ate snack at 6:30pm but only 3 hrs 40 mins in between
                                    Not like

7/29/22 (B) 4:53am 181mg/dl Nurse Cindy

(L) 10:59am 258mg/dl Nurse Marta 40uLantus
Got Lantus @ 10:02am yesterday so 1 hour late w/o insulin in body
caused this sugar spike.

(D) 4:34pm Nurse Marta 287mg/dl (combo of late lantus at lu__
and I might have misjudged
(H.S) 8:24pm Nurse Cindy 203mg/dl carbs)

7/30/22 (B) 4:13am Nurse Cindy 46mg/dl

(L) 12:07pm Nurse Marta 141mg/dl. 40u Lantus

(D) 4:48pm Nurse Marlene 153mg/dl

(H.S.) 8:14pm Nurse Matt 247mg/dl Timing very bad today.
Not real high most likely. Snack @ 7pm. Shouldn't have
used a S.S. until 10:00pm per normal diabetic protocols.

7/31/22 (B) 5:01am Nurse Matt 100mg/dl

(L) 9:53am Nurse Marlene 290mg/dl 40uLantus
Bread roll of unknown size at @ breakfast. Had to use as snack
in between meals. Unknown carbs, which caused high plus
no protein cuz gave meat in snack snack last night.

(D) 4:01pm Nurse Marlena 163mg/dl

(H.S.) (since got better timing of meals/insulin and PB a couple tim__
got sugars much better this past week. Scrotal swelling came
down by 30% or so. Not healed but significantly better)

8:35pm Nurse Cindy 187mg/dl (ate snack @ 6:34pm. Ate extr__
13 carbs cuz bad gut feeling but wasn't necessary looks like).

8/1/22 (B) 4:26am Nurse Cindy 52mg/dl
Why? This should not have happened. Unsure why.

(L) 10:23am Nurse Carl 126mg/dl 40u Lantus

(D) 3:47pm Nurse Carl 112mg/dl

(H.S.) 8:14pm Nurse Cindy 81mg/dl

8/2/22 (B) 4:48am Nurse Cindy 153mg/dl

(L) 11:07am Nurse Marta 193mg/dl 40uL

(D) ____ Nurse Mart 240mg/dl I exercised 1½ this otherwise ___

6/3/22 (B) 4:24am Nurse Kathleen 119mg/dl
(L) 10:48am Nurse Marta 174mg/dl 39u Lantus
(D) 4:22pm Nurse Marlene 223mg/dl late 1 sl bread at
3:55pm cuz felt low but false feeling, Also 1u less lantus @ lunch.
(H.S) 8:51pm Nurse Cindy 235mg/dl (I exercised 1 hour) no protein

8/4/22 (B) 4:41am Nurse Cindy 97mg/dl
(L) 9:52am Nurse Marlene 282mg/dl =9u Lantus (I walked 2.5hrs
(D) 4:39pm Nurse Marlene 150mg/dl
(H.S.) 6:31pm Nurse Matt 77mg/dl (Nurse Matt had said he would come back w/ something if he could but never did)

8/5/22 (B) 4:42am 40mg/dl Nurse Blank @ 4:51am Nurse Matt asked if He wanted re-check in 30 mins. I said, "well! I just need xtra food. He said he'll see if they got xtra tray if not then will let Lt know to get xtra".
(L) 10:43am Nurse Hannah 40u Lantus 205mg/dl
only high cuz no insulin for 50mins. Yesterday Lantus was given @ 9:53 but today, 10:43, smh.
(D) 4:28pm Nurse Hannah 176mg/dl (I had walked 2hrs to get down sugar)
(H.S.) 8:57pm Nurse Matt 135mg/dl

8/6/22 (B) 5:12am Nurse Matt 122mg/dl (had pb last night)
(L) 10:39am Nurse Carl 111mg/dl 40u Lantus (I walked 1.5hrs 6am-7:30am)
(D) 4:05pm Nurse Carl 169mg/dl
(H.S.) 8:38pm Nurse Matt 250mg/dl

8/7/22 (B) 373mg/dl 4:29am Nurse Matt 8 UR
(ate a lot to avoid low. Obviously too much)
(L) 11:06am Nurse Vivianna 71mg/dl 40u Lantus
(D) 5:34pm Nurse Vivianna 242mg/dl (I got food ...
8:24pm Nurse Lisa (CO Spicer said at my door that Vivianna told her e in she forgot & also 5:44pm ...
(H.S.) 156mg/dl

8/8/22 (L) 4:54am Nurse Lisa 134mg/dl

(L) 10:03am Nurse Marlene 255mg/dl 40u Lantus

(D) 3:41pm Nurse Marlene 89mg/dl

(H.S.) 8:43pm Nurse Matt 196mg/dl

8/9/22 (B) 4:24am Nurse Matt 254mg/dl (I had forgot to

(L) 11:27am Nurse Marlene 356mg/dl   | eat snack as planned
40u Lantus. (Did blood draw for H1C/D12) | at 1:30am. Ate it @ 3:51
(D) 4:12pm Nurse Marlene 64mg/dl | instead we felt low. That's
                                  | why 254 @ 4:24am but
                                  | not real high).

I walked 1.5 hrs to get down 356 b.s.
Very surprised it dropped low. Normally I drop 58mg/dl for 1hr
walking so should only have dropped to 281 but when Lantus
is delayed anything can happen. Weird boomerang effect.
It's happened before but rarely. Unexpected.

(H.S.) 8:39pm Nurse Mckenzie and Nurse Hernandez 46mg/dl
Unclear why. I ate all dinner and ate snack. Didn't have protein
for snack though cuz gave bullshit meat at dinner but ate 2 apples
and 2 slices bread at snack so unclear why low. CO's gave me snack w/
oranges, cookie, bread roll, ham and cheese, jelly and apple.

9/10/22 (B) 4:48am Nurse Mackenzie 50mg/dl So, had
sugar been tested on time 3:30am-4:30am My sugar
would have been likely 70mg/dl - 90mg/dl cuz sugar can
change 40-50mg/dl in 1 hr based on my experience over
time. I had xtra food, just didn't eat all due to not wanting
to over-correct and be high. Had I had sugar checked
in my requested range (3:30 - 4:30am) likely would have
been good, albeit on low end.

(L) Nurse Carl 10:25am 296mg/dl 40u Lantus

(D) 4:08pm 357mg/dl 8uR Nurse Carl Unclear why. I ate normal
So I didn't risk low but NOT sure why.

(H.S.) 8:02pm Nurse Hernandez 158mg/dl (Got Contour right @ dinner)
⤸ Had come on time
8/11/22 (B) 4:47am Nurse Matt     (8:30pm-9:30pm sugar
        126 mg/dl                  would be 83-108 btw)

(L) Nurse Marta 275mg/dl 40u Lantus 11:01am
   (They were 36 mins late w/ Lantus from yesterday. That's
    why b.s. was high)

(D) 4:46pm Nurse Marta 119mg/dl
(H.S.) 176mg/dl 8:50pm Nurse Matt

8/12/22 (B) 4:34am 256mg/dl Nurse Matt
        I overcompensated for low (felt like) but wasn't low.
   (L) 326mg/dl 10:07am Nurse Marta 40u Lantus
       My fault. I ate too much and fell asleep. Bad.
(D) 4:38pm Nurse Marta 86mg/dl
(H.S.) Nurse Cindy 8:13pm 116mg/dl Nurse Cindy is new
       D.O.N. (as of 2 weeks ago)

(B) 5:28am Nurse Hernandez (Lt. Gomez, CSI Mccurrie (male),
Male Black sw) 80mg/dl (I ate 1 sl bread @ 4:50am due to
feeling low, told Male CO on flow what's w/ nursing. He asked
why? I told him I needed blk sum nurse for insulin. He'd check,
Hernandez in pod since at least 4:50am. I talked to CO about 4:45am
(L) 10:34am Nurse Marlene 209mg/dl (28 mins late from when
        40u Lantus                  I got Lantus yesterday so
                                     b.s. rose up)
(D) 4:13pm Nurse Marlene 134mg/dl
   (ate 1 sl bread @ 3:56pm to prevent low)
   I was concerned if they'd come on time.

(H.S.) 8:29pm Nurse Mackenzie 131mg/dl

2(B) 5:30am Nurse Mackenzie 73mg/dl So because
+ and blk suits showed up so late I was nearly low!

(L) 11:03am Nurse Marlene 290mg/dl 40uLantus (Today I
got Lantus 26mins later than yesterday, so sugars spiced.
Not my fault)

(D) 4:17pm Nurse Marlene 6uR 201mg/dl

(H.S) 9:03pm Nurse Mackenzie 133mg/dl

8/15/22 (B) 4:48am Nurse Mackenzie 142mg/dl

(L) 9:48am Nurse Hannah 40uLantus 205mg/dl

(D) 3:35pm Nurse Hannah 178mg/dl ~~Glue~~ 4uR

(H.S.) 8:13pm Nurse Lisa 191mg/dl (I ate snack later than
usual @ 7:44pm. Normally I eat @ 6:30pm. I did eat a lil @
6:30pm but felt lightheaded @ 7:44pm so ate more. Not real
high b.s.) Also she came very early too.

8/16/22 (B) 5:52am Nurse Lisa 72mg/dl
(no Lt, no camera) Use of force in pod beginning
at 5:15am, Aramark got meals in pod @ 4:12am.

(L) 11:34am 40uLantus Nurse Marta 285mg/dl
Gave me hydrocortisone, will give me A1C # @ dinner.

