United States District [Court]
District of Kansas

Christopher Adam Erwin

                Plaintiff

                Case No.

vs.

Jeff Zmuda, et al,

                Defendant[s]

## Order To Show Cause

Upon the supporting declaration[s] and the accompanying memora[ndum], ORDERED that defendants FSD @ LCF Rachel Hollingshead, H[?] who is in charge of nursing, War[den] controls prison, Show Cause in United States Courthouse, [?] Room 490 Topeka, Kansas 6[____] day of Wednesday, November 30, 9 O'clock am, why a prelim[inary] [injunction] should not issue pursuant t[o]

my medical diet orders that are on my MAR, insulin is administered within 30 minutes +/- of when meals are served and within 30 minutes +/- of 9pm for H.S. insulin, I am given a current diabetic menu with the carbohydrate information for each item on the menu so I can dose my insulin properly, and medically proper, shelf stable proteins in snack sack are given to me per my request for reasonable accomodation consisting of 2oz of shelf stable (Peanut Butter) protein, 2 slices of bread, 1 serving fruit at dinner each day.

IT IS FURTHER ORDERED that this order to show cause, and all other papers attached to this application, shall be served on defendants Jeff Zmuda, FSD Rachel Hollingshead, HSA Kim Tilson, Warden Cheeks on or by Monday, October 31, 2022 and the United States Marshals Service is hereby directed to effectuate such service.

_____
United States District Judge

Date: