Name: Christopher Erwin #123078

Address: PO Box 2 301 East Kansas (Highway 7)
Lansing, KS 66043

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Christopher Erwin #123078, Plaintiff
(Full Name)

V.

Jeff Zmuda, et al, Defendant(s)

CASE NO. 5:22-CV-03170-JWL-JPO
(To be supplied by the Clerk)

Erwin (123078) v. Zmuda, et al

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Christopher Erwin #123078, is a citizen of Kansas
   (Plaintiff)                                    (State)

   who presently resides at Lansing Correctional Facility PO Box 2 301 East
   Kansas (Highway 7) Lansing, KS 66043
   (Mailing address or place of confinement.)

2) Defendant Jeff Zmuda is a citizen of
   (Name of first defendant)

   Topeka, KS, and is employed as
   (City, State)

   Secretary of Corrections KS Dept. of Corrections. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒, No ☐. If your answer is "Yes", briefly explain:

   Jeff Zmuda is the Secretary of Corrections and acted
   in his official and individual capacity.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                              1

3) Defendant __Libby Keogh__ is a citizen of
   (Name of second defendant)
   __Topeka, KS__, and is employed as
   (City, state)
   __CM for KDOC (SOC Designee)__. At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   They are a KDOC Corrections Manager (CM) and act as the Secretary of Correction's Designee for grievances. In their official and individual capacity.

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   My 8th amendment rights have been violated. I was, and am currently on an ongoing basis being denied adequate medical care, medically sufficient and necessary medical diet for my Type 1 Diabetes, and access to medical care to treat my type 1 diabetes including, but not limited to, access to carbohydrate information to match carbs to insulin, proper snack sacks, reasonable and necessary timing of meals/insulin, medical care.

Defendants continued...

Defendant Darcie Holthaus is a citizen of Topeka, Kansas and is employed as Secretary of Corrections Designee / Corrections Manager II. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ NO ☐. If your answer is "Yes", briefly explain:

Darcie Holthaus was the Secretary of Corrections Designee / Corrections Manager II at all relevant times mentioned in this complaint. She acted under color of state law in ~~both~~ her individual capacity.

Defendant Jeff Butler is a citizen of El Dorado, Kansas and is employed as Warden of El Dorado Correctional Facility. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes," briefly explain:

Jeff Butler was the Warden of El Dorado Correctional Facility at all relevant times mentioned in this complaint. acted under color of state law in his individual capacity.

Defendant (fnu)(lnu) Aramark Correctional Services Dietician is a citizen of Lansing, Kansas and provided services @ EDCF and LCF. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law?

Yes ☒ No ☐. If your answer is "Yes", briefly explain:
ACS Dietician provided services at EDCF and LCF at all relevant times mentioned in this complaint. He/She acted under color of state law in their ~~individual~~ official capacity.

7) Defendant Matt Moore is a citizen of El Dorado, Kansas and is employed as Deputy Warden and the Warden's Designee. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Deputy Warden Moore was the Deputy Warden and the Warden's Designee at all relevant times mentioned in this complaint. He acted under color of state law in his individual capacity.

8) Defendant Marsha Bos is a citizen of El Dorado, Kansas and is employed as Classification Administrator and Warden's Designee. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law?
Yes ☒ No ☐. If your answer is "Yes", briefly explain:
M. Bos was the Classification Administrator and Warden's Designee at all relevant times mentioned in this compla[int]. She acted under color of state law in her individ[ual] capacity.

9) Defendant Dale Call is a citizen of El Dorado, Kansas and is employed as Captain. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Dale Call was the Captain at all relevant times mentioned in this complaint. He acted under color of state law in his individual capacity.

10) Defendant (fnu) Madrigal is a citizen of El Dorado, Kansas and is employed as HSA, Centurion. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: (fnu) Madrigal was the HSA at all relevant times mentioned in this complaint. She acted under color of state law in her official capacity.

11) Defendant Tommy Williams is a citizen of El Dorado, Kansas and is employed as Warden at EDCF. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Warden Tommy Williams was Warden at all relevant times mentioned in this complaint. He acted under color of state law in his individual capacity.

