D) Previous Lawsuits and Administrative Relief continued.
g) Parties to Previous Lawsuit:
Plantiffs: Christopher Erwin
Defendants: Jeff Zmuda
h) Name of Court and docket number:
Leavenworth County District 1 Case #2022-CV-137
i) Disposition: Pending
j) Issues raised: Habeas Corpus
k) Approximate date of filing: May 24, 2022
6) Approximate date of disposition: None yet as of 8/15/22

2) Request For Relief continued...
1) I believe I am entitled to the following relief:
a) The Carbohydrate info for each item on the 2200 diabetic menu
b) A minimum of 2oz shelf stable protein in my 2200 snack sack at dinner
c) My strict diet portions as prescribed and as stipulated by the ACS Dietician
d) Regular timing of both meals and insulin each day

e) Max of $100,000 punitive damages from Centurion defendant.
f) Max of $200,000 punitive damages from Aramark defendant
g) Max of $200,000 punitive damages from KDOC Defendants.
h) I'd like a jury to decide my case please
and decide how much to penalize each defendant specificall

pg. 6

Court 1 continued...

1) Per 75-5251 of the 2019 Kansas Statutes:

The Secretary (of corrections) shall have power, and it shall be the secretary's duty from time to time, to examine and inquire into all matters connected with the government and discipline of the correctional institutions and release supervision services under the secretary's supervision and control; the punishment and employment of the inmates, and releasees under the secretary's supervision and the purchases and sales of the articles provided for such correctional institutions and parole offices or sold on account thereof; and the secretary may from time to time require reports from the warden, parole director,

B) or other officers of any such correctional institution or parole office in relation to any or all such matters. It shall be the secretary's duty to inquire into any improper conduct which may be alleged to have been committed by the warden, parole director or any other officer of any such correctional institution or parole office; and for that purpose the secretary shall have power to

C) issue subpoenas to compel the attendance of witnesses, and the production of papers and writings in the same manner and with like effect as in cases of arbitration. The secretary may administer oaths to any such witnesses before examination thereof.

D) The secretary shall have free access to the correctional institutions and parole offices at all times, and it shall be the duty of the warden, parole director, and other officers of any such correctional institution or parole office, whenever possible requested, to exhibit to the secretary, on demand, all the books, papers, accounts and writings pertaining to the correctional institution or parole office or to the business, government, discipline or management thereof, and to render to the secretary, every other facility in their power

Pg. 7

A) to enable the Secretary to discharge the Secretary's duties under this act.

B) The Secretary shall adopt rules and regulations or policies for the direction and government of such correctional institutions and the officers thereof, and may change the same from time to time.

B) Per KSA 75-5210:
(a) Persons committed to the institutional care of the secretary of corrections shall be dealt with humanely, with efforts directed to their rehabilitation and return to the community as safely and ~~particular as~~ promptly as practicable. For these purposes, the secretary shall establish programs of classification and diagnosis, education, casework, mental health, counseling and psychotherapy, chemical dependency counseling and treatment, sexual offender counseling, prerelease programs which emphasize re-entry skills, adjustment counseling and job placement ~~etc.~~ ~~The~~

C) The Secretary shall maintain a comprehensive record of the behavior of each inmate reflecting accomplishments and progress toward ~~the~~ rehabilitation as well as charges of infractions of rules and regulations, punishments imposed and medical inspections made.

(c) The secretary, with the cooperation of the department of health and environment, shall adopt rules and regulations ~~establishing~~ and prescribing standards for health, medical and dental services for each institution, including preventative, diagnostic and therapeutic measures on both an outpatient and a hospital basis, for all types of patients. An inmate may be taken, when necessary, to a medical facility outside the institution.

D) Per KDOC Inmate Rule Book revised June 10, 2019:
Article 15 - Grievance Procedure for Inmates and Parolees
KAR 44-15-101~~(a)~~ (b)... An inmate in a facility or parole setting shall contact the ~~the~~ unit team members for

Pg 8

A) the attempt at informal resolution. That attempt shall be documented. The facility's inmate request forms may be used to document this process. If this informal resolution attempt fails, the grievance system may then be used. If an emergency exists and a resolution could not be obtained by going to the unit team, the inmate may go directly into the grievance process.

(c) At each stage, all grievances shall be answered in as short a time as possible to insure that delay will not impose additional hardship upon the inmate or unnecessarily prolong a misunderstanding. Grievances of inmates who have since been transferred, paroled, or discharged shall be answered to the extent possible.

(d) The grievance procedure shall incorporate several levels of problem solving to assure solution at the lowest administration level possible.

(1) Level 1. The inmate shall first submit the grievance report form to an appropriate unit team member of the facility.

(2) Level 2. The inmate shall then submit the grievance report form to the warden of the facility.

(3) Level 3. If not resolved, the grievance may be next submitted to the office of the secretary of corrections. Either a response to the grievance or referral of the matter to a deputy secretary of corrections for additional investigation, if necessary, shall be made by the warden. Grievances of inmates may be referred by the secretary to the deputy secretary of corrections for facility management.

(f) No staff member shall refuse to sign, date, and return an inmate request form, an inmate grievance form, or a grievance receipt slip showing that the inmate came to that person for assistance.

KAR 44-15-101a.

(c) All employees of the facility who are directly involved in the operation of the grievance procedure

Pg. 9

A) Shall recieve training in the skills necessary to operate, or participate in, the grievance procedure.

B) (d) (1) The grievance procedure shall be applicable to a broad range of matters that directly affect the inmate, including the following

(A) Complaints by inmates regarding policies and and conditions within the jurisdiction of the facility or the department of corrections, and

(B) actions by employees and inmates, and incidents, occuring within the facility.

B) (2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision-making process, or the property loss or personal injury claims procedure, or the procedure ...

(e) The remedies available to the inmate may include action by the warden of the facility to correct the problem or action by the secretary of corrections to cause the problem to be corrected. Relief may include an agreement by facility officials to remedy an objectionable condition within a reasonable specified time, or to change a facility policy or practice.

C) (f) A procedure shall be established by the warden for investigating the allegations and establishing the facts of each grievance. An inmate or employee who appears to be involved in the matter shall not participate in any capacity in the resolution of the grievance.

(g) A copy of the grievance response at each level shall be delivered to the unit team, to the inmate, and to the warden last responding.

D) KAR 44-15-101b ... An inmate may move to the next stage of the grievance procedure if a timely response is not recieved at any step in the grievance process, unless an extension of time for the response

Doc 10

A) is agreed to in writing by the inmate and staff person answering the grievance.

A) KAR 44-15-102 (a) Grievance step one: preliminary requirements; informal resolution and problem solving at unit team level.

(1) Each inmate shall first seek information, advice, or help on any matter from the inmate's unit team, or from a member of the team. If unable to solve the problem, the unit team shall refer the inmate to the proper office or department.

B) (2) If an inmate does not recieve a response from the unit team within 10 calendar days, a grievance report may be sent to the warden without the unit team signature or signatures. Each grievance report form shall include an explanation of the absence of the signature or signatures.

C) (b) Grievance step two: complaint to the warden. If any inmate recieves a response but does not obtain a satisfactory solution to the problem through the informal resolution process within 10 calendar days, the inmate may fill out an inmate grievance report form and submit it, within three calendar days after the deadline for informal resolution, to a staff member for transmittal to the warden.

D) (1) The inmate shall attach a copy of each inmate request form used to attempt to solve the problem and indicate on the inmate grievance report the following information:

(A) A specific complaint that states what or who is the subject of the complaint, related dates and places, and what effect the situation, problem, or person is having on the inmate that makes the complaint necessary;

(B) the title and number, if possible, of any order or regulation that could be the subject of the complaint;

www.PrintablePaper.net

Pg. 11

(A) (C) the action that the inmate wants the warden to take to solve the problem.

(B) (D) the name and signature of the responsible institution employee or employees or of the parole officer from whom the inmate sought assistance. This signature shall be on either an inmate request form or the grievance report form. The date on which the help was sought shall be entered by the employee on the form; and

(E) the date on which the completed grievance report was delivered to the staff member for transmittal to the office of the warden.

(B) (2) The staff member shall forward the report to the warden before the end of the next working day and shall give a reciept to the inmate.

(3) Warden's response.

(A) (i) Upon reciept of each grievance report form, a serial number shall be assigned by the warden or designee, and the date of reciept shall be indicated on the form by the warden or designee.

(ii) Each inmate grievance shall be returned to the inmate, with an answer, within 10 working days from the date of reciept.

(C) (B) Each answer shall contain findings of fact, conclusions drawn, the reasons for those conclusions, and the action taken by the warden.

(C) In all cases, the original and one copy of the grievance report shall be returned by the warden to the inmate.

(D) A second copy shall be retained by the warden.

(D) (E) Each facility shall maintain a file on grievance reports indexed by inmate name and subject matter.

(F) Any grievance report form may be rejected by the warden if the form does not document any unit team action as required for the preliminary informal resolution process. The grievance report

A) form shall then be sent back to the unit team for an immediate answer to the inmate.

(6) If no response is recieved from the warden in the time allowed, any grievance may be sent by an inmate to the secretary of corrections with an explanation of the reason for the delay.

(c) Grievance step three: appeal to the secretary of corrections.

B) (1) If the warden's answer is not satisfactory, the inmate may appeal to the secretary's office by indicating on the grievance appeal form exactly what the inmate is displeased with and what action the inmate believes the secretary should take. The inmate's appeal shall be made within three calendar days of reciept of the warden's decision, or with three calendar days of the deadline for that decision, whichever is earlier.

(2) The appeal shall then be sent directly and promptly by U.S. mail to the department of corrections central office in Topeka.

C) (3) When an appeal of the warden's decision is made to the secretary, the secretary shall have 20 working days from reciept to return the grievance report form to the inmate with an answer. The answer shall include findings of fact, conclusions made, and actions taken.

D) (4) If a grievance report form is submitted to the secretary without prior action by the warden, the form may be ~~sent~~ returned to the warden. If the warden did not respond in a timely manner, the form shall be accepted by the secretary.

(5) An appropriate official may be designated by the secretary to prepare the answer.

(d) General provisions: page limits; partial

) responses; repetitive filings.

(1) At each step of the grievance procedure, the total number of pages of inmate grievance text shall not exceed 10 pages. Text appearing on the front and back of a page shall count as two pages. Any page of text beyond 10 pages shall not be considered when determining the merits of the grievance.

(2) Responding to parts . . .

(3) No offender shall abuse the grievance system by repeatedly filing the same complaint.

B) (A) Each offender who has been identified as being abusive of the grievance system by filing the same complaint on more than one occassion shall be notified in writing of this finding by the warden or secretary's designee responsible for responding to inmate grievance appeals who recieves the repeated filing.

(i) The notification shall be given at the time of the repeated filing.

C) (ii) The repeated filing shall be returned to the offender with the notification but without further response.

(iii) The notification shall contain . . .

(B) If, following this notification, an offender continues...

(C) Upon the finding by the secretary of an abusive ...

(D) Any application for sanctions submitted . . .

D) KAR 44-15-104 (a) Inmates, No adverse action shall be taken against any inmate for use of the grievance procedure...

A) KAR 44-15-105. (a) Nature. Records regarding the filing and disposition of grievances shall be collected and maintained systematically by the correctional facility. These records shall be preserved for at least three years following final disposition ...

KAR 44-15-106. "Emergency Grievances" shall mean those grievances for which disposition according to the regular time limits would subject the inmate to a substantial risk of personal injury, or cause other serious and irreparable harm to the inmate.

B) In emergency situations the inmate may bypass the ~~prerequsitite~~ prerequisitite of informal resolution if going to the Unit team would not obtain a solution to the problem ... Emergency grievances shall be forwarded immediately, without substantive review, to the level at which corrective action can be taken. Emergency grievances shall be expedited at every level ...

C) KDOC IMPP 10-106D Program and Services: Standardized menu, ensuring nutritional adequacy of diets, and meal service schedules date 9-29-15:

D) Policy Statement: "All departmental food service operations shall follow a standardized menu that shall ... Incorporate the MyPlate guidelines published by the USDA and be in compliance with recommended dietary allowances published by the National Academy of Sciences ... (NCCHC P-46).

pg. 15 Food shall not be withheld from offenders as a disciplinary sanction (ACA 4-4320 & 4-JCF-3B-05).

1 A) Definitions: Contract Monitor: The staff member designated by the Deputy Secretary of Facilities Management to monitor the quality and quantity of food service contract delivery, provide input with regard to the development of modified diets, and to facilitate decisions and coordinate standardized departmental food service management.

B) Departmental Clinical Health Authority: The physician Medical Director (Regional Medical Director) of the agency or organization responsible for the provision of health care services for the KDOC. This position has full clinical autonomy and responsibility for Clinical health care issues within the KDOC.

Director of Health Care Services: Acts as the administrative health authority for the Department. This position manages health care systems, directs the health care services model, and has final approval on all policies and procedures in the health care system.

C) Facility Administrative Health Authority: The Health Services Administrator responsible for the provision of health care services at a facility. The Facility Health Authority works under the direction of the Departmental Clinical Health Authority and the Regional Vice President or designee administratively.

Facility Clinical Health Authority: The site physician Medical Director responsible to the Departmental Clinical Health Authority for all Clinical matters and to the Health Services Administrator for all administrative matters.

D) Health Care Practitioner: A person who has met the requirements of and is engaged in the practice of medicine, dentistry, or nursing.

Individualized Diet: An adaptation of the medical or religious-type modified diet prescribed to meet specific needs, which are not addressed by the standardized modified diet.

Modified Diets: Diets most commonly prescribed to meet Offenders' medical, dental, therapeutic, or religious needs;

page 16

A) developed from written instructions provided by the treating physician, dentist, Health Services Administrator, and/or Chaplain and which conform as closely as possible to the standardized menu. More specific ~~diets~~ modified diets are prescribed as individualized diets.

Registered Licensed Dietician: A person registered by the American Dietetic Association or who has the documented equivalent in education, training, or experience, with evidence of relevant continuing education; and who is licensed by the State of Kansas to practice dietetics.

B) Contract Staff and Responsibilities ... Planning and developing a standardized menu ... The finalized menu shall be reviewed and approved by the Deputy Secretary of ~~Facilities~~ Facilities Management, with input from the Contract Monitor and Department's Contracted, registered-licensed dietician.

Provisions Ensuring Nutritional Adequacy and Variety in the Menu ...

All food items shall be prepared in accordance with the stated ingredients of the recipes, with adjustments made for yields appropriate to the facility ...

C) Copies of all menus, including modified and individualized diets, shall be retained by the facilities for the contract monitor's review, along with documentation of deviations from the menu as served ...

D) Provisions Ensuring Nutritional Adequacy In Modified Diets:

Individualized diets may be written and prescribed by the treating physician and/or dentist, when the offender's specific need cannot be met by a Standardized Modified medical diet ...

All individualized diet prescriptions shall be specific and as complete and as simple as possible while adhering as closely as possible to the standardized modified menu ...

pg. 17

A) Preparation and Serving of Modified Diets: Senior food service staff shall be trained by the contractor's Registered Dietician for the provision of the medical diets.

Establishing Meal Schedules: The menu shall be established on a 5 week rotating cycle to provide for sufficient advance planning and preparation, consistent with applicable health, sanitation, and safety codes...

B) Each facility shall establish routine meal service schedules consistent with the policy established by this IMPP...

With the exception of variations for weekend or holiday service schedules approved by the Deputy Secretary of Facilities Management or Deputy Secretary of Juvenile Services, at least (3) meals (including two (2) hot meals) shall be served at regular times during each 24 hour period, with no more than 14 hours between the evening meal and breakfast.

C) IMPP 12-120A issued 3-10-2021... Post-Intake Property...

Residents in disciplinary segregation are only to have access to the basic personal hygiene items as allowed by IMPP's 12-127 and 20-101A.

Residents placed in administrative restrictive housing after the effective date of this policy are allowed only the property listed in Attachment J, which may be further limited by facility general order.

Attachment J exhaustively lists allowed property in restrictive housing and doesn't allow any food items at all.

D) IMPP 11-101 Offender Privileges and Incentives...
Progression Through Levels... Intake Level... Upon admission to the Department at an intake facility, offenders shall be assigned to the Intake Level... While at the Intake Level, inmates are limited to up to $10.00 per pay period

A) in canteen expenditures for those items identified in Section V.B.1.a. of this IMPP. (This section is about disciplinary segregation allowable property available for purchase through the canteen.)

V.B.1.a. Canteen expenditures, as authorized by the facility warden but, if authorized by the facility warden, shall not to exceed $10.00 per payroll period and shall be used for the purchase of the following items only ... (none of which are food).

B) IMPP 10-122 Access to and Availability of Health Care Services ... Emergency Care Services ... Emergency health Care services shall be provided to inmates in accordance with IMPP 10-114.

Sick Call and Physician's Clinic ... Emergency sick call shall be available to all inmates at each facility 24 hours a day, 7 days a week, by health care staff. Arrangements shall be made to provide sick call services in the place of an inmate's detention if the inmate's custody status precludes attendance at sick call.

C) A physician, physician's assistant, or advanced registered nurse practitioner shall be on site to see inmates at a minimum of three and one half hours per week per one hundred (100) inmates ...

D) Special Needs Services ... Individual treatment plans shall be written by a physician or another qualified health care staff with instructions regarding the inmate's diet, exercise and adaptation to the correctional environment, and medication.

A) Unimpeded Access to Health Care Services ... Every non-emergency health request/referral from any inmate or departmental staff shall be reviewed, triaged, and investigated by health care staff within 24 hours of reciept of the request/referral. Within the next 24 hours or 72 hours on weekends, the inmate shall be seen by a health care staff ... When qualified health care personnel are not available, Non-health trained facility staff shall ensure inmate's timely access to an appropriate level of healthcare provider.

B) Aramark Correction Services (ACS) Snack Diet Sheet ... Diabetic (All Calorie Levels) P.M. Snack 2oz Meat/ Meat Equivalent *, 2 Sl Bread, 1 Fruit ... * 2oz of Meat/Meat Equivalent for Diabetic Snack = 2oz Turkey (white roll or combo roll), 4 Tbsp Peanut Butter, or 2 ea Hard Cooked Eggs.

C) Diet Guide   For Diet Sheets   Kansas DOC; Males; Fall Winter. Created 9/18, 9/19
(5 week menu, each meal leaves out all breads, fruits, milk, juice, coffee, tea, leaves out portion sizes, quantities of items, and contains no calorie or carbohydrate information).

D) Diet Sheet  No added margarine, salt or pepper ... "Copy of Kansas DOC Diet Load Sheets Male Main Mens Fall Winter 2020-21.xls"→ (at bottom center of each page) ... 5 week menu, 105 pages, Each page is one meal on one day and lists everything on

Pg.20

A) the meal tray for CV's, 1800, 2200, 2500, 2800 diets as well as pregnancy, High protein/High Calorie, High Fiber, Milk-intolerance, and dental soft diets. Sugar substitute, Pepper, Jelly, Margarine, White Bread, Fruit or 100% juice, Hot Cereal, Peanut Butter, Regular Coffee, and Low Fat Milk are the catagories on each of the 105 sheets. The only difference is on Saturday at breakfast instead of Hot Cereal it says Unsweetened Dry Cereal. It lists quantities of each item, portion sizes in appropriate units (cups, oz, each, slices, none) including when something should be left off tray, that all white bread is "sl" or sliced, and if it should be "Same As General Menu" as it says only for Sugar Substitute w/o exception on all 105 sheets.

B) Aramark Correctional Services Kansas DOC Medical Nutrition Therapy and Religious Meals Manual Revised 10/2019:

C) Authorization Forms: This Diet Manual will be used for the Kansas DOC as a reference by the Medical Department. Attending Physicians, Aramark Registered Dieticians, and Front Line Manager to order, plan, and administer the medical diet program. Date: June 1, 2017.

D) Policies and Procedures: Aramark Dieticians,,, Aramark Correctional Services employs the Nutrition and Operational Support Services (NOSS) Department made

A) up of Registered Dieticians who are dedicated soley to the Correctional industry and secured environments. They are responsible for menu planning for the general population, as well as for therapeutic diet needs, in accordance with the standards set by the American Corrections Association and the National Commission of Correctional Health Care.

B) For assistance with diets or variations of diets not covered in this Manual, Front Line Managers may need to contact their Aramark Registered Dietician. To locate the contact information for dieticians who cover your region, please visit the Correctional Services page on Aramark.net or contact your District Manager.

C) If a medical practitioner would like to speak to a dietician, please provide that person with your dietician's telephone or email contact.

Front Line Managers — For additional information regarding the contents of any medical or religious diet, contact your Regional Dietician for assistance.

Standard Diet Procedures ... Medical Diet Orders ...

D) All medical diets are ordered and cancelled by an authorized medical practitioner in a dated entry in the resident's medical record in addition to communicating the diet order to food services via an agreed upon transmittal system (reference #4 for methods).

A) Resident Information ... Grievances related to food Service are submitted in writing with a copy provided to the Front Line Manager who responds in writing after consultation with Aramark Correctional Services Registered Dietrician.

B) Diet Meal Plans/Sheets ... The Diet Sheets are a Series of diet-specific production sheets planned for every meal served. They are developed by Aramark Correctional Services Registered Dietricians for each facility in accordance with this Diet Manual. The Diet Sheets and Patterns detail the food items and portions to be served for each diet meal.

C) Timeliness Or Transmittal Diet Orders/Cancellations/Transfers: For prepardtion purposes, all transmittal diets orders/cancellations, or transfer information should be recieved four hours before scheduled tray assembly.

