followed all grievance procedures, even refiling Form 9 on 7/26/21, formals on 7/30/21, and they still tried to claim I didn't legitimately refile or comply simply because I mentioned the previously filed complaints as legit in addition to doing exactly as they asked. They made it about some insane power struggle w/ no basis in fact or policy which made me conclude it was in retaliation for my complaints because no other explanation exists that has any basis in fact. What they claimed was objectively not true and so obviously so it had to be a conscious decision on their part to try to prevent me from holding those officers accountable for excessive force and trying to frustrate my ability to get justice for them harming me by refusing me insulin when I was in danger of ketoacidosis. I explained all this in detail on the 12 pages plus sent formals, Form 9's, etc, receipts, to SOC.

For Reeves' part, I believe he gave this to UTS Berry instead of Warden Butler to subvert my attempts at holding his CO friends accountable.

Medical Crisis,

~~Mason~~

Left for urology appt. ~ 8:27am.

1/25/22  11:08am  Got back into cell 81-262 from Urology appt.
Met w/ Dr. Davis at Wichita Urology @ 3300 block
of N. Webb Rd in Wichita, KS. Dr. Davis said
my HA1C in Nov. 2021 was 6.7 but I said that
is likely not true because my sugars have been in
the 200's and 300's. He said on my sonogram
there was no sign of cancer. He said doesn't
look like an infection in my testicles. He said
I need more supportive boxers so my testicles
don't hang so low which can cause/worsen
inflammation. Also will need special soap to
clean my scrotum with to bring down inflammation
and prevent infection. Also said I need my
sugars to be in control. I told him the struggles
I have had w/ KDOC, Aramark, Centurion
on getting insulin, meals, on time and getting
proper diet/snack sack. I asked him to say
in his notes I need my meals/insulin on time
and proper diet/snack so I can maintain b.s's.
He said he will say I need "strict blood
sugar control" but that reccommendation is
all he can do. I told him about us
not getting clean laundry regularly and us
having to wash our own clothes at times
too. He didn't say anything in response. →

B. 213

AFSD Hay responded, "I couldn't find the nutritional info you are requesting, you may have to get the dietrician info from your UT. Form 9 the State dietrician for your answer..."

On 9/23/2020 Form 9 to "Aramark-Julie Hay" I was responding to a previous Form 9 reply AFSD Hay gave me regarding my snack sack accomodation request and I said, "You replied by saying you are following the menu guidelines, which I understand. I want to request a change to the menu guidelines so the snack sack better enables diabetics like myself to manage blood sugars. So can you forward this request to the dietrician or person(s) who can make decisions on changing those menu guidelines?". She replied, "You would have to send any inquires about this, yourself, to the state dietrician."

On 9/22/2020 Form 9 to "Unit Team" saying, "I need to send a request to the dietricians that approves changes to, and guidelines for, the menus, including the special diets and snack packs for the 2800 calorie diet. Can you tell me who that person is, whether I can send them a Form 9, and if not can you tell me how I can contact them please?". Uts Holland replied, "Write a Form 9 to Aramark and they can direct it where it needs to go." Dated 9/23/2020.

On 9/16/2020 to "Aramark - Kitchen Sup. Jules (spelling?)" I asked, "For the snack sack on the 2800 calorie diet I have a request. Instead of bread rolls can those be replaced with sliced white bread? Instead of bread rolls can those be replaced with sliced white bread? Instead of sliced

pg. 196

meat, which is perishable, can that be replaced with peanut butter? So my request is that the snack sack be changed to include (4) slices of white bread, 4oz peanut butter, and either (2) oranges or (2) juice packets w/ vitamin C. (See attached) → ", This is when I was in B2-203 @ EDCF. AFSD Hay replied, "We are following the menu guidelines".

On 12/16/2020 Formal Grievance to UT Hoover I requested changes to the snack sack for the 2800 diabetic diet, copy of the 2800 menu w/ portion sizes, carb info so I can match carbs to insulin and make good choices on what to eat. I attached Form 9's from UTS Holland and AFSD Hay dated 9/23/2020 and 10/2/2020 w/ a 2 page letter I wrote and attached to those Form 9's detailing I need shelf stable protein for food safety reasons, sliced bread instead of bread rolls because unsure of carbs and it spikes my sugars, why I needed 4 slices bread so I have enough snacks plus xtra for lows, and cited the "Diet snack Sheet". AFSD Hay gave me in response to a Form 9 that detailed we are to get 2 slices bread and not bread rolls on snack sack. AFSD Hay replied on the Formal grievance, "We are following our diet specs to the letter with what we are given".

On 2/10/2021 Form 9 to 'Aramark - Julie Hay' complaining about how FSS Macdonald denied me bread in my snack sack on my 2800 diabetic diet in which I got no response.

On Formal grievance to Unit Team A2 @ EDCF while I was in cell A2-211 RE the 2/10/21 incident in which FSS Macdonald denied me bread in my diabetic snack sack.

I explained what happened in detail, put me at risk for a low blood sugar, violated Aramark's "Diet Snack Sheet" and that despite me explaining all this FSS Macdonald still refused me bread. AFSD Hay replied, "Bread was not denied, it was to be served seperately, the bread was taken to the cell houses." This was a lie. Bread was never taken to the cell houses, never has been served seperatly prior or since, and I never got that bread on 2/18/21.

On Form 9 dated 3/12/21 to "Aramark - AFSD Hay" I complained, "I have been trying to get the carbohydrate and nutritional data, as well as a proper 2800 calorie diet menu, for the 2800 calorie diabetic diet. You told me to contact Topeka. I did. They gave me contact info for dietician. I wrote them over 2 months ago but no response. I read KDOC IMPP 10-106D. It says Aramark has the responsibility to submit the diet to the dietician for approval, meaning you have discretion over the menu. So, I am asking you contact your company's representatives who have the power to decide the menu and ask they submit to the KDOC contracted dietician the changes to the diabetic snack sack I am requesting and also get the dietician to give you the proper 2800 calorie menu you are obligated to have on site per your contract with KDOC. Currently, you have no approved 2800 menu from the KDOC dietician. (Please see attached for details)."

In response AFSD Hay said, "Please keep form 9's to a minimum. details — I have no power or say over the dietician decision on your snack sack — State of Kansas provides the menu's and snack sacks — This is the last Form 9 I will answer on this situation, I can't help you. — AFSD Hay"

On Form 9 dated 10/7/2020, AFSD Julie Hay is who I sent it to, I said, "May I please have a copy of the 2800 calorie diabetic

Menu? I know what the snack sack consists of but I want to have a copy of the actual main menu so I can plan ahead. I take insulin before meals so having the menu helps me better determine how much insulin to take and what items I can/can't eat so I can control blood sugars." AFSD Hay responded, "We don't have an actual diet sheet for you. Here is what I found on the computer to print off. We make your food from our daily menu. Hope this helps." What was attached was a five page document titled, "Diet Guide  Kansas DOC; Male; Fall Winter Created 9/18" which was September, 2018. It listed breakfast, lunch, and dinner items for each day. However, it was missing portion sizes, breads, fruits, milks, and only included grains/potatoes, protein, vegetables. It was utterly useless. On a Form 9 dated 2/11/21 I sent to AFSD Hay I said, "This morning at breakfast the kitchen forgot to send my 2800 calorie diabetic tray even though CD's had ordered it. I accepted a regular tray because I feared dropping low since it had been 30 mins since taking my regular insulin which goes into effect in 30 mins. I have gone into a coma 2x in the last 2 weeks so I didn't want to risk waiting for the correct tray. Can you make sure your supervisors are checking the meal carts before they leave the kitchen so this doesn't happen to me again. Thanks." I received a response on 2/15/21 stating, "They are supposed to check them. However, mistakes do happen. Be sure to let them know right away." M. Bos, Classification administrator had responded possibly. Signed with a "M" that looks like her writing. So Unit Team sent to M. Bos instead of AFSD Hay with Aramark.

On 2/23/21 via Form 9 to Unit Team I said, "On 2/20/21

at breakfast meal pass I was given a regular meal tray that was labelled as 2800. I am type 1 diabetic and recieve the 2800. I said 2800's don't get cinnamon rolls on the tray. CO Cline said, "Well they do today and walked off continuing meal pass. CO Mounce didn't fix it either nor did → (cont. on attached 4 pages)... either one of them notify Aramark to bring me the correct tray. I rang into the bubble and asked for the CO's names so I could write a grievance but CO Shields refused saying, "That's not an emergency. They'll be around at tray pick up." He also refused to give me his name...". "At 3:42am CO Cline and CO Mounce refused to notify Aramark that my 2800 calorie tray was wrong and I needed a new one, that violates IMPP 10-106D because the 2800 is a medically prescribed modified diet. They also violated Title II of the Americans with Disabilities Act... The also violated my 8th amendment rights under the U.S. Constitution by engaging in cruel and unusual punishment by denying me the appropriate diet tray which can result in significant harm to me in the long term. ... Aramark violated IMPP 10-106D because they gave me a 2800 calorie tray that had a cinnamon roll instead of the 3 slices of white bread I normally get. A cinnamon roll will spike my sugars considerably so I could not eat it which means I was shorted a significant portion of my meal tray after I had taken insulin... "I took breakfast insulin at 3:04am that day, eating breakfast at 3:42am... The long term effects of high blood sugar are serious and severe. Aramark's repeated refusals to do things correctly over the last 1.5

Pg 200

years I have been here, including this specific incident, will
have detrimental effects on my health. It is very
difficult, if not impossible, for me to properly control my
blood sugars if Aramark continues to be recklessly and
deliberately indifferent to my nutritional needs as a
diabetic. Please help me make sure Aramark is
following the rules, and their contract, so that diabetics
such as myself don't suffer serious health problems
in the short and long term. Also please train these CO's
to fix a bad meal tray when it's called to their
attention. Thank you." On 2-25-2021 "M" responded,
"I have talked with Aramark regarding this issue along
with sent your similar issue grievance to them for response
and to help rectify this situation. I have also redirected
staff on this issue."
On 3/24/21 via Form 9 I sent to Unit Team I complained of
my meal at lunch being delayed due to the AFSD Julie Hay not sending
my tray down on time, when finally got corrected after way too much
time passed it was wrong, and all of that put me at severe risk of a
low blood sugar to the point I had to yell out the cell for a long time
multiple times due to feeling my blood sugar dropping and needing my
tray corrected. AFSD Hay was on duty that day at lunch and in
charge of the kitchen. Nurse Ladwig gave me 8uR of insulin instead
of 12uR at my request because meals where delayed. This was at
10:30am. I had 2 slices of bread and an orange, but no protein.
I had saved it from breakfast in case of meals/insulin
being delayed because it happens so often. Still dangerous though
w/o protein because that type of food metabolizes like

pg 201

3 spoonfuls of sugar and won't keep my sugars up for more than 1.5 hrs from my experience of 25 years. At 11:15am CO Lathum and CO Cervantes came to my cell A1-142 @ EDCF and said "Aramark forgot your tray", which was a 2800 diabetic tray. They'd order it. At 11:45am I pressed the emergency call button and spoke w/ CO Tallman in the control bubble. He answered but only after 8 or 9 mins. I told him I am diabetic and asked if Aramark had brought my tray. He said no. I asked him to call Aramark to ask them to hurry since I had taken insulin @ 10:30am. He refused saying they aren't allowed to call on radio for things like that and Aramark doesn't have a phone on them. He said to wait for floor CO's to come around for tray pick up. I worked in the kitchen, they have a phone in the office, all have radios, CO's all the time call for them to fix trays etc. He lied. I told him my sugar was dropping this is an emergency but he still didn't do anything. CO Lathum gave me oranges and milk and said they'd get my tray. At 12:45pm SGT Austin (OIC) and SGT Simpson finally gave me my tray 2hrs 15mins after insulin! I immediately hollered because AFSD they forgot my 2 slices of bread per my menu shorting me 26 carbs which is very dangerous since my carb to insulin ratio was around 5 or 6 to 1 meaning missing 26 carbs would drop my sugars out. SGT Austin came by but said "Aramark doesn't have bread" and refused to fix it. I told him they do and it's in a black storage top wrapped 2 slices each in seran wrap in

DO NOT WRITE BELOW THIS LINE

the area special diets / CRD's are made plus more in the freezer. He still said Aramark didn't have it. This is of course a lie because AFSD Hay herself has told me, "We always have bread," in a grievance response on 3/25/21 Form 9. AFSD Hay just refused to send it down even though it was a part of my prescribed medical diet. The CO's gave me xtra milk and oranges thankfully otherwise I would have dropped low but I can't rely on them, as evidenced w/ my struggles I described above, so that risk of a low is real when AFSD Hay refuses to fix her mistakes.

On 3/24/21 in a Form 9 addressed to "Aramark – Mr. Weaver or Mrs Hay" I said, "Again, I am having problems w/ my 2800 diet for what feels like the millionth time. Aramark supervisors clearly did not check the meal cart before it left the kitchen at dinner tonight and CO's did not verify the cart. I say this because they forgot my diet snack sack. That is all I have to keep my blood sugars up in between meals because I have no canteen. I have complained about this, and other issues w/ my diet, for over a year. Recently, in the last month and a half, I have had at least (5) seperate incidents where I didn't get a diet sack, didn't get the bread in my diet sack, didn't get a proper 2800 diet tray and instead got a regular tray labeled as a 2800, and I have grieved every single one. You have told me you'd fix it but it is still happening. Please tell me specifically what you are willing to do to fix this problem please. At this point I think I deserve that, especially since I went to the hole over one of these incidents last month.

DO NOT WRITE BELOW THIS LINE

Btw, I got my diet sack 30mins after my tray but this should not happen and is extremely stressful on me."
AFSD Hay responded, "We have verified that all items are on the cart. If the CO's are giving the wrong stuff to the wrong person we can't fix that."

On 3/25/21 Form 9 (seperate) addressed to "Aramark - Mr. Weaver or Ms. Hay" I said, "CO Austin in A4 forgot to order my 2800 tray for lunch on 3/24/21. When it was finally brought to me at 12:45pm it was missing the bread. I immediately (talked) to CO Latham. It never got fixed. Austin said you said you didn't have bread. I told him you have bread in special diets in a black tub. The bread is wrapped in seran wrap plus there is bread in the freezer. He still claims you said you didn't have it. I don't believe that at all. I am tired of having my diet messed with. Why are Aramark supervisors not verifying trays leaving that kitchen for seg? FSS Pinkerton (Seg supervisor) should not have allowed that to happen. I want him held accountable and for the constant mistakes to stop. Twice in one day is ridiculous." AFSD Hay replied, "We always have bread. Let me talk to him."

On Form 9 dated 3/25/21 (different one) addressed to "Aramark Mr. Weaver or Ms Hay" I said, "I was given a 2800 tray (styro) for dinner on 3/24/21. It was labeled 2800 but it was a regular tray as far as the food inside. (1) cake, (1) Roll, homestyle scalloped potatoes, (1) portion diced carrots. Aramark also forgot my 2800 snack sack. CO Patterson had to call for it to be delivered. The 2800 tray should have been plain scalloped potatoes, meat seperate from potatoes, (2) portions diced

**DO NOT WRITE BELOW THIS LINE**

carrots, no cake, and bread. This type of stuff is happening
way too often. This is my 4th or 5th issue in a month, you
guys keep saying it will get fixed but it doesn't. Something
needs to change in that kitchen to ensure accuracy and
consistency. I don't expect perfection but this is happening
way too often. If supervisors and CO's are both supposed
to be verifying carts how can this still be happening?
AFSD Hay replied, "Not sure, you are the only one
complaining about the 2800 tray."
On 4/3/21 I sent a Formal grievance to Unit Team Supervisor
Buchanan. I said, "I have informally grieved issues with my
2800 meal tray 10 different times from 2/3/21 to 3/27/21. Today
is now the 11th time Aramark and/or CO's have messed
up my meal tray recently. I am beyond sick of this! Today
on 4/3/21 I recieved frosted flakes when per Ms. Hay,
AFSD, I am to recieve unsweetened dry cereal. Per IMPP
10-106D and per Centurion's Provider, this violates my medical
modified Dash diet (2800). This is discrimination for me
having diabetes and retaliation for complaining about issues
related to my diabetic care. Violates Title II of the ADA.
UTS Buchanan forwarded to AFSD Hay. She replied, "Your
attachment is not a diet sheet we use - not sure where
you got this." I had attached Form 9's dated 10/7/20,
the Diet Guide she gave me when she replied to the Form 9
on 10/7/20 AFSD now is saying she knows nothing about,
and attached 3 Form 9's dated 3/25/21, Form 9 dated 3/24/21
Form 9 2/23/21 w/ 4 pages written attached, 2/11/21 Form
9 too all detailing diet issues that were her fault
and other FSS's fault too.

P. 205

A) Form 9 dated 10/27/2020 to Aramark "Julie Hay" I said
"Something needs to please be done about the inconsistencies
with meal service, I'll give Monday, October 26, 2020 as an
example. Got breakfast carts at about 11am, lunch 11:30,
and dinner at 6pm, I am type 2 diabetic. My insulin
can't be given to me until trays are physically in the pod
per nursing. So when meals are early, late, so forth my
insulin gets messed up. →, (continued from there)

B) AFSD Hay replied, "We have to stay on a consistent schedule.
Form 9 dated 12/8/2020 to "Aramark, Kitchen Attn's Weaver"
I said, "Myself and others were not given our diet snacks
at dinner on 12/8/2020 about 5pm. I asked CO Walling
about it and he said the kitchen was gonna bring them
down when they still hadn't the CO called again and
they said they were "working on it". I am type 1
diabetic and need that snack sack to maintain healthy
blood sugars. Not recieving it violates IMPP 10-106D.

C) There is no excuse for us not recieving our medically
approved modified diet sacks. This needs to be fixed
so it never happens again."
AFSD Hay replied, "Will check into this" and signed
her name "Julie Hay".

