United States District Court
District of Kansas

Christopher Adam Erwin #123078
     Plaintiff,
     Case No: 5:22-CV-03170-JWL-JPO
vs.
Jeff Zmuda, et al,
     Defendants.

A) On 11/15/22 at approximately 3:35pm Unit Team Supervisor Buchholz gave me legal mail in a manilla envelope from U.S. District of Kansas Court. It contained:
 ① A notice of change of address (dated 11/7/2022)
 ② My letter I sent the Court Clerk on 10/31/2022 notifying the Court of that change of address.
 ③ A 3 page document titled "Administrative Procedure for filing, signing, and verifying pleadings and papers by electronic means in the United States District Court for the District of Kansas"
 ④ A one page document titled "Case Opening Notice to prisoner pro se litigants filing civil rights complaints"
 ⑤ A 12 page document that is the Civil docket for my case listing all defendants and giving a timeline of happenings w/ my case. The final event is listed as 10/4/2022 Amended Complaint.

B) On 11/15/22 @ 3:35pm I also got a NEF from this Court.

C) On 11/15/22 at 3:57pm I spoke to UTS →

Buchholz again and notified him that the NEF said I was to have recieved a notice of the deficiencies with my complaint and I have until December 12, 2022 to fix it. However, I did not recieve any information on what those deficiencies are. I asked if he had anymore legal mail. He said he was on vacation last week and UTS Brian Reeves covered for him so he may have it. UTS Buchholz said I needed to file a Form 9 request and he'll look into it.

D) On 11/15/22 @ I filed a Form 9 as UTS Buchholz asked and CS1 Grimmett signed it and turned it in to Unit Team on that day @ 4:10pm at my dinner insulin.

**Request:** To date, as of the writing of this letter, I have no idea what the deficiencies are that I need to fix. Can I please have another copy of that because apparently either the EDCF mailroom or Unit Team has lost it.

Thank you in advance for your help. I've already lost a week of time so if this could be expedited I'd appreciate that.

Christopher Erwin #123078
11/16/2022