Christopher Erwin #123078
Name

1737 SE HWY 54 PO Box 311

EL Dorado, Kansas 67042
Address

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Christopher Erwin #123078, Plaintiff
*(Full Name)*

V.

Jeff Zmuda , Defendant (s)
and 16 other defendants (attached pg 1A-1C)

CASE NO.  22-3170-JWL-JPO
(To be supplied by the Clerk)

SECOND AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Christopher Erwin #123078 , is a citizen of Kansas
*(Plaintiff)*                                                    *(State)*

who presently resides at EL Dorado Correctional Facility, (EDCF) 1737 SE HWY
*(Mailing address or place*

54 PO Box 311 EL Dorado, KS 67042                                .
*of confinement.)*

2) Defendant Jeff Zmuda is a citizen of
*(Name of first defendant)*

Topeka, Kansas , and is employed as
*(City, State)*

Secretary of Corrections for Kansas Dept. of Corrections (KDOC). At the time the
*(Position and title, if any)*

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Jeff Zmuda was the Secretary of Corrections at all relevant times

mentioned in this complaint and acted in his individual capacity

under color of state laws.

1

1) Dr. Zmuda, Secretary of Corrections (SOC) for Kansas Dept. of Corrections (KDOC), at 714 S.W. Jackson St. Suite 300 Topeka, Kansas 66603.

2) Linda Kenny, Corrections Manager (CM) and Secretary of Corrections Designee (SOCD) for Kansas Dept. of Corrections (KDOC) at 714 SW Jackson St. Suite 300 Topeka, Kansas 66603.

3) Darcie Holthaus, Corrections Manager II and Secretary of Corrections Designee (SOCD) for Kansas Dept. of Corrections (KDOC) at 714 SW Jackson St. Suite 300 Topeka, Kansas 66603.

4) Jeff Butler, Warden for Kansas Dept. of Corrections (KDOC) at El Dorado Correctional Facility (EDCF) 1737 SE HWY 54 PO Box 311 El Dorado, Kansas 67042.

5) Thomas Williams, Warden for Kansas Dept. of Corrections (KDOC) at El Dorado Correctional Facility (EDCF) 1737 SE HWY 54 PO Box 311 El Dorado, Kansas 67042.

6) Joshua Murtaugh, Medical Grievance Coordinator (aka Clinical Reviewer) for Kansas Dept. of Corrections (KDOC) 714 SW Jackson St. Suite 300 Topeka, Kansas 66603.

7) Dr. Paige Dubberry, M.D., FAAFP, M.P.H., Statewide Medical Director Centurion Health 6220 SW 29th St. Suite 200 Topeka, Kansas 66614.

8) Sarah Sadgwick, Health Services Administrator (HSA) Centurion Health at El Dorado Correctional Facility (EDCF) 1737 SE HWY 54 PO Box 311 El Dorado, Kansas 67042.

9) Maria Bos, Corrections Manager III (aka Classification Administrator) for Kansas Dept. of Corrections (KDOC) at El Dorado Correctional Facility (EDCF) 1737 SE HWY 54 Po Box 311 El Dorado, Kansas 67042.

10) Brian Reece, Unit Team Supervisor (UTS) for Kansas Dept of Corrections (KDOC) at El Dorado Correctional Facility (EDCF) 1737 SE HWY 54 Po Box 311 El Dorado, Kansas 67042.

11) Brian Buchholz, Unit Team Supervisor (UTS) for Kansas Dept of Corrections (KDOC) at El Dorado Correctional Facility (EDCF) 1737 SE HWY 54 Po Box 311 El Dorado, Kansas 67042.

12) Katrina Titsworth, Nurse (LPN) Centurion Health at El Dorado Correctional Facility (EDCF) 306 West St. Halstead, Kansas 67056

13) Julie Hay, Assistant Food Service Director (AFSD) Aramark Correctional Services (ACS) at El Dorado Correctional Facility (EDCF) 1737 SE HWY 54 PO Box 311 El Dorado, Kansas 67042. Note: for purposes of naming a defendant Julie Hay served as Correctional Officer for Kansas Dept. of Corrections (KDOC) in 2016.

14) (FNU)(LNU), Registered Dietician (RD) Aramark Correctional Services (ACS) at El Dorado Correctional Facility (EDCF) 1737 SE HWY 54 PO Box 311 El Dorado, Kansas 67042. Note: KDOC and ACS have both refused to name the RD citing that ACS is not susceptible to Kansas Open Records Act (KORA) requests. I am unable to obtain his/her name.

15) Catherine McDonald, Food Service Supervisor (FSS) Aramark Correctional Services (ACS) at El Dorado Correctional Facility (EDCF) 1737 SE HWY 54 PO Box 311 El Dorado, Kansas 67042.

16) Christopher Cornell, Food Service Supervisor (FSS) Aramark Correctional Services (ACS) at El Dorado Correctional Facility (EDCF) 1737 SE HWY 54 PO Box 311 El Dorado, Kansas 67042.

3) Defendant **Libby Keogh** is a citizen of
*(Name of second defendant)*

**Topeka, KS** , and is employed as
*(City, state)*

**KDOC Corrections Manager / Secretary of Corrections Designee** . At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

Libby Keogh was a CM /SOC Designee at all relevant times mentioned
in this complaint and acted in her individual capacity under color of
state law.
(Use the back of this page to furnish the above information for additional defendants.)
(continued on pages 2A - 2E)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

My 8th amendment rights under the U.S. Constitution
have been violated for years on a consistent basis
litterally hundreds of times by the above named
defendants with respect to issues related to my
Type 1 Diabetes while being a prisoner in KDOC
at El Dorado Correctional Facility in El Dorado, KS.
I have suffered serious irreperable harm as a result; These
defendants violated my rights knowingly and disregarded
my health and safety in dangerous ways consciously.

2

4) Defendant Darcie Holthaus is a citizen of Topeka, KS and is employed as a Corrections Manager II / Secretary of Corrections Designee (SOC). At the time the claim (s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Darcie Holthaus was a CMII / SOC Designee at all relevant times mentioned in this complaint and acted in her individual capacity under color of state law.

5) Defendant Jeff Butler is a citizen of El Dorado, KS and was employed as KDOC Warden of El Dorado Correctional Facility (EDCF) at all relevant times mentioned in this complaint. At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Jeff Butler was the Warden of El Dorado Correctional Facility at all relevant times mentioned in this complaint and acted in his individual capacity under color of state law.

6) Defendant Thomas Williams is a citizen of El Dorado, KS and is employed as KDOC Warden of El Dorado Correctional Facility (EDCF). At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Thomas Williams was the Warden at EDCF at all relevant times mentioned in this complaint and acted in his individual capacity.

7) Defendant Joshua Murtaugh is a citizen of Topeka, Kansas and is employed as KDOC Medical Grievance Coordinator (aka Clinical Reviewer). At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Joshua Murtaugh was Medical Grievance Coordinator (aka Clinical Reviewer) at all relevant times mentioned in this complaint and in his individual capacity under color of state law.

8) Defendant Dr. Paige Dodson, MD, FAAFP, MPH is a citizen of Topeka, KS and is employed as Centurion Health Statewide Medical Director. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Dr. Paige Dodson was the Statewide Medical Director for Centurion Health at all relevant times mentioned in this complaint and acted in her official capacity under color of state law.

9) Defendant Sarah Madgwick is a citizen of El Dorado, KS and is employed as Health Services Administrator Centurion Health at El Dorado Correctional Facility (EDCF) At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of State law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
Sarah Madgwick was the HSA at all relevant times mentioned in this complaint and acted in her official capacity under color of state law.

10) Defendant Maria Bos is a citizen of El Dorado, Kansas and is employed as KDOC Corrections Manager III (aka Classification Administrator) at all relevant times mentioned in this complaint at El Dorado Correctional Facility (EDCF). At the time the claim(s) alleged in this complaint arose was the defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Maria Bos was the Classification Administrator at all relevant times mentioned in this complaint and acted in her individual capacity under color of state law.

11) Defendant Brian Reeves is a citizen of El Dorado, Kansas and is employed as KDOC Unit Team Supervisor (UTS) at El Dorado Correctional Facility (EDCF). At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Brian Reeves was the UTS at all relevant times mentioned in this complaint and acted in his individual capacity under color of state law.

12) Defendant Brian Buchholz is a citizen of El Dorado, Kansas and is employed as KDOC Unit Team Supervisor (UTS) at El Dorado Correctional Facility (EDCF). At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Brian Buchholz was the UTS at all relevant times mentioned in this complaint acting in his individual capacity under state law

13) Defendant Katrina Tittsworth is a citizen of ~~[scribbled out]~~ Halstead, KS and was employed as Nurse (LPN) for Centurion Health at El Dorado Correctional Facility (EDCF). At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Katrina Tittsworth was a Nurse (LPN) responsible for dispensing my insulin for Centurion Health at all relevant times mentioned in this complaint and acted in her official capacity under color of state law.

14) Defendant Julie Hay is a citizen of El Dorado, KS and was employed as Assistant Food Service Director (AFSD) for Aramark Correctional Services (ACS) at El Dorado Correctional Facility (EDCF). At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Julie Hay was the AFSD at EDCF at all relevant times mentioned in this complaint and acted in her official capacity under color of state law.

15) Defendant (FNU)(LNU) is a citizen of El Dorado, KS and is employed as Registered Dietician (RD) for ...

Aramark (Correctional Services (ACS) at El Dorado Correctional Facility (EDCF). At the time the claim(s) alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: (FNU) (LNU) was the RD at EDCF at all relevant times mentioned in this complaint and acted in his/her official capacity under color of state law.

16) Defendant Catherine McDonald is a citizen of El Dorado, KS and is employed as Food Service Supervisor (FSS) for Aramark (Correctional Services (ACS) at El Dorado Correctional Facility (EDCF). At the time the claim(s) alleged in this complaint arose was the defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Catherine McDonald was the FSS at EDCF at all relevant times mentioned in this complaint and acted in her official capacity under color of state law.

17) Defendant Christopher Cornell is a citizen of El Dorado, KS and is employed as Food Service Supervisor (FSS) for Aramark Correctional Services (ACS) at El Dorado Correctional Facility (EDCF). At the time the claim(s) alleged in this complaint arose was the defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Christopher Cornell was the FSS at EDCF at all relevant times mentioned in this complaint and acted in his official capacity under color of state law.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: _(See attached)_

_____

_____

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_(See attached)_

_____

_____

_____

B) (1) Count II: _(See attached)_

_____

_____

(2) Supporting Facts: _(See attached)_

_____

_____

_____

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: (See attached)

(2) Supporting Facts: (See attached)

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: Christopher Erwin #123078

      Defendants: Jeff Zmuda

   b) Name of court and docket number Butler County District 13 Court 2021-CV-000096

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending

   d) Issues raised Habeas Corpus - disciplinary cases

G) Parties to previous lawsuit:
Plantiffs: Christopher Erwin #123078
Defendants: Jeff Zmuda

H) Name of court and docket number: Butler County District 13 Court 2022-CV-137

I) Disposition: Still pending

J) Issues Raised: Habeas Corpus - disciplinary cases

K) Approximate date of filing lawsuit: 5/12/22

L) Approximate date of disposition: Still pending

M) Parties to previous lawsuit:
Plantiffs: Christopher Erwin #123078
Defendants: Jeff Zmuda and et al

N) Name of Court and docket number: US District of Kansas Court 21-3213-SAC

O) Disposition: Dismissed (8th amendment w/o prejudice and ADA Title II w/ prejudice)

P) Issues raised: 8th amendment and ADA Title II.

Q) Approximate date of filing lawsuit: 9/8/2021

R) Approximate date of disposition: 3/2/2022

A.) (I.) Count 1 Defendant Jeff Zmuda,
KDOC Secretary of Corrections, violated
my 8th amendment rights under the U.S.
Constitution by perpetrating a permissible
and toxic work culture within his office
in Topeka, KS (KDOC HQ) whereby his
designees Darcie Holthaus and Libby Keogh
made decisions in his name and with his
tacit approval regarding my medical grievances
about how I was being severely
injured on a continuous basis and put at
serious risk without just cause on a
continuous basis that directly prolonged
and worsened my suffering suffering
physically even though he was fully aware
I was being severely harmed and still decided
not to intervene to stop the harm literally
hundreds of times over at least a year plus
while I was incarcerated at EDCF from
at least September 1, 2020 to February 24, 2022
and October 12, 2022 to the present day

(2) Supporting Facts:

I am a insulin dependant Type 1 diabetic on a caloric controlled diabetic diet as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin injections per day, test my blood sugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having type 1 diabetes even more so in a dangerous correctional environment.

My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths"(Harvard Medical School Massachussetts General Hospital). The opposite then is also true.

My blood sugars at EDCF have been above 183mg/dl)
(HbA1C of 8+) 30% of the time, below 70mg/dl
7% of the time, and only in the target range of
80mg/dl to 150mg/dl about 28% of the time. The
target for diabetic's such as myself is a HbA1C of below 7
(154mg/dl). So it is clear having 30% of my
sugars consistently above 183mg/dl does significant
and permanent medical harm and exponentially increases
my risks of death to predictably and certain dangerous
levels. Likewise, it is well known medical fact, as
evidenced in Centurion Health's own diabetic
education materials, that blood sugars at or below
70mg/dl are known to cause permanent damage
to every cell in a diabetic's body, particularly eyesight,
and put the diabetic in immediate danger of diabetic
coma and death. I saw Dr. Davis with Wichita
Urology on 1/25/22 for my scrotal swelling and
scrotal skin cracking and bleeding for more than
4 months at that time (September 9, 2021) and he
said it was due to my prolonged out of control
blood sugars.
Defendant Jeff Zmuda as part of his legal duties
as Secretary of Corrections per KSA 75-5251
and KSA 75-5210 hired and directed the work
of his designees Darcie Holthaus and Libby Keogh.
As a direct result my medical complaints were ignored and
obstructed repeatedly for more than a year despite no

penological, medical, or economically justifiable reasons. Defendant Jeff Zmuda promulgated and perpetuated a work culture in KDOC that led to his designees, Darcie Holthaus and Libby Keogh speaking for him and as him, to deny me resolutions to my medical grievances which were medically necessary to me, urgent to my health and safety, and which cost no money or undue burdens of any kind on the operations of EDCF by KDOC, Aramark, or Centurion staff. Defendant Jeff Zmuda was repeatedly made aware through grievances listed in the supporting facts that follow of the medical complaints I had, the harm they were causing, the severity & risk to my health and safety, and chose to not intervene to stop the harm which further prolonged and worsened my physical pain and suffering for over 1 year. But for Defendant Jeff Zmuda's deliberate indifference, culpable state of mind, and conscious cruelty to me there is no other explanation left that could or does explain Defendant Jeff Zmuda's actions that violated my 8th amendment rights under the U.S. Constitution. What follows are specific details of incidents that caused me the aforementioned harm.

B)(1) Count 2: Defendant Jeff Zmuda, KDOC Secretary of Corrections, violated my 8th amendment rights under the U.S. Constitution by perpetuating a dangerous situation whereby his Medical Grievance Officer/Coordinator (aka: Clinical Reviewer) Joshua Murtaugh who was hired by Secretary Zmuda, the Defendant, to be the medical expert advising Defendant Jeff Zmuda's designees Darcie Holthaus and Libby Keogh as well as himself on matters related to my medical grievances/complaints concerning very serious harm I was enduring on a continous basis as a Type 1 diabetic in Defendant Jeff Zmuda's legal custody while I was incarcerated at El Dorado Correctional Facility from at least September 1, 2020 to present day (except for February 24, 2022 - October 11, 2022) was making decisions on my medical care when Joshua Murtaugh had no medical credentials whatsoever and the consequences of Murtaugh's decisions directly and immediately led to my needless medical suffering physically harming me in some cases for one year and in other continuously, and permanently, up to the present day for more than a year even though Defendant Jeff Zmuda had on numerous occasions been made aware by me personally of the harm being inflicted upon me and repeatedly chose to ignore my physical pain without any just cause.

Secretary of Corrections has the duty and power to manage all aspects of EDCF including making rules, procedures, contracts, and hiring/firing KDOC employees as he sees fit to ensure the safety and security of every prisoner, myself included, while in his custody.

Defendant Jeff Zmuda hired Medical Grievance Officer/Coordinator (aka Clinical Reviewer) Joshua Murtaugh to provide medical advice to himself and his designees when medical complaints rose to Defendant Jeff Zmuda's level knowing full well Joshua Murtaugh has no medical credentials at all and legally is not allowed to provide medical advice in this capacity per Kansas laws related to the practice of medicine. While Kansas law may not be enforceable in Federal Court it speaks to the absolute unquestioned deliberate indifference Defendant Jeff Zmuda possessed and engaged in repeatedly over at least one year as my very serious medical grievances were continuously ignored, frustrated, and in some cases overtly obstructed causing me very serious physical harm including pain, suffering, both temporarily and permanently over the course of more than a year not to mention risk of death for no

penalogical, economic, or medically justifiable reasons.
Defendant promulgated and perpetuated a toxic work
culture in KDOC that led to my medical problems
I complained of to be ignored, worsened, and caused
me considerable pain, suffering, risk of harm for
over 1 year while I was incarcerated at EDCF.
Defendant ~~was not~~ Jeff ~~Bemuda~~ hired and enabled
Medical Grievance Coordinator/Officer Joshua
Murtaugh to illegally provide medical advice to
himself and his designees Darcie Holthaus and
Libby Keogh on 1/11/2021, 4/15/2021, 12/7/2021, ~~4~~
and an undated letter I recieved in Spring of 2022
that was in response to a complaint initiated by my
mother. All those responses directly were related
to me not recieving my medical diet properly,
not recieving carbohydrate information for my medical
diet I needed to dose insulin, not recieving
shelf stable protein in my snack sack, and
not recieving insulin and meals at regular times.
In all of those situations it was explained by me
and my mother who is a registered nurse trained
in diabetes management the harm I was suffering,
the medical necessity of everything I was asking
for, the fact that what I asked for was as
undisputed in the medical field as gravity
is in physics and still I was denied what

I medically needed. My blood sugars have been dangerously elevated for years now consistently with a large number of low blood sugars causing me serious harm including at least one seizure and several near incidents of DKA. While @ EDLF from at least September 1, 2020 to February 28, 2022 and October 12, 2022 to present my blood sugars have been above 183 mg/dl about 30% of the time, below 70 mg/dl 7% of the time, and only in the target range of 80 mg/dl to 130 mg/dl about 20% of the time. Per generally accepted medical science, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes and renal failure. A 1% reduction in HbA1C reduces risks by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School Massachussetts General Hospital). The target for Type 1 diabetics such as myself is to have HbA1C levels at or below 7 (Avg blood glucose over 3 months of 154 mg/dl). So it is clear having 30% of my sugars consistently above 183 mg/dl (HbA1C of 8+) does significant and permanent medical harm and exponentially increases

my risks of death to predictably and certain
dangerous levels. Likewise, it is well known
medical fact, as evidenced in Centorion Health's
own Diabetic education materials, that blood
sugars at or below 70 mg/dl are known to cause
permanent damage to every cell in a diabetics
body particularly eyesight and put the diabetic
in immediate danger of diabetic coma and death.
I take my blood sugars consistently every day 4 times
a day with almost no exception so out of the
hundreds of sugars, insulin injections, meals
over more than a year 57% of my sugars were
at dangerous levels causing me pain, permanent
damage physically, and putting me constantly at
risk for stroke, heart attack, coma, and death.
On 1/25/22 Dr. Davis with Wichita Urology
said my scrotal swelling and the cracking and
bleeding of my skin on my scrotum was a direct
result of prolonged out of control blood sugars
that I had been suffering from. The swelling
and cracking and bleeding of my scrotum was
painful and had at that point been ongoing
consistently since September 9, 2021.
Defendant Jeff Zmudas actions and inactions
caused this very significant harm and despite
me making him aware of this through the available

processes he continued to refuse to intervene to stop this harm from being consistantly inflicted upon me. But for Defendant Jeff Zmuda's deliberate indifference there is no justification economically, legally, medically, or penologically for him not intervening on my behalf and shows he had a culpable state of mind when he violated my 8th amendment rights.

C)(1) Count 3: Defendant Darcie Holthaus, KDOC Secretary of Corrections Designee, violated my 8th amendment rights under the U.S. Constitution by continuing to ignore my very serious medical complaints regarding harm being physically done to me as a direct result of me not recieving my medically prescribed diet as prescribed, not recieving my prescribed medical diet at regular times which was medically necessary to prevent severe physical harm being done to me multiple times a day every day for over a year, not recieving my medically prescribed medication to treat my Type 1 diabetes at regular times coinciding properly with my prescribed medical diet multiple times a day as well as at H.S. (Before Bed) each day, not recieving the carbohydrate information for my meals which I needed to properly dose my medications multiple times a day to prevent severe physical harm being done to me up to and including death, and not recieving shelf stable protein in my snack sack at dinner each day which I needed to prevent the constant threat of hypoglycemia, hyperglycemia, and food poisoning over more than a year and persisting to this day, all while she knew of the harm being physically done to me, understood the seriousness of the threat, and still chose not to intervene to stop it when she had the

power to do so as Secretary of Corrections Designee.

(2) Supporting Facts: I am a insulin dependent Type 1 diabetic on a calorie controlled diabetic diet as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my blood sugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School Massachussetts General Hospital). The

Opposite then is also true. My blood sugars at EDCF have been above 183mg/dl (HbA1C of 8+) 30% of the time, below 70mg/dl 7% of the time, and only in the target range about 20% of the time (80mg/dl to 130mg/dl). The target for diabetics such as myself is a HbA1C of 7 or lower (154mg/dl). So it is clear having 30% of my sugars constantly above 183mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced in Centurion Health's own diabetic education materials, that blood sugars at or below 70mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma and death. I saw Dr. Davis with Wichita Urology on 1/25/22 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars. SOC Designee (and Defendant) Darcie Holthaus was made aware, in exceptional detail, of various problems I had been having regarding getting out for insulin line, my prescribed medical diet, my requests for accomodation for the snack sack on my medical diet, scrotal swelling and painful cracking and bleeding of

My scrotum as a direct result of uncontrolled blood sugars due to issues I complained to her of in grievances, issues with UTS Brian Reeves destroying my grievances and obstructing my ability to get what I need medically, Various nurses denying me insulin unjustly, and made her aware in detail how I was being harmed, why I needed what I needed medically to control my diabetes, and provided actionable details she maliciously ignored not to mention ignored her own rules in KDOC inmate rule book, IMPP's, General Orders, and State and Federal laws. She did this on many dates some of which are April 19, 2021 grievance ~~grievance CA~~ 22223, April 19, 2021 grievance CA 22222, unnumbered grievance October 12, 2021, 3 unnumbered grievances on November 23, 2021, grievance CA 22450 on November 23, 2021, unnumbered grievance dated February 3, 2022, unnumbered grievance dated January 21, 2022, unnumbered grievance dated October 7, 2021, grievance CA 22286 dated July 12, 2021, non-grievance response to my mother's complaint on my behalf dated 1/11/2021, undated non-grievance response to my mother's complaint on my behalf about June 2022 is when I finally recieved it, a unnumbered grievance dated May 27, 2021, grievance CA 22239 dated June 1, 2021, grievance CA 22336

dated October 7, 2021,

All of these grievance responses by Defendant Darcie Holthus, and non-grievances responses too, where sent to me in her capacity as SDC Designee for SDC Jeff Zmuda speaking for him and so with the power to solve my issues. Defendant Darcie despite having the power to solve my issues that were causing me harm, her knowledge rra these grievances and complaints also from my mother on my behalf, for well over a year, her knowledge of how I was being severly harmed and the fact she knowingly was lying about my grievances not following procedures, was lying about me not providing sufficient details about the severity of the harm being done to me and the numeros policies/procedures/laws being violated, and also knowingly was relying on the illegal medical advice of Clinical Reviewer/Medical Grievance Officer/Coordinator Joshua Murtaugh to justify w/o just cause refusing to take action by her own written admission to resolve my serious medical complaints that caused me harm, still chose to continue to deny me any resolution to my medical complaints in any way whatsoever which led to my scrotal swelling, many

Skin infections over more than a year, significant and painful permanent damage to my body as a result of out of control blood sugars due to her refusals to intervene to protect me from harm over more than a year, and Defendant Darcie Holthaus had no penological, economic, medical, or legal reasons for doing so, But for her deliberate indifference and culpable state of mind there is no other reason why she did deny me proper resolution to my medical complaints which are undisputed medical necessities for me to stay alive in custody as a Type 1 diabetic.

D)(1) Count 4: Defendant Libby Keogh, KDOC Secretary of Corrections Designee, violated my 8th amendment rights under the U.S. Constitution by continuing to ignore my very serious medical complaints regarding harm being done physically to me as a direct result of me not recieving my medically prescribed diet as prescribed, not recieving my prescribed medical diet at regular times which was medically necessary to prevent severe physical harm being done to me multiple times a day every day for over a year, not recieving my medically medication to treat my Type 1 diabetes at regular times coinciding properly with my prescribed medical diet multiple times a day as well as at H.S. (Before Bed) each day, not recieving the carbohydrate information for my meals which I needed to properly dose my medications multiple times a day to prevent severe physical harm being done to me up to and including death, and not recieving shelf stable protein in my snack sack at dinner each day which I needed to prevent the constant threat of hypoglycemia, hyperglycemia, and food poisoning over more than a year and persisting to this day, all while she knew of the harm being physically done to me, understood the seriousness of the threat, and still chose not to intervene to stop it when she had the power to do so as

Secretary of Corrections Designee:

(2) Supporting Facts: I am an inslin dependent Type 1 diabetic on a calorie controlled diabetic diet as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my bloodsugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvasular complications, and 43% for amputations or deaths" (Harvard Medical School Massachossetts General Hospital).

