Laine C. Barnard, #19467
Legal Counsel
Department of Corrections
714 SW Jackson #300
Topeka, Kansas  66603
(785) 600-0698
Laine.Barnard@ks.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRISTOPHER ADAM ERWIN** ) | |
|       **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | Case No. 22-CV-3170-JWL |
| ) | |
| ) | |
| **JEFF ZMUDA, et al.** ) | |
|       **Defendants.** ) | |
| _____ ) | |

### MOTION FOR EXTENSION OF TIME TO FILE *MARTINEZ* REPORT

**COMES NOW**, the Kansas Department of Corrections (KDOC) as an interested party, through Counsel Laine C. Barnard, and moves this Court for an order extending the time to file the *Martinez* Report ordered by the Court in this matter.  In support of this motion, KDOC states as follows:

1. The Court ordered the Kansas Department of Corrections (KDOC) to submit a *Martinez* Report by April 10, 2023, to assist the Court in the proper processing of Plaintiff's claim.

2. Plaintiff's claims involve two contracted service providers, Aramark, who provides KDOC's food service and Centurion, who provides medical services for KDOC.   Both

Aramark and Centurion have corporate, in-house legal counsel, requiring more time to adequately collaborate to produce the most through information for the Court.

3. Preparation of the Martinez report additionally requires the review of over 1200 pages of Plaintiff's medical records.

4. Counsel is requesting a sixty-day extension to June 9, 2023, to complete the *Martinez* Report in this matter. The interest of justice will be served by granting this extension in that counsel will be able to provide meaningful information to the Court to assist in the resolution of the cause.

5. Counsel has not consulted with plaintiff *pro se* before filing this motion.

**WHEREFORE**, KDOC respectfully requests a sixty (60) extension, or until June 9, 2023, to file the *Martinez* report ordered in this cause.

*/s Laine C. Barnard*
Laine C. Barnard, #19467
Legal Counsel
Department of Corrections
714 SW Jackson #300
Topeka, Kansas  66603
(785) 600-0698
Laine.Barnard@ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kansas Attorney General
120 SW 10th Ave., #2
Topeka, KS 66612

I hereby certify that a true and correct copy of the foregoing was sent via intra facility mail on this 7th day of April 2023 to:

Christopher Adam Erwin, #123078
EDCF
P.O. Box 311
El Dorado, Kansas  67042

                                                    */s Laine C. Barnard*
                                                    Laine C. Barnard, SC #19467