IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER ADAM ERWIN,

    **Plaintiff,**

    v.                                     CASE NO. 22-3170-JWL

JEFF ZMUDA, et al.,

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983. On February 10, 2023, the Court entered a Memorandum and Order (Doc. 11) directing the Kansas Department of Corrections ("KDOC") to prepare and file a *Martinez* Report by April 10, 2023. *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.2d 1106 (10th Cir. 1991).

This matter is before the Court on the KDOC's Motion for Extension of Time to File *Martinez* Report (Doc. 12). The KDOC seeks a 60-day extension of time, indicating that preparation of the Report requires collaboration with in-house legal counsel for Aramark and Centurion, as well as the review of over 1200 pages of Plaintiff's medical records. For good cause shown, the Court grants the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion for Extension of Time to File *Martinez* Report (Doc. 12) is **granted.**

**IT IS FURTHER ORDERED** that the deadline to submit the *Martinez* Report ordered at Doc. 11 is extended to **June 9, 2023.**

**IT IS SO ORDERED.**

Dated April 7, 2023, in Kansas City, Kansas.

                                      **S/ John W. Lungstrum**
                                      **JOHN W. LUNGSTRUM**
                                      **UNITED STATES DISTRICT JUDGE**