In The United States District Court
For The District Of Kansas

Christopher Erwin
  Plantiff,

Vs.

Jeff Zmuda, et al.
  Defendants,

Case No: 22-CV-3170-JWL

Memorandum RE Extensions Of Time To File Martinez Report Due June 9, 2023

My name is Christopher Erwin #123078, Plantiff Pro Se for this case, and I am asking that this court please not grant any further extensions of time for Defendants to file the Martinez Report this court originally ordered Warden Tommy Williams, also a defendant in this case, on 2/10/2023.

As of 6/9/2023 they will have had 120 days to complete this report to the court, which I believe is more than adequate

Considering the substantial legal resources available to all parties involved.

I am suffering out of control blood sugars everyday, harming me considerably eachday, as was explained in my complaint.

I believe the harm being done to me by continued delays is more significant than any potential harm to the defendants by not allowing any further extensions.

I respectfully request this court, for the aforementioned reasons and in the interests of justice, please not allow anymore extensions of time for Warden Tommy Williams to file the Martinez Report for this case.

Thank you in advance for your time and understanding.

Respectfully,
Christopher Erwin #123078
Christopher Erwin
EDCF PO Box 311 El Dorado, KS 67042
5/14/2023