**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CHRISTOPHER ERWIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 22-CV-3170-JWL-JPO |
| ) | |
| JEFF ZMUDA, *et al*., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO FILE UNDER SEAL AND CONVENTIONALLY**
**EXHIBIT 3 OF THE INVESTIGATIVE REPORT PREPARED**
**PURSUANT TO "MARTINEZ V. AARON"**

Comes now, Laine C. Barnard, Legal Counsel of the Kansas Department of Corrections, and respectfully moves the Court pursuant to local rule 5.4.2 for permission to file certain exhibits under seal and conventionally to be considered as a part of the *Martinez* Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.2 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System.

2. The document sought to be filed under seal and conventionally is Exhibit 3.

3. Exhibit 3 consists of medical records and behavioral health records of Christopher Erwin.

4. Additionally, the size of the exhibit, which is in excess of 1,000 pages is too large to file electronically.

5. For security reasons, plaintiff will not be provided a copy of his medical records but will be allowed to review the file at reasonable times, upon reasonable notice. The Court is respectfully requested to allow Legal Counsel to file Exhibit 3 to the *Martinez* Report under seal and in a conventional form rather than electronically.

*/s/ Laine C. Barnard*
Laine C. Barnard, KS 19467
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 600-0698
Email: Laine.Barnard@ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Christopher Erwin, #123078
El Dorado Correctional Facility
El Dorado, KS 67042
Plaintiff *pro se*

*/s/ Laine C. Barnard*
Laine C. Barnard