IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER ADAM ERWIN,

    Plaintiff,

    v.           CASE NO. 22-3170-JWL

JEFF ZMUDA, et al.,

    Defendants.

## ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983. On February 10, 2023, the Court entered a Memorandum and Order (Doc. 11) directing the Kansas Department of Corrections ("KDOC") to prepare and file a *Martinez* Report. *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.2d 1106 (10th Cir. 1991).

This matter is before the Court on the KDOC's Motion to File Under Seal and Conventionally (Doc. 15), seeking to file Exhibit 3 to the *Martinez* Report under seal and conventionally. The Exhibit contains Plaintiff's medical and behavioral health records and is too large to file electronically. Although Plaintiff will not be provided a copy of his medical records, he will be allowed to review the file at reasonable times, upon reasonable notice. The Court grants the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion to File Under Seal and Conventionally (Doc. 15) is **granted.** Exhibit 3 to the *Martinez* Report shall be filed under seal and conventionally.

**IT IS SO ORDERED**.

Dated June 2, 2023, in Kansas City, Kansas.

                                                      **S/ John W. Lungstrum**
                                                     **JOHN W. LUNGSTRUM**
                                                     **UNITED STATES DISTRICT JUDGE**