## Names

| Name Type | Name |
|---|---|
| Conviction | ERWIN, CHRISTOPHER ADAM |
| True | ERWIN, CHRISTOPHER ADAM |
| Alias | ERWIN, CHRISTOPHER M |
| Alias | ADAMS, ERWIN |
| Alias | ERWIN, CHRIS ADAM |

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Apr 28, 1982 | 41 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Brown | 5'-10" | 215 | Male | White |

## Current Status reported by Dept. of Corrections

[Work or Program Participation] Not Working

[Earliest Possible Release Date (1)] Oct 24, 2028

[Current Status] Incarcerated

[Admission Date] Nov 13, 2019

[Current Location (2)]   El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)

[Custody Level]

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 19CR327 | Feb 04, 2019 | Oct 29, 2019 | N/A | Kidnapping | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Sedgwick | 19CR327 | Feb 04, 2019 | Oct 29, 2019 | N/A | Kidnapping | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Sedgwick | 19CR327 | Feb 04, 2019 | Oct 29, 2019 | N/A | Aggravated Robbery | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Sedgwick | 19CR327 | Feb 04, 2019 | Oct 29, 2019 | N/A | Aggravated Robbery | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Sedgwick | 19CR327 | Feb 04, 2019 | Oct 29, 2019 | N/A | Aggravated Robbery | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Sedgwick | 19CR327 | Feb 04, 2019 | Oct 29, 2019 | N/A | Kidnapping | 1 | Non Drug-Grid Severity Level 3 | Active | KS |

(I) If Number includes JV : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Oct 12, 2022 | Inter-Facility Movement |
| Lansing CF-Central | Feb 24, 2022 | Inter-Facility Movement |
| El Dorado CF-Central | Nov 23, 2020 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-RDU | Nov 10, 2020 | Inter-Facility Movement |
| El Dorado CF-Central | Feb 18, 2020 | Inter-Facility Movement |
| El Dorado CF-RDU | Feb 11, 2020 | Inter-Facility Movement |
| El Dorado CF-Central | Feb 02, 2020 | Inter-Facility Movement |
| El Dorado CF-RDU | Nov 13, 2019 | New Court Commitment |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Mar 26, 2023 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Mar 19, 2022 | 1 | Lansing Correctional Facility - Central | Battery |
| Mar 19, 2022 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Feb 24, 2022 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Feb 24, 2022 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Feb 23, 2022 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Feb 23, 2022 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Feb 22, 2022 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Feb 22, 2022 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Feb 14, 2022 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Feb 13, 2022 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Nov 30, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Nov 29, 2021 | 1 | El Dorado Correctional Fac. - Central | Assault |
| Aug 05, 2021 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Aug 05, 2021 | 1 | El Dorado Correctional Fac. - Central | Use of Stimulants |
| Jul 27, 2021 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Jul 27, 2021 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Jul 04, 2021 | 1 | El Dorado Correctional Fac. - Central | Battery |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jul 04, 2021 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Jun 24, 2021 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jun 24, 2021 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jun 24, 2021 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Jun 24, 2021 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jun 24, 2021 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Jun 24, 2021 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Jun 24, 2021 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Jun 24, 2021 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Jun 14, 2021 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Mar 22, 2021 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Mar 22, 2021 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Feb 10, 2021 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |