UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTOPHER ERWIN,  )  <br>  )  <br>  Plaintiff,  ) | Case No. 22-3170-JWL-JPO |
|  )  <br> v.  )  <br>  )  <br> JEFF ZMUDA, et al.,  )  <br>  )  <br>  Defendants.  ) | |

## AFFIDAVIT OF SARAH MADGWICK, HSA

Pursuant to 28 U.S.C. § 1746, Sarah Madgwick, stated under oath as follows:

1. I am over eighteen years of age, suffer from no impairment, and am otherwise legally competent to make this Affidavit.

2. My name is Sarah Madgwick. The matters stated in this Affidavit are based on my personal knowledge and my review of the medical records of inmate Christopher Erwin as maintained by Centurion and the Kansas Department of Corrections ("KDOC").

3. I am familiar with the retention of medical records by Centurion and the KDOC. The case file, records, and notes for Mr. Erwin contain opinions, acts, and events made at or near the time of entry by a person with knowledge and were made and kept during the regularly conducted business activity by Centurion and the KDOC. These records were made in the ordinary course of the provision of health care services to inmates in custody. It was a regular business activity of Centurion and the KDOC to make and keep such records. I am relying on my personal recollection and the information contained in Mr. Erwin's case file, records, and notes in accordance with standard medical health professional practice. I have given the opinions stated herein within a reasonable degree of certainty.

4. I am aware that Mr. Erwin was diabetic and required glucose checks and insulin four times a day. He was prescribed a diabetic diet with a "snack sack" to help maintain his blood sugar in between meals. Aramark managed Mr. Erwin's diet.

5. I am a licensed clinical marriage and family therapist. I graduated with a Master of Science in Family Therapy from Friends University. I began working at El Dorado as a behavioral health professional in August 2018. In August 2021, I transitioned to a health services administrator ("HSA") role at El Dorado and currently occupy that role. As a health services administrator, I do not make any decisions as to whether or which diet or treatment is medically indicated for Mr. Erwin or any inmate at the El Dorado Correctional Facility.

6. I am aware that Mr. Erwin has made several claims against certain the El Dorado Correctional Facility and correctional, behavioral, and medical staff and providers for events that occurred between 2021 and 2023.

7. I was not asked to and did not provide any medical treatment to Mr. Erwin, although I did respond to one or more of his grievances in my capacity as HSA.

Pursuant to 28 U.S.C. § 1746, the above statements are true and based upon my personal knowledge and expertise to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

2 May 2023
Date

Sarah Madgwick, HSA

NOTARY PUBLIC - State of Kansas
DAVID S. LEWIS
My Appt Expires 5-1-25

{0278559.DOCX}    2