(D) 3:57pm Nurse Marta 308mg/dl 10uR

(H.S.) 9:21pm Nurse Leslie 166mg/dl

8/17/22 (B) 4:26am Nurse Leslie 77mg/dl

(L) ~~Date~~ 10:02am Nurse Marlene 160mg/dl 40uLantus

(D) 4:04pm Nurse Marlene 225mg/dl 6uR. I think I missed carbs
in bread at lunch. They gave me several bread heels. I counted
as 6 carbs each x 4 = 24 carbs but may have been more. I need the
full slices for snacks. Think it was probably 32-36 carbs instead.

(H.S) ~~55mg/dl~~ Nurse Mackenzie (probably no insulin @ dinner)

8/18/22 Ⓑ 5:08am 194mg/dl Nurse Mackenzie 4uR
Ⓛ 10:12am 362mg/dl Nurse Marlene 40uLantus.
They were 20mins late w/ Lantus compared to yesterday. I messed up
and fell asleep all morning which I know shoots up b.s.'s but
it was accidental, plus I forgot to swap out my bread roll
Aramark keeps giving me at breakfast w/ sliced bread.Which is
what my diet is supposed to have. Rolls always spike me.
Part my fault, Part Aramark, tiny bit ★ DOC.
Ⓓ 3:49pm Nurse Marlene 189mg/dl 4uR
Ⓗ.S. 6:46pm Nurse Hannah 269mg/dl 8uR [Unsure why; Frustrating!]
8/19/22 Ⓑ 5:32am Nurse Bridgett 287mg/dl
    8uR (no idea why so high)
Ⓓ 11:17am Nurse Victor 88mg/dl (I halted my snack
    40uLantus
Ⓓ 4:17pm Nurse Victoria 79R
    No idea ___, Bounce back ___
Ⓗ.S. 9:41pm Nurse ___ 197mg/dl
8/20/22 Ⓑ 5:12am Nurse ___ 5long/dl
Ⓛ 10:25am 108mg/dl Nurse ___ 40uLantus
    ___ are large +0.5oz P.b. we
    missed snack @ 7:33am so didn't want to be low, This ___
    ___
Ⓓ 5:07pm Nurse ___ 262mg/dl No idea why, ___ makes no
    sense.
Ⓗ.S. 337mg/dl Nurse ___ 10uR I can not ___
    ___ No idea why
    they have infection but notes ___. I feel not ___
    Nurse said Dr's order for Corona test,
    ___ there likely be Two in

5/22/22 (B) 2200 1 1/2 cups oatmeal, 1 bread roll, 2 sausage patty, 1 orange, 1 juice, 1 milk.

(L) 2200 2 slices bread (shorted me 1 slice but didn't complain because they gave me 3 packets of juice, 2 jellies, a cookie, chips, carrots, milk which isn't compliant w/ diet but it's so much extra carbs I won't be low. The chips have nutritional data on them so it is carb equivalent to the missing bread and actually better because won't spike sugars). I also got 2 PB packets, 1 slice bologna.

(D) Snack sack: 4 slices bread, 1 milk, 2 apples, 2 PB 2200 tray: 1 cup potatoes, 1 chicken fried steak, 2 portions irish blend veggies, 2 slices bread.

5/23/22 (B) 2200 1 milk, 1 juice, 1 apple, 1 3oz bread roll, SFA No Fish 1 1/2 cups Grits, PB.

(L) 2200 2 slices of bread plus 1 heel (not full slice), Breaded Chicken patty, 1 apple, 1 milk, 9 slices of carrots.

(D) 2200 2 cups BBQ beans (very sweet!) 2 portions cabbage, 3oz greasy mince meat w/ veggies in it. Diet Sack: 3 slices bread plus thin heel, 2 oranges, 2 PB.

5/24/22 (B)" 2800 SFA No celery, No cabbage, No PB Veg" plus was very cold, colder than usual because CO's left my tray outside warmer on table waiting on 3rd bluesuit to arrive. 2 cups rice, 2 portions eggs, 1 big bread roll, 1 apple, 1 milk. I walked 2 hours to blunt risk of high blood sugars since mostly I only had rice to eat, sugary apple, sugary milk (metabolizes like a spoonful of sugar).

(L) 2200 breaded chicken patty, 4 slices bread, apple, milk, 4 slices carrots, 1 juice lemon

(D) 2200 1 1/2 cups pasta, 6 meatballs, 2 portions mixed veggies, 4 slices bread, ham, 2 apple

5/25/22 (B) 2200 1 bread roll, 1 scratch patty, 1½ cups oatmeal, 1 milk, 1 juice

(L) 2200 1 soy patty, 1 apple, 8 slices carrots, 1 milk, 2 slices bread plus 1 thin heel. Had to take less insulin to compensate.

(D) 2200 2 portions carrots, 1 cup rice, 1 scratch patty, grate #P snack 4 slices bread, 2 apples, 2 slices ham, 4oz tuna,

~~the~~ @ 4:25pm CSI Mccurrie told me she always has to put my snack together because Aramark never does it right. She said this after I asked if my diet snack was right.

5/26/22 (B) 2200 1 bread roll, 2 portions gravy eggs, 2 cups of grits, 1 milk, 1 juice.

(L) 2200 milk, 3 slices bread, 1 apple, 6 slices carrots, 1 bologna, 2 slices cheese.

(D) 2200 2 portions, 1½ pasta spirals, 1 soy patty, 1 bread roll snack sack 2 apples, 2 slices bread, 1 soy patty (I told Blacksuits I need 2 slices more bread to go w/ tray. They said they'd tell CO's @ 3:22pm CSI Mccurrie said, "Erwin, it's coming". @ 3:58pm got bread

5/27/22 (B) 2200 1 bread roll, 1 very thin slice ham, 1 cup oatm 1 milk, 1 juice.

(L) 2 slices and a heel, Orange, 6 slices carrots, 1 soy patty, 2 milks. Milk was warm, like room temp.

(D) 2200 2 slices bread, 1 cup spiral pasta, scratch patty, 2 portion cabbage, snack sk?: 1 orange, 1 apple, 2pb, 4 slices bread.

5/28/22 (B) 2200 2 apples, 1 milk, 1 bread roll, 1½ cups b cereal, 2 portions eggs!

(L) 2200 4 sliced carrots, 2 milks, soy patty, 4 slices bread, apple

(D) 2200 2 cups rice, soy patty, 2 portions mixed veggies, snack

5/29/22 (B) 1½ cups oatmeal 2 sausage patty, 1 bread roll, 1 milk, juice, 1 apple.

(L) 2200 4 slices bread, 1 milk, 1 apple, 1 actual blackbean hamburger, 4 ~~pies~~ pieces of celery (Zimmerlon)

(D) 2200 They forgot my 2nd fruit and 2 slices bread. CO Sanhow (A. Sanhow's brother) wrote down what I need. Lt Tripp made sure bread was ordered. Before Lt Tripp left cell w/ insulin it was ordered and on it's way. Tray: 2 portions of cabbage, mangled 4oz piece of garlic flavored bread roll, 2.5 cups of beans (no juices), might be 3 cups but unsure, Chicken Fried Steak patty. Snack sack: 2 oranges, 2 slices bread, ham and 2 slices cheese. (garlic bread they left cell)

@ 4:14pm got 4 slices bread from CO Sanhow. Lt Tripp is reason ~~they~~ Aramark delivered bread fast. When a person in power cares, like she does, they can easily and quickly hold Aramark and/or Centurion accountable. Others have claimed they can't but that's a lie.

5/30/22 (B) 2200 1 milk, 1 juice, 1 orange, 2 cups grits, PB, b?, bread roll (3.5 oz ?)

(L) Aramark forgot my milk and orange. Col Macurrie had to order per A. Sanhow. 2200 3 slices bread, 1½ cups beans, hot dog, cole slaw. @ 10:47am Col Macurrie and CO1 Speer gave me milk and orange. Had it the whole time. A. Sanhow lied and just didn't remember to bring it up and lied so he didn't have to go down and get....

(D) 2200 4 slices bread, 1 apple 4 carrot slices ham, 2 slices cheese. Snack sack. 4 slices bread, 1 apple, ham.

5/31/22 (B) My tray was on table per 3 floor COs discussion amongst each other when I asked where my tray was. One CO, "It was on table" referring to blackout Jeffries wrong, it in black milk crate when he came in which ball Cody glasses took, gave to Boone, who gave it to someone on 2nd tier on odd side, instead of me, so CO

DO NOT WRITE BELOW THIS LINE

@ 4:26 am they gave me tray. 2200 1½ cups Oatmeal, 2 slices bread, 1 apple, 1 milk, eggs. (Oatmeal has sugar in it)

Ⓛ 2200 ham/2 slices cheese, 1 milk, 4 carrot slices, 1 apple 3 slices bread.

Ⓓ Aramark forgot apple. CSI Mccurrie has on order. 2200 Main portion is filled w/ cabbage, probaably 1½ cups worth. Very odd. Chopped up turkey, ½ cup beans mixed w/ veggies like celery. 1 bread roll. Snack sack: 6 slices bread, 1 apple, 1 slice salami, 1 lemon flavor juice packet, ~~Apple~~ Orange 5:01 pm CSI mccurrie.

6/1/22 Ⓑ 2200 1½ cups Oatmeal, 1 bread roll, Scratch patty, 1 juice, 1 milk. (MRA 2pm →)

6/2/22 MRA

6/3/22 (morn to 7pm) MRA OFF MRA 7pm back in AZ-206 from AZ-105.