12) Defendant (FNU) White is a citizen of El Dorado, Kansas and is employed as head of Laundry at EDCF. At the time the claim(s) in this complaint arose was this defendant acting under color of state law? Yes☒ No☐. If your answer is "Yes", briefly explain: Mr. White was acting under color of state law in his individual capacity

13) Defendant Katrina Tittsworth is a citizen of El Dorado, Kansas and is employed as a Centurion RN at EDCF. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes☒ No☐. If your answer is "Yes", briefly explain:
Mz Tittsworth was acting under color of state law in her official capacity.

14) Defendant (FNU) Moses is a citizen of El Dorado, Kansas and is employed as a Centurion RN @ EDCF. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes☒ No☐. If your answer is "Yes", briefly explain:
Mz Moses was acting under color of state law in her official capacity.

15) Defendant (fnu)(lnu) EAI Officer is a citizen of El Dorado, Kansas and employed as an Escort, Apprehension, Investigations Officer @ EDCF. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Mr./Mz. EAI Officer was acting under color of state law in his/her individual capacity.

16) Defendant (fnu) Weaver is a citizen of El Dorado, Kansas and is employed as a Food Service Director for Aramark. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Mr. Weaver was acting under color of state law in his official capacity.

17) Defendant Julie Hay is a citizen of El Dorado, Kansas and is employed as an Assistant Food Service Director for Aramark. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Mz Hay was acting under color of state law in ~~both~~ her official capacity.

18) Defendant (fnu) Macdonald is a citizen of El Dorado, Kansas and is employed as a Food Service Supervisor for Aramark. At the time the claim(s) alleged in this complaint arose was

pg. 2E

this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Mz Macdonald was acting under color of state law in her official capacity.

19) Defendant (fnu)(lnu) Food Service Supervisor- is a citizen of El Dorado, Kansas and is employed as a Food Service Supervisor in the kitchen @ EDCF for Aramark. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Mr./Mz Food Service Supervisor for Aramark was acting under color of state law in his/her official capacity.

20) Defendant (fnu)(lnu) Food Service Supervisor - at Lansing Correctional is a citizen of Lansing, Kansas and is employed as a Food Service Supervisor in the prison kitchen for Aramark. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Mr./Mz Food Service Supervisor for Aramark was acting in his/her official capacity.

pg. 2F

21) Defendant (fnu) Chapman is a citizen of El Dorado, Kansas and is employed as a Director of Nursing @ EDCF for Centurion. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐.
If your answer is "Yes", briefly explain:
Mz Chapman was acting under color of state law in her official capacity.

22) Defendant Brandon Walmsley is a citizen of El Dorado, Kansas and is employed as an CM II @ EDCF for Kansas Department of Corrections. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Mr. Walmsley was acting under color of state law in his individual capacity.

23) Defendant (fnu) Collette Myers is a citizen of El Dorado, Kansas and is employed as a RN @ EDCF for Centurion. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐.
If your answer is "Yes", briefly explain:
Mz Myers was acting under color of state law in her official capacity.

24) Defendant (fnu)(LNU) HSA (prior to Madrigal) is a

Citizen of El Dorado, Kansas and is employed as a HSA @ EDCF for Centurion. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Mr/Mz HSA was acting under color of state law in his/her ~~~~ official capacity.

25) Defendant CS1 (FNU) Chastain is a citizen of El Dorado, Kansas and is employed as a CS1 @ EDCF. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Mr. Chastain was acting under color of state law in his individual capacity.

26) Defendant CS1 (FNU) Leipard is a citizen of Lansing, Kansas and is employed as a CS1 @ LCF and Officer in Charge of A2 cellhouse. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Mr. Leipard was acting under color of state law in his individual capacity.

27) Defendant (FNU) Pinkerton is a citizen of El Dorado, Kansas and is employed as a FSS for Aramark @ EDCF. At the time the claim(s) alleged in this

complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Mr. Pinkerton was acting under color of state law in his official capacity.

28) Defendant (FNU)(LNU) Clinical Reviewer is a citizen of Topeka, Kansas and is employed as a KDOC Clinical Reviewer @ HQ. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Mr./Mz Clinical Reviewer was acting under color of state law in his/her individual capacity.

29) Defendant Rachel Hollingshead is a citizen of Lansing, Kansas and is employed as Food Service Director at Lansing Correctional Facility for Aramark. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Mz Hollingshead was acting under color of state law in her official capacity.

30) Defendant (FNU)(LNU) Centurion Regional Medical Director Topeka HQ is a citizen of Topeka, Kansas and is employed by Centurion presumably @ Topeka HQ. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law?