D) Aramark Management Responsibilities ... Train Staff in properly preparing and serving non-standard diets. ... Assure diet trays and beverages are properly labelled ... Assure that a trained Aramark employee compares all diet trays assembled with Diet Meal Patterns and Diet Sheets ... Notify their Aramark Regional Dietician if there is a need for a therapeutic or religious diet for which instructions have not been provided within

pg. 23

A) this Diet Manual... Procedures for Non Standard Diet Orders (Diets not included on Diet Sheets or within this Diet Manual)... If you are unable to reach an Aramark dietrician, contact your district manager to assist in contacting your dietrician... ~~Aramark~~ Provide night sacks as needed for medical diets... <u>Substitutions on diets should be avoided</u> but must comply with the diet restrictions/modifications included in this manual if they must be done... Document all formal diet concerns/complaints, including your response.

B) Menu Overview... Diet Meal Patterns... In addition to the Regular Menu, ~~Aramark~~ provides diet meal plans, which are used to serve nutritionally appropriate meals for documented medical and religious needs...

C) The Diet Menu : Written to mimic the regular menu as closely as possible, with modifications to reduce sodium, fat, and simple sugars, More consistent in type and number of items than the regular menu to assure greater accuracy in preparation and service, Located on the top of the daily <u>Diet Sheets</u>, Includes the Cardiac Diet and Diabetes Diets...

D) Summary of Standard Diets : Medical Diets :

Pg. 24



| | Diet | Purpose/Indication | Nutritional Description |
|---|---|---|---|
| A) | Diabetic/Calorie Control Diet | Insulin Dependent diabetic or non-insulin dependent requiring strict control | Approximately: 50-60% CHO 15-20% Protein 25-35% Fat Reduced Sodium |
| B) | Finger Foods | To provide safe environment for inmates on suicide precautions (direct observation) | Approximately the same calorie level as the regular inmate diet. Consists of foods easily eaten without Utensils |

C) Diabetic/Calorie Controlled Diet:
For Residents: With Type 1 (Insulin Dependent) diabetes mellitus or Type 2 (Non-Insulin Dependent) diabetes requiring strict blood sugar control.

D) Nutritional Description: Approximately 50-60% Carbohydrates, 15-20% protein, and 25-35% fat. Sodium level is below 3000 milligrams, if individual does not add salt (salt is not offered as part of these calorie controlled diets).

pg 25



## DIABETIC/CALORIE CONTROLLED DIET (Continued)

### FOOD LISTS FOR DIABETES

Meals are planned using four different categories or groups of foods. Foods within each group are similar in calorie, protein, carbohydrate, and fat level. This similarity allows meals to be patterned by specified numbers of standard portions for each food group. The pattern is defined into actual menu items by *exchanging* the similar food items within each food group for each meal.



The four groups include:

| | |
|---|---|
| Carbohydrates | Proteins |
| Fats | Alcohol |

### ONE (1) CHOICE = ONE (1) STANDARD PORTION

**The Diabetic/Calorie Controlled Diet offers a specified amount of syrup on the diet plans when on regular menu. *1 Tablespoon or ½ oz of regular pancake syrup is counted as 1 choice (15 grams of carbohydrate)*

### FOOD LIST FOR DIABETES



(Revised 2014, American Diabetic Association and the American Dietetic Association)

| Food List | Carbohydrates (grams) | Protein (grams) | Fat (grams) | Calories |
|---|---|---|---|---|
| **Carbohydrates** | | | | |
| Starch: breads, cereals and grains, starchy vegetables, crackers, snacks and beans, peas and lentils | 15 | 3 | 1 | 80 |
| Fruits | 15 | -- | -- | 60 |
| Milk | | | | |
|   Fat-free, low-fat, 1% | 12 | 8 | 0-3 | 100 |
|   Reduced-fat, 2% | 12 | 8 | 5 | 120 |
|   Whole | 12 | 8 | 8 | 160 |
| Sweets, Desserts, and Other Carbohydrates | 15 | varies | varies | varies |
| Nonstarchy Vegetables | 5 | 2 | -- | 25 |
| **Proteins** | | | | |
|   Lean | -- | 7 | 2 | 45 |
|   Medium-fat | -- | 7 | 5 | 75 |
|   High-fat | -- | 7 | 8 | 100 |
|   Plant-based proteins | varies | 7 | varies | varies |
| **Fats** | -- | -- | 5 | 45 |
| **Alcohol** | varies | -- | -- | 100 |

\* Protein calculations used in diabetic patterns are based on choices and a composite of our specific products

26



## NUTRIENT SUMMARY FOR DIABETIC MENU PATTERNS



**1800 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|-------|------------------------|
| Breakfast | 55-60 |
| Lunch | 55-65 |
| Dinner | 60-75 |
| Snack | 45-60 |
| Totals: | 215-260 |

**2200 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|-------|------------------------|
| Breakfast | 80-85 |
| Lunch | 85-100 |
| Dinner | 85-100 |
| Snack | 45-60 |
| Totals: | 295-345 |



**2500 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|-------|------------------------|
| Breakfast | 95-100 |
| Lunch | 90-105 |
| Dinner | 90-105 |
| Snack | 45-60 |
| Totals: | 320-370 |

**2800 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|-------|------------------------|
| Breakfast | 110-120 |
| Lunch | 110-125 |
| Dinner | 110-125 |
| Snack | 45-60 |
| Totals: | 375-430 |



Note: Physicians, medical practitioners and insulin-dependent diabetics can utilize the carbohydrate grams in order to calculate appropriate dosage and timing of medication.

**Most meals will fall within the ranges above though there may be a few exceptions as the regular menu is used as a base**

28

P327



# References – Diabetic/Calorie Controlled Diet

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 1: Nutrition Prescription. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lv1=5517&lv2=18399&ncm_toc_id=18399&ncm_heading =Nutrition%20Care. Accessed October 6, 2014



The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 2: Nutrition Prescription. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lv1=5517&lv2=18469&ncm_toc_id=18469&ncm_heading =Nutrition%20Care. Accessed October 6, 2014

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 1: Meal Planning. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lv1=5517&lv2=18399&ncm_toc_id=18399&ncm_heading =Nutrition%20Care. Accessed October 6, 2014

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 2: Meal Planning. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lv1=5517&lv2=18469&ncm_toc_id=18469&ncm_heading =Nutrition%20Care. Accessed October 6, 2014



Executive Summary: Standards of Medical Care in Diabetes-2010. *Diabetes care*, Vol. 33 Suppl 1 (January 2010). http://care.diabetesjournals.org/content/33/Supplement_1/S4.full.pdf+html. Accessed July, 26 2010.
Diabetes Management in Correctional Institutions-2009. *Diabetes care*, Vol. 32 Suppl 1 (January 2010). http://care.diabetesjournals.org/content/32/Supplement_1/S73.full.pdf+html. Accessed July, 26 2010.

*Choose Your Foods: Exchange Lists for Diabetes*, 2014: Description and Guidelines for Use. American Diabetic Association and the American Dietetic Association. Madelyn L. Wheeler, MS, RD, FADA, Anne Daly, MS, RD, Alison Evert, MS, RD, Marion J. Franz, MS, RD, Patti Geil, MS, RD, FADA, Lea Ann Holzmeister, RD, Karmeen Kulkarni, MS, RD, Emily Loghmani, MS, RD, Tami A. Ross, RD, Pamela Woolf. June 2014



"Reproduction of the Exchange Lists in whole or part, without permission of The American Dietetic Association or the American Diabetes Association, Inc. is a violation of federal law. This material has been modified from *Choose Your Foods: Exchange Lists for Diabetes*, which is the basis of a meal planning system designed by a committee of the American Diabetes Association and The American Dietetic Association. While designed primarily for people with diabetes and others who must follow special diets, the Exchange Lists are based on principles of good nutrition that apply to everyone. Copyright © 2014 by the American Diabetes Association and The American Dietetic Association."

The Academy of Nutrition and Dietetics.  Position of the American Dietetic Association and American Society for Nutrition Joint Position: Obesity, reproduction, and pregnancy outcomes. *J Am Diet Assoc.* 2009;109:918-927

A) Recipes and Special Purchases : (lists specific items on diet, PRIMA Recipe #, and a Recipe Portion (with an asterik next to it)). On the next page at the bottom the asterik is defined as:

B) * Standard portion in the recipe, if a different portion is needed then scale the recipe in PRIMA Web to correction portion.

C) So, as an example, the listing for Au Gratin Potatoes has a PRIMA Recipe # of M2931 (and the given recipe portion is listed as 1 cup. This seems to indicate the formula to be used by diabetics to determine carb amounts in each food item listed on page 26 of the ACS MNT Manual,

D) Which says "One (1) Choice = One (1) Standard Portion" would mean that 1 cup of Au Gratin Potatoes is equal to 15 carbs per the Food List For Diabetes also on page 26 of that manual. This is of course absurdly wrong.

pg. 24



## RECIPES & SPECIAL PURCHASES

### PRIMA WEB RECIPES
The printed recipes in this manual are current as of the publication date and subject to change. Please refer to PRIMA Web for the most current recipe.



This is not an all-inclusive list of diet recipes but just a quick reference guide.  Please contact your regional RD with questions about specific diet recipes.

| Item on diet | PRIMA Recipe # | Recipe Portion* |
|---|---|---|
| Scrambled Eggs | M4868 | 2 ozw |
| Hard Cooked Eggs | M181 | 1 each |
| Peanut Butter | M2726 | 1 ozw |
| Breakfast Sausage | M11452 | 1 patty |
| T. Ham | M677 | 1 ozw |
| Hot Turkey | M670 | 3 ozw |
| Cold Turkey | M2584 | 2 ozw |
| Fish Patty | M11430 | 1 patty |
| Chicken Patty | M11437 | 1 patty |
| Country Patty | M11428 | 1 patty |
| Meatloaf Patty | M11444 | 1 patty |
| Charbroiled Patty | M11458 | 1 patty |
| 100% Beef Patty | M10638 or M3266 | 1 patty |
| BBQ Beef Patty | M11454 | 1 patty |
| Meatballs (1/2 oz each) | M5811 | 6 each |
| Baked Chicken Quarter | M710 | 1 each |
| Unprocessed Turkey | M10894 | 3 ozw |
| Unprocessed Chicken (pulled or diced) | M3455 or M7954 | 3 ozw |
| Unprocessed Roast Beef | M475 | 3 ozw |
| Stew Beef (or beef cubes) | M492 | 3 ozw |
| Cod w/Margarine (Unbreaded Fish Fillet) | M11450 | 1 portion |
| Rinsed Tuna | M1401 | 2 ozw |
| Scratch Poultry Patty | M1199 | 3 ozw |
| Sloppy Joe | M2833 or M11982 | 4 ozw |
| Taco Filling | M2837 or M11981 | 4 ozw |
| Scalloped Potatoes | M1604 | 1 cup |
| AuGratin Potatoes | M2931 | 1 cup |
| Spaghetti with Tomato Sauce | M1595 | 1 cup |
| Meatless Chili | M5993 | 1 cup |
| Mac & Cheese | M1568 | 1 cup |
| Scratch Salad Dressing | M2836 | 1 fl oz |
| Gluten Free Soy Patty | M2509 | 3 ozw |
| Vegan Scratch Bean Patty | M4045 or M11531 | 1 each |
| Vegan Hummus | M2510 | ½ cup |



63



| Vegan Pinto Beans | M2002 | 1 cup |
|---|---|---|
| Vegan Lentils | M4181 | 1 cup |
| Vegan Navy Beans | M1785 | 1 cup |
| Vegan Black-eyed Peas | M1996 | 1 cup |
| Vegan Sloppy Joe | M5019 | 4 ozw |
| Vegan Soy Patty (hot or cold) | M8208, M2519, M9625, M10352 | 1 each |
| Management Loaf | M2788 | 1 serving |



### Clear Liquid Diet Recipes

| Item on diet | PRIMA Recipe # | Recipe Portion* |
|---|---|---|
| Beef Broth | M4648 | 8 fl oz |
| Chicken Broth | M4647 | 8 fl oz |



### Full Liquid (Broken Jaw) Diet Recipes

| Item on diet | PRIMA Recipe # | Recipe Portion* |
|---|---|---|
| Super Cereal | M4649 | 2 cups |
| Pasta Based Entrée | M4655 | 10/2 ozw |
| Rice Based Entrée | M4656 | 10/2 ozw |
| Potato Based Entrée | M4657 | 10/2 ozw |
| Pasta Based Salad | M4659 | 1 cup |
| Potato Based Salad | M4658 | 1 cup |
| Creamed Broccoli | M4654 | 1 cup |
| Creamed Carrots | M4652 | 1 cup |
| Creamed Green Beans | M4653 | 1 cup |
| Pureed Peanut Butter & Jelly | M4651 | 5 ozw |
| Canned Fruit | M4650 | ½ cup |
| Cake | M11532 | 1/60 cut |
| Brownie | M11533 | 1/40 cut |



* Standard portion in the recipe, if a different portion is needed then scale the recipe in PRIMA Web to correct portion



Pg. 31





# MEDICAL DIET ORDER FORM

## KANSAS DOC MEDICAL DIET ORDER

INMATE'S NAME (LAST NAME, FIRST NAME)      INMATE'S DOC NUMBER

INMATE'S BIRTH DATE                        INMATE'S LOCATION

DIET START DATE                            DIET END DATE

| | Code | |
|---|---|---|
| | CA | CARDIAC DIET |
| | D18 | 1800 DIABETIC / CALORIE CONTROLLED DIET (SNACK INCLUDED) |
| | D22 | 2200 DIABETIC / CALORIE CONTROLLED DIET (SNACK INCLUDED) |
| | D25 | 2500 DIABETIC / CALORIE CONTROLLED DIET (SNACK INCLUDED) |
| | D28 | 2800 DIABETIC / CALORIE CONTROLLED DIET (SNACK INCLUDED) |
| | SO GI | GI (Gastro-Intestinal) SOFT DIET |
| | PR | PREGNANCY DIET (SNACK INCLUDED) |
| | HP | HIGH PROTEIN / HIGH CALORIE DIET (SNACK INCLUDED) |
| | HF | HIGH FIBER |
| | SO D | DENTAL SOFT |
| | RD1 | RENAL PRE-DIALYSIS (Restricted Protein) DIET |
| | RD2 | RENAL DIALYSIS (Increased Protein) DIET |
| | CL | CLEAR LIQUID DIET |
| | MI | MILK INTOLERANCE |
| | FL | FULL LIQUID (BROKEN JAW) DIET |
| | FF | FINGER FOODS DIET |
| | GR | GLUTEN RESTRICTED DIET |
| | SFA | SEVERE FOOD ALLERGY DIET |
| | HO | HOSPICE |
| | | OTHER_____ |

Comment:

_____

AUTHORIZATION SIGNATURE

_____

DATE REQUESTED

Revised 6/17

66



A) Appendix — Recipes (page 68 of ACS MNT Manual)
Appendix — Diet Patterns (page 69 of ACS MNT Manual) Where the diet sheets come from.

B) Americans Diabetes Association Diabetes Plate Method:
The Diabetes Plate Method is the easiest way to create healthy meals that can help manage blood sugar. Using this method, you can create perfectly portioned meals with a healthy balance of vegetables, protein, and carbohydrates — without any counting, calculating, weighing or measuring. The plate for this method will be a round 9 inch diameter plate.

C) Fill half your plate with nonstarchy vegetables such as carrots, celery, tomatoes, broccoli, cauliflower, cabbage, green beans, snow peas. Nonstarchy vegetables are lower in carbohydrate, so they do not raise blood sugar very much. They are also high in vitamins, minerals, and fiber, making them an important part of a healthy diet.

Fill one quarter of your plate with lean protein foods such as lean beef, soy products, and cheese. Protein foods from animal sources usually contain saturated fat, which may increase your risk of heart disease. Lean proteins include chicken, turkey, eggs, salmon, tuna, cod, lean deli meats, lean beef, lean pork, nuts and nut butters, tofu, edamame, and plant based meat substitutes such as soy.

D) Fill one quarter of your plate with carbohydrate foods. Such as grains like brown rice, oatmeal, bread, pasta, tortillas, green peas, potatoes, sweet potatoes, beans and legumes, fruits, dairy products like milk, yogurt. These foods have the greatest effect on blood sugar. Limiting your portion to one quarter of your plate can help keep blood sugars from rising too high after meals

A) Choose water or a low-calorie drink. Unsweetened tea, coffee, diet soda or other diet drinks.

American Diabetes Association Nutrition Therapy Recommendations for the Management of Adults with Diabetes & Diabetes Care 2014 Jan 37 (Supplement 1): S120 - S143 & For many individuals with diabetes, the most challenging part of the treatment plan is determining what to eat... The ADA also recognizes the integral role of nutrition therapy in overall diabetes management and has historically recommended that each person with diabetes be actively engaged in self-management, education, and treatment planning with his or her health care provider, which includes the collaborative development of an individualized eating plan.

B) Diabetes Self-management education /support: In addition to diabetes medical nutrition therapy provided by a Registered Dietician, diabetes self-management education and diabetes self-management support are critical elements of care for all people with diabetes and are necessary to improve outcomes in a disease that is largely self-managed.

C) Effectiveness of Nutrition Therapy: Nutrition therapy is recommended for all people with type 1 and type 2 diabetes as an effective component of the over all treatment plan. Individuals with diabetes should receive individualized medical nutrition therapy as needed to achieve treatment goals, preferably provided by an Registered Dietician familiar with the components of diabetes medical Nutrition therapy. For individuals with type 1 diabetes, participation in an intensive flexible insulin therapy education program using the carbohydrate counting

A) Meal planning approach can result in improved glycemic control. For individuals using fixed daily insulin doses, consistent carbohydrates intake with respect to time and amount can result in improved glycemic control and reduce the risk for hypoglycemia.

B) Because diabetes nutrition therapy can result in cost savings and improved outcomes such as reduction in A1C, nutrition therapy should be adequately reimbursed by insurance and other payers.

For individuals with Type 1 diabetes using multiple daily injections or continuous subcutaneous insulin infusion, a primary focus for nutrition therapy should be on how to adjust insulin doses based on planned carbohydrate intake.

C) On average, it has been observed that people with diabetes (should) eat about 45% of their calories from carbohydrate, 36%-40% of calories from fat, and the remainder (16-18%) from protein.

The amount of of carbohydrates and available insulin may be the most important factor influencing glycemic response after eating and should be ~~con~~considered when developing the eating plan.

D) Monitoring carbohydrate intake, whether by carbohydrate counting or experience-based estimation, remains a key strategy in achieving glycemic control.

For ~~health~~ good health, carbohydrate intake from vegetables, fruits, whole grains, legumes, and dairy products should be advised over intake from other carbohydrate sources, especially those that contain added fats, sugars or sodium.

A) Despite the inconclusive results of the studies evaluating the effect of differing percentages of carbohydrates in people with diabetes, monitoring carbohydrate amounts is a useful strategy for improving postprandial glucose control. Evidence exists that both the quantity and ~~quality~~ type of carbohydrate in a food influence blood glucose level, and total amount of carbohydrate eaten is the primary predictor of glycemic response. In addition, lower A1C occurred in the Diabetes Control and Complications Trial intensive treatment group and the Dose Adjustment for Normal Eating trial participants who recieved Nutrition therapy that focused on the adjustment of insulin doses based on variations in carbohydrate intake and physical activity.

B) In Summary: Nutrition interventions should emphasize a variety of minimally processed nutrient-dense foods in appropriate portion sizes as part of a healthful eating pattern and provide the individual with diabetes with practical tools for day-to-day food plan and behavior change that can be maintained over the long term.

C) Diabetes Management in Correctional Institutions (Diabetes Care Volume 37, Supplement 1, January 2014):

D) Management Plan: Glycemic control is fundamental to the management of diabetes. A management plan to achieve normal or near-normal glycemia with an A1C goal of <7% should be developed for diabetes management at the time of initial medical evaluation.

pg36

A) Nutrition and Food Services: The easiest and most cost-effective means to facilitate good outcomes in patients with diabetes is instituting a heart-healthy diet as the master menu. There should be consistent carbohydrate content at each meal, as well as a means to identify the carbohydrate content of each food selection. Providing carbohydrate content of food selections and/or providing in assessing carbohydrate content enables patients to meet the requirements of their medical nutrition therapy plan... Staff should also help in dietary management by offering healthy choices and listing the carbohydrate content of foods. ~~The~~

B) The use of insulin or oral medications may necessitate ~~the~~ snacks in order to avoid hypoglycemia. These snacks are part of ~~a~~ such patients' medical treatment plans and should be prescribed by medical staff.

C) Timing of meals and snacks must be coordinated with medication administration as needed to minimize the risk of hypoglycemia, as discussed more fully in the medication section of this document.

D) Urgent and Emergency Issues: All patients must have access to prompt treatment of hypo- and hyperglycemia. Hypoglycemia is defined as a blood sugar level < 70mg/dl. Severe hypoglycemia is a medical emergency defined as hypoglycemia requiring the assistance of a third party and is often associated with mental status changes that may include confusion, incoherence, combativeness, somnolence, ~~the~~ lethargy, seizures, or coma. Individuals

pg. 37

A) With diabetes exhibiting signs and symptoms consistent with hypoglycemia, particularly altered mental status, agitation, and diaphoresis, should have their CBG levels checked immediately. Security staff who supervise patients at risk for hypoglycemia (ie. those on insulin...) should be educated in the emergency response protocol for recognition and treatment of hypoglycemia.