D) Form 9 dated 1/15/21 to "Aramark -Julie Hay" I said
"Whoever did diet sacks for dinner today messed up, I
am on 2800 diet, For lunch regular menu was served
grilled bologna and cheese but 2800 was given a
hamburger patty, which is fine. What isn't fine

Pg 206

A) is the fact we're given leftover grilled bologna and cheese sandwiches for our 2800 diet sacks @ dinner. That is very perishable and robbed me of bread and protein for 24 hrs because that sandwich can't be kept for more than 2 hrs w/o refrigeration. I have complained for over a year about this but stuff like that keeps happening. Can you please ensure diet sacks are made right, I wasn't allowed grilled cheese at lunch so

B) I don't know how it can be given in my diet sacle. That's crazy."
AFSD Hay replied, "Will look into this".
Form 9 dated 1/18/21 to "Aramark Julie Hay" I said,

C) "Aramark supervisor Garcia denied me a proper 2800 calorie diet tray today at breakfast. It was grits, peanut butter, milk, and should have been 3 slices of white bread for 2800 but he gave me the regular tray that had a dinner roll. The dinner roll wasn't even 2 oz like it is supposed to be so I get robbed of 19 carbs. This is unacceptable. A supervisor should know better, especially Garcia. Please educate him on this. He kept trying to tell me regular tray and the 2800 was the same thing but it is not."
AFSD Hay replied, "Breakfast is often the same

D) tray, I will let him read this."
Form 9 dated 2/3/21 to "Aramark - Ms Hay" I said,
"Hello, I have noticed whoever is doing the snack sacks for the 2800 calorie diet has periodically been forgetting to put bread rolls in our sacks. This has happened several times in the last

Pg 207

A) 2 weeks and happened again tonight. Can you please
Remind the person prepping those sacks that we
get bread rolls in our diet sacks? Thank you
for your help". It should be noted I said bread
rolls because at this time I hadn't recieved a
diabetic menu, nor the ACS MNT Manual, so I
was unaware the dietician for ACS had in fact

B) listed sliced bread for our snack sack.
I had repeatedly asked for sliced bread up to
this point as a reasonable accomodation to the
snack sack but per AFSD Hay had been told
bread rolls were what our diet is supposed to
get, which was a lie, In response to the

C) 2/3/21 Form 9 above AFSD Hay said, " Will
look into this ".
Form 9 dated 2/25/21 to " Aramark - Ms. Hay"

D) I said, " May I have a copy of the " Snack
diet sheet" that shows what diabetics get in
their snack sack at dinner? I need it as soon
as possible because I need to prove to the
disciplinary hearing administrator I was supposed
to recieve bread in the snack sack since I am
Type 1 diabetic, Thanks."

pg. 208  AFSD Hay replied, " Attached - hope this helps you
with some of the issues you have been dealing with."

A) Form 9 dated 4/21/21 to "AFSD Ms. Hay-Aramark" I said, "(In regards to you responding on another grievance the menu I attached wasn't the one you gave me) Well, what menu did you give me Ms. Hay? If you have a 2800 calorie menu I would love to have it. The

B) KDOC contracted dietician still hasn't given me one or even responded to my request for one. So, if you have one I would appreciate a copy please. I've been trying to get one for a year now. Thank you."

C) AFSD Hay replied, "attached" and a 105 pages of meal sheets (one for each of 3 meals per day for a 5 week period) were attached.

Form 9 dated 4/16/2021 to "Unit team Horsch" that UTS Horsch crossed his name out then wrote "Aramark" above and forwarded to them I said, "Today at lunch Ms. Macdonald was Aramark Supervisor at window. An unknown inmate was handing out trays. I believe he was a white man possibly in

D) his 30's. The inmate handed me a regular tray with a milk and orange after I showed my ID and asked for a 2800. I said, "I need a 2800," again. He insisted that was a 2800. I said no, not supposed to have blueberry muffin, not supposed to have Turkey Tetrazzini." We (2800 diabetes) get turkey slice, plain noodles, and not supposed to have the cake. He kept arguing, took the cake off then handed me

D3209

A) the tray w/o fixing the rest. His reaction I didn't do anything to fix it." I attached the supervised diet menu AFSD Hay had given me in October of 2021 as proof of what we were supposed to get.

AFSD Hay replied, "This menu is not the one I gave you."

Form 9 dated 6/20/21 to "Unit Team" that was forwarded to Aramark by UTS Reeves I said, "I am not sure who exactly is to blame but I think it's a little bit of both. Between the officers in this pod and

B) Aramark I am not getting my correct 2800 diet w/ snack sack. Saturday's dinner I got tortilla chips and no bread, I should have got 2 slices of bread on my dinner tray and no tortilla chips. Sunday's lunch I didn't get my 1 slice of bread. Sunday dinner I got 2 pieces of cornbread instead of 2 slices of bread. Monday's

A) dinner they gave me cake on the tray then gave me a hp sack instead of the 2800 sack (shorting me 2 pieces of fruit). The officers gave me 2 extra oranges they had so they made it work but that's ridiculous. What I am supposed to get on my tray is on the "diet meal plan" sheet for each meal. There

D) are 105 of them (each meal of 5 week menu). I have a copy of that. I know what I am supposed to get and so do they, I also have a copy of the "snack diet sheet" which shows what I get on my snack sack and so do they.

pg 2/10

A) If officers are verifying the carts like they are supposed to even if Aramark screws up they should catch it. My guess is the officers are not ensuring My 2800 tray is in the meal cart always and they aren't making sure My 2800 snack sack is in there two. Aramark isn't supervising inmate Staff and ensuring they put the correct staff on the meal tray itself. Please work w/ the officers and Aramark to fix this asap. Thanks."

B) AFSD replied, "The trays for the 2800 meals are being sent out as requested — 1 protein, 2 vegetable, 1 starch, bread, fruit, milk —".
Form 9 dated 7/11/2021 to "Unit Team" (UTS Brian Reeves)

C) I complained about getting frosted flakes instead of bran cereal causing My sugar to spike to 410mg/dl I had to because it was the only thing I got to eat @ breakfast except for eggs and milk and juice. I detailed this on Count for Defendant UTS Brian Reeves. Also several other diet issues too.

D) Form 9 dated 7/18/2021 to "Unit Team" (UTS Brian Reeves) I complained of spoiled turkey in diet sacks. This is detailed on Count for Defendant UTS Brian Reeves. Reeves response indicated Aramark was made aware.

P. 211

numerous incidents of AFSD Hay and her FSS's working on her shift not complying with my medical diet and refusing to fix it when it was brought to their attention as detailed in Count 5    related to Defendant UTS Brian Reeves.

Viewing the appendix to the KDOC—Centurion contract dealing with minimum required staffing levels, and by observing and asking nurses what their staffing levels are at a particular moment, that the overwhelming issues w/ Nurses coming too early/too late for my insulin causing me severe medical problems w/ blood sugars are being caused overwhelmingly by understaffing of nurses by the Regional Medical Director.

Per a definition in IMPP 10-106D (KDOC document) the "Departmental Clinical Health Authority: The physician Medical Director (Regional Medical Director) of the agency or organization responsible for the provision of health care services for the KDOC. This position has full clinical autonomy and responsibility for clinical health care issues within the KDOC." RMD could have fixed my issues but refused to.

On letter dated 12/7/2021 Regarding my diabetes care Clinical Reviewer's recommendations forwarded to Centurion's Regional Medical Director. Details in Count _____ for Defendant KDOC Clinical Review (FNU)(LNU). RMD failed to fix problems at all.

Undated letter by KDOC Clinical Reviewer late April 2022 per stamp on appeal form, to SOC Designee Darcie H. RE grievance AA2022299 diabetic issues details of which are on Count _____ for Defendant for Clinical Reviewer.

RMD failed to fix problems at all!

Pg. 286

At lunch on 12/30/21. I was not given my milk, per my individualized medical diet (1800) for my type 1 diabetes. I was given a bread roll instead of sliced bread, I was given ~2 cups of beans, 2 portions of mixed veggies (corn, carrots, green beans), 1 soy patty, 1 bread roll, and an orange. Per the 1800 diet sheet (Aramark can provide). This violates my diet in terms of portions. This also violates my diet because per APRN Stuart on my October 26, 2021 chronic care appt. she updated my diet medical orders to say I am to get sliced bread instead of bread rolls on my trays and snack sack to help me better control blood sugars. Portion control, sliced bread instead of the homeade bread rolls that vary in size, and ensuring I get exactly what my diet says, no more and no less, is critical to help me control my out of control blood sugars, as medical can verify FSS Pinkerton, on 11/4/21 at 11:40am, refused to give me sliced bread when CO Taylor asked saying, "It doesn't matter what bread he gets". It does because it pg. 262 has a huge effect on blood sugars.

12/30/21  2:02pm I spoke to Lt: Austin and CSI Grimmett.
So, I recieved insuline 11:26am from Nurse Carter
I recieved meals from CSI Grimmett, CO Rose,
Latina CO @ 12:23pm. At that time Grimmett
told me missing a milk but Aramark is
bringing it down. When latina CO and CO
Rose came by for tray pick up I asked
about milk. Rose said Aramark will bring
it down at the time they pick up meal carts.
CO Rose took the meal cart outside for pickup
@ 1:08pm. At 1:26pm I rang into the bubble.
A male CO said he'd let Grimmett know I
hadn't got the milk. A few minutes later
I did this again. After 20 minutes of waiting
and still no milk I hollered at Grimmett. He
said Aramark said they are bringing it down. He
called FSS Pinkerton and Pinkerton said he'd
bring it down but didn't. He talked to AFSD
Hay and she said, "We're working on it". I
explained the urgency. Finally, at 2:02pm
Lt. Austin and CSI Grimmett gave me the
milk. Just prior to that when I spoke to
Grimmett I asked what happened. He said
he forgot I moved up to 262 from 128 so
only ordered 11 milks instead of 12. That's
Pg. 263  why I got shorted. On top of that Aramark

FSS Pinkerton didn't stick around so CO's could verify meal carts in the sally port. So, Grimmett didn't know he was short until beginning of meal pass. He asked for the milk multiple times but, as I said, it was never delivered by Pinkerton. Lt Austin brought it down himself. Lt Austin told me to send him a Form 9 so he, "could look into it." I did but Lt Austin never responded. I got the milk @ 2:02pm. The 2.5+ hour delay in getting that milk after insulin put me at risk for a low. I had to eat my snack back. This then shorted me for my afternoon snack. I got the milk eventually but this sort of thing causes me lots of problems controlling sugars and is another example of the FSS's, including Pinkerton, completely refusing to give me my medical diet, putting me at risk for lows, and KDOC command staff refusing to hold them accountable for it and prevent future risk of harm.

① Count 25 Defendant Warden Tommy Williams @ EDCF
Violated my 8th amendment rights of the U.S. Constitution
② Supporting Facts:

Regarding my unnumbered grievance on missing grievances Form 9
dated 12/19/21 Williams lied on official documents
trying to conceal him ignoring my grievance which was clearly
about me not getting grievances answered, them being
destroyed by UTS Reeves, those were about urgent medical
diet issues causing me harm and I needed his help
but he ignored them then tried to lie to cover it up.
SDC Designee Darcie H. gave him a letter telling him to
answer me on this on 1/21/22. He stamped recieved on
1/31/22. Williams then lies and dates a letter to
CMII B. Walmsley as 1/4/22 and says," Attached is
the original grievance submitted by above offender.
Please respond and return to offender for his response.
Thank you for your attention to this matter." So, first of
all the Warden admitted he had my grievance the whole
time and ignored it on purpose. Second, he lied about
the date he sent the letter. He got told by Darcie
@ SDC's office on 1/21/22, stamped he got it on
1/31/22. Walmsley didn't respond to me until 4/13/22.
Am I to believe Walmsley sat on this for 3 months?
Nope. CS1 Kincaid @ LCF sent me a letter on
3/28/22 that said, " (see next page) These are
the 3 unnumbered grievances of which this one about
missing grievances is one of them.

A) So, clearly Warden Williams forged a date to make it look like he complied. I sent the appeal to the SOC, remember, on 1/15/22. Why would I do that and note on the appeal I had no grievance # if I had a response? So, since he knew it

B) made him look bad he tossed that hot potato to his subordinate CMII Walmsley by forging the date to 1/14/22 to make it look like he stayed within the grievance response times, which he didn't. In addition to all that nonsense he didn't help me solve any problems that the missing grievances were about.

On an unnumbered grievance form 9 dated 12/14/21 regarding my delay in medical care for scrotal swelling, skin cracking and bleeding, I sent the formal to Warden Williams on 12/31/21 per grievance procedure along w/ Form 9 and attached pages. On the formal to Warden I said, "It has been 10 calendar days and

C) I haven't received a response yet to my Form 9 regarding why I had not got a sonogram yet and why I still haven't been taken to the hospital for my testicular infection, or whatever it is. As I said, this has been going for 3½ months since Sept. 9, 2021, I finally got my ultrasound but still haven't gone to the hospital, my skin is cracking and bleeding, is still painful, my swelling continues, and have been off antibiotics despite my objections since Sunday Dec. 12. Since my Form

D) 9 on 12/14 ARNP Knipp came by on 12/15 in response to my sick call and said I am on list for ultrasound. On 12/17/21, in response to my sick call ARNP Johnson said I am still on list for ultrasound, won't give

me antibiotics because of possibility for C-Diff. I still objected to being off them and asked to be taken to the hospital but she said no. Unclear why. She just said "it's a process" and insinuated I will have to wait. What I still need is this:

1) Why wasn't I seen for a sonogram in Sept, Oct, Nov, or Dec up to Dec. 22?

2) Why haven't I been allowed to see a urologist?

3) Why haven't I been taken to the hospital despite 3.5 months of waiting, multiple rounds of antibiotics not solving the issue, and medical staff being unable to diagnose what I am suffering from?

4) I want to go to the hospital asap please.

5) I want my 12/14/21 Form 9 back too please.

By 1/14/22 still no response from Warden Williams so per grievance procedure I forwarded to SOC.

On 1/21/22 SOC Darcie Holthaus sent a memo to Warden Williams telling him to respond to me about this delay in medical care grievance, along w/ others. It was stamped recieved by Warden Williams as 1/31/22. Warden Williams sent to CM II Walmsley for review per grievance form saying, "CM II B. Walmsley for review". Walmsley didn't respond but sent to UTS Reeves. Reeves ignored my issues as I stated on Count                    for Defendant Walmsley. Warden Williams knew this and deflected his responsibility to resolve this issue by getting rid of this hot potato to lower ranking staff.

Regarding Form 9's dated 9/22/21, 9/25/21, 9/25/21, 9/27/21 regarding delays and poor timing of meals and insulin due to understaffing of nursing, C.O. interference, Aramark not delivering meals properly on time causing me serious medical problems w/ Type 1 diabetes including highs, lows, risk of coma, as well as UTS Reeves not responding to my grievances in direct violation of grievance procedure and KDOC rules.

I sent Formal to Warden Williams on 10/17/21 but he never responded nor redirected any KDOC, Aramark, or Centurion staff to better coordinate timing to prevent me from suffering serious harm/risk of harm.

He also directly ignored an order from SOC Darcie H. to respond to my grievances dated 1/6/22 and marked as received by the Warden on 1/26/22. Still, refused me response or resolution to my urgent medical issues.

On 1/6/22 SOC Designee Darcie H. sent Warden Williams a letter about this grievance involving Nurse Myers continuing to be sent to give me insulin, giving me insulin too early putting me at risk of lows, other nurses causing me risk of lows/highs and actual b.s. problems

causing me severe harm w/ my Type 2 diabetes.
She told him to respond to this grievance and
one other attached to this same letter as I
described in Count _____ for Defendant
Darcie H.

He refused to respond despite her direct order
and never ensured my medical problems w/
timing of insulin were resolved nor even
ensured UTS Reeves returned my grievances
in violation of inmate rule book procedures.
On 10/28/21 I had sent Warden Williams
a formal grievance over these grievances and
he never answered or returned my papers.

On 2/8/22 grievance CA22560 RE nursing not
doing timing of insulin correctly/safely and timing
of meals not done correctly/safely causing me
serious medical problems. Was finally responded
to by Warden Williams. He said, "Findings
of Facts: Your grievance was recieved and a
review into your allegations has been completed.
Conclusion made: After a review of the
applicable documentation, it was determined
the response provided by UTS B. Reeves is
appropriate regarding your issues. Action taken:
Appropriate steps have been taken to ensure
the process has been properly followed."
Despite 5 pages of documentation, the fact I
proved these were new incidents not before grieved
he still ignored my severe medical concerns.

The details of grievance CA 22540 that Warden Williams had access to and been given by me are detailed on Count _____ for Defendant UTS Brian Reeves.

For grievance CA22546 I sent my formal to Warden Williams @ EDCF on 12/14/21. I wrote a letter which said, "(see next page)

To Warden @ EDCF   12/16/21        pg.1

(Form 9 12/9/21)

First, UTS Bucholtz is my Unit Team, not Reeves, and he should have done an investigation of my very serious allegations. Reeves has never solved a single medical or medical diet issue of mine since I have been in seg starting on 6/24/21. He has bungled and done a very poor job investigating my grievances including when Myers denied me insulin when I was in gen pop on 5/6 & 5/7 and he got involved when UTS Buchanan did not respond to my grievance in time and I sent it to Warden Butler per the grievance procedure. Mr. Reeves could have easily verified my medical records, which I gave permission to view, to see I was not given my Humalog insulin on 5/6 and 5/7 but he chose not to. He didn't speak to Nurse Wolffe or ADON Vaughn, whom I listed in my grievance, who verified Humalog was in fact in the med pass fridge the whole time, apologized to me, got my orders on the MAR fixed, and encouraged me to file a grievance so they could have DON Chapman respond, which I did. Reeves never spoke to Nurse Myers, only spoke to CSI Grunnett who wouldn't know anything about my time in gen pop since he is OIC in BCH during the day (6am-6pm) when these incidents occurred in gen pop at between 9pm-10pm on 5/6 and ¥ 4am on 5/7. He made zero reasonable effort

pg. 271

"... CO to investigate my claims in that instance of denial of insulin, as did his supervisor UTM Hoepner. Here in this grievance with Nurse Tittsworth and Moses he has done next to nothing to investigate. Did he see if I recieved insulin @ dinner on 12/2/21? If he had he'd know I didn't because Nurse Moses refused to come back when meals arrived, like she is supposed to, and give me my insulin after a recheck of my blood sugar. He said he spoke to B-CH clinic. What the hell does that mean? Who did he speak to? The record will clearly show I was not given insulin on 12/2/21 @ dinner. CO Rose was witness yet he never spoke to Rose. I listed her in my grievance as a witness. Reeves claims I am in the isolation cell for multiple staff batteries but this is a lie. I was charged with 4 assaults, not batteries, and a dangerous contraband charge stemming from incident of Nurse Tittsworth denying me insulin at H.S. on 11/29/21 and breakfast on 11/30/21. The batteries were on 6/24/21 and 7/4/21. I have been in B1-128 since 11/30/21. On top of that Reeves misspelled Nurse Tittsworth's name twice in his letter, which combined with all the other above" ...
       (see next page)

p. 272

mentioned lies, mistakes, lack of efforts to investigate, and general nonsensical nonsense from UTS Reeves in this instance and many before, including him destroying 34 of my grievances to subvert my attempts to grieve my prison conditions, just goes to show how committed he is to making sure I suffer as a Type 1 diabetic prisoner at EDCF who dares to speak up when his civil rights are so blatantly and repeatedly violated.

## Remedy:

1) Properly investigate my grievance. You have my permission to view my medical records in their entirety.

2) I want Nurse Tittsworth fired for denying me insulin at H.S. on 11/29/21 and breakfast on 11/30/21. She does work here. An Alpha Roster I got from the law library last week says she is here, her name is Katrina L. Tittsworth, she is a nurse in the Clinic, and started work on October 19, 2020.

3) I want Nurse Moses fired for denying me insulin at dinner on 12/2/21.

4) I want all my diabetic supplies KOP asap.

5) I want UTS Reeves fired for retaliating against me

On a letter dated 1/14/2022 regarding grievance CA22546 Warden Williams said, "Findings of Fact: Your grievance was recieved and a review into your allegations has been completed. Conclusions Made: After a review of the applicable documentation, it was determined the response provided by UTS B. Reeves is appropriate regarding your issues. Action Taken: Appropriate Steps have been taken to ensure the process has been properly followed."