The opposite then is also true. My blood sugars @ EDCF have been above 183 mg/dl (HbA1C of 8+) 50% of the time, below 70mg/dl 7% of the time, and only in the target range about 20% of the time (80mg/dl to 130mg/dl). The target for diabetics such as myself is a HbA1C of 7 or lower (154mg/dl). So it is clear having 50% of my sugars constantly above 183 mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced in Centurion Health's own diabetic education materials, that blood sugars at or below 70mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/22 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021). and he said it was due to my prolonged out of control sugars. SDC Libby Keogh, the defendant, was made aware, in exceptional detail, of various problems I had been having regarding me needing carbohydrate info for my medical diet, snack such accomodation for my medical diet to sustain healthy sugars and avoid food poisoning, proper and regular timing of meals and insulin to avoid hypoglycemic and hyperglycemic reactions among other

severe physical pain and complications, Aramark staff refusing to comply w/ my medical diet, KDOC staff refusing to fix the issues I was having and actively obstructing me from getting what I needed medically, and repeated refusals by Aramark staff to provide me with a medical diet menu for my prescribed diabetic diet making it impossible for me to control my diabetes, I notified Defendant Libby Keogh of many KDOC policies, procedures, general orders, IMPP's, state laws, and U.S. Constitutional 8th amendment rights being violated in actionable detail many times over many months. I did so on grievance CA 22043 dated January 5, 2021, grievance CA 22160 dated March 23, 2021, unnumbered grievance dated March 23, 2021, and Defendant Libby Keogh failed to meaningfully resolve any of my serious medical complaints and so needlessly worsened, prolonged, and contributed to causing continued painful physical harm to me as a result of out of control sugars over more than a year resulting in many skin infections, scrotal swelling, cracked and bleeding skin on my scrotum, constant fatigue, temporary dementia due to low blood sugars numerous times, and permanent damage to every cell in my body over more than a year due to hundreds of blood sugars out of control.

Defendant Libby Keogh had no penological, economic, medical, or legal reasons for doing so, But for her deliberate indifference and culpable state of mind there is no other reason left for why she didn't help me resolve urgent, necessary, medically undisputed, medical needs to help me control my Type 1 diabetes so I can stay alive and not be severely harmed while in custody.

E) (1) Count 5: Defendant Joshua Murtaugh, KDOC Medical Grievance Officer/Coordinator (aka Clinical Reviewer), violated my 8th amendment rights under the U.S. Constitution by giving medical advise to Secretary of Corrections Jeff Zmuda, Secretary of Corrections Designee Darcie Holthaus, and Secretary of Corrections Designee Libby Keogh related to my medical complaints about not recieving my medically prescribed diet as prescribed and physical harm being inflicted on me as a result on a continous basis for over a year cumulatively, not recieving my prescribed medical diet at regular times which was medically necessary to prevent severe physical harm being done to me multiple times a day everyday for over a year, not recieving my medically prescribed medication to treat my Type 1 diabetes at regular times coinciding properly with my prescribed medical diet multiple times a day as well as at H.S. (Before Bed) each day, not recieving the carbohydrate information for my meals which I needed to properly dose my medications multiple times a day to prevent severe physical harm being done to me up to and including death, and not recieving shelf stable protein in my snack sack at dinner each day which I needed to prevent the constant threat of hypoglycemia,

Hyperglycemia, and food poisoning over more than a year and persisting to this day, all while he knew of the harm being physically done to me, understood the seriousness of the threat, and still chose to not intervene to stop it when he had the power to do so as Medical Grievance Officer/Coordinator advising Darcie Holthaus and Libby Keogh and Secretary Jeff Zmuda who were relying on his repeated so called medical advice to make decisions on my medical care when he knew he had zero such medical credentials/expertise and understood the harm which would, and did, result to me on a continuous basis for over a year while I was incarcerated at El Dorado Correctional Facility on two separate periods of time.

(2) Supporting Facts: ~~[struck out text]~~ I am an insulin dependent Type 1 diabetic on a caloric controlled diabetic diet as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 7 insulin shots per day, test my blood sugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead

to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 4, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School Massachussetts General Hospital). The opposite then is also true. My blood sugars @ EDCF have been above 183mg/dl (HbA1C of 8+) 50% of the time, below 70mg/dl 7% of the time, and only in the target range about 20% of the time (80mg/dl to 130mg/dl). The target for diabetics such as myself is a HbA1C of 7 or lower (154mg/dl). So it is clear having 50% of my sugars constantly above 183mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as

evidenced in Centurion Health's own diabetic
education materials, that blood sugars at or
below 70 mg/dl are known to cause
permanent damage to every cell in the
diabetic's body, particularly eyesight, and
put the diabetic in immediate danger of
diabetic coma or death. I saw Dr.
Davis with Wichita Urology on 1/25/2022 for
my scrotal swelling and scrotal skin cracking and
bleeding for more than 4 months at that time
(September 9, 2021) and he said it was due to
my prolonged out of control sugars. and said it
was due to my prolonged out of control sugars.
Defendant Joshua Murtaugh was acutely aware
of various problems I had been having that were
causing me severe medical harm, physical pain,
permanent and persistent physical harm as a
direct result of his role in refusing to help me
resolve my medical diet issues, timing of meals and insulin,
Carbohydrate info so I can match carbs to insulin, shelf
stable protein in snack sack to avoid blood sugars issues and
food poisoning I was in daily danger of, as detailed
in the facts that follow. Defendant Joshua Murtaugh
was deliberately indifferent to my medical needs,
had a culpable state of mind, maliciously denied me
resolution to my medical issues when he had the power
to do so w/o penological, medical, legal, economic consequences.

On a letter dated 1/11/2021 made as part of the SOC's response to my complaints to my mother, who is a RN, who complained to the SOC on my behalf, but didn't always get the ~~facts~~ details correct btw. They said, "The concerns regard Scrotal infection and insulin administration. Findings of Facts by Clinical Reviewer: The Kansas Department of Corrections Medical Health Authorities reviewed the correspondence, site response, and EHR. The offender's advocate concerns regarding the offender's scrotal infection and insulin administration on 12/20/21" (date of her email) "The scrotal infections concerns were reviewed and addressed on 12/7/2021. The insulin concerns were also reviewed and addressed at that time. However, further investigation of this concern was again reviewed here. The Medication Administration Record" (that's the MAR) "was reviewed for September 2021 through December 2021. It appears by documentation that the offender's compliance for insulin is around 50%. Findings are somewhat intermediate due to the electronic record appearing incomplete. Conclusions Made By Clinical Reviewer: Reccommend the healthcare team consider ~~elevating~~, educating...

Nursing staff regarding documentation of medications and
Clearly document on the medical record with the [pg. 4.28]
appropriate documentation code if patient has refused
care. In addition, recommend the healthcare team
consider including formal documentation of refusal for

insulin if the patient declines insulin administration
and the healthcare provider be notified of the
patient's refusal of ordered medications.
Action Taken: Recommendations have been forwarded
to Centurion's Regional Medical Director."
This letter was signed by Darcie Holthaus, SOC Designee
Recieved into Warden's office per stamp on 1/26/2022.

Of course, I don't refuse insulin 50% of the time,
I would be dead if I did that. The Clinical
Reviewer, a KDOC employee, clearly admits the
nurses aren't logging my blood sugars 50% of the time
which makes it impossible for the Doctor to advise
me on controlling blood sugars. Also, directly a
violation of the KDOC- Centurion Contract.
No meaningful action was taken to correct this
problem and the problem continued long after
while I was in EDCF up to present in LCF.

On a letter dated 4/15/2021 KDOC's Clinical Reviewer
Stated, and misstated many, facts regarding my diabetic
care. The letter said the following:
"Facility: El Dorado Correctional Facility Offender: Erwin,
Christopher #123078 Complaint Type: The offender's

advocate contacted the Department (My mother who complained on my behalf but KDOC Clinical Reviewer misstated what she sent them/said to them which I confirmed after the letter when I contacted her about what she said w/o telling her what they said she said. There is a pattern of this w/ the KDOC Clinical Reviewer) "Date: 4/15/2021 Complaint: The concerns regard diabetes therapy. Findings of Fact By Clinical Reviewer: The Kansas Department of Corrections Medical Health Authorities reviewed the correspondence, site response, and EHR. The offender has Type 1 diabetes mellitus. He is on dual insulin therapy and has had hypoglycemic episodes recently. Per the offender's report, he complains that he recently did not get his meal until 2.5 hours after he was given his insulin. He also complains that he was not given bread with one meal, which resulted in a drop in his blood sugar with his insulin. He claims he was not able to get his HS insulin because he was "not on the list"." [This is a blatant misrepresentation KDOC via disciplinary hearing records lessus it was dinner insulin on 3/22/21 and the CO, CO Stephenson refused me to go to meal line/insulin because I was diabetic which she said verbatim on the hearing record. The hearing had long since took place prior to this letter. Also, grievances I filed clearly stated the facts as being at dinner. ] [As for "not getting bread at one meal" I complained about numerous diet problems to my mother that she did properly convey and involved my diet missing many items, many times, for months and months.

ps.
4.29

In addition, I had been steady complaining about numerous issues w/ insulin, timing, meal deficiencies, not getting shelf-stable protein causing lows and highs at different time of the day and KDOC Clinical Reviewer had previously commented on those issues so knew full well about it

pg. 4:30 —

an. "Per the site response, the Offender was seen for an emergent response, His blood sugar was 45 mg% . He recieved peanut butter and crackers, stabalized and returned to his cell. On 2/3/2021, there was an order for increased glaragine insulin at 16u at H.S. On 2/8/2021, the offender was found seizing in his bunk, Glucose measured at 52 mg%. After aepproximately 8 minutes, he stopped seizing. He was then offered glucagon injection, which he took. He also recieved peanut butter and a can of Ensure. A recheck of his blood sugar then showed 38 mg% after 20 minutes of monitoring, he was deemed stabled enough to return to his living unit.

[First, another example of misconstruing facts. The Clinical Reviewer committing a clear fallacy of logic by juxtaposing the increased glargine of 16u next to a low episode so bad I seized as if one caused the other. First, glargine (goes by Semglee or Lantus) is a 24 hr insulin that doesn't peak and is very stable. If that insulin causes lows it would not just cause one low during ~6:39pm which was when that seizure happened, several days after. If it was the issue it would cause lows all throughout the day every

Clay! This isn't my opinion. Her commonly known, accepted data that isn't controversial (

glargine doesn't peak, is stable, and provides a consistent insulin for up to 24hrs. So, this is a blatant attempt to make it look as if I am to blame. The actual reason is, as I had at that point complained of many times, the fact I don't get shelf stable protein in my snack sack at dinner. This leaves me no protein to hold my blood sugars up in between meals. This is why I dropped out. The other reason is I miscounted carbs. Since Aramark and the Dietician refused me the carbs data I had to, and continue to have to, guess what the carbs are to match to insulin. This is like playing Russian Roulette every meal. Very dangerous, as the Clinical Reviewer is well aware.

The reason my sugar dropped more "after 20 minutes" is because it takes that long before the food I ate would even hit my system plus it wasn't even 20 mins they rechecked it. They rechecked it at 6:45pm just 7 minutes later roughly. Nurse Schechter, Graham, and Legit (EMT) were there. The Clinical Reviewer knows this because they presumably have medical credentials and know how long it takes for food to metabolize. My sugars in the days prior were all over the place 300's – 70's. If glargine was the issue then that would be constant lows, which wasn't the case. The Clinical Reviewer knows this but on purpose tried to paint a picture of that being the issue

Instead of admitting that the fact I had been constantly complaining of not having shelf stable protein, not knowing carb info in food due to Aramark's refusal, and not getting my insulin on time regularly were

the problems because that of course would point the finger @ KDOC, Aramark, and to some extent Centurion which of course they're not going to do since they work for KDOC. There is no room for medical opinion. These are known medical facts widely accepted nationally that timing, carb info, shelf stable protein w/ proper carbs for snacks, are how Type 1's control sugars.

Without it we are in extreme danger.

"On 3/15/2021, on a nursing visit, the offender complained he was having difficulty getting out of his living unit to get to the insulin line. The nurse contacted the officer in charge to allow the offender to leave the cell house to receive his insulin." [Well, not just once! I had complained many times in/out of grievances and through my mother as follows prior to this Clinical Reviewer's letter: 5/9/21 CO Carrol @ 4:54pm refused to let me out. Per CO e insulin line was called 15 mins prior. Had to holler to get out; 6/12/21 H.S. 10:20pm (line called @ 10pm per CO e insulin line) Nurse called CO's in bubble to let me out since she knows I always go and had been having trouble for many months getting let out; 5/3/21 H.S., Nurse Huntzinger had to call CO Tibbets to let me go to insulin line because

CO Colein bubble refused to let me out on ... ... ... ... 4:53 pm

doors when CO Edwards called insulin line 2 mins prior @ 9:05 pm

3/14/21 @ Dinner CO in bubble refused to let me out for insulin
line, I was last to get meal, had closed West dining hall doors, Nurse
Wolffe said it was called a loooong time ago but CO's never let me out,
I finally kept hollering and they let me out @ 5:28 pm. That's how
I got out otherwise wouldn't have; 7/1/20 @ Breakfast, 7/2/20 @
breakfast, 7/3/20 @ Breakfast, 7/4/20 @ Breakfast, 7/5/20 @
H.S., 7/6/20 at Breakfast insulin line closed because of CO's delaying
me, I had to holler @ 4:34am, I had been waiting loooong time each
of these incidents. 11/2/20 @ H.S., I had to get out of
Cell house by breaking rules. CO Patterson had called it @ 9pm
but I got there @ 9:20pm after Shutting cuz CO's refused
to let me out normally; 11/3/20 @ breakfast, 5/20/20
@ H.S., 4/17/21 @ Breakfast, H.S., lunch, on 7/25/21
@ dinner 4:30pm Nurse Graham told me she sent OIC in
DCH, Captain, and Dir Moore an email about me getting
let out properly for insulin line since I had for so long had
so many issues; So lots of issues getting let out for
months prior to the Clinical Reviewer's letter and for
Months after. They knew and failed to take meaningful action
to curb it despite each time it causing me both
extreme lows and highs due to the delays. My
Mother made this clear and so did I on numerous
grievances prior to and after the Clinical Reviewer's
letter.

The Reviewer continues, "Conclusions Made By The
Clinical Reviewer: It is important for all diabetics
and the offender to receive their insulin within the
proper timeframes of mealtimes. Prompt care is also
important when a diabetic is having a hypoglycemic episode
There appears to be a disconnect between mealtimes and

~~double~~ ~~page check~~ regular insulin injections. Recommend the healthcare team work with facility staff to ensure offenders have ready access to their meals after insulin is given. pg. 4.34 Action Taken: Recommendations have been forwarded to Centurion's Regional Medical Director."

Signed by SDC Designee Darcie H. and dated as received in Warden's office @ EDCF 5/5/21.

On 12/7/2021 ~~the~~ Clinical Reviewer's response to my mother's complaints on my behalf about diabetic care causing scrotal swelling and delays in treatment for it causing me needless pain and suffering despite the lies told and misstatements made by the Clinical Reviewer in response to my mother's calls. It said, "Complaint: The concerns regard multiple concerns"... @ EDCF,... "Findings of Facts By Clinical Reviewer: The Kansas Department of Corrections Medical Health Authorities reviewed the correspondence, site response, and EHR. The offender's advocate has multiple concerns about the care of the offender's diabetes. She says he has been having problems with redness and swelling in his perineum for 2.5 months. Her main concerns are a perineal/scrotal infection that she claims is spreading to his lower abdomen, irregular meals and insulin dosage, claims of improper snacks causing difficulty with blood sugar regulation, Uncleaned and ill fitting clothes from laundry,

... "and being seen by nurses and nurse practitioners but not a physician. The prolonged redness and irritation of the perineum, with spreading . . . . " In addition, the food and laundry concerns are not under medical's care, and the other listed concerns are administrative and not Medical issues." Conclusions Made By Clinical Reviewer:

Recommend the healthcare team . . . consider ensuring that insulin and meals are coordinated in a timely manner, Lastly, recommend the . . . " Action Taken: Recommendations have been forwarded to Centurion's Regional Medical Director. " Signed by SDC Designee Darcie H. and stamped as recieved by Warden @ EDCF on 1/26/22.

Snacks are medical, are part of my medical orders on my prescribed diet, the Centurion - KDOC Contract details individualized medical diets should be written for offenders who are not having medical needs met by medical diet, as does IMPP 10-106D pg. 4 of 7 (III, B, 1) "Individualized diets *oxats* may be written and prescribed by the treating physician and/or dentist when the offender's specific need cannot be met by a standardized modified medical diet. . . " Clearly, giving me perishable meat w/ no access to refrigeration or ice means I will get food poisoning due to me needing snacks, as every Type 1 needs, over 24hrs until the next snack snch. Not having shelf stable protein w/ snacks is well

Known to put Type 1 diabetics at risk for both highs and lows throughout the day, especially overnight per the Somygl Effect and Dawn Phenomenon, which are well known and widely accepted in medicine, [pg. 403b]

On a letter by KDOC Clinical Reviewer, signed by SOC Designee Darcie H., but undated, said, "... He also said he needed to need nonrefrigerated diabetic snacks and that his insulin is not timed with meals and that he does not get a response to dropped sugar levels ... He had a scrotal ultrasound and a urology visit in January. The urologist thought there was no serious infection and recommended Chlorhexidine soap as a wash to prevent further cellulitis, along with a scrotal support." [What the Reviewer conveniently left out was Dr. Davis from Wichita Urology specifically said the cause of my scrotal swelling and skin on scrotum cracking and bleeding (an was painful) since Sept. 9, 2021 for swelling and since July 2021 for cracking/bleeding skin was all due to high blood sugars for prolonged period of time. He said this on docs he sent to Centurion. Dr. Wilson w/ Centurion on my chronic care visit in May 2022 showed me on the computer and read it as did I. So this Reviewer chose to not mention it even though it was the key thing that Dr. Davis recommended in addition to the scrotal support and soap. That's telling.]

The Reviewer continued ... "His complaint about his diet and his between meal snacks was

referred to the dietician at Aramark, since the physician only prescribed a specific level of calorie, and not the distribution or specific food." Further proof that Dr. Wilson could have but chose not to because of his hatred of me and not based on medicine. Dr. Wilson kept lying and saying he couldn't do an individualized diet so I could get the PB in my snack sack even though a couple doors down he did one for a prisoner who has a food allergy and is diabetic. I get his tray all the time because CO's don't care and Aramark refuses to fix messed up diets so they just give me his instead of fight w/ Aramark. His tray is 2200 SFA No PB and No Eggs, and is written on his tray. So, yes, an individualized diet is possible they just refuse to despite my obvious medical need and fact perishable meat is a direct threat to my health/safety, due to lack of refrigeration for the 24 hrs we need to use it for.

I have been trying to have someone contact the ACS Dietician for years! This is the 1st time that I know of they referred anything to the Dietician. Then the Dietician never responded to my request to this day.

e.g. "Action Taken": Recommendations have been forwarded to the Centurion Regional Office".

SDC Darcie H. signed. The date on appeal form said DOC in Topeka got it on 4/21/22 (stamped).

F)(1) Count 6: Defendant Dr. Paige Dodson, Centurion Health Regional/State Medical Director for Kansas, violated my 8th amendment rights under the U.S. Constitution by purposefully understaffing insulin nurses while I was incarcerated at El Dorado Correctional Facility from September 1, 2020 to February 24, 2022 and from October 12, 2022 to present day resulting in severe physical pain/harm in some cases temporarily for at least ~~too~~ 6 months and in other cases over 1 year not to mention also ignoring my medical complaints regarding harm being physically done to me as a direct result of me not recieving my medically prescribed insulin at proper and regular times coinciding with my meals multiple times a day and at H.S. (Bedtime) everyday to prevent permanent damage up to and including death due to my type 1 diabetes and ignoring and actively obstructing my ability to get shelf stable protein in my nightly snack such I need to stay alive for the next 24 hours each day as well as obstructing my ability to get an individualized medical diet accomodation ordered by the medical provider ARNP Stuart to help me control blood sugars when there was no medical basis for obstructing that whatsoever all of which she knew would and did cause me severe pain physically and permanent

physical damage not to mention constant threat of harm each and every day for more than a year.

(2) Supporting Facts: I am an insulin dependant Type 1 diabetic on a calorie controlled diabetic diet as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my blood sugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications,

and 43% for amputations or deaths" (Harvard Medical School Massachusetts General Hospital). The opposite then is also true. My blood sugars @ EDCF have been above 183mg/dl (HbA1C of 8+) 50% of the time, below 70mg/dl 7% of the time, and only in the target range about 20% of the time (80mg/dl to 130mg/dl). The target for diabetics such as myself is a HbA1C of 7 or lower (154mg/dl). So it is clear having 50% of my sugars constantly above 183mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced in Centurion Health's own diabetic education materials, that blood sugars at or below 70mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/2022 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars. Defendant Dr. Paige Dodson was made aware of all my medical issues with my medical diet, timing of insulin/meals, need for carb info to match carbs to insulin, shelf stable protein in the snack sack, and all the harm I was experiencing. She was notified on numerous occassions including 1/11/2021, 4/15/2021, 12/7/2021. This included issues with the staffing of nurses which caused me

Considerable harm due to delays in insulin delivery that were preventable had Defendant chosen to follow KDOC-Centurion contract staffing levels and KDOC policies. Defendant Dr. Paige Dodson chose not to. Defendant Dr. Paige Dodson failed to resolve any of the concerns I expressed which led to further physical harm and worsening permanent and temporary physical damage to my body over the course of more than a year. Defendant Dr. Paige Dodson had the responsibility as Kansas State Medical Director for Centurion Health, knowledge of my issues and the severity of the harm being inflicted upon me by herself and others as a result of their actions and inactions over more than a year, had no penological, economic, legal, or medical reasons for not helping me address my medical concerns causing me harm. But for Defendant Dr. Paige Dodson's deliberate indifference and culpable state of mind there is no other reason left for why she didn't help me resolve my urgent, necessary, medically undisputed, medical needs to help me control my Type 1 diabetes so I can stay alive and not be severely harmed while in custody. ~~[crossed out text]~~

G)(1) Count 7: Defendant Jeff Butler, Warden @ EDCF for KDOC from October 2020 to November 2021 at least, violated my 8th amendment rights under the U.S. Constitution by continuing to ignore my very serious medical complaints regarding harm being physically done to me as a direct result of me not recieving my medically presribed diet as prescribed, not recieving my prescribed medical diet at regular times which was medically necessary to prevent severe physical harm being done to me multiple times a day every day for over a year, not recieving my medically prescribed medication to treat my Type 1 diabetes at regular times coinciding properly with my prescribed medical diet multiple times a day as well as at H.S. (before bed) each day, not recieving the carbohydrate information for my meals which I needed to properly dose my medications multiple times a day to prevent severe physical harm being done to me up to and including death, and not recieving shelf stable protein in my snack such at dinner each day which I needed to prevent the constant threat of hypoglycemia, hyperglycemia, and food poisoning over more than a year and persisting to this day, all while he knew of the harm being physically done to me, understood the seriousness of the threat, and still chose not to intervene to stop it when he had the power to do so as Warden of EDCF.

(2) Supporting Facts: I am an insulin dependent Type 1 diabetic on a calorie controlled diabetic diet as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my blood sugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School Massachussetts General Hospital). The opposite then is also true. My blood sugars @ EDCF have been above 183 mg/dl (HbA1C of 8+) 50% of the time,

below 70mg/dl 7% of the time, and only in the target range
about 20% of the time (80 mg/dl to 130mg/dl). The target
for diabetics such as myself is a HbA1C of 7 or lower
(154mg/dl), So it is clear having 50% of my sugars constantly
above 183 mg/dl does significant and permanent medical harm
and exponentially increases my risks of death to predictably
and certain dangerous levels. Likewise, it is well known
medical fact, as evidenced in Centurion Health's own
diabetic education materials, that blood sugars at or
below 70mg/dl are known to cause permanent damage to
every cell in the diabetic's body, particularly eyesight, and
put the diabetic in immediate danger of diabetic
coma or death. I saw Dr. Davis with Wichita Urology
on 1/25/2022 for my scrotal swelling and scrotal skin
cracking and bleeding for more than 4 months at that
time (September 9, 2021) and he said it was due to
my prolonged out of control sugars.
Defendant Jeff Butler was made aware of a wide
array of issues related to my medical treatment that
were causing me severe pain, permanent and months
long damage and suffering, related to timing of meals,
timing of insulin, lack of compliance with my medical diet
by both KDOC and Aramark Staff @ EDCF, snacks such
accomodation needed for healthy sugars and to prevent daily
risk of food poisoning, and more issues regarding UTs
Brian Reeves obstructly my ability to resolve my medical

problems through the grievance process, among other
serious medical/administrative issues causing me severe
and persistent physical harm for more than a year.
Defendant Jeff Butler was notified of these issues
and more on dates including 3/16/2021 grievance
CA 22160, unnumbered grievance dated 3/27/2021,
4/12/2021 grievance CA 22222, October 12, 2021 grievance
CA 22406, 9/14/2020 Emergency Grievance to Warden Jeff
Butler, the Defendant, 11/3/2021 grievance CA 22450,
5/7/2021 Emergency Grievance to Defendant Jeff Butler,
6/28/2021 grievance CA 22286, unnumbered grievance
sent to Defendant Jeff Butler dated 10/5/2021,
grievance dated 1/21/2022, 11/14/21 CA 22560
grievance. Each time he personally refused to
act to resolve my complaints in any meaningful way
and in several cases delegated his duties to designees
Brandon Walmsely, Maria Bos, and Matthew Moore
whom he empowered to refuse me any type of resolution
to my medical complaints in any way. He promulgated,
promoted, and set in motion events/actions by
his refusal to act and by his approval of the
actions of his designees who also refused to act
which led to the harm being done to me
to worsen and continue for more than a year.
Defendant Jeff Butler was the only one, per policy and
his job description, who had the power to coordinate

the work of KDOC officers, Unit team, Aramark staff, and Centurion Health Staff so I recieved my prescribed medical diet, recieved it at the stated regular times, recieved shelf stable protein in my snack sack, recieved carbohydrate information for each item on my medical diet, all to properly manage my Type 1 Diabetes while in custody to prevent me from suffering hypoglycemic & hyperglycemic reactions, short term and long term temporary (for 4 months or more) and permanent physical damage to my body. Defendant Jeff Butler had no penalogical, legal, economic, or medical reasons for ~~denying~~ denying me resolutions to my medical complaints. But for his deliberate indifference and culpable state of mind there is no other reason left for why he didn't help me resolve urgent, necessary, medically undisputed, medical needs to help me control my Type 1 diabetes so I can stay alive and not be severely harmed while in custody.