6/3/22 H.S. ——

6/4/22 Ⓑ 2200 Cinnamon roll, eggs, Corn flakes, 1 apple, 1 milk

   Ⓛ 2200 4 slices Chu pattie breaded, 2 milks, 3 carrot slices, 1 orange

   Ⓓ 2200 "2 slice Bread, 2/3 cup noodles, ½ cup carrots, 3oz Scratch patty, 1 fruit". 1st time this has been done. I had a sick call asking for this but hadn't turned in yet. I had filed grievances though. Unsure if on their own put me on individualized medical diet so turned in sick call asking for it anyway on Sunday 6/5/22. Contents of what was written is accurate Snack sack: (I had insisted on 3 pb, sliced bread, 1 fruit come on their and CO's make sure I got it, fixed the sack. Perhaps someone I sicced finally CO2 day sack (or 1st time had: 2 slices bread, 2 oranges, 3 PB, 2 jelly, 1 milk). Close enough, Awesome.

6/5/22 Ⓑ 2200 1½ cups grits, 1 bread roll, 2 sausage patty, 1 milk, 1 juice, 1 apple

   Ⓛ 2200 3 slices bread, 2 apples, 2 milks, 3 carrot slices, 2 slices cheese, 1 slice

6/5/22 cont. (D) "2200 2sl bread, 1c potatoes, 1/2c vegetables, 3oz eggs, 1 fruit" Snack sack's 2 apples, 1 soy patty, 2 sl bread, 1 milk (milk was warm).
(apple)

6/6/22 (B) 2200 1 milk, 1 apple, 1 juice, 1 1/2 cups grits, bread roll PB.

(L) thin slice of ham not likely 3oz. 1 slice of bread and 2 very thin bread heels, which are not a full slice. Shorted me 14 carbs which is a slice of bread so I told blackburn and they said they'd get it. (2200 labeled) 6 slices carrots, 1 apple, 1 milk,

(D) @10:02am I got a visit from CO Busby answering my call light I reminded him about slice of bread, he said "They're working on it". CS1 Mccurrie is on duty today. Got bread from Mccurrie and Busby @ 10:24 am.

(D) 2200 1 Chic fried steak, 2 slices bread, 1/2 cup green beans, 1/2 cup potatoes. Snack sack 1 bread/lid, 3 slices bread, 2 apples, 1 slice ham.

6/7/22 (B) 2200 1 1/2 cups grits, 1 big bread roll, 2 portions gravy eggs, 1 apple, 1 milk.

(L) 2200 Shorted me apple. Aramark never brought it down after CS1 Mccurrio ordered. She said she had xtra Reg Sack, I said ok so I could pick out stuff. For replacement. Chips had not label, 15cc so did that. BBQ soy patty, milk, 6 slices carrots, 3 slices bread.

(D) 2200 "2 Slice bread, 2/3 cup noodles, 1/2 cup irish blend" veggie 3oz scratch patty", 1 apple. Aramark forgot my diet sack. CS1 Mccurri ordered @ insulin when I asked CO who brought tray w/o sack. @ 3:48 pm Busby gave me 2 slices bread to hold me over. @ 4:59pm Aramark refused to bring down. Unsure why. CS1 Mccurrie give me 2 bags lays potato chips, PB x 5 to fix.
... Better than nothing.

6/8/22 Ⓑ 2200 1 cup grits, 1 big bread roll, scratch patty,
    1 milk, 1 juice.

Ⓛ 2200 3 pb packets, 1 grape jelly, 1 milk, 1 apple, 3 slices
bread, 6 carrot slices.

Ⓓ 2200 " Hot aa tine - none, white bread - 2 sl, scalloped
    & (lot more than 1 cup)
    potatoes - 1 cup, carrots - 1/2 cup, Meatloaf Patty 3 oz,
                    w/ brown sugar
    Fruit - 1 or 1/2 cup. Snack sack = 2 sl bread, 2 apples, 1
    biscuit, 2 PB.

6/9/22 Ⓑ 2200 1 milk, 1 juice, 1 PB, 1 bread roll, 1 1/2 cups
grits.

Ⓛ "2000" 1 apple, 1 milk, 3 oz PB, 1 grape jelly, gave
me all 3 bread heels!! I had sent a grievance days
prior specifically asking not to get bread heels.
So now, FSD Hollingshead made sure I got nothing
but bread heels! Luckily CS1 Mccurrie gave me 4
slices bread xtra. She said it was "in case for later"
expecting issues @ dinner w/ my snack sack etc indicating
she won't be here later to fix it if wrong.
    I called CS1 Mccurrie up. She came w/ CO Busby.
    I showed her, explained. She will tell UTM W. .
Ⓓ 2200 " White bread 2 sl, Noodles 2/3 cup (actually much more
maybe 2x that), green beans 1/2 cup, scratch patty 3 oz, fresh
fruit (not on tray) Snack sack = 2 sl bread, 2 oranges, 1 bologna.

6/10/22 Ⓑ 2200 1 milk, 1 juice, 2 cups sweet oatmeal
w/ brown sugar, 1 slice ham, 1 big bread roll.

Ⓛ 2200 1 hcd, 2 sl bread, 9 carrot slices, 1 orange, 1 milk, no prote
CS1 W. got me 3 oz PB and will get me another sl bread.

D 6/8/22 2200 "White bread -2sl, Beans - 1/2 cup, carrots - 1/2 cup,
(no bread at all) (actually (1/2 cups)
fish patty - 1 ea, Fresh fruit - 1 ea   Snack sack = 4 sl
(none on tray)
bread plus 1 heel, 2 oranges, 2 oz tuna

6/11/22 B 2200 1 milk, 1 apple, 1 1/2 cups bran cereal,
gravy eggs, 1 bread roll (big).

L 2200 2 slices and a bread heel, 1 apple, 1 milk, 6 carrots sl,
bologna.

D 4:16 pm 2200 "White bread-2sl, Rice 2/3 cup (1 1/2 cups actually)
(CO's brought food)   Carrots - 1/2 cup, Taco filling-4oz, fruit 1ea or
I asked for nurse   1/2 cup (none)" Snack sack = 1 orange, 2 sl
She not in pod.
bread, 1 heel,  thin slice bologna. I asked for
2nd fruit since forgot on tray, got an apple.

6/12/22 B 2200 1 milk, 1 juice, 1 apple, 2 sausage, 1 big bread
roll, 1 dry and massive lump of oatmeal (≈ 2 cups?)

L 2200 1 milk, 1 apple, 4 carrot slices, 2 sl cheese, 1 slice
of ham, 2 sl bread (they shorted me 1 sl bread) Blacksuit
Ali said he'd "order it in a little while" I said no! Getting insulin
now, I need it asap not in a little while. Lt. Tripp heard me
and nodded ok. Ali brought it up @ 9:53am.

D 2200 "White bread 2sl, Noodles 2/3 cup, mix veg 1/2 cup, Poultry Patty,
3oz, apple  Snack sack = 1 bread sl, 1 heel, 1 apple, 2 PB

6/13/22 B 2200 1 PB, 1 big bread roll, 1 1/2 cups grits, 1 milk,
1 juice, 1 apple.

L 2200 2 sl bread, 1 bread heel, 1 apple, 1 milk, 6 carrot slices,
1 soy patty, [Snack sack: 2 apples, 4 sl bread, BBQ soy patty]

D 2200 "White bread -2sl, Fruit - 1 ea or = 4oz (none in tray), Hot cereal - 1 cup
(1 1/2 cups potatoes actually), PB - 1oz (Soy patty actually), 1 cup irish vegs

6/14/22 (B) 2200  1 apple, 1 milk, 1 cup grits, eggs with grits
spilled all over them (immersed) , 1 big bread roll.

(L) 2200  3 sl bread, 1 milk, 1 apple, 2 sl cheese, 1 sl. Bologna,
1 juice packet, 1 bread heel.

(D) 2200  White bread - 2 sl, Beans - 1/2 cup (actually, 1 cup), green
beans 1/2 cup, Fish patty, 1ea, fruit 1ea (none)
Snack sack: 2 apples, 2 PB, no bread. (Sl. Arrencie said
she ordered ; waiting on Aramark. 3:56pm CO Busby gave me bread.

6/15/22 (B) 2200  1 1/2 cups Oatmeal, scratch patty, 1 bread roll,
2 juices, 2 milks.

(L) 2200  1 milk (to the window), 1 apple, 3 slices bread, 1/2 cup chopped
carrots, 1 slice ham (warm)
My lunch sat out for over an hour, uninvestigated
_____ (none)

(D) 2200  White bread - 2 sl, Rice - 1/3 cup (actually 1 cup), carrots - 1ea cup,
Breaded Chicken Patty - 1ea, fruit - 1ea (none). All cold us bitt,
Snack sack: 4 sl bread, 2 apples, soy patty (PBB),

6/16/22 (B) 1 lukewarm milk, 1 juice 2200  1 bread roll, 2
portions eggs, 1 1/2 cups grits. (I ate 2 PB plus 2 O's
gave me to bring up low).

(L) 2200  BBQ soy patty, 1 apple, 1/2 cup chopped carrots, 1 sl.
bread + 2 super thin bread heels ___ Lt Trip brought me
3 full slices bread since Aramark messed up, 1 milk.

(D) 2200  Snack sack: 3 sl bread plus 1 bread heel, 2 PB, 1 apple,
1 orange, tray: White bread - 2 sl, Noodles - 2/3 cup, Green Beans
1/2 cup, Turkey Loaf, fruit - 1ea (none) (actually 1 cup)

6/17/22 (B) 2200  1 juice, 1 milk, 1 bread roll, _____ portions 1 1/2 cup,
Jam Police.

(L) 2200  2 sl bread, 1 cornbread, Sliced ham, 1 orange, 1 cup
celery sticks, 2 milks.

(D) 2200  White bread 2 sl, Paprika Potatoes 1 cup, Low fat Vegetables 1/2 cup
gravy, Scrambled egg - 3 oz, fruit - 1ea (none) ____
Snack: __ bread, 2 apples, soy patty - PB, __ oil, 1 milk.