Yes ☒ No ☐. If your answer is "yes", briefly explain: Mr/Mz Regional Medical Director was acting under color of state law in his/her official capacity.

31) Defendant Brian Reeves is a citizen of El Dorado, Kansas and is employed @ EDCF as a Unit Team Supervisor. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Mr. Reeves was a Unit Team Supervisor at all relevant times mentioned in this complaint. He was acting in his individual capacity.

32) Defendant Kim Tilson (HSA) is a citizen of Lansing, Kansas and is employed @ LCF by Centurion as HSA. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Mz Tilson was a Health Services Admin. at all relevant times mentioned in this complaint. She was acting in her official capacity.

33) Defendant Nicolaus Ball is a citizen of Lansing, Kans. and is employed as a Deputy Warden at LCF. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law?

pg 2J Yes ☒ No ☐. If your answer is "Yes", briefly explain

Mr. Ball was a Deputy Warden at LCF at all relevant times mentioned in this complaint. He acted in his individual capacity.

34) Defendant (fnu) Cheeks is a Citizen of Lansing, Kansas and is employed as the Warden of LCF at all relevant times mentioned in this complaint. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law?
Yes ☒ NO ☐. If your answer is "Yes" briefly explain: Mr. Cheeks acted in his individual capacity as the Warden of LCF.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Defendant Jeff Zmuda violated my 8th amendment rights due to deliberate indifference and failure to protect me from harm and failure to act. He also violated my rights under ADA Title II by discriminating against me for being diabetic and retaliating against me for complaining.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Defendant Jeff Zmuda failed to properly supervise all other defendants listed in this complaint who violated my civil rights on a continuous basis. I have reason to believe he knew I filed complaints with the State ADA Coordinator on 11/5/20 and Office for Civil Rights on 2/25/21 and retaliated against me by refusing my repeated requests for relief on diet issues, medical issues.

B) (1) Count II: Defendant Libby Keogh violated my 8th amendment rights due to deliberate indifference, failure to protect from harm, and failure to act. She violated my rights under the ADA Title II by refusing reasonable accommodation, discriminating against me for diabetes, and retaliating against me for complaining.

(2) Supporting Facts: I filed many grievances from February 2021 to the present that went through the grievance process up to Ms Keogh's level. She knew of the harm done to me through my grievances, failed to protect me from harm, failed to correct the misbehavior of subordinates and refused me reasonable accommodation. I have reason to believe she did this in retaliation for me filing complaints and has a malicious attitude towards diabetic prisoners.

(See attached pages for more Counts and facts)

C) (1) Count III: Defendant Darcie Holthaus violated my 8th amendment rights due to deliberate indifference, failure to protect me from harm, and failure to act. She violated my rights under the ADA Title II by refusing reasonable accommodation, discriminating against me for diabetes, and retaliating against me for complaining.

(2) Supporting Facts: I filed many grievances from February 2021 to the present that went through the grievance process to her level. She knew of the harm done to me through my grievances, failed to protect me from harm, failed to correct the misbehavior of subordinates, and refused me reasonable accommodation. I have reason to believe she did this in retaliation for complaining and has a malicious attitude towards diabetic prisoners.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: Christopher Erwin #123078

      Defendants: Jeff Zmuda

   b) Name of court and docket number Butler County Kansas District 13 Court 2021-CV-000096

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Pending

   d) Issues raised Habeas Corpus, deprived of property due to fines, unjust discrimination for being diabetic and retaliation for filing ADA Title II complaints as well as KDOC grievances related to my diabetes.

4

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983

e) Approximate date of filing lawsuit  6/10/2021

f) Approximate date of disposition  none yet

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

First I filed an informal grievance, then formal grievance to my Unit Team, then formal grievance to the EDCF Warden, then an appeal to the Secretary of Corrections Jeff Zmuda. I followed the grievance procedure outlined in the KDOC Inmate Rule Book revised on June 10, 2019.

2) REQUEST FOR RELIEF
(see attached 4 pages)

1) I believe that I am entitled to the following relief:

I would like injunctive relief and ask that the Court rule I be given my prescribed insulins consistently according to my MAR as prescribed by the Provider, as defined by the Centurion-KDOC contract, and that Centurion stock adequate supplies.

_____    Christopher Brown
Signature of Attorney (if any)              Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983