B) Medication: Correctional institutions should have systems in place to ensure that rapid-acting insulin analogs and oral agents are given immediately before meals if this is part of the patient's medical plan. It should be noted, however, that even modest delays in meal consumption with these agents can be associated with hypoglycemia. If consistent access to food within 10 min cannot be ensured, rapid-acting insulin analogs and oral agents are approved for administration during or immediately after meals. Should circumstances arise that delay patient access to regular meals following medication administration, policies and procedures must be implemented to ensure the patient recieves appropriate nutrition to prevent hypoglycemia.

C) Monitoring / Tests of Glycemia: Patients with type 1 diabetes are at risk for hypoglycemia and should have their CBG monitored three or more times daily... Unexplained hyperglycemia in a patient with type 1 diabetes may suggest impending DKA, and monitoring of ketones should therefore be performed.

D) Glycated hemoglobin (A1C) is a measure of long-term (2- to 3-month) glycemic control. Perform the A1C test quarterly in patients whose therapy has changed or isn't meeting glycemic goals

Pg: 38

A) Discrepancies between CBG monitoring results and A1C may indicate a hemoglobinopathy, hemolysis, or need evaluation of CBG monitoring technique and equipment or initiation of more frequent CBG monitoring to identify when glycemic excursions are occurring and which facet of the diabetes regimen is changing.

B) Nutritional Recommendations for Individuals with Diabetes; National Institutes of Health (4/22/22 was dated this was viewed online and printed https://www.ncbi.nlm.nih.gov/books/NBK279012/#med-nutr-thrpy-diab. PUTTING_IT_ALL_TOGET.) Carbohydrate Counting ... Carbohydrate counting is a tool that can be taught to motivated people with diabetes, so they can more easily estimate the amount (grams) of carbohydrates in

C) a particular food. Furthermore, setting a target carbohydrate intake for each meal allows people with diabetes to more easily match their carbohydrate intake to the appropriate mealtime insulin dose. Potential advantages of carbohydrate counting include improved glucose control, flexibility in food choices, a better understanding of how much insulin to take, and simplification of meal planning.

D) Special Considerations for People With Diabetes Treated With Insulin Regimens ... Synchronize insulin with meal times based on action time of the insulin(s) used. People with diabetes should measure blood glucose levels prior to meals and snacks and at bedtime and adjust the insulin doses as needed based on intake ... It is also important to educate the people with diabetes on adjustment of prandial insulin considering premeal glucose levels, carbohydrate intake, and anticipated physical activity.

Ⓐ Timing of Insulin and Meals: The greatest risk for hypoglycemia results when the peak insulin action does not coincide with the peak postprandial glucose. For example, the longer duration of action of regular insulin may lead to increased risk of late postprandial hypoglycemia, compared with rapid-acting insulin analogs, which peak closer to meal consumption.

Ⓑ In addition, when the pre-meal insulin dose is too large for a particular meal relative to its carbohydrate content, hypoglycemia can result... If meals and the insulin regimen remain constant, then no problems will usually result.

 University of Florida Diabetes Institute (4/27/22 this was viewed, printed: https://diabetes.ufl.edu/outreach/resources/nutrition/type-1-diabetes/):

If you have type 1 diabetes, it is important to know how many carbohydrates you eat at a meal. This information helps you determine how much insulin you should take with your meal to maintain blood sugar (glucose) control. Carbohydrates are the main type of food that raises blood sugar... A delicate balance of carbohydrate intake, insulin, and physical activity is necessary for the best blood sugar control... If the three factors are not in balance, you can have wide swings in blood sugar (glucose) levels.

Ⓓ Meal Planning: Be consistent. Meals and snacks should be eaten at the same time each day. Do not

A) ~~Disappointed~~ Skip meals and snacks. Keep the amount and types of food (carbohydrates, fats, and proteins) consistent from day to day ... Use insulin at the same time each day.

B) The Center For Diabetes and Endocrine Care by Jenna Fletcher; Reviewed by Katherine Marengo LDN, RD. (viewed/printed on 4/27/22; http://diabetesendocrinecare.com)

Researchers believe that beneficial snack will contain: high levels of protein, healful fats, limited carbohydrates. Good snacks are those such as almonds, walnuts, peanuts, hard-boiled egg with a couple whole grain crackers, Low-fat cheese and whole wheat crackers; celery stalks with hummus, sliced apple and peanut butter.

Centers for Disease Control: Diabetes Meal Planning ... A good meal plan will consider your goals, tastes, and lifestyles, as well as any medicines you're taking. A good meal plan will also include more nonstarchy vegetables; such as broccoli, spinach, and green beans. It will include fewer added sugars and refined grains, such as white bread, rice, and pasta ... and should focus on whole foods instead of highly processed foods as much as possible.

Counting Carbs: keeping track of how many carbs you eat and setting a limit for each meal can help keep your blood sugar levels in your target range.

Carb Counting: How are carbs measured? ...

Carbs are measured in grams. On packaged foods, you can find total carb grams on the Nutrition Facts label. For diabetes meal planning, 1 carb serving is about 15 grams of carbs. This isn't always the same as what you think of as a serving of food. For example, most people would count a small baked potato as 1 serving.

However, at about 30 grams of carbs, it counts as 2 carbs servings. On average, people with diabetes should get half of their calories from carbs. That means if you normally eat about 1,800 calories a day to maintain a healthy weight, about 800 to 900 calories can come from carbs. At 4 calories per gram, that's 200-225 carb grams a day. Try to eat about the same amount of carbs at each meal to keep your blood sugar levels steady throughout the day.

When should I check my blood sugar? When you first wake up, before you eat or drink anything. Also, before each meal and two hours after a meal, and at bedtime.

What are blood sugar targets? Before a meal: 80 to 130 mg/dl. Two hours after the start of a meal: Less than 180 mg/dl... Blood sugar below 70 mg/dl is considered low.

(Pgn 5)

Aramark also sending us cold food that should be hot, creating severe risks for foodborne illness, giving us milk hours before insulin leaving me vulnerable to foodborne illness / shorting me carbs and nutrition.

17) 10/10/21 RE Request for most recent food service health inspection in kitchen.

18) 10/10/21 RE Diet issues at breakfast, lunch, and dinner on 10/10. Also food safety issues.

19) 10/10/21 21 grievances I need Reeves to respond to.

20) 10/15/21 RE diet issues breakfast, lunch, dinner on 10/15, cold food too.

21) 10/17/21 RE 22 grievances need Reeves to respond to.

22) 10/19/21 RE Med Pass nurse denied me antibiotic that was on my MAR.

23) 10/20/21 RE Timing of meals, Nurse Titsworth gave insulin over 1 hour too early.

24) 10/24/21 RE 30 grievances I need Reeves to respond to

25) 10/24/21 RE No clean laundry except towel on 10/23.

26) 10/24/21 RE Nurse Graham giving insulin nearly 2 hrs before meals, Centurion understaffing.

27) 10/24/21 RE Med Pass Nurse Farner denied me antibiotic

28) 10/25/21 RE Multiple diet issues on 10/25

29) 10/27/21 RE me explaining why Reeves, Warden Butler, SOLD Durcie Holthaus, were wrong about receipts not
Pg. 80 being proof of anything, missing grievances, 34 need responses

1. Centurion Patient Education: What is Diabetic Retinopathy? Diabetic retinopathy is the leading cause of blindness in adults. What causes diabetic retinopathy? Diabetes is the cause of this eye disease. Over time, diabetes makes blood vessels weaken all over the body, including in the eyes. Poor blood sugar control can make retinopathy worse. What you can do: Have your eyes examined regularly. You can also help control your diabetes through exercise, diet, and medicine... These same steps may also help control diabetic retinopathy.

B) High and Low Blood Sugar (Hyperglycemia and Hypoglycemia): Hyperglycemia symptoms: Thirst, hunger, frequent urination, fatigue, nausea, blurred vision, headache, nervousness, confusion. Causes: Too much food, too little exercise, too little medicine, stress, illness, injury, short time between meals and snacks.

Hypoglycemia symptoms: Shakiness, sweaty, hunger, anxiety, nervousness, confusion, acting angry or irritable, slurred speech, headache. Causes: Too little food, too much medicine, more activity than usual, too long between meals or snacks, alcohol.

C) If you experience any of these symptoms, you should notify healthcare staff.

D) Steps To Manage Your Diabetes: Monitor your blood sugar. Keep a record of your blood sugar and work with your healthcare team to correct levels that are too high or too low.

Make Healthy Food Choices: Avoid skipping meals: Eat three small meals and snacks consistently and around

the same time each day. Try not to go longer than four to six hours without eating. Watch your portion size: Eating too much of any food can cause you to gain weight and lose control of your blood sugar. Avoid or really cut back on sugar drinks and foods: ... Special Diet: If you have a special diet ordered, stick to the special diet and try not to cheat. Healthcare staff will help you understand how to make better choices based on the food available to you.

Diabetes - Basic Information: Type 1 Diabetes is an autoimmune disease caused when your immune system attacks the cells in your pancreas that make insulin. People with Type 1 diabetes need to take insulin to replace what their body can no longer make ... Without insulin, the sugar just stays in the blood. All humans need insulin to live.

How to Avoid Complications: The serious consequences of these complications are completely avoidable for most people with diabetes by managing blood glucose, blood pressure and cholesterol levels. You can manage diabetes by managing blood sugar.

Long-Term Complications of Diabetes: Diabetes can cause health problems over time. They are more likely to occur if your blood sugar is often too high. Over time high blood sugar can damage blood vessels in the body. It is important to keep your blood sugar in your target range. Complications of diabetes

include eye problems (retinopathy, glaucoma, cataracts), blindness, tooth and gum problems (periodontal disease), tooth loss; blood vessel (vascular) disease leading to circulation problems, heart attack, stroke, or a need for amputation of a limb; problems with sexual function, erectile dysfunction, kidney disease (nephropathy) that can lead to kidney failure, nerve problems (neuropathy) causing pain or loss of feeling in your feet and other parts of your body potentially leading to amputation of a limb, high blood pressure (hypertension) putting strain on your heart and blood vessels, serious infections possibly leading to loss of toes, feet, or limbs.

Understanding A1C - American Diabetes Association:

| A1C | | estimated avg. glucose (eAG) |
|-----|------|------|
| % | mg/dl | mmol/l |
| 6 | 126 | 7.0 |
| 6.5 | 140 | 7.8 |
| 7 | 154 | 8.6 |
| 7.5 | 169 | 9.4 |
| 8 | 183 | 10.1 |
| 8.5 | 197 | 10.9 |
| 9 | 212 | 11.8 |
| 9.5 | 226 | 12.6 |
| 10 | 240 | 13.4 |

Diabetes Health (www.DiabetesHealth.com):
More About Insulin:

1)

| Insulin Type | Starts Working | Working the Hardest | How Long It lasts |
|---|---|---|---|
| Rapid-Acting | | | |
| Apidra (Glulisine) | 5 to 15 min | 55 mins | 3 to 4 hrs |
| Humalog (Lispro) | 5 to 15 min | 20 mins to 1 1/2 hrs | 3 to 4 hrs |
| Novolog (Aspart) | 10 to 20 min | 1 to 3 hrs | 3 to 5 hrs |
| Fast-Acting | | | |
| Regular | 30 to 45 min | 2 to 4 hrs | 5 to 6 hrs |
| Medium-Acting | | | |
| NPH | 1 to 1 1/2 hrs | 6 to 10 hrs | 14 to 16 hrs |
| Long-Acting | | | |
| Lantus (Glargine) | 1 to 2 hrs | flat | 21 to 24 hrs |

2) The insulins Lantus and Levermir <u>cannot</u> be mixed with
any other insulin. They must be given as a seperate shot.
Lantus and Levermir should be taken at about the same
time each day.

3) Per https://www.straighthealthcare.com/insulin-chart.html :

| Semglee (Glargine) | 1 to 3 hrs | No Peak | 24 hrs |
|---|---|---|---|

4) Centers for Disease Controls Do I Have Food Poisoning? :
Common symptoms of foodborne illness are nausea, vomitting
stomach cramps, and diarrhea. Symptoms can sometimes
be severe, and some foodborne illnesses can even be life
threatening. Although anyone can get a foodborne illness,
some people are more likely to develop one. Those groups
include: Older adults, young children, People with
immune systems weakened by medical conditions,
such as diabetes...

26.46

Why keep Food Cold? Harmful bacteria multiply rapidly in the "danger zone" — the temperatures between 40 and 140 °F. So perishable food transported without an ice source won't stay safe for long... Begin With Safe Food: Perishable food including meat, poultry and eggs, must be kept cold at all times... Food should not be left out at room temperature more than 2 hours. Cold food must be kept at 40°F or below. Hot food must be kept hot at 140°F or above.

KDOC—Aramark Contract: The original contract was begun on April 1, 1996. The latest addendum was signed on 2/24/2020 by Secretary of Corrections Jeff Zmuda, among others, At that time the contract was set to expire on June 30, 2022 but they extended it 10 years so now will expire June 30, 2032.

III. General Contract Terms: Performance Guarantee: Contractor shall file with the Director of Purchases a performance ~~guaranty~~ guaranty in the amount of 25% of the annual contract amount. The guaranty shall be returned to the Contractor on the completion of this contract subject to total or partial ~~forfeiture~~ forfeiture for failure to perform adequately the terms of this contract. If damages exceed the guarantee, ~~the~~ State may seek additional damages.

Inspection: The State reserves the right to reject, on arrival at destination, any items which do not conform with specifications of this Request.

Termination: The Director of Purchases may terminate this contract or any part of this contract, for cause under any one of the following circumstances:

3.4.1. The Contractor fails to make delivery of goods or services as specified in this contract; or,

3.4.2. The Contractor fails to perform any of the provisions of this contract, or so fails to make progress as to endanger performance of this contract in accordance with its terms.

The Director of Purchases shall provide Contractor with written notice of the conditions endangering performance. If the Contractor fails to remedy the conditions within ten (10) days from the receipt of the notice (or such longer period as the State may authorize in writing), the Director of Purchases shall issue the Contractor a written order to stop work immediately.

Termination for Convenience: The Director of Purchases may terminate performance of work under this Contract in whole or in part whenever, for any reason, the Director of Purchases determines that the termination is in the best interest of the State of Kansas. In the event that the Director of Purchases elects to terminate this contract pursuant to this provision it shall provide the Contractor written notice at least thirty (30) days prior to the termination d

A) **Staff Qualifications:** The Contractor shall warrant all persons assigned by it to the performance of this contract shall be employees of Contractor (or specified Subcontractor) and shall be fully qualified to perform the work required. The Contractor shall include a similar provision in any contract with any Subcontractor selected to perform work under this contract.

B) Failure of the Contractor to provide qualified staffing at the level required by the proposal specifications shall result in termination of this contract and/or damages.

**Rights and Remedies:** ... In the event Contractor fails to perform this contract on a short term basis and State must provide food service on an emergency basis, Contractor will reimburse State for all associated costs as liquidated damages.

C) In the event of termination, Contractor shall recieve payment pro rated for that portion of the contract period services were provided to and/or goods were accepted by State subject to any offset by State for actual damages including loss of federal matching funds.

**Reviews and Hearings:** The Contractor agrees to advise the Director of Purchases, KDOC, and/or SRS off all complaints of recipients made known to Contractor and refer all appeals or fair hearing requests to the Director of Purchases, KDOC, and/or SRS. The State has the discretion to

require Contractor to participate in any review, appeal, fair hearings, or litigation involving issues related to this contract. Contractor staff shall provide information for response to grievances and testimony at disciplinary hearings, as required.

**5.2 Services To Be Provided By Vendor/Contractor.**

... Contractor shall be fully responsible for all food service equipment maintenance...

State does not anticipate employing additional security staff as a result of privatizing food service management. Therefore, Contractor will be expected to provide staff that will be able to work in a secure environment and supervise inmate workers...

... Only wholesome, appropriately inspected foods will be used. Foods outside of a normal stated shelf life date shall not be used.

Contractor shall be responsible for all food service area cleaning and sanitation, including food preparation and storage areas, dining areas, and kitchen dock areas, where such cleaning is currently supervised by food service staff, and shall assure compliance with all applicable federal, state, city and county health codes and requirements.

**5.3 Services To Be Provided By The State...**

State will provide administrative oversight to assure contract compliance which will include on site field auditors as well as a central administrator. At least one of these staff shall be a licensed dietician.

5.4 Program Specifications: Contractor shall ensure...
   3.(F). Food at temperatures in accordance
   with public health requirements...

5.5 Quality Assurance Performance Standards...

The Contractor should also provide an explanation
of how complaints will be handled in conjunction
with the KDOC grievance procedures...

B) Designated members of KDOC, contract staff, and
facility management will meet on a monthly basis
or as needed to evaluate the food service program,
identify problem areas, and develop and implement
solutions...

C) Food portions to be served by Contractor will be
strictly observed and monitored by Contractor and
State...

All food temperatures will be carefully monitored by
Contractor through each meal period and recorded
to assure proper serving temperatures...

D) Contractor will effectively supervise inmates,
requiring a minimum amount of time on the part
of KDOC supervisory and management staff to
settle disputes regarding day to day issues...

Contractor will comply with all occupational health and
health standards and regulations as promulgated by
Federal, state and local authority. Any unsafe practices
observed by State will be corrected by Contractor

0915

not accomplished, State will have right to make corrections from payments due the Contractor. Failure to comply will be grounds for contract ~~term~~. termination...

5.7 Coordination of Efforts: The successful contractor shall work under close coordination with the Kansas Department of Corrections in completing any project assigned under this RFP.

KDOC - Centurion Contract: July 1, 2020 through June 30, 2022 (with the option to renew for (2) additional twenty-four (24) month periods)...

Termination for Cause: The Director of Purchases may terminate this contract, or any part of this contract, for cause under any one of the following circumstances: The Contractor fails to make delivery of goods or services as specified in this contract, the Contractor provides substandard quality or workmanship, the Contractor fails to perform any of the provisions of this contract, or the Contractor fails to make progress as to endanger performance of this contract in accordance with its terms

The Director of Purchases shall provide Contractor with written notice of the conditions endangering performance. If the Contractor fails to remedy the conditions within (10) ten days from the recipt of the notice,... the Director of Purchases shall issue the Contractor an

order to stop work immediately ...

Termination for Convenience : The Director of
Purchases may terminate performance of work under
this contract in whole or part, whenever, for any reason,
the Director of Purchases shall determine that the
termination is in the best interest of the State of
Kansas ... In the event of termination, the
Contractor shall recieve payment prorated for that
portion of the contract period services were provided
to or goods were accepted by State subject to any
offset by State for actual damages ...

Staff Qualifications : ... Failure of the Contractor
to provide qualified staffing at the level required by
the contract specifications may result in termination
of this contract ~~or~~ or damages.

Materials and Workmanship : The Contractor shall perform
all work and furnish all supplies and materials, machinery,
equipment, facilities, and means, necessary to complete all the
work required by this contract, within the time specified, in
accordance with the provisions specified.

Industry Standards : If not otherwise provided, materials or
work called for in this contract. shall be furnished and performed
in accordance with best established practice and standards
recognized by the contracted industry and comply with all
codes and regulations which shall apply.

Performance Guaranty / Bond : The Contractor shall file

with the Director of Purchases a performance guaranty/bond in the amount of $2,000,000.00. The guaranty shall be released upon the completion of this contract subject to total or partial forfeiture for failure to adequately perform the terms of this contract...

2.3.18 Nutrition and Medical Diets: The Contractor shall provide a daily list of all offenders requiring a special medical diet to the food service manager at each facility.

Pharmacy Services: Provision of all prescription and non-prescription medications shall be the responsibility of the Contractor... The Contractor shall fill and deliver all medically prescribed non-emergency medications within (24) hours from the date the prescription is written and shall provide such medications continuously thereafter as prescribed...

2.20.5 Health Care Documentation:... The health care record shall be kept current at all times. Documentation of every encounter with the offender is required to be completed on the same day in which the encounter occurred and in a timely manner as to provide accurate and consistent documentation of all health care occurrences.

... Documentation of noting of HCP (Health Care Provider) orders shall occur as soon as medically necessary to provide appropriate follow up from the encounter. Noting of orders shall be accomplished by a licensed nurse and shall be completed within twenty-four (24) hours of the encounter...

2.22.4.4 In recognition of the sensitive nature of correctional facilities, Contractor agrees that in the event KDOC, in its discretion, is dissatisfied with

any of the personnel provided under this contract, KDOC may deny access of such personnel to the correctional facility. KDOC shall provide written notice to the Contractor of such fact and the reasons therein, and the Contractor shall remove the individual in question from the programs covered therein and cover with other appropriate personnel until an approved replacement is found.

2.20.7 Confidentiality of Offender Health Information

All health information shall be the property of KDOC... Offender health care information and offender institutional files are confidential in nature. The Contractor's employees and KDOC employees shall be allowed access to these files only as needed for their duties related to the care of the offender. and in accordance with the rules established by KDOC...

2.22 Staffing : The base staffing plan was provided in Appendix F... Copies of staffing schedules, encompassing all health care staff, shall be submitted to the Director of Health Care Compliance by the 10th day of each month prior to delivery of service.

2.22.4.3 The Contractor shall furnish the necessary administrative, supervisory, professional, and support staff for the proper and effective operation of the program herein, subject to the approval of such staff by the Director of Health Care Compliance (which is a KDOC position).

Pg.55

2.24 Staffing Deductions ... The Contractor shall provide, at a minimum, the staffing levels established by this contract ... The Contractor shall be required to backfill for all essential employees. Employees' positions classified as essential are: physicians, mid-level practitioners, registered nurses, licensed practical nurses, certified medical aides ... Essential hours may be backfilled by Overtime, PRN staff, or agency staff.