So despite my facts listed on form 9 dated 12/9/21 w/ 8 pages attached and detailed in Count        for Defendent Reeves        ; as well as the 3 pages I specifically wrote to Warden after UTS Reeves gave me multiple letters on this grievance and I debunked Reeve's lies and Misrepresentations, and the fact I had alleged I was denied insulin multiple times and listed easily verifigble times, dates, places, witnesses, facts, and Williams could have viewed video to see I was telling the truth about Moses and Tittsworth, and by the time he had responded Lt/0 Webster had found me innocent of assaulting Tittsworth, and I gave him permission to view My MAR to see I was denied insulin he still refused to help me.

pg. 274

A) (1) Count 26 re: Defendant Unknown Food Service Supervisor (FSS) violated my 8th Amendment rights of the U.S. Constitution, EDCF

(2) Supporting Facts:

B) On a Form 9 dated 8/26/21 sent to "Unit Team" I complained, "A few days ago I sent in a Form 9 about the same issues. I have not recieved any response and these issues are still ongoing. Since the last Form 9 I have had 5 of my meals messed up and my snack sack. 8/25/21 at breakfast I got buns instead of 3 slices of bread that menu says I am to get. I was shorted at least 9 carbs. 8/25/21 at lunch and dinner I didn't get sliced bread. On 8/26/21 breakfast didn't get sliced bread. On 8/26/21 at lunch they gave me a regular tray instead of a 2800 and just labeled it 2800.

C) At 8/26/21 dinner they forgot my snack sack so CO. Rose had to cobble together a sack for me. They didn't give me sliced bread at dinner. As I have explained many times this messes up my blood sugars when they do this! I want someone to enforce the contract and make Aramark follow their own menu. Please respond Asap." UTS Brian Reeves Responded, "The issue has been recognized and is being addressed at a higher level than mine." Also, there was another instance on 9/11/21 I complained of

D) on same grievance at the Formal stage to UTS Reeves on 9/11/21 to which I said, "Aramark forgot a 2800 breakfast tray per CS1 Gadberry ..." Since CS1 Gadberry refused to fix it I had to accept a Regular tray which included Coffee cake, which could spike sugars. All because Aramark didn't send my tray at all.

A) Form 9 dated 6/28/21 to "Unit Team" sent to Aramark by UTS Brian Reeves I detailed multiple issues w/ my meal trays and diet snack sacks over several days. I don't know which FSS is to blame but it was whoever was on seg line for those times. This is detailed on

B) Count _____ for Defendant AFSD Julie Hay.

Form 9 dated 7/1/21 to "Unit Team" (UTS Brian Reeves) I complained of being shorted 1 slice of bread on my 2800 tray at lunch on 7/1/21. I detailed this on Count _____ for Defendant UTS Brian Reeves.

C) Form 9 dated 7/11/21 to "Unit Team" (UTS Brian Reeves) I complained of several diet issues. I detailed these on Count _____ for Defendant UTS Brian Reeves. Multiple incidents on multiple days due to FSS for seg line not ensuring my diet was followed. Caused blood sugar to spike to 410mg/dl at lunch on 7/11/21.

D) Form 9 dated 10/27/20 to "Aramark - Julie Hay" I complained of meal issues on 10/26/20 @ breakfast. and various inconsistent delivery of meals causing blood sugar problems, which is the fault of FSS Seg line Supervisor. Detailed on Count _____ for AFSD Hay.

Form 9 dated 12/8/20 to "Aramark Kitchen Attn: Weaver" I complained of not getting diet snack. Fault of FSS Seg Supervisor at dinner on 12/8/20. Detailed on Count _____ for AFSD Hay.

pg 276 Form 9 dated 1/15/21 to "Aramark Julie Hay" I

A) Complained of issues w/ diet snacks at dinner, issues w/ meals in general and before 1/15/21. This is the fault of FSS Seg line Supervisor. I detailed on Count _____ for Defendant AFSD Hay.

B) Form 9 dated 2/3/21 to "Aramark Ms. Hay" I complained breadrolls missing from snack sacks multiple times prior 2 weeks. This is the FSS Seg line Supervisor's fault. I detailed this on

C) Count _____ for Defendant AFSD Hay.

Form 9 dated 7/18/2021 to "Unit Team" (UTS Brian

D) Reeves I complained of spoiled turkey in our diet sacks, including mine, at dinner on 7/18/22. This is the fault of the FSS Seg line Supervisor. I detailed this on Count _____ for Defendant UTS Brian Reeves.

Pg 277

A) (1) Count 27 : Defendant Marsha Bos Classification Administrator @ EDCF violated my 8th amendment rights under the 8th amendment rights under the U.S. constitution.

(2) Supporting Facts :

B) On 3/31/21 "M, Bos Classification Administrator" on KDOC EDCF letterhead sent me a grievance response to my formal grievance and Form 9 attached dated 3/2/21 detailing my request for EAI to preserve video on 2/10/21 for evidence Aramark lied about giving me bread in my snack sack, putting me at severe risk of low blood sugar, and EAI saying it wasn't available. She said, "Findings of the Facts: Your grievance was forwarded to me regarding your request to preserve the video from A cellhouse. Conclusion made: You also claim you are being discriminated against because of your diabetes by not getting bread in your snack sack.

C) I reviewed the reports and found that staff addressed your complaint during meal line, but you were not satisfied with their answer and made threatening and disrespectful statements during that interaction. I checked with medical and food service @ you are a 2800 calorie diet. At supper time, you are to recieve a snack sack that would contain peanut butter, bread, and some type of fruit. I cannot prove that they were discriminating against you due to your diabetes since there was not any bread in your snack sack. It may have been an oversight or mistake by food service, because you stated they were to send some down to the unit. I have spoken with the Food Service Supervisor about this incident to make sure it does

D) not happen again. You requested that the video footage from 2/10/2 in A cellhouse be preserved by EAI to support your claim in your grievances that bread was not brought down to A cellhous that night for the snack sacks. EAI responded to you that the video was not available for that date and you do not believe that the video is not available. I checked

Pg. 278

DO NOT WRITE BELOW THIS LINE

A) into this and the video is not available for that date. Action taken: Nothing further". She purposefully misstated what I said on my 3/2/21 Form 9 as I stated on _____. Aramark claimed they sent the bread down on a _____

B) Form 9 response _____ not me. I stated clearly they lied. I also stated this in a 2 page handwritten letter attached to the formal grievance that was forwarded to M. Ross by Unit Team along w/ all pertinent details along with my original Form 9 dated 3/2/21. I had also mentioned my parallel grievance on Ms. Macdonald, the FSS who denied me the bread, in my attached 2 page letter which M. Ross made reference to in her response and clearly said,

She makes light of the fact "It may have been an oversight or mistake by food service" when I clearly stated on my attached paperwork not having my bread was a threat to my health and went into more detail on the parallel grievance on Ms.

C) Macdonald she clearly saw too,

She knows these incidents have been occurring frequently long before and since the 2/10/21 incident w/o anyone being held accountable and w/o any discernable improvement in performance by Aramark's FSS's causing me serious harm I described in numerous grievances in explicit detail.

D) On her response she claimed the video for a 5 hour period of time that I had requested (5pm-10pm on 2/10/21) was not available in a Max security prison that had just had riots in 2018 not to mention has so many security incidents on a regular basis at this time that EAT is constantly responding to calls involving uses of force every day on all shifts in which people are getting injured.

B 279

A) This is not likely to be true under those pervasive conditions. She didn't do anything to ensure the diet issues w/ my snack sack were fixed by her own admission when she said,

B) "Action Taken: Nothing Further." All she did was talk to the FSS which was ineffective considering the issues continued w/o any improvement whatsoever. She didn't even speak with the CO's in A1 who worked that night to see if bread was brought down, which they would have been able to verify my account that it wasn't brought down. She whitewashed the whole thing and swept it under the rug.

pg 250

A) (1) Count 28 : Defendant UNK Escorts, Apprehensive, Investigative
EDCF member of KDOC (EAI), violated my 8th amendment rights of
the US. Constitution.

(2) Supporting Facts:

B) On Form 9 dated 3/2/21 to "EAI" I asked, "Please preserve
video in all cell houses, especially A2 where I was on
2/10/21, Please preserve the video from 5pm to 10pm on
2/10/21 for the front doors and for my cell that night

C) which was A2-267. Aramark is claiming bread was sent to the
cell houses for 2800 diet snack sacks. They are lying. I was
denied my bread that night in violation of IMPP 10-106D,
Americans with Disabilities Act Title II, and my 8th amendment
rights under the US. Constitution protecting me from cruel
and unusual punishment. I am Type 1 diabetic and was
denied the bread in my snack sack violating my diet. I have
a grievance being sent to the Warden and need this evidence
preserved please. UNK EAI defendant said, "The video for that
cell house is not available". He/she signed it but illegible and
they did write "EAI" next to their signature and stamped
the Form 9 'Recieved 3/3/2021 EDCF EAI".

D) On 3/17/21 afternoon I recieved the 3/2/21 Form 9 response
and immediately filed a formal grievance due to the fact UNK
EAI defendant refused to preserve the video. I had attached
the Form 9 on 3/2/21 and it was forwarded by Unit Team to
Classification Administrator M. Bos who responded 3/31/2021.
She had recieved 3/30/21 per her writing on the grievance.

Pg. 28 | 1

(1) Count 29 Defendant (FNU)(Madrigal) who is the Health Services Administrator (HSA) @ EDCF violated my 8th Amendment Rights Under the U.S. Constitution,

(2) Supporting Facts:
On Health Services Request Form (Sick Call) dated 2/23/22 @ EDCF I asked for my individual/zed medical dret to be respected and enforced that ARNP Stuart had ordered on my Chronic Care Appt in October 2021. Per the sick call, Nurse Clark let me know that my individualized medical dict was written by Stuart on 10/26/21 for the Shreed bread to control blood sugars, was confirmed on 10/3/2021, and was denied/cancelled on 12/8/21. Per IMPP 10-106D and the Centurin-KDOC contract nobody but Stuart (provider) can cancel this. Stuart said she didn't cancel and has no idea why it was cancelled. I was told in confidence by an Unnamed nurse who wanted to remain anonymous that it was HSA Madrigal who cancelled it, is not a provider, is not even an RN, which means per the rules and state law she was practicing medicine w/o a license. Given I had filed a federal lawsuit on September 10, 2021 roughly about my medical treatment, a DOJ ADA Title II complaint Ongoing at that point, and numerous grievances about needing medical dret changes, compliance, due to it causing blood sugar issues, I believe Madrigal did this to retaliate against me.

p), 282

A) (1) Count 30 : Defendant FSD J. Weaver violated my 8th amendment rights of the U.S. Constitution.

(2) Supporting Facts:

B) On Form 9 dated 12/8/20 to "Aramark, Kitchen Attn: Weaver" I complained of diet issues doing me harm. I detailed this on Count 7 for Defendant AFSD Hay, whom Weaver, the Food Service Director, delegated to in order to respond to me.

C) On 7/18/21 Form 9 to "Unit Team" (UTS Brian Reeves) I complained of rotten turkey In my diet sack. I asked, "I want FSD Weaver held accountable for that". UTS Reeves responded, "The issue is being worked on at this time". That presumably means FSD Weaver was made

D) aware. I detail this on Count 5 for Defendant UTS Brian Reeves.

pg. 283

A) (1) Count31 : Defendant Captain Dale K. Call violated my 8th amendment rights of the U.S. Constitution.

(2) Supporting Facts:

On 9/14/2020 Form 9 to "Warden" @ EDCF was answered by Warden Designee Captain Dale Call. This was an Emergency

B) Grievance and I indicated this on top center of Form 9 w/ the KAR 44-15-106 that lays out such procedure. I said, "Due to Corona Meals and my medications are being significantly delayed and causing me serious medical problems. I am type 1 diabetic. For the last 2 days there has been an 11-12 hour gap in between me getting my breakfast insulin and lunch insulin. I am currently taking NPH for my basal insulin. So my blood sugars are shooting up

C) because there is this delay @ lunch... These delays also put me at risk for lows later in the day because delaying my insulin @ lunch and dinner shifts the insulin cycles and can cause the two insulins I take to peak at the same time and drop me out..."

D) Captain Call replied, "... Due to the current disruptions in food service meal deliveries in the units has caused medical concern but they are meeting your needs..." He is not a doctor. He's in no position to determine my needs medically. Medical Science clearly says my needs are not being met w/ these serious delays and confirm the risks to my health under such conditions due to poor timing of meals/insulin is a direct and urgent

B284 threat to my health/safety which he deliberately ignored

(1) Count 32 Defendant (FNU)(LNU) Centurion Regional Medical Director violated my 8th amendment Rights under the U.S. Constitution.

(2) Supporting Facts:

On letter dated 1/11/2021 the KDOC Clinical Reviewer and SOC Designee Darcie Holthaus sent letter w/ recommendations to correct deficiencies in my MAR by nursing staff @ EDCF over months to the Regional Medical Director for Centurion. Centurion took no action meaningfully to correct the problems and caused me significant harm over more than a year and a half. The details of this are in Count _____ for Defendant (FNU)(LNU) Clinical Reviewer for KDOC

On letter dated 4/15/2021 another instance where the KDOC Clinical Reviewer and SOC Designee Darcie H. sent a letter w/ recommendations to the Centurion Regional Medical Director about issues w/ my timing of meals and insulin, including details of a diabetic coma on 2/8/21. Details are in Count _____ for Defendant (FNU)(LNU) Clinical Reviewer for KDOC

On a continuous basis since at least the last 2 years and counting Centurion has been and is purposefully understaffing nurses (RN's) that provide me my insulin and respond to medical codes (emergencies) in the prison, among their other duties. I have discovered, by talking with individual nurses

harm including high b.s.'s, near ketoacidosis, and physical/financial harm due to her setting in motion events of 6/24/21 when she unjustly per Lenturion rules denied me insulin, Reeves refused to answer these grievances at all and I later discovered he destroyed them by his own admission, His refusal to respond and give me grievances back caused my severe medical problems to persist and be unresolved causing me severe continued harm. The details are laid out on Count _____ for Defendant Darcie Holthaus, SDC Designee,

I had sent a formal on this grievance to Warden Williams on 10/28/21 and it went unanswered.

On 9/15/21 Form 9 to DON Chapman I said, "Nurse Myers did my insulin @ dinner tonight. Why?!!! All the issues with her, the fact I am down in the hole because of her, and you assign her to do my insulin? why? Why is she still working here? I am seriously asking because I don't get it". The new DON (name unreadable) replied on 9/25/21 "Chapman no longer works here — however — we can't just pick and choose w/ nurse you want to do insulin. So I will not re-assign her."

On 10/5/21 I sent a Formal grievance to UTS Reeves about this stating, "Apparently the new director of nursing refuses to re-assign Nurse Myers and prevent her from doing my insulin

Pg. 152

in seg despite the fact Nurse Myers wrongfully denied me insulin on 5/6/21 @ H.S., 5/7/21 @ Breakfast, and 6/24/21 at Breakfast. The 6/24/21 incident led to a use of force, my neck being injured, and my current situation in seg including a couple hundred dollars in fines. I filed a complaint against Nurse Myers (see attached)"... " (see next page)

pg.153

RE  Nurse Myers complaint    Formal Grievance
(10/5/21)
to UTS Reeves

... to the Kansas Board of Nursing about
her repeated denials of my insulin
unjustifiably. I have also named
Nurse Myers as a defendant in a
Federal civil rights lawsuit I filed
in U.S. District of Kansas Court on
9/8/21. I have explained this before
in a total of (3) grievances so far
on 9/15/21, 9/29/21, and 10/1/21.
I have a right to defend myself if my life is threatened.
A use of force against me is likely again if Nurse
Myers continues to be allowed to give me insulin
because 3 times she refused me insulin. The first
2 times Captain Call refused to intervene. I won't
Survive if denied insulin and can be harmed seriously
if I miss even one shot. On 6/24/21 my
blood sugar read "Hi" meaning a b.s. of in excess
of 500 which normally requires hospitalization
yet Myers still refused to give me insulin.
Why? Good question. H/O Webster refused to let
me question her because she was supposedly
not scheduled for the next 30 days. Then H/O Webster
denied looking at cameras because of a "technical error".
I don't think it is unreasonable
pg. 154  for me to ask that she not be

...."assigned to give me insulin. If I was the D.O.N. I wouldn't need to be asked because it would be a no-brainer to have a nurse reassigned who has the history with me she has. This new D.O.N. is deliberately creating a toxic environment for me in this prison where my health will likely be jeopardized again by this same nurse (myers) and has now refused to do anything to mitigate that very real risk. So I am put in an impossible position, which I don't deserve and I have done nothing to cause. It is extremely stressful to know at any time (up to 4 times per day) she could show up at my door and deny me insulin that I need to stay alive. That is intolerable!! It says a lot about Centurion that they are willing to continue to employ a reckless nurse like Myers, after everything she has done to me". .... (see next page)

pg. 155

RE Nurse Myers complaint (10/5/21) Formal Grievance
to UTS Reaves

There is no good reason why Centurion
can't, or shouldn't, fire Nurse
Myers. There is no good reason
for the new D.O.N. to not at
least re-assign Myers like they
did in July/August which made
it impossible, at least per #10
Webster in disciplinary, for me to
question her regarding the 6/24/21
incident.

* I want Nurse Myers fired. At a
bare minimum she should be re-assigned
Resolution / until the KS Board of Nursing
does its investigation and the Federal
Court case is fully litigated.

P.S., Per former D.O.N. Chapman, meds can only
added 10/8/21 be denied if 1) There is conflicting doctor's
orders or 2) The inmate poses a security
threat. On 6/24/21 I posed no security
threat until after Myers denied me insulin.
Prior to denial I wasn't loud, disrespectful,
or a threat. C.O Hennessey lied about what
pg. 5/6 happened. I wasn't allowed to question

"Myers, I called the camera footage as a witness but H/O Webster said she couldn't get I.T. to pull it up due to tech errors. That footage would show I made no threatening moves with my hands or body. If audio was available it would show I made no threats and wasn't a threat. That's the only way I can prove my innocence and they claimed, as they have 2x before when I needed cameras, that it wasn't available. I won't let anyone kill me. If I feel my life is in danger I will defend myself. That isn't a threat unless staff are thinking of putting me in a life threatening situation. That's not relative. Talk to medical and there is very real science that supports my life being at risk if denied insulin. In my law books there is a case after case of diabetes dying in custody due to staff denying them insulin. I am very afraid of"...

(see next page)

pg. 157

Added on 10/6/21
at UTS Reeves' Request.

that happening to me here for a
number of reasons but most definitely
due to Myers being allowed to
give me insulin. That scares the hell
out of me and I don't deserve
that.

Myers denied me insulin on 5/6/21
at H.S. and 5/7/21 (denied my
Humalog) because she said my
Humalog wasn't available. However,
on 5/7/21 at 8am Nurse Wolfe
easily found it in the fridge in med
pass. So, Myers either lied or was
negligent in trying to find it. I
personally doubt she even looked.
She is dangerous!

Pg. 158

On 10/20/21 UTS Reeves gave me a letter in response to my formal grievance about Nurse Myers still giving me insulin despite her unjustly denying me insulin 3x prior putting me at severe risk for further harm in addition to the severe harm/risk of harm she had already unjustly inflicted upon me.