On 3/16/2021 I recieved a grievance response from Warden Butler dated 3/11/2021 CA 22160 RE FSS Macdonald denying me bread in my snack sack on 2/10/21. He said, "... After a review of the applicable documentation, it was determined the response provided by J. Hay, Aramark is appropriate regarding your issues... Appropriate steps have been taken to ensure the process has been properly followed...". I had attached 8 pages handwritten to the formal grievance to Warden Butler w/ Julie Hay's response written on the grievance that detailed my account of events w/ times, dates, places, people involved, KDOC IMPP 10-106D, ADA Nutritional Therapy docs, and described how denial of bread violated my medical diet, put me at severe risk of harm due to low blood sugar, Nurse Son explained to CO's Neeley and Lt. A.J. Johnson I was in danger from not having this bread and I needed it, and was still denied that bread.

I advised no response to my 2/10/21 Form 9 from AFSD Hay, I requested a copy of the 2800 menu that AFSD Hay and KDOC Dietrician continued to deny me, and requested Warden Butler to help me get that information and I included the Assisted Dining Solutions contact info w/ CA-0002043 grievance number I got it from back on 1/5/21.

On grievance response Warden Butler @ EDCF dated 4/12/2021

 He responded on KDOC official letterhead, "Findings of Facts: Your grievance was recieved and a review into your allegations has been completed. Conclusion made: After a review of the applicable documentation, it was determined the response provided by CMII M. Bos is appropriate regarding your issues. Action taken: Appropriate steps have been taken to ensure the process has been properly followed."

 M. Bos' response was also on KDOC official letterhead dated 3/31/2021. She said, "Findings of Facts: Your grievance was forwarded to me regarding your request to change the 2800 calorie diet. Conclusions made: The menus that are utilized for the State of Kansas must go through a review and approval process to assure they meet the criteria for each type of diet. The  final menus are signed off by the Aramark Dieticians, KDOC dietician and the State contract monitor. You indicated that you sent a letter to the individual Aramark suggested you contact I understand it has been two months according to you since you sent the letter, Please be patient and await their response to your correspondence. Thank you for taking the initiative to write to them regarding changes to the snack sacks. I printed off the menus and attached them to this grievance. Action taken: Nothing Further (Signed M. Bos Classification Administrator)."

 The menus she attached were the regular and vegetarian menus NOT the diabetic menu.

Attached to my original Form 9 dated 3/12/21 I sent a 2 page handwritten letter detailing my specific requested snacksack changes of 4oz PB, 4 slices white bread, 2 juice packets instead of sliced meat, breadroll, 2 oranges, I explained why in detail including

details about risks of food poisoning due to giving us perishable meat w/o us have a way to keep it at safe temps, why I medically need usable protein and sufficient carbs for snacks as a **p. 4.4** type 1 diabetic per Americans with Diabetes Association and asked for help contacting whoever has decision making authority on changing this snack sack, getting me the nutritional info so I can match carbs to insulin to control sugars, and the fact I need a 2800 menu so I know portions, foods, so I can dose insulin and plan what to eat to control sugars.

I also said I had written the Assisted Dining Solutions people per the State Purchaser Director and State Contract Monitor for Aramark's contract Randy Singeltary but after 2 months hadn't recieved a response or the info. This letter also went up to M. Bos and Warden Butler.

On 4/3/21 I sent a formal grievance to UTS Buchanan in A1 when I was @ EDCF regarding 11 different issues with my 2800 diet tray and snack sack for my diabetes. These issues occurred between 2/3/21 and 4/3/21. Aramark FSS's including AFSD Julie Hay continually and deliberately gave me wrong items putting my health at risk, refused to replace missing items which threatened my health significantly, refused my reasonable accommodation to my snacks, refused me a 2800 menu, refused me the carb info on the menu so I could match carbs to insulin, and I had recieved no response from the dietrician on these issues whom I had contacted 2 months prior @ that point. I detailed this in a 4 page letter attached to my grievance w/ 14 pages of Form 9's, handwritten details, official Aramark documents related to my diet, and cited Americans With Diabetes info relevant to justifying my medically justified requests/complaints along with KDOC policy documents verifying Aramark staff was

DO NOT WRITE BELOW THIS LINE

 very much in the wrong. I let Warden Butler know that I was in danger, actively be harmed by NOT having my issues w/ my diet resolved in the ways I medically needed, and I explained it was putting me at severe risk of short and long term complications with diabetes including risks of seizures, comas, and death. The documents attached detailed times, dates, people, places, and very specific details of each of the 11 separate incidents.

 On 4)16)21 Warden Butler typed a letter which stated, " "I have recieved your grievance dated 3/27/21" referring to the date of the last Form 9 I sent out of the 11 incidents and listed it as date on the formal grievance to UTS Buchanan on 4/3/21 when I sent it to her). "After reviewing this grievance, it is determined this is a dyplicate issue which has been addressed. As stated in KAR 44-15-102 (G)(C)(1): . . . . " which he described process for appealing to the SOC Jeff Zmuda. He was wrong since the issue hadn't been addressed, resolved in any way, and new incidents were ongoing everyday but he still took no action.

 On 4/2/21 I forwarded to Warden Butler my grievance w/ Form 9 attached dated 3/2/21 about EAI not preserving the video at my request that would have proven I was denied bread in my diabetic snack sack on 2/10/21 @ dinner by Aramark FSS Macdonald leading to severe risk of a low blood sugar and disciplinary segregation for me on basis of alleged threats that were

 suppossedly made by me towards FSS Macdonald which was a lie as proven by the Disciplinary Office later on which led to me being released from segregation on 3/17/21 and  being placed that same day back to work in the kitchen

DO NOT WRITE BELOW THIS LINE

On Ms. Macdonald's shift. To that I wrote a 2 page
letter and all previously mentioned paperwork. In that letter
I said, "First, I requested video not only from A2CH
but for all cell houses as well. EAI did not address my
request properly at all. M. Bos was mistaken by stating
I only requested video from A2CH. M. Bos was also
mistaken in stating I made threatening comments on
2/10/21. That was found to be false by disciplinary.
Those comments that were disrespectful came after both
Aramark's Ms. Macdonald and KDOC officers Neeley
and Lt A.J. Johnson refused to provide me bread for
my medical diet and I ran the risk of low blood sugar.
As a result, The fact Bos claims that video is not
available is not believable. I cannot imagine that
video in a maximum security prison is not available
for a 5 hour period that I requested on 2/10/21.
If in fact this is the case a work order would have
been put in to repair the cameras. Does one exist? What
about the camera footage I clearly asked for from
the other cell houses? A2 is a segregation unit,
has many cameras, and I am to believe all the
cameras were down? I don't believe that at all. I
made my request in a timely manner and I would
like my request to be fullfilled. There should be
video of Aramark putting together bread for the
2800 snack sacks in the kitchen, outside the T37
entry/exit door, at the guard station on the side
of the compound where gen pop and seg cell houses

are located, and video from ACH house as well as DCH, ECH, CCH, and BCH. There should be video of them bringing it to my cell in A2 267 as well. I believe they are lying and in fact I was discriminated against and retaliated against. Please look into this more carefully".

B.4.52

On a grievance response dated 4/12/21 on KDOC EDCF letterhead grievance # CA22222 Warden Jeff Butler said, "Findings of fact: Your grievance was recieved and a review into your allegations has been completed. Conclusion made: After a review of the applicable documentation, it was determined the response provided by CMII M. Bos is approprate regarding your issues. Action Taken: Appropriate steps have been taken to ensure the process has been properly followed."

He refused to address any of my serious concerns, didn't do anything but look at the grievance per his own admission above. I made very serious, credible, allegations w/ specific details that could be easily verified/refuted with even a cursory attempt to investigate my claims but he chose not to. He just gave me a formulaic response, per usual, and didn't resolve the many issues I had been having w/ Aramark he was aware of per many grievances I filed that detailed the severe risk/harm it was doing to me and still didn't lift a finger to investigate. Never addressed the camera issues at all.

On October 12, 2021 grievance CA 22406 Warden Butler responded, "Finding of Facts: Your Grievance was recieved and a review into your allegations has been completed. Conclusion made: After a review of the applicable documentation, it was determined the response provided by UTS B. Reeves is appropriate regarding your issues. Action Taken: Appropriate steps have been taken to ensure the process has been made properly followed." I sent a letter to Warden Butler explaining my issues I cited in ~~cannot~~ detail. ~~the determined~~ ~~their their Reeves~~ I also sent Butler a formal grievance, letter to UTS Reeves, Form 9 dated 8/26/21 with attached pages, documenting in detail all my issues and requested solutions ~~the think to cannot to the fullest their their Reeves~~

On 9/14/2020 Form 9 "Emergency Grievance" to "Warden" I explained delays in timing of meals/insulin presented a clear and vacant risk to my health/safety, I explained this ~~the cannot~~ in detail. ~~the immediate famous their their the their their thinks immense~~ Warden Butler saw this grievance, delegated it, and sanctioned the response which consciously ignored my complaints and caused me serious physical harm for a sustained time.

formal grievance to Warden Butler on 10/26/21 since I
had not recieved a response from UTS Reeves on the [B.4.54]
formal or Form 9. So per the rules in the rule book
I forwarded to the Warden with full details of all
info I put in original Form 9 and formal to Reeves.
about Mr. White not giving us clean laundry, including
clean underwear, from 6/24/21 to 9/25/21 numerous
times, I also told him dates I sent Form 9 and
formal to Reeves w/o a response. I didn't get any
response from Warden Butler either.

On 11/12/21 I forwarded grievance about me not getting
correct medical diet, causing me significant and severe
medical problems/risks, to Warden Butler. This is
detailed in ~~amend~~ ~~5~~ grievances. ~~Also~~ ~~amendment~~ ~~also~~
~~amend~~ ~~amend~~ Related to Form 9's dated 9/26/21,
9/28/21, 9/29/21, and 10/3/21.

On 11/3/21 Warden Butler @ EDCF issued a grievance
response letter for grievance dated 10/3/21 CA 22450.

"Findings of Facts: Your grievance was recieved and a review
into your allegations has been completed. Conclusion Made:
After a review of the applicable documentation, it was determined
the response provided by CMII B. Walmsley is appropriate
regarding your issues. Action Taken: Appropriate steps have
been taken to ensure the process has been properly followed
I attached 10 written pages plus the grievance paper and
gave him tremendous details yet he still didn't
do anything to remedy the clear obstruction and the

that UTS Reeves had litterally refused to respond which violates procedure in major ways. He didn't Even investigate anything and just gave me the same canned response he always gives me. All these missing grievances were about substantial violations of policy and caused me great harm over a sustained period of time yet he took no action of any merit with the details I gave he could verify by talking with staff, officers, video camera footage easily since I gave exact times, dates, places, and I specifically stated the policies violated, how they were violated, and how they harmed me significantly. I asked for specific and reasonable remedies, yet Warden Butler did nothing of any merit to stop the abuses against me. nor the clear indifference/obstruction of UTS Reeves which prevented me from getting severe medical issues' resolved causing me severe harm and risk of harm.

Here is some of what I gave to Warden Butler:

To Warden via formal grievance sent 10/25/21:
"Remedy: I want all my grievances/appeals I listed returned to me w/ responses (ones I need responses on). See pt 24 & 25, I also want all obstruction to stop forever."

"24) I have 27 grievances UTS Reeves has not responded to. This is obstruction. They are as follows:

A) Form 9 to UTS Reeves 9/22/21 RE Centurion understaffed causing me medical problems. **pg. 456**

B) Form 9 to UTS Reeves 9/25/21 RE Need all diabetic supplies KOP

C) Form 9 to UTS Reeves 9/25/21 RE Unhygenic conditions

D) Form 9 to UTS Reeves 9/25/21 CO's Obstructing insulin Nurse.

E) Form 9 to UTS Reeves 9/26/21 RE Diet issues 9/25 and 9/26

F) Form 9 to UTS Reeves 9/27/21 RE Variance in meals / insulin causing me medical problems.

G) Form 9 to UTS Reeves 9/28/21 RE Diet issues 9/28.

H) Form 9 to UTS Reeves 9/29/21 RE Nurse Myers

I) Form 9 to UTS Reeves 9/29/21 RE Diet issues

J) Form 9 to UTS Reeves 9/30/21 RE Nurse Moore and diet issues

K) Form 9 to UTS Reeves 10/1/21 RE Nurse Myers

L) Form 9 to UTS Reeves 10/3/21 RE Diet Issues 10/1, 10/2, 10/3

M) Form 9 to UTS Reeves 10/6/21 RE Nurse Myers

N) Form 9 to UTS Reeves 10/6/21 RE Nurse Harbes

O) Form 9 to UTS Reeves 10/10/21 RE Diet issues

P) Form 9 to UTS Reeves 10/10/21 RE CO's Poor Food handling

Q) Form 9 to UTS Reeves 10/10/21 RE Food Service Health Inspection.

R) Form 9 to UTS Reeves 10/10/21 RE Diet issues 10/9, 10/10

S) Form 9 to UTS Recves 10/11/21 RE Dirty Laundry / No Clean laundry. *Pg. 4.57*

T) Form 9 to UTS Recves 10/15/21 RE Dict issues on 10/15

U) Formal grievance to UTS Recves 10/17/21 10pg long 4 reciepts attached.

V) Formal grievance to UTS Recves 10/17/21 1pg long, 1 reciep attached

W) Formal grievance to UTS Recves 10/17/21 5pg. long, 4 reciep

X) Formal grievance to UTS Recves 10/17/21 1pg. long, 4 Reciepts

Y) Form 9 to UTS Recves 10/3/21 RE 13 outstanding grievance

Z) Form 9 to UTS Recves 10/10/21 RE 21 outstanding grievance

AA) Form 9 to UTS Recves 10/17/21 RE 22 Form 9's / 6 formal grievances haven't recieved responses to.

25) ...

B) Sent on 9/21/21 Warden didn't assign grievance # or respond but gave back to me. This was my excessive force complaint. I originally grieved via Form 9 on 6/25/21.

C) Grievance Warden didn't assign # sent 9/28/21 to SOC... "

On 8/14/2021 and on 10/7/2021 DOC Designee Darcie H. had sent Warden Butler letters about my excessive force grievance telling him to respond to it. He refused both times disobeying even the SOC! Refused to pg 4:58 assign a grievance # or even give me any written response of any kind. That was conscious, deliberate, and ignored my complaints of excessive force, denial of insulin putting me at risk of Ketoacidosis, UTS Reeves, UTS Berry, and UTM Hoepner all colluding to disrupt and deny me the opportunity to grieve my complaints and Warden Butler took no action against any of the officers, nurses, or Unit Teams that put me at risk for diabetic coma, hurt me physically during a completely unnecessary use of force, and repeatedly obstructed my ability to grieve my prison conditions, not to mention the retaliation for me filing complaints prior by threatening me (UTS Reeves) w/ discipline for grievances in direct violation of the KAR's in the inmate rule book as well as KDOC's code of conduct for staff.

On 5/7/21 via Form 9 to Warden Butler w/ "Emergency Grievance" written on top center of page, I said, "I

Want Nurse Myers fired!!! She violated my 8th amendment US
Constitutional rights by denying me my insulin e H.S. on 5/6/21.
and at breakfast on 5/7/21. Officer Mayberry, Roe, Stevenson,
the insulin line officer, Captain Hickson, and Captain Call all
know about this e H.S. on 5/6/21. Insulin line officer
and Captain ..."

pg. 4.5.9

Warden Butler wrote a letter dated 5/10/21 to
"B. Chapman, DON Centurion" (Director of Nursing)
"RE: Erwin, Christopher #123078 D2-257
Please find enclosed a form 9 from above resident regarding
insulin issues. Please review and respond."

On 5/19/21 I got a letter from B. Chapman, RN
Director of Nursing that said, "Mr. Erwin, On
May 10, 2021, Medical recieved a grievance you filed
stating concerns regarding Nurse Myers and insulin
administration. On review, you are correct on there
being a mix-up of orders regarding which insulin
to administer and this was addressed when you came
to the Clinic after the situation referenced in
your complaint, I will address the nurse involved
in the situation with your complaint and thank
you for notification."

Her letter was not just in response to Warden Butler's
letter but also a simultaneous form 9 I sent
to the D.O.N. and ADON per instructions from
ADON Vaughn when I spoke w/ her and Nurse
Wolffe on 5/7/21 at about 8am a few hours
after being denied insulin a 2nd time by Nurse
Myers.

My Form 9 to DON & ADON dated 5/7/21 said,

I want Nurse Myers FIRED!!! She violated my 8th [83.4.68] amendment U.S. Constitutional rights by denying me my insulin @ H.S. on 5/6/21 and at breakfast on 5/7/21. Officer Mayberry, Roe, Stevenson, the insulin line officer (unsure his name), Captain Hickson, and Captain Call all know about this @ H.S. on 5/6/21. Insulin line officer (female, unsure her name), and Captain Hickson know about (see next page)

(see next page)

pg 28

1) this @ breakfast on 5/7/21. Captain Hickson took my name and KDOC# and said he would email the HSA.

* Nurse Purner also knows about this on H.S. on 5/6/21 because Nurse Myers consulted w/ her at the direction of Captain Call since Purner had done my insulin @ H.S. and breakfast on 5/5/21 and 5/6/21 respectively.

12) The issue is my orders on the MAR are wrong. This is the 1st I am hearing of this. I had a chronic care visit on 4/26/21 with ARNP Motter, who is the Provider. We talked and she changed my orders to Humalog insulin at breakfast, lunch, dinner for meals and sliding scale and then for sliding scale at H.S.. She ordered Semglee for me at H.S. as well for my basal insulin. The pharmacy, Clinical Solutions, messed up and sent Novolog instead of Humalog. I first learned of this at dinner insulin on 5/2/21 when Nurse Graham told me Novolog was in even though ARNP Motter had sent an email to Clinical Solutions Pharmacy ordering Humalog.

"I accepted Novolog on the condition I'd get fixed quickly. Nothing was said about there being an issue w/ me getting a different insulin, R, at sliding scale or @ H.S. Nurse Graham, Nurse Huntzinger, Nurse Purner, Nurse Heinz, and Nurse Schechter at least (from [pg. 4.62 memory]) all gave me Novolog at meals, for sliding scale, and at H.S. sliding scale because they know from Motter that's what I was supposed to be getting. How could all these nurses be mistaken but all of a sudden Nurse Myers is the only one where this is a problem?!! All these nurses are highly qualified, well trained, I respect them, I trust them, except for Myers of course. They were not wrong. Nurse Myers was wrong!! I repeatedly asked at H.S. on 5/6/21 and at breakfast on 5/7/21 for Nurse Myers to call ARNP Motter to clarify the conflicting orders but Myers refused (see next page)

pg. 229

III) despite a urgent medical need! I was given 16u Semglee and 10uR on 5/6/21 @ H.S. by Myers. The Semglee was correct but 10uR should have been 10u Humalog. Since the pharmacy sent Novolog instead then she ~~should~~ have given me Novolog like I had been getting all week. Novolog is a rapid acting insulin Humalog and is relatively the same but not quite. You can

III) exchange one for the other though. R is only a fast acting insulin, a totally different class of insulin, and is not exchangeable for Novolog or Humalog. One unit of Novolog is equal to 1.5 units of R. One unit of Humalog is equal to 2uR per my doctor, Dr Lamont Bloom, on the streets who is an endocrinologist.

IV) So, when Myers did what she did she shorted me 33% of the insulin I should have had @ H.S. on 5/6/21, which resulted in a high blood sugar of 214 @ breakfast on 5/7/21. Had she given me the Novolog my blood sugar would have been under a hemoglobin A1C of 7 as is the goal for type 1 diabetics like myself.

V) She shorted me 10u Novolog on 5/7/21.

"@ breakfast, which meant I couldn't eat breakfast !!!
I could only drink the milk and coffee because I didn't
have the insulin to eat. She gave me Le J R sliding scale
because she said Humalog wasn't in the clinic and even
though she had Novolog sitting on the table, the
bottle had my last name "Erwin", written on it,
she couldn't give it to me.                    pg. 4.64
What Myers did was at least an instance of cruel
and unusual punishment in violation of my 8th
Amendment U.S. Constitutional Rights because she
wouldn't even pick up a phone to call the provider,
ARNP Motter, to clarify the conflicting insulin
orders. There is no excuse for this !! Given I
have recently filed ADA Title II complaints
w/ the KS State ADA Coordinator and the
Office of Civil Rights in Washington, D.C.. I
believe I am being retaliated against for making
those discrimination complaints regarding my
diabetes, I am being treated very differently
than other diabetics and"... (scr next B)

am being singled out.

* Update

On 5/7/21 @ 8am I went to the Clinic to speak to ARNP Motter. However, Nurse Schechter and Ms. Beattie at the front desk told me Motter was not in today. So, I spoke to Nurse Wolffe and ADON Vaughn in Wolffe's office. After our meeting about these issues Wolffe checked to see if the Humalog was in, Took her about 5 seconds to find it. Humalog was in the whole time and was in this morning at breakfast when Nurse Myers said it wasn't and refused to give it to me!!! This is blatant retaliation!

1) I want Nurse Myers Fired!!
2) I want ARNP Motter Fired for blatantly messing up my insulin orders, which she has done before, that went against everything we had verbally agreed upon in the office (w/ another nurse present but unsure her name. White, female, blonde w/ hair in bun, glasses).
I told Motter in this Chronic Care

9) "... " visit I had filed those complaints. She knew //
I believe she retaliated against me, which is illegal //
She also, right after that meeting, took down the KS
Dept. of Administration notice about how to complain B-4-66
about ADA violations to the State ADA Coordinator,
which was a 2 page notice posted in the bulletin
board case in the clinic waiting room. That is illegal.
That is retaliation.

10) 3) I want my insulin orders corrected, which thankfully
was done in my meeting today by Nurse Wolffe.

11) I have suffered physically and emotionally from
this. I have suffered financially as well. I have
been to the hole 3 times over insulin / med
issues and issues w/ my diet. This occurred on
7/7/20, 2/10/21, and 3/22/21. I nearly
flipped out at H.S. on 5/6/21 and breakfast
on 5/7/21. I can't honestly explain why
I didn't get violent. It took everything in
me. It put me in tears both times when
I got back to my cell because"... (see next pg)

I am so tired of being discriminated and retaliated against. This is a major reason why I suffer from anxiety and major depression, because of my medical issues. I am in prison on armed robbery because of medical issues I had on the street.

5/4/21 is the 5 year anniversary of me litterally being _killed_ in front of the West Wichita Police Substation due to being mistreated for a low blood sugar. Luckily EMS revived me with CPR. To say I am under stress is an understatement!! I did a robbery but I don't deserve to be tortured!!

This is wrong and must stop!

If you can't stop it forward this to whomever can because this is an extreme emergency. This is putting safety at risk in this facility and putting my personal health and safety at risk.

Please Help me resolve this.

Respectfully, Christopher Erwin #123078 EDCF, D2-257
5/7/21 @ 9:31am

I didn't get a satisfactory response from DON Chapman because Nurse Myers was still employed and still a [pg 4.68] threat to my health and safety. I continued w/ the grievance process. ARNP Motter also hadn't been fired and the risk of me being denied insulin again for no good reason was still ever present. I explained this in 4 page letter attached to my formal grievance to Unit Team, I sent to Warden Butler on 6/2/21. ~~Unit Team~~ gave it to DON Chapman. She responded in a letter dated 5/28/21 saying, "Mr. Erwin, On May 27, 2021 Medical recieved a grievance stating you are not satisfied with previous grievance response and that you wish for ARNP Motter and Nurse Myers to be fired. Your concerns ~~are noted~~ have been noted and already addressed at this time." I sent to Warden Butler on 6/2/21. He responded 6/28/21 grievance CA22286 four days after I went to the hole wrongly due to Nurse Myers denying me insulin for a 3rd time on 6/24/21 @ breakfast! He said, "Findings of Facts: Your grievance was recieved and a review into your allegations has been completed. Conclusion Made: After a review of the applicable documentation, it was determined the response provided by B. Chapman, Centurion is appropriate regarding your issues. Action Taken: Appropriate steps have been taken to ensure the process has been properly followed."