6/18/22 (B) 2200 1 apple, 1 milk, 1 big bread roll, 2 portions eggs, 1 1/2 cups bran cereal.

(L) 2200 4 small 2 inch long celery sticks, 1 breaded chicken patree, 1 apple, 2 milks, 3 slices bread, 1 bread heel.

(D) 2200 "White bread - 2 sl, Rice 2/3 cup (1 1/2 cups rice actually), 1/2 cup green beans, (no fruit), 3 oz Poultry patty, Snack sack": 1 milk, 2 sl bread, Slice of salami (room temp), 2 apples,

6/19/22 (B) 2200 1 milk, 1 juice, 1 orange, 1 bread, 1 1/2 cups Oatmeal, 2 sausage.

(L) 2200 4 sl bread, 2 apples, 2 milks, 3 carrot slices, Salami slice, 2 sl cheese

(D) 2200 "White bread (none) 2 sl, Beans - 1 cup (actually 1 1/2 cups), Cabbage 1/2 cup (actually cole slaw), Poultry Patty - 3 oz, Fruit - 1 ea (none) Snack sack's 3 sl bread, 1 heel, 1 apple, 1 orange, 1 soy patty, 1 milk.

6/20/22 (B) 2200 1 milk, 1 juice, 1 orange, 1 1/2 cups grits, 1 PB, 1 bread roll

(L) 2200 2 bread heel, 2 sl bread, 1 apple, 2 sl bologna, 7 carrotts, 1 milk. My sugars were very high so let it be but heels short'd me 15 carbs!! If sugar was normal I'd have dropped out.

(D) 2200 "White bread - 2 sl, beans - 1 cup (actually 1 1/2 cups), 1/2 cup mix veggies (actually 1 cup dry cabbage), Poultry Patty - 3 oz, frut 1 ea (none) CS) Mccurrie said had to order 1 frut. Snack sack: 2 apples, 4 sl bread, 2 PB @ 4:58pm CS) Mccurrie gave me an apple (didn't need that)

6/21/22 (B) 2200 1 milk, 1 apple, 2 portions gravy eggs, 1 1/2 cups Oatmeal, 1 bread roll,

6/21/22 (L) 3 slices bread, 2 apples, BBQ soy patty, 4 carrots sliced, 1 milk

(D) 1 cup mash potatoes, 1 sl 1 bread heel, soy patty, 2 portions cabbage
snack sack: 2 apples, 4 sl bread, 1 slice Salami

6/22/22 (B) 2200 1 juice, 1 milk, 1 1/2 cups brown sugar oatmeal,
1 br, bread roll, 1 scratch patty.

(L) 2200 4 sl bread, 1 milk, 4 carrot slices, Salami slice plus 2 sl of
cheese, 1 apple. I am going to eat 1 apple, carrots, milk, meat and cheese
only. Not going to eat sl bread. Going to save 2 sl for mid afternoon snack and
other 2 in case of low later, just in case.

(D) 2200 2 sl bread, 1/2 cup carrots, 1/2 cup potatoes, 1 breaded
chicken patty w/ mayo. Snack sack: 2 apples, 6 sl bread, 1 soy patty.

6/23/22 2200 2 bread heels, 1 sl of bread, 1 apple, 1 milk,
(L) 7 celery sticks, 1 slice ham (2oz but should be 3oz).

(B) 1 1/2 cups grits, 2 portions gravy eggs, 1 small bread roll, 1 milk, 1 juice.
2200

(D) 2200 1 apple, 2 sl bread, 1 country patty, 1/2 cup peas, 1/2 cup
rice (should be 1/3). Snack sack: 2 sl bread, 2 apples, 1 soy patty

6/24/22 (B) 2200 1 very small roll, 1 ham, 1 1/2 cups oatmeal, 1 milk, 1 juice

(L) 2200 1 orange, 1 apple, 1 milk, Ham slice, 1 juice pkt, 3 sl
bread plus 1 bread heel

(D) 2200 "No Fish / PB) I got cheese 3 slices (1.5 oz only instead of
3 oz but COI spoke guy me 2 PB pkts), 1 1/2 cups rice (should only be
1/2 cup), 2 portions carrots (1 cup) (should only be 1/2 cup), 2 bread
heels which gushed me 13 carbs. Snack sack: 1 slice of warm ham,
1 milk, 4 sl bread, 2 oranges, 2 PB, 2 jelly.

~~(illegible) B ... ... ... , ... cups~~

Cauliflower , 1 milk , 2 apples ,

(L) 2200 1 bread heel, 2 sl bread, 2 milks, 1 apple
/ 1 slice bologna , 8 carrots slices.

(D) 2200  2 portions carrots, green peas, green beans , 1 scratch patty,
1 1/2 cups spiral/penne pasta ; 2 sl bread snack sack:
2 oranges, 2 sl bread, 2 PB, 1 milk (warm)

6/26/22 (B) 2200 1 apple, 1 juice, 1 milk, 1 bread roll (org) <
sausage , 1 1/2 cups oatmeal.

(L) 2200 8 carrots, 2 milks, 3 sl bread , 3 PB, 1 jelly, 1 orange.

(D) 2200 1 apple, 1 orange , 4 PB packet, 1 chips, 4 sl bread,
2 sl bread additional, 1 country pattie, 1/2 cup green beans, 1 cup
potatoes ; (S) turkey, 4 jelly

6/27/22 (B) 2200 1 milk, 1 apple , 1 juice, 1 PB, 1 bread roll, 1 1/2 cups
grits.

(L) 2200 2 bags of shredded carrots ( a 4oz , 1 apple, 1 milk, 2 sl
of bread, 1 sl salami , 1 sl cheese, 1 bread heel.

(D) 2200 1 1/2 cups beans, 1 cup carrots, 1/2 cup
Sloppy joe w/ BBQ sauce. Snack sk: 2 apples, 2 PB, 4 sl bread,

6/28/22 (B) 2200 2 apples, 1 milk, 1 bread roll, eggs, 1 1/2 cup
* Oatmeal.

(L) 2200 6 oz PB, 1 apple jelly, 2 sl bread, 1 bread heel, 6 slices
of carrots, 1 apple, 1 milk.

(D) 2200 Snack sack 4 sl, 4oz PB, 2 apples On tray : 1/2 cup
mashed broccoli, 6 meatballs, 1 1/2 cups elbow maccaronni (no bread).

6/29/22 (B) 2200 1 milk, 1 juice, 1 scratch patty, 1 bread roll, 1 1/2 cups oadmeal.

(L) 2200 2 PB, 1 milk, 3 sl bread, 4 carrot slices, 1 apple, 1 juice packet, 2 Jelly,

(D) 4:42pm 2200 2 sl bread, 1/2 cup peas/carrots, 2 oz scratch patty (should be 3 oz) 1 1/2 cups rice, missing fruit. Snack Sack: 1 sl bread, 1 bread heel (shorted me 15 carbs so I hollered. No fruit so CO got me bag of lay's chips which is 15 carbs & replaces 15 carb fruit missing on tray but not the 6 due to heel. 1 soy patty, 1/2 cup apple sauce wrapped up (I didn't initially know this) so that was the fruit I guess) it replaces missing bread carbs at least.

6/30/22 (B) 2200 Big bread roll, eggs, 1 1/2 cups grits. 1 milk, 1 juice.

(L) 2200 1/2 cup applesauce —sweetened, 3 sl bread, 2 sl cheese, ham, 3 carrot slices, 1 milk.

(D) 2200 1 1/2 cups spiral pasta, 1 soy patty, 1 cup peas, 2 sl bread Snack sack: 1 milk, 2 sl bread, 2 apples, 2 PB

7/1/22 (B) 2200 Big bread roll, 1 1/2 cups thick oatmeal, 1 sl ham, 1 milk, 1 juice.

(L) 2200 1 milk, 3 sl bread, 3 PB, 2 apples (shorted me veggies so I complained)

(D) 2200 1 breadstick, 1 1/2 cups spiral pasta, 1 cup mix veggies, 1 scratch patty Sack: 1 milk, 2 apples, 1/2 cup carrots, 1 soy patty, 4 sl bread, 2 PB

@ 8:22pm (H.S.) started Doxycycline, IB Profen for 1 week per Nurse Matt (KOP)

7/2/22 (B) ~~2200~~ 1 milk, 1 apple, 2 sl bread, eggs, 1 1/2 cups branflakes

2200 "SFA No PB, No Fish, Sliced bread". Had diet taped to tray on piece of paper

(L) 2200 2 milks, 2 apples, 2 soy patties, 2 sl bread, 6 sl carrots, 1 bread heel

(D) 2200 1 1/2 cups beans, 2 portions cabbage, 1 bread roll, 1 soy patty Sack: 1 sl ham, 4 oz packaged salami (from CRD I think), 6 sl bread, 1 soy patty, 1 apple.

7/3/22 (B) 2200 1 milk, 1 juice, 1 1/2 cups oatmeal, 1 bread roll, 2 sausage

(L) 2200 2 sl bread, 1 bread heel, 2 apples, 2 milks, 4 carrot slices, 2 slices ham

(D) 2200 1 1/2 cups rice w/ gravy, country patty, 2 sl bread, 1 cup carrots ~~Sack~~: 2 apples, 2 sl bread, 1 sl ham. @ 5:15pm

7/4/22 (B) 2200 1 milk, 1 apple, 1 juice. 1 bread roll, 1 oz PB, 1 1/2 cups grits

(L) 2200 Holiday meal 1 milk, 2 thin slices watermelon, 1 soy patty, 1 1/2 cups potatoes, 1 cup mix veggies, 2 slices bread.

(D) 2200 4 sl bread, 1 apple, 4 carrot slices, 3 celery sticks (small 2"), 1 sl ham, Snack sack: 7 sl bread, 7 pkts PB, 2 jelly, 2 apples, 1 milk.