2.25 Clinical Performance Guarantees:
KDOC will monitor the health care services provided as outlined in this contract. Thirteen (13) specific measures shall be monitored each month in accordance with the minimum standard set forth in this contract. Those specific standards include: ... Special needs Clinics / Chronic Care / ... Specialty Services ...

2.25.2 If performance falls below 90%, the Contractor shall, pay to KDOC as fixed, agreed, and performance guarantees, $100.00 times the number of noncompliant Occurrences identified during the review period. ((This increases every 6 months of consecutive non-compliance by $25.00 (ie. $125 fine, $150 fine, etc. until the substandard performance is resolved)).

2.26 Compliance Deductions: KDOC may assess compliance deductions if it is determined that the Contractor is found to be non-compliant with any term of this contract not covered by Sections 2.24 and 2.25 ... The amount of the compliance deduction shall increase after every 30 days that the item of

Non-compliance remains unresolved. The Director of Health Care Compliance shall provide written cure notice to the Contractor's Regional Vice President when it is determined that the Contractor is found to be in non-compliance.

A) The Center For Diabetes & Endocrine Care (printed off internet on 4/27/22): "A high-protein, low-fat snack before bed (I also need this between Breakfast and lunch and lunch and dinner to sustain blood sugar) may help people with diabetes stabilize their blood sugar levels overnight."... "Everyone's blood sugar levels change throughout the night. In people with type 1 diabetes or type 2 diabetes, these fluctuations can cause high blood sugar levels, or hyperglycemia, in the morning. A tactical late-night snack before bed may help balance these levels."...

B) The Dawn Phenomenon occurs "between roughly 3am and 8am blood sugar levels surge as part of the process of waking up. This causes high blood sugar levels in the morning.

C) The Somogyl effect occurs when, "glucose levels drop significantly between 2am and 3am. The body responds by releasing hormones that raise blood sugar levels again. It can release too much of these hormones, leading to high blood sugar levels in the morning..."

D) "Eating a bedtime snack can prevent blood glucose levels from dropping very low during the night and lessen the Somogyl effect."...

"The American Diabetes Association recommend that people develop a personalized meal plan with

A) Form 9 dated 6/28/21 to "Unit team" (UTS Brian Reeves) was sen~~t~~ by UTS Reeves to Aramark. He crossed out "Unit Team" and wrote "Aramark" above it. He saw both my complaint and AFSD Hay's response because both times it passed through his office per policy and procedure.

Form 9 dated 7/1/2021 sent to "Unit Team" (UTS Brian Reeves) I said, "At lunch today Aramark didn't give me a slice of bread on my 2800 tray. I immediately told COI Flores and SGT Stephenson. They said they'd get it. At 12:05pm at tray pick up I asked Flores if they (Aramark) was bringing my bread. She said, "yes".

B) At 12:21pm Aramark Supervisor and inmates came to get carts, Aramark supervisor stood there at the gate, Neither he nor inmates brought me the bread. This is unacceptable! I take insulin based on the menu. When they short me I have to dig into my snack sack which is already insufficient. In order to not drop out

C) I have to save parts of my meals, which is against the rules. What Aramark is doing is wrong, puts me at risk for a low blood sugar which I take rather personally, and violates ImPP 10-136D, violates the Aramark-KDOC Contract, violates my 8th amendment rights under the U.S. Constitution, and is discrimination for being diabetic which violates ADA

D) Title II. No other diet is being shorted bread or any other item and having their health put at risk.

P3(6) This is also retaliation for me filing grievances.

r) I want Aramark seg supervisors held accountable and I want this nonsense to stop.
Form 9 dated 7/11/21 to "Unit Team" (UTS Brion Reeves) I complained, "At breakfast today I was given frosted flakes instead of bran cereal like it says on the 2800 menu. As a result my blood sugar at lunch was 410 mg/dl!

s) It was all I had to eat so had to eat it. Since Aramark still refuses to tell me how many carbs are in the food and KDOC's dietrician has also refused to. I can't decide how much of what to eat to control blood sugars and can't decide how much insulin to take because we match carbs to insulin. I don't have the tools I need to manage sugars and Aramark keeps giving me the wrong foods on my tray. At lunch today

t) I was given a hot dog bun (homemade) of unknown size instead of a slice of white bread. White bread that is sliced is consistently 13 carbs per slice. Homemade bread is not consistent and I got no idea how many carbs were in that homemade hot dog bun. Aramark still doesn't give us sliced bread at dinner either (2 slices). They keep giving us dinner rolls that are homemade and I don't know the carb information.

u) Please make them follow the menu strictly and I need the carb info. AFSD Hoy replied, "Let me look into this". She replied because UTS Reeves crossed out "Unit Team" and wrote "Aramark" on Form 9 then sent to her. He handed it back to me so knew about it.

A) On 7/18/2021 to "Unit Team" (UTS Brian Reeves) I complained, "Aramark served me, and according to Officer Grimmett at least one other inmate, spoiled turkey in our diet sacks at dinner on 7/18/21.

B) I showed Grimmett and had him smell how rotten that was. The smell was so strong you didn't even have to put it near your nose. The meat was mush. I didn't eat the bread roll w/ it wz it also smelled bad likely because of the meat. Officer Grimmet gave me an Xtra tray to make up for it but that's crazy.

C) That violates IMPP 10-106D and the KDOC-Aramark contract. I want FSD Weaver held accountable for that. His poor oversight is why this was allowed to happen to us."

UTS Reeves replied, "The issue is being worked on at this time."

D) On 7/8/21 Form 9 "Emergency Grievance" to "Warden Butler" at EDCF I said, "Tonight at dinner Aramark refused to bring me my 2800 tray even after repeated attempts by Officer Owens to get them to bring it down. They were going to try to make me wait until meal carts got picked up between 7pm and 8pm. I am Type 1 diabetic on 2800 tray w/ snack sack. Already had taken insulin. I would have dropped out if Owens hadn't brought me a regular tray. Aramark never did bring me a 2800 tray. They have done this repeatedly !!! I am tired of my

m 62

A.) health and safety being jeapordized because of laziness, incompetence, and or indifference (take your pick) on the part of Aramark especially but also KDOC Officers, Unit Team, administration, Centurion, on a whole host of issues related to my diabetes. I have grieved these over and over for 1.5 years + !! Issues w/ my diet, Snack sacks, insulin, and getting out on time for insulin (when I was in gen pop) are still unresolved! I have been in 2 violent encounters w/ KDOC Officers in the last 14 days because I was denied insulin by Nurse Myers on 6/24/21 @ Breakfast for no good reason and was denied my snack sack by Aramark and KDOC Officers on 7/4/21 at dinner. UTM Hoepner told me on 7/6/21 things will be different in BCF but it's not at all!! The same nonsense keeps happening, my health is in constant danger, and nobody seems to give a damn. I need to speak to you personally to get this fixed. Cuff me up, arms, and legs, but I need to speak to you ASAP!! "

UTS Brian Reeves replied, "Improper Format did not follow grievance process". He signed it. This despite the fact I followed the process for an emergency grievance to a T.

A) (1) Count 2 anti Defendant KDOC SOC Designee Libby T. Keogh violated my 8th amendment rights of the U.S. Constitution

(2) Supporting Facts:

On SOC grievance appeal response dated 1/5/2021 CA 00022043 Libby Keogh replied to my grievance about snack sack request, request for 2805 menu, carb info so I can match carbs to insulin to control sugars, with Form 9's dated 9/23/2020,

B) 10/2/2020 attached, 2 page handwritten letter detailing my concerns, Formal grievance w/ responses from UT Hoover that had AFSD Hay's reply and Warden Cline's response attached, and another 2 page letter I wrote on the appeal to SOC

C) Jeff Zmuda asking for the "contact information for the KDOC Dietician. If they are contracted out so be it but I still need the information because Aramark's Julie Hay here @ EDCF told me that's who has the authority to change the 2800 calorie Snack Sack. I want it changed to 4 slices of white bread, 4 oz peanut butter, and 2 juice products. I explain why in the pages that follow... Please give me the information, To date Nobody has answered my very simple questions."

D) I also explained my food safety concerns w/ not having shelf stable protein. Ms. Keogh responded; "... On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong... The response rendered to the inmate by staff at the facility is appropriate... The KDOC contracts Assisted Dining Solutions to provide

Pg. 64 the services of a dietician to review and approve

A) the tasks they have been contracted to perform may not be honored. Assisted Dining Solutions contact info: 322 S. 6th St. Griffin, GA 30224". Ms. Keogh signed this response, CC'd Warden Cline and acknowledged "Image: SOCRESP w/ attachments". Marked as received in Warden's office via stamp as of "Jan 26 2021 Warden's Office".

B) On Appeal response to my grievance CA00022160 dated 3/23/21 SOC Designee Libby T. Keogh said, "... On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong ... The response rendered to the inmate by staff at the facility is appropriate ... Mr. Erwin is being provided with a copy of the special Diabetic/Caloric Controlled Diet he requested". This was a grievance RE the 2/10/21 incident where FSS Macdonald denied me bread in my snack sack which led to me being placed in segregation for a month as a result. What she attached was pgs 25-29 from the Aramark Medical Nutrition

C) Therapy Manual detailing Carb ranges for each diabetic diet,

D) On page 26 of the Aramark MNT Manual is a "Food List For Diabetes" that says, "One (1) Choice = One (1) Standard Portion" and then has a chart. The Chart says, "Carbohydrates, starch: breads, cereals and grains, starchy vegetables, crackers, snacks and beans, peas and lentils", then says the Carbohydrates in grams for all those items is, "15", For Fruits it says "15" for carbs, Milk "12",

3.65

A) "Sweets, Desserts, and Other Carbohydrates 15", "Proteins" none listed, "Fats" none listed, "Alcohol" "varies". They cite the source of this info in parentheses just above the chart as "(Revised 2014, American Diabetic Association and the American Dietetic Association)" but don't cite a document.

B) I have the full American Diabetes Association 2014 "Diabetic Care" document which also cites specific recommendations for diabetics in correctional settings. This chart in the Aramark MNT manual is nowhere in that document.

No explanation is given for what constitutes a "standard portion". From my 25+ years experience as a type 1 diabetic carbs vary widely in the carbohydrates category they have in their chart. Just among cereals carbs can vary by 15 or 20 g per serving depending on brand of same exact cereal such as

C) the bran flakes and corn flakes they serve me. That means the difference in insulin dosage can vary widely from 4-5 units affecting blood sugars from 31 mg/dl ≤ 40 mg/dl per unit

D) of insulin. Even a one unit difference can be the difference between a low blood sugar or high blood sugar and an in range sugar.

P.61/66 It's critical to be +/- 5 carbs max in accuracy.

A) What Libby Keogh gave me is not sufficient in any way to match carbs to insulin. I have no idea what one standard portion is, they offer no explanation even when I asked in subsequent grievances. I know the carbs in 1½ cups of prepared oatmeal unsweetened is 28g from the street because I ate it each

B) day on the street for breakfast. So, certainly more than 15g carbs like this chart suggests. Their menu serves me 1 cup oatmeal. Using math that means the carbs in it is about 19g. Example: Their menu serves me 1½ cups bran flakes. I have tried to assume 15g carbs for 1 cup based on what I know oatmeal is and what this chart says I should count for one portion.

C) For dry bran flakes I counted carbs as 28g but my sugars spiked time and time again.

D) Clearly the chart was wrong. I have no idea how to use it and Aramark FSS's and KDOC staff refuse to explain how to use it so I can count carbs accurately and match to insulin. Centurion's doctors and nurse practitioner's also tell me they don't know. Even though on pg. 28 of the MNT manual it says "Note: Physicians, medical practitioners and insulin-

pg. 67

A) dependent Diabetics can utilize the carbohydrate grams in order to calculate appropriate dosage and timing of medication.

On pg. 28 of the MNT Manual they give total carb ranges for my 2200 diet for each meal and snack Sack. "Breakfast : 80-85g, Lunch 85-100g, dinner

B) 85-100g, Snack 45-60g, Totals 295-345g".

That 15 carb range, as I explained before, isn't accurate enough in total plus it doesn't allow me to make choices on what I eat. I need the carbs in each item on the menu to choose less starchy carbs, calculate how many carbs I am eating, and then use that to match carbs to insulin.

C) Accuracy is important. This chart is unusable. I need 20-25g carbs for each snack 3 times a day (60-75g per day total) with at least 4g protein shelf stable in each of those three snacks. This is so I can control blood sugars. As listed on pg. 28 of the MNT Manual the snack sack only has 45-60g. On pg. 27 of the

D) MNT Manual it lists the contents of the snack Sack as 2oz meat/meat alt., 2 slices bread, 1 serving of fruit. Meat Alt. is 2oz of Peanut butter, 2oz Turkey, or 2 hard cooked eggs.

pg. 68

A) In parentheses they say on that same page that "(Peanut Butter contains 6 grams of carbohydrate per 1oz).

Also, it says on pg. 27 that " Snack Consideration: The 1800, 2200, 2500, and 2800 calorie diabetic patterns are based on 3 meals and an evening/8th snack. If the snack is not served, calories and carbohydrate distributions change."

B) Attached to my appeal to the SOC I sent 5 pages handwritten detailing I was denied bread in my snack sack by Ms. Macdonald w/ Aramark including dates, times, detailed account of events. I also mentioned EDCF Warden did n't do anything to help remedy my issues, I explained in detail why this was a severe threat to my health and safety.

C) I asked for carb info on my diet, those responsible for denying me bread multiple times in my snack sack, I had asked for a copy of my 2800 menu, no response from the Dietician I had written over 2 months prior asking for the snack sack to be changed to get 4oz peanut butter instead of meat

D) that puts me at risk for food poisoning, and reminded Ms. Koonh it was putting my health in serious jeopardy. Dated 3/16/2021 with my signature and KDOC #. I also attached ADA Nutritional Therapy documents backing up my needs and IMPP 10-106D detailing Aramark violated KDOC rules and I explained exactly how they were violated.

pg. 69

A) On 4/22/21 I sent an appeal of grievance related to 11 food service incidents from 2/3/21 – 4/3/21 to the SOC's office in Topeka, KS. I attached a 2 page handwritten letter with all previous 15 pages documentation including Form 9's, grievances, KDOC polices, ADA facts about my medical needs regarding diet, Aramark diet documents that AFSD Hay had given me which were woefully inadequate, and handwritten accounts from me w/ details of people, places, times, dates, evidence descriptions, related to an ongoing.

B) Serious threat to my health and safety as it related to my diabetes caused and perpetuated by AFSD Hay, FSS's KDOC officers, and Warden Butler @ EDCF. I described how it was harming me, my urgent need for their help, and my specific requests for remedy just as I had said in all previous stages of the grievance.

C) On 3/23/21 grievance CA 00022160 SOC Designee Libby Keogh attached this unnumbered grievance to the back of CA00022160 essentially making her response to the unnumbered grievance was the same for the seperate diet incidents on the CA00022160 grievance. The unnumbered grievance was the one with the 11 foodservice incidents dated 2/3/21 – 4/3/21 listed above. As with the CA0002216

D) grievance Ms. Keogh said I offered no evidence suggesting the response from EDCF was wrong, the response EDCF gave me was correct, and still didn't address any of my serious medical problems causing me harm and endangering me.

A) ① Count 3 of: Defendant KDOC SOC Designee Darcie Holthaus violated my 8th amendment rights of the U.S. Constitution.

② Supporting Facts:

B) On SOC grievance appeal response dated 4/19/2021 CA00022223 Ms. Holthaus responded, "Findings of fact: The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response. On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong. Conclusions Made: The response rendered to the inmate by staff at the facility is appropriate. Action taken: None Further, (Signed by Ms. Holthaus

C) On 4/15/2021 I sent a 2 page handwritten letter on grievance CA00022222 in addition to all previous paperwork listed elsewhere in this complaint
I covered

all the same points mentioned in the prior stages of this grievance along with the remedy of all involved responsible for not viewing the footage of Aramark not delivering bread to me or other cell houses as #FSD falsely claimed and refusing to hold anyone accountable even though this was a blatant attempt to ignore wrong doing by Aramark FSS's, EAI, M. Bos, Warden Butler, which perpetuated an already toxic culture @ EDCF of deny, frustrate, and obstruct all my attempts to get relief for food service staff not following my medical diet which led to multiple medical codes being called to revive me
and multiple disciplinary incidents
and prolonged pain and suffering due to the food service staff's mistakes causing me medical harm

D) This specific issue related to the video on 2/10/21 and the fact staff swept their mistakes under the rug denying me remedy

pg. 7 |

A) but I clearly mentioned the other medical issues, harm done to me, seriousness of the situation, and asked the orders that very well exists to be viewed to prove my claims AFSD Hay and FSS MacDonald Ver) did deny me bread, which led to me going to seg, denied me medical care, and is part of an ongoing pattern of behavior by both Aronwald staff and PDCF Administration and Security officials of denying me a proper medical diet

B) habitually over a year and counting at that point. Still on 4/19/21 SOC Grievance Darcie Holthouse sent me a response to this grievance stating: "Findings of Fact: The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response. On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong. Conclusions Made: The

C) response rendered to the inmate by staff at the facility is appropriate. Action Taken: None Further." She didn't address my work order request to prove the cameras weren't functional or address that at all, she did nothing tangibly to even investigate this grievance. By her own admission she took no action when I brought to her attention serious, credible allegations of my health and

D) safety being put at severe risk, and of staff possibly covering up their lies and wrongdoing, for which she took no action by her own admission.

On 10/4/21 I sent an appeal to SOC about grievance CA 22406 prior to finally getting a response from

pg. 72

Warden Butler around about 10/12/21, more than a week after I sent my appeal. I followed the grievance procedure but of course none of the administrations did including CMII Darcie Holthaus acting on behalf of the SOC Jeff Zmuda. She responded to my appeal I sent by stating, "October 12, 2021 RE: Invalid Grievance. I recieved your informal grievance. These issues are being/have been addressed and these complaints are repetitive. KAR 44-15-102 (d) No offender shall abuse the grievance system by repeatedly filing the same complaint. For this reason, your repetitive grievance is being returned to you without substantive response." Marked as recieved in the Warden's office Nov 16 2021. On 11/12/21 after UTS Reeves and UTM Hocpher left at 3:30pm I hadn't recieved any response in 10 business days from Warden Butler, UTS Reeves, or Mr. White. So, I forwarded my grievance (Form 9 dated 9/25/21) regarding Mr. White refusing to give me clean laundry numerous times, including clean underwear, from 6/24/21 to 9/25/21 to the Secretary of Corrections (SOC). I included full details of my original Form 9 and the fact I hadn't recieved any responses and included timeline/details of when I sent Form 9, forward to UTS Reeves, and to Warden Butler etc. Darcie H. sent a response to this and two other grievances

On November 23, 2021 to Warden Butler @ EDCF with the "Subj's". O123078 Erwin, Christopher Attached grievances (3) unnumbered's. She said, "We recieved the attached grievance appeal forms from the above inmate. We noted that there is no evidence that the inmate has sought assistance from staff at the facility regarding this complaint. In compliance with K.A.R. 44-15-102 (c)(4) we are forwarding this to you for response to the inmate. On this date, we advised the inmate of our action regarding this complaint. Thank you for your assistance with this matter."

On 11/15/21 I forwarded grievance to SOC regarding severe violations of my medical diet regarding Form 9's dated 9/26/21, 9/24/21, 9/29/21, and 10/3/21 and detailed in Count _____ related to Defendant UTS Brian Reeves. The response I got from Darcie H. was detailed about on this Count _____ and did nothing to fix my urgent issues w/ my medical diet.

On 11/8/21 I sent an appeal to the SOC for grievance (A22450 w/ 8 written pages attached and applicable formal grievance papers to prove I grieved to Unit Team and Warden Butler @ EDCF. In the 8 page letter I said, "(see next pages)

Pg. 74

tober 27, 2021 in the afternoon UTS Reeves was in
my cell B1-100. He was talking to my celli
Harlow, I was just coming back my Chronic
octor appt. with ARNP Stuart. I was frustrated
Reeves for not answering any of my grievances
er a month, some of which dealt w/ issues
my medical diet, not getting meals/insulin on
gular schedule, so forth and had just discussed
Stuart how it was negatively impacting my
y to control my diabetes. CSI Grimmett was
s me he has noticed lots of problems with
ask not giving me what I am supposed to
. At that point, I said to Reeves,
it'd be nice if I got responses to my
ances, so I could get my medical problems
d". Reeves replied, "Well when you grieve
same thing over and over again I don't
to answer you!". CO Henderson was
present for this. I told Reeves that
the rule book he does. Later that
I wrote a grievance listing the specific
es at UTS Reeves' level that have
unanswered and how it violates the inmate
ook. I had Reeves talk to me about this,
in the grievance (Form 9 plus 4 pages) which
ed. I explained why these grievances were

legit, not repetitive, and many I had never grieved
the issue before such as the ones regarding nursing.
He said, "the diet grievances you're not getting
back because they've been destroyed!". He said
the nursing ones he is still working on. I asked
him if he'd respond to the grievance I just gave
him and he said, "yes, if there is something to
respond to", I said, "Well there is". He walked
off because he said he was getting frustrated
with me. Our conversation ended at 3:14 pm.
To date, he hasn't answered that grievance in
which I asked him to tell me what the status
was of 34 listed grievances. I also explained
how he was in violation of the rules by
destroying my grievances and not responding in a
timely manner. This is just the latest in a long
line of incidents in which Reeves has "lost",
refused to respond in any meaningful way, refused
to help me solve my medical problems related to
my diabetes with Centurion, Aramark, and KDOC
staff, and has actually admitted he
destroyed my diet grievances. My celli
James Harlow witnessed him tell

pg. 76

"Form 9's)

1) 9/22/21 Re Centurion understaffing nurses on purpose causing me serious problems managing my type 1 diabetes.