He said, "Findings of Fact: Resident Erwin, Christopher (KDOC# 123578) claims he does not want Nurse Myers to administer his insulin due to fear of escalating symptoms, bodily harm, and potentially risk of death associated with denial of insulin to diabetic person. He claims that she is to blame for the multiple UOFs on 6/24/21. Resident Erwin was advised of change need prior to advancing the grievance.

Conclusions Made: Resident Erwin claim is found to be unsubstantiated at this time, and is therefore unsupported for the following reasons:

1) Resident Erwin is responsible for the uses of Force and Staff Batteries from 6/24/21, per the narratives, DR's, and Disciplinary Hearing regarding the multiple uses of Force and staff batteries.

2) As documented in numerous medical journals and can be verified by any medical professional having a diabetic miss an insulin injection is bad. According to the attached Journal article by the American Diabetes Association

Pg.159

found in Diabetes Care, Volume 24, Supplement 1, January 2004 g hypoglycemia is immediate reaction to excess insulin, a diabetic's meal being delayed or missed, increased physical activity, increased insulin absorption by raise in body temp. There are 2 types of insulin listed Rapid-acting (should be injected 15 min before or immediately after a meal) and short-acting (30 minutes prior).

a) Resident Erwin has not disclosed specific details regarding the urgency of his injections, which could illuminate what can be better done to care for his medical condition; such specifics include type 1 or type 2 diabetes, does he take short of rapid acting insulin, what brand of insulin does he take, what has been the timing between injection and meal.

b) Centurion Nurse Myers has not responded to my email request for a statement or the opportunity to answer Questions. CSI Grimmett is the CSI of B-CH and is frequently present and is the assisting officer when insulin is pass, to include when Nurse Myers is administering the pass. CSI Grimmett stated that Resident Erwin has never been denied insulin by Nurse Myers as claimed by Resident Erwin, but there has been questionable coordination and timing of food service and medical service.

Action Taken: Grievance is found to be unsubstantiated at this "

Since I hadn't got a response in 10

calender 20 days plus 3 days per grievance procedure
I forwarded to Warden Butler on a new formal
grievance w/ all pertinent details. UTS Reeves
dated his letter to me 10/20/21 but he dated
his response on the original formal 10/18/21
to make it look like he complied w/ the
grievance procedures. Yet another example of
him lying to make it look like he was
following the grievance procedures.

On 10/19/21, 10/20/21, 10/24/21, and another on 10/24/21 Form 9's
to UTS Reeves I complained of new and different incidents
of poor timing of meals, insulin, and not getting any
antibiotics to treat my scrotal infection/swelling that
had persisted since 9/9/2021 w/o medical even
knowing why it wasn't going away. Very serious harm
caused to me over months and UTS Reeves
failed to respond to the Form 9's or return them
in direct, blatant, violation of grievance procedures
in a deliberate attempt to subvert my ability to
successfully get my serious medical problems resolved.
On 11/10/21 due to 10+ days passing since last Form 9
w/ no response I sent Reeves a Formal grievance w/
10 pages attached explaining details. I said, "I
combined Form 9's dated 10/19, 10/20, 10/24, 10/24, plus
additional incidents I didn't log with a Form 9 but
are the same types of issues I grieved on the other
dates. Total of (4) Form 9's. (See attached 8 pages)"
[actually 10] "Re timing of insulin, meals, giving
insulin way too early/late, refusing me antibiotics, so on"....

pg. 161

*Don't Destroy*

Formal Grievance to
UTS Reeves sent on
11/10/21

(PG. 1)

(5)

Med pass not giving me antibiotics,
Timing of insulin and meals causing me medical
problems, violates Centurion's protocols.

10/19/21
At 1:54pm
Form 9 (still haven't recieved a response from you yet btw)
on AM medpass white, female, young (20s), medpass
nurse w/ tattoos on both forearms denied me my
Doxycycline 100mg antibiotic for my testicular infection.
She had done this on PM Med Pass on 10/16/21
too. I notified her both times but she just
said she didn't know and went to the next
cell. CSI Grimmett was present I think. I told her
I was fighting a very bad infection and needed it
but she didn't care.

10/20/21
Form 9
still have
not recd
a re
sponse
on you
btw)
Nurse Titsworth gave me insulin at breakfast
on 10/20/21 1 hr 21 min. before I got my meal.
Meals didn't even get in the pod until an
hour after insulin. That is exceptionally
dangerous, she is a RN and knows this but
chose to do it anyways. Got insulin at 3:19am
and food at 4:40am!

Also, Per IMPP 10-106D and KDOC-Aramark
Contract no more than 14 hours should pass
between breakfast and dinner being served.
On 10/20/21 it was 14.5 hours after breakfast
we got dinner. Got breakfast at 4:40am and
dinner at 7:07pm!

⟶

PG. 162

"10/20/21 Also on 10/20/21, Nurse Tittsworth ran out of my Semglee, at H.S. insulin. She came back at 10:58pm for the other 4u. This isn't the 1st time she has done this. She refuses to care no matter how I explain how important it is I get my Semglee on time each day. On 10/19/21 I got it at 8:54pm. So that means I went 2 hours w/ no insulin in my system since Semglee is a 24hr insulin. This huge difference in timing day to day causes inconsistencies throughout the day in my blood sugars, usually resulting in extreme highs. This is a product of her not prepping her tackle box correctly when coming to do insulin, Centurion understaffing nurses, nurses in seg doing insulin and emergency response which always causes delays that negatively impact my blood sugars all the time, and lack of nurses like Tittsworth giving a damn about making sure I as a diabetic get my insulin in a timely manner.

10/24/21 Form 9 (still have not recieved a response from you btw) At 9:45am Nurse Graham gave me insulin for lunch. Meals were not in the pod. I didn't get lunch until 11:34am!" (see next page)

P5.3

That is extremely dangerous! I had to eat my snack Snack which left me w/ no protein for my afternoon snack. That puts me at risk for a low then too in addition to being at risk when I get insulin 2 hrs before meals. She is a RN, knows better, knows Centurion's protocols say not to do insulin until meals are in the pod per former D.O.N. Delperdang.

10/24/21 On 10/24/21 at 9:06pm H.S. insulin my b.s. was 227. I needed 19u Semglee and 6u Humalog. A code popped off though right then and Nurse Titsworth had to leave w/o giving me insulin. She came back at 9:24pm but still. I never know when I will get insulin. The thing is very irregular and it causes me huge issues managing blood Sugars. This is just another reason why Insulin nurses shouldn't also be tasked w/ emergency response. Centurion's contract w/ KDOC mandates they provide sufficient Staff but they aren't and it's causing me lots of b.s. problems. & even Warden Butler locked gen pop down and the Seg nurse also must do gen pop insulin as well as emergency response this creates even more of a hazard for me. KDOC

P5.168

..."also must provide sufficient security staff and isn't which is why gen pop got locked down on 10/5/21 and is still locked down.

10/24/21 Form 9 (still haven't recieved a response on this from you btw) At AM med pass on 10/24/21 Nurse Farner refused me my 100mg Doxycycline antibiotic. CSI Grimmett was a witness. She said she didn't pack my meds but would check. She called Grimmett back and told him I'd get them on PM med pass but she refused to bring them down. Grimmett said another Med pass Nurse stocked the cart then walked off and quit. She got called in from vacation on the fly. While I understand this I still needed my antibiotic. My infection doesn't care about anybody's vacation. She knew and confirmed it was on my MAR but still refused. That's wrong. ARNP Stuart told me how crucial it was I take it on time every 12 hours or it wouldn't be effective against my infection. I have been fighting it since Septemb 9, 2021! Stoff like this puts me in extreme danger." (see next page)

Pg. 5

At 4:09pm on 10/24/21 Nurse Rockwell told me the Nurse who quit packed my antibiotic in the afternoon med pass packet instead of the AM. She gave it to me but many hours late so per Stuart it reduces its effectiveness. CO Wood was a witness to this.

11/1/21 (I haven't documented this on a Form 9 btw) On 11/1/21 at dinner I got my insulin at 4:41pm, meals not in the pod. I asked Nurse Henson if I could have peanut butter because I ate my last snack in the mid afternoon at 2pm and had no food. I had also asked if meals were on their way. He said, "Meals should be on the way". So, I took my insulin. CO Barker gave me (1) packet of peanut butter (1 oz) 20 mins later because she said she hadn't heard carts were on the way. Henson had never gave me anything. I rang into the bubble twice to CO Rose asking for a b.s. check because I felt low. She told CSI Babcock. CSI Babcock and CO Corley gave me an extra snack sack at 6:03pm but Nurse Henson didn't come down. At 6:45pm Nurse Henson did every other diabetic in the pod's insulin. He didn't do my blood sugar. CO Barker was his security and CO Kerr and CSI Badberry were

..."in the pod too. I hollered at the CO's that I wanted to talk to Henson. I asked the CO in the bubble over the intercom to have Henson come to my cell for a Blood sugar check. Henson came over. He said, "Do you want me to get your meal for you?" in a snarky tone since I had asked for a blood sugar check for a low. I brushed that aside and asked him why he gave me my insulin at 4:41pm then came two hours later for everybody else? He said he did mine, realized carts weren't on the way so waited. I said, well why didn't you tell me? Why didn't you give me more snacks given you just gave me 18u Humalog and Barker only gave me 1 pb packet which is 9 carbs and I eat roughly 40-50 carbs at meals? He said, "I know I messed up". CO Barker reminded me she gave me the pb but I said, "Ya but it isn't enough and he knows that". Henson nodded that he agreed he knew and walked off. CSI Gadberry and CO Kerr were also present because they were handing us our meals at the same time."... (see next page)

(P5.7)

11/1/21 (I had not as of yet documented on a Form 9 btw SW) On 11/1/21 at H.S. insulin Nurse Titsworth didn't give me my H.S. insulin until 11:54pm!! My blood sugar was 394! Nurse Titsworth said she was late because, "you can't give H.S. insulin right after dinner and dinner was late". I said, well I got insulin for dinner at 4:41pm. Even if I had got it at 7pm like everyone else that doesn't negate the fact I need my Senglee the same time each day. Senglee doesn't peak so there is no danger giving it to me on time (≈ 9pm) even if dinner was late. Even if I was on R and N (which do peak) I'd still need my N on time because it lasts 12 hours and would mess up blood sugars tomorrow morning if I get it 3 hours late. It would be bad regardless which is why you as the nurse should be giving diabetics their insulin on time, then hand them 2 pkts pb and 2 pks crackers to help them cope with the blood sugar swings that would result from Aramark doing meals late. She knows this because she is a trained R.N. She just wanted to make

P3. 168

excuses for her unwillingness to do my insulin on
time because it wasn't apparently convenient for her.
There was no medical reason for what she did. Medical
issues would be the reason to do what I said not
what she did.

## Remedies

1) Aramark or whoever the food service provider is,
needs to serve meals regularly at 4am, 10am,
4pm plus or minus 30 minutes. I worked in the
kitchen and I know this is doable because I
did it consistently despite the height of the Corona
lockdown, severe understaffing, and even doing it
by myself a time or two. It requires Aramark
FSS's to manage time and workers properly,
which they aren't doing. I need this to maintain
healthy blood sugars. Nursing can't give me insulin
until meals arrive. So we need insulin on time
to maintain healthy blood sugars too so it's all
connected to Aramark bringing meals on time.

2) Nursing staff must give insulin within 30"...
(see next page)

(ps.9)

minutes of meats arriving in the pod so we can eat on time which is important for blood sugar control but also food safety because we can't eat until insulin. Leaving food out for a combined 2 hours will be putting us at risk for foodborne illness. Since Aramark clearly isn't following food temp the longer we have to wait for insulin, sometimes as much as 1 hour after recieving meals, can put us at increased risk.

3) All diabetic supplies KOP since Nursing, Aramark can't be relied on.

4) Discipline all Nurses who refuse to follow procedure for insulin including ones I mentioned in this complaint. What they're doing is extremely dangerous, is not necessary for any reason, and is counter to what any sane medical professional on the street would do. Also medpass Nurse who refuse meds.

5) Discipline all food service Supervisors who fail to follow the Aramark - KDOC contract and effectively manage prisoner-workers so meals are made on time and get into the pods on time (4am, 10am, 4pm +/- 30 minutes). →

6) KDOC must ensure proper staffing for officers and nurses.

" " " 7) I want Warden Butler to return all my papers I sent on 11/14/21 to him as part of the formal grievance. I want him to assign a grievance number and give me a response to my grievance. (I added this when I sent Formal to Warden Butler after UTS Reeves' response but went ahead and included it her for reference)

On 11/12/2021 UTS Reeves responded to this grievance by stating, "Findings of Fact: Resident Erwin, Christopher has submitted a grievance about medical providing insulin to him. Conclusions Made: 1) Issue is a duplicate of previous issues that have completed the Grievance process. Action Taken: No further action required "

Of course that is a lie, Same topic but new and additional incidents, all of which directly threaten my health/safety and were actively doing me harm due to out of control blood sugars, infection, swelling of scrotum, lows/highs, risk of coma for long time periods at this point, He chose rather callously to do nothing. That grievance later was numbered as CA 22560 btw.

On 12/9/21 Form 9 to "Unit Team" (unbeknownst to me my UT Changed from UTS Reeves to UTS Buchdtae on 12/3/21) I

said, "I was wrongfully denied 3 times. On 11/29/21 @ H.S. insulin 10:31pm and at breakfast 3:30am on 11/30/21 Nurse Tittsworth (I spelled Titsworth, one letter off originally) Wrongfully denied me my insulin. Also on 12/2/21 @t dinner insulin 4:29pm Nurse Moses Wrongfully denied me my insulin. This violates my 8th amendment rights under the U.S. Constitution and ADA Title II rights due to discrimination for being diabetic and retaliation for making complaints about my poor treatment for being diabetic at EDCF. (See attached for details)" I attached 8 pages and they read as follows: (see next page)

On 11/29/21 @ H.S. Tittsworth came to my cell B1-100. She was by herself w/ no CO escort. She opened up my meal pass door. I had just argued with the CO in the bubble over the intercom because I was trying to figure out why Nurse Tittsworth was again (this happens often) so very late with insulin. My blood sugars were spiking and I could feel it. The CO in the bubble had ignored me when I pressed the call button so when he finally answered I chastised him about not answering it for a good 5 mins at least. Just as that conversation finished Tittsworth was at the meal pass. I said to her in an agitated tone, "Well, you finally decided to show up." She said, "Hey, you don't talk to me like that." I said, "I will talk to you like that when you show up nearly every night you work 1-2 hours late and cause my blood sugars to be fucked up." At that point she packed up her tackle box with the insulin supplies back up and walked off toward the officer's desk to do other diabetic's insulin. I hollered at her I still needed my insulin and I reached out and grab the box attached to the meal pass and slammed it into the cell next door to get the CO's attention to get Tittswor back to do my insulin. At H.S, I take Semglee, which my 24 hr insulin. It's the most important shot I take all day because meals and insulin are so erratic I need a good background insulin to help keep my blood sugars in check due to the fluctuations in timing of meals an insulin. Nurse Tittsworth knows this and denyed me

pg. 173 insulin because I pissed her off. That's not a valid

reason to deny me my life sustaining medicine that if I don't take could lead to ketoacidosis within hours and cause me to go into a diabetic coma. My blood sugars were already high and would go even higher without my insulin. I was very worried and that's the main reason I then got very agitated when she left the pod without giving me my insulin. Nurse Tittsworth claims I tried to grab her but this isn't true. The camera footage should be preserved as witness to this. There are only 2 reasons why a diabetic can be denied insulin per Centurion. One, is if there are conflicting orders on the MAR. Two, is if the prisoner becomes a security threat. At that time Tittsworth denied me insulin and walked away I posed no security threat. She was mad because I pissed her off. If she felt I was out of line she could have charged me with a disrespect DR. She didn't have any justification to deny me life sustaining medicine! She never charged me with a disrespect DR. She overreacted and caused my blood sugars to soar above 600 easily. I don't know how high exactly because she didn't let me check my blood sugar at H.S. on 11/29/21 and she denied me that opportunity again, as well as insulin, at breakfast on 11/30/21. I got scared and thought I was going to go into a coma on 11/30/21 about 6am because my blood sugars felt so high. I had to "... (see next page)

page 3

go lay down because I was in such bad shape. I had no idea if I was gonna wake up and there wasn't anything I could do because Nurse Tittsworth, CSI Gadberry, and the other 2 CO's, wouldn't do anything to help me get my insulin. I will admit I did become a security threat after Tittsworth left the pod at H.S. on 11/29/21 but I am not sorry for this. I was justified given the very serious threat posed to my life by being denied insulin and being trapped in a cell w/ no escape. I was scared for my life and rightfully so. My law books I have detail case after case of type 1 diabetics, like myself, dying in custody because they were denied their insulin and their families suing, and winning, the DOC as a result. I didn't want to die and be another statistic. Again, pissing off a nurse shouldn't result in my life being threatened.

On 12/2/21 at dinner Nurse Moses denied me insulin because my blood sugar was 49. Again, per Centurion, the only 2 reasons for denying insulin can be a discrepancy on the MAR or the prisoner posing a security threat. Now, what I asked was for Nurse Moses to come back when meals arrived. She said she had no idea when meals would be here and CO Rox said the same. Nurse Moses shouldn't have even been giving diabetics insulin per Centurion

pg, 175

"policy when meals aren't in the pod or on the way. But, that's why I asked her to come back when meals arrived. She said she'd do it if I agreed to get re-checked on the Accucheck. I said sure, no problem. Of course I wouldn't have any issue with that at all. That's the sensible thing to do. However, she refused for an unknown reason. She said, "The best I can do is tell the oncoming nurse at 7pm shift change and maybe she can come down". I said, "7pm?!" (It was 4:29pm at the time) I need my insulin at meal time." She reiterated she has no idea when meals would arrive. I said, "Yes, but when they get here you can come back." As I said that she turned to CO Rose and said in an irritated voice, "Let's go". Rose closed the meal pass and they both walked off. The oncoming nurse was Tittsworth. She never came down. My blood sugar at H.S. that night (10:15pm) was 370! I told Moses that would happen but she didn't care. There is no excuse for that! I can't metabolize food w/o insulin! That's why I am Type 1 diabetic. She never should have denied me insulin. On 12/8/21 at 3:42am I got breakfast. At 3:44am I pressed the emergency call button and CSI Chastain answered. I asked where the nurse was".