I suffered intense harm from this incident on 6/24/21 too w/ a blood sugar over 500 which normally requires

Hospitalization. When I was first diagnosed I was 475 [lbs]
Per Centura's own rules that they must call Doctor if above
400, Nurse Myers didn't do that, Per a subsequent form
I dated 6/25/21 I sent to UTS Buchanan which I never
got back much like the excessive force claim 9 and
formal I sent same date again. different
Aspects of same incidents on 6/24/21, I
stated, "Nurse Myers unjustly denied me insulin
On 6/24/21 @ Breakfast, I did not pose a
Security threat at all prior to her denying me
my insulin, Per D.O.M. Chapman I would have
to be a Security threat to deny me and that
Synadmed wasn't met, The video shows that
and I wasn't the video viewed, CO Hennessey
made inappropriate comments about my blood
sugars I was injured a little but no cussing,
not loud, Nurse Myers then refused insulin,
My blood sugar was 500+, This violates my
8th amendment rights under the U.S. Constitution
ADA Title II also for being diabetic, and
Retaliation for complaining on Myers for this
same thing on May 6 and 7,
Per KAR 44-15-102 (a)(2) Unit team did not
respond in 10 calendar days, I sent them a
formal grievance on 7/1/21, Today is 7/13/21,
So I am forwarding to the Warden, This is
a legit grievance per KAR 44-15-101a (d)
(1)(A)(B), I am not grieving discipline, As
Resolution I want Myers fired and CO Hennessey
disciplined, I sent on 7/13/21.

Warden Butler, via his designee DW Matt Moore, sent Centurion a letter on 7/21/21 telling them to respond to this grievance. On letter dated 8/6/21 DON B. Chapman responded by saying

"Erwin, On July 27, 2021, Medical received a grievance you filed stating nurse Myers denied you your insulin on 6/23/21 at breakfast. You state you did not pose a security threat at all prior to her denying your insulin. You state CO Hennessey made inappropriate comments about your blood sugar and then you argued but no cussing. You state you want Myers fired and CO Henneson disciplined. On review, the incident referred to in this grievance involved yelling and cussing towards the referenced staff at insulin line and the line that included a verbal threat to staff prior to the nurse appropriately securing herself and the sharps within the nurse's station. The encounter escalated when refusing to cuff up and resulted in a physical altercation with DOC staff. This incident has been deemed a security risk and it was appropriate for the nurse to immediately stop insulin line at the time of occurrence."

Warden Butler knows this to be a lie and did nothing. Staff lied, EAF refused to secure video in the clinic where I, Nurse Myers, and CO Hennessey were that would

have exonerated me, I posed zero threat. I [Pg. 7-11]
described what happened accurately on ~~court~~

This is another example of staff misconstruing
the facts and jumbling around facts out of
order and straight up lying to justify their
brutality against me which had no justification,
Warden Butler was well aware of this. He
took no meaningful action to fix it nor prevent
the third incident in levels of Nurse
Myers unjustly denying me insulin putting
me at risk of ketoacidosis, then acting in
such a way to set in motion excessive
force and unjust detention/fines against
me due to her unjustly denying me insulin.

On formal to Warden Butler regarding
the Form 9 dated 9/15/21, and subsequent
formal to UTS Reeves dated 10/5/21 with
details attached on separate Formal due to
UTS Reeves failing to respond in 10 calender
days plus 3 days, I explained why I
had a huge issue w/ Nurse Myers continuing
to give me insulin in seg. I included all
details I gave to UTS Reeves on
Formal to him dated 10/5/21 details
of which can be found on ~~court~~
~~count court court court court~~

Warden Butler refused to respond despite
the serious nature of this grievance.

On November 23, 2021 SOC Designee Darcie A,
sent Warden Butler a letter telling him to respond
to my grievance about Nurse Myers continuing to
be assigned to me to give insulin but still
refused to respond to me. She said,
"We received the attached grievance appeal
form from the above noted inmate. We noted that
there is no evidence that the inmate has sought
assistance from staff at the facility regarding
this complaint. In compliance with KAR
44-15-102 (c)(4), we are forwarding this to
you for response to the inmate. On this date,
we advised the inmate of our action regarding
this complaint.

It was stamped as received by Warden Butler
on 1/21/22, months later. Also it is
written that it was refferred to "CM II
Walmsley for response" but by then
Warden Butler wasn't there. He failed
to answer before he left and Warden
Williams delegated this hot potato to
Walmsley but I never received a
response.

On 11/14/21 grievance # CA 22560 about nursing not
doing insulin on time, timing issues of meals, all
causing me serious medical problems, original Form
9's dated 10/19/21, 10/20/21, 10/24/21 and 10/28/21.
I sent a rewritten 8 page (instead of (10) detail of
events to Warden Butler to stay w/i 10 page limit per

grievance procedure in the Inmate rulebook, I asked for same remedies as original to UTS Reeves and all those details are laid out ~~and about~~ ~~to document~~ ~~below Reeves~~

I never got a response from Warden Butler. On 12/1/2021 I forwarded to the SOC per procedure and explained the Warden failed to respond. SOC marked appeal as received on 12/3/2021. On 12/3/21 SOC Designee Darcie H. sent a letter to Warden Butler about (2) grievances CA 22560 being one of them related to nursing, timing of meals. She said, "We received the attached grievance appeal forms from the above noted inmate. We noted that there is no evidence that the inmate has sought assistance from staff at the facility regarding this complaint. In compliance with K.A.R. 44-15-102 (c)(4), we are forwarding this to you for response to the inmate. On this date, we advised the inmate of our action regarding this complaint."

H) (1) Count 8: Defendant Maria Bos, Classification Administrator and Warden's Designee at EDCF from February 2021 until I left EDCF on February 24, 2022, (I am now back @ EDCF) violated my 8th amendment rights under the U.S. Constitution by continuing to ignore my very serious medical complaints regarding harm being physically done to me as a direct result of me not recieving my my medically prescribed diet as prescribed, not recieving my medical diet's snack sack as prescribed by my medical provider at EDCF specifically repeatedly over many months, purposefully misconstruing facts I clearly stated in my complaints with the evil intention of obstructing my ability to resolve my serious medical diet issues through the grievance process which directly caused me both temporary severe pain and suffering as well as permanent damage and risk of death as a result of her not resolving my medical complaints concerning my Type 1 diabetic diet when she knew of the harm being done to me, had the power and responsibility to stop that harm, and deliberately chose not to act to stop it knowing full well what the harmful consequences would be to me physically in the short term and long term.

(2) Supporting Facts: I am an insulin dependant Type 1 diabetic on a calorie controlled diabetic diet as

prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my blood sugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School Massachussetts General Hospital). The opposite then is also true. My blood sugars @ EDCF have been above 183 mg/dl (HbA1C of 8+) 50% of the time, below 70 mg/dl 7% of the time, and only in the target range about 20% of the time (80 mg/dl

to 130 mg/dl), the target for diabetics such as myself is a HbA1C of 7 or lower (154 mg/dl). So it is clear having 50% of my sugars constantly above 183 mg/dl does significant and permanent damage medically and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise it is well known medical fact, as evidenced in Centurion Health's own diabetic education materials, that blood sugars at or below 70 mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/2022 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars.

Defendant Maria Bos was made aware in exceptional detail of various problems I had been having regarding me needing carbohydrate information for my medical diet, snack sack accomodations for my medical diet to sustain healthy sugars and avoid food poisoning, proper and regular timing of meals and insulin to avoid hypoglycemic and hyperglycemic reactions among other severe physical pain and complications, Aramark staff refusing to comply with my medical diet, KDOC staff refusing to fix the issues I was having and actively obstructing me

from getting what I needed medically, and repeated refusals by Aramark staff to provide me with a medical diet menu making it impossible for me to control my diabetes. I notified Defendant Maria Bos through the grievance process in actionable details on proper forms. Defendant Maria Bos responded on 3/31/2021 and completely failed to properly investigate my claims, tried to white wash the whole incidents, failed to hold Aramark staff ~~accountable~~ accountable for denying me a proper snack sack on 2/10/21 putting me in immediate danger for hypoglycemic reaction, set in motion events which led to me continuing to suffer additional physical harm due to out of control sugars due to her inaction and blatant obstruction of my attempts to ensure KDOC and Aramark and Centurion staff are helping me get what I need at a minimum to control my Type 1 diabetes consistently to avoid serious physical harm both temporary and permanent. Defendant Maria Bos was also made aware of additional half dozen incidents that were similar issues getting my proper medical diet and related diabetic care issues as well. More specific details on this are found on the pages that follow. Defendant Maria Bos had no penological, economic, medical,

or legal reason for denying me resolutions I requested
in my grievances to resolve my medical complaints that
were causing me severe harm over more than a
year at that point in the Spring of 2021 and
her overt attempts (detailed on the pages that follow)
to explain away the harm done to me and her
ignoring of my valid medical complaints and complaints
against staff who were denying me my medical diet
I needed to sustain blood sugars to stay alive, and
the fact she lied about what happened on 2/10/21
when I was denied my medical diet snack sack,
and the fact she lied about cameras not
being available as evidenced by fact she
claimed none of the cameras in EDCF were able
to view Aramark bringing the diet sacks to
the cell houses because all the cameras were
down even though no worker order was ever
placed to fix them, it is quite clear that
but for Defendant Maria Bos' deliberate
indifference to my urgent medical needs during
the incidents in question and her culpable state
of mind to continue to allow harm to be done to
me due to uncontrolled blood sugars resulting
from her refusal to act and her obstruction
there is no other reason left for why she didn't
help me.

On 3/31/21 "M, Bos Classification Administrator" on KDOC EDCF letterhead sent me a grievance response to my formal grievance and Form 9 attached dated 3/2/21 detailing my request for EAI to preserve video on 2/10/21 for evidence Aramark I red about giving me bread in my snack sack, putting me at severe risk of low blood sugar, and EAI saying it wasn't available. She said, "Findings of the Facts: Your grievance was forwarded to me regarding your request to preserve the video from A cellhouse. Conclusions made: You also claim you are being discriminated against because of your diabetes by not getting bread in your snack sack. I reviewed the reports and found that staff addressed your complaint during meal line, but you were not satisfied with their answer and made threatening and disrespectful statements during that interaction. I checked with medical and food service: you are a 2800 calorie diet. At supper time, you are to receive a snack sack that would contain peanut butter, bread, and some type of fruit. I cannot prove that they were discriminating against you due to your diabetes since there was not any bread in your snack sack. It may have been an oversight or mistake by food service, because you state they were to send some down to the unit. I have spoken with the Food Service Supervisor about this incident to make sure it does not happen again. You requested that the video footage from 2/10/2 in A cellhouse be preserved by EAI to support your claim in your grievances that bread was not brought down to A cellhous that night for the snack sacks. EAI responded to you that the video was not available for that date and you do not believe that the video is not available. I checked

DO NOT WRITE BELOW THIS LINE

 into this and the video is not available for that date (pg 4.80

Action taken: Nothing further". She purposefully misstated what I said on my 3/2/21 Form 9. ~~~~~~

 . Aramark claimed they sent the bread down on a Form 9 response 3/12/21    not me. I stated clearly they lied. I also stated this in a 2 page handwritten letter attached to the formal grievance that was forwarded to M. Bos by Unit Team along w/ all pertinent details along with my Original Form 9 dated 3/2/21. I had also mentioned my parallel grievance on Ms. Macdonald, the FSS who denied me the bread, in my attached 2 page letter which M. Bos made reference to in her response and clearly saw.

She makes light of the fact "It may have been an oversight or mistake by food service" when I clearly stated on my attached paperwork not having my bread was a threat to my health and went into more detail on the parallel grievance on Ms.

 Macdonald she clearly saw too.

She knows these incidents have been occurring frequently long before and since the 2/10/21 incident w/o anyone being held accountable and w/o any discernable improvement in performance by Aramark's FSS's causing me serious harm I described in numerous grievances in explicit detail.

 On her response she claimed the video for a 5 hour period of time that I had requested (5pm-10pm on 2/10/21) was not available in a Max security prison that had just had riots in 2018 just to mention has so many security incidents on a regular basis at this time that EAI is constantly responding to calls involving uses of force every  day on all shifts in which people are getting injured.

⊗) This is not likely to be true under those pervasive conditions. She didn't do anything to ensure the diet issues w/ my snack sack were fixed by her own admission when she said ⟋ 13.4.81

⊗) "Action Taken: Nothing Further". All she did was talk to the FSS which was ineffective considering the issues continued w/o any improvement whatsoever. She didn't even speak with the CO's in A1 who worked that night to see if bread was brought down, which they would have been able to verify my account that it wasn't brought down. She whitewashed the whole thing and swept it under the rug.

I)(1) Count 9: Defendant Tommy Williams, Warden at EDCF for KDOC from November 2021 to at least February 24, 2022 while I was incarcerated @ EDCF, violated my 8th amendment rights under the U.S. Constitution by continuing to ignore my very serious medical complaints regarding harm being physically done to me as a direct result of me not recieving my prescribed medical diet at regular times which was medically necessary to prevent severe physical harm being done to me multiple times a day, everyday for over a year, not recieving my medically prescribed medication to treat my Type 1 diabetes at regular times coinciding properly with my prescribed medical diet multiple times a day as well as at H.S. (Before Bed) each day, not recieving the carbohydrate information for my meals which I needed to properly dose my medications multiple times a day to prevent severe physical harm being done to me up to and including death, and not recieving shelf stable protein in my snack sack at dinner each day which I needed to prevent the constant threat of hypoglycemia, hyperglycemia, and food poisoning over more than a year and persisting to this day, all while he knew of the harm being physically done to me, understood the seriousness of the threat, and still chose not to intervene to stop it when he had the power to do so as Warden of EDCF.

(2) Supporting Facts: I am an insulin dependent Type 1 diabetic on a calorie controlled diet for diabetics as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my blood sugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School Massachussetts General Hospital). The opposite then is also true. My blood sugars @ EDCF have been above 183 mg/dl (HbA1C of 8+) 50% of the time, below 70 mg/dl 7% of the time, and only in the target

range about 20% of the time (500mg/dl to 130mg/dl).
The target for diabetics such as myself is a HbA1C
of 7 or lower (154mg/dl), So it is clear having 50%
of my sugars constantly above 183mg/dl does significant
and permanent medical harm and exponentially increases
my risks of death to predictably and certain dangerous
levels. Likewise, it is well known medical fact, as
evidenced by Centurion Health's own diabetic education
materials, that blood sugars at or below 70mg/dl are
known to cause permanent damage to every cell in the
diabetic's body, particularly eyesight, and put the diabetic
in immediate danger of diabetic coma or death. I saw Dr.
Davis with Wichita Urology on 1/25/2022 for my scrotal
swelling and scrotal skin cracking and bleeding for more
than 4 months at that time (September 9, 2021) and
he said it was due to my prolonged out of control sugars.
Defendant Tommy Williams was made aware in exceptional
detail of various problems I had been having regarding me
needing carbohydrate info for my medical diet, snack side
accomodation for my medical diet to sustain healthy sugars
and avoid food poisoning, proper and regular timing of
meals and insulin to avoid hypoglycemic and hyperglycemic
reactions, the understaffing of nurses causing me severe
medical problems, Stuff for Aramark, Centurion, and
KDOC obstructing my ability to get what I need at
a minimum to control my sugars properly; among other

medical related concerns causing me severe physical pain
and complications such as scrotal swelling and skin
cracking and bleeding due to out of control sugars.
Defendant Tommy Williams was notified by me
of all these serious medical issues and administrative
issues negatively affecting my health in severe ways
on an unnumbered grievance that was initiated by me
via Form 9 on 12/19/21 which made its way to
Warden Tommy Williams, the Defendant, at least
by 1/21/22, unnumbered grievance initiated by me via
form 9 on 12/14/21 that I sent to Defendant
Tommy Williams on 12/31/21, unnumbered grievance
initiated by me via form 9's dated 9/22/21, 9/25/21,
9/25/21, and 9/27/21 I sent to Defendant Tommy
Williams on 10/17/21 and again on 10/28/21,
2/8/22 grievance CA 22560, 12/16/21 grievance
CA 22546, Defendant Tommy Williams refused to
respond to my grievances until forced to by SOC
Designee Darcie Holthaus via formal letters, then
some of them Defendant Tommy Williams delegated
to his designee Brandon Walmsely to avoid
blame for his refusal to answer my grievances in
the first place and tacitly approving of Walmsely's
obstruction that prolonged and worsened my
physical pain and suffering needlessly for more
than 6 months at least, and on the ones that

Defendant Tommy Williams did reply to he gave me
a canned response that did absolutely nothing
to help me resolve the physical harms being
continuously inflicted on me painfully for many
months before and since his inaction and
actions, all this despite me making him
acutely aware in specific, actionable, detail
that I was being severely harmed for prolonged
periods of time by staff his job description
gives him responsibility over. The details
of those incidents are on the pages that follow.
Defendant Tommy Williams had no penological,
legal, medical, or economic reasons for refusing
to help me resolve my grievances related to
my medical care and his staff obstructing
my ability to access the bare minimum medical
care I need to control my sugars and stay
alive without severe harm being inflicted
upon me. But for Defendant Tommy William's
deliberate indifference and culpable state of
mind there is no other reason for him to
do, and refuse to do, the things he did.

Regarding my Unumbered grievance on missing grievances Form 9 dated 12/19/21 Williams lied on official documents trying to conceal him ignoring my grievance which was clearly about me not getting grievances censored, them being destroyed by UTS Reeves, those were about urgent medical diet issues causing me harm and I needed his help but he ignored them then tried to lie to cover it up. SDC Designee Darcie H. gave him a letter telling him to answer me on this on 1/21/22. He stamped recieved on 1/31/22. Williams then lies and dates a letter to CMII B. Walmsley as 1/4/22 and says," Attached is the original grievance submitted by above offender. Please respond and return to offender for his response. Thank you for your attention to this matter." So, first of all the Warden admitted he had my grievance the whole time and ignored it on purpose. Second, he lied about the date he sent the letter. He got told by Darcie @ SDC's office on 1/21/22, stamped he got it on 1/31/22. Walmsley didn't respond to me until 4/13/22. Am I to believe Walmsley sat on this for 3 months? Nope, CSI Kincaid @ LCF sent me a letter on 3/28/22 that said, " (see next page) These are the 3 unumbered grievances of which this one about missing grievances is one of them.

So, clearly Warden Williams, there's a date to make it look like he complied. I sent the appeal to the SOC, remember, on 1/15/22. Why would I do that and note on the appeal I had no grievance # if I had a response? So, since he knows it made him look bad he forged that hot potato to [pg 4, #8] to his subordinate CM II Wahlen by forging the date to 1/14/22 to make it look like he stayed within the grievance response times, which he didn't. In addition to all that nonsense he didn't help me solve any problems that the missing grievances were about.

On an unnumbered grievance form 9 dated 12/14/21 regarding my delay in medical care for scrotal swelling, skin cracking and bleeding, I sent the form to Warden Williams on 12/31/21 per grievance procedure along w/ Form 9 and attached pages. On the form to Warden I said, "It has been 10 calendar days and I haven't received a response yet to my Form 9 regarding why I had not got a sonogram yet and why I still haven't been taken to the hospital for my testicular infection, or whatever it is. As I said, this has been going for 3½ months since Sept. 9, 2021, I finally got my ultrasound but still haven't gone to the hospital, my skin is cracking and bleeding, is still painful, my swelling continues, and have been off antibiotics despite my objections since Sunday Dec. 12. Since my Form 9 on 12/14 ARNP Knipp came by on 12/15 in response to my sick call and said I am on list for ultrasound. On 12/17/21, in response to my sick call ARNP Johnson said I am still on list for ultrasound, won't give

me antibiotics because of possibility for C-Diff. I still objected to being off them and asked to be taken to the hospital but she said no. Unclear why. She just said "It's a process" and insinuated I will have to wait. What I still need is this:

1) Why wasn't I seen for a sonogram in Sept, Oct, Nov, or Dec up to Dec. 22?

2) Why haven't I been allowed to see a urologist?

3) Why haven't I been taken to the hospital despite 3.5 months of waiting, multiple rounds of antibiotics not solving the issue, and medical staff being unable to diagnose what I am suffering from?

4) I want to go to the hospital asap please.

5) I want my 12/14/21 Form 9 back too please.

By 1/14/22 still no response from Warden Williams so per grievance procedure I forwarded to SOC.

On 1/21/22 SOC Darcie Holthus sent a memo to Warden Williams telling him to respond to me about this delay in medical care grievance, along w/ others. It was stamped recieved by Warden Williams as 1/31/22. Warden Williams sent to CMII Walmsley for review per grievance form saying, "CMII B. Walmsley for review". Walmsley didn't respond but sent to UTS Reeves. Reeves ignored my issues. ~~[crossed out]~~ Warden Williams knewthis and deflected his responsibility to resolve this issue by getting rid of this hot potato to lower ranking staff.

Regarding Form 9's dated 9/22/21, 9/25/21, 9/25/21, 9/27/21 regarding delays and poor timing of meals and insulin due to understaffing at nursing CO interference, Aramark not delivering meals properly on time causing me serious medical

problems w/ Type 1 diabetes including highs, lows, risk of coma, as well as UTS Reeves not responding to my grievances in direct violation of grievance procedure and KDOC rules.

I sent Formal to Warden Williams on 10/17/21 but he never responded nor redirected any KDOC, Aramark, or Centurion staff to better coordinate timing to prevent me from suffering serious harm/risk of harm.

He also directly ignored an order from SOC Darcie H. to respond to my grievances dated 1/6/22 and marked as received by the Warden on 1/26/22. Still, refused me response or resolution to my urgent medical issues.

On 1/6/22 SOC Designee Darcie H. sent Warden Williams a letter about this grievance involving Nurse Myers continuing to be sent to give me insulin, giving me insulin too early putting me at risk of lows, other nurses causing me risk of lows/highs and actual b.s. problems

Causing me severe harm w/ my Type 1 diabetes.
She told him to respond to this grievance and
one other attached to this same letter ~~and the~~
~~document to court~~ ~~the defendants~~ 13.4.91

Darcie Holthaus sent.
He refused to respond despite her direct order
and never ensured my medical problems w/
timing of insulin were resolved nor even
ensured UTS Reeves returned my grievances
in violation of inmate rule book procedures.
On 10/28/21 I had sent Warden Williams
a formal grievance on these grievances and
he never answered or returned my papers.


On 2/8/22 grievance CA22560 RE nursing not
doing timing of insulin correctly/safely and timing
of meals not done correctly/safely causing me
serious medical problems. Was finally responded
to by Warden Williams. He said, "Findings
of Facts". Your grievance was received and a
review into your allegations has been completed.
Conclusion made: After a review of the
applicable documentation, it was determined
the response provided by UTS B. Reeves is
appropriate regarding your issues. Action taken:
Appropriate steps have been taken to ensure
the process has been properly followed."
Despite 8 pages of documentation, the fact I
proved these were new incidents not before grieved
he still ignored my severe medical concerns.

The details of grievance CA22540 that Warden Williams had access to and been given by me are detailed ~~or~~ ~~document~~ elsewhere. ~~The~~ ~~document~~ ~~too~~ ~~Grievance~~ but show Defendant Tommy Williams's indifference.

B4.92

For grievance CA22546 I sent my formal to Warden Williams @ EDCF on 12/14/21. I wrote a letter which said, " (see next page)

(Form 9 12/9/21)

4.93

First, UTS Buchholts is my Unit Team, not Reeves, and he should have done an investigation of my very serious allegations. Reeves has never solved a single medical or medical diet issue of mine since I have been in ses. Starting on 6/24/21. He has bungled and done a very poor job investigating my grievances including when Myers denied me insulin when I was in gen pop on 5/6 & 5/7 and he got invited when UTS Buchannan did not respond to my grievance in time and I sent it to Warden Butler per the grievance procedure. Mr. Reeves could have easily verified my medical records, which I gave permission to view, to see I was not given my Humalog insulin on 5/6 and 5/7 but he chose not to. He didn't speak to Nurse Wolffe or ADON Vaughn, whom I listed in my grievance, who verified Humalog was in fact in the med pass fridge the whole time, apologized to me, got my orders on the MAR fixed, and encouraged me to file a grievance so they could have DON Chapman respond, which I did. Reeves never spoke to Nurse Myers, only spoke to CSI Grannett who wouldn't know anything about my time in gen pop since he is OIC in BCH during the day (6am-6pm) when these incidents occurred in gen pop at between 9pm-10pm on 5/6 and 2 Yam on 5/7. He made zero reasonable effort

..." it to investigate my claims in that instance of denial of insulin, as did his supervisor UTM Hoepner. Here in this grievance with Nurse Tittsworth and Moses he has done next to nothing to investigate. Did he see if I recieved insulin @ dinner on 12/2/21? If he had he'd know I didn't because Nurse Moses refused to come back when meals arrived, like she is supposed to, and give me my insulin after a recheck of my blood sugar. He said he spoke to B-CH clinic. What the hell does that mean? Who did he speak to? The record will clearly show I was not given insulin on 12/2/21 @ dinner. CO Rose was witness yet he never spoke to Rose. I listed her in my grievance as a witness. Reeves claims I am in the isolation cell for multiple staff batteries but this is a lie. I was charged with 4 assaults, not batteries, and a dangerous contraband charge stemming from incident of Nurse Tittsworth denying me insulin at HS on 11/29/21 and breakfast on 11/30/21. The batteries were on 6/24/21 and 7/4/21. I have been in B1-128 since 11/30/21. On top of that Reeves misspelled Nurse Tittsworth's name twice in his letter, which combined with all the other above "...

(see next page)

mentioned lies, mistakes, lack of efforts to investigate, and general nonsensical nonsense from UTS Reeves in this instance and many before, including him destroying 34 of my grievances to subvert my attempts to grieve my prison conditions, just goes to show how committed he is to making sure I suffer as a Type 1 diabetic prisoner at EDCF who dares to speak up when his civil rights are so blatantly and repeatedly violated.