7/5/22 (B) 2200 1 milk, 1 apple, 1 1/2 cups rice, 2 tortillas, Salsa, eggs w/ gravy.

(L) 2200 @ 12:00pm I had to Holler for it! 1 milk 1 apple, 2 sl cheese, 3 sl bread, 1 bread heel, 3 2" celery sticks, 1 juice packet, 1 sl ham

(D) 2200 Turkey pounds, 1 1/2 cups beans, 1/2 cup veggies 1 cup mash potatoes

Sack: 2 apple, sliced ham, 3 sl bread, 1 bread heel,

/6/22 (B) 2200 1 cup oatmeal, 1oz scratch patty, 1 bread roll, 1 milk, 1 juice
(L) 2200 1 milk (Unknown), 2 slices + 1 bread heel. Black suits told SGT Brownlee
to help me get 1 sl to make up for bread heel. 1 sl ham, 1 orange, 4 carrot slices
(D) 2200 1 scratch patty, 1/2 cup green beans, 2 sl bread snack sack?

1 apple, 1 milk, 2 sl bread, 1 soy patty.
7/7/22 (B) 2200 1 milk, 1 juice, 1oz PB, 1 bread roll, 1 cup oatmeal
(L) 2200 6 sl bread, 1 milk, 1 apple, 1 soy patty, 9 sl carrots
(D) @ 4:25pm got food. SGT didn't know to call nurse/blackside.
I explained. 2200 2 slices bread, 1 soy patty, 1/2 cups potatoes,
1 cup carrots/corn Snack 2 apples, 2 slices bread, 2 sl bologna
7/8/22. (B) 2200 1 milk, 1 juice, 1 turkey slice, 1 bread roll,
1 cup oatmeal.
(L) 2200 1/2 cup shredded carrots, 1 milk, 2 sl bread, 1 apple,
bread heel, 2 thin slices bologna.
(D) 2200 "white bread - 2 sl, Cajun [chicken?] ... soup, coleslaw, [?]
- 1/2 cup, Breaded Fish Patty, Tea, Fruit-Tea [no array], plus a
piece of marble cake" Snack sack? 2 apples, 2 sl salami, 2 sl
white cheese, 2 sl bread, 1 milk.
7/9/22 (B) 2200 1 apple, 1 milk, gravy eggs, 1 cup corn flakes,
4 oz bread roll
(L) 2200 2 milks, 2 sl bread, 1 bread heel, 1 soy patty, 10 carrot slices
1 apple
(D) 2200 "White bread - 2 sl, Paprika Potatoes - 1 cup (Spiral pasta), Low fat vegetables - 1/2 cup,
scrambled eggs - 3oz, Fruit Tea (carrots)
(10 eggs at all)   (no fruit)
They gave me
Small scratch patty
They put correct food on tray but wrote wrong day's dinner.
Snack? 1 lukewarm milk, 3 apples, 2 sl bread, 3 PB, 1 soy patty

7/10/22 (B) 2200 1 milk, 1 juice, 1 orange, 1 big bread roll, 2 sausage patty, 1 1/2 cups grits

(L) 2200 1 orange, 2 milk, 1 apple, 1/2 cup carrots, 1 juice packet, 1 sl salami, 2 sl bread, 1 bread heel.

(D) 2200 2 sl bread, 2 portions eggs, 1 cup potatoes, shortedtime 1/2 cup vegetables, no fruit   Sack: 2 apples, 1 milk, 1 very thin slice of bologna, 2 sl bread.

7/11/22 (B) 2200 1 juice, 1 milk, 1 big roll, PB, 1 2 cups grits

(L) 2200 2 apples, 1 milk (lukewarm), 2 slices bread, 1 bread heel, 1 slice salami, 8 carrot slices, gave me 4 slices bread cuss of bread heel (Nurse insisted thankfully).

(D) 2200 2 sl bread, 1 country pattie, 1/2 cup green beans, 1/2 cup potatoes. no fruit   Sack: 2 apples, 1 sl salami, 3 sl bread, 1 bread heel, 1 milk.

7/12/22 (B) 2200 1 1/2 cups grits, 2 portions eggs, Bread roll (Big), apple, milk.

(L) 1 milk, 1 orange, BBQ patty, 1/2 cup chopped carrots, 7 sl bread.

(D) 2200 Sack: 4 slices bread, 1 milk, 2 apples, 3 PB packets. tray: 2 slices bread, 1 apple, 2/3 cup spiral pasta, small scratch patty, 1/2 cup irish veggies.

7/13/22 (B) 2200 1 milk, 1 juice, 1 scratch patty, 1 bread roll, 1 cup bran flakes,

(L) 2200 1 milk, 2 portions chopped carrots, 2 sl bread, 1 bread heel, 3 PB 1 apple, 1 jelly

(D) Sack: 1 bologna slice, 2 sl bread, 2 apples   Tray: 2200 2 sl bread, 1 soy patty, 1/2 cup carrots, 1 1/2 cups potatoes

7/14/22 Ⓑ 2200 1 juice, 1 milk, 1 1/2 cups grits, 1 bread roll, 2 portions eggs w/ gravy.

Ⓛ 2200 3 sl bread, 1 milk, 1 orange, 1/2 cup chopped carrots, 2 sl Am Swiss cheese, 1 sl ham.

Ⓓ 2200 2 sl bread, 1 scratch patty, 1 cup spiral pasta, 1/2 cup green beans. sack: luke warm milk, 4 sl bread, 1 apple, 1 orange, 1 bbq soy patty

7/15/22 Ⓑ 1 milk, 1 juice, 1 big bread roll (4oz?), 1 sl ham, 1 cup oatmeal.

Ⓛ 2200 8 sl bread, 2 milks, 2 apples, 1 thin sl bologna, 2 sl White Am chz. 1/2 cup chopped carrots.

Ⓓ 2200 2 sl bread, 1 1/2 cups beans, 1 breaded fish patty, 1/2 cup carrots. snack sack: 2 apples, 1 milk, 3 PB, 4 sl bread.

7/16/22 Ⓑ 2200 2 sl bread, 1 oz pb, 1 1/2 cups bran flakes, 1 milk, 1 apple.

Ⓛ 2200 4 sl bread, 1 bread roll, 2 apples, 1 juice packet, 1 milk, 1 country patties, 1/2 cup chopped carrots.

Ⓓ 2200 cold. Meat not cooked from frozen patty very much, sat out on rack w/ no heat since 4:30pm (nearly 2 hrs). 1 cup potatoes, 1 bread roll, 1/2 cup irish blend, 1 soy patty. Aromark forgot sack argued w/ CSI Leahlitter a lot, I hard. Sack: 2 sl bread, 1 apple, 2 PB

7/17/22 Ⓑ 2200 1 milk, 1 juice, 2 sausage, 2 sl bread, 1 1/2 cups Oatmeal,

SFA NO PB
No Fish
Sliced bread.

Ⓛ 2200 2 milks, 2 oranges, 1 juice packets, 1 bread heel, 1 slice bread, (hot lunch) 1 cup potatoes, Turkey ground up, 1 cup carrots

Ⓓ 2 slices bread /1 frut 2200 sack 1 sl bologna, 2 sl cheese, 1 orange, 2 sl bread tray: 1 biscuit, 1 cup peas/carrots, 1/2 cup noodles, 1 soy patty. Aromark refused to fix CSI Leahlitter gave me 3 fruit

7/24/22 (B) 2200 Oatmeal bull 2 cups, 1 bread roll, bologna slice, 2 milks, 2 oranges, SFA, 1 oatmeal bologna slice, 1 biscuit, Nurse Matt, 38 mg/dl 5:27am said "my sugar keeps dropping" "Are You Good?" I said "No" They backed out of room and left. Took me a minute to realize what was happening. I was alone. They had given me 2 trays described above. Total mess.

(L) 2200 1 sl bread, 1 heel, 1 biscuit, 1 cup mix veggies, sloppy joe, 1 cup maccaroni salad, 1 milk, 2 oranges.

(D) 2200 1 milk, 2 slice cheese, eggs, 1 cup potatoes, (shorted me 1 fruit) Sack: 1 apple, tuna, 3 sl bread, 1 heel, So I got bread instead of fruit.

7/25/22 (B) 5:17am CO Boone and SGT give me tray at my request, waiting on Nurse and Lt w/ Blacksuds. Nurse was in pod but Lt wouldn't come down. I asked for tray to prevent b.s. issues from being worse. "2200 SFA NoPB, No Fish w/ Sliced Bread" 2 sl bread, 2 portions eggs (cold because left out of warmer by CO's waiting on Lt.) 1 cup branflakes (1/2 cup short.) 1 apple, 1 milk.

(L) 2200 1 milk, 2 apples, 1 bread roll, 2 portions mix veggies, 1 burger, 1 cup potatoes. CO1 Bechletter ordered 1 slice bread, Other hole CO gave 2 sl @ 1:06pm.

(D) 2200 1 sl, 1 bread heel, Scratch patty, 1/2 cup green beans, 1 apple 1 cup rice/sauce. 4 slices bread, 4oz Bologna, 1 apple

7/24/22 (B) 2200 1 milk 1 juice 1 orange 2 sausage, 1 bread roll
1 Oatmeal ball (≈ 1 cup).

(L) 2200 1 milk, 2 apple, 1 potato, scratch patty, 2 portions
corn/green beans, 2 slices bread, 1 bread roll, 2 slices bread

(D) 2200 Sacke: 1 apple, 4 oz Salami, 3 slices bread, 1 bread heel
tray: 2 sl bread, 1 scratch patty, 1 cup beans, ½ cup corn

7/25/22 · 2200 1½ cup grits, 1 bread roll smashed, 1 oz PB, 1 milk
1 juice.     ↑ shorted me big time!