2) 9/25/21 RE Need all diabetic supplies KOP

3) 9/25/21 RE Unhygenic conditions/shower 2 standing water and Mr. White in laundry not getting us laundry causing me an infection and giving us rotten smelling dirty laundry when we do get it.

4) 9/25/21 CO Lane and Rivera prevented Nurse Corum from giving me insulin @ H.S, so they could do showers.

5) 9/26/21 RE Diet issues on 9/25 at lunch/dinner and 9/26 at lunch and dinner.

6) 9/27/21 RE Varrance in timing of meals/insulin causing me major medical problems.

7) 9/28/21 RE 9/28 lunch Aramark forgot my tray, missing bread completely at dinner.

8) 9/29/21 Nurse Myers problems

9) 9/29/21 RE Revoke Aramark contract, DW Moore had to bring me lunch, which wasn't even correct, 3.5 hours after insulin because Aramark AFSD Julie Hay refused.

10) 9/30/21 RE Nurse Moore gave me insulin 1 hour too early before meals were in pod. Multiple diet issues at breakfast, lunch, and dinner.

11) 10/1/21 RE Nurse Myers problems

12) 10/3/21 RE Diet issues at lunch/dinner on 10/1
pg. 78 lunch/dinner on 10/2, breakfast/lunch/dinner on 10/3

) Still no carb data, unable to match carbs to insulin.

13) 10/3/21 still need responses to 13 grievances from Reeves from 9/22/21 to 10/3/21.

14) 10/6/21 Nurse Myers issues

15) 10/6/21 Nurse Harbes giving insulin too early, meals not even close to being in pod.

16) 10/10/21 CO Lane and other CO's not practicing food safety putting us at risk for foodborne illness. FSS w/, ,, " (continued on next page)

pg. 79

A)   to asap.

30) 10/30/21 RE specific contract violations in KDOC—Aramark contract, sections 5.4 and 5.5, listed remedies. (Form 9 plus 4 pages attached).

31) 11/1/21 RE Request to medical records to view my records.

Formal Grievances at UTS Reeves' level he never responded to.

32) 10/17/21 10 pages long, w/ 4 Form 9 reciepts attached dated 9/22, 9/25, 9/25, 9/27 (medical/Centurion issues)

33) 10/17/21 RE laundry issues w/ 1 page attached, 1 Form 9 reciept dated 9/25.

34) 10/17/21 RE Diet issues, 5 pages, Form 9's reciepts. 9/24, 9/28, 9/27, 10/3

35) 10/17/21 RE Nurses giving insulin too early, 1 page, Form 9 reciepts 9/29, 9/30, 10/6, 10/6

36) 10/25/21 RE diet issues, 2 pages, Form 9 reciepts 10/10, 10/10, 10/15

37) 10/25/21 RE Request for food service health inspection, KORA, 1 page, Form 9 reciept. 10/10, per inmate rule book: 44-15-101b "An inmate may move to the next stage of the grievance procedure if a timely response is not recieved at any step in the grievance process..." Continued on next page.

44-15-102 (read each step carefully) specifically though, 44-15-102 (b)(2) The staff member shall forward the report to the warden before the end of the next working day and shall give a receipt to the inmate.

That's why reciepts are relevant/proof and Reeves usually takes days, sometimes a couple weeks, to forward grievances to the Warden's office. There is no excuse for this.

44-15-102 (c)(4)... "If the Warden did not respond in a timely manner, the form shall be accepted by the Secretary."

So, when you claim I didn't follow procedures when the Warden didn't respond in a timely manner you are wrong. I did, and do, follow procedures. You are, according to the rules, respond to the grievance regardless.

44-15-102 (d)(3)(A)(i)(ii)(iii)(B)(C)(D) all deal with abusive/duplicate grievances.

pg. 82 Reeves is wrong for destroying my grievance

A) because even if the Warden or SOC found I was abusive, which has never happened, there is a process for addressing that no part of which involves destroying my grievances. I am always, per the rules, to get my grievances back w/ or w/o a response. If the Warden or SOC finds it is abusive they must tell me how it is abusive but always give me my grievances back.

B) <u>Resolution</u>:

Reeves must be held accountable. UTM Hoepner and Captain Fuoss are aware. I told them at seg review on 11/3/21 w/ mental health Ms. Wark present as well at my cell door, my celli James Harlow also present. Hoepner said he'd talk to Reeves but I still haven't recieved any response nor my grievances.

C) I want all my grievances or if destroyed I want to know which ones were destroyed. I want responses to my grievances too. I'd like the issues I grieved resolved asap. Please and thank you. "

D) SOC Designee Darcie Holthaus issued a response to above mentioned grievance CA 22450 on 11/23/21. She said, " Findings of Fact: The

pg. 83

response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response. On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong. Conclusions Made: The response rendered to the inmate by staff at the facility is appropriate. Appropriate staff have been made aware of your concerns. Medical advises you have been sending other paperwork to them, they are aware and answering your requests. Staff for contracts has been made aware of your concerns regarding Aramark and food delivery/substance. All grievances recieved in Central Office are scanned in and answered. I can not account for any appeals that do not get sent here.

Action Taken: None Further "

Regarding my unnumbered missing grievances grievance Form 9 dated 12/19/21 I sent an appeal to SOC on 1/15/22 due to no responses from Unit Team Bielisite, Reeves, Warden Williams, pier grievance procedure. The SOC office stamped my appeal form as recieved on 1/20/22. On 1/21/22 Darcie sent a letter to Warden Williams about this grievance and several other unnumbered ones including about medical

Pg. 84

diet special orders not being followed by Aramark
ruff FSS Cornell, diet orders being illegally
changed by the HSA Madrigal @ EDCF even
though APRN Stunt ordered them and was upset
her orders were not being followed, SOC Designee
Darcie H. said in this letter, stamped recieved by
EDCF Warden's office as recieved on 1/31/22,
"We recieved the attached grievance appeal forms
from the above noted inmate. We noted that there
is no evidence that the inmate has sought assistance
from staff at the facility regarding this complaint.
Resident Erwin has turned in multiple grievances
to this office, the vast majority of them with no
proof of attempting work out the matter in
facility. His matters are noted, but substantive
response will not be given. Resident Erwin needs
to use the grievance process properly. In compliance
with KAR 44-15-102 (c)(4), we are forwarding
this to you for response to the inmate. On this
date, we advised the inmate of our action regarding
this complaint."

Darcie is wrong. I did follow procedure. She is
under the impression I should wait endlessly, for
responses in direct contradiction of the rule book
and not acknowledging that UTS Reeves destroys
my grievances and Warden Butler and Williams
refuse to respond and return my grievances

hereby obstructing me from exercising the grievance procedure to resolve urgent medical problems.

On 2/3/22 Darcie sent me a letter which said, "February 3, 2022 TO: O123078 Erwin, Christopher Lansing Correctional Facility RE: Invalid Grievance. I recieved your informal grievance. These issues have already been addressed and these complaints are repetitive. KAR 44-15-102 (d)(3) . . . ."

"For this reason, your repetitive grievance is being returned to you without substantive response."

I wasn't in Lansing until 2/24/22 @ 4:30pm. Staff change dates to make it look like they respond on time when they don't. Happens at Unit Team level all the way to SOC. This is just another example. I didn't even get this letter until I fought hard to get it and got a response dated 4/13/22 from CMII Walmseley given to me via CSI Kincaid in Lansing. Darcie knew this.

On 1/21/22 SOC Designee Darcie H. sent a memo in response to my grievance appeal about my delay in medical care sent on 1/15/22, Unnumbered due to no response by Warden Williams. I Stated what this said earlier in this count. She used this form letter for multiple grievances attached to that letter including this one. She ignored my very serious concerns and took no meaningful action to ensure I recieved proper medical care. She knew because I told her as per next page 5.

Grievance RE Delay in Medical Care                    Pg. 1

To: Secretary of Corrections  mailed USPS 1/15/22

1) Form 9 to UTS Buchholtz on 12/14/21
   (No response as of 12/24/21)
2) Formal Grievance to UTS Buchholtz w/ 1 page
attached. I asked as remedy for Q's to be
answered and 2 other items:
   A) Why wasn't I seen for Sonogram in Sept,
   Oct, Nov, or Dec up to 12/22/21?
   (I finally did get ultrasound on 12/22/21 btw)
   B) Why haven't I been taken to the
      hospital despite 3.5+ months of waiting,
   multiple rounds of antibiotics that haven't
   resolved the infection, and medical staff
   being unable to diagnose my illness?
   C) Why haven't I been able to see
      the Urologist?
   D) I want to go to the hospital asap.
   E) I want my Form 9 dated 12/14/21 back.
3) I finally got my Form 9 and Formal (photocopies)
   grievance back on 12/30/21. UTS Buchholtz
   had forwarded my actual Form 9 and Formal
   to Medical on 12/20/21 to get their response.
4) On 12/31/21 I still hadn't recieved any
   response, time was up, so sent a formal
Pg. 87   grievance (not the original because I hadn't

) got it back from medical) to the Warden
  EDCF.
) As of 1/14/22 I recieved no response from
medical, still don't have my original Form 9
and original Formal grievance to UTS Bucholte
back and recieved no response from the
Warden In the time allowed (10 working days).
6) Per the inmate rule book grievance procedure
I am forwarding to the Secretary of Corrections.

REMedy

My request for remeday is still the same as #2
of this grievance appeal. In addition, I want
My formal grievances to UTS Bucholtz and the
Warden back as well as my original Form 9
attached to my original Formal to UTS Bucholte
asap, with responses, and with a grievance #
assigned please. P.S.: I still haven't been taken
to see an infectious disease doc @ KU Med even
though approved for it. Still very sick. "
She knew how serious all this was and still
just kicked the hot potato down to her
subordinate when she had the power to actually
intervene with medical.

18

On August 10, 2021 SOC Designee Darcie H. sent me a letter saying "I recieved your letter regarding your grievance from 7/13/21. The grievance was sent to the Warden who has asked for information from medical staff. Your grievance is in the process of

being investigated and answered, at times you may need to give the system some additional time to work. I understand ~~that~~ for that to happen you need to be made aware that it is still being processed and Communication must happen. There have been delays with your grievance, but they are for cause; therefore, your appeal is being returned to you unanswered. When your grievance is returned to you, you will have the opportunity to appeal to the Warden's decision at that time." Marked as recieved by Warden's office on 9/17/2021.

I also got a letter by Darcie H. to Warden Butler that said, "We recieved the attached grievance appeal form from the above noted inmate. We noted that there is no evidence that the inmate has sought assistance from staff at the facility regarding this Complaint. In compliance with KAR 44-15-102(c)(4) we are forwarding this to you for response to the inmate. On this date we advised the inmate of our action regarding this complaint." Stamped as recieved by Warden's Office on 9/17/21.

On 9/20/21 UTS Reeves gave me all those

pg. 89

grievance papers back on that excessive force
grievance but I still didn't get any response
from the Warden Butler at all. Nor had a
grievance # been assigned. I tried to get
UTS Reeves to help me answer why but he
ignored me and refused to acknowledge me
even as he passed close to my cell. So,
per Darcie's letter stating I could appeal
when the Warden responded, even though
he didn't write anything down, I forwarded
to the SOC with that explanation on the
appeal form. My appeal to the SOC was
marked as recieved by the "SOC
Facility Management..." on 9/27/21.
On 10/7/21 Darcie H. sent another
letter Warden Butler about this grievance
stating "We recieved the attached..."
same exact thing as the 8/16/21 letter
except this letter had underlined the part
that said, "there is no evidence that the
inmate has sought assistance from staff
at the facility"... All that despite the
fact I had numerous times and she
saw all that paperwork, receipts,
explanations, so on?
On grievance CA 22286 Darcie Holthaus as
SOC Designee responded to my complaint against
Nurse Myers, ARNP Motter, by saying "Findings of
Fact". The response provided to the inmate by staff

DJ 90

at the facility is incorporated herein by reference and made part of this response. On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong. Conclusions Made: The response rendered to the inmate by staff at the facility is appropriate. Action Taken: "None Further."

So, even though Nurse Myers unjustly denied me insulin 3x that eventually on the 3rd time led to use of force, excessive force, me being put at risk a 3rd time for ketoacidosis, staff lying, EAI refusing to preserve video that was the only way I could prove my side of the story, and admissions that Nurse Myers definitely was wrong on 5/6 and 5/7 by DON Chapman, still Darcie refused to take action. The fact even after that Nurse Myers wasn't fired is astonishing. She then was giving me insulin in segregation for months after 6/24/21 and examined my swollen scrotum later that fall when prison conditions she helped subject me to caused an infection is insane and proof of how hateful SDC Darcie H. was to me on all my medical issues including this blatant and repeated denial of insulin causing me severe harm.

If anyone felt I was disrespectful they could have given me a DR. Denial of insulin was

Pg. 94

Not justified, nor necessary. No security threat until after Nurse Myers denied me insulin and CO Hennessi escalated the situation by refusing to allow me to have a different Nurse (Nurse Purner was there as well at desk) give me insulin.

On 11/14/21 I sent a grievance (unnumbered) appeal to SOC Zmuda regarding understaffing of nursing, CO interference, causing major medical issues w/ my Type 1 diabetes putting me at severe risk of lows, highs, coma and I gave tremendous detail. UTS Reeves and Warden Williams refused to respond to my properly filed grievances, I'd later find out Reeves destroyed them by his own admission, and at minimum this clearly violated the inmate rule book's grievance procedure and led Darcie H. to deny me resolution to my urgent medical needs which caused me severe harm including scrotal swelling, cracking and bleeding of my scrotum for months, and risk of lows, highs, coma. Still she refused to take any action to help me or discipline / re-direct subordinates Warden Williams and UTS Reeves to resolve my issues in any meaningful way. Months long delays in responses and only after I was persistent, in direct violation of the grievance procedure and KDOC policy

On 1/6/2022 Darcie H. sent Warden Williams @ EDCF a letter about this grievance regarding delays in insulin, so on. It said, "We recieved the attached grievance appeal forms from the above noted inmate. We noted that there is no evidence that the inmate has sought assistance from staff at the facility regarding this complaint.

Resident Erwin has turned in multiple grievances to this office, the vast majority of them with no proof of attempting work out the matter in facility. His matters are noted, but substantive response will not be given. Resident Erwin needs to use the grievance process properly. In compliance with KAR 44-15-102 (c)(4), we are forwarding this to you for response to the inmate. On this date, we advised the inmate of our action regarding this complaint."

I never recieved any response by Warden Williams nor my papers back, nor ever a response from UTS Reeves. This was marked as recieved by Warden Williams as 1/26/22.

The appeal form to SOC was marked as recieved on 11/15/2021 by the way, four days after I sent the appeal but no response for nearly 2 months, further prolonging my suffering needlessly.

On my appeal I sent the following info to the SOC. I didn't send grievance reciepts from previous Form 9's and Formals due to Darcie H. refusing to accept them as proof wrongly &

(9)(1)

Forwarding Grievance to Secretary of Corrections (P3.1) per KAR 44-15-102(C)(4)..."If the warden did not respond in a timely manner, the form shall be accepted by the Secretary."

The 10ᵗʰ business day was November 12, 2021. The Warden didn't respond to me. I still have not recieved a response to the formal grievance I sent UTS Reeves nor responses to the Form 9's I sent to UTS Reeves.

Form 9's : 9/22/21, 9/25/21, 9/25/21, 9/27/21
Formal Grievance to UTS Reeves: I combined all 4 Form 9's and filed a formal grievance on 10/17/21 since 10 calendar days had more than passed and even after I made multiple written requests for responses I still hadn't recieved any responses.

Formal Grievance to Warden Butler: On 10/28/21 I sent a Formal Grievance to Warden Butler for this grievance because I hadn't recieved any response from UTS Reeves and 10 calendar days had passed.

Forward to SOC: On 11/12/21 after UTS Reeves and UTM Hoepner left at about 3:30pm I hadn't recieved any response from Warden Butler. 10 working days had expired so I forwarded to SOC w/o a grievance # or response per KAR 44-15-102 procedure.

P3.94

"a" "9/22/21 Centurion is understaffing nurses on purpose causing me serious medical problems w/ my Type 1 diabetes. On 9/22/21 there was a code in B1-230 at 4:28 am, then another code in B1-128 30 minutes later. As a result I didn't get insulin until 5:15am, which was 1 hr. 10mins after I got my meal tray. My blood sugar was 221. This happens all the time because Centurion makes the insulin nurse be the emergency response nurse for the whole westside of the prison in addition to being the seg insulin nurse. I asked for there to be a seperate nurse for insulin in seg and seperate nurse for emergency response so my blood sugars don't get severely messed up and I don't have to wait 1 hr+ to eat which puts me at increased risk for foodborne illness. I can't eat until b.s. check and insulin otherwise my b.s. would spike, I wouldn't take the correct insulin dose, & that could put me at risk for a low later on.

9/25/21: I asked for all my diabetic supplies Keep On Person because nursing and aramark can't/won't get coordinated on timing on insulin and meals. This causes me lots of "...
       (see next page)

high/low blood sugars which puts me at
risk for diabetic shock and for long
term complications from out of control
blood sugars. I asked for a tackle
box like nursing uses with a sharps
container, alcohol swabs, cotton balls, insulin
syringes that the needle retracts into, Humalog
insulin, Semglee insulin, my own glucometer,
lancets, test strips. I asked for an
initial 45 day supply then re-supply
every 30 days thereafter to guard against
risks of not getting re-supplied in time
due to all the problems going on w/
getting medication refilled on time, which
has happened to me many times.
I asked I be allowed my combo lock
that is in property while I am in seg so
I can secure the box when not in use.
That would prevent abuse. I asked I
be held accountable for all supplies not
accounted for and I get random searches
by nursing/black suits to ensure I
am complying. This would help me control
b.s. that haven't been in control for
the 2 years I have been in prison due
in large part to poor and erratic timing of meals

...4 and insulin. They can very day to day by hours.

9/25/21: At H.S. insulin on 9/24/21 Nurse Corum came to do insulin about 8 or 8:30pm. CO Lane and CO Rivera chose to do showers and told her they wouldn't provide security for her due to that and that "someone from the other side is supposed to be coming over" per what CO Lane told me when I asked why Corum left. He said she got frustrated since they weren't providing security. SO, I didn't get my insulin until 9:58pm. This caused my blood sugars to be high and that is unacceptable. I asked for CO Lane and Rivera to be disciplined for refusing to provide security which caused me a high blood sugar as a result.

9/27/21: Variance in timing of meals and insulin causing me b.S. problems. I explained dates, times, so on when there were huge variance such as on 9/22/21 insulin @ 5:15am, food @ 4:05am / 9/23/21 insulin @ 3:08am, food @ 4:06am / 9/29/21 insulin at 10:37am, food @ 11:57am / 9/30/21 insulin @ 2:48am, food @ 3:41am / 10/2/21 insulin @ 3:56am, "...

(see next page)

food @ 4:54 am / 10/2/21 insulin @ 5:05 pm, food @ 3:58 pm
/ 10/6/21 insulin @, food @ 12:13 am and on
and on. This happens a lot. I don't remember
what dates I listed in the original
grievance but that gives you an idea. Also,
my 24 hr Semglee isn't being given on
a regular basis which causes me big issues
with high blood sugars. For instance on
9/22/21 I got it @ 8:42 pm, 9/23/21 @ 9:28 pm,
9/24/21 @ 9:57 pm, 9/25/21 @ 8:19 pm,
9/26/21 @ 10:48 pm, 9/27/21 @ 9:42 pm, 9/28/21
@ 8:52 pm, 9/29/21 @ 9:20 pm, 9/30/21 @ 9:06 pm,
10/1/21 @ 10:15 pm, 10/2/21 @ 8:44 pm so on.
That is not good for blood sugar control
at all. Nursing needs to be properly
staffed so they can do insulin on time
at all insulin times and still respond
to emergencies w/o unreasonable delay
for diabetics or other prisoners safety
an emergency. This problem is worse now
that since 10/5/21 Warden Butler
locked the whole prison down. So there
is one nurse on the Westside for
all diabetics in gen pop, seg, and
emergency response, especially overnight.
That's ridiculous and violates the Common

—KDOC Contract. Please give me all remedies I asked for in the above listed incidents and please ensure UTS Reeves and Warden Butler "(I didn't know Williams was new Warden)" give me back all my Form 9's and formal grievances w/ responses and w/ a proper grievance #. Thanks."

On 11/15/21 I sent appeal to SOC on grievance regarding poor timing of insulin by nurses including Myers who had denied me insulin 3x prior in recent months and the fact UTS Reeves and Warden Williams were not responding or taking any action to help me resolve these urgent medical concerns that were causing me severe medical harm. It was marked as Recieved by SOC on 11/19/21. All she did was send a letter to Warden Williams dated 1/6/21 which told him to respond (same as for another grievance) but she wrongfully refused to despite the grievance procedure being followed by me to the letter. My Urgent grievances related to my mistreatment of my type 1 diabetes fell on deaf ears w/ her. I sent her lots of details as follows:

12 (4)

Formal Grievance appeal to Secretary of Corrections. Sent on 11/15/21.

Per KAR 44-15-102 (D)(4)... "If the Warden did not respond in a timely manner, the form shall be accepted by the Secretary." (P.1)

Form 9's : 9/29/21, 9/30/21, 10/6/21, 10/6/21. I got no responses from UTS Reeves so I filed a formal grievance.