(see next page)

and is she on the way. He immediately said yes w/o even checking. He does this nonsense a lot. At tray pickup at 4:04am I asked CO Oakafor to call the insulin nurse. He said CCH just called her so she'll be back down after. At 4:17am Titsworth showed up. My blood sugars were 317 largely due to me having ate more than 30 mins prior. My blood sugars are sensitive and I can't go w/o meal insulin very long before they start spiking. This is what is so frustrating about the fact that meals and insulin are so erratic and don't match up consistently day to day. I asked Titsworth for 16uH. She gave me 22uH. I told her I asked for 16uH. CO Oakafor also told her I asked for 16uH. She said, "I'll fix it". I said "no, I'll fix it" and I did. When Titsworth showed up she had thrown down the glucometer on the meal pass ledge and it nearly bounced off. She was clearly irritated and in a bad mood. CO Oakafor commented on why she was in a "shitty mood". She said, "I'm not throwing shit. Look I've got the needle so if you want me to start throwing shit (jokingly) I can." Her behavior when dealing with me since the incidents on 11/29 and 11/30 has been like this. She always behaves in this type of way. At H.S. on 12/7 and at breakfast at 12/8 she'd

go to Taylor's cell in 106 then instead of

84. "mine would pass by my door in B1-128 and go clear to the other side of the pod on the 2nd tier to give Brian Manis his insulin. She'd do mine last. Needless to say this is another example of her passive aggressive attitude towards me. She is highly unprofessional. I am seriously worried she will find some other excuse to deny me insulin. I have an infection in my testes I have been fighting 3 months since Sept. 9. I finally got the Nurse Practitioners to agree to send me to the hospital but only after a sonogram which I am still waiting on. ARNP Wade told me I can't flip out or I won't be allowed to go to the hospital. So, given how Tittsworth is behaving, the fact she denied me insulin twice, I am highly agitated around her. I don't want her giving me insulin because I don't trust her and if she treats me bad or threatens me again I may yell at her then she'll use this as a justification for a DR which would prevent me from getting my bad infection healed.

<u>Remedy</u>

1) I want Nurse Tittsworth fired for denying me "...
(see next page)

insulin on 11/29/21 at H.S..

2) I want Nurse Titsworth fired for denying me insulin at breakfast on 11/30/21. Even though I was a security threat at breakfast that was because she was acting like she was going to deny me insulin again. She usually does when first but walked right by my cell over to the other side ignoring me. That situation wouldn't have happened if she hadn't denied me insulin wrongfully on 11/29 so I really don't think that should count against me.

3) I want Nurse Moses fired for denying me insulin at dinner on 12/2/21. She is a trained RN and knows better. She just apparently felt it wasn't convenient for her to come back when meals actually showed up (they came at 5:10pm). That's no good reason to deny me a life sustaining medication! This is the calibre of RN Centurion feels it is acceptable to employ? I'd hope not. She should be fired.

4) I want all my diabetic supplies KOP. Nurses denying me insulin now 6 times in as many months is absurdly dangerous and a direct threat to my health and safe

"P.S., I have complained on Tittsworth before for being late very late w/ my insulin causing me health problems. I have also complained on her for giving me insulin more than 1 hour before meals putting me at risk for lows. I feel part of the reason she denied me insulin was because of her pent up animosity towards me for making these complaints. She is increasingly behaving in a very petty, passive aggressive, way towards me so this is quite likely why she denied me insulin on 11/29/21 and 11/30/21."...
(see next page) The page 12/28/21 I attached once I finally got my disciplinary hearing for assault charge Nurse Tittsworth levied against me wrongfully. I sent up to SDC on appeal.

12/28/21

Disciplinary case ending 215 (Nurse Tittsworth incident

I explained my side. Webster said she'd drop the
assault charge on Tittsworth but it's all just one
DR. She said she viewed the video and it showed
everything I said was true. She said I didn't try
to grab her. I stuck my hand out like normal but
not trying to grab her or in any aggressive manner.
She said she told Cpt. Fuoss what she saw and
that Tittsworth approached my cell, opened food port
w/o security. She said everything I said and
everything she viewed on camera will be in the
hearing record as I asked. So, with that I
pleaded guilty to the other 3 assaults. She
gave me minimum punishment. 7 days dis seg,
$10 fine, 30 days restriction. I signed a waiv
cuz I plead guilty once she dropped the
assault allegation against Tittsworth.

I had sent this grievance CA 22546 to Warden Butler on 12/16/21. UTS Reeves gave me a letter dated 12/66/2021 in response to my grievance. In it he said, "Findings of Fact: Resident Erwin, Christopher (KDOC # 123078) claims:

1) He was denied insulin by Nurse Titsworth, Nurse Moses,
2) This is a new grievance
3) He would like his concern be addressed
4) That he is in the isolation cell due to not recieving insulin.

Conclusions Made:

1) There is not a Centurion employee by the last name of Titsworth listed in the EDCF employee directory. Centurion does have a staff member named Tittsworth Katrina but not spelled as Resident Erwin spelled.
2) Nurse Moses denies ever denying Resident Erwin insulin.
3) The B-CH Clinic denies that Resident Erwin has ever been denied insulin.
4) Although names and dates have changed, this grievance has been answered multiple times on with different names and dates, with all find being unsubstantiated or unfounded. The issue o not recieving insulin has been addressed multip times, and can therefore be considered a dupl. grievance.
5) Resident Erwin has been placed in the isola cell for the safety and security of the facili due to multiple occassions of staff battery. Action Taken: Resident request for issue to l addressed has been conducted multiple times, further action needed. "

Pg. 182

UTS Reaves also sent me two different letters dated 1/4/2022, but I recieved long after, the first one said,
"Findings of Fact: Resident Erwin, Christopher (KDOC# 123078) claims:
1) He was denied insulin by medical staff due to his act of assault against staff.
2) This is a duplicate grievance but with a different desired outcome.

Conclusions Made:

1) Resident Erwin was found guilty of 44-12-323 'Assault' for his actions on 11/29/21, Nurse Tittsworth in an email when asked about the incident stated that she denied him insulin because he became combative and it was unsafe to administer insulin to him at that time. She also stated that Resident Erwin assaulted staff.
2) Resident Erwin has written a Grievance rega this issue, the desire for an IMPP to be writ does not negate that this has been previously invest. and answered.

Action Taken: Grievance is a duplicate, and does follow the grievance process. No further action needed."

Again this was related to the CA22546 grievan

The 2nd letter he gave me dated 1/4/22 said "Findings of Fact: Resident Erwin, Christoph (KDOC#123078) claims:
1) He was denied insulin by Nurse Tittsworth(

''' " Titsworth or Tatsworth as initally spelled by the Resident prior to altering ),

2) This is new grievance,

3) He would like his concern be addressed.

4) That he was placed in the isolation cell due to not recieving insulin.

Conclusions Made :

1) A) Centurion Nurse Tittsworth confirmed that after Resident Erwin became combative to such a degree that it was not safe to continue the process to administer insulin to Resident Erwin, that he was then denied insulin by his actions.

B) Centurion Nurse Moses states that Resident Erwin did not recieve insulin at the time of a request because the meals were not in the cell house yet, as determined Medically appropriate. He was not denied insulin, just was not administered it at the time of Resident Erwin's request.

2) Although names and dates have changed, this grievance theme ~~has~~ has been answered multiple times.

3) Resident Erwin's claims have been addressed.

4) Resident Erwin was placed in the isolation cell for the safety and security of the facility due to both the 44-12-323 Assault conducted on 11/29/2021 and his recent history of battering St which includes : the 44-12-324 Battery on 7/27/2021, and the four counts of 44.12-32

*add* "Battery on 6/24/2021. Action Taken: Resident Erwin request for issue to be addressed has been conducted multiple times. No further action needed."

First of all, Hearing Officer Webster conducted my disciplinary hearing for the 11/29/21 and 11/30/21 incidents. She viewed video and noted in the hearing record that the allegation in ~~incident~~ ~~report~~ incident report stating I attacked Nurse Tittsworth was totally false and she noted the charge is dropped. After Nurse Tittsworth lied to CSI Gadberry and left 3 CO's refused to help me get insulin and I did swing at them, which I fully admitted to H/O Webster, that's why I got convicted but not because of anything else. I asked Reeves and UTM Hoepner at Seg Review on 12/3/21 to view the video, UTM Hoepner said he would but still Reeves claimed falsely I assaulted Nurse Tittsworth when I did. Even after the disciplinary hearing on 12/28/ he sent those two letters dated 1/4/22 and still falsely claimed I committed an assault against Nurse Tittsworth that I had already been found innocent of. When he supposedly talked to "BCH Clinic" he didn't list a nurse. There is a workstation but no staff. All staff works in clinic in main building 250 yards away from BCH. The workstation has records on the computer though so he can see no insulin was given

pg. 185

but he clearly didn't ask whatever Nurse he supposedly talked to w/o listing their name.

I never was convicted of a battery on 7/27/21. He litterally made that up as my disciplinary record clearly shows. The issues on 6/24/21 were due to me being denied insulin unjustly by Nurse Myers. He never talked to CO Rose, who could verify no insulin on ~~the ptxxxxxx xxx xxxxxxxxxx xxxxxxxx.~~

12/2/21 @ dinner from Nurse Moses plus security footage clearly shows none was given. Yet, he didn't talk to Rose despite me listing her as a witness nor look at Video which he has easy access to.

He fully admits I have been denied insulin repeatedly yet somehow feels I can only grieve it once during my 10 year incarceration even if repeated occurrences continue, which is absurd.

He says on 2 B it's per medical I am not to recieve insulin unless meals in pod but has repeatedly ignored my pleas for help when I cited repeated times nurses, including Tittsw___ have given me insulin way too early and meals weren't in pod. I was denied insulin on 12/2 @ dinner.

This nonsense is par for the course for UTS Re_ and shows his absolute hatred for me and con_ refusal to help me solve urgent/serious medical pr_

(1) Count 6    Defendant CM II Brandon Walmsley violated my 8th Amendment rights of the U.S. Constitution

(2) Supporting Facts:

On grievance CA 22450 CM II Walmsley when I forwarded to UTS Reeves, Reeves forwarded to the Restrictive Housing Unit Administrator Brandon Walmsley. My grievance was complaining about all the missing grievances UTS Reeves had not responded to (I listed them specifically on 3pgs attached to the grievance) and the fact I never get any of my serious medical problems related to my Type 2 Diabetes resolved in any way whatsoever. I listed how it was harming me and how serious it was but never got problems fixed. To this Walmsley responded saying, "Your issues of not having grievances answered by the Warden and/or Secretary of corrections is tracked by both's office. The ones that can be answered and recieved by said office have been answered and returned. Those that are not grievable have been returned without a tracking number due to such. The Centurion grievance answer that UTM Sharborn provided is accurate (see attached). None of the Unit Team are holding up your grievances. Everything you turn in is answered or forwarded to that department." This is of course a blatant lie as UTS Reeves himself admitted and now CM II Walmsley is trying to cover up per Count

I haven't recieved about 34 grievances back and have reciepts but no administrator, including Walmsley, will recognize those reciepts as legit despite the inmate rule book saying they are per

This is a conscious decision to frustrate/obstruct grievances.

Pg. 187

On 4/13/22 I recieved a grievance response from CMII Brandon Walmsley which said, "Regards To: Grievance Concerning: Lost grievances, Form 9 responses, UTS Reeves handling of each, Date: 4/13/2022. Complaint: This is in response to your grievance you sent to the EDCF Warden's Office. In your grievance, you state that you believe UTS Reeves failed to reply to Form 9's, grievances, and failed diet changes based on form 9's. Response: I spoke with UTS Reeves about your comments and complaints. UTS Reeves stated that he thought he answered all your Form 9s you sent to him as well as forwarded your grievances to UTM Hoepner. UTM Hoepner stated he had answered all the grievances you sent him prior to your transfer. Regarding your diet changes. The EDCF Chaplains Department stated they didn't have any correspondence documented from you on any diet changes. If there are any issues you wish for EDCF to answer, Please send a Form 9 or grievance through the LCF staff to EDCF for response."

Lots of nonsense. First, UTM Hoepner never answers any grievances. He delegates that to UTS Reeves. Hoepner has never responded in writing or verbally to any grievance I have ever sent or anyone else in the pod. Quite clearly I hadn't recieved responses and because of the missing form 9's and formals, along w/ attached paperwork, the Warden and SOC refused to respond meaningfully to my grievances because the procedure in the inmate rule book says we must forward the

pg. 188

A) Form 9's and formals w/ responses from Unit Team and all of that must go through Unit Team. That's the chokepoint. So when UTS Reeves destroys, "loses", or refuses to respond and return them not only is he violating the rules he is obstructing my ability to get responses higher up.

B) The rule book anticipates this by saying if we don't get responses we can forward to Warden and SOC and the reciepts are proof but the Unit Team, Wardens, and SOC refuses to recognize them as legit. All these grievances are urgent and related to my Type 1 diabetes. The diet issues, not getting insulin, not getting insulin on

C) time, not getting meals for hours after insulin, not getting proper medical diet where I am shorted, not getting shelf stable protein in the snack sack, all represent direct and serious threats to my health and safety, I explained this exhaustively with citations from KDOC policy, contracts, Centurion medical diabetic education materials, CDC info,

D) American Diabetes Association info, etc. but they still refused to fix my issues. On top of that, knowing this, Walmsley refused to help reign in UTS Reeves' abuses by destroying any grievances yrefusing to answer them.

In his letter, Walmsley talked about the Chaplain

not having records on my requested diet changes to the snack sack and my complaints not getting a proper medical diet as well as not getting accurate portions, carb data. This is insane! The Chaplain only handles religious diets and Walmsley knows this being that he is a senior administrator for many years. I stated clearly I am type 1 diabetic and am on a medical diet which is only prescribed by a provider w/ medical. This is another example of them misconstruing facts so they can claim they innocently responded and didn't do any harm on purpose. Problem for them is I keep good documentation and clearly can prove they knew, purposefully refused to fix my medical problems, and ignored my complaints that it was hurting me significantly medically, not to mention ignoring the fact UTS Reeves destroyed/refused to respond to many (34) of these complaints. The only reason I got any response is my persistence over many months. I clearly complained about my diet orders being changed illegally by HSA Madrigal @ EDCF when she cancelled my medical orders for sliced bread on my diet tray/sack written by ARNP Stuart to help me control sugars. That was attached to the packet of my grievances Walmsley responded to but

he ignored them. I have documentation from Nursing that my orders were changed and verbal confirmation from a Nurse who feared retaliation if I give their name so I didn't. They told me that HSA Madrigal changed them, she isn't a nurse at all or a provider licensed w/ Kansas, and per the contract with KDOC she doesn't have the authority to do that. Only the provider can do that. That Nurse told me they were told to, "Shut up" and "Stop asking about that".

Walmsley is silent in his response on that and any of the specific grievances I listed and gave short descriptions of in my handwritten papers and official documentation (24 pages total) that were stapled to Walmsley's response when I finally got it back. He ignored my complaints about my medical issues causing me serious harm and did nothing to help me get my grievances back, punish Reeves for destroying them, get any of my serious medical problems resolved which he did have power to help resolve, and lied through his teeth to cover up the wrongdoing of Reeves, Aramark Staff, and ignored completely my seriously disturbing complaints against Centurion Staff, not to mention Laundry Mr. White giving me dirty laundry for months which led to my

pg. 191 Scrotal infection on September 9, 2021.

On grievance Form 9 dated 12/14/21 I complained of my delay in medical care for scrotal infection caused by dirty laundry in segregation due to Mr. White in laundry failing to give me clean laundry and UTS Reeves failing to fix that problem for over 2 months. I sent this up the chain to the SOC. This is another grievance Unit team didn't respond to but I eventually got back when Walmsley responded to this at the direction of SOC Designee Darcie Holthaus' letter dated 1/21/22 where she noted it was sent to Walmsley by stating, "CMII B. Walmsley for Review" and stamped received by Warden Williams on 1/3/22. Walmsley didn't give me a written response but directed UTS Reeves to respond. Reeves again back dated his response to make it appear he responded on time by dating his letter 1/27/22 but I didn't get this until long after. UTS Reeves said, "Findings of Fact: Resident Erwin, Christopher (KDOC #123378) claims:

1) Both his testicles are infected

2) He has not been received a sonogram to analyze his testicles.

3) He has not been taken to the hospital.

4) A Form 9 was previously written outlining this medical situation.

pg. 192

A) (1) Count 8 : Defendant Warden Jeff Butler violated my 8th amendment rights of the U.S. Constitution.

(2) Supporting Facts:

B) On 3/16/2021 I recieved a grievance response from Warden Butler dated 3/11/2021 CA 22160 RE FSS Macdonald denying me bread in my snack sack on 2/10/21. He said, "... After a review of the applicable documentation, it was determined the response provided by J. Hay, Aramark is appropriate regarding your issues... Appropriate steps have been taken to ensure the process has been properly followed ...". I had attached 8 pages handwritten to the formal grievance to Warden Butler w/ Julie Hay's

C) response written on the grievance that detailed my account of events w/ times, dates, places, people involved, KDOC IMPP 10-106 D, ADA Nutritional Therapy docs, and described how denial of bread violated my medical diet, put me at severe risk of harm due to low blood sugar, Nurse Son explained to CO's Neeley and Lt. A.J. Johnson I was in danger from not having this bread and I needed it, and was still denied that bread.

D) I advised no response to my 2/10/21 Form 9 from AFSD Hay, I requested a copy of the 2800 menu that AFSD Hay and KDOC Dietrian continued to deny me, and requested Warden Butler to help me get that information and I included the Assisted Dining Solutions contact info. w/ CA-0002043 grievance number I got it from back on 1/5/21.
On grievance response Warden Butler @ EDCF dated 4/12/2021

Pg 214

A) He responded on KDOC official letterhead, "Findings of Facts: Your grievance was recieved and a review into your allegations has been completed. Conclusion made: After a review of the applicable documentation, it was determined the response provided by CMII M. Bos is appropriate regarding your issues. Action taken: Appropriate steps have been taken to ensure the process has been properly followed,"

B) M. Bos' response was also on KDOC official letterhead dated 3/31/2021. She said, "Findings of facts: Your grievance was forwarded to me regarding your request to change the 2800 calorie diet. Conclusions made: The menus that are utilized for the State of Kansas must go through a review and approval process to assure they meet the criteria for each type of diet. The

C) final menus are signed off by the Aramark Dieticians, KDOC dietician and the State contract monitor. You indicated that you sent a letter to the individual Aramark suggested you contact. I understand it has been two months according to you since you sent the letter. Please be patient and await their response to your correspondence. Thank you for taking the initiative to write to them regarding changes to the snack sacks. I printed off the menus and attached them to this grievance. Action taken: Nothing Further (Signed M. Bos Classification Administrator)."

D) The menus she attached were the regular and vegetarian menus NOT the diabetic menu.