Remedy:

1) Properly investigate my grievance. You have my permission to view my medical records in their entirety.

2) I want Nurse Tittsworth fired for denying me insulin at H.S. on 11/29/21 and breakfast on 11/30/21. She does work here. An Alpha Roster I got from the law library last week says she is here, her name is Katrina L. Tittsworth, she is a nurse in the clinic, and started work on October 19, 2020.

3) I want Nurse Moses fired for denying me insulin at dinner on 12/2/21.

4) I want all my diabetic supplies KOP asap.

5) I want UTS Reeves fired for retaliating against me,

On a letter dated 1/14/2022 regarding grievance CA22546 Warden Williams said, "Findings of Fact: Your grievance was recieved and a review into your allegations has been completed. (pg. 4.96 Conclusions Made: After a review of the applicable documentation, it was determined the response provided by UTS B. Reeves is appropriate regarding your issues.
Action Taken: Appropriate steps have been taken to ensure the process has been properly followed."

So despite my facts listed on form 9 dated 12/9/21 w/ 8 pages attached ~~and documents~~ ~~to count~~ ~~to defendant Reeves~~ as well as the 3 pages I specifically wrote to Warden after UTS Reeves gave me multiple letters on this grievance and I debunked Reeve's lies and misrepresentations, and the fact I had alleged I was denied insulin multiple times and listed easily verifiable times, dates, places, witnesses, facts, and Williams could have viewed video to see I was telling the truth about Moses and Tittsworth, and by the time he had responded Lt/O Webster had found me innocent of assaulting Tittsworth, and I gave him permission to view my MAR to see I was denied insulin he still refused to help me.

J)(2) Count 10: Defendant Brian Reeves, Unit Team Supervisor @ EDCF for KDOC from September 1, 2020 to at least February 24, 2022, violated my 8th amendment rights under the U.S. Constitution by actively frustrating, and in some cases blatantly obstructing, as well as ignoring my very serious medical complaints regarding harm being done to me as a ~~result~~ direct result of me not recieving my medically prescribed diet as prescribed, not recieving my prescribed medical diet at regular times which was medically necessary to prevent severe physical harm being done to me multiple times a day every day for over a year, not recieving my medically prescribed medication to treat my Type 1 Diabetes at regular times coinciding properly with my prescribed medical diet multiple times a day as well as at H.S. (before bed) each day, not recieving the carbohydrate information for my meals which I needed to properly dose my medications multiple times a day to prevent severe physical harm being done to me up to and including death, and recieving shelf stable protein in my snack sack at dinner each day which I needed to prevent the constant threat of hypoglycemia, hyperglycemia, and food poisoning over more than a year and persisting to this day, all while he knew of the harm being physically done to me,

Understood the seriousness of the threat, and still chose quite maliciously not to intervene to stop it when he had the power to do so as Unit Team Supervisor for me while I was incarcerated at EDCF.

(2) Supporting Facts: I am insulin dependant Type 4 diabetic on a calorie controlled diabetic diet as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my blood sugars up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1%

reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School Massachusetts General Hospital). The opposite then is also true. My blood sugars @ EDCF have been above 183 mg/dl (HbA1C of 8+) 50% of the time, below 70 mg/dl 7% of the time, and only in the target range about 20% of the time (80 mg/dl to 130 mg/dl). The targets for diabetics such as myself is a HbA1C of 7 or lower (154 mg/dl). So it is clear having 50% of my sugars constantly above 183 mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced by Centurion Health's own diabetic education materials, that blood sugars at or below 70 mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/22 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars. UTS Brian Reeves, the Defendant, was made aware

in exceptional detail of various problems I had been having
regarding me needing carbohydrate info for my medical
diet to be able to dose my insulin to control sugars, denial of insulin,
snack sack accomodation for my medical diet to sustain
healthy sugars and avoid food poisoning, proper and
regular timing of meals and insulin to avoid hypoglycemic
and hyperglycemic reactions among other severe
physical pain and complications, Aramark staff
refusing to comply with my medical diet, understaffing
of nurses causing me severe bloodsugar control
issues leading to considerable physical pain and
diabetic complications including scrotal swelling and
scrotal skin cracking and bleeding. I notified
Defendant Brian Reeves through the grievance
process on numerous occassions including on
9/21/2021 grievance CA 22406, 9/11/21 grievance CA 22406,
10/17/2021, 9/25/21, 9/26/21, 9/28/21, 9/29/21, 10/5/21,
7/8/21, 10/3/21 grievance CA 22450, ~~9/22/21~~ 9/22/21, 9/27/21,
9/30/21, 10/1/21, 10/6/21, 10/10/21, 10/15/21, 10/19/21,
10/20/21, 10/24/21, 10/25/21, 10/27/21, 11/10/21, 11/13/21,
12/9/21, 10/28/21, 11/14/21, ~~illegible~~ 12/19/21, 7/1/21,
7/24/21, 7/30/21, 7/13/21, 10/8/21, 9/15/21, 12/9/21
~~illegible~~ CA 22546 grievance. Throughout the
grievance processes Defendant Brian Reeves showed
absolute malice towards me and my very serious
medical complaints which he always refused to resolve

in any way, shape or form without any pienalogical, legal, medical, or economic justification. His very abusive attitude towards me is evidence of his deliberate indifference and culpable state of mind towards his committment to frustrate and obstruct all of my attempts to resolve my medical complaints causing me persistent physical harm, pain, and suffering for more than 5 months during the time he was my Unit Team. This is especially evident in his written responses to me On 9/21/2021 regarding grievance CA 22406, 7/26/21 form 9 response to me, letter dated 12/30/21 regarding Defendant Brian Reeves admitted destroying my grievances in violation of KDOC policy, 7/23/21, 7/27/21 regarding Defendant Brian Reeves threatening me with disciplinary action for filing proper grievances in violation of policy and proof of his malicious attitude towards me and my medically related complaints, not to mention a face to face conversation I had with Defendant Brian Reeves at my cell door in B1-100 in EDCF on 10/26/21 in which he admitted destroying more than 30 of my complaints regarding medically related issues causing me serious harm for atleast 4 months at that point.

15) (1) Count 11: Defendant Brian Buchholz, Unit Team Supervisor @ EDCF for KDOC from at least September 1, 2020 to February 24, 2022 and October 12, 2022 to present, violated my 8th amendment rights under the U.S. Constitution by continuing to ignore my very serious medical complaints regarding harm being physically done to me as a direct result of me not recieving my medically prescribed diet as prescribed, not recieving my prescribed medical diet at regular times which was medically necessary to prevent severe physical harm being done to me multiple times a day every day for over a year, not recieving my medically prescribed medication to treat my Type 1 diabetes at regular times coinciding properly with my prescribed medical diet multiple times a day as well as at H.S. (before bed) each day, not recieving the carbohydrate information for my ~~diabetes~~ ~~medication~~ meals which I needed to properly dose my medications multiple times a day to prevent severe physical harm being done to me up to and including death, and not recieving shelf stable protein in my snack sack at dinner each day which I needed to prevent the constant threat of hypoglycemia, hyperglycemia, and food poisoning over more than a year and persisting to this day, all while he knew of the harm being physically done to me, understood the seriousness of

the threat, and still chose not to intervene to stop it when he had the power to do so as Unit Team Supervisor @ EDCF while I was incarcerated there.

(2) Supporting Facts: I am an insulin dependant Type 1 diabetic on a calorie controlled diabetic diet as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my blood sugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for

amputations or deaths" (Harvard Medical School Massachussetts General Hospital). The opposite then is also true. My blood sugars @ EDCF have been above 183 mg/dl (HbA1C of 8+) 50% of the time, below 70 mg/dl 7% of the time, and only in the target range about 20% of the time (80 mg/dl to 130 mg/dl). The target for diabetics such as myself is a HbA1C of 7 or lower (154 mg/dl). So it is clear having 50% of my sugars constantly above 183 mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced in Centurion Health's own diabetic education materials, that blood sugars at or below 70 mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/2022 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars.

Defendant Brian Buchholz was made aware in exceptional detail of various medical problems I had been having regarding me needing carbohydrate info for my medical diet to match carbs to insulin to

control blood sugars, snack sack accomodation for my
medical diet to sustain healthy sugars and avoid
food poisoning, proper and regular timing of meals
and insulin to avoid hypoglycemia and hyperglycemia
among other severe physical pains and complications,
Aramark staff refusing to comply with my medical
diet orders as prescribed by Centurion ~~and~~ medical
providers, KDOC officers and staff refusing to fix
the issues I was having when I notified them, and
actively obstructing me from getting what I need
medically at bare minimum to control blood sugars
to stay alive in custody and avoid serious physical
harm up to and including death. I notified Defendant
Brian Buchholz of these issues and harms through
the grievance process on 12/19/21 via Form 9 complaining
of 32 missing Form 9's, 7 formal grievances, all sent by me
to my UTS @ the time they were sent which was UTS
Brian Reeves. Defendant Brian Buchholz knew I had
issues w/ Reeves destroying my grievances because I ~~di~~
told him in this Form 9 in detail and in bold letters
wrote "Please Don't Send to UTS Reeves. He Will Destroy
This Grievance". Defendant Brian Buchholz then sent
this grievance to Reeves stating if he didn't then
the grievance couldn't be answered. That is of course
ridiculous because UTS Reeves wasn't my Unit
Team. Defendant Brian Buchholz was. It is

Defendant Buchholz's duty as part of his job description and rules clearly written in the Inmate Rule Books grievance procedure, not to mention IMPP's, to investigate grievances himself, which is what I was asking. I specifically said it's ok to question Reeves but please don't forward the grievance to him because he will likely destroy it like he did the rest. I explained in this grievance to Defendant Buchholz that Reeves admitted to me in person at my cell door in B1-100 on 10/26/21 that he destroyed them and all the details of all the issues I had w/ Reeves obstructing me and as a result me suffering considerable pain and harm medically on very serious levels regarding diabetes, scrotal swelling/cracked and bleeding skin, so on for many months, However, Defendant Brian Buchholz still forwarded the grievance to Reeves even after I explained all that to him on several conversations we had, Of course then UTS Reeves responded dated letter of 12/30/21 I actually recieved on ~~12/30/21~~ 1/4/21 directly from UTS Brian Buchholz, the defendant. In Reeves' letter he admitted he destroyed them but justified it by lying and misconstruing many facts that are so far off from complying w/ policy, procedure, and the truth it is impossible to believe that Reeves' motivation for saying those things is anything

Other than Malice towards me. As a result of
Defendant Brian Buchholz's actions and failure
to act to help me resolve my complaints my
medical problems continued for much longer than
a year afterwards to the present day and my
swelling of my scrotum, cracking and bleeding scrotal
skin, which among many other severe medical complications
I was painfully suffering from and were the subjects
of the grievances Reeves destroyed and Buchholz
continued to ignore, worsened in the short term
and endured for weeks longer as a direct result
of Defendant Brian Buchholz not helping me
resolve my medical problems I made him aware of
in that grievance I sent to him on 12/19/21.
Defendant Brian Buchholz also was made aware
of my pressing and urgent need for his help to solve
my medical complications on 1/15/22 when I responded
to Defendant Brian Buchholz after Reeves predictably
didn't help me so Buchholz had a 2nd opportunity
to help me but still chose to do absolutely
nothing despite my pain and suffering that had
been occurring in some cases for over 2 years at
that time and with the scrotal pain/issues for
over 4 months. In addition I made Defendant
Brian Buchholz aware of my pressing medical needs,
pains, and complaints causing me severe harm for months

and years at that point & on 11/1/2022 when I got back
into EDCF from LCF (Got back on 10/12/22),
I wrote a 10 page grievance details times, dates,
people, places, specifics that make it very actionable
including to the minute times of events to make it
easy for Defendant Brian Buckholz to view security
camera footage to verify much of what I was
complaining of. These were issues related to timing
of meals, timing of insulin, Aramark staff (I gave
specific names I verified w/ CO's) refusing to fix
defficiencies w/ my prescribed medical diet, missing
diet sacks Aramark staff refused multiple times to
bring down, CO's refusing to give me correct medical
diet and fix problems with my diet by notifying
Aramark of defficiencies, CO's refusing to pass trays
in a timely manner even though there was no reason
not to just because it wasn't convenient for them,
lack of shelf stable protein in my snack sack,
Still no carb info for each item on menu making it
impossible for me to dose my insulin, and I also
attached diet sheets I had finally recseved to prove
I am in fact supposed to get what I am asking for
and medically need. I explained the harm it had
done, was doing, and will predictably do if I don't
get what I need at bare minimum to control sugars
including severe complications up to and including death,

I was very specific in this grievance to Defendant Brian Buchholz. Defendant Buchholz responded by stating, "You address this last time you were here. You chose to take it to violent actions. Staff ~~are taking~~ have tried to fix items that are wrong at the time. Staff are working on the time issues."

Defendant Brian Buchholz's response is exactly the typical gaslighting, misconstruing facts, promises he has no intention of keeping that he himself made more than a year prior and still nothing got fixed in any way, shape, or form and blaming me by essentially coming to the conclusion that I deserve to be harmed, my life constantly put in jeopardy, and systematically tortured for the duration of my prison term (diabetic complications are so severe, painful, dangerous it is in fact torture I've had to endure this for ~~over~~ 3 years at the time of this grievance to him) due to me defending myself when Nurse Myers and Nurse Tittsworth denied me insulin 5 times between them in the same ~~week~~ (2 of those times) ~~and~~ Cellhouse Defendant Brian Buchholz was a UTS in. I actually got charges dropped when it was found Nurse Tittsworth lied about me assaulting her and she in fact was proven to have lied, opened my food pass

(1)Without security, had keys due to CSI (Coldbury
firm) her his keys counter to any number of
procedures and rules, then denied the insulin
unjustly when I complained to her. She was
harassing me by constantly being late to bring my
insulin sometimes by ~~[illegible]~~ hours and it was
causing me severe harm over months. She got
med, lied, and I got punished for something I
didn't do not to mention suffered medical harm
and nearly went into a coma due to high blood
sugar as a result of her actions, U/S Buchholz,
the Defendant knew of all this and more
as it relates to all my medical issues in
the same cell house (BCH) I had from
6/24/21 to 3/24/22 then again 10/12/22
to the date of the grievance yet still he
chose to do nothing even though he has
considerable power and responsibility to help
me solve any medical problems.

If that doesn't qualify as deliberate indifference
with a culpable state of mind (malicious intent
on top of that) then I don't know what
does. Defendant Brian Buchholz, for all the
reasons cited above on this claim, was
deliberately indifferent to my serious medical needs)
had culpable state of mind (and acted maliciously against me.

2) (U) Count 12 : Defendant Sara Madgwick, Health Services Administrator for Centurion Health at EDCF from at least October 1, 2021 to February 24, 2022 and October 12, 2022 to present, violated my 8th amendment rights under the U.S. Constitution by overtly obstructing ARNP Stuart's (my medical provider) orders for my individualized medical diet to help me control my out of control blood sugars without medical just cause and while she herself has no medical credentials herself nor the legal power and authority under KDOC policy, Centurion Health policy, KDOC-Centurion contract, Kansas State Law as it relates to medical providers to override ARNP Stuart's medical orders as well as doing this by preventing ARNP Tripp from ordering an individualized medical diet to help me control my out of control blood sugars when I came back to EDCF in October 2022 and also maliciously refusing to use her power as Health Services Administrator to administer the nursing staff she had available to ensure timely delivery of insulin to me knowing full well the harm it did to me via hypoglycemic reactions, hyperglycemic reactions, permanent physical harm, and chronic pain for at least 5 months as a

direct result of her actions and inactions
as it relates to the treatment of ~~my bare~~ Type 1
Diabetes by my medical providers whom she
unlawfully and deliberately interfered with.

(2) Supporting Facts: I am an insulin dependent Type 1
diabetic on a calorie controlled diabetic diet as prescribed
and verified by Centurion Health medical providers at
all relevant times mentioned in this complaint. I take
up to 4 insulin shots per day, test my blood sugar up to
4 times per day, eat 3 meals and at least 3 snacks per day,
all to manage my blood sugars and diabetes which if not
managed properly can lead to hypoglycemic and hyperglycemic
reactions causing coma or death, not to mention a host of
severe and debilitating types of physical harm causing
pain, dementia, and death. I am in constant danger
as a result of having Type 1 diabetes even more
so in a dangerous correctional environment. My blood
sugars have been constantly out of control since at least
September 1, 2020 to February 24, 2024 and October 12,
2022 to the present day. It is undisputed medical fact
that, "Higher HbA1C is directly correlated with
greater risks of developing diabetes related complications
such as blindness, heart attacks, strokes, and renal
failure. Every 1% reduction in HbA1C reduces
risks by 21% for diabetes related deaths, 14%

for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School, Massachussetts General Hospital). The opposite then is also true. My blood sugars @ EDCF have been above 183 mg/dl (HbA1C of 8⁺) 50% of the time, below 70mg/dl 7% of the time, and only in the target range about 20% of the time (80mg/dl to 130mg/dl). The target for Type 1 diabetics such as myself is a HbA1C of 7 or lower (154mg/dl). So it is clear having 50% of my sugars constantly above 183mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced in Centurion Health's own diabetic education materials, that blood sugars at or below 70mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/22 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars.

Defendant Sara Madgwick, (HSA) Health Services Administrator @ EDCF since around about October 2021, prior to that leader of Mental Health @ EDCF

also for Centurion Health, was made aware by me
of all my medical issues through the grievance process.
Defendant Sara Madgwick specifically was made
aware of my scrotal swelling, painful cracking and bleeding
skin on my scrotum, issues I was having with my
medically prescribed diet including the individualized
diet ARNP Stuart put me on about October 24, 2021,
issues with shelf stable protein in the snack sack to avoid
low and high blood sugars, carb info for the diet to match
carbs to insulin and Aran04's resistance in helping
me get that, and all the harm I was physically
experiencing including the aforementioned scrotal issues
but also persistent skin rashes, which are a side
effect of high blood sugars, goin on off and on
for at that point 2 years and were miserable as
can be. I know for sure HSA Madgwick, the
defendant was made aware on ~~xxxxxxxxxxx~~
~~xxxxxxxxx, and~~ 12/7/2021 because on those letters
from SOC Designee Darcie Holthaus in Topeka, KS,
with medical advice being illegally given by
Joshua Murtaugh, the Clinical Reviewer/Medical
Grievance Coordinator/Officer, at the bottom
was typed a list of people it was sent to which
included, "HSA" @ EDCF (Defendant Sara
Madgwick) and ~~xxx~~ "Centurion Regional Medical
Director" which was Defendant Madgwick's direct

Supervisors. However, I also know that the HSA,
Dr. Harrod (aka Clinical Director @ EDCF) meet
every Wednesday or so to discuss medical care
of prisoners. Specifically if a prisoner needs to
be sent to a specialist, hospital, special care,
so on. Since I had been filing medical grievances
and sick calls so much and had serious issues
with scrotal swelling that I was told I had to
wait to be sent to a specialist to evaluate me
it is quite likely she was made aware of my
issues for over a month prior to 12/7/21.
On 12/8/21, the day after Defendant Madgwick
was notified of my serious medical problems by
the KDOC SOC Designee Darcie Holthaus and
KDOC Clinical Reviewer Joshua Murtaugh, she
cancelled my Individualized diet ARNP Stuart
ordered for me on October 26, 2021 that I
needed to help me control blood sugars.

This is a striking example of the deliberate
indifference, culpable state of mind, and
maliciousness Defendant Sara Madgwick
engaged in against me. I found this out when
I had put in a sick call on 2/23/22 @ EDCF asking
for my individualized medical diet, which I had not
received even once since ARNP Stuart ordered it

On 10/26/21, Nurse Clark came to my cell, wrote on the sick call that ARNP Stuart's orders had been in effect as of 10/31/21 but were cancelled by Defendant HSA Sara Madgwick on 12/8/21. Nurse Clark said when he asked why he was told to "Shut Up" according to his own words, Nurse Clark asked ARNP Stuart and she had been unaware her orders had been cancelled and was upset that they were. Nurse Stuart couldn't understand how what Defendant Sara Madgwick did was legal because Defendant Madgwick is a person with mental health education but no license to practice any type of medicine at all and doesn't have the policy authority or legal authority to cancel my diet orders like that. Upon review of the KDOC — Centurion contract and IMPP 10-106D (KDOC) I confirmed Defendant Sara Madgwick did not have the authority to cancel my individualized medical diet, as a result violated Kansas law by practicing medicine without a license, and caused my medical complications with my diabetes to worsen and be prolonged to this day more than a year later. My scrotal swelling, which was painful as was the cracking and bleeding skin, got aggravated by my sugars not being controlled due to Aramark

Staff not complying with my medical diet
which is why I asked ARNP Stuart for
the individualized medical diet to force Aramark's
hand to comply with it to control sugars.
ARNP Stuart even wrote on the orders the
purpose was to help me control out of control
blood sugars which as of 1/25/22 was
confirmed by Dr. Davis to be the cause of
the scrotal pain, swelling, cracked and bleeding
skin I had been continuously suffering
from since September 9, 2021 and Defendant
Madgwick had been made aware of in detail.
prior to her cancelling my diet orders w/o
any justifiable reason.

Defendant Sara Madgwick also refused to
order her nursing staff to, and ensure they
were compliant with, I was recieving my
insulin close to my meal tray (American Diabetes
Association Diabetes Care Manual : Diabetic Care
In Correctional Institution version 2010, 2014, and 2022
all say diabetics should get insulin with 10 mins
of meals to avoid dangerous risk of low blood sugar
which can result in coma or death). This despite
me making her aware via the grievances I had
filed, numerous sick calls which she reviewed

because on those same sick calls I complained
of scrotal swelling and Defendant Sara Madgwick
as part of her duties met regularly with Dr.
Harrod to review my specific medical issues
to determine what specialist to send me to
if one at all. That sickcalls dated 10/27/21,
Then also I know at least she was aware on 12/7/21
via my grievance I had sent much earlier than that.
Again via sick call and extensive convo w/ ARNP Stuart
I wrote on sick call and said verbally w/ Stuart
my medical problems due to Aramark not complying
with medical diet so requested the individualized
medical diet to drive home the point since
Aramark said essentially substitutions were allowed
even though they weren't and was causing me
major sugar control issues.

As for timing of insulin, Defendant Sara Madgwick
repeatedly refused to enforce Centurion Health's
own policy of giving insulin only when meals are
physically in the pod as verified by Director of
Nursing Delperdang via a Form 9, multiple RN's
who gave me insulin regularly, standards of medical
care verbally explained to me by ARNP's including
Stuart, not to mention is standard as far as the
broader medical community is concerned to prevent lows

whatsoever, and do, kill diabetics especially in prison. Defendant Sara Malsquiate had no [medical, economic, legal] reasons for doing what she did, and didn't, do as it relates to what I need at a bare minimum to control sugars to stay alive. She has no medical credentials so this isn't a difference of medical opinion. She violated her own company's policies putting my life in danger for not just reason. She behaved with the liberate indifference [a culpable state of mind, and a maliciousness that was completely cruel and uncalled for by any reasonable standard] Defendant Sara Malsquiate's conduct caused the severe pain, suffering, and permanent medical harm to me physically for over a year as a direct result of what she did and refused to do.

On 10/25/22 (Shortly after coming back to BMCF) I had a chronic care appointment with ARNP Knipp. I brought with me documents from Aramark's diabetic diet sheets, Medical Nutrition Therapy Manual where it listed carb ranges but not actual carbs for items on the menu, and said work w/ providers to match carbs to insulin for the

bottom of that Aramark document, and a list of things I needed on an individualized medical diet, the KDOC - Centurion Contract, and KDOC IMPP 10-106D about setting up individualized medical diets. I did this due to me still having so many medical problems causing me so much persistent physical pain and permanent physical harm. ARNP Knipp said she was told by Defendant HSA Sara Madgwick that she (ARNP Knipp) was not allowed to do any individualized medical diets per Defendant Sara Madgwick's direct orders and if she did she would be in trouble.

There is ample evidence in all the aforementioned documents above that says not only are individualized diets allowed but Centurion Health is obligated by contract with KDOC to provide them when a patient's needs require them. However, Defendant Madgwick isn't qualified to make medical decisions for me, not allowed by policy or contract to override a medical provider's orders, not allowed under Kansas law to do so, and had no penalogical, economic, medical, or legal reason to interfere. ARNP Knipp said she wished she could give me what I asked for

to help me control sugars. She said, "If I could my job would be a lot easier because then you guys (diabetic prisoners) wouldn't be in here with all types of excema, rashes, and stuff". I was also seeing her that day for excema on my lower back due to uncontrolled blood sugars which she had to prescribe a steroid cream for to heal.

Defendant Sara Madgwick's refusal to allow Centurion's medical providers to provide me with the care I needed, the providers agreed I needed, when she had no medical credentials to speak of is another example of deliberate indifference, culpable state of mind, and maliciousness because Madgwick had long since known the harm she was causing me and other diabetics yet still continued interferring with my medical care w/o medical justification. There was no medical disagreement.

On the following page I have included what I took with me to that chronic care appointment on 10/25/22 showing what I was asking for.

*FYI my diet sheets and snack area sheet already say I get sliced bread and have as an option the 2oz PB per ACS Dietician, KDOC Dietician, but FSS's not ever giving me PB and perishable meat risks foodborne illness and FSS's not consistently giving me sliced bread so I need an IMD.

Doctor Sick Call 10/25/22 Erwin #123078 B1 ~~140~~

* As far as what you as the provider can do this is what I need to properly regulate blood sugars at a [pg. 4122] bare minimum:

1) Individualized Medical Diet stating I need sliced bread wherever mentioned on 2200 diabetic menu w/ snack sack including 2sl for breakfast, 1sl for lunch, 2sl for dinner on tray and 2sl in the snack sack itself.