(L) 2200 1 milk, 1 orange, 2 sl bread, 1 bread roll, 1 cup coleslaw
1 cup spiral noodles, 1 scratch patty

(D) 2200 1 apple, 2 sl bread, scratch patty, 1½ cups beans, ½ cup irish
blend Sacke: 4 sl bread, 1 apple, 1 slice bologna

7/26/22 (B) 1½ cups oatmeal, 1 bread roll, 2 portions eggs, 1 milk,
1 apple 2200.

(L) 2200 1 milk, 1 apple 2 slices bread, 1 BBQ soy pattie, 1 cup carrotts,
SEA           1 cup spiral pasta
No PB No Fish
sliced Bread

(D) 2200 1 apple, 2 sl bread, 1 cup cabbage, 1 soy patty, 1 cup mash
potatoes Sacke: apple, 3 sl bread and 1 bread heel, 4 oz Bologna,

7/27/22 (B) 2500. 1 juice, 1 milk, 1 bread roll, 1 oz PB, 1½ cups Oatmeal,
CSI Burnett       3 slices bread, 2 oz PB, 2 jelly, 2 butter, 1 cup Oatmeal
said A runnach    ↗
messed up my tray
so gave me ~2500
and a CV Veg (2 trays)

(L) 2200 1 cup beans, taco fillings, ¾ cup mix veggies, 1 bread heel
1 slice bread, 1 milk, 1 apple.

(D) 2200 1 sl bread, 1 breaded chicken pattie, 1 cup potatoes, ½ cup
carrots, snack sacke: 4 oz salami, 4 sl bread, 2 apples,

7/28/22 (B) 2200 1 milk, 1 juice, 1 coffee cake!, eggs, 1½ cups cheesy grits w/gravy
labelled but Save me Registry

(L) 2200 1 bread roll (should be sliced bread), 2 portions irish blend. veggies, 1½ cups spiral noodles, 1 sl turkey, 1 milk, 1 apple.

(D) 2200 1½ cups irish blend veggies (shorted me 2/3 cup noodles and replaced with 1 cup veggies. This starts me at least 20 carbs est. but unsure carbs on 2/3 cup pasta exactly), 1 Chicken breaded Pattie, 1 apple, 2 sl bread Sack: 1 apple, 1 bread roll, 3 sl bread, 1 bread heel, 1 slice bologna. So got an extra bread roll an bread sl so didn't worry about pasta, which is real starchy anyways.

7/29/22 (B) 2200 and a CV SFA no milk (2 trays). Unsure why they did that. I didn't ask for it. 1 milk, 2 juices 1 big bread roll, 1 sl ham, 1 cup Oatmeal, 1 bread roll, 1 slice ham, 1 cup oatmeal. Neither had sugar in oatmeal, 1 apple.

(L) 2200 (Sack lunch) ham slice, 2 slices cheese, 1 bag plain lay's chips, 2 apples, ½ cup celery, 4 slices bread, tiny piece of cake, Missing milk but Lechlitter said he'd get it.

(D) 2200 2 sl bread, ½ cup green beans, Breaded fish pattie, ½ cup rice but should be ⅓ (not eating rice). (Saving bread for snack), Sack: 4 sl bread, 2 apples, 4 oz Bologna (saving bread) 1 milk.

7/30/22 (B) 2200 1 milk, 2 portions eggs, 1 apple, 1 big bread roll, 1½ cups corn flakes

(L) 2200 sack lunch: 3 smashed slices bread, 2 milks, 2 apples, breaded country pattie, ½ cup chopped celery

(D) 2200 scratch pasta, 2 portions carrots, 1½ cups overcooked pasta, 2 sl bread sack: 1 sl bread, 1 bread heel, 2 apples, 1 milk, 4 oz turkey

Brian Kaplan
the case
organization education

7/31/22 (B) 2200 1 milk, 1 juice, 1½ cups oatmeal, 1 bread roll, 2 sausage patty, very big

7/31/22 Ⓛ 2200 3 full slices bread, 3 PB w/ Nutritional label!

So 8g carbs in 1oz, 8g protein so yes, 1/2 oz PB will be enough protein to use for snacks so I can stretch PB I get on canteen and very rarely in meals 1/2 cup carrots, 2 milks, 2 apples, 1 jelly. (1 spork full ≈ 0.5 oz PB)

Ⓓ 2200 1 milk, 2 apples, 4 slices bread, 4 oz tuna ☞ sack
↳ tray: 2 slices bread, 1/2 cup green beans, 1 cup potatoes, breaded country patty)

8/1/22 Ⓑ 2200 1 milk, 1 juice, 1 apple, 1 bread roll, PB, 1 cup grits.

Ⓛ 2200 1 milk, 1 apple, 1/2 cup carrots, 2 sl cheese, 1 sl salami, 3 sl bread

Ⓓ 2200 1 cup beans, 1/2 cup carrots, 1/2 cup meat chopped up, 2 sl bread sack: 2 apples, 3 PB, 2 sl bread plus 1 heel

8/2/22 Ⓑ 2200 1 apple, 1 milk, 1 bread roll, 2 portions eggs, 1 1/2 cups oatmeal (thick)

Ⓛ 2200 2 oranges, 4 oz Bologna, 1 milk, 3 sl bread, 1 cup sliced Carrots

Ⓓ 2200 shorted me 1 sl bread on tray plus 1 fruit and Shorted me 1 sl bread on sack cuz gave bread heel.

2 cups spiral pasta, 1 meatballs, 1/2 cup broccoli, sack: 1 orange, 1 sl bread, 1 bread heel, 4 oz luke warm bologna. I told CO Ellis, Blacksuits including Lt on camera w/ audio, Ellis told CSI Mccurrie. Mccurrie gave me 1 orange and 2 sl bread little after 5 pm

⊘ 8/3/22 Ⓑ 2200 1 milk, 1 juice, 1 bread roll, 1 scratch patty, 1 cup thick-ass Oatmeal

Ⓛ 2200 1/2 cup applesauce (sweetened?), 1 milk, 1 apple jelly, 3 oz PB, 1/2 cup celery, chopped, 2 sl bread, 1 bread heel,

Ⓓ 2200 1 cup rice, 2 portions cabbage, 2 sl bread. Shorted me fruit but CSI Mccurrie gave me another applesauce sack: 3 sl bread 1 heel, 4 oz bologna, 1/2 cup applesauce 3 carrot slices.

4/22 (B) 2200 1 milk, 1 juice, 2 portions eggs, 1¼ cup grits.

(L) 2200 1 milk, ½ cup applesauce (sweetbread), 3 sl bread, 4 slices carrots. 1 slice ham, 2 slices cheese.

(D) 2200 2 sl bread, 1 soy patty, 1 cup pasta (spiral, 2 different kinds of elbows), 1 cup green beans, Snack: 3 slices bread, 2 apples, 1 slice ham, 1 slice cheese

5/22 (B) 2200 milk, 1 juice, 1 big roll, 1 sl ham, 1½ cups oatmeal, thick

(L) 2200 2 milk, 3oz PB, 1 apple jelly, 2 sl bread, 1 very thin bread heel, ½ cup carrots, I didn't complain about heel cuz I got xtra milk which replaces lost carbs.

(D) 2200 1 tray, 1 orange, 1 sweet patty, 1 cup elbow macaroni, 1 cup carrots, 3 sl bread (should be 4 slices) Snack: 2 apples, 1 slice, 1 bread roll, 4 sl bread, 2oz PB, 4oz turkey, (they put PB when I should have gotten cheese (1st entry) apple, slice on snack) and got milk, toast Alyss

8/22 (B) 2200 1 milk, 1 apple, 2 portions eggs, one cookie, 1 cup brain flakes (should be ½ cup)

(L) 2200 2 milk, 2 apples, 4 slices bread, maybe 2 ½ cups tuna, they should have 1 apple but I got xtra apple, orange, sl bread, ½ cup carrots

(D) 2200 4 sl bread, 1 bread heel, 1 EBB portions carrots, beans Snack: 3 sl bread, 1 turtle, 1 soy patty, 2 apples, maybe 2 oz tuna.

8/11 (B) 2200 1 milk, 1 juice, 1 orange, 1½ cups thick oatmeal, 1 big bread roll, 2 sausage patty

(L) 2200 2 milk, sliced turkey, 3oz PB, 2 apples, 1 slice cheese, 4 slices bread, 1 cup carrots.

(D) 2200 2 sl bread, sliced Steak, 1 soy patty, 2 portions beans, ½ cup beans Snack: sliced turkey, 2 apples, 3 sl bread, 1 bread, 2 patty, 1 bag chips,

8/8/22 Ⓑ 2200 1 milk, 1 juice, 1 cup grits, PB, 1 big bread roll

Ⓛ 2200 1 milk, 2sl cheese, 1sl ham, 1 apple, 1/2 cup chopped carrots, 2 sl bread, 1 bread heel (milk is luke warm)

Ⓓ 2200 Sack: 4 slices bread, 2 apples, Soy patty, On side 3/4 cup beans and should be 1 cup. I didn't complain coz I got xtra bread. On tray 1sl bread, 1 bread heel, 1/2 cup carrots, 1/2 cup Veg Sloppy joe meat,

Said
NO PB
NO Egg
I have no
food allergies
and actually
need/asking for
PB -

8/9/22 Ⓑ 2200 1 big bread roll (4oz?) 2 portions eggs, 1½ cups grits, 1 milk, 1 apple

Ⓛ 2sl slices bread, 1 bread heel (very thin), 1 milk, 1/2 cup carrots, 1sl
2200 Salami, 1 Orange

Ⓓ 2200 Aramark Shorted me 1 fruit and 2 slices of bread. They gave me roll in sack instead of 2 slices. Black suits said they sent 1dk male CO to get 2sl bread and Apple from kitchen. In tray: 2 slices bread, 1 cup mash potatoes, 1 soy patty, 1/2 cup Irish blend. Sack: 1 milk, 1 bread roll, 1 apple, 1 soy patty.
@ 4:21pm CSI (wht) Heavy set White Male w/ Beard gave me 2 apples, 3sl bread, 1 bread heel,

8/10/22 Ⓑ 2200 and 2500 2 Bread rolls, 2.5 cups Oatmeal, 2 scratch patties, 2 milks, 2 juices,

Ⓛ 2200 1 apple, 1 juice packet, 3sl bread, 1 milk, 1/2 cup carrots - 1sl bologna (2oz) shorted me 1oz meat.