Formal Grievance to UTS Reeves : On 10/17/21 I filed a formal grievance with UTS Reeves. It had 1 page attached and 4 Form 9 receipts attached. I did not recieve any response from Reeves in 10 calendar days so I forwarded to Warden Butler.

Formal Grievance to Warden Butler : On 10/28/21 I filed a formal grievance with Warden Butler. I attached the formal grievance receipt for the one I sent to UTS Reeves plus 3 pages.

Appeal to SOC : On 11/12/21 at about 3:30pm I got no response from Warden Butler, 10 working days had passed, and UTS Reeves and UTM Hoepner had left for the day. So per KAR 44-15-102 (C)(4) I sent to the SOC.

On 9/29/21 Nurse Myers gave me insulin for lunch. She has denied me insulin on 5/6/21 at H.S., 5/7/21 at breakfast, and 6/24/21 at breakfast. I don't want that to happen again. She is the reason I am in seg now.

pg. 10D

~~...... ......~~

etc.... "I have filed a complaint against her with the KS Board of Nursing and in Federal court. Having her keep coming to give me insulin in seg is harrassment and very stressful because at anytime she could choose to not give me insulin again for no good reason like she did before. This is intolerable!

9/30/22: Form 9 to UTS Reeves. Nurse Moore gave me insulin 1 hour early at breakfast. I got insulin at 2:48am, breakfast at 3:41am. That is very dangerous. On my tray I got a bread roll instead of 3 slices of bread. (I was on 2800 still). At lunch I got a roll instead of a slice of bread. At dinner I got a 2800 labelled tray but what was on it was a regular tray meal. They gave me a cinnamon roll, and I also got a biscuit, potatoes w/gravy, eggs, and a ~protein~ portion of veggies. FSS's told CO's when I complained that there is no sliced bread so I had to take the biscuit. However, they did send a correct tray @ 4:54pm, 26 mins after I got the wrong tray, and 42 mins after I had taken insulin. They gave me my snack sack to hold me over until I got tray..."

(see next page)

(Pg 3)

10/6/21 Form 9 to UTS Reeves. Nurse Myers gave me insulin again at lunch. She gave me insulin 1 hour or so before I got food. Meals weren't even in the pod when I got insulin which is dangerous not to mention a violation of Centurion's protocols. I got insulin at 11:12am and meals at 12:13pm.

10/6/21 Form 9 to UTS Reeves. Nurse Harbes gave me insulin at dinner before meals were in the pod. I asked if she even knew if meals were on the way and she said no she didn't know. CO Davis was a witness to this. She knowingly gave us (I was the last one) insulin even though meals weren't on the way. That violates Centurion's protocols and is very dangerous especially given I eat my last snack mid afternoon and got no food until dinner arrives. So dinner is the worst time for this to happen.

Remedies

1) I don't want Nurse Myers giving me insulin until after the Federal case is litigated at least. She poses a serious threat to me.

2) I want Nurses to wait to do insulin until meals are physically in the pod for safety reasons.

Pg 102

On 11/23/21 SOC Designee Darcie H. sent a letter to Warden Butler to respond to my Nurse Myers grievance form 9 dated 9/15/21, formal to Reeves (UTS) on 10/5/21, Formal to Warden Butler â 10/15/21, and appeal to SOC on 10/29/21. Darcie failed to respond falsely claiming I hadn't followed grievance procedures. She blatantly refused to address very serious concerns I had about Nurse Myers and leeched it down to Warden Butler who I had notified her refused to respond to me at all. Her exact letter I detailed in Count _____ for defendant Warden Jeff Butler

For grievance CA 22560 about timing issues w/ nurses giving insulin and timing of meals causing me severe medical problems SOC Designee Darcie H. gave me a copy of letter she sent to Warden Butler on 12/3/2021 which I detailed on Count _____ for Defendant Warden Butler. She just falsely claimed I didn't follow grievance procedures when I clearly had and detailed this on Count _____ for Defendant UTS B. Reeves she had access to but ignored. Regarding grievance CA 22546 about Nurses Trittsworth and Moses denying me insulin I sent to SOC on 1/1/22. At that time Warden Williams hadn't responded

Pg. 103

or assigned a grievance #. He didn't give me
a response until a letter dated 1/14/22 that
I got back on 1/19/22 from UTS Buchholtz.
The SDC's office, presumably Darcie H.
Since she had at that point been the person
contacting me on every grievance she responded
to for months, never gave me an answer.
On 1/28/22 UTS Buchholtz gave me the
grievance back w/ a stamp "Recieved
Jan 05 2022" so the SDC got
it but didn't respond and just sent it
back. Given how Serious these issues
were that is very callous and cold.
Nothing was done by Darcie H. to
fix the fact these nurses were still
giving me insulin and could at any moment
deny me again. Nurse Tittsworth was
seg nurse 3-4 nights and mornings per
week and Nurse Myers was PRN and
I saw her several times per month. The
threat was real. Nurse Moses was also
still working in seg yet nothing was
done about the fact they wrongfully
denied me insulin, particularly on this
grievance on 11/29/21, 11/30/21, and
12/2/21.
When I sent the appeal I explained
everything in a detailed 5 pg. letter as
follows: " (see next page)

Pg. 104

To S.O.C. RE Denial of insulin by Nurse Tittsworth on 11/29/21, 11/30, 21 and Nurse Moses on 12/2/21.

Timeline
① Form 9  12/9/21
② Formal to
UTS Buchholtz  12/14/21 (Got response by UTS Reeves on 12/16/21)
③ Formal to
Warden  12/16/21 (Got no response by 12/31/21, 10 working days expired so sending to S.O.C. per inmate rulebook)
④ 1/1/22  Sent to S.O.C. via USPS mail @ dinner insulin.

Nurse Tittsworth was late, as usual, for h.s. insn by 1.5 hrs on 11/29/21. I am on Semglee which must be taken at the same time each night +/- 30 mins or it messes up my blood sugars. Nurse Tittsworth knows this because she is a trained RN.

She came to my cell about 10:30pm by herself w/ no security escort. She opened my meal, I was irritated and said, "Well, nice of you to finally show up". She said, "Hey don't talk to me like that". I said, "absolutely will talk to you like that, you are 1.5 hrs late every night givin

... "me my H.S. insulin and it fucks up my blood sugars". She said, "ok". Then packed up the insulin supplies and left. I got mad, slammed the box on the door, hollered at CS1 Gadberry not to let her leave w/o giving me my insulin.

This kicked off a series of events that led to me again being denied insulin at breakfast on 11/30/21, denied breakfast, and my celli Mr. Harlow also being denied breakfast. I recieved multiple assault charges and a dangerous contraband charge for making a weapon later on during the incidents that followed.

Point is, however you feel about how I reacted Nurse Tittsworth was wrong for denying me insulin in that initial exchange on 11/29/21 that started all the nonsense. I presented no security threat. Disciplinary H/O CS1 Webster agreed w/ me and dropped that assault charge, said my version of events was 100% accurate when she viewed the security cameras. I plead guilty to "...
(see next page)

pg. 106

Pg 3

the other 3 assault charges and the
dangerous contraband charge btw.

What Tittsworth should have done is
write me a DR for disrespect. She
chose not to. She had no right to
deny me insulin which I need to live.
My blood sugars at lunch on 11/30/21
was 471! I hadn't had any insulin
since dinner on 11/29. My blood sugar
was easily over 600 during that
time at one point. I don't deserve
that at all!

On 12/2/21 at dinner insulin Nurse Moses
took my blood sugar. It was 49. She
wouldn't give me insulin. I said pk can
you come back when meals get here
and give me insulin because I can't
just not have my insulin. She refused.
I argued the point explaining I am Type
1, my body produces zero insulin,
I am low now and need her to give me
a snack to boost it up but when
meals arrive I need the insulin or
I won't be able to eat dinner. She

pg. 107

"..." U still refused, I have no idea why. She only gave me 1 pb packet and 2 club crackers because that's all she had on her. That wasn't enough for a low. that bad. Nurse Moses didn't come back. that bad. Nurse Moses didn't come back.

*CO Rose was a witness to all this.

① Nurse Moses wrongfully denied me insulin @ dinner on 12/2/21.

② Nurse Moses didn't pack her insulin box before leaving the clinic, so didn't have enough pb and crackers to treat my low which is wrong.

③ Nurse Moses, despite me explaining the serriousness of the issue, refused to come back to give me insulin @ dinner when meals arrived.

④ Nurse Moses shouldn't have even been doing insulin when meals weren't even on the way to the pod. That is extremely dangerous!

Remedy

① I want Nurse Tittsworth and Nurse Moses both fired.

② I want my insulin supplies TOP

③ I want UTS Reeves fired for refusing to fix this issue and refusing to even accurately investigate my claims. He clearly discriminated against me. "..." (see next page)

On 1/11/2021 in a complaint my mother made on my behalf to SDC regarding, "the concerns regard scrotal infection and insulin administration", the KDOC Clinical Reviewer sent recommendations to the Centurion Regional Medical Director to correct glaring deficiencies by Nurses about logging my medical data for diabetes for months. Darcie H. didn't follow up or do anything to ensure the problems had been fixed. Those issues, which had at that point caused me serious harm and continued to for over 1.5 years, Never were resolved even after additional complaints I made In/out of grievance process. This is detailed In Count _____ for Defendant KDOC Clinical Reviewer.

On 4/15/201 Clinical Reviewer letter Darcie H. signed off on regarding my diabetic care Mistreatment causing severe blood sugar issues including one where I had to be revived by nursing on 2/8/21. Details in Count _____ for Defendant KDOC Clinical Reviewer.

On 12/7/2021 Clinical Reviewer letter Darcie H. signed off on regarding my diabetic care, mistreatment, causing severe medical problems. Details in Count _____ for Defendant KDOC Clinical Reviewer (FNU)(LNU).

Clinical Reviewer sent letter to Darcie H. SDC Designee on grievance AA2022299, Darcie signed off. Details On Count _____ for Defendant KDOC Clinical Reviewer. (undated letter but about late April 2022

P.3 110

On grievance AA 2022293 Darcie H. refused to fix blatant violations over weeks w/ FSD Hollingshead and her FSS's on numerous gh'As denying me food I was supposed to get on my diabetic diet, among lack of carbs info, shelf stable protein in snack sacks, and proper timing of meals causing dangerous blood sugar issues. See Count _____ for Defendant FSD Hollingshead for details.

On grievance AA 2022294 Darcie H. SOC Designee failed to fix issues w/ me getting denied food for 1 hr 45 mins after insulin by CSI Leipard on 3/19/22 @ dinner. She gave me a canned, callous response, w/ no resolution. I continued to have issues after the incident w/ meals on time and insulin on time. This is detailed on Count _____ for Defendant CSI Leipard @ LCF.

On 5/11/22 Darcie sent Warden Cheeks a letter about CSI Chastain @ EDCF denying me accuchecks when low, meals @ breakfast. Detailed in Count _____ for Defendant CSI Chastain. She refused to fix even though it caused me extreme harm/risk due to low blood sugars. Also about my diet orders being unjustly changed by HSA Madrigal @ EDCF causing major blood sugar issues. Also diet issues not being addressed by Aramark.

pg. 111

(1) Count 4 : Defendant Unknown Name of Aramark Correctional Services contracted dietician violated my 8th amendment rights of the U.S. Constitution.

(2) Supporting facts :

The dietician approved my diabetic diet snack sack On 10/2019 per the ACS MNT. I have been in custody Since 11/13/2019. So, all the way up to the present day and counting the dietician has put in place a snack Sack that is not medically sufficient and refused to change it to at least 2oz Peanut butter or Other shelf stable protein, 2 sl bread, 1 fruit as I asked repeatedly. Currently , the option exists per the menu to give us PB but the dietician gave the FSD the option. to give us perishable meat. That's counter to KDHE health codes and common sense since we have no ability to keep Cold at Safe food temps for the 24 hrs we need it for snacks. All Type 1's need snacks in between meals to prevent low blood sugar. This has been true since 1922 when insulin was invented. As a trained and licensed dietician they know this yet still refused to provide shelf stable protein. The FSD also refused but they shouldn't have the option to do anything else. The dietician gave them that option and put me in danger and contributed to numerous Seizures, Scrotal Swelling.

112

For Count 33 Defendant KDOC Clinical
Reviewer pg. 296. bottom of pg starting,
"The Reviewer continued..." and ending
"...and not the distribution or specific food".
This proves, and is the only confirmed time
I am currently aware of, that the ACS
Dietician was made aware of my request
for my snach sack to me altered so
I always get 2oz PB, or other shelf
stable protein, and never perishable meat for
all the reasons such as risk of lows,
highs, food poisoning, so on, as I explained
many times. The Clinical Reviewer's letter
was undated but I recieved as grievance
response for AA 2022299, which I sent
the appeal for in 2022 and the date it
was recieved by DOC in Topeka was
stamped as 4/21/22. To date, I never
recieved a response to my requests for
my snach sack to be changed so I
get 2oz PB always which is allowed
per pg. 27 of the ACS MNT Manual
titled "Diabetic/Calorie Controlled
Diet ... Evening/PM Snack".
I have repeatedly requested these changes
pg. 112a for at least 2 years, but have been ignored.

The lack of shelf stable protein has caused me significant medical problems due to unstable blood sugars. I have suffered scrotal swelling and cracking/bleeding of my skin on my scrotum due to poor blood sugar control as verified by Urologist Dr. Davis with Wichita Urology on 1/25/2022 and this documentation is in my medical records @ KDOC LCF as I confirmed with Dr. Wilson of Centurion during a Chronic care visit in May 2022. Lack of shelf stable protein is a major cause of my sugars being out of control.

On page 27 of the ACS MNT Diabetic/Caloric Controlled Diet my evening snack is listed as : 2 ounces meat/ meat alternative*, 2 slices bread, 1 serving fruit. Per the asterisk, it defines meat/meat alternative as 2oz Turkey, 2 hard cooked eggs, or 2oz peanut butter and says peanut butter contains 6 grams of carbohydrates. It also says, "Blood Glucose Control: The diet provided is not the only factor that can contribute to blood glucose levels. Other factors include medication amounts/timing, exercise, and foods provided through sharing, commissary, Fresh Favorites."

It should be noted, I am in Long term segregation, alone in my cell, am totally isolated, I never share food, I have been indigent 90% of the time I've been locked up, and am dependent on Aramark for meals/snacks. I am also at the mercy of the ACS Dietician

for changing the snack sack to make it so I only get the peanut butter (2oz) or other shelf stable protein. The doctor, Dr Wilson, falsely is under the assumption all he can do is authorize my 2200 w/ snack sack but can't dictate what goes into the diet. The KDOC Clinical Reviewer has also made this false claim despite IMPP 10-106D explicitly authorizing Dr. Wilson to prescribe an individualized diet. So, due to that the dietician is the only person with the authority to change the snack sack but has so far refused for unknown reasons. They have refused to communicate.

As a Type 1 I need snacks in between meals every day (3 meals / 3 snacks) to keep blood sugars in control, specifically from dropping low but also to control highs at fasting. I was taught this since being diagnosed on Feb. 28, 1997. I was instructed by RN's in hospital and Doctors as well as a licensed dietician every Monday for 1 month after getting out of the hospital on 3/2/1997 that I needed 3 meals / 3 snacks each day and they told me how to dose insulin by matching Calories/carbs to insulin. They told me the importance of having protein in snacks / meals to ensure

pg. 112C

My sugars didn't spike at fasting or drop out during the day. I know my disease well If I just need access to the tools to manage it, shelf stable protein in my snack sack being an important one.

"How do glucose levels change overnight? A person's blood sugar levels change during the night, mainly, because of two processes:

<u>The Dawn Phenomenon</u>. Between roughly 3:00am and 8:00am, blood sugar levels surge as part of the process of waking up. This causes high blood sugar levels in the morning.

<u>The Somogyl Effect</u>. Glucose levels drop significantly between 2:00am and 3:00am. The body responds by releasing hormones that raise blood sugar levels again. It can release too much of those hormones, leading to high blood sugar levels in the morning. Eat a bedtime snack can prevent blood glucose levels from dropping very low during the night and lessen the Somogyl effect."

"Best snack before bed". The best snacks for each person will depend on how the body responds to the dawn phenomenon and the Somogyl Effect..." "Which are the best bedtime snacks for diabetes? Per Jenna Fletcher, Reviewed by Katherine Marengo LDN, RD: A high protein, low fat snack before bed may help people with diabetes stabilize their blood sugar levels overnight." (source: The Centers for Diabetes and Endocrine Care; https://diabetesendocare.com/which-are-the-best-bedtime-snacks-for-diabetes/)

It should be noted, those snacks (high protein, low fat) also
help with stabalizing sugars for type 1's during the day.
Most literature focuses on Type 2's but Type 1's are
different in that we need more snacks, not just before
bed. The Aramark Dietrian knows, or should know,
since they are licensed, that we can't just do a late
night snack. We need a snack between each meals.
So, this means perishable meat in our diet sack we only
get once a day at dinner is a direct risk to us due
to food borne illness since we have no way to keep at
safe temps. Per KDHE food safety guidelines, and every
county health department in the USA, ice baths must
be changed every 2 hours to keep food cold at safe
temps which are under 40°F for refrigerated foods per
the CDC's Centers for Disease Control: Food Safety:
Foodborne Germs and Illnesses: Foodborne Illness:
What consumers need to know: The 'Danger Zone'
(off CDC website)."

"CDC estimates that each year 48 million people get sick
from a foodborne illness, 128,000 are hospitalized, and
3,000 die."

"Do I Have Food Poisoning? Common symptoms of foodborne
diseases are nausea, vomitting, stomach cramps,
and diarrhea... Symptoms can sometimes be
severe, and some foodborne illnesses can even be life-threatening
Although anyone can get a foodborne illness, some people are

091120

More likely to develop one. Those groups include: Older adults, young children, people with immune symstems weakened from medical conditions, such as diabetes, liver disease, kidney disease...."

"The 'Danger Zone': Bacteria multiply rapidly between 40°F and 140°F. To keep out of this 'Danger Zone', keep cold food cold and hot food hot. Store food in the refrigerator (40°F or below) or freezer (0°F or below). Cook food to a safe minimum internal temperature... 165°F as measured with a food thermometer. When reheating cooked food, reheat to 165°F. Maintain hot cooked food at 140°F or above."

"Why keep food cold? Harmful bacteria multiply rapidly in the 'Danger Zone' — the temperatures between 40 and 140°F. So, perishable food transported without an ice source won't stay for long... Perishable food (refrigerated), including meat, poultry, eggs, must be kept cold at all times... Food should not be left out at room temperature more than 2 hours." Our dinner is at 4pm +/- 1 or 2 hours. Snacks are needed 3 hours after for the 1st one, 2nd one at 7:30am next day, 3rd at 1:30pm next day btw. All the above quoted materials are from the CDC (Centers For Disease Control website).

My horrible blood sugars reflect the damage the ACS

Dietrician has done to me by not approving that change for shelf stable protein.

I analyzed my blood sugar data, meal data, from Sept. 7, 2020 to May 23, 2022. I have raw data going back to Feb. of 2020. There are so many pages I thought best to analyze it but can provide raw data if needed.

How many of my sugars were in range (80mg - 139mg/dl)? 22.7% of total sugars fell into that range.

How many sugars were above range (183mg/dl or higher)? 48.9% of total sugars fell into that range.

How many below range sugars were there (70mg/dl or lower)? 7% of total sugars.

I take 4 sugars per day, every day, and don't miss. That's out of litterally hundreds of sugars so we are talking lots of lows and highs numbering in the hundreds.

Last 3 hemoglobin A1C's I recieved results for: 4/10/2022 = 7.5 , 9/22/21 = 7.2 , 3/17/21 = 7.4 . All out of range and high.

It is critical to point out that when analyzing blood sugars an A1C is a 90 calendar day average. When looking at averages you must pay attention to the range as well. This is per Dr. Lamont Bloom, my doctor on the street from June 2002 to October 2019 when I got locked up. I also learned this in statistics class at Wichita State University. I

pg.112g

graduated in May 2009 with a Bachelor's Degree in Business Administration. I also worked as a Union Business Rep for SEIU Local 513 and analyzed data regularly during contract negotiations (Jan 2013 – Oct 2015). So, I know how to analyze stats well.

As it relates to my blood sugars, this is critical. For example, I could have 20 blood sugars. 10 of them could be 300 mg/dl. The other 10 could be 20 mg/dl. My A1C would be: Using the proper formula from my Mom who is an RN:

$$eAG = (28.7 \times A1C) - 46.7$$

eAG = estimated average glucose calculated by adding up all blood sugars and dividing by # of values logged for a defined period, usually 90 calendar days.

$$(300 \times 10 = 3,000) + (20 \times 10 = 200) = 3,200 \text{ mg/dl}$$
$$3,200 \div 20 \text{ values} = 160 \text{ mg/dl} = eAG.$$

$$160 \text{ mg/dl} \ (28.7 \times A1C) - 46.7 \quad (\text{use algebra})$$

$$160 + 46.7 = (28.7 \times A1C)$$
$$206.7 = (28.7 \times A1C) \times \frac{1}{28.7}$$

$$206.7 \times \frac{1}{28.7} = A1C$$

$$7.2 = A1C$$

So, just looking at the A1C you'd say it's not great, because per ADA A1C must be under 7, and per my doctor too, but not super dangerous. However, when you look at the range you see very quickly how dangerous that is. A blood sugar of 20mg/dl means you're dead or near dead. A sugar of 300mg/dl is so bad that if you sustain that 50% of the time you're going to suffer severe complications including possibly stroke, death, nerve damage, inflamation and swelling (like I am currently suffering from in my scrotum).