Attached to my original Form 9 dated 3/12/21 I sent a 2 page handwritten letter detailing my specific requested snack sack changes of 4oz PB, 4 slices white bread, 2 juice packets instead of sliced meat, bread roll, 2 oranges, I explained why in detail including

pg. 215

**DO NOT WRITE BELOW THIS LINE**

A) details about risks of food poisoning due to giving us perishable meat w/o us have a way to keep it at safe temps, why I medically need usable protein and sufficient carbs for snacks as a type 1 diabetic per Americans with Diabetes Association and asked for help contacting whoever has decision making authority on changing this snack sack, getting me the nutritional info

B) so I can match carbs to insulin to control sugars, and the fact I need a 2800 menu so I know portions, foods, so I can dose insulin and plan what to eat to control sugars. I also said I had written the Assisted Dining Solutions people per the State Purchaser Director and State Contract Monitor for Aramark's contract Randy Singeltary but after

C) 2 months hadn't received a response or the info. This letter also went up to M. Bos and Warden Butler. On 4/3/21 I sent a formal grievance to UTS Buchanan in A1 when I was @ EDCF regarding 11 different issues with my 2800 diet tray and snack sack for my diabetes. These issues occurred between 2/3/21 and 4/3/21. Aramark FSS's including AFSD Julie Nay continually and deliberately gave me wrong items putting my health at risk, refused to replace missing items which threatened my health significantly, refused my reasonable accommodation to my snack, refused me a 2800 menu,

D) refused me the carbs info on the menu so I could match carbs to insulin, and I had received no response from the dietician on these issues whom I had contacted 2 months prior at that point. I detailed this in a 4 page letter attached to my grievance w/ 14 pages of Form 9's, handwritten details; official Aramark documents related to my diet, and cited Americans With Diabetes info relevant to justifying my medically justified requests/complaints along with KDOC policy documents verifying Aramark staff was

Pg 3/6

4) Very much in the wrong. I let Warden Butler know that I was in danger, actively be harmed by not having my issues w/ my diet resolved in the ways I medically needed, and I explained it was putting me at severe risk of short and long term complications with diabetes including risks of seizures, comas, and death. The documents attached detailed times, dates, people, places, and very specific details of each of the 11 separate incidents.

B) On 4/16/21 Warden Butler typed a letter which stated, " "I have recieved your grievance dated 3/27/21" (refering to the date of the last Form 9 I sent out of the 11 incidents and listed it as date on the formal grievance to UTS Buchanan on 4/3/21 when I sent it to her). "After reviewing this grievance, it is determined this is a duplicate issue which has been addressed. As stated in KAR 44-15-102 (@)(c)(1) : ....." which he described process for appealing to the SOC Jeff Ohndale He was wrong since the issue hadn't been addressed, resolved in any way, and new incidents were ongoing everyday but he still took no action.

C) On 4/2/21 I forwarded to Warden Butler my grievance w/ Form 9 attached dated 3/2/21 about EAI not preserving the video at my request that would have proven I was denied bread in my diabetic snack sack on 2/10/21 @ dinner by Aramark FSS Macdonald leading to severe risk of a low blood sugar and disciplinary segregation for me on basis of alleged threats that were

D) supposedly made by me towards FSS Macdonald which was a lie as proven by the Disciplinary Office later on which led to me being released from segregation on 3/7/21 and being placed that same day back to work in the kitchen

B.217

**DO NOT WRITE BELOW THIS LINE**

A) On Ms Macdonald's shift. To that I wrote a 2 page letter and all previously mentioned paperwork. In that letter I said, "First, I requested video not only from A2 CH but for all cell houses as well. EAI did not address my request properly at all. M. Bos was mistaken by stating I only requested video from A2 CH. M. Bos was also mistaken in stating I made threatening comments on

B) 2/10/21. That was found to be false by disciplinary. Those comments that were disrespectful came after both Aramark's Ms. Macdonald and KDOC officers Neeley and Lt A.J. Johnson refused to provide me bread for my medical diet and I ran the risk of low blood sugar

C) as a result. The fact Bos claims that video is not available is not believable. I cannot imagine that video in a maximum security prison is not available for a 5 hour period that I requested on 2/10/21. If in fact this is the case a work order would have been put in to repair the cameras. Does one exist? What about the camera footage I clearly asked for from the other cell houses? A2 is a segregation unit, has many cameras, and I am to believe all the

D) cameras were down? I don't believe that at all. I made my request in a timely manner and I would like my request to be fullfilled. There should be video of Aramark putting together bread for the 2600 snack sacks in the kitchen, outside the T37 entry/exit door, at the guard station on the side of the compound where gen pop and seg cell houses

Pg. 218

A) are located, and video from ACH house as well as
DCH, ECH, CCH, and BCH. There should be video
of them bringing it to my cell in A2 267 as well.
I believe they are lying and in fact I was
discriminated against and retaliated against. Please
look into this more carefully;

B) On a grievance response dated 4/12/21 on KDOC EDCF
letterhead grievance # CA 22222 Warden Jeff Butler
said, "Findings of fact: Your grievance was recieved and
a review into your allegations has been completed. Conclusion
made: After a review of the applicable documentation,
it was determined the response provided by CMII M. Bos
is appropriate regarding your issues. Action Taken: Appropriate
steps have been taken to ensure the process has been
properly followed."
He refused to address any of my serious concerns,
didn't do anything but look at the grievance per his
own admission above. I made very serious, credible,

C) allegations w/ specific details that could be easily
verified/refuted with even a cursory attempt to
investigate my claims but he chose not to. He just
gave me a formulaic response, per usual, and didn't
resolve the many issues I had been having w/ Aramark

D) he was aware of per many grievances I filed that
detailed the severe risk/harm it was doing to me
and still didn't lift a finger to investigate.
Never addressed the camera issues at all.

pg. 219

On October 12, 2021 grievance CA 22406 Warden Butler responded, "Finding of Facts: Your Grievance was recieved and a review into your allegations has been completed. Conclusion made: After a review of the applicable documentation, it was determined the response provided by UTS B. Reeves is appropriate regarding your issues. Action Taken: Appropriate steps have been taken to ensure the process has been made properly followed." I sent a letter to Warden Butler explaining my issues I cited in Count    for defendant UTS Brian Reeves. I also sent Butler a formal grievance, letter to UTS Reeves, Form 9 dated 5/26/21 with attached pages, documenting in detail all my issues and requested solutions as cited in Count    for defendant UTS Brian Reeves.

On 9/14/2020 Form 9 "Emergency Grievance" to Warden I complained delays in timing of meals/insulin presented a clear and urgent risk to my Health/safety, I explained this on Count    for defendant Captain Dale Call acting as Warden Butler's designee. Warden Butler saw this grievance, delegated it, and sanctioned the response which consciously ignored my complaints and caused me serious physical harm for a sustained time.

Pg. 220

Formal grievance to Warden Butler on 10/28/21 since I had not recieved a response from UTS Reeves on the formal or Form 9. So per the rules in the rule book I forwarded to the Warden with full details of all info I put in original Form 9 and formal to Reeves. about Mrs. White not giving us clean laundry, including clean underwear, from 6/24/21 to 9/25/21 numerous times. I also told him dates I sent Form 9 and formal to Reeves w/o a response. I didn't get any response from Warden Butler either.

On 11/12/21 I forwarded grievance about me not getting correct medical diet, causing me significant and severe medical problems/risks, to Warden Butler. This is detailed in Count 5 for Defendant UTS Brian Reeves. Related to Form 9's dated 9/26/21, 9/28/21, 9/29/21, and 10/3/21.

On 11/3/21 Warden Butler @ LEDCF issued a grievance response letter for grievance dated 10/3/21 CA22450.

"Findings of Facts: Your grievance was recieved and a review into your allegations has been completed. Conclusion Made: After a review of the applicable documentation, it was determined the response provided by CMII B. Walmsley is appropriate regarding your issues. Action Taken: Appropriate steps have been taken to ensure the process has been properly followed."
I attached 10 written pages plus the grievance paper and gave him tremendous details yet he still didn't
pg. 22] do anything to remedy the clear obstruction and the

fact UTS Reeves had litterally refused to respond
which violates procedure in major ways. He didn't
even investigate anything and just gave me the same
canned response he always gives me. All these
missing grievances were about substantial violations
of policy and caused me great harm over a sustained
period of time yet he took no action of any merit.
With the details I gave he could verify by talking
with staff, officers, video camera footage
easily since I gave exact times dates, places, and
I specifically stated the policies violated, how they
were violated, and how they harmed me significantly.
I asked for specific and reasonable remedies yet
Warden Butler did nothing of any merit to
stop the abuses against me nor the clear
indifference/obstruction of UTS Reeves which
prevented me from getting severe medical issues
resolved causing me severe harm and risk of harm.
Here is some of what I gave to Warden Butler:

To Warden via formal grievance sent 10/25/21 :
"Remedy: I want all my grievances/appeals I listed
returned to me w/ responses (ones I need responses on).
See pt 24 & 25, I also want all obstruction to
stop forever."
24) I have 27 grievances UTS Reeves has not responded
to. This is obstruction. They are as follows:

pg. 222

A) Form 9 to UTS Reeves 9/22/21 RE Centurion understaffing causing me medical problems.

B) Form 9 to UTS Reeves 9/25/21 RE Need all diabetic supplies KOP

C) Form 9 to UTS Reeves 9/25/21 RE Unhygenic conditions

D) Form 9 to UTS Reeves 9/25/21 CO's Obstructing insulin nurse.

E) Form 9 to UTS Reeves 9/26/21 RE Diet issues 9/25 and 9/24

F) Form 9 to UTS Reeves 9/27/21 RE Variance in meals / insulin causing me medical problems.

G) Form 9 to UTS Reeves 9/28/21 RE Diet issues 9/28.

H) Form 9 to UTS Reeves 9/29/21 RE Nurse Myers

I) Form 9 to UTS Reeves 9/29/21 RE Diet issues

J) Form 9 to UTS Reeves 9/30/21 RE Nurse Moore and diet issues

K) Form 9 to UTS Reeves 10/1/21 RE Nurse Myers

L) Form 9 to UTS Reeves 10/3/21 RE Diet issues 10/1, 10/2, 10/3

M) Form 9 to UTS Reeves 10/6/21 RE Nurse Myers

N) Form 9 to UTS Reeves 10/6/21 RE Nurse Harbes

O) Form 9 to UTS Reeves 10/10/21 RE Diet issues

P) Form 9 to UTS Reeves 10/10/21 RE CO's Poor Food handling

Q) Form 9 to UTS Reeves 10/10/21 RE Food Service Health Inspection.

R) Form 9 to UTS Reeves 10/10/21 RE Diet issues 10/9, 10/10

Pg 223

S) Form 9 to UTS Reeves 10/11/21 RE Dirty Laundry / No Clean laundry.

T) Form 9 to UTS Reeves 10/15/21 RE Diet issues on 10/15

U) Formal grievance to UTS Reeves 10/17/21 10 pg long + reciepts attached.

V) Formal grievans to UTS Reeves 10/17/21 1 pg long, 1 reciept attached

W) Formal grievance to UTS Reeves 10/17/21 5 pg. long, + reciepts

X) Formal grievance to UTS Reeves 10/17/21 1 pg. long, 4 reciepts

Y) Form 9 to UTS Reeves 10/3/21 RE 13 outstanding grievances

Z) Form 9 to UTS Reeves 10/10/21 RE 21 outstanding grievance

AA) Form 9 to UTS Reeves 10/17/21 RE 22 Form 9's / 6 formal grievances haven't recieved responses to.

25) ...

B) Sent on 9/21/21 Warden didn't assign grievance # or respond but gave back to me. This was my excessive force complaint I originally grieved via Form 9 on 6/25/21.

C) Grievance Warden didn't assign # sent 9/28/21 to SOC ... "

On 8/16/2021 and on 10/7/2021 SOC Designee Darcie H. had sent Warden Butler letters about my excessive force grievance telling him to respond to it. He refused both times disobeying even the SOC! Refused to assign a grievance # or even give me any written response of any kind. That was conscious, deliberate, and ignored my complaints of excessive force, denial of insulin putting me at risk of ketoacidosis, UTS Reeves, UTS Berry, and UTM Hoepner all colluding to disrupt and deny me the opportunity to grieve my complaints and Warden Butler took no action against any of the officers, nurses, or Unit Teams that put me at risk for diabetic coma, hurt me physically during a completely unnecessary use of force, and repeatedly obstructed my ability to grieve my prison conditions, not to mention the retaliation for me filing complaints prior by threatening me (UTS Reeves) w/ discipline for grievances in direct violation of the KAR's in the inmate rule book as well as KDOC's code of conduct for staff.

On 5/7/21 via Form 9 to Warden Butler w/ "Emergency Grievance" written on top center of page*, I said, "I

Want Nurse Myers fired!!! She violated my 8th Amendment US Constitutional rights by denying me my insulin @ H.S. on 5/6/21 and at breakfast on 5/7/21. Officer Mayberry, Roe, Stevenson, the insulin line officer, Captain Hickson, and Captain Call all knew about this @ H.S. on 5/6/21, Insulin line officer and Captain ..."

Warden Butler wrote a letter dated 5/10/21 to "B. Chapman, DON Centurion" (Director of Nursing) "RE: Erwin, Christopher #123078 D2-257 Please find enclosed a form 9 from above resident regarding insulin issues. Please review and respond."

On 5/19/21 I got a letter from B. Chapman, RN Director of Nursing that said, "Mr. Erwin, On May 10, 2021, Medical recieved a grievance you filed stating concerns regarding Nurse Myers and insulin administration. On review, you are correct on there being a mix-up of orders regarding which insulin to administer and this was addressed when you came to the Clinic after the situation referenced in your complaint, I will address the nurse involved in the situation with your complaint and thank you for notification,"

Her letter was not just in response to Warden Butlers letter but also a simultaneous form 9 I sent to the D.O.N. and ADON per instructions from ADON Vaughn when I spoke w/ her and Nurse Wolffe on 5/7/21 at about 8am a few hours after being denied insulin a 2nd time by Nurse Myers.

My form 9 to DON & ADON dated 5/7/21 said,

pg. 226

(' I want Nurse Myers FIRED!!! She violated my 8th amendment U.S. Constitutional rights by denying me my insulin @ H.S. on 5/6/21 and at breakfast on 5/7/21. Officer Mayberry, Roe, Stevenson, the insulin line officer (unsure his name), Captain Hickson, and Captain Call all know about this @ H.S. on 5/6/21. Insulin line Officer (female, unsure her name), and Captain Hickson know about (see next page)

this @ breakfast on 5/7/21. Captain Hickson took my name and KDOC# and said he would email the HSA.

* Nurse Purner also knows about this on H.S. on 5/6/21 because Nurse Myers consulted w/ her at the direction of Captain Call since Purner had done my insulin @ H.S. and breakfast on 5/5/21 and 5/6/21 respectively.

The issue is my orders on the MAR are wrong. This is the 1st I am hearing of this. I had a chronic care visit on 4/26/21 with ARNP Motter, who is the Provider. We talked and she changed my orders to Humalog insulin at breakfast, lunch, dinner for meals and sliding scale and then for sliding scale at H.S.. She ordered Semglee for me at H.S. as well for my basal insulin. The pharmacy, Clinical Solutions, messed up and sent Novolog instead of Humalog. I first learned of this at dinner insulin on 5/2/21 when Nurse Graham told me Novolog was in even though ARNP Motter had sent an email

to Clinical Solutions Pharmacy ordering Humalog.

A)

"" "I accepted Novolog on the condition it get fixed quickly, Nothing was said about there being an issue w/ me getting a different insulin, R, at sliding scale or @ H.S., Nurse Graham, Nurse Hantzinger, Nurse Purner, Nurse Heinz, and Nurse Schechter at least (from memory) all gave me Novolog at meals, for sliding scale, and at H.S. sliding scale <u>because</u> they know from Motter that's what I was supposed to be getting. How could all these nurses be mistaken but all of a sudden Nurse Myers is the only one where this is a problem?!! All these nurses are highly qualified, well trained, I respect them, I trust them, except for Myers of course. They were not wrong. Nurse Myers was wrong!! I repeatedly asked at H.S. on 5/6/21 and at breakfast on 5/7/21 for Nurse Myers to call ARNP Motter to clarify the conflicting orders but Myers <u>refused</u> (see next page)

B)

C)

D)

despite a urgent medical need! I was given 16u Senglee and 10uR on 5/6/21 @ H.S. by Myers. The Senglee was correct but 10uR should have been 10u Humalog. Since the pharmacy sent Novolog instead then she should have given me Novolog like I had been getting all week. Novolog is a rapid acting insulin Humalog and is relatively the same but not quite. You can exchange one for the other though. R is only a fast acting insulin, a totally different class of insulin, and is not exchangeable for Novolog or Humalog. One unit of Novolog is equal to 1.5 units of R. One unit of Humalog is equal to 2uR per my doctor, Dr Lamont Bloom, on the streets. Who is an endocrinologist. So, when Myers did what she did she shorted me 33% of the insulin I should have had @ H.S. on 5/6/21, which resulted in a high blood sugar of 214 @ breakfast on 5/7/21. Had she given me the Novolog my blood sugar would have been under a hemoglobin A1C of 7 as is the goal for type 1 diabetics like myself.

She shorted me 10u Novolog on 5/7/21.

A) ... "@ breakfast, which meant I couldn't eat breakfast !!!
I could only drink the milk and coffee because I didn't
have the insulin to eat. She gave me Lev R sliding scale
because she said Humalog wasn't in the clinic and even
though she had Novolog sitting on the table, the
bottle had my last name "Erwin", written on it,
she couldn't give it to me.
What Myers did was at least an instance of cruel
and unusual punishment in violation of my 8th
Amendment U.S. Constitutional Rights because she
wouldn't even pick up a phone to call the provider,
ARNP Motter, to clarify the conflicting insulin
orders. There is no excuse for this !! Given I
have recently filed ADA Title II complaints
w/ the KS State ADA Coordinator and the
Office of Civil Rights in Washington, D.C.. I
believe I am being retaliated against for making
those discrimination complaints regarding my
diabetes. I am being treated very differently
than other diabetics and"... (scr next β)

Exhibit U pg. 17

am being singled out.

* <u>Update</u>

On 5/7/21 @ 8am I went to the Clinic to speak to ARNP Motter. However, Nurse Schechter and Ms. Beattie at the front desk told me Motter was not in today. So, I spoke to Nurse Wolffe and ADON Vaughn in Wolffe's office. After our meeting about these issues <u>Wolffe</u> checked to see if the Humalog was in, Took her about 5 seconds to find it. Humalog was in the whole time and was in this morning at breakfast when Nurse Myers said it wasn't and refused to give it to me !!! This is blatant retaliation!

1) I want Nurse Myers Fired!!
2) I want ARNP Motter Fired for blatantly messing up my insulin orders, which she has done before, that went against everything we had verbally agreed upon in the office (w/ another nurse present but unsure her name. White, female, blonde w/ hair in bun, glasses).
I told Motter in this Chronic Care

pg. 232

... "visit I had filed those complaints. She knew //
I believe she retaliated against me, which is illegal //"
She also, right after that meeting, took down the KS
Dept. of Administration notice about how to complain
about ADA violations to the State ADA Coordinator,
which was a 2 page notice posted in the bulletin
board case in the clinic waiting room. That is illegal.
That is retaliation.

3) I want my insulin orders corrected, which thankfully
was done in my meeting today by Nurse Wolffe.

I have suffered physically and emotionally from
this. I have suffered financially as well. I have
been to the hole 3 times over insulin line
issues and issues w/ my diet. This occurred on
7/7/20, 2/10/21, and 3/22/21. I nearly
flipped out at H.S. on 5/6/21 and breakfast
on 5/7/21. I can't honestly explain why
I didn't get violent. It took everything in
me. It put me in tears both times when
I got back to my cell because"... (see next pg)

Pg, 233

Exhibit U pg. 19

I am so tired of being discriminated and retaliated against. This is a major reason why I suffer from anxiety and major depression, because of my medical issues. I am in prison on armed robbery because of medical issues I had on the street. 5/4/21 is the 5 year anniversary of me litterally being killed in front of the West Wichita Police Substation due to being mistreated for a low blood sugar. Luckily EMS revived me with CPR. To say I am under stress is an understatement!! I did a robbery but I don't deserve to be tortured!!