1a) On the IMD I also need it to say I need 2oz peanut butter in snack sack every day and never perishable meat to prevent food poisoning risks and help me control sugars.

2) I need carbohydrate information for each item on tray and snack sack of the 2200 diabetic menu to help me dose insulin properly and control sugars by enabling me to choose less carb heavy items and eat a consistent (+/- 3 carbs) amount of carbs each meal and snack.

3) Regular timing of meals and insulin meal to meal, dinner to H.S., day to day (especially w/ Lantus shot), Regular timing defined as follows:

3a) H.S. accucheck/insulin: 6 hours +/- 30mins of dinner [pg 4/23]
Generally if dinner is served at 3:30pm
+/- 30 mins H.S. should be 9:30pm
+/- 30mins.

Meal times are per cell house rules currently in place:
Breakfast: 3:50am
Lunch: 10:00am
Dinner: 3:30pm

3b) So I need all those meals to be served to me (actually in
my hands) completely w/o any items missing +/- 30mins
of those meal times for my safety due to the fact
I am Type 1 diabetic. Insulin affects sugars w/i
30 mins after taking. Eating first is bad because
need accurate ~~and~~ accucheck to determine insulin
dose and nursing hasn't been able to get to me w/i
30mins of meals historically.

3c) So I need insulin and meals w/i 30 mins of each other
which is largely dictated by Aramark bringing meals
on time and CO's giving me meals completely w/ no
items missing each day, each meal, +/- 30mins of
those listed meal times in cell house rules.

3d) American Diabetes Association In Diabetes Care
Manual suggests meals & insulin in correctional
setting to not be given later than 10mins of
each other so I am very flexible under circumstances.

M) (1) Count 13: Defendant Julie Hay, Assistant Food Service Director for Aramark Correctional Services @ EDCF from at least September 1, 2020 to February 24, 2022 while I was incarcerated @ EDCF, violated my 8th amendment rights under the U.S. Constitution by continuing to ignore my very serious medical complaints regarding harm being done physically done to me as a direct result of me not recieving my medically prescribed diet as prescribed, not recieving my medreally prescribed diet at regular times which was medically necessary to prevent severe physical harm being done to me multiple times a day everyday for over a year, not recieving the carbohydrate information for my meals which I needed to properly dose my medications multiple times a day to prevent severe physical harm being done to me up to and including death, and not recieving shelf stable protein in my snack sack at dinner each day which I needed to prevent the constant threat of hypoglycemia, hyperglycemia, and food poisoning over more than a year and persisting to this day, all while she knew of the harm being done to me physically, understood the seriousness of the threat, and still chose not to intervene, and in some cases lied and overtly obstruct my ability and attempts to stop it when she had the power to do so as the AFSD for ACS @ EDCF.

(2) Supporting Facts: I am an insulin dependent Type 1 diabetic on a caloric controlled diabetic diet as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my blood sugars up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School Massachussetts General Hospital). The opposite then is also true. My blood sugars @ EDCF have been above 183 mg/dl

(HbA1C of 8+) 50% of the time, below 70mg/dl 7% of the time, and only in the target range about 20% of the time (80mg/dl to 130mg/dl). The target for diabetics such as myself is a HbA1C of 7 or lower (154mg/dl). So it is clear having 50% of my sugars constantly above 183mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced in Centurion Health's own diabetic education materials, that blood sugars at or below 70mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/22 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars.

Defendant AFSD Julie Hay was made aware of all my medical problems I was experiencing as a result of bad timing of meals, non-compliance by her staff with my medical diet as prescribed by Centurion Health medical providers, my numerous requests for reasonable accomodation to get shelf stable protein in the snack sack to avoid low

and high blood sugars as well as food poisoning, my
numerous requests for carb info for each item on the
menu so I can dose insulin properly to control
sugars, the fact her staff repeatedly refuse to
fix mistakes with my medical diet including
total denial of my snack sacks on occasion or
serious portions thereof, and was aware of all
the physical and painful harm I was suffering
from as a result of her and her staff's
actions and inactions over more than 2 years
consecutively. I made her aware through
grievances some of which were 10/5/2020, 10/7/2020,
10/5/2020, 10/2/2020, 9/23/2020, 9/16/2020, 10/27/2020,
2/10/2021, 3/12/2021, 2/11/21, 2/25/2021, 2/3/21
3/25/2021, 3/25/2021, 3/25/2021, 4/3/2021, 2/23/21,
3/24/2021, 12/8/2020, 1/15/2021, 1/18/21,
4/21/21, 4/16/2021, 6/28/2021, and 7/18/2021.
When I list dates multiple times it's because I
sent multiple grievances that day on separate issues
and per Defendant Hay's instructions I tried
to keep them short and specific. Defendant
Julie Hay was also made aware numerous other
times as a result of my grievances being
escalated and administrators talking to her
about my diet issues from time to time.
Throughout Defendant Julie Hay's responses to

My above mentioned grievances about my medical pains and complications with my diabetes as a result of not having proper diet (medically prescribed) due to her and her staff's actions/inactions, proper snack sacks, so on as I mentioned before Defendant Julie Hay lied, played dumb, and tried to gaslight me on numerous occasions as I persistently tried to get her and her staff to comply w/ my medical orders and ensure I recieved the accomodation for shelf stable protein in the snack sack, carb info, proper timing of meals to coincide w/ a regular schedule set by KDOC Cell house rules to help me get sugars under control.

Per Aramark's own Medical Nutrition Therapy Manual in effect since October 2019 to present day it states what my medical diet is, substitutions are to be avoided at all costs, Carbohydrate info is needed to allow diabetics to match carbs to insulin, My diet is calorie controlled and stresses portion control and compliance w/ the diet to avoid physically harming diabetics, and has contact instructions for the Aramark Registered Dietician to consult w/ medical and prisoners upon request for individualized diet needs. However, even though was a senior

Supervisor, had been on duty since 2008, had access to Aramark's intranet @ Aramark.net where all types of diet documents and contact information for dieticians and supervisors lives, Defendant Julie Hey repeatedly acted like she couldn't help me. She actually said that verbatim over and over in response to my aforementioned requests for medical diet info and compliance. Defendant Julie Hay actively obstructed every request I made for what I needed from Aramark @ EDCF to manage my sugars at a bare minimum that she had control over and direct responsibility to ensure I was given per Aramark and KDOC policy, the KDOC Aramark contract, and federal law under the Americans with Disabilities Act.

Defendant Julie Hay, despite all that, deliberately chose to frustrate, deny, lie, and obstruct all attempts I made to get my carb info for each item on the menu to match carbs to insulin, shelf stable protein in snack sack to maintain healthy sugars so I don't drop low or go high and to avoid food poisoning due to no refrigeration and my medical need for protein 24/7/365 to maintain

blood sugars as part of my 3 snacks I eat each day, regular timing of meals in accordance with KDOC IMPP 10-106D and cell house rules and KDOC-Aramark Contract and due to my medical need as a diabetic, and ensuring staff under her direct supervision are complying with my medical diet I need to live.

In Defendant Julie Hay's supervisory role she perpetuated a culture that ignored my medical needs, caused me serious physical harm over more than 2 years consecutively, she knew that repeatedly, continued to not correct her staff despite having full authority to do so, and so thereby encouraged her staff to also violate my medical diet and refuse to fix mistakes which worsened and expanded the harm done to me physically over more than 2 years.

Defendant Julie Hay had no penalogical, legal, economic, or medical reasons for harming me in the ways I mentioned above. Defendant Julie Hay was deliberately indifferent to my serious medical needs, had a culpable state of mind, and was malicious towards me w/o just cause. On the following pages I provide more details of this.

On 10/10/2020 Form 9 to UTS Holland B2 @ EDCF I asked for the contact info for `State dietician' per instructions I recieved from AFS Julie Hay. UTS Holland said they don't have it by saying, "I do not have this information, please ask Aramark if they can provide that for you".

On 10/5/2020 Form 9 to `Staff Dietician (**not** Aramark)' while I was in B2-203 @ EDCF I requested a change to the snack sack for my "2800 calorie diet so the snack sack better enables us diabetics to manage blood sugars. Specifically, I want the snack sack to be (4) slices white bread, 4oz peanut butter, and (2) juice packets". Inadvertently this was sent by UTS Holland to AFSD Julie Hay. She responded, "Send your request to the State Dietician".

On 10/5/2020 Form 9 to `Staff Dietician (**not** Aramark)' I asked for the, "... nutritional information for the 2800 calorie diet please Specifically, I need to know the calories, carbohydrates, sodium, fat, and protein amounts per serving for each item on the menu, I especially need to know the carbohydrates per serving because I am Type 1 diabetic and use that information to determine how much insulin I need for meals." AFSD Hay responded, "I can't find this info on our Aramark info. Please send your request to Topeka to the state dietician".

On 10/2/2020 Form 9 to `Aramark – Julie Hay' I asked, "I am type 1 diabetic, I need to know the nutritional information for the 2800 calorie menu including calories, carbohydrates, ... I really need the carbohydrate information because I use it to determine how much insulin I need ...

AFSD Hay responded, "I couldn't find the nutritional info you are requesting, you may have to get the dietician info from your UT. Form 9 the State dietician for your answer..."

On 9/23/2020 Form 9 to "Aramark-Julie Hay" I was responding to a previous Form 9 reply AFSD Hay gave me regarding my snack sack accomodation request and I said, "You replied by saying you are following the menu guidelines, which I understand. I want to request a change to the menu guidelines so the snack sack better enables diabetics like myself to manage blood sugars. So can you forward this request to the dietician or person(s) who can make decisions on changing those menu guidelines?". She replied, "You would have to send any inquires about this, yourself, to the State dietician."

On 9/22/2020 Form 9 to "Unit Team" saying, "I need to send a request to the dieticians that approves changes to, and guidelines for, the menus, including the special diets and snack packs for the 2800 calorie diet. Can you tell me who that person is, whether I can send them a Form 9, and if not can you tell me how I can contact them please?". Uts Holland replied, "Write a Form 9 to Aramark and they can direct it where it needs to go. Dated 9/23/2020.

On 9/16/2020 to "Aramark -Kitchen Sup. Jules (Spelling?)" I asked, "For the snack sack on the 2800 calorie diet I have a request. Instead of bread rolls can those be replaced with sliced white bread? Instead of bread rolls can those be replaced with sliced white bread? Instead of sliced

Meat, which is perishable, can that be replaced with peanut butter? So my request is that the snack sack be changed to include (4) slices of white bread, 4oz peanut butter, and either (2) oranges or (2) juice packets w/ vitamin C. pg. 4.133 (see attached) → ", This is when I was in B2-203 @ EDCF.

AFSD Hay replied, "We are following the menu guidelines".

On 12/16/2020, Formal Grievance to UT Hoover I requested changes to the snack sack for the 2800 diabetic diet, copy of the 2800 menu w/ portion sizes, carb info so I can match carbs to insulin and make good choices on what to eat. I attached Form 9's from UTS Holland and AFSD Hay dated 9/23/2020 and 10/2/2020 w/ a 2 page letter I wrote and attached to those Form 9's detailing I need shelf stable protein for food safety reasons, sliced bread instead of bread rolls because unsure of carbs and it spikes my sugars, why I needed 4 slices bread so I have enough snacks plus xtra for lows, and cited the "Diet snack sheet" AFSD Hay gave me in response to a Form 9 that detailed we are to get 2 slices bread and not bread rolls on snack sack. AFSD Hay replied on the Formal grievance, "We are following our diet specs to the letter with what we are given".

On 2/10/2021 Form 9 to 'Aramark - Julie Hay' complaining about how FSS Macdonald denied me bread in my snack sack on my 2800 diabetic diet in which I got no response.

On Formal grievance to Unit Team A2 @ EDCF while I was in cell A2-211 RE the 2/10/21 incident in which FSS Macdonald denied me bread in my diabetic snack sack.

I explained what happened in detail, put me at risk for a low blood sugar, violated Aramark's "Diet Snack Sheet" and that despite me explaining all this FSS Macdonald still refused me bread. AFSD Hay replied, "Bread was not denied, it was to be served seperately, the bread was taken to the cell houses." This was a lie. Bread was never taken to the cell houses, never has been served seperatly prior or since, and I never got that bread on 2/18/21.

On Form 9 dated 3/12/21 to "Aramark-AFSD Hay" I complained, "I have been trying to get the carbohydrate and nutritional data, as well as a proper 2800 calorie diet menu, for the 2800 calorie diabetic diet. You told me to contact Topeka. I did. They gave me contact info for dietician, I wrote them over 2 months ago but no response. I read KDOC IMPP 10-106D. It says Aramark has the responsibility to submit the diet to the dietician for approval, meaning you have discretion over the menu. So, I am asking you contact your company's representatives who have the power to decide the menu and ask they submit to the KDOC contracted dietician the changes to the diabetic snack sack I am requesting and also get the dietician to give you the proper 2800 calorie menu you are obligated to have on site per your contract with KDOC. Currently, you have no approved 2800 menu from the KDOC dietician. (Please see attached for details)."

In response AFSD Hay said, "Please keep form 9's to a minimum. details — I have no power or say over the dietician decision on your snack sack — State of Kansas provides the menu's and snack sacks — This is the last Form 9' I will answer on this situation, I can't help you. — AFSD Hay"

On Form 9 dated 10/7/2020, AFSD Julie Hay is who I sent it to, I said, "May I please have a copy of the 2800 calorie diabetic

menu? I know what the snack sack consists of but I want to have a copy of the actual main menu so I can plan ahead. I take insulin before meals so having the menu helps me better determine how much insulin to take and what items I can/can't eat so I can control blood sugars." AFSD Hay responded, "We don't have an actual diet sheet for you. Here is what I found on the computer to print off. We make your food from our daily menu. Hope this helps." What was attached was a five page document titled, "Diet Guide Kansas DOC; Male; Fall Winter Created 9/18" which was September, 2018. It listed breakfast, lunch, and dinner items for each day. However, it was missing portion sizes, breads, fruits, milks, and only included grains/potatoes, protein, vegetables. It was utterly useless. On a Form 9 dated 2/11/21 I sent to AFSD Hay I said, "This morning at breakfast the kitchen forgot to send my 2800 calorie diabetic tray even though CD's had ordered it. I accepted a regular tray because I feared dropping low since it had been 30 mins since taking my regular insulin which goes into effect in 30 mins. I have gone into a coma 2x in the last 2 weeks so I didn't want to risk waiting for the correct tray. Can you make sure your supervisors are checking the meal cart before they leave the kitchen so this doesn't happen to me again. Thanks." I recieved a response on 2/15/21 stating, "They are suppossed to check them. However, mistakes do happen. Be sure to let them know right away." M. Bos, Classifiation administrator had responded possibly. Signed with a "M" that look like her writing. So Unit Team sent to M. Bos instead of AFSD Hay with Aramark,

On 2/23/21 via Form 9 to Unit Team I said, "On 2/20/21



At breakfast meal pass I was given a regular meal tray that was labelled as 2800. I am type 1 diabetic and recieve the 2800. I said 2800's don't get cinnamon rolls on the tray. CO Clim Sard, "Well they do today and walked off continuing meal pass. CO Mounce didn't fix it either nor did → (cont. on attached 4 pages)... either one of them notify Aramark to bring me the correct tray. I rang into the bubble and asked for the CO's names so I could write a grievance but CO Shields refused saying, "That's not an emergency. They'll be around at tray pick up." He also refused to give me his name...", "At 3:42am CO Cline and CO Mounce refused to notify Aramark that my 2800 calorie tray was wrong and I needed a new one. That violates I MPP 10-106D because the 2800 is a medically prescribed modified diet. They also violated Title II of the Americans with Disabilities Act ... The also violated my 8th ammendment rights under the U.S. Constitution by engaging in cruel and unusual punishment by denying me the appropriate diet tray which can result in significant harm to me in the long term. ... Aramark violated I MPP 10-106D because they gave me a 2800 calorie tray that had a cinnamon roll instead of the 3 slices of white bread I normally get. A cinnamon roll will spike my sugars considerably so I could not eat it which means I was shorted a significant portion of my meal tray after I had taken insulin... "I took breakfast insulin at 3:04am that day, eating breakfast at 3:42 am... The long term effects of high blood sugar are serious and severe. Aramark repeated refusals to do things correctly over the last 1.5

years I have been here, including this specific incident, will have detrimental effects on My health. It is very <ins>p54.13?</ins> difficult, if not impossible, for me to properly control my blood sugars if Aramark continues to be recklessly and deliberately indifferent to my nutritional needs as a diabetic. Please help me make sure Aramark is following the rules, and their contract, so that diabetics such as myself don't suffer serious health problems in the short and long term. Also please train these CO's to fix a bad meal tray when it's called to their attention. Thank you." On 2-25-2021 "M" responded, "I have talked with Aramark regarding this issue along with sent your similar issue grievance to them for response and to help rectify this situation. I have also redirected staff on this issue."

On 3/24/21 via Form 9 I sent to Unit Team I complained of my meal at lunch being delayed due to the AFSD Julie Hay not ~~sending~~ My tray down on time, when finally got corrected after way too much time passed it was wrong, and all of that put me at severe risk of a low blood sugar to the point I had to yell out the cell for a long time multiple times due to feeling my blood sugar dropping and needing my tray corrected. AFSD Hay was on duty that day at lunch and in charge of the kitchen. Nurse Ladwig gave me 8uR of insulin instead of 12uR at my request because meals where delayed. This was at 10:30am. I had 2 slices of bread and an orange, but no protein. I had saved it from breakfast in case of meals/insulin being delayed because it happens so often. Still dangerous though w/o protein because that type of food metabolizes like

3 spoonfuls of sugar and won't keep my sugars up for more than 1.5 hrs from my experience of 25+ years. At 11:15am CO Lathum and CO Cervantes came to my cell A1-142 @ EDCF and said "Aramark forgot your tray", which was a 2800 diabetic tray. They'd order it. At 11:45am I pressed the emergency call button and spoke w/ CO Tallman in the control bubble. He answered but only after 8 or 9 mins. I told him I am diabetic and asked if Aramark had brought my tray. He said no. I asked him to call Aramark to ask them to hurry since I had taken insulin @ 10:30am. He refused saying they aren't allowed to call on radio for things like that and Aramark doesn't have a phone on them. He said to wait for floor CO's to come around for tray pick up. I worked in the kitchen, the have a phone in the office, all have radios, CO's all the time call for them to fix trays btw. He lied. I told him my sugar was dropping this is an emergency but he still didn't do anything CO Lathum gave me oranges and milk and said they'd get my tray. At 12:45pm SGT Austin (OIC) and SGT Simpson finally gave me my tray 2 hrs 15mins after insulin! I immediately hollered because AFSD they forgot my 2 slices of bread per my menu shorting me 2l carbs which is very dangerous since my carb to insulin ratio was around 5 or 6 to 1 meaning missing 2l carbs would drop my sugars out. SGT Austin came by but said, "Aramark doesn't have bread". and refused to fix it. I told him they do and it's in a black storage top wrapped 2 slices each in seran wrap in

the area special diets / CRD's are made plus more in the freezer. He still said Aramark didn't have it. This is of course a lie because AFSD Hay herself has told me, "we [Pg. 4139] always have bread," in a grievance response on 3/25/21 Form 9. AFSD Hay just refused to send it down even though it was a part of my prescribed medical diet. The CO's gave me xtra milk and oranges thankfully otherwise I would have dropped low but I can't rely on them, as evidenced w/ my struggles I described above, so that risk of a low is real when AFSD Hay refuses to fix her mistakes.

On 3/25/21 via a Form 9 addressed to "Aramark - Mr. Weaver or Ms Hay," I said, "Again, I am having problems w/ my 2800 diet for what feels like the millionth time. Aramark supervisors Clearly did not check the meal cart before it left the kitch at dinner tonight and CO's did not verify the cart. I say this because they forgot my diet snack sack. That is all I have to keep my blood sugars up in between meals because I have no canteen. I have complained about this, and other issues w/ my diet, for over a year. Recently, in the last month and a half, I have had at least (5) seperate incidents where I didn't get a diet sack, didn't get the bread in my diet sack, didn't get a proper 2800 diet tray and instead got a regular tray labeled as a 2800, and I have grieved every single one. You have told me you'd fix it but it is still happening. Please tell me specifica what you are willing to do to fix this problem please. At this point I think I deserve that, especially since I went to the hole over one of these incidents last month.

Btw, I got my diet sack 30mins after my tray but this should not happen and is extremely stressful on me." [pg.4.14(

AFSD Hay responded, "We have verified that all items are on the cart. If the CO's are giving the wrong stuff to the wrong person we can't fix that."

On 3/25/21 Form 9 (Seperate) addressed to "Aramark - Mr. Weaver or Ms. Hay" I said, "CO Austin in A4 forgot to order my 2800 tray for lunch on 3/24/21. When it was finally brought to me at 12:45pm it was missing the bread. I immedrately (talked) to CO Latham. It never got fixed. Austin said you said you didn't have bread. I told him you have bread in special diets in a black tub. The bread is wrapped in seran wrap plus there is bread in the freezer. He still claims you said you didn't have it. I don't believe that at all. I am tired of having my diet messed with. Why are Aramark supervisors not verifying trays leaving that kitchen for seg? FSS Pinkerton (Seg supervisor) should not have allowed that to happen. I want him held accountable and for the constant mistakes to stop. Twice in one day is ridiculous." AFSD Hay replied, "We always have bread, Let me talk to him."

On Form 9 dated 3/25/21 (different one) addressed to "Aramark Mr. Weaver or Ms Hay" I said, "I was given a 2800 tray (styro) for dinner on 3/24/21. It was labeled 2800 but it was a regular tray as far as the food inside. (1) cake, (1) Roll, homestyle scalloped potatoes, (1) portion dried carrots. Aramark also forgot my 2800 snack sack. CO Patterson had to call for it to be delivered. The 2800 tray should have been plain scalloped potatoes, meat seperate from potatoes, (2) portions dried

DO NOT WRITE BELOW THIS LINE

carrots, no cake, and bread. This type of stuff is happening way too often. This is my 4th or 5th issue in a month. You guys keep saying it will get fixed but it doesn't. Something needs to change in that kitchen to ensure accuracy and consistency. I don't expect perfection but this is happening way too often. If supervisors and CO's are both supposed to be verifying carts how can this still be happening? [pg. 4.14] AFSD Hay replied, "Not sure, you are the only one complaining about the 2800 tray."

On 4/3/21 I sent a Formal grievance to Unit Team Supervisor Buchanan. I said, "I have informally grieved issues with my 2800 meal tray 10 different times from 2/3/21 to 3/27/21. Today is now the 11nth time Aramark and/or CO's have messed up my meal tray recently. I am beyond sick of this! Today on 4/3/21 I recieved Frosted Flakes when per Ms. Hay, AFSD, I am to recieve <u>unsweetened dry cereal</u>. Per IMPP 10-106D and per Centurion's Provider, this violates my medical modified Dash diet (2800). This is discrimination for me having diabetes and retaliation for complaining about issues related to my diabetic care. Violates Title II of the ADA.

UTS Buchanan forwarded to AFSD Hay. She replied, "Your attachment is not a diet sheet we use — not sure where you got this." I had attached Form 9's dated 10/7/20, the Diet Guide <u>she</u> gave me when she replied to the Form 9

On 10/7/20 AFSD now is saying she knows nothing about, and attached 3 Form 9's dated 3/25/21, form 9 dated 3/24/21 Form 9 2/23/21 w/ 4 pages written attached, 2/11/21 Form 9 too all detailing diet issues that were her fault and other FSS's fault too.

DO NOT WRITE BELOW THIS LINE

Form 9 dated 10/27/2020 to "Aramark – Julie Hay" I said "Something needs to please be done about the inconsistencies with meal service, I'll give Monday, October 26, 2020 as an example. Got breakfast carts at about 4am, lunch at 11am, and dinner at 6pm, I am type 1 diabetic. My insulin can't be given to me until trays are physically in the pod per nursing. So when meals are early, late, so forth my insulin gets messed up." ⟶ (Continued from there)

AFSD Hay replied, "We have to stay on a consistent schedule

Form 9 dated 12/8/2020 to "Aramark, Kitchen Attn: Weaver" I said, "Myself and others were not given our diet sacks at dinner on 12/8/2020 about 5pm. I asked CO Walling about it and he said the kitchen was gonna bring them down when they still hadn't the CO called again and they said they were "working on it". I am type 1 diabetic and need that snack sack to maintain healthy blood sugars. Not receiving it violates IMPP 10-106D. There is no cause for us not recieving our medically approved modified diet sacks. This needs to be fixed so it never happens again."

AFSD Hay replied, "Will check into this" and signed her name "Julie Hay".

Form 9 dated 1/15/21 to "Aramark – Julie Hay" I said "Whoever did diet sacks for dinner today messed up. I am on 2800 diet. For lunch regular menu was served grilled bologna and cheese but 2800 was given a hamburger patty, which is fine. What isn't fine

[redacted]

is the fact we're given leftover grilled bologna and cheese sandwiches for our 2800 diet sacks @ dinner. That is very perishable and robbed me of bread and protein for 24 hrs because that sandwich can't be kept for more than 2 hrs w/o refrigeration. I have complained for over a year about this last stuff like that keeps happening. Can you please ensure diet sacks are made right, I wasn't allowed grilled cheese at lunch so I don't know how it can be given in my diet sack. That's crazy."

AFSD Hay replied, "Will look into this".