Ⓓ 2200. 2sl bread, 1 cup beans, scratch patty, 1/2 cup green beans sack: 2 apples, 4sl bread, 2 PB pkts.

8/11/22 (B) 2200 1 milk, 1 juice, 1 bread roll, 2 portions eggs, a hint of brown sugar in my oatmeal (just under 1 cup)

(L) 2200 BBQ patty, 1 milk, 1 juice packet, 1/2 cup shredded carrots, 1 apple, 4 sl bread.

(D) Mccurrie (female SGT) said Ararade sent Reg. lunch ~~tray~~ ~~sack sack apple cheese meat~~ as my dinner tray. My diet sack had apple but not tray. Short 1 apple. 2200 labeled tray, but Reg contents: 2 sl bread, Chopped turkey, 1/4 cup carrots/corn, 1 cup potatoes, 1 brownie  Sack: 1 apple, 1 sl ham, 2 sl cheese, 1 milk, 2 juice packets, 4 sl bread. Mccurrie said, "Give me a little bit and I'll bring you up another apple." CO Bobby gave me a "Gluten Sack no PB" w/ warm ham, 2 sl cheese, 2 corn tortillas, 3 apples (I was only short 1) @ 5:15 pm

8/12/22 (B) 2200 1 1/2 cups oatmeal, 1 slice bologna, 1 bread roll, 1 milk, 1 juice.

(L) 2200 3 sl bread, 1 sl ham, 2 sl cheese, 1/2 cup carrots, 2 milks, 1 apple

(D) 2200 2 sl bread, 1 breaded Fish, 1/2 cup cole slaw, 1 cup potatoes, 1 orange, Sack: 1 bread roll, 2 milks, 3 apples, 1 thin slice ham, 1 countrie pattie, 6 sl bread

8/13/22 (B) 2200 "SFA NO PB, No Eggs, Sliced Bread" I am 2200 and don't have food allergy but these idiots gave dude w/ SFA eggs even though they labeled it w/ a SFA No eggs! They don't care. My tray had eggs, 1 1/2 cups cornflakes, 2 slice bread, milk, apple. Never give me sl bread except when they give me this SFA.

(L) 2200 3 sl bread, 1 bread heel (thin), 2 apples, 1 milk, 1/2 cup carrots shredded, Country pattie, 1 juice packet.

(D) Sack 2200 No PB (I ain't on SFA I requested PB!) 1 bag carrots shredded 2 apples, 1 sl ham, 2 sl cheese, 1 milk, 4 sl bread  Tray: 2200 2 sl bread, 1/2 cup carrots, scratch patty 1 cup spiral pasta.

8/14/22 Ⓑ 2200 1 small bread roll, 2 sausage, 1 orange, 2 milkes, 1 1/4 cup Oatmeal

Ⓛ 2200 1 milk, 2 apples, 1 bag chips, 1/4 cup shredded celery, 2 juice packet, 3 slices bread, 1 sl bread, 1 sl ham, 2 slices cheese.

Ⓓ 2200 1 cup potatoes, eggs, carrots 1 cup, 2 sl bread, 1 milk, sach: 2 apples, 1 oz sl ham, 2 P.B. Packets, 2 sl. bread, 1 bread heel.

8/15/22 Ⓑ 2200 1 milk, 2 apple, 1 juice, 2 sl bread, 1 slice ham, very little grits, I filled up my 8oz drink cup to measure. Only filled it 1/2 way (4oz) and I'm supposed to get 1 cup hot cereal ! I did get an xtra apple and juice so it made up for it but still.

Ⓛ 2200 1 milk, 1 apple, 1/2 cup carrots, 2 slices bread, 1 bread heel.

Ⓢ 2200 1 sl bread, 1 cup mash potatoes, 1 country pattie, 1/2 cup green beans, 1/2 cup potatoes not mashed sach: 2 apples, 4 sl bread, 2 PB pkts, 2 jelly, 1 juice packet

8/16/22 Ⓑ 2200 1 sl bread, 1 bread heel, 2 portions eggs, 1 1/2 cup Oatmeal, 2200 NO PB, No, Egg, Sliced bread S.F.A no bread, 1 1/2 cups rice, 1 slice ham, 2 apples, 2 milkes, 1 juice, (CO's interferred w/e Aramark messed up, didn't want me dropping out, Black sit (tall, redhead asked me what I get, I read my menu to him. He put those 2 trays together).

Ⓛ 2200 1 BBQ Patty, 1 soy patty, 1/2 cup carrots, 6 sl bread, 1 bread heel
- 1 apple, 1 orange, 1 milk, 1 juice packet

Ⓓ 1 rice w oat tray in

8/17/22 Ⓑ 2200 1 milk, 1 juice, 1½ cups oatmeal, scratch patty, a small, barely cooked bread roll that looks like a dough ball.

Ⓛ 2200 3 PB Packets, 1 grape jelly, Aramark gave me 2 bread heels and 1 sl bread but SGT Mccurrie gave me 2 actual slices of bread so I butt(red) it., 1 milk, 1 apple

Ⓓ diet sack "DS No PB No Eggs" I am 2200! 1 slice of ham, 4 sl bread, 2 apples tray: 2200 2 sl bread, ½ cup carrots, soy patty, 1 cup potatoes mixed w/ meat (should be plain)

8/18/22 Ⓑ 2200 1 milk, 1 juice, 1 big bread roll, PB, 1 cup grits. Also gave me 2500 1 cup grits, PB, 1 bread roll.

Ⓛ 2200 1 milk, ½ cup carrots, 1 juice packet, 1 apple, 2 sl bread, 2 PB, 2 jelly; (shorted me 1 sl bread and 1 PB pkt) CSI Mccurrie said she'd fix it. 10:56am CSI Mccurrie gave me 1 sl bread, 1 bread heel, 2 PB pkts.

Ⓓ 2200 2 sl bread, 1 cup spiral pasta, scratch patty, 1 cup carrots. Sack: 4 sl bread, 2 apples, 2 PB Packets, 2 jellies.

8/19/22 Ⓑ 2200 1 milk, 1 juice, 1 bread roll, 1 sl ham, 1½ cups dried out oatmeal.

Ⓛ 2200 2 sl bread, 1 heel, 2 apples, ½ cup shredded celery, 1 sl bologna, 2 sl cheese, 1 juice packet, 2 milks.

Ⓓ 2200 Spice cake, Soy patty, 1 cup beans, 1 cup veggies, 2 sl bread, 1 bread roll sack: 1 soy patty, 2 apples, 2 milks, 3 sl bread, 1 heel.

8/20/22 Ⓑ 2200 2 egg portions, 2 milks, 1 apple, 1½ cups very thick oatmeal, Due to sugar spike yesterday when gave me thick oatmeal I thinned w/ water, used drink cup to portion 1 cup. supposed to get cereal today (though)
5:48am CO Boom silverio 2200 but 1 sl bread on it (5:24 Boone

1/20/22 ① 2200 3 sl bread, 1 apple, 1 milk, 1 sl ham, 2 sl cheese, 1/2 cup carrots, 1 juice packet. (O gave me xtra 2 sl bread, 1 apple, 1/4 cup celery, 1 juice packet. I didn't ask for it. They wanted to ensure I was ok.

② 2200 (wrote correct amount on tier in module but not what was included)
1 1/2 cups Spanish rice (should be 2) 1 apple core, 8 oz punch drink
Sack: 1 milk, 1 sl ham, 2 sl cheese, 2 big apples, 1 sl bread
(S) Lechlitter said had wanted case Alamar fixed up, Sack, 6 sl bread
Her side is 13th installed, came back.

1/21/22 Ⓑ 2200 @ 4:16 am 3/4 cup (shorted me 1/4 cup) oatmeal, 2 sl sausage, 1 bread roll (see insulin log for the time) told him he would get 2 sl bread per slice) 1 milk, 1 juice (2 sl bread short too)

Ⓛ 2200 3 pcs PB, 1 jello, 1 cup macaroni, 1 apple, 2 sl bread, 1 heel

1/20 2200 1 gram bread roll (12 oz 2) 1 scratch patty, 1 cup macaroni, 1 cup carrots, Sack: A scratch
2 bread sticks (1½ cup)

Ⓑ 2200 1 milk, 1 juice, 1 apple, 1 hard boiled egg, PB, 1 bread roll, 2 sl bread (Boone did this because Alamar came up short) 4/5 cup oatmeal, 2 sl sausage. I got oatmeal come up short.

1/22 2200 24 sl bread, 1 heel, 1 apple, 1 milk, 1/2 carrots,

⑤ 2200 2 bread heels, 1½ cups, 1/2 cup potatoes, 1 big apple, Sack: 1 apple, 1 orange, 3 sl bread, 1 hard boiled egg, 1 bread heel

Appendix D

1) My Hemoglobin A1C / blood work results from my former doctor when I was on the street, Dr. Lamont Bloom in Wichita, KS.