The number of times I didn't get shelf stable protein (peanut butter here in KDOC) @ EDCF from 9/1/2020 to 2/23/2022 was about 50% towards the end and only about 30% prior to September of 2021. I didn't keep great records for that then but it is accurate.

The number of times I didn't get shelf stable protein @ LCF from dinner on 2/24/2022 when I got in until 5/23/22 was 64% of the time. In fact, the only times I actually got it was 4/27/22, 5/8/22, 5/9/22, 5/12/2022, 5/15/2022, 5/17/2022, 5/18/2022, 5/19/2022 5/22/22, and 5/23/2022. The only reason I got it was because I had complained to pod CO's so much they gave me it if they had it from left over lunch

Sades for regular diets when we'd have PB and jelly. ACS always has PB in stock but refuse to give it to me. I was low due directly to no shelf stable protein in LCF on 3/18/2022 49mg/dl 8:47pm Nurse Leslie, 3/20/22 54mg/dl c dinner Nurse Rose, 3/27/22 55mg/dl 4:30pm Nurse Ethel, 4/1/22 54mg/dl 10:23pm Nurse Leslie H.S insulin (which was very late), 4/2/22 3:39pm 56mg/dl Nurse Angie, 4/4/22 68mg/dl Nurse Hernandez, 4/11/22 67mg/dl 4:28pm Nurse Angie, 4/12/22 53mg/dl 4:19am Nurse Hernandez, 4/18/22 49mg/dl 4:20pm Nurse Travis, 4/22/22 56mg/dl 4:26am Nurse Lisa, 4/24/22 45mg/dl 3:50pm Nurse Hannah, 4/28/22 55mg/dl 8:09pm Nurse Cindy, 4/29/22 56mg/dl 8:37pm Nurse Cindy, 5/5/22 54mg/dl 9:06pm Nurse Cindy, 5/7/22 70mg/dl 5:09am Nurse Hannah, 5/14/22 61mg/dl 4:34am Nurse ADON Bridgett, 5/21/22 67mg/dl 4:30pm Nurse Samantha.

I suffered a low blood sugar due to lack of shelf stable protein also on 5/30/22 3:54pm 53mg/dl Nurse Samantha, 6/16/22 ~5:18am Nurse Matt 48mg/d 6/20/22 4:18am 61mg/dl Nurse Cindy, 6/22/22 4:53 53mg/dl Nurse unk, 6/23/22 5:05am 53mg/dl Nurse Matt, 7/10/22 8:09pm 55mg/dl Nurse Matt, 7/11/22 4:39am 65mg/dl Nurse Matt, 7/11/22 12:3

Regarding Form 9's dated 9/22/21, 9/25/21, 9/25/21,
9/27/21 and Formal to UTS Reeves on 10/17/21
about delay in timing of insulin/meals due to
understaffing of nurses, CO interference,
Aramark delaying unnecessarily deliver of meals &
at inconsistent times causing me severe medical
problems, risk of problems, including highs, lows,
coma, related to my Type 1 diabetes. (
I also complained that UTS Reeves refused
to give me my grievances back, refused to
respond which caused problems w/ me
exercising the grievance procedure to resolve
my urgent medical problems because
SDC Designee Darcie H. wrongly concluded
I didn't follow procedure due to no
grievances or grievance #. This made it
impossible for me to get relief. I would
later discover Reeves destroyed these
grievances, I never got responses. What
I grieved to him can be found on Count
for Defendant Darcie H.

On 9/29/21, 9/30/21, 10/6/21, 10/6/21 Form 9's to UTS
Reeves and formal to UTS Reeves on 10/17/21 about
nurses giving insulin too early + too late and Nurse Myers
giving me insulin after denying me insulin unjustly
3x on 5/6, 5/7, and 6/24/21 causing me severe

A) at dinner be implemented as an. Currently, that should
Saeth is useful for controlling blood sugars as
Nursing can verify..."
On the 9/21/2021 letter from OTS Reeves he said,
"(Conclusion Analysis: 1) The following testimony has
been provided during this investigation:...) On 9/16/21

B) CS1 Gallem K0000225x92 (the assigned K000 hrs—
1600hrs) stated that during the times that he/has
worked inside B-CH there has only been 1 time
when resident Erwin's 2800 diet did not arrive
complete to B-CH, there has not been a single
instance where Resident Erwin brought concerns
of issues regarding the meals Aramark provides.
b)On 9/16/21 CO1 Taylor Knison ~~232379~~ (an assigned
to B-CH 0600hrs—1600hrs) stated that since Resident

C) Taylor has come to B-CH his tray has had a
deficiency approximately once a week, where Resident
Erwin brings to Officer's attention that his meal
has a deficiency. Everytime Resident Erwin is
offered to have his tray sent back then have
the kitchen contacted in order to get the correct
tray, or take in lieu items from excess trays
take the place of missing or deficient items...

D) He has always turned down have the correct
one delivered in exchange for items from excess
trays...   2)The following conclusions have

Pg. ~~000~~ 115

A) been found. a) It is substantiated that Aramark has occasional deficiencies with the diet meal trays they provide, however these occurrences are addressed by staff upon intervention. b) It is unfounded that security staff have not taken any steps to correct said diet meal tray's deficiencies due to the testimony of 2 officers, which validate each other's but contradict Resident

B) Erwin's statements. c) It is insubstantiated that Resident Erwin fears that deficiencies in the food tray provided him his [dia]diet/diet will lead to adverse health results for himself due to his diabetes. The reason for it being insubstantiated is the testimony from both offices where in

C) Resident Erwin does not accept the offer for a correct 3800 diet meal tray, but instead accepts the offer which included non-approved diet food items from other trays. Actions Taken: Aramark has been advised to [  ] with their meal trays and have been in discussion with FDOC staff considering solutions.

D) It should be noted on the Formal grievance of 4[  ] to LTS Recio on 9/11/21 which he was responding to. I [  ] 9/11 Aramark didn't my 3800 tray. See (S) Calhoun. Cal him tried to get Aramark to fix it and instead gave me

P.5 [crossed out] 116

A) a regular tray w/ cherry oats, oatmeal [illegible]
   and 1 office cake. A 2800 is supposed to [illegible]
   [illegible] grits [illegible] eggs w/o gravy, and 3 slices of
   [illegible]. If [illegible] I [illegible] eat that because
   [illegible] would have been dangerously high
   I just ate the grits and eggs. [illegible]
   (see attached)"

B) In addition to my letter to Warden Butler
   dated 9/22/21 [illegible] Yet again UTS reacts
   hostility and indifference towards me and my
   issues w/ a whole host of things related to my
   diet. Once [illegible] [illegible] [illegible]
   [illegible] that security [illegible] [illegible] responded
   to Warden Butler to Reeves' statement by saying

C) [illegible] to say the least. I have
   special diet issues [illegible] was [illegible]
   [illegible] [illegible] [illegible] of the [illegible]
   with [illegible] the meal [illegible] before
   they leave the kitchen [illegible]
   kitchen staff and Amon [illegible] [illegible]

D) [illegible] have confirmed is the
   [illegible] [illegible] previous [illegible]
   CSI Adelberry [illegible] [illegible]

A) knows this is his responsibility, yet apparently sees no harm in continuing not to do it. If he says he does then he is derilict in his duty because my trays keep getting messed up. Cadberry's and Tayler's testimony, according to Reeves, at least

B) minimally validates this because they are claiming I refuse to have a correct tray brought which means they didn't do their job and verify the cart while it was still in the kitchen.

C) It is true I no longer, although I have many times in the past including the date in question in this grievance, have CO's get Aramark to correct the tray. The reason is because of the risk of low blood sugar. By the time I get my tray often, but not always, 1 hour or more has passed since getting my insulin. I must have food within 15 minutes (technically) of my insulin. I can hold out for 30 minutes but past that it gets very dangerous.

D) I have ample proof of myself being harmed

pg. 118

A) from low blood sugars inject these types of situations. I can provide it if you'd like but would make this grievance longer. UTs Reeves has in the recent past threatened me with disciplinary action for providing too much evidence so I will now only do so upon request in writing.

B) I shouldn't have to beg for my correct tray. Aramark should provide it because it is my medical diet. & DOC should verify it is correct in the kitchen so I don't have an issue 3J, 4J, 6J, 9D printers after insulin and be put in a position where I have to either accept a wrong tray or no tray for lord knows how long until

C) Aramark corrects it. I have proof of them not doing so, Officers even admitting on record of this,

D) and multiple disciplinary actions against me because of it including on 7/4/21 with Case# 21-07-051.

P5. #00 119

A) I want those not doing their jobs, not verifying carts, not making my meals and snack sacks correctly, held accountable.

B) I want Reeves held accountable for his continued ineffective action, if he took any at all, at resolving these issues.

* I want my correct tray every meal, without unreasonable delay, everyday.

C) I want my reasonable request for changes to the snack sack honored now. I have waited long enough.

D) I want Aramark and KDOC to state in writing what they are doing to fix this. General statements like both you, Warden Butler, and Reeves have sent me in the past aren't acceptable. Be specific please. I think I've earned that at this point at least.

Thank You. — Chris Erwin

120
Pg.

# 123078   9/22/21

A) Formal grievance to UTS Reeves 10/11/21. More than 10 calendar days had passed since I filed a Form 9 on 9/25/21 about Mr. White in laundry not giving us clean laundry, including clean underwear, on a bunch of occassions from 6/24/21 to 9/25/21. I sent multiple Form 9's asking UTS Brian Reeves why I hadn't got a response to my original Form 9 on 9/25/21 but had recieved no response so I had no idea what was happening. More than 10 calendar days passed after filing the formal and no response from UTS Brian Reeves. I had included full details of everything in the Form 9 because I had wrote it down in a grievance log to help me track all my grievances.

B) Filed Form 9 on 9/26/21 to UTS Reeves about my prescribed medical diet 2800 tray. As I stated in my grievance to the SOC, Warden, Unit Team, I said, "Aramark FSS's were not giving me sliced bread per my medical diet. They were not giving me proper portions which shorted me carbs. The food was cold when I got it which put me at risk for foodborne illness. I still haven't got my request for reasonable accomodation on my snack sack which leaves me at risk for lows and unstable blood sugars. I asked for 4oz shelf stable protein, 4 slice bread, 2 juice packets. We are short shelf stable protein half the time and we are shorted 1 snack per day as the snack sack is. These issues occurred at lunch on 9/25/21 and dinner as well as lunch and dinner on 9/26/21. I also got shorted my sliced bread at breakfast sometimes. I documented all of that on Form 9's but never recieved a response."

On 9/26/21 Form 9 to UTS Brian Reeves I complained

.) about serious deficiencies with my prescribed medical diet. On a grievance to the SOC I said, "At lunch on 9/28/21 Aramark FSS's forgot my meal tray per CSI Grimmett. CO's in the pod didn't verify the meal cart. On 9/28/21 at dinner I was totally missing bread when I should have recieved 2 slices per the 2800 menu.

) On 9/29/21 Form 9 to UTS Reeves I complained about life threatening delay of meal tray by Aramark. As I described in grievance to the SOC, "DW Moore had to personally bring me a sack lunch because AFSD Hay and FSS's in the kitchen refused to bring me my 2800 tray that they never sent properly. The sack I got wasn't even correct. I got 2 soggy bags of salad, 1 dinner roll, 2 pb pkts, 2 grape jelly, 1 milk, 1 orange. I should have got sliced bread instead of the roll which makes a big difference in blood sugars. 2800 menu says sliced bread." Also, a sack lunch must contain 3oz protein. I was only given 2 1oz packets of PB. "I got this sack 3.5 hrs after insulin! This is why I will sometimes accept a regular tray when Aramark FSS's mess my 2800 tray up too bad or forget it altogether because it's so hard to get them to fix mistakes it puts me at risk

) for laws. Problem is regular trays don't have a lot of good options to choose from and Aramark still refuses to give me the carbohydrate info for the menu so it messes up my blood sugars. Usually highs

B. 00 | 22

t, because I have to guess how many carbs are in the food. On 9/29/21 I talked to Mental Health Wark about this and how stressed I was as a result. She talked to UTM Hoepner. The head of Restrictive Housing Mr. Walmsely came down to get involved. They kept telling the kitchen to bring down my correct meal but AFSD Hay and FSS's refused.

)On 10/3/21 Form 9 to UTS Reeves I complained of very serious issues with my prescribed medical diet. As I wrote on grievance to SOC, "At lunch on 10/1/21 CO Taylor and a male CO gave me a 2800 tray. Was missing the 2nd portion of veggies. It never got fixed. At dinner on 10/1/21 I got a 2800 tray but It was missing my 2 slices of bread and FSS's forgot my Snack sack so the CO's made me take a hp Snack sack instead of making the FSS's bring down my correct snack sack. I got no sliced bread at lunch or dinner on 10/2/21!!! "On 10/3/21 at lunch I got
) hot dog bun (homemade) instead of sliced bread." This is a big deal because they refuse to tell me the carbs in the homeade bread. I need to know that to match Carbs to insulin to control sugars. I know the carbs in sliced bread from my experiences on the street but not in their homeade breads. "At dinner on 10/3/21
) I got cornbread instead of sliced bread. In my snack Sack I got sliced ham, which is unusable because it
Ps 00/123 isn't shelf stable, becomes unsafe to eat after

2 hrs, I have to use it for 3 snacks for 24 hrs which is not possible. That means I was denied protein for my snacks so that puts me at risk for lows and highs because I have to try to compensate with high carb items I save from my meals."

B) 4 Remedies
1) I am now on 1800 w/ snack sack individualized diet that says I am to get sliced bread instead of bread rolls in both the snack sack and on the meal tray. I want Aramark FSS to comply w/ my medical diet.

2) I want proper portions served per my menu to help me control blood sugars. Currently, FSS's aren't doing this causing me highs and lows.

3) I want all FSS's who refuse to fix mistakes and refuse to ensure my diet is correct to be disciplined.

4) I want my food to be at proper temps per Kansas, Butler County, health codes. Currently this isn't happening.

5) I want KDHE to do random health inspections"...

6) I want the KDOC-Aramark contract to be revoked"...

7) I want CO's to be trained on food safety"...

8) I want CO's to verify meal carts in the kitchen before they get sent to the pod so I don't have"...

Pg. 124

On 10/17/21 Formal I grieved the fact that UTS Reeves and other administrators were obstructing, "My attempts to grieve my prison conditions are being needlessly undermined and frustrated by UTS Reeves, UTM Hoepner, DON Chapman, Classification Admin. M. Bos, Deputy Warden Moore, Warden Butler, SOC Designee Darcie Holthaus, SOC Designee Libby Keogh, and SOC Zmuda himself. Also, M≠ Daley in medical records. (See attached →) ". This stemmed from a Form 9 dated 10/3/21 grieving the same things. The original Form 9 was never returned to me by UTS Reeves. However, I kept details seperately in my grievance log. On the formal grievance I attached 3 pages detailing some of the missing grievances I had not got responses on. I wrote at the top of the attached first page,

" I have never had any grievance resolved by these people ever causing me serious health problems w/ my diabetes and making it very hard to grieve my conditions (some examples but not all)." I then detailed 9 points covering my excessive force grievance Form 9 6/24/21 I never got back, Form 9 dated 7/26/21 where UTS Reeves threatened me with discipline for grieving my prison conditions,

Pg: 125

) Emergency grievance to Warden, that per policy I have to send through UTS Reeves, dated 7/8/21 that was never resolved, complaints on M. Bos, DW Moore, Centurion's Barbara Moe Medical Records, DON Chiapman, and more. Specifically cited grievances CD 21581, CA 21852, CA 22043, CA 22134, CA 22160,
) CA 22222, CA 22223, CA 22229, CA 22239, CA 22286, and CA 22264, and "Other grievances I was unjustly denied a grievance # by SOC's office and Warden Butler's office due to the Warden not responding in time and the SOC not reading the grievance procedures and following them properly. Namely not following
) KAR 44-15-101a, KAR 44-15-101b, 44-15-102, 44-15-104, 44-15-105, 44-15-106."
) UTS Reeves forwarded formal to RHU Walmsley who is his boss's boss. Reeves didn't return my missing grievances or respond to my concerns. When I forwarded grievance to Warden Butler I better listed the missing grievances. See Count ___ Defendant Warden Jeff Butler for a complete list at that time (grievance CA 22450) Original Form 9 on 10/3/21 to UTS Reeves,

P, 126

On October 27, 2021 I had an encounter w/ UTS Reeves in which he admitted destroying all my grievances I had sent him. The details are listed in Count 3 regarding Defendant Darric Holthaus on same grievance CA 22450 I complained of the missing grievances on.

On 12/19/21 Form 9 to UTS Bucholte @ EDCF I wrote on top of Form 9, "Don't send to UTS Reeves Please. He will destroy this grievance". In the Form 9 I stated, "I need to know the disposition on 32 Form 9's to UTS Reeves, 7 Formal grievances sent to UTS Reeves, and 6 Formal grievances sent to Warden Butler (see 4 attached pgs.). On 10/27/21 Reeves told me he destroyed some of them, said he'd tell me which ones, but never did. I asked him again on 12/1/21 seg review in front of Cpt. Fuoss, MH Warle, UTM Hoepner, he said he'd tell me but hasn't. I need you to somehow find out whether these grievances were "D" - destroyed or "L" lost. Please mark a "D" or "L" next to each listed grievance. That way I know what happened so I can explain when I re-file why I am refiling and why these grievances are late so Warden and SOC's office don't think I am not following the grievance procedure. Please don't give this to Reeves. I have given him multiple lists and he never responds. UTM Hoepner and Cpt Fuoss are fully aware of this. I need answers so I can move forward please."

127
pg

The attached 4 pages listed the following:

A)   a Form 9's

1) 9/22/21 Centurion Understaffing nurses leading to me having serious diabetic medical issues.

2) 9/25/21 Need all diabetic supplies KOP

3) 9/25/21 Unhygenic conditions

4) 9/25/21 CO's not providing security for insulin nurse Corum delayed insulin 2hrs, caused blood sugar problems.

5) 9/26/21 Diet issues @ lunch and dinner on 9/25/21

6) 9/27/21 Variance in timing of insulin and meals causing blood sugar problems.

7) 9/28/21 Diet issues 9/28/21 lunch and dinner

8) 9/29/21 Nurse Myers harrassment

9) 9/29/21 Diet issues on 9/29/21

10) 9/30/21 Nurse Moore giving insulin early and diet issues on 9/30/21.

11) 10/1/21 Nurse Myers harrassment

12) 10/3/21 13 grievances I still need responses on

13) 10/6/21 Nurse Myers giving insulin too early

14) 10/6/21 Nurse Harbes giving insulin too early

15) 10/10/21 Diet issues on 10/10/21

16) 10/10/21 Poor food safety by CO's on 10/10/21

17) 10/10/21 Copy of recent food health inspection per KDOC – Aramark Contract and IMPP 10-106D.

18) 10/10/21 Diet issues on 10/9/21 and 10/10/21 also safety.

19) 10/10/21 21 Outstanding grievances I need responses on.
     (page 2 of 4 attached to the Form 9 dated 12/19/21)

20) 10/15/21 – Diet issues 10/15/21

21) 10/17/21 – 22 Form 9's and 6 formal grievances I need responses on.

22) 10/19/21 – Medpass issues causing me medical problems

P.128

A) 23) 10/20/21 Diet issues and Nurse Tittsworth giving insulin too early.

24) 10/24/21 30 grievances I need responses to

25) 10/24/21 - Laundry Issues

26) 10/24/21 Nurse Graham giving insulin too early.

27) 10/24/21 - Med Pass Nurse Farner refused to give me my antibiotic

28) 10/25/21 - Diet issues

B) 29) 10/27/21 - Reeves personally signed for and took grievance saying I needed 34 grievances I hadn't got responses on, which he said some he had destroyed, and I asked him to tell me which ones were destroyed lost, still in progress of being answered -

30) 11/10/21 Nurse Henson issues.

31) 11/13/21 - To Aramark AFSD Julie Huy diet issues on 11/13/21 and asked for current 1800 diet menu because one I have is out of date and doesn't match food we are getting.

(Page 3 of 4 attached to Form 9 dated 12/19/21)

C) 32) 12/9/21 - I asked Reeves again for him to do as he promised at Dec. 1 seg review in front of MH Wark, Cpt. Fuoss, and UTM Hoepner to give me dispositions on my form 9's, formal grievances, and formals to Warden Butler I still haven't got back some as far back as September.

D)     Formals to UTS Reeves

1) Formal on 10/17/21 10 pages attached, + Form 9 receipts attached (9/22, 9/25, 9/25, 9/27)

2) Formal on 10/17/21 1 page, 1 Form 9 receipt attached (9/25/21)

3) Formal on 10/17/21 5 pages, 4 Form 9 reciepts attached
(9/26, 9/28, 9/29, 10/3)

4) Formal on 10/17/21 1 page, 4 Form 9 reciepts attached
( 9/29, 9/30, 10/6, 10/6)

5) 10/5/21 Formal, Form 9 dated 9/15/21 attached plus
a couple notebook pages

6) 10/25/21 Formal 2 pages, 3 Form 9 reciepts (10/10, 10/10, 10/15)

7) 10/25/21 Formal 1 form 9 reciept (10/10/21)
(page 4 of 4 attached to Form 9 dated 12/19/21)

Formals to Warden Butler

1) 10/28/21 Formal 4 pages, Formal reciept attached from
formal to Reeves, RE Diabetic Supplies KOP.

2) 10/28/21 Formal 2 pgs, Formal reciept attached from
formal to Reeves RE Laundry issues, not getting clean
laundry.