This is wrong and must stop!

If you can't stop it forward this to whomever can because this is an extreme emergency. This is putting safety at risk in this facility and putting my personal health and safety at risk.

Please Help me resolve this.

Ps. 234  Respectfully, Christopher Erwin #123076   EDCF, D2-257
5/7/21 @ 9:31am

I didn't get a satisfactory response from DON Chapman because Nurse Myers was still employed and still a threat to my health and safety, I continued w/ the grievance process. ARNP Motter also hadn't been fired and the risk of me being denied insulin again for no good reason was still ever present. I explained this in 4 page letter attached to my formal grievance to Unit Team, I sent to Warden Butler on 6/2/21. ~~He again~~ Unit Team gave it to DON Chapman, She responded in a letter dated 5/28/21 saying, "Mr. Erwin, On May 27, 2021 Medical recieved a grievance stating you are not satisfied with previous grievance response and that you wish for ARNP Motter and Nurse Myers to be fired. Your concerns ~~are noted~~ have been noted and already addressed at this time." I sent to Warden Butler on 6/2/21, He responded 6/28/21 grievance CAZ2286 four days after I went to the hole wrongly due to Nurse Myers denying me insulin for a 3rd time on 6/24/21 @ breakfast! He said, "Findings of Facts: Your grievance was recieved and a review into your allegations has been completed. Conclusion Made: After a review of the applicable documentation, it was determined the response provided by B. Chapman, Centurion is appropriate regarding your issues, Action Taken: Appropriate steps have been taken to ensure the process has been properly followed."

I suffered intense harm from this incident on 6/24/21 too w/ a blood sugar over 500 which normally requires

hospitalization. When I was first diagnosed I was 475. Per Centurion's own rules they must call Doctor if above 400. Nurse Myers didn't do that. Per a subsequent Form 9 dated 6/25/21 I sent to UTS Buchanan which I never got back much like the excessive force form 9 and formal I sent same date regarding different aspects of same incidents on 6/24/21, I stated, "Nurse Myers unjustly denied me insulin on 6/24/21 @ Breakfast, I did not pose a security threat at all prior to her denying me my insulin. Per D.O.N. Chapman I would have to be a security threat to deny me and that standard wasn't met. The video shows this and I want the video viewed. CO Hennessey made inappropriate comments about my blood sugars, we argued a little but no cussing, not loud. Nurse Myers then refused insulin. My blood sugar was 500+. This violates my 8th amendment rights under the U.S. Constitution ADA Title II disc. for being diabetic, and retaliation for complaining on Myers for this same thing on May 6 and 7.

Per KAR 44-15-102 (a)(2) Unit team did not respond in 10 calendar days. I sent them a formal grievance on 7/1/21, Today is 7/13/21. So I am forwarding to the Warden. This is a legit grievance per KAR 44-15-101a (d) (i)(A)(B), I am not grieving discipline, As resolution I want Myers fired and CO Hennessey disciplined." I sent on 7/13/21.

ps 1236

Warden Butler, via his designee DW Matt Moore, sent Centurion a letter on 7/21/21 telling them to respond to this grievance. On letter dated 8/6/21 DON B. Chapman responded by saying

"Erwin, On July 27, 2021, Medical recieved a grievance you filed stating nurse Myers denied you your insulin on 6/23/21 at breakfast. You state you did not pose a security threat at all prior to her denying your insulin. You state CO Hennessey made inappropriate comments about your blood sugar and then you argued but no cussing. You state you want Myers fired and CO Henneson disciplined. On review, the incident referred to in this grievance involved yelling and cussing towards the referenced staff at insulin line and the line that included a verbal threat to staff prior to the nurse appropriately securing herself and the sharps within the nurse's station. The encounter escalated when refusing to cuff up and resulted in a physical altercation with DOC Staff. This incident has been deemed a security risk and it was appropriate for the nurse to immediately stop insulin line at the time of occurrence."

Warden Butler knows this to be a lie and did nothing. Staff lied, EAI refused to secure video in the clinic where I, Nurse Myers, and CO Hennessey were that would

have exonerated me. I posed zero threat. I described what happened accurately on Count

This is another example of staff misconstruing the facts and jumbling around facts out of order and straight up lying to justify their brutality against me which had no justification. Warden Butler was well aware of this. He took no meaningful action to fix it nor prevent the third incident in 6 weeks of Nurse Myers unjustly denying me insulin putting me at risk of ketoacidosis, then acting in such a way to set in motion excessive force and unjust detention/fines against me due to her unjustly denying me insulin. On Formal to Warden Butler regarding the Form 9 dated 9/15/21, and subsequent formal to UTS Reeves dated 10/5/21 with details attached on separate Formal due to UTS Reeves failing to respond in 10 calendar days plus 3 days, I explained why I had a huge issue w/ Nurse Myers continuing to give me insulin in seg. I included all details I gave to UTS Reeves on Formal to him dated 10/5/21 details of which can be found on Count
　　　　　for Defendant UTS Brian Reeves. Warden Butler refused to respond despite the serious nature of this grievance.

On November 23, 2021 SOC Designee Darcie H.
sent Warden Butler a letter telling him to respond
to my grievance about Nurse Myers continuing to
be assigned to me to give insulin but still
refused to respond to me. She said,
"We recieved the attached grievance appeal
form from the above noted inmate. We noted that
there is no evidence that the inmate has sought
assistance from staff at the facility regarding
this complaint. In compliance with KAR
44-15-102 (C)(4), we are forwarding this to
you for response to the inmate. On this date,
we advised the inmate of our action regarding
this complaint."

It was stamped as recieved by Warden Butler
on 1/21/22, months later. Also it is
written that it was refferred to "CM II
Walmsley for response" but by then
Warden Butler wasn't there! He failed
to answer before he left and Warden
Williams delegated this hot potato to
Walmsley but I never recieved a
response.

On 11/14/21 grievance # CA22560 about nursing not
doing insulin on time, timing issues of meals, all
causing me serious medical problems; original Form
9's dated 10/19/21, 10/20/21, 10/24/21 and 10/24/21
I sent a rewritten 8 page (instead of 10) detail of
events to Warden Butler to stay w/i 10 page limit,

A) grievance procedure in the Inmate rule book, I asked for same remedies as original to UTS Reeves and all those details are laid out on Count ____ for Defendant UTS Brian Reeves.

B) I never got a response from Warden Butler. On 12/1/2021 I forwarded to the SOC per procedure and explained the Warden failed to respond. SOC Marked appeal as recieved on 12/3/2021. On 12/3/21 SOC Designee Darcie H. sent a letter to Warden Butler about ② grievances CA 22560 being one of them related to nursing, timing of meals. She said, "We recieved the attached grievance appeal forms from the above noted inmate. We noted that there is no evidence that the inmate has sought assistance from staff at the facility regarding this complaint. In compliance with K.A.R. 44-15-102 (C)(4), we are forwarding this to you for response to the inmate. On this date, we advised the inmate of our action regard this complaint."

ps. 240

(1) Count 9     Defendant LCF Warden (FNU) Cheeks
violated my 8th amendment rights under the U.S. Constitution.

(2) Supporting Facts:

On 5/11/22 letter to Warden Cheeks due to Cheeks
refusing to answer my grievance more than a month
ago regarding diet issues w/ Aramark grievance AABO22293
Numerous times I was being denied food on my medical
diet, other issues, causing major blood sugar problems,
and scrotal swelling. See Count        for Defendant
FSD Hollingshead for details. Cheeks still didn't
reply but sent an old reply from Acting Warden
James Skidmore from over a month ago. Didn't
do anything to resolve and the issues were ongoing
and I had since submitted add. trenal grievances
they were aware of, Form 9's going back to 2/25/22
1 day after I got into LCF, all the way up to
this letter and beyond.
Numerous other grievances Warden Cheeks was
aware of yet refused to fix related to diet
causing me severe medical problems from
2/24/22 to present. Refused to order their
DW Ball over Aramark to address.
On grievance        unnumbered, letter 5/11/22 sent by
SDC Designee Darie H. ordered Warden Cheeks
to respond to my diet issues, CSI Chastaine
EDCF denying me accuchecks and meals per my
diet causing me blood sugar problems. He failed
to respond at all.

pg. 241

(1) Count 10    Defendant Deputy Warden Ball KDOC @ LCF
Violated my 8th amendment rights under the U.S. Constitution.

(2) Supporting Facts:

Numerous grievances that DW Ball was
aware of; UTM Wildermuth talking to him
trying to get him to pressure Aramark
to fix my diets, he had direct responsibility,
over Aramark per his job description, but
refused to fix or get Aramark to fix
causing me extrordinary suffering and
medical problems from 2/24/22 to present.

(1) Count 11   Defendant Unknown FSS @ LCF Aramark violated my 8th amendment rights under the U.S. Constitution.

(2) Supporting Facts:

Numerous incidents, litterally everyday from 2/24/22 @ dinner to present they refuse to comply w/ my medical diet, refuse to fix when mistakes are made, and delay my meals unnecessarily due to their unwillingness to bring items they didn't send down including my critically important diet snacks.

(1) Count 12    Defendant FSD Aramark Rachel Hollingshead violated my 8th amendment rights under the U.S. Constitution.

(2) Supporting Facts:

On 3/11/22 Form 9 to Unit Team Attn FSD Hollingshead because I was shorted carrots and sliced bread, causing b.s.'s to be at risk for loss.

On 2/28/22 Form 9 among other issues FSS shorted me my snack sack @ dinner. Female CO, blonde w/ gray hoodie, said "Aramark is bringing it down" but it took a long time which is crazy since it ran close to my snack time before I got it and I was at risk for a low. Nerve racking and risky.

At Breakfast gave me bread roll instead of sliced bread. Since no carb info and rolls are homemade, vary in size, they spike my sugars. Catch 22 because I need at least some of those carbs but not sure the carb count so can't control sugars. My diet says sliced bread and FSS refuses to comply. At lunch they gave me a regular diet sack instead of 1800 diabetic sack. Shorted me 1 fruit, 1 milk, also gave me rolls instead of sliced bread and cake. I litterally had no idea what to eat and had no good options. Sugars very bad because of it. I complained to CO's but Aramark wouldn't fix it per CO's.

CSI Dudley confirmed on ~~direct~~ 3/14/22 Aramark FSS refused @ dinner to fix my tray which was a regular and not ~~1800~~. Email between UTM Wildermuth, CSI Dudley, CSI Mcwrrie, FSD Hollingshead confirms this and FSD Hollingshead refused to do anything about it to correct her staff. She falsely claimed bread rolls can be swapped for sliced bread which directly

Pg 244

contradicts ACS MNT Management Duties and Dietician guidance in the ACD MNT which says FSD's should only rarely swap diet items when absolutely necessary. On 3/2/22 UTM Wildermuth wrote me a note on all this. It said, "Erwin, I am the UTM for long term seg. I have read your Form 9 regarding your diet & I am trying to work out the kinks. It is definitely an Aramark issue here at LCF. Unfortunately, I am working w/ Aramark, Medical & the Deputy Warden over Aramark to get this straightened out." ~~Wildde~~ DW Ball is that deputy warden over Aramark @ LCF btw.

This all was grievance AA 2022293.
UTM Wildermuth confirmed w/ Dr. Wilson my diet orders were for 2200 morning of 3/14/22, long before dinner, Nurse Cindy, and CSI Dudley all confirmed. Nurse Cindy did my insulin so if she and pod CO's knew Aramark knew, which Dr. Wilson confirmed but they still didn't comply and refused to fix it when CSI Dudley asked them to. They shorted me beans (lots of carbs), the FSS told CSI Dudley per CSI Dudley email to UTM Wildermuth that the 1800 and 2200 was same; Clearly a 400 calorie difference but they didn't care. Aramark said, "that's what he was getting" that night. So I had to accept a 1800 after I was 67mg/dl (low) 40 minutes after insulin by Nurse, at least. Very dangerous. That's just one example of many.
Also Form 9 on 3/4/22 diet issues to Unit Team and Form 9 on 3/3/22 diet issues to Unit Team

A) Attn FSD Hollingshead, shorted food, getting biscuits and rolls instead of sliced bread causing severe highs, shorted fruit in my diet sacks node everyday at dinner up to that point and FSS refusing to fix when CO's call so they scramble to help me w/ what they have left giving me bad blood sugars. I also brought up need for shelf stable protein in snack sack because everyday they give me perishable meat, explained why it's important, yet

B) FSD Hollingshead refused to even address it in her email response to UTM Wildermuth on 3/17/22 12:48pm. DW Ball ignored all my complaints as did Acting Warden James Skidmore on 4/6/22 in his response. SDC Designee Darcie H. also refused to fix in her 4/21/22 response and was very rude. She said, "Findings of Fact The response provided to the inmate by staff at the facility," a "same canned response. On 5/18/22, 6/4/22, 4/2/22 (in addition to ones above) I sent Form 9's to Unit Team

D) Attn FSD Hollingshead I complained of the poor timing of meals by Aramark, lack of carb info from Aramark, lack of shelf stable protein in snack sack by Aramark, poor timing of noose insulin, poor coordination by KDOC of meals, insulin consistently all causing blood sugar issues, worsening scrotal swelling and putting me in extreme danger, and making me feel very horrible nearly all day everyday. I cited KS health codes, ACS MNT rules, KDOC rules in IMPP 10-106D, Contract language in Aramark and Centurion Contracts, and

pg. 246

Specifically, what issues are and how they are impacting me. Yet FSD Hollingshead refused to fix. Refused in any way to fix any of it even though she had the resources and authority, not to mention obligation per rules, healthcodes, contracts.

(1) Count 13    Defendant (FNU)(LNU) Health Services Administrator @ EDCF just prior to HSA Madrigal (Prior to October 2021) violated my 8th amendment rights under the U.S. Constitution

(2) Supporting Facts:

Numerous grievances over 2 years @ EDCF ignored by HSA regarding my need to have insulin delivered on time consistently w/ meals while in Segregation and it went ignored. They understaffed Nurses and didn't make Nurses do insulin when meals arrived putting me at risk for lows. Differences in hours between insulin / meals in extremes but regularly 1hr+ difference, causing me numerous blood sugar issues eventually leading to severe scrotal swelling and numerous skin rashes due to bad blood sugar control, HSA refused to fix.

(1) Count 14   Defendant Kim Tilson, Health Services Administrator (HSA) @ Lansing Correctional Facility (LCF) violated my 8th amendment rights under the U.S. Constitution.

(2) Supporting Facts:
Consistant refusal to fix my diet issues by medical including orders on individualized diet so I could get PB or snack such to avoid food poisoning and sustain healthy blood sugars which were so bad my scrotum had been swollen w/ skin cracking and bleeding for many months.
Refused to schedule more nurses to ensure timely delivery of insulin and so bad I didn't get acuchecks at all sometimes and had many highs/lows due to nursing shortages. Many times I told her in person and Form 9 on 6/12/22, and many sick calls, Other grievances. She refused.

(1) Count 15 : Defendant CSI ~~FNU~~ (FNU) Chastain violated my 8th amendment rights under the U.S. Constitution.

(2) Supporting Facts:

On 12/8/21 while working in the bubble Chastain lied and refused to call the Nurse for me since food had arrived and I need food/insulin on time together or my sugars get dangerously high. I explained this in context on Count 5 for Defendant UTS B. Reeves, on grievance CA 22546.

On 2/22/22 and 2/24/22 CSI Chastain denied me accuchecks when I was low on 2/22 and my meal per my medical diet on 2/24 @ breakfast. This put me in extreme danger, and led to blood sugar problems.

UTS Reeves or Buchholtz refused to respond. Warden Williams refused to respond @ LDCF or frx. Warden Cheeks @ LCF refused to respond @ LCF and SOC Desiree Dorzie He simply kicked my grievance to Warden Cheeks @ LCF and did nothing to fix it.

A)

(1) Count 16    Defendant CSI Leipard LCF violated my 8th amendment rights under the U.S. Constitution.

(2) Supporting Facts:

On grievance AA2022296 I detailed the events of 3/19/22 @ Dinner when CSI Leipard denied me food for 1hr45min after insulin due to him being a jerk for lack of a better explanation. I litterally begged him to get a nurse but he wouldn't. I felt low. He told me to be quiet. He then took the other two CO's and all 3 handed meals together on the opposite side of me in retaliation for me hollering I needed a nurse. Seems unthinkable but that's what happened as confirmed by CDI Speer in email on 3/28/22 8:44am to UTM Wildermuth. I grieved via form 9 3/22, Took through grievance procedure but Warden and SOC Designee Darcie H. refused to fix. This led to a use of force later that night.

pg, 250

A) (1) Count 19 : Defendant Food Service Supervisor (FSS) Ms. Macdonald with Aramark violated my 8th amendment rights of the U.S. Constitution.

(2) Supporting Facts:

Via Form 9 dated 2/10/2021 I complained that FSS Macdonald knowingly and deliberately denied me my bread on the snack sack for my 2800 prescribed medical diabetic diet at dinner when I passed through meal line at dinner on 2/10/2021. The Aramark diabetic "Diet Snack Sheet", as it is titled per the ACS Medical Nutrition Therapy Manual Page .27, has 2 slices of bread, 2oz meat or peanut butter, and a piece of whole fruit. My diet sack Ms. Macdonald handed me was short bread. I politely explained to her I needed my bread,

B) She said, "diabetics don't get bread". I said, "Yes we do it is on the diet snack sheet you should have posted". She said, "No, move along" and shooed me away with her hand. I complained then to CO Neeley and Lt Johnson but they refused to help. I went to eat my dinner. I got into an argument w/ Lt Johnson when leaving the dining hall because he wrote me up for arguing. He eventually sent CO's to take me to medical for a pre Seg clearance prior to putting me in disciplinary segregation

C) A2-C EDCF. I complained to Nurse Son when I got a b.s. check. My sugar was 165mg/dl right after dinner. I asked him if I was right that denying me that bread puts me at risk for a low. He said, "Yes, especially with your b.s. being

D) 165 it could drop you at." CO Freeman and CO Neeley witnessed this. I told Ms. Macdonald this too when I was in line that my sugar could drop w/o my full snack sack but she didn't listen, nobody gave me that bread.

pg. 251

DO NOT WRITE BELOW THIS LINE

A) The only reason I didn't dropout too low was because I got 2 hotdog buns from another prisoner at dinner who thankfully shared his xtra with me. Depriving me of that bread, when I had no additional food in my possession created a serious threat to my health and safety because I would go into a diabetic coma if I had not been lucky to get 2 hotdog buns from that fellow prisoner. At no point did anyone help me get that missing bread including Ms. Macdonald.

B) Ms Macdonald is a seasoned, well trained, FSS that knew what the diabetic snack sack consisted of and still chose to deny me that bread.