Form 9 dated 1/18/21 to "Aramark Julie Hay", I said, "Aramark supervisor Garcia denied me a proper 2800 calorie diet tray today at breakfast. It was grits, peanut butter, milk, and should have been 3 slices of white bread for 2800 but he gave me the regular tray that had a dinner roll. The dinner roll wasn't even 2 oz like it is supposed to be so I get robbed of 19 carbs. This is unacceptable. A supervisor should know better, especially Garcia. Please educate him on this. He kept trying to tell me regular tray and the 2800 was the same thing but it is not."

AFSD Hay replied, "Breakfast is often the same tray, I will let him read this."

Form 9 dated 2/3/21 to "Aramark - Ms. Hay" I said, "Hello, I have noticed whoever is doing the snack sacks for the 2800 calorie diet has periodically been forgetting to put bread rolls in our sacks. This has happened several times in the last

2 weeks and happened again tonight. Can you please remind the person prepping those sacks that we get bread rolls in our diet sacks? Thank you for your help". It should be noted I said bread rolls because at this time I hadn't recieved a diabetic menu, nor the ACS MNT Manual, so I was unaware the dietician for ACS had in fact listed sliced bread for our snack sack. I had repeatedly asked for sliced bread up to this point as a reasonable accomodation to the snack sack but per AFSD Hay had been told bread rolls were what our diet is supposed to get, which was a lie. In response to the 2/3/21 Form 9 above AFSD Hay said, " Will look into this ".

Form 9 dated 2/25/21 to "Aramark - Ms. Hay"
I said, "May I have a copy of the "Snack diet sheet" that shows what diabetics get in their snack sack at dinner? I need it as soon as possible because I need to prove to the disciplinary hearing administrator I was supposed to recieve bread in the snack sack since I am Type 1 diabetic. Thanks."

AFSD Hay replied, " Attached - hope this helps you with some of the issues you have been dealing with."

Form 9 dated 4/21/21 to "AFSD Ms. Hay - Aramark" I said,
"(In regards to you responding on another grievance the
menu I attached wasn't the one you gave me) Well,
what menu did you give me Ms. Hay? If you have
a 2800 calorie menu I would love to have it. The
KDOC contracted dietician still hasn't given me one or
even responded to my request for one. So, if you
have one I would appreciate a copy please. I've
been trying to get one for a year now. Thank you."
AFSD Hay replied, "attached" and a 105 pages of
meal sheets (one for each of 3 meals per day for a
5 week period) were attached.

Form 9 dated 4/16/2021 to "Unit team Horsch" that
UT Horsch crossed his name out then wrote "Aramark"
above and forwarded to them I said, "Today at
lunch Ms Macdonald was Aramark Supervisor at
window. An unknown inmate was handing out
trays. I believe he was a white man possibly in
his 30's. The inmate handed me a regular tray with
a milk and orange after I showed my ID and asked
for a 2800. I said "I need a 2800" again. He insisted
that was a 2800. I said no, not supposed to have
blueberry muffin, not supposed to have Turkey
Tetrazzini." We (2800 diabetics) get turkey slice,
plain noodles, and not supposed to have the cake.
He kept arguing, took the cake off then handed me

the tray w/o fixing the rest. Ms Macdonald didn't do anything to fix it." I attached the improvised diet menu AFSD Hay had given me in October of 2021 as proof of what we were supposed to get.

B.4.146

AFSD Hay replied, "This menu is not the one I gave you."

Form 9 dated 6/28/21 to "Unit Team" that was forwarded to Aramark by UTS Reeves I said, "I am not sure who exactly is to blame but I think it's a little bit of both. Between the officers in this pod and Aramark I am not getting my correct 2800 diet w/ snack sack. Saturday's dinner I got tortilla chips and no bread, I should have got 2 slices of bread on my dinner tray and no tortilla chips. Sunday's lunch I didn't get my 1 slice of bread. Sunday dinner I got 2 pieces of cornbread instead of 2 slices of bread. Monday's dinner they gave me cake on the tray then gave me a hp sack instead of the 2800 sack (shorting me 2 pieces of fruit). The officers gave me 2 extra oranges they had so they made it work but that's ridiculous. What I am supposed to get on my tray is on the "diet meal plan" sheet for each meal. There are 105 of them (each meal of 5 week menu). I have a copy of that. I know what I am supposed to get and so do they, I also have a copy of the "snack diet sheet" which shows what I get on my snack sack and so do they.

⊛ If officers are verifying the carts like they are [p. 4.14]
supposed to even if Aramark screws up they should
catch it. My guess is the officers are not ensuring
my 2800 tray is in the meal cart always and
they aren't making sure my 2800 snack sack is
in there two. Aramark isn't supervising inmate
staff and ensuring they put the correct staff
on the meal tray itself. Please work w/ the
officers and Aramark to fix this asap. Thanks."

⊛ AFSD replied, "The trays for the 2800 meals are
being sent out as requested — 1 protein, 2 vegetable
1 starch, bread, fruit, milk—""
Form 9 dated 7/11/2021 to "Unit Team" (UTS Brian Reeves)

⊛ I complained about getting frosted flakes instead
of bran cereal causing my sugar to spike to 410mg/dl
I had to because it was the only thing I got to
eat @ breakfast except for eggs and milk and juice
~~████████████████████████████~~
~~████████████████████████████~~

⊛ Form 9 dated 7/18/2021 to "Unit Team" (UTS Brian
Reeves) I complained of spoiled turkey in diet sacks.
This is detailed on ~~████~~ that Form 9. ~~████████████~~
~~████████ ██████ ███████~~. ~~██████~~, response indicated Aramark
Reeves' was made aware.



(W)(1) Count 14: Defendant Christopher Cornell, Food Service Supervisor for Aramark Correctional Services @ EDCF from at least September 1, 2020 to February 24, 2022 and October 12, 2022 to present day while I was incarcerated @ EDCF, violated my 8th amendment rights under the U.S. Constitution by continuing to ignore my very serious medical complaints regarding harm being physically done to me as a direct result of me not recieving my medically prescribed diet at regular times which was medically necessary to prevent severe physical harm being done to me multiple times a day every day for over a year, not recieving my medically prescribed snack sack in its entiretly in a timely manner putting me at risk for hypoglycemia within 3 hours of my insulin being given to me all while he knew of then harm being physically done to me, understood the seriousness of the threat especially due to he himself being a Type 1 Diabetic, and still chose not to comply with my medical ordered diet repeatedly over more than a year while he was a food service supervisor for ACS @ EDCF and had the responsibility to provide me with my proper medical diet.

(2) Supporting Facts: I am an insulin dependent

diabetic on a calorie controlled diabetic diet as prescribed
and verified by Centurion Health medical providers at
all relevant times mentioned in this complaint. I take
up to 4 insulin shots per day, test my blood sugar up to
4 times per day, eat 3 meals and at least 3 snacks per
day, all to manage my blood sugars and diabetes
which if not managed properly can lead to hypoglycemic
and hyperglycemic reactions causing coma or death, not
to mention a host of severe and debilitating types of
physical pain and harm, dementia, and death. I am in
constant danger as a result of having Type 1 diabetes
even more so in a dangerous correctional environment.
My blood sugars have been constantly out of control
since at least September 1, 2020 to February
24, 2022 and October 12, 2022 to the present day.
It is undisputed medical fact that, "Higher HbA1C is
directly correlated with greater risks of developing
diabetes related complications such as blindness,
heart attacks, strokes, and renal failure. Every 1%
reduction in HbA1C reduces risk by 21% for diabetes
related deaths, 14% for myocardial infarctions, 37%
for microvascular complications, and 43% for
amputations or deaths" (Harvard Medical School
Massachussetts General Hospital). The opposite
then is also true. My blood sugars @ EDCF have
been above 183mg/dl (HbA1C of 8+) 50% of

◯

the time, below 70mg/dl 7% of the time, and only in the target range about 20% of the time (80mg/dl to 130mg/dl). The target for diabetics such as myself is a HbA1C of 7 or lower (154 mg/dl). So it is clear having 50% of my sugars constantly above 183 mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced in Centurion Health's own diabetic education materials, that blood sugars at or below 70mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/22 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars.

Defendant Christopher Cornell continuously has physically harmed me by refusing me my snack sacks on my diet in whole or in part, refusing to comply with my diet orders giving me sweets, not giving me breads, vegetables, protein in all different ways and combinations over many months up to the

present day, refusing to fix mistakes when brought to his attention with my diet, and delayed bringing key missing items of my diet so long after I was given insulin it harmed me by causing dangerous high and low blood sugars and set in motion a chain of events that directly led to my sugars being bad in dangerous ways for the next several hours afterwards. All of his actions I just described were counter to his training as a Food Service Supervisor for Aramark, counter to established Aramark and KDOC policy, counter to my prescribed medical orders as prescribed by my medical providers with Centurion Health who send Defendant Cornell my diet orders every Monday, Wednesday, and Friday along with where I am in the prison. I often have complained to CO's that my tray and other diet components are not correct in dangerous ways, ask them to fix at great personal risk due to how notorious Defendant Cornell is for refusing to mistakes and even if he does delays the fix so long I actually drop low or have to eat items that I know are bad for my blood sugar control to make up for the fact the healthier options that Defendant Cornell failed to put on my tray don't get to me in time and cause dangerous high blood sugars as a result. What follows are numerous examples, but by no means an exhaustive list,

of how Defendant Cornell severely harmed me physically by deliberately messing up my prescribed diet orders, refusing to fix mistakes he was made aware of, refusing to fix mistakes in a timely manner given my risks with diabetes just because it wasn't convenient for him and no other reason, refused me items on my diet that directly put my life and safety in danger within 3 hours of my insulin shot being given, and despite Unit Team, Deputy Wardens, Wardens, Nursing Staff, and medical providers trying to educate him and correct his deliberate malicious actions that caused me so much harm physically including scrotal swelling, painful cracking and bleeding of my skin, numerous skin infections, all related to my out of control sugars he chiefly caused he continued to not comply with my medically prescribed diet orders, I told him specifically myself even about all the harm, mistakes, so on and he still refused to comply even though in every case there was no legit penological, medical, legal, or economic reason for doing so (not complying).

Defendant Christopher Cornell was deliberately indifferent to my serious medical needs, had a culpable state of mind, and chose to deliberately harm me physically for months causing me lots of pain even though he himself is a Type I Diabetic and knows better.

Defendant Christopher Cornell refused to fix a missing snack sack for me at dinner on 10/17/22 despite CSI Grimmett repeatedly calling for Cornell to bring it down. This put me at great risk for hypoglycemia because I use snack sacks to keep my sugars healthy for 24 hours until dinner the next day. Without it I will die if I have no other options. To make up for this ~~need~~ threat I had to save foods from my tray like breads and pastas I don't normally eat for meals and use those to keep sugars up best I can. This did harm me and messed up my blood sugar control badly. Defendant Christopher Cornell refused to fix mistakes he made with my diet that directly harmed me including not giving me my sliced bread on my meal tray on 10/12/22 dinner, 10/13/22 dinner, 10/16/22 lunch, 10/20/22 lunch, 10/20/22 Dinner, 10/21/22 lunch, 10/24/22 lunch, 10/25/22 lunch, 10/26/22 dinner, 11/1/22 dinner. Also he refused to fix missing sliced bread in my diet sack on 10/13/22, 10/17/22, 10/19/22, 10/20/22, 10/23/22, 10/30/22, 11/1/22 all ~~meals~~ at dinner. Defendant Christopher Cornell also refused to fix issues with my meals at all on 10/13/22 dinner, 10/16/22 lunch, 10/17/22 dinner, 10/19/22 lunch, 10/20/22 dinner, 10/21/22 dinner, 10/23/22 dinner, 10/24/22 lunch, 10/30/22 dinner, 10/31/22 dinner, 11/1/22 dinner. This was just from 10/12/22 to 11/14/22 and he works Seg line Sunday to Thurs each week.

C) (1) Count 15: Defendant Catherine Mcdonald, Food Service Supervisor for Aramark Correctional Services @ EDCF from at least September 1, 2020 to February 24, 2022 and October 12, 2022 to present day while I was incarcerated @ EDCF, violated my 8th amendment rights under the US. Constitution by continuing to ignore my very serious medical complaints regarding harm being physically done to me as a direct of me not recieving my medically prescribed diet at regular times which was medically necessary to prevent severe physical harm being done to me multiple times a day every day for over a year, not recieving my medically prescribed snack sack in its entirety in a timely manner putting me at risk for hypoglycemia within 3 hours of my insulin being given to me all while she knew of the harm being done to me physically, understood the seriousness of the threat, and still chose not to comply with my medical ordered diet repeatedly over more than a year while she was a food service supervisor for ACS @ EDCF and had the responsibility to provide me with my proper medical diet.

(2) Supporting Facts: I am an insulin dependent Type 1 diabetic on a calorie controlled diabetic

diet as prescribed and verified by Centurion Health medical providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my blood sugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not managed properly can lead to hypoglycemic and hyperglycemic reactions causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related deaths, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School Massachusetts General Hospital). The opposite then is also true. My blood sugars @ EDCF have been above 183 mg/dl (HbA1C of 8+) 50% of the time, below 70 mg/dl 7% of the time, and only

in the target range about 20% of the time (80mg/dl to 130mg/dl). The target ~~are~~ for diabetics such as myself is a HbA1C of 7 or lower (154mg/dl). So it is clear having 50% of my sugars constantly above 183mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced in Centoron Health's own diabetic education materials, that blood sugars at or below 70mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/2022 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars.

Defendant Catherine Mcdonald continuously has physically harmed me by refusing me my snack sacks on my diet in whole or in part, refusing to comply with my doctor orders giving me sweets, not giving me breads, vegetables, protein in all different ways and combinations over many months up to the present day, refusing to fix mistakes when brought to her

attention with my diet, and delayed bringing
key missing items of my diet so long after I was
given insulin it harmed me by causing dangerous
high and low blood sugars and set in motion a
chain of events that directly led to my sugars
being bad in dangerous way for the next several
hours afterwords. All of her actions I just
described were counter to her training as a
Food Service Supervisor for Aramark, counter to
established Aramark and KDOC policy, counter
to my prescribed medical orders as prescribed
by my medical providers with Centurion Health
who send Defendant Mcdonald my diet orders
every Monday, Wednesday, and Friday along
with where I am in the prison. I often have
complained to CO's that my tray and other
diet components are not correct in dangerous ways,
ask them to fix at great personal risk due
to how notorious Defendant Mcdonald is for
refusing to fix mistakes and even if she does
delays the fix so long I actually drop low or
have to eat items that I know are bad for my
blood sugar control to make up for the fact the
healthier options that Defendant Mcdonald
failed to put on my tray don't get to me in time and
cause dangerous high blood sugars. What follows

are numerous examples, but by no means an exhaustive list, of how Defendant Catherine McDonald severely harmed me physically by deliberately messing up my prescribed diet orders, refusing to fix mistakes she was made aware of, refusing to fix mistakes in a timely manner given my risks with diabetes just because it wasn't convenient for her and no other reason, refused me items on my diet that directly put my life and safety in danger within 3 hours of my insulin shot being given, and despite Unit Team, Deputy Wardens, Wardens, Nursing staff, and medical providers trying to educate her and correct her deliberate malicious actions that caused me so much physical harm including scrotal swelling, painful cracking and bleeding of my skin, numerous skin infections all related to out of control sugars she caused, she continued to not comply with my medically prescribed diet orders. I told her specifically myself even about all the harm, mistakes, so on and she still refused to comply even though in every case there was no penalogical, medical, legal, or economic reason for not complying with my diet orders as prescribed. Defendant Catherine McDonald was deliberately indifferent to my serious medical needs, had a culpable state of mind, and chose to deliberately harm me for months causing me lots of pain.

Via Form 9 dated 2/10/2021 I complained that FSS Macdonald knowingly and deliberately denied me my bread on the snack sack for my 2800 prescribed medical diabetic diet at dinner when I passed through meal line at dinner on 2/10/2021. The Aramark diabetic "Diet Snack Sheet", as it is titled per the ACS Medical Nutrition Therapy Manual page .27, has 2 slices of bread, 2oz meat or peanut butter, and a piece of whole fruit. My diet sack Ms Macdonald handed me was short bread. I politely explained to her I needed my bread. She said, "diabetics don't get bread". I said, "Yes we do it is on the diet snack sheet you should have posted". She said, "No, move along" and shooed me away with her hand. I complained then to CO Neeley and Lt Johnson but they refused to help. I went to eat my dinner. I got into an argument w/ Lt Johnson when leaving the dining hall because he wrote me up for arguing. He eventually sent CO's to take me to medical for a pre seg clearance prior to putting me in disciplinary segregation A2-C EDCF. I complained to Nurse Son when I got a b.s. check. My sugar was 165 mg/dl right after dinner. I asked him if I was right that denying me that bread puts me at risk for a low. He said, "Yes, especially with your b.s. being 165 it could drop you out." CO Freeman and CO Neeley witnessed this. I told Ms. Macdonald this too when I was in line that my sugar could drop w/o my full snack sack but she didn't listen, nobody gave me that bread.

DO NOT WRITE BELOW THIS LINE


The only reason I didn't drop out too low was because (Ps. 4.160) I got 2 hot dog buns from another prisoner at dinner who thankfully shared his xtra with me. Depriving me of that bread, when I had no additional food in my possession created a serious threat to my health and safety because I would go into a diabetic coma if I had not been lucky to get 2 hot dog buns from that fellow prisoner. At no point did anyone help me get that missing bread including Ms. Macdonald.


Ms Macdonald is a seasoned, well trained, FSS that knew what the diabetic snack sack consisted of and still chose to deny me that bread.


On 3/12/21 I got out of the hole for the issues on 2/10/21 That same day I started work back in the kitchen and FSS Macdonald was working on main line again. Workers eat their dinner in the kitchen while working. It was time for me to eat per my medical routines so I asked FSS Macdonald for my snack sack. She gave it to me but it didn't have any bread in it nor did the other diabetic sacks. I politely reminded her I needed bread per the diet snack sheet.


She then helped me get the bread w/o argument. Likely, the reason is because she was told we do get bread but still was about to hand out sacks w/o the bread putti every diabetic in the facility @ risk for a low... again. On a Form 9 dated 4/16/21 to UTS Horsch I

DO NOT WRITE BELOW THIS LINE

complained about a prisoner kitchen worker refusing to give me correct 2600 tray and instead tried to give me a Regular tray with a milk and orange at lunch when FSS Macdonald was w/ him at the window and refused to correct him and ensure I get a proper tray. I detailed this, which was forwarded to Aramark AFSD Kay by UTS Horsch,

Defendant Catherine Mcdonald refused to fix a missing snack sack for me at dinner on 10/28/22 and 10/29/22 despite Co Jones repeatedly trying to get it for me which put me at grave risk for hypoglycemia because I use snack sacks to keep my sugars healthy for 24 hours until dinner the next day. Without it I will die if I have no other options. To make up for this threat I had to save foods from my tray like breads and pastas I don't normally eat for meals and use those to keep sugars up best I can. I did drop low despite this and had highs due to eating foods I wouldn't normally eat to compensate for Defendant Mcdonalds actions which harmed me physically a great deal. Defendant Catherine Mcdonald refused to fix mistakes she made with my diet that directly harmed me including

10/15/22 dinner, 10/29/22 dinner as it relates to denying me on my tray sliced bread. Also on my snack sack missing sliced bread on 10/14/22 10/15/22, 10/21/22, 10/22/2022, 10/28/22, 10/29/22. She refused to fix mistakes at all in any way on 10/14/22 dinner, 10/15/22 lunch, 10/15/22 dinner, 10/22/22 Dinner, 10/28/22 dinner, 10/29/22 dinner. When reviewing the above data keep in mind Defendant Catherine Mcdonald on works Seg line Friday and Saturdays and I just detailed events from 10/12/22 to 11/14/22. This harm she does happens nearly every time she works.

P)(1) Count 16: Defendant (FNU)(LNU) Aramark Correctional Services Dietician for Kansas, from at least September 1, 2020 to February 24, 2022 and October 12, 2022 to present while I was incarcerated @ EDCF, violated my 8th amendment rights under the U.S. Constitution by refusing my reasonable requests for accomodation regarding me recieving shelf stable protein in my ~~medally~~ medically prescribed diabetic diet snack such I recieve each night at dinner to prevent hypoglycemia, hyperglycemia, and food poisoning as well as refusing me the carbohydrate information for each item on my Medical diet so I can properly dose my insulin to prevent severe physical harm being done to me up to and including death, all while knowing of the harm being done to me physically for at least ~~nearly~~ 6 months, understood the seriousness of the threat, and still chose not to intervene to grant my requested accomodations which would have stopped the harm being done even though he/she had the power to do so as the Registered Dietician for ACS in Kansas while I was incarcerated at EDCF.

(2) Supporting Facts: I am an insulin dependent Type 1

diabetic on a calorie controlled diabetic diet as prescribed
and verified by Centurion Health medical providers at
all relevant times mentioned in this complaint. I
take up to 4 insulin shots per day, test my blood sugar
up to 4 times per day, eat 3 meals and at least 3 snacks
per day, all to manage my blood sugars and diabetes
which if not managed properly can lead to hypoglycemic
and hyperglycemic reactions causing coma or death,
not to mention a host of severe and debilitating
types of physical harm causing pain, dementia, and
death. I am in constant danger as a result of
having Type 1 diabetes even more so in a dangerous
correctional environment. My blood sugars have been
constantly out of control since at least September 1,
2020 to February 24, 2022 and October 12, 2022
to the present day. It is undisputed medical fact
that, "Higher HbA1C is directly correlated with
greater risks of developing diabetes related complications
such as blindness, heart attacks, strokes, and renal
failure. Every 1% reduction in HbA1C reduces risk
by 21% for diabetes related deaths, 14% for
myocardial infarctions, 37% for microvascular
complications, and 43% for amputations or deaths"
(Harvard Medical School Massachussetts General
Hospital). The opposite then is also true.
My blood sugars @ EDCF have been above 183mg/dl

(HbA1C of 8+) 50% of the time, below 70mg/dl 7% of the time, and only in the target range about 20% of the time (80mg/dl to 130mg/dl). The target for diabetics such as myself is a HbA1C of 7 or lower (154mg/dl). So it is clear having 50% of my sugars constantly above 183mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced in Centurion Health's own diabetic education materials, that blood sugars at or below 70mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/22 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars.

About June 2022 I recieved an undated grievance response from SOC Designee Darcie Holthaus grievance # AA 2022299. The Clinical Reviewer said, "H's complaint about his diet and his in between meal snacks was referred to the dietician at Aramark...". This proves, and is the only confirmed time I am currently aware of, that the ACS Dietician was made aware of my request for my snack sack to be altered so I always get 20z PB, or other shelf stable protein, and never perishable meat for all the reasons such as fish of lows, highs, food poisoning, so on, as I explained many times. The Clinical Reviewer's Letter was undated but I recieved as grievance response for AA 2022299, which I sent the appeal for in 2022 and the date it was recieved by DOC in Topeka was stamped as 4/21/22. To date, I never recieved a response to my requests for my snack sack to be changed so I get 20z PB always which is allowed per pg. 27 of the ACS MNT Manual titled "Diabetic/Caloric Controlled Diet... Evening/PM Snack".
I have repeatedly requested these changes for at least 2 years, but have been ignored.

The lack of Shelf Stable protein has caused me significant medical problems due to unstable blood sugars. I have suffered scrotal swelling and cracking/bleeding of my skin on my scrotum due to poor blood sugar control as verified by Urologist Dr. Davis with Wichita Urology on 1/25/2022 and this documentation is in my medical records @ KDOC LCF as I confirmed with Dr. Wilson at Centurion during a Chronic care visit in April 2022.

Lack of Shelf Stable protein is a major cause of my sugars being out of control.

① On page 87 of the ACS MNT Diabetic/Caloric Controlled Diet my evening snack is listed as: * 8 ounces meat/meat alternative, 2 slices bread, 2 servings fruit. Per the asterisk: it defines meat/meat alternative as 2oz Turkey, 2 hard cooked eggs, or 2oz Peanut butter and says peanut butter contains 16 grams of carbohydrates. It also says: "Blood Glucose Control: The diet provided is not the only factor that can contribute to blood glucose levels. Other factors include medication amounts/timing, exercise, and foods provided through Sharing, Commissary, Fresh Favorites."

It should be noted, I am in long term segregation, alone in my cell, am totally isolated. ① I never share food. I have been indigent 98% of the time I've been locked up, and am dependent on Ramen for meals/snacks. I am also at the mercy of the ACS Dietician.

My endocrinologist on the street, Dr. Lamont Bloom, taught me the importance of protein in my snacks so my sugars didn't spike at fasting or drop out during the day. I know my disease well I just need access to the tools to manage it, shelf stable protein in my snack sack being an important one.

"How do glucose levels change overnight? A person's blood sugar levels change during the night, mainly, because of two processes:

The Dawn Phenomenon. Between roughly 3:00am and 8:00am, blood sugar levels surge as part of the process of waking up. This causes high blood sugar levels in the morning.

The Somogyi Effect. Glucose levels drop significantly between 2:00am and 3:00am. The body responds by releasing hormones that raise blood sugar levels again. It can release too much of these hormones, leading to high blood sugar levels in the morning. Eat a bedtime snack can prevent blood glucose levels from dropping very low during the night and lessen the Somogyi effect."