A) 1st is dated 7/27/2015, A1C of 6.6
B) 2nd is dated 2/24/2016, A1C of 6.7
C) 3rd is dated 11/09/2016, A1C of 6.2
D) 4th is dated 11/28/2017, A1C of 6.0

2) This is to show I was well controlled prior to incarceration. I was eating about 2200 calories/day, 3 meals, 3 snacks, eating at 6am, 8:30am snack, 11am, 1:30pm snack, 4pm, 6:30pm snack, H.S. insulin @ 9pm. I did this since Feb 28, 1991. Compare to now when I can't get shelf stable protein, erratic timing of insulin/meals incorrect diets, and not knowing carb info.

3) Americans with Diabetes Association "Understanding A1C" dated 9/28/2020. This shows what A1C # translate into as mg/dl, which is the blood sugar # units on the blood glucometer nursing uses on us.

Exhibit II pg 4

 

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ERWIN, CHRISTOPHER A**<br><br>**DOB: 04/28/1982    AGE: 33**<br>Gender:   M<br>Phone:    NG<br>Patient ID: 8942<br>Health ID: 8573006529416452 | Specimen:   KS623331E<br>Requisition: 0026215<br><br>Collected:   07/27/2015<br>Received:    07/27/2015 / 23:20 CDT<br>Reported:    07/28/2015 / 07:04 CDT | Client #: 3091700      MAIL992<br>BLOOM, RODNEY L<br>BLOOM, RODNEY LAMONT<br>406 E CENTRAL AVE<br>WICHITA, KS 67202-1058 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | KS |
| **GLUCOSE** | | **135 H** | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 10 | | 7-25 mg/dL | |
| CREATININE | 0.98 | | 0.60-1.35 mg/dL | |
| eGFR NON-AFR. AMERICAN | 101 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 117 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 135 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 100 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 23 | | 19-30 mmol/L | |
| CALCIUM | 9.6 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 7.1 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 88 | | 40-115 U/L | |
| AST | 15 | | 10-40 U/L | |
| ALT | 14 | | 9-46 U/L | |
| **HEMOGLOBIN A1c** | | **6.6 H** | <5.7 % of total Hgb | KS |

According to ADA guidelines, hemoglobin A1c <7.0%
represents optimal control in non-pregnant diabetic
patients. Different metrics may apply to specific
patient populations. Standards of Medical Care in
Diabetes-2013. Diabetes Care. 2013;36:s11-s66

For the purpose of screening for the presence of
diabetes

| | |
|---|---|
| <5.7% | Consistent with the absence of diabetes |
| 5.7-6.4% | Consistent with increased risk for diabetes (prediabetes) |
| >or=6.5% | Consistent with diabetes |

This assay result is consistent with diabetes
mellitus.

Currently, no consensus exists for use of hemoglobin
A1c for diagnosis of diabetes for children.

| | | | | |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | KS |
| WHITE BLOOD CELL COUNT | 8.5 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 5.42 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 16.6 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 49.5 | | 38.5-50.0 % | |
| MCV | 91.2 | | 80.0-100.0 fL | |
| MCH | 30.6 | | 27.0-33.0 pg | |
| MCHC | 33.5 | | | |

*Exhibit II pg 3*

 **Quest** Diagnostics™



| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ERWIN, CHRISTOPHER A**<br><br>**DOB: 04/28/1982    AGE: 33**<br>Gender:   M<br>Phone:    NG<br>Patient ID: 8942<br>Health ID: 8573006529416452 | Specimen:    KS204152K<br>Requisition: 0027802<br><br>Collected:   02/24/2016<br>Received:    02/25/2016 / 02:55 CST<br>Reported:    02/25/2016 / 06:01 CST | Client #: 3091700    MAIL992<br>BLOOM, RODNEY L<br>BLOOM, RODNEY LAMONT<br>406 E CENTRAL AVE<br>WICHITA, KS 67202-1058 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMOGLOBIN A1c | | 6.7 H | <5.7 % of total Hgb | KS |

According to ADA guidelines, hemoglobin A1c <7.0%
represents optimal control in non-pregnant diabetic
patients. Different metrics may apply to specific
patient populations. Standards of Medical Care in
Diabetes-2013. Diabetes Care. 2013;36:s11-s66

For the purpose of screening for the presence of
diabetes
<5.7%         Consistent with the absence of diabetes
5.7-6.4%      Consistent with increased risk for diabetes
              (prediabetes)
>or=6.5%      Consistent with diabetes

This assay result is consistent with diabetes
mellitus.

Currently, no consensus exists for use of hemoglobin
A1c for diagnosis of diabetes for children.

**PERFORMING SITE:**
KS    QUEST DIAGNOSTICS LENEXA, 10101 RENNER BLVD, LENEXA. KS 66219-9752 Laboratory Director: WILLIAM BECKER,DO,MPH. CLIA: 17D0648226

Exhibit II pg. 2

 

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ERWIN, CHRISTOPHER A**<br><br>**DOB: 04/28/1982  AGE: 34**<br>Gender:  M<br>Phone:  NG<br>Patient ID: 8942<br>Health ID: 8573006529416452 | Specimen:  KS417268R<br>Requisition: 0029624<br><br>Collected:  11/09/2016<br>Received:  11/09/2016 / 23:52 CST<br>Reported:  11/10/2016 / 03:04 CST | Client #: 3091700    MAIL992<br>BLOOM, RODNEY L<br>BLOOM, RODNEY LAMONT<br>406 E CENTRAL AVE<br>WICHITA, KS 67202-1058 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | KS |
| GLUCOSE | | 167 H | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 9 | | 7-25 mg/dL | |
| CREATININE | 0.91 | | 0.60-1.35 mg/dL | |
| eGFR NON-AFR. AMERICAN | 110 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 127 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 102 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 25 | | 20-31 mmol/L | |
| CALCIUM | 9.0 | | 8.6-10.3 mg/dL | |
| HEMOGLOBIN A1c | | 6.2 H | <5.7 % of total Hgb | KS |

According to ADA guidelines, hemoglobin A1c <7.0%
represents optimal control in non-pregnant diabetic
patients. Different metrics may apply to specific
patient populations. Standards of Medical Care in
Diabetes-2013. Diabetes Care. 2013;36:s11-s66

For the purpose of screening for the presence of
diabetes
<5.7%      Consistent with the absence of diabetes
5.7-6.4%   Consistent with increased risk for diabetes
           (prediabetes)
>or=6.5%   Consistent with diabetes

This assay result is consistent with a higher risk
of diabetes.

Currently, no consensus exists for use of hemoglobin
A1c for diagnosis of diabetes for children.

**PERFORMING SITE:**
KS    QUEST DIAGNOSTICS LENEXA, 10101 RENNER BLVD, LENEXA, KS 66219-9752 Laboratory Director: WILLIAM BECKER,DO,MPH, CLIA: 17D0648226

 **Quest** Diagnostics™



Exhibit II pg. 1

Report Status: Final

ERWIN, CHRISTOPHER A

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ERWIN, CHRISTOPHER A**<br><br>**DOB: 04/28/1982    AGE: 35**<br>Gender:   M          Fasting: U<br>Phone:   NG<br>Patient ID: 8942<br>Health ID: 8573006529416452 | Specimen:   KS376047D<br>Requisition: 0032355<br><br>Collected:   11/28/2017<br>Received:    11/28/2017 / 23:09 CST<br>Reported:    11/29/2017 / 04:20 CST | Client #: 3091700      MAIL992<br>BLOOM, RODNEY L<br>BLOOM, RODNEY LAMONT<br>406 E CENTRAL AVE<br>WICHITA, KS 67202-1058 |

**COMMENTS:**      FASTING:UNKNOWN

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | KS |
| **GLUCOSE** | | **37 LL** | 65-99 mg/dL | |

Verified by repeat analysis.

Red blood cells were present in the sample upon receipt in the laboratory. The test(s) ordered were performed. The presence of red blood cells has been known to affect the following analytes: potassium, glucose, inorganic phosphorus, lactate dehydrogenase and iron. Verified by repeat analysis.

Fasting reference interval

| | | | | |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.95 | | 0.60-1.35 mg/dL | |
| eGFR NON-AFR. AMERICAN | 103 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 120 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 3.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 103 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 29 | | 20-31 mmol/L | |
| CALCIUM | 9.8 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 7.0 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.7 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.3 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 90 | | 40-115 U/L | |
| AST | 17 | | 10-40 U/L | |
| ALT | 20 | | 9-46 U/L | |
| **HEMOGLOBIN A1c** | | 6.0 H | <5.7 % of total Hgb | KS |

For someone without known diabetes, a hemoglobin A1c value between 5.7% and 6.4% is consistent with prediabetes and should be confirmed with a follow-up test.

For someone with known diabetes, a value <7% indicates that their diabetes is well controlled. A1c targets should be individualized based on duration of diabetes, age, comorbid conditions, and other considerations.

This assay result is consistent with an increased risk of diabetes.

Exhibit HH pg. 9

| A1C | eAG | |
| --- | --- | --- |
| % | mg/dl | mmol/l |
| 6 | 126 | 7.0 |
| 6.5 | 140 | 7.8 |
| 7 | 154 | 8.6 |
| 7.5 | 169 | 9.4 |
| 8 | 183 | 10.1 |
| 8.5 | 197 | 10.9 |
| 9 | 212 | 11.8 |
| 9.5 | 226 | 12.6 |
| 10 | 240 | 13.4 |

Comparison of A1C and eAG meter readings.

Learn more about A1C and eAG

Learn more about other tests used to diagnose diabetes

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9/26/2022
Christopher Adam Erwin # 123078
Christopher Adam Erwin
PO Box 2
301 East Kansas (Highway 7)
Lansing, KS 66043

pg. 38