3) 10/28/21 Formal, 4 pages, Formal reciept attached from
formal to Reeves. RE Diet issues, Revoke Aramark contract

4) 10/28/21 Formal 3 pgs, Formal reciept attached from formal
to Reeves. RE Nursing issues

5) 11/10/21 Formal 11 pages attached labelled 14/14.2. RE
Diet issues (Had to refile #3 because I missed deadline)

6) 11/14/21 Formal 8 pgs + Formal grievance page + Reeve's
response labelled (15), RE Nursing giving Insulin at wrong
times, causing me serious medical problems. Had to refile
#4 because I missed deadline).

UTS Reeves issued a typed letter RE my Form 9 dated 12/19/21 to UTS
Buchholte Re missing grievances dated 12/30/21 but I actually
got this directly from UTS Buchholte on 1/4/22. In his
letter UTS Reeves said the following:

pg. 130



Landon State Office Building
900 SW Jackson, 4th Floor
Topeka, KS 66612

**Kansas**

phone:  (785) 296-3317
fax:  (785) 296-0014
kdocpub@doc.ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary of Corrections

Department of Corrections

Laura Kelly, Governor

**TO:**  Erwin, Christopher (KDOC# 123078) B1-262

**DATE:**  12/30/2021

**SUBJECT:**  Grievance Response

**FROM:**  Brian Reeves
Unit Team Supervisor B-CH

**FINDINGS OF FACT:** Resident Erwin, Christopher (KDOC# 123078) claims:

1. He has submitted numerous Form-9s and Grievances to UTS Reeves that have not been answered by UTS Reeves

**CONCLUSIONS MADE:** This Claim is unfounded for the following reasons.

1. This is a duplicate claim, from previously addressed Form-9s and Grievances, and those were found to be unfounded.
2. Resident Erwin claims to have so many unanswered forms however it has be found that Resident Erwin will re-write a Form-9s regarding the same issue, but involving different days, times and persons involved in an attempt to circumvent the Grievance process to previously resolved/answered Grievances that completed the Grievance process.
   a. The following event demonstrates that Resident Erwin has previously acknowledged that he had received answers to those "unanswered" forms prior to 8/26/21, and was resubmitting forms because he does not accept the answers concluded from previously grieved issues of the same theme.
      i. On 08/26/2021 Resident Erwin has been told that the "unanswered" were forms found to be duplicates of previously resolved themes, and were not going to be answered again. He stated he did not except the results of those Grievances that had completed the Grievance process.
      ii. Upon being told again that forms found to be duplicates of previously resolved themes were not going to be answered, Resident Erwin attempted to break contact from his escort in an attempt to charge at me and batter me. CSI Grimmit was able to maintain control of Resident Erwin without force being used.

**ACTION TAKEN:**
The Actual Grievance does not contain a Grievance or claim, but was a response to UTS Buchholz's response of Resident Erwin's attached Form-9 therefore does not follow the Grievance procedure. No further action needed.

UTS Reeves
Brian Reeves Unit Team Supervisor

**CC: Inmate**

Pg 131

) On 12/31/21 I hadn't got a response from Unit Team Reeves or Bucholtz so per the inmate rule book grievance procedure I forwarded to the Warden. When the Warden, who was acting Warden Tommy Williams at that time, didn't respond per grievance procedure I forwarded to the SOC

) On 1/15/22. In that letter I responded to the inaccuracies of UTS Reeves' letter dated 12/30/21, that I actually got on 1/4/22. I said,

(see next page)

• Grievance RE missing grievances
from Warden's office specifically

To Secretary of Corrections mailed on 1/15/22.

1) Form 9 to UTS Buchholtz on 12/19/21
RE missing grievances. (Recieved back on 12/20/21)

2) Formal Grievance to UTS Buchholtz on 12/20/21
asking for him to investigate why Reeves
hadn't returned my grievances and get status
update on them. I attached original Form 9
plus 4 pages that did clearly state a claim
and remedy. That's what I referred to
on the Formal. (Got response from Reeves
on 1/4/22. He lies all the time and
puts different dates, in this case 12/30/2
but he actually didn't give it back to me
until 1/4/22 as cameras can verify...
UTS Buchholtz is actually the one who gave
It back to me on 1/4/22, which was late.)

3) Formal Grievance to Warden on 12/31/21
because no response from Unit Team
so per inmate rule book forwarded to
the Warden.

4) Still no response from the Warden
so sent to Secretary of Corrections
on 1/15/22 per inmate grievance procedure

I also said the following in regards to Reeve's letter, "1) Reeves has never answered my grievances on this issue so that's why I sent again; to get a written response which I now finally got for the 1st time. 2) Reeves is wrong about me re-writing things. New incidents occur so I grieve them because the issue is ongoing and keeps being ignored by Reeves and others. I still hadn't recieved any written response to what happened to my grievances he personally told me on 10/26/21 (not 8/26/21 has he erroneously wrote) he destroyed and wasn't going to give me back. 3) Reeves now finally admitted he purposefully refused to respond to my grievances in violation of KAR- 44-15-101(f). He retaliated against me for filing grievances in violation of KAR 44-15-104. I want him fired for this. 4) I want my grievances from the Warden's office I listed on pg 4 of my Form 9 on 12/19/21 (included herein) if in fact Reeves didn't destroy those too."

In addition, it should be noted Reeves lied in his letter on point (2)(a)(ii). That definitely was a lie. We argued but I never tried to break escort. Video would prove this easy. In his "Action Taken" he again lied about me not stating a claim. In my original formal that I got back long after due to my persistence I stated that, "I didn't say don't discuss the issue w/ Reeves. I said, very clearly, Don't give this grievance to Reeves. In other words, I want <u>you</u> to please ask him questions

and investigate this. If you feel you must give it to him so be it but please follow-up to ensure A) He responds B) He returns my grievance w/ the response. I have showed a great deal of patience. I'd appreciate being shown some respect in return and have an answer to my grievance as soon as possible. Thank you."

I attached the original Form 9 + 4 pgs that in detail described my grievance. On top of the Formal I noted this as, "Form 9 12/19/21 Form 9 + 4 pages attached". So I did state a claim but the space is limited on the formal. We are required to attach the Form 9 to the formal when we send so it's all part of the grievance. He of course knows this but lies, misconstrues facts, to justify not resolving my serious medical problems. He has done this repeatedly.

) On unnumbered grievance starting w/ a Form 9 dated 6/25/21 to UTS Buchanan in ACT @ EDCF regarding excessive use of force against me on 6/24/21 in the Clinic and Captain's office I described what I believed to be major civil rights violations as I understand them. On the grievance receipt, which included the signature of the recieving CO and date, I wrote on the back at time I turned in a summary of the grievance to help me keep track of it since I had a number of grievances in process.

) I wrote, "CSI Jennifer Hoffarth, CSI Bryan Wiemers, CO1 Langley-Dunning, CSI Jewers, CSI C. Hoffarth, CSI Mounce, and Captain A. Austin involved. All but Captain A. Austin involved in use of force violates my 8th amendment, deliberate indifference and failure to protect me from harm, I was injured in the use of force, 14th amendment violation due to unjust detention, fines for just trying to get insulin when I

A) posed no threat, no threats or intimidation at all prior to use of force." I recieved a Form 9 response from UTS Buchanan in ACH @ EDCF so I then sent a Formal grievance to her per procedure since she didn't resolve the issue. She claimed she had no power to solve. I sent the formal on 7/1/21 and got a signed reciept w/ CO's signature. On 7/4/21 another use of force against me when CO's and Aramark FSS Serv Supervisor denied me my snack sack putting me at severe risk of iminent harm due to low blood sugar and even after 1.5 hrs of trying to convince them to help me they ignored me. This resulted in me being placed in a slam cell in BCH @ EDCF. I was barred from writing materials, stripped to my boxers, no hygiene at all, or anything except boxers, no soap, no tp, nothing for a week. On 7/13/21 I got my first opportunity to write a grievance. I knew time was up for the formal on

C) 7/1/21 so I wrote a new formal to UTS Recues in BCH explaining I got response from UTS Buchanan in ACH, I said, "Attached Form 9 reciept 6/25/21 and Formal reciept 7/1/21. Excessive and unnecessary use of force was used against me on 6/24/21 in the

D) Clinic and Captain's office by CSI J. Hoffarth, CSI Bryan Wiemers, CO1 Langely-Dunning, CSI Jewers, CSI C. Hoffarth, CSI Mounce, and it violates use of force procedures of KDOC, Violates my 8th amendment rights under U.S. Constitution, 14th amendment under U.S.

pg 136 Constitution. I did not deserve to have force used

against me for trying to get insulin which I was
unjustly denied. Per KAR 44-15-102 (a)(2) unit
team did not respond in 10 calendar days. I sent
them a formal grievance on 7/1/21. Today is 7/13/21. So
I am forwarding to the Warden" (I sent to UTS Reaves
to give to Warden Butler because all grievances must
go through Unit Team) "This is a legit grievance
per KAR 44-15-101a (d)(1)(A)(B). I am not grieving
discipline. As resolution I want the CO's disciplined
for their actions." This grievance was stamped as
recieved on 7/21/21 by warden's office. A letter on
KDOC letter head dated 7/21/21 from Jeff Butler's
office (his name in print) but signed by DW Matt
Moore as Warden Butler's designee was sent to
UTM J. Hoepner in BCH. It said, "Attached is the
original grievance submitted by above offender. Please
respond and return to offender for his response."
What he sent was the 2nd formal not the original
I had sent to UTS Buchanan on 7/1/21. To date
I have not ever got the original formal w/ original Form 9
back.

On 7/23/21 UTS Reaves responded to this excessive force
grievance. He said, "Findings of Facts: Resident Erwin,
Christopher (KDOC# 123074) claims that excessive and
unnecessary use of force was used upon him on 6/24/2021.
Conclusions Made: 1) Resident Erwin did not follow the
proper grievance process. a) Resident Erwin did not
submit an informal resolution. b) Resident Erwin
marked an "x" in the box in the "inmate response"

pg. 137

having responded to the grievance nor even seeing the grievance, in an attempt to have the grievance resolved directly by the Warden without Unit Team knowledge of the grievance or being allotted the opportunity to resolve it. 2) Resident Erwin must start the process over, starting this time with an informal resolution by means of a Form 9. If he is unsatisfied with the response to the informal resolution, and wishes to proceed further, he must proceed with a grievance addressed to his Unit Team. If he is unsatisfied with the Unit Team response to the grievance, and wishes to proceed then he may mark an "x" on the "Inmate Response" portion of the grievance stating he wishes the grievance to be forwarded to the Warden. Action Taken: No further action required at this time."

I sent a Form 9 dated 7/24/21 to UTS Reeves documenting a conversation and serving as an informal grievance for the excessive force complaint. UTS Reeves and UTM Hoepner and I had this convo on Friday, July 23, 2021 at my cell door B1-100 @ EDCF. They were gonna check w/ UTS Buchanan to see what she did w/ my grievances. I recieved the Form 9 back w/ a typed letter from UTS Reeves he wrongly dated 7/23/21. It said, "Findings of Fact: Resident Erwin, Christopher (KDOC #123078) claims that excessive and unnecessary use of force was used upon him on 6/24/2021. Conclusions Made: 1) Resident Erwin did not follow the proper grievance process.

B. 138

a) Resident Erwin did not submit an informal resolution
b) Resident Erwin marked an "X" in the box in the "Inmat
Response" section of the grievance, in an attempt to have
the grievance resolved directly by the Warden without
Unit Team knowledge of the grievance or being allotted
the opportunity to resolve it. C) Resident Erwin claims
he submitted his informal resolution and grievance to
UTM Johnson (then UTS Johnson). UTM Johnson has
no record or recollection of such a claim. D) Resident
Erwin claims Form reciepts attached to his grievance
to the Warden are proof of submission of an informal
resolution and a grievance to Unit Team. Due to
reciepts being able to altered after the time of signature
and submission they will not be considered as evidence
of submission of an informal resolution or grievance
to Unit Team. 2) Resident Erwin must start the
process over, starting this time with an informal resolution
by means of a Form 9. If he is unsatisfied with the
response to the informal resolution, and wishes to proceed
further, he must proceed with a grievance addressed
to his Unit Team. If he is unsatisfied with the Unit
Team response to the grievance, and wishes to proceed
then he may mark an "X" in the "inmate response"
portion of the grievance stating he wishes the grievance
to be forwarded to the Warden. Action Taken: No
further action required at this time."
On 7/27/21 UTS Reeves sent me a message falsely
Claiming I was trying to "disrupt essential functions" m
with my grievance on excessive force.

pg.139

On 7/29/21 I got another letter from UTS Reeves w/ the following changes: "(C) Resident Erwin claims he submitted his informal resolution and grievance to UTS Buchanan. UTS Buchanan says that she did not have any such documents, but may have submitted it to UTM T. Martin. — UTM Martin states that she did not recall recieving any such document.

— UTM Martin transferred from the A-CH UTM post on 6/25/2021, which is the same date as the attached Form 9 reciept. D) Resident Erwin claims Form 9 reciepts attached to his grievance to the Warden are proof of submission of an Informal Resolution and a grievance to Unit Team. Due to reciepts being able to altered after the time of signature and submission they will not be considered as evidence of submission of an informal resolution or grievance to Unit Team. 2) Due to being unable to recover the informal resolution, or recieve impute from any Unit Team that proceeded the original informal resolution and grievance:

a) Resident Erwin must start the process over by submitting an informal resolution by means of a Form 9 to his current Unit Team.

b) If he is . . .

c) If he is . . .

Action Taken: No further action required at this time."

Pg 140

On 7/30/21 I submitted a 3rd formal grievance w/ my informal Form 9 dated 7/26/21 attached and prior grievance reciepts. I said, "Per the inmate rule book I submitted an informal grievance to UTS Reeves on 7/26/21. On 7/27/21 UTS Reeves erroneously claimed my grievance was too long (was only 4 pages and per inmate rule book we are allowed 10)" and an attempt to disrupt other essential functions. Aside from the absurdity of that statement it also doesn't make sense. On the Form 9 it says, "State completely but briefly the problem on which you desire assistance. Be specific". If I would have left out essential details UTS Reeves wouldn't have been able to look into this problem or even understand it. Attached to this formal was my written explanation/response to Reeves' 7/29/21 letter. I said that I was frustrated w/ UTS Reeves, "attempting to stall, deny, and frustrate my attempts to resolve issues at the lowest level as the inmate grievance procedure states it is designed to do." Also, "I filed a Form 9 on 6/25/21, and a formal grievance on 7/1/21 while in A1-142 where UTS Buchanan was my Unit Team. She failed to respond in time. I was in BCH in B4-128 when time expired. I sent a formal grievance to Warden Butler on 7/13/21 explaining why the original formal grievance and Form 9 were not attached, explained my issue and forwarded to him through the Unit Team in B4. On 7/23/21 Reeves falsely claimed I didn't follow procedure. The Warden wrote a letter on 7/21/21 sent to UTM Hoepner my grievance since Unit Team had not responded." ...

pg 141

and "That's when Reeves claims I didn't follow procedure because UTS Buchanan or he lost my grievance. That's not my fault. That's why I kept receipts which were not altered, ~~other~~ were signed by a CO who is required to skim my grievance to ensure it is legit and doesn't ~~acelue~~ involve threats, and are proof of filing on time.

The Warden was represented by Deputy Warden Moore on the letter dated 7/21/21.

Per the inmate rule book and per UTM Hoepner's instructions to me verbally at my cell on 7/23/21 with Reeves there as well, I agreed to an extension to give Hoepner time to see if UTS Buchanan had my grievance. If not he agreed to respond to it. because he said "We deal with issues, especially as serious as this, here in BCH." He said "I could be a asshole and make you send

Your grievance to UTS Buchanan for a response but I won't do that, I'll respond to it."

Well, on 7/29/21 UTS Reeves responded by saying the same thing as on 7/23/21, refused to respond to my grievance in any meaningful way, again erroneously accused _me_ of not following procedure when I did to the letter, and again tried to subvert my attempts to get resolution to an _excessive Force complaint_, which is very serious, by making me start all over. That would not be consistant with grievance procedure, is absurd because I didn't do anything wrong, and I am not responsible for Unit Team in ACH or BCH losing my grievance.

I am again forwarding my complaint to Warden Butler.

... "My original complaint is the same as I wrote on 6/25/21 and 7/1/21 and again on 7/13/21. Nurse Myers denied me insulin for an unknown reason. That occurred after COI Hennessey made disparaging comments about my blood sugars being high by saying, "Jesus what did you eat!" in a loud and disrespectful tone. I said, "Don't worry about what I ate just give me my insulin". The CO of course can't give my insulin. I misspoke, Nurse Myers thought I was talking to her and said, "Don't start." I told her I was not talking to her I was talking to the CO, so that way she didn't misunderstand. COI Hennessey made an additional disrespectful comment and began arguing w/ me but we talked in a normal tone. Myers then became annoyed and said, "Get him outta here". She took the insulin, refused to give me my shot when my blood sugar was over 500, and Hennessey refused to let me get my "...

continued on next page.

pg. 144

pg. 7

insulin as well. She then escalated the situation by calling a code and other officers who responded also refused to help me. Not only that they used force against me because I wanted and critically needed my insulin. I did not initiate force, do anything violent, or charge them in any way. They violated KDOC use of force protocols, violated my rights under the 8th Amendment to the U.S. Constitution by refusing to protect me from harm, showing deliberate indifference to my medical needs, violated my rights under ADA Title II by refusing me my insulin because I am diabetic and recently filed complaints against Nurse Myers for denying me insulin on May 6, 2021 and May 7, 2021 not to mention a lawsuit against the S.O.L. for the 3/22/21 incident in ECH where I was wrongfully denied

...to go to insulin line because I was diabetic and had filed ADA complaints to the Feds and State ADA Coordinator. Nurse Myers also retaliated against me for filing complaints against her on 5/6/21 and 5/7/21 for denying me insulin. Retaliation is also a violation of the inmate rule book KAR 44-15-104.

* I want all officers I named in my Original complaint which I restated on the subsequent replacement Formal grievance submitted to the Warden on 7/13/21, disciplined for excessive and unnecessary force, violation of my 8th amendment rights and ADA Title II and KAR 44-15-104.

* I want UTS Reeves, UTM Hoepner disciplined for refusing a legit grievance, retaliating against me for filing grievances and making complaints through outside agencies and courts, and for threatening me w/ disciplinary action for"...
(continued on next page)

pg. 9

filing legit grievances w/ proper proof
provided that I complied with KDOC
grievance procedures.

The officers knew I had filed complaints
against Myers and sent complaints about
my diabetes mistreatment to the Feds and
State ADA Coordinator as well as
a court case related to mistreatment of
me regarding my diabetes to Butler County
Court. They knew this because I
told them on 6/24/21 as I explained
what motivation Myers had for
denying me insulin. They chose
to use force against me anyways.
That was unjustified.

※ Please Return all this paperwork to me
when you respond please!
This packet includes:
① Form 9 reciept 6/25/21 ~~~~~~~~~~~~~~~~~~ ⎫ While I was in
② Formal Grievance ᴿᵉᶜᵉⁱᵖᵗ to UT 7/1/21      ⎭ A1-142
③ 2ⁿᵈ Original Formal Grievance sent to warden on 7/13/21 — While I
                                                              was in
④ ⑧ Warden letter dated July 21, 2021          B1-128
⑤ ⑥ UTS Reeves letter 7/23/21
⑥ ⑦ Form 9 dated 7/26/21
⑦ ⑥ 2ⁿᵈ letter by UTS Reeves dated 7/23/21   ⟶

p. 147

∴ "⑧ 3rd letter by UTS Reeves dated 7/29/21
⑨ My response to UTS Reeves letter 7/30/21
⑩ 3rd formal grievance form sending back
   to Warden on 7/30/21 (had to so I could
have a reciept since I already used the others
on the other two formal grievances. Needed to
prove When I filed since formal grievance
doesn't have a place for date filed except
on the reciept.)

⑪ Formal grievance reciept for 2nd original
grievance dated 7/13/21.

So, even when I had done another Form 9
on 7/26/21 they still were trying to claim
I didn't submit an informal. That Form 9
listed my previous attempts, had the Form 9
grievance reciept on 6/25/21 attached w/
all the names of all officers I claimed used
excessive force along w/ why I felt they were
wrong. Also attached reciept of prior attempts
at the formal level w/ similar details. UTS
Reeves still refused to accept this for some
inexplicable reason, likely because he didn't
even bother to read everything and just saw
it was about excessive force and denied it
outright, but not sure. Doesn't make sense.

On 8/3/22, after I submitted the previously mentioned formal to Warden Butler on 7/30/21, I got a letter from UTS Berry. It was exactly what UTS Reeves' letter said except at the bottom he added a point #3) "After reviewing UTS, Reeves' response and Resident Erwin's claim, I have determined that Resident Erwin's claim of retaliation has no basis in fact. I recommend that Resident Erwin follow the guidelines found above, as previously instructed by UTS Reeves. Action Taken: No further action required at this time".

Keep in mind I sent that to the Warden, So either UTS Reeves failed to send to the Warden or Warden Butler delegated to UTS Berry, which would be highly unusual due to the common practice of Warden Butler delegating to a Deputy Warden not a fellow UTS. However, that's what I got back so I followed procedure, got a response from Warden's level, so forwarded to SOL via USPS on 8/6/21. I wrote a 12 page letter giving names, dates, places, timeline of all the grievances and about UTS Reeves, UTM Hoepner, UTS Berry refusing to resolve my complaint of excessive force or even meaningfully reply to it and their retaliation when I

pg. 149