C) On 3/12/21 I got out of the hole for the issues on 2/19/21 That same day I started work back in the kitchen and FSS Macdonald was working on main line again. Workers eat their dinner in the kitchen while working. It was time for me to eat per my medical routines so I asked FSS Macdonald for my snack sack. She gave it to me but it didn't have any bread in it nor did the other diabetic sacks. I politely

D) reminded her I needed bread per the diet snack sheet. She than helped me get the bread w/o argument. Likely, the reason is because she was told we do get bread but still was about to hand out sacks w/o the bread putting every diabetic in the facility @ risk for a low... again. On a Form 9 dated 4/10/21 to UTS Horsch I

DO NOT WRITE BELOW THIS LINE

A) complained about a prisoner kitchen worker refusing to give me correct 2600 tray and instead tried to give me a Regular tray with a milk and orange at lunch when FSS Macdonald was w/ him at the window and refused to correct him and ensure

B) I get a proper tray. I detailed this, which was forwarded to Aramark AFSD Hay by UTS Morsch, or Court         for Defendant AFSD Hay

pg 252

complained about a prisoner kitchen worker refusing to give me correct 2800 tray and instead tried to give me a Regular tray with a milk and orange at lunch when FSS Macdonald was w/ him at the window and refused to correct him and ensure I get a proper tray. I detailed this, which was forwarded to Aramark AFSD Hay by UJS Horsch, or Count for Defendant AFSD Hay

pg 253

A) (1) Count 18 : Defendant White who is in charge of Laundry for KDOC @ EDCF violated my 8th amendment rights under the U.S. Constitution.

(2) Supporting Facts:

B) On 9/25/21 I sent a Form 9 to UTS Reeves Attention Mr. White in Laundry regarding issues with laundry in segregation while I was in BCH. Specifically, I let them know I was not recieving clean laundry, or a complete set, since coming to segregation on 6/24/21. "We are rarely given a full set of laundry and many times when we do get laundry It is soor smelling like it is filled w/ mold/bacteria. Saturdays are the worst and we usually only get a towel. No boxers, shirt, or socks. So we have to wear our dirty clothes until a shower day comes where we can get a new pair. We shower 3 days a week Saturday, Monday, Thursday. Even on Mondays and Thursdays we don't get clean sets of laundry on any regular basis. Nearly everytime I shower they short me a shirt, boxers, towel or socks.

D) Most of the time it is more than one item." As remedy I asked for Mr. White to be held accountable for so consistently refusing to give us clean laundry from 6/24/21 to 9/25/21 which

as I stated on this grievance, " P.S., Not having Clean laundry very likely caused my testicular infection I have been battling since Sept. 9, 2021 ! "

(1) Count 19 : Defendant (FNU) Moses, RN violated my 8th amendment rights of the U.S. Constitution.

(2) Supporting Facts:

On 12/2/21 Nurse Moses denied me inslin @ dinner. I shared details on Count 5 for Defendant UTS Brian Reeves. on grievance CA 22546. On Count 5 it's pages 175, 176, 179.

(1) Count 20 : Defendant Katrina Tittsworth, RN
violated my 8th amendment rights of the U.S. Constitution
(2) Supporting Facts:
On Form 9's to UTS Reeves dated 19/1/2021, 10/24/2021,
10/20/2021 I complained of various wrongdoing by Nurse
Tittsworth. I detailed this on Count 5 pgs 167 - 186.
for UTS Brian Reeves (Defendant)

On Form 9 dated 12/9/2021 to Unit Team I attached
8 pages to it describing denial of insulin on 11/29/21
and 11/30/21 by Nurse Tittsworth wrongfully causing
Near ketoacidosis and other incidents detailed
on Count 5 pg 173-175 for Defendant UTS B. Reeves

Grievance CA 22546,

(1) Count 21 : Defendant Nurse Collete Myers, RN violated my 8 $^{th}$ amendment rights of the U.S. Constitution.

(2) Supporting Facts:

I covered in significant detail her denying me Insulin on 5/6/2 5/7/21, and 6/24/21 on Count 8 pgs. 225 - 240

for Defendant Butler, Please refer to those referenced portions of the complaint, I didn't think it necessary to repeat all that here again. On Form 9 dated 9/29/21 I described an incident Involving Nurse Myers as well as 10/6/21. The details are laid out on Count 3 pgs. 89-91 For Defendant Darcie H. , SOC Designee

Count 5 also talks about Myers on pgs. 135 - 161.

A.) (1) Count 22: Defendant Deputy Warden Matt Moore violated my 8th amendment rights of the U.S. Constitution.

(2) Supporting Facts:

Consistantly ignored my diet issues even though I made him aware both in person and in the grievance procedure.

B.) On CA 22286 grievance I talked about various diet issues including on 10/25/21 @ lunch when I fought for 3 hours to get my correct meal after insulin, DW Moore personally brought it down and told me he'd get this fixed. However, the issues w/ getting correct meals, diet sucks, and getting them on time continued and could be directly linked to Aramark's dysfunction those of the time as detailed in Counts 5, 7, 26, and 8, 3, 2.

(1) Count 23 ; Defendant DON B. Chapman, RN
violated my 8th amendment rights of the U.S.
Constitution.

(2) Supporting Facts:

I covered in significant detail Myers denying me insulin
on 5/6/21, 5/7/21, and 6/24/21 on Count 8
for Defendant Butler.
Please refer to those referenced portions of the
complaint. I didn't think it necessary to repeat
all that here again.

P.s. 260

(1) Count 24: Defendant Aramark FSS Pinkerton violated my 8th amendment rights under the U.S. Constitution.

(2) Supporting Facts:

He constantly refused to comply with my diet and fix mistakes including bringing snack sacks down when missing.

(1) Count 33 Defendant (FNU)(LNU) Clinical Reviewer Violated my 8th amendment rights under the U.S. Constitution.

(2) Supporting Facts:

On A letter dated 1/11/2021 made as part of the SOC's response to my grievance complaints to my mother, who is a RN, who complained to the SOC on my behalf, but didn't always get the details correct btw. They said, "Facility: El Dorado Correctional Facility, Offender: Erwin, Christopher #123078, Complaint Type: The Offenders advocate contacted the Department, Date: 1/11/2021. Complaint: The concerns regard scrotal infection and insulin administration. Findings of Facts by Clinical Reviewer: The Kansas Department of Corrections Medical Health Authorities reviewed the correspondence, site response, and EHR. The offender's advocate concerns regarding the Offender's scrotal infection and insulin administration on 12/20/21" (date of her email) "The scrotal infection concerns were reviewed and addressed On 12/7/2021. The insulin concerns also were also reviewed and addressed at that time. However, further investigation of this Concern was again Reviewed here. The Medication Administration Record" (that's the MAR) "was reviewed for September 2021 through December 2021. It appears by documention that the offender's compliance for insulin is around 50%. Findings are somewhat indeterminate due to the electronic record appearing incomplete.
Conclusions Made By Clinical Reviewer:
Reccommend the healthcare team consider educating

pg. 287

Nursing staff regarding documentation of medications and Clearly document on the medical record with the appropriate documentation code if patient has refused care. In addition, recommend the healthcare team consider including formal documentation of refusal for

insulin if the patient declines insulin administration and the healthcare provider be notified of the patient's refusal of ordered medications.

Action Taken: Recommendations have been forwarded to Centurion's Regional Medical Director."

This letter was signed by Darcie Holthaus, SOC Designee

Received into Warden's office per stamp on 1/26/2022.

Of course, I don't refuse insulin 50% of the time. I would be dead if I did that. The Clinical Reviewer, a KDOC employee, Clearly admits the nurses aren't logging my blood sugars 50% of the time which makes it impossible for the Doctor to advise me on controlling blood sugars. Also, directly a violation of the KDOC-Centurion Contract.

No meaningful action was taken to correct this problem and the problem continued long after while I was in EDCF up to present in LCF.

On a letter dated 4/15/2021 KDOC's Clinical Reviewer stated, and misstated many, facts regarding my diabetic care. The letter said the following:

"Facility: El Dorado Correctional Facility  Offender: Erwin, Christopher #123078  Complaint Type: The offender's

pg. 298.

advocate contacted the Department "(my mother who complained on my behalf but KDOC Clinical Reviewer misstated what she sent them/said to them which I confirmed after the letter when I contacted her about what she said w/o telling her what they said she said. There is a pattern of this w/ the KDOC Clinical Reviewer) " Date: 4/15/2021  Complaint: The concerns regard diabetes therapy. Findings of Fact By Clinical Reviewer: The Kansas Department of Corrections Medical Health Authorities reviewed the correspondence, site response, and EHR. The offender has Type 1 diabetes mellitus. He is on dual insulin therapy and has had hypoglycemic episodes recently, per the offender's report, he complains that he recently did not get his meal until 2.5 hours after he was given his insulin. He also complains that he was not given bread with one meal, which resulted in a drop in his blood sugar with his insulin. He claims he was not able to get his HS insulin because he was "not on the list". " [This is a blatant misrepresentation KDOC via disciplinary hearing records lemos it was dinner insulin on 3/22/21 and the CO, CO Stephenson refused me to go to meal line/insulin because I was diabetic which she said verbatim on the hearing record. The hearing had long since took place prior to this letter. Also, grievances I filed clearly stated the facts as being at dinner.] [As for "not getting bread at one meal" I complained about numerous diet problems to my mother that she did properly convey and involved my diet missing many items, many times, for months and months.

Pg. 289

In addition, I had been steady complaining about numerous issues w/ insulin, timing, meal deficiencies, not getting shelf stable protein causing lows and highs at different time of the day and KDOC Clinical Reviewer had previously commented on those issues so knew full well about it

AA. "Per the site response, the Offender was seen for an emergent response, His blood sugar was 45 mg %. He recieved peanut butter and crackers, stabalized and returned to his cell. On 2/3/2021, there was an order for increased glaragine insulin at 16u at H.S. On 2/8/2021, the offender was found seizing in his bunk, & lucose measured at 52 mg%. After cepproximately 8 minutes, he stopped seizing. He was then offered glucagon injection, which he took. He also recieved peanut butter and a can of Ensure. A recheck of his blood sugar then showed 38 mg % after 20 minutes of monitoring, he was deemed stabled enough to return to his living unit. ~~to get to the order three~~

First, another example of misconstruing facts. The Clinical Reviewer committing a clear fallacy of logic by juxtaposing the increased glargine of 16u next to a low episode so bad I seized as if one caused the other. First, glargine (goes by Senglee or Lantus) is a 24 hr insulin that doesn't peak and is very stable. If that insulin causes lows it would not just cause one low during ~~9:34pm~~ which was when that seizure happened, several days after. If it was the issue it would cause lows all throughout the day every

day! This isn't my opinion. Per commonly known, accepted data that isn't controversial (

glargine doesn't peak, is stable, and provides a consistent insulin for up to 24hrs. So, this is a blatant attempt to

make it look as if I am to blame. The actual reason is, as I had at that point complained of many times, the fact I don't get shelf stable protein in my snack sack at dinner. This leaves me no protein to hold my blood sugars up in between meals. This is why I dropped out. The other reason is I miscounted carbs. Since Aramark and the Dietician refused me the carb data I had to, and continue to have to, guess what the carbs are to match to insulin. This is like playing Russian Roulette every meal. Very dangerous, as the Clinical Reviewer is well aware.

The reason my sugar dropped more "after 20 minutes" is because it takes that long before the food I ate would even hit my system plus it wasn't even 20 mins they rechecked it. They rechecked it at 6:45pm just 7 minutes later roughly. Nurse Schechter, Graham, and Legit (EMT) were there. The Clinical Reviewer knows this because they presumably have medical credentials and know how long it takes for food to metabolize. My sugars in the days prior were all over the place 300's - 70's. If glargine was the issue then that would be constant lows, which wasn't the case. The Clinical Reviewer knows this but on purpose tried to paint a picture of that being the issue

instead of admitting that the fact I had been constantly complaining of not having shelf stable protein, not knowing carb info in food due to Aramark's refusals, and not getting my insulin on time regularly were

the problems because that of course would point the finger @ KDOC, Aramark, and to some extent Centurion which of course they're not going to do since they work for KDOC. There is no room for medical opinion. These are known medical facts widely accepted nationally that timing, carb info, shelf stable protein w/ proper carbs for snacks, are how Type 1's control sugars.

Without it we are in extreme danger.

... "On 3/15/2021, on a nursing visit, the offender complained he was having difficulty getting out of his living unit to get to the insulin line. The nurse contacted the officer in charge to allow the offender to leave the cell house to recieve his insulin." [Well, not just once!] I had complained many times in/out of grievances and through my mother as follows prior to this Clinical Reviewer's letter: 5/9/21 CO Carrol @ 4:54 pm refused to let me out. Per CO e insulin line was called 15 mins prior. Had to holler to get out; 6/12/21 H.S. 10:20 pm (line called @ 10 pm per CO e insulin line) Nurse called CO's in bubble to let me out since she knows I always go and had been having trouble for many months getting let out; 5/3/21 H.S. Nurse Huntzinger had to call CO Tibbets to let me go to insulin line because

CO Cole in bubble refused to let me out on time and didn't pop doors when CO Edwards called insulin line 20 mins prior @ 9:05pm; OR 3/14/21 @ Dinner CO in bubble refused to let me out for insulin line, I was last to get meal, had closed West dining hall doors, Nurse Wolffe said it was called a loosing time ago but CO's never let me out, I finally kept hollering and they let me out @ 5:28pm. That's how I got out otherwise wouldn't have; 7/1/20 @ Breakfast, 7/2/20 @ breakfast, 7/3/20 @ Breakfast, 7/4/20 @ Breakfast, 7/5/20 @ H.S.; 7/6/20 at Breakfast insulin line closed because of CO's delaying me, I had to holler @ 4:34am, I had been waiting loosing time each of these incidents. 11/2/20 @ H.S., I had to get out of cellhouse by breaking rules. CO Patterson had called it @ 9pm but I got there @ 9:20pm after shutting cuz CO's refused to let me out normally; 11/3/20 @ breakfast, 5/20/20 @ H.S., 4/17/21 @ Breakfast, H.S., lunch; on 7/25/21 @ dinner 4:30pn Nurse Grahem told me she sent OIC in DCH, Captain, and Dir Moore an email about me getting let out properly for insulin line since I had for so long had so many issues; so lots of issues getting let out for months prior to the Clinical Reviewer's letter and for months after. They knew and failed to take meaningful action to curb it despite each time it causing me both extreme lows and highs due to the delays. My mother made this clear and so did I on numerous grievances prior to and after the Clinical Reviewer's letter.

The Reviewer continues; " Conclusions Made By the Clinical Reviewer : It is important for all diabetres and the offender to recieve their insulin within the proper timeframes of mealtimes. Prompt care is also important when a diabetic is having a hypoglycemic episode There appears to be a disconnect between mealtimes and

~~Deputy Warden dated~~ Regular insulin injections. Recommend the healthcare team work with facility staff to ensure offender have ready access to their meals after insulin is given.

Action Taken: Recommendations have been forwarded to Centurion's Regional Medical Director."

Signed by SDC Designee Darcie H. and dated as recieved in Warden's office @ EDCF 5/5/21.

On 12/7/2021 ~~the~~ Clinical Reviewer's response to my mother's complaints on my behalf about diabetic care causing scrotal swelling and delays in treatment for it causing me needless pain and suffering despite the lies told and misstatements made by the Clinical Reviewer in response to my mother's calls. It said, "Complaint: The concerns regard multiple concerns"..."@ EDCF"..."Findings of Facts By Clinical Reviewer: The Kansas Department of Corrections Medical Health Authorities reviewed the correspondence, site response, and EHR. The offender's advocate has multiple concerns about the care of the offender's diabetes. She says he has been having problems with redness and swelling in his perineum for 2.5 months. Her main concerns are a perineal/scrotal infection that she claims is spreading to his lower abdomen, irregular meals and insulin doses, claims of improper snacks causing difficulty with blood sugar regulation, uncleaned and ill fitting clothes from laundry,

Pg. 294

... "and being seen by nurses and nurse practitioners but not a physician. The prolonged redness and irritation of the perineum, with spreading ..." "In addition, the food and laundry concerns are not under medical's care, and the other listed concerns are administrative and not medical issues." Conclusions Made By Clinical Reviewer:

Recommend the healthcare team ... consider ensuring that insulin and meals are coordinated in a timely manner, Lastly, recommend the ..." Action Taken: Recommendations have been forwarded to Centurian's Regional Medical Director."
Signed by SDC Designee Darcie H. and stamped as recieved by Warden @ EDCF on 1/26/22.

Snacks are medical, are part of my medical orders on my prescribed diet, the Centurion-KDOC. Contract details individualized medical diets should be written for offenders who are not having medical needs met by medical diet, as does IMPP 10-106D pg. 4 of 7 (III, B, 1)
"Individualized diets mete may be written and prescribed by the treating physician and/or dentist when the offender's specific need cannot be met by a standardized modified medical diet ..."
Clearly, giving me perishable meat w/ no access to refrigeration or ice means I will get food poisoning due to me needing snacks, as every Type 1 needs, over 24hrs until the next snack such. Not having shelf stable protein w/ snacks is well

pg. 295

Known to put Type 1 diabetics at risk for both highs
and lows throughout the day, especially overnight per
the Somygl Effect and Dawn Phenomenon, which are
well known and widely accepted in medicine.
On a letter by KDOC Clinical Reviewer, signed by SOC
Designee Darcie H., but undated, said, "... He also
said he ~~needs~~ to need nonrefrigerated diabetic snacks
and that his insulin is not timed with meals and that
he does not get a response to dropped sugar levels ...
He had a scrotal ultrasound and a urology visit in
January. The urologist thought there was no serious
infection and recommended Chlorohexidine soap as a
wash to prevent further cellulitis, along with a scrotal
support " [What the Reviewer conveniently left out
was Dr. Davis from Wichita Urology specifically
said the cause of my scrotal swelling and skin on
scrotum cracking and ~~that~~ bleeding (an was painful)
since Sept. 9, 2021 for swelling and since July
2021 for cracking/bleeding skin was all due to
high blood sugars for prolonged period of time. He
said this on docs he sent to Centurion. Dr.
Wilson w/ Centurion on my chronic care visit in
May 2022 showed me on the computer and read it
as did I. So this Reviewer chose to not mention
it even though it was the key thing that Dr.
Davis recommended in addition to the scrotal support
and soap. That's telling.]
The Reviewer continued ... "His complaint about
his diet and his between meal snacks was

referred to the dietrian at Aramark, since the physician only prescribed a specific level of calorie, and not the distribution or specific food." Further proof that Dr. Wilson could have but chose not to because of his hatred of me and not based on medicine. Dr. Wilson kept lying and saying he couldn't do an individualized diet so I could get the PB in my snack sack even though a couple doors down he did one for a prisoner who has a food allergy and is diabetic. I get his tray all the time because CO's don't care and Aramark refuses to fix messed up diets so they just give me his instead of fight w/ Aramark. His tray is 2200 SFA No PB and No Eggs, and is written on his tray. So, yes, an individualized diet is possible they just refuse to despite my obvious medical need and fact perishable meat is a direct threat to my health/safety, due to lack of refrigeration for the 24hrs we need to use it for.

I have been trying to have someone contact the ACS Dietician for years! This is the 1st time that I know of they referred anything to the Dietician. Then the Dietician never responded to my request to this day.

Then "Action Taken": Recommendations have been forwarded to the Centurion Regional Office"

SDC Darcie H. signed. The date on appeal form said DOC in Topeka got it on 4/21/22 (stamped). This was in response to my grievance AA 2022299.