"Best snack before bed? The best snacks for each person will depend on how the body responds to the dawn phenomenon and the Somogyi Effect..." "Which are the best bedtime snacks for diabetes? Per Jenna Fletcher, Reviewed by Katherine Marengo LDN, RD: A high protein, low fat snack before bed may help people with diabetes stabilize their blood sugar levels overnight." (source: The Centers for Diabetes and Endocrine Care; https://diabetesendocare.com/which-are-the-best-bedtime-snacks-for-diabetes/)

It should be noted, those snacks (high protein, low fat) also help with stabilizing sugars for type 1's during the day. Most literature focuses on Type 2's but Type 1's are different in that we need more snacks, not just before bed. The Aramark Dietrician knows, or should know, since they are licensed, that we can't just do a late night snack. We need a snack between each meals. So, this means perishable meat in our diet such we only get once a day at dinner is a direct risk to us due to food borne illness since we have no way to keep it at safe temps. Per KDHE food safety guidelines, and every county health department in the USA, ice baths must be changed every 2 hours to keep food cold at safe temps which are under 40°F for refrigerated foods per the CDC's (Centers for Disease Control). Food Safety = Foodborne Germs and Illnesses = Foalborne Illness: What consumers need to know = The 'Danger Zone' (off CDC website).

"CDC estimates that each year 48 million people get sick from a foodborne illness, 128,000 are hospitalized, and 3,000 die."

"Do I Have Food Poisoning? Common symptoms of foodborne diseases are nausea, vomiting, stomach cramps, and diarrhea... Symptoms can sometimes be severe, and some foodborne illnesses can even be life-threatening. Although anyone can get a foodborne illness, some people are

more likely to develop one. Those groups include: Older adults, young children, people with immune symstems weakened from medical conditions, such as <u>diabetes</u>, liver disease, kidney disease..."

"The 'Danger Zone' :: Bacteria multiply rapidly between 40°F and 140°F. To keep out of this 'Danger Zone', keep cold food cold and hot food hot. Store food in the refrigerator (40°F or below) or freezer (0°F or below). Cook food to a safe minimum internal temperature... 165°F as measured with a food thermometer. When reheating cooked food, reheat to 165°F. Maintain hot cooked food at 140°F or above."

"Why keep food cold? Harmful bacteria multiply rapidly in the 'Danger Zone' — the temperatures between 40 and 140°F. So, perishable food transported without an ice source won't stay for long... Perishable food (refrigerated), including meat, poultry, eggs, must be kept cold at all times... Food should not be left out at room temperature more than 2 hours." Our dinner is at 4pm +/- 1 or 2 hours. Snacks are needed 3 hours after for the 1st one, 2nd one at 7:30am next day, 3rd at 1:30pm next day btw. All the above quoted materials are from the CDC (Centers For Disease Control website).

My horrible blood sugars reflect the damage the ACS

Dietrician has done to me by not approving that change for shelf stable protein.

I analyzed my blood sugar data, meal data, from Sept. 7, 2020 to Feb. 24, 2022. I have raw data going back to Feb. of 2020. There are so many pages I thought best to analyze it but can provide raw data if needed.

How many of my sugars were in range (80mg-139mg/dl)? 22.7% of total sugars fell into that range.

How many sugars were above range (183mg/dl or higher)? 48.9% of total sugars fell into that range.

How many below range sugars were there (70mg/dl or lower)? 7% of total sugars.

I take 4 sugars per day, everyday, and don't miss. That's out of litterally hundreds of sugars so we are talking lots of lows and highs numbering in the hundreds.

Last 2 hemoglobin A1C's I received results for:
, 9/22/21 = 7.2 , 3/17/21 = 7.4. All out of range and high.

It is critical to point out that when analyzing blood sugars an A1C is a 90 calendar day average. When looking at averages you must pay attention to the range as well. This is per Dr. Lamont Bloom, my doctor on the street from June 2002 to October 2019 when I got locked up. I also learned this in statistics class at Wichita State University. I

graduated in May 2009 with a Bachelor's Degree in Business Administration. I also worked as a Union Business Rep for SEIU Local 513 and analyzed data regularly during contract negotiations (Jan 2013 – Oct 2015). So, I know how to analyze stats well.

As it relates to my blood sugars, this is critical. For example, I could have 20 blood sugars. 10 of them could be 300 mg/dl. The other 10 could be 20 mg/dl. My A1C would be? Using the proper formula from my Mom who is an RN:

$$eAG = (28.7 \times A1C) - 46.7$$

eAG = estimated average glucose calculated by adding up all blood sugars and dividing by # of values logged for a defined period, usually 90 calendar days.

$$(300 \times 10 = 3,000) + (20 \times 10 = 200) = 3,200 \, mg/dl$$
$$3,200 \div 20 \, values = 160 \, mg/dl = eAG.$$

$$160 \, mg/dl \, (28.7 \times A1C) - 46.7 \quad (\text{use algebra})$$

$$160 + 46.7 = (28.7 \times A1C)$$
$$206.7 = (28.7 \times A1C) \times \frac{1}{28.7}$$

$$206.7 \times \frac{1}{28.7} = A1C$$

$$7.2 = A1C$$

So, just looking at the A1C you'd say it's not great, because per ADA A1C must be under 7, and per my doctor too, but not super dangerous. However, when you look at the range you see very quickly how dangerous that is. A blood sugar of 20mg/dl means you're dead or near dead. A sugar of 300mg/dl is so bad that if you sustain that 50% of the time you're going to suffer severe complications including possibly stroke, death, nerve damage, inflamation and swelling (like I am currently suffering from in my scrotum).

The number of times I didn't get shelf stable protein (peanut butter here in KDOC) e EDCF from 9/1/2020 to 2/23/2022 was about 50% towards the end and only about 30% prior to September of 2021. I didn't keep great records for that then but it is accurate. Now, from October 12, 2022 to today on 12/12/22 I have only recieved peanut butter a half dozen times and perishable meat every day outside that. I have had numerous low blood sugars and highs as a result. Defendant ACS Dietrician is a ~~~~ Registered Dietrian in the state of Kansas so knows I need a usable protein for my snacks as a diabetic, knows I am in prison w/o access to reliable ice or refrigeration, so knows I need shelf stable protein in my snack

Sack to control blood sugars, and was notified at least 6 months ago of my serious medical problems as a direct result of blood sugar control issues significantly caused by not having shelf stable protein or carbohydrate info so I can match carbs to insulin. A trained, licensed, dietrician such as Defendant ACS Dietrician knows better but even more so when I notified them of all the aforementioned medical pain and suffering I was experiencing as a direct result of the Defendant ACS Dietrician refusing to provide me with those two things:

Defendant ACS Dietrician is definitely someone who has been deliberately indifferent towards my serious medical needs, had a culpable state of mind, and had no penological, economic, legal, or medical reason for denying me the 2oz of peanut butter in my snack each night and the carbohydrate info for my medical diet to match carbs to insulin all so I can properly control my blood sugars and stop the painful complications and permanent damage out of control sugars are doing to me now for years. But for the deliberate indifference and culpable state of mind there is no explanation for Defendant ACS Dietrician's behavior.

Q)(1) Count 17 : Defendant Katrina Tittsworth (LPN) for Centurion Health @ EDCF from at least 6/24/21 to February 24, 2022, violated my 8th amendment rights under the U.S. Constitution by denying me insulin without just cause at H.S. on 11/29/21, breakfast on 11/30/21, and also deliberately and needlessly delaying my basal insulin shot @ H.S. consistently for over 6 months while she was the primary insulin nurse for me in segregation @ EDCF from 6/24/21 to 2/24/22 which caused me very severe physical harm, including near DKA on 11/29/21 and 11/30/21, and tremendous physical pain and suffering from 6/24/21 to 2/24/22 for no medical or penologically justifiable reasons. even though she knew as a trained nurse the harm being inflicted upon me, the severe risk of permanent damage I faced as a result of her actions including death, and even though she had no justifiable reason for inflicting that harm on me repeatedly over the course of 6 months.

(2) Supporting Facts : I am an insulin dependent Type 1 diabetic on a calorie controlled diabetic diet as prescribed and verified by Centurion Health medical

providers at all relevant times mentioned in this complaint. I take up to 4 insulin shots per day, test my blood sugar up to 4 times per day, eat 3 meals and at least 3 snacks per day, all to manage my blood sugars and diabetes which if not controlled properly can lead to hypoglycemia and hyperglycemia causing coma or death, not to mention a host of severe and debilitating types of physical harm causing pain, dementia, and death. I am in constant danger as a result of having Type 1 diabetes even more so in a dangerous correctional environment. My blood sugars have been constantly out of control since at least September 1, 2020 to February 24, 2022 and October 12, 2022 to the present day. It is undisputed medical fact that, "Higher HbA1C is directly correlated with greater risks of developing diabetes related complications such as blindness, heart attacks, strokes, and renal failure. Every 1% reduction in HbA1C reduces risk by 21% for diabetes related death, 14% for myocardial infarctions, 37% for microvascular complications, and 43% for amputations or deaths" (Harvard Medical School Massachussetts General Hospital). The opposite is then also true. My blood sugars @ EDCF have been above 183 mg/dl (HbA1C of 8+) 50% of the time, below 70 mg/dl 7% of the time, and only in the target range about 20% of the time (80 mg/dl to 130 mg/dl).

The target for diabetes is a HbA1C of 7 or lower (154 mg/dl). So it is clear that having 50% of my sugars constantly above 183 mg/dl does significant and permanent medical harm and exponentially increases my risks of death to predictably and certain dangerous levels. Likewise, it is well known medical fact, as evidenced in Centurion Health's own diabetic education materials, that blood sugars at or below 70 mg/dl are known to cause permanent damage to every cell in the diabetic's body, particularly eyesight, and put the diabetic in immediate danger of diabetic coma or death. I saw Dr. Davis with Wichita Urology on 1/25/2022 for my scrotal swelling and scrotal skin cracking and bleeding for more than 4 months at that time (September 9, 2021) and he said it was due to my prolonged out of control sugars.

Defendant Katrina Tittsworth was directly responsible for giving me insulin on the following dates that directly caused me physical harm: 9/26/2021, 10:48pm ⓢ which caused sugars to spike due to my basal insulin that lasts 24 hrs and must be given consistently at the same time per manufacturer's instructions was over 1 hour late causing high blood sugars. 9/27/2021, 9:42pm due to late basal shot 9/28/21, 3:22 am due to insulin being given to me 52 mins early causing severe risk of low blood sugar ⓢ

10/27/21, 3:28am due to insulin being given 1 hour 19 mins before meals causing severe risk of low; 10/31/21, 10:08pm due to high blood sugar as a result of having no insulin in my body because Defendant Tittsworth was over 1 hour late and had the night before given me my basal insulin @ 9:05pm so knew what she was doing would lead to high blood sugar causing me physical harm; 11/2/21, 10:09pm due to being over one hour late on basal shot causing blood sugars to be bad; 11/1/21 @ 11:54pm due to basal insulin nearly 3 hours delayed from normal 9pm target time and nearly two hours later than previous night causing me to go w/o insulin for over 2 hours and my sugar spiking dangerously to 394 mg/dl; 11/7/21, 9:43pm due to my blood sugar being 311 mg/dl requiring 10u Humalog but Defendant Tittsworth said, "Someone did not stock Humalog in the tackle box so I'll come back with it". Defendant Tittsworth came back @ 10:25pm and did sick calls at the officer's desk (triaging them but not seeing patients, just doing paperwork). Defendant Tittsworth put her coat on to leave and sent CO Webb to tell me she'd come back after she dealt w/ a code because I was hollering at her I still needed my Humalog and was feeling very bad. Defendant Tittsworth left @ 10:58pm so for 33 minutes could have given me my badly needed insulin but chose not to so she could do her paperwork. Nurse Tittsworth, the Defendant, came back finally @ 11:45pm to give me insulin; 11/8/21, 3:04am due to insulin

being given 44 mins before meals putting me at severe risk for low ; 11/16/21, 9:51pm due to basal insulin being given nearly 1 hour late from target time and due to fact the night before Defendant Tittsworth gave me basal insulin @ 8:14pm so on 11/16/21 I went over an hour w/o any basal insulin causing me physical harm @ 11/21/21, 9:48pm due to basal insulin being 44 mins late and causing me to go nearly one hour w/o insulin due to me getting basal the night before @ 9:05pm from a different nurse ; 11/23/2, 10:19pm due to basal insulin being over an hour late and 1 hr 15 mins later than night before when Defendant Tittsworth had given me insulin cause me to go w/o insulin for over an hour ; 11/28/21, 9:43pm due to basal being late ; 11/30/21, 10:59pm due to me being low w/ b.s. of 67 mg/dl due to her denying me insulin @ H.S. on 11/29/21 causing me to be high all day and taking sliding scale to get it back down to safe levels but then since she showed up 2 hours late it put me low and at severe risk of coma ; 12/2/21, 10:15pm due to basal insulin being over one hour late ; 12/5/21, 9:57pm due to basal insulin being about one hour late ; 12/6/21, 10:04pm due to basal insulin being over one hour late ; 12/7/21, 9:59pm due to basal insulin being over an hour late ; 12/8/21, 4:17am due to Defendant Tittsworth attempting to give me 6u H more than I was supposed to get which would have

killed me for sure then being a very disrespectful towards me by throwing around the glucometer, test strips, so on to the extent Officer Dulla for chastised her for it and told her to stop; In response Defendant Tittsworth said, "I'm not throwing shit! Look, I've got the needle so if you want me to start throwing shit I can!"; 12/13/21, 10:13pm due to basal insulin being over one hour late; 12/14/21, 10:06pm due to basal insulin being over one hour late; 12/18/21, 10:16pm due to basal insulin being over one hour late and nearly 2 hours w/o insulin in my system due to me getting basal insulin at 8:12pm the night before; 12/19/21, 3:59am due to Defendant Tittsworth shorting me 10u Humalog and only corrected it when I brought it to her attention. That would have caused near DKA because I was already at 267mg/dl; 12/19/21, 10:03pm due to basal insulin being over one hour late; 12/20/21, 10:29pm due to basal insulin being over an hour late; 12/21/21, 10pm due to basal insulin being about one hour late; also on 12/26/21, 10pm basal insulin one hour late; 12/27/21, 10:09pm due to basal insulin being over one hour late; 12/28/21, 10:15pm due to basal insulin being over an hour late; ~~[struck text]~~, ~~[struck text]~~ 1/1/22, 10pm due to basal insulin one hour late; 1/2/22, 10:52pm due to basal insulin nearly 2 hours late and nearly 1 hour I went w/o insulin due to Defendant Tittsworth giving me insulin the night before

ⓒ 10pm° 1/8/22, 10:46pm due to getting basal insulin
nearly 2 hours late and 1hr 41 mins later than the
night before causing me to go that long w/o any
insulin ° 1/11/22, 4:14am due to being given Insulin
1hr 13mins before meals putting me at severe risk
for low ° 1/12/22, 2°49am due to getting insulin
1hr 6mins before food putting me at severe risk
of low blood sugar ° 1/16/22, 10°13pm due to basal
Insulin over one hour late ° 1/23/22, 9:51pm due to
basal Insulin being an hour late ; 1/24/22, 10:15pm
due to basal insulin being given one hour late ° 1/25/22,
10:45pm due to basal insulin being over one hour late °
1/29/22, 10:46pm due to basal insulin being given
over one hour late, and on and on.
Defendant Katrina Tittsworth, as described in the
above accounts, deliberately delayed my basal
insulin shots over and over for months, lied
about why she was late (as you'll see more of below),
and was openly hostile to me (as you'll see more of
below). Her actions directly led to my blood sugar
problems more than any other nurse because she
was the primary nurse overnights in segregation
where I was and was the only nurse when
she worked so I was at her mercy for
months. Despite her being well aware she was
harming me as I told her frequently nearly

Every night she was late with my insulin, which caused all b.s.'s for the next 24 hours to be off btw, she continued to delay my basal insulin shot many times. Her not dosing my insulin correctly multiple times to a point even that one time could have killed me and her utter indifference to it when I brought it to her attention are proof she was deliberately indifferent towards my medical needs as a Type 1 diabetic, had a culpable state of mind as a trained nurse and me making her repeatedly aware of the harm she was inflicting on me and her choosing to repeatedly violate Centurion Health's own guidelines stating H.S. insulin should be at 9pm and done at that regular time, and did me considerable harm due to me suffering numerous skin infections (direct side effect of high blood sugars) and swelling/cracked & bleeding skin on my scrotum that was very painful for months. In addition Defendant Katrina Tittsworth denied me insulin on 11/29/21 @ H.S. (my 24hr shot) and 11/30/21 @ breakfast causing me to nearly go into DKA coma. Defendant Tittsworth did this maliciously because I yelled at her for again being late with my basal insulin causing me harm.

On 11/29/21 at h.s. Titsworth came on in, cell 8 lower. She was my insulin w/ an CO equals. She opened up my cell pass door. I had just argued with the CO in the bubble over the intercom because I was trying to figure out why Nurse Titsworth was so late (this happens often) so very late at the window. My blood sugar was spiking and I could not eat it. The CO in the bubble had missed one when I pressed the call button so when he finally answered I complained him about not answering it for a good 5 min. I mean, Just as that conversation ended Titsworth was at the meal pass. I said to her in an agitated way, "Well, you finally decided to show up." She said, "Hey, you don't talk to me like that." I said, "I won't talk to you like that when you do show up nearly every night you work 1-2 hours late and cause my ideal sugars to be fucked up." At that point she pushed up her table box which is what supplies back up, backed us towards she did her best to do other inmates's insulin. I hollered at her. I said verbatim, insulin and I raised one and pushed the box attached to the meal pass and she ran in into the cell next door to get the CO's attention to get Titsworth back to do my insulin. At this, I lose so fbe, which is my 24hr insulin. It's the most important shot I take all day because my sugars and insulin are so erratic. I need a good background insulin to help keep my blood sugars in check. Also so the I use caution in timing of meals and insulin. Nurse Titsworth knows this and denied me insulin because I pissed her off. That's not a valid

reason to deny me my life sustaining medicine that if I don't take could lead to ketoacidosis within hours and cause me to go into a diabetic coma. My blood sugars were already high and would go even higher without my insulin. I was very worried and that's the main reason I then got very agitated when she left the pod without giving me my insulin. Nurse Tittsworth claims I tried to grab her but this isn't true. The camera footage should be preserved as witness to this. There are only 2 reasons why a diabetic can be denied insulin per Centurion. One, is if there are conflicting orders on the MAR. Two, is if the prisoner becomes a security threat. At that time Tittsworth denied me insulin and walked away <u>I posed no security threat</u>. She was mad because I pissed her off. If she felt I was out of line she could have charged me with a disrespect DR. She didn't have any justification to deny me life sustaining medicine! [pg. 4.183] She never charged me with a disrespect DR. She overreacted and caused my blood sugars to soar above 600 easily. I don't know how high exactly because she didn't let me check my blood sugar at H.S. on 11/29/21 and she denied me that opportunity again, as well as insulin, at breakfast on 11/30/21. I got scared and thought I was going to go into a coma on 11/30/21 about 6am because my blood sugars felt so high. I had to "... (see next page)

go lay down because I was in such bad shape. I had no idea if I was gonna wake up, and there wasn't anything I could do because Nurse Tittsworth, CSI Bradbury, and the other 2 CO's, wouldn't do anything to help me get my insulin. I will admit I did become a security threat after Tittsworth left the pod at 11:30, on 11/29/21 but I am not sorry for that. I was justified given the very serious threat posed to my life by being denied insulin and being trapped in a cell w/ no escape. I was scared for my life and rightfully so. My law books I have detail case after case of type 1 diabetics, like myself, dying in custody because they were denied their insulin and their families suing, and winning, the DOC as a result. I didn't want to die & be another statistic. Again, pissing off a nurse shouldn't result in my life being threatened.

On 12/2/21 at dinner Nurse Moses denied me insulin because my blood sugar was 49. Again, per Centurion, the only 2 reasons for denying insulin would be a discrepancy in the MAR or the prisoner posing a security threat. Now, what I asked was for Nurse Moses to come back when meals arrived. She said she had no idea when meals would be here and CO Rose said the same. Nurse Moses shouldn't have even been giving diabetics insulin per Centurion

policy when meals aren't in the pod or on the way, but that's why I asked her to come back when meals arrived. She said she'd do it if I agreed to get re-checked on the Accucheck. I said sure, no problem, Of course I wouldn't have any issue with that at all. That's the sensible thing to do. However, she refused for an Unknown reason. She said, "The best I can do is tell the oncoming nurse at 7pm shift change and maybe she can come down". I said, "7pm?!" (It was 4:29pm at the time) I need my insulin at meal time." She reiterated she has no idea when meals would arrive. I said, "Yes, but when they get here you can come back." As I said that she turned to CO Rose and said in an irritated voice, "Let's go", Rose closed the meal pass and they both walked off. The oncoming nurse was Tittsworth. She never came down. My blood sugar at H.S. that night (10:15pm) was 370! I told Moses that would happen but she didn't care. There is no excuse for that! I can't metabolize food w/o insulin! That's why I am Type 1 diabetic. She never should have denied me insulin. On 12/8/21 at 3:42am I got breakfast. At 3:44am I pressed the emergency call button and CSI Chastain answered. I asked where the nurse was.

(see next page)

and is she on the way. He immediately said yes, w/o
even checking. He does this nonsense a lot. At my
pickup at 4:04am I asked CO Oakledar to call
the insulin nurse. He said CCH just called her so she'll
be back down after. At 4:17am Titsworth showed up.
My blood sugars were 317 largely due to me having ate
more than 30 mins prior. My blood sugars are sensitive
and I can't go w/o meal even very long before they
start spiking. This is what is so frustrating about the fact
that meals & dinsulin are so erratic and don't match up
consistently day to day. I asked Titsworth for Novolog.
She gave me 22u H. I told her I asked for 16u H. CO
Oakledar also told her I asked for 16uH. She said,
"I'll fix it". I sarcastically said, "I'll bet" and I did.
When Titsworth showed up she had thrown down the
glucometer on the meal pass ledge and it nearly
bounced off. She was clearly irritated and in a
bad mood. CO Oakledar commented on why she
was in a shitty mood. She said, "I'm not
throwing shit. Look I've got the needle right
you want me to start throwing shit (jokingly)
I can!" Her behavior when dealing with me since
the incidents on 11/29 and 11/30 has been like this.
She always behaves in this type of way. At
H.S. on 12/7 and at breakfast at 12/8 she'll
go to Taylor's cell in 166 then instead of

..."mine would pass by my door in 151-128 and go clear to the other side of the pod on the 2nd tier to give Brian Manis his insulin. She'd do mine last. Needless to say this is another example of her passive aggressive attitude towards me. She is highly unprofessional. I am seriously worried she will find some other excuse to deny me insulin. I have an infection in my testes I have been fighting 3 months since Sept. 9. I finally got the Nurse Practitioners to agree to send me to the hospital but only after a sonogram which I am still waiting on. ARNP Wade told me I can't flip out or I won't be allowed to go to the hospital. So, given how Tittsworth is [Pg. 4.187] behaving, the fact she denied me insulin twice, I am highly agitated around her. I don't want her giving me insulin because I don't trust her and if she treats me bad or threatens me again I may yell at her then she'll use this as a justification for a DR which would prevent me from getting my bad infection healed.

Remedy

1) I want Nurse Tittsworth fired for denying me"...

(see next page)

insulin on 11/29/21 at 7-5..

2) I want Nurse T. _____ fired for denying me insulin at breakfast on 11/30/2. _____ that I was a security _____ at breakfast that was because _____ I was acting like she was going to deny me insulin again. She usually _____ mine from _____ right by myself over to the other side _____ that situation wouldn't have happened _____ _____ denied me insulin wrongfully on 11/29 so I really don't think she should _____ against me.

3) I want Nurse _____ fired for denying _____ at dinner on 12/2. _____ She is a _____ RN and knows better. She just apparently felt it wasn't convenient for her to come _____ when meals actually _____ dispensing _____ dispensed. That's no good reason to deny me _____ prescribed medicine! This is the caliber of RN Corizon feels is _____ acceptable to employ? I'd hope not. She should have _____ _____.

4) I want all my diabetic supplies K.... Nurses denying _____ insulin near to 6 times in as many months is absolutely dangerous and a direct threat to my health and safety.

→

"P.S., I have complained on Tittsworth before for being very late w/ my insulin causing me health problems. I have also complained on her for giving me insulin more than 1 hour before meals putting me at risk for lows. I feel part of the reason she denied me insulin was because of her pent up animosity towards me for making these complaints. She is increasingly behaving in a very petty, passive aggressive, way towards me so this is quite likely why she denied me insulin on 11/29/21 and 11/30/21. "...

(see next page) The page 12/28/21 I attached once I finally got my disciplinary hearing for assault charge Nurse Tittsworth levied against me wrongfully. I sent up to SDC on appeal.

12/28/21

Ending:
5:09am

Disciplinary case ending 2/5 (Nurse Tittsworth incident)

I explained my side. Webster said she'd drop the assault charge on Tittsworth but it's all just one DR. She said she viewed the Video and it showed everything I said was true. She said I didn't try to grab her I stuck my hand out like normal but not trying to grab her or in any aggressive manner. She said she told Cpt. Fuss what she saw and that Tittsworth approached my cell, opened food port w/o security, She said everything I said and everything she viewed on camera will be in the hearing record as I asked. So, with that I pleaded guilty to the other 3 assaults. She gave me minimum punishment. 7days dis ses, $10 fine, 30 days restriction. I signed a waiver cuz I plead guilty once she dropped the assault allegation against Tittsworth.

e) Approximate date of filing lawsuit  6/10/2021

f) Approximate date of disposition  pending

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I utilized the KDOC inmate grievance procedure properly as outlined in the Inmate Rule Book July 10, 2019.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Injunctive relief: Carbohydrate info for each item on my prescribed medical diet, regular timing of meals, regular timing of insulin, shelf stable protein in my snack sack on my prescribed medical diet. Regular timing defined as within 30 mins of times KDOC sets for meals and H.S. insulin. This is for medical reasons.

Christopher Cast #123078

_____
Signature of Attorney (if any)

Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983