UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER ERWIN,                          )
                                            )
        Plaintiff,                          )   Case No. 22-3170-JWL-JPO
                                            )
v.                                          )
                                            )
JEFF ZMUDA, et al.,                         )
                                            )
        Defendants.                         )

### AFFIDAVIT OF KATRINA TITTSWORTH, LPN

Pursuant to 28 U.S.C. § 1746, Katrina Tittsworth, stated under oath as follows:

1. I am over eighteen years of age, suffer from no impairment, and am otherwise legally competent to make this Affidavit.

2. My name is Katrina Tittsworth. The matters stated in this Affidavit are based on my personal knowledge and my review of the medical records of inmate Christopher Erwin as maintained by Centurion and the Kansas Department of Corrections ("KDOC").

3. I am familiar with the retention of medical records by Centurion and the KDOC. The case file, records, and notes for Mr. Erwin contain opinions, acts, and events made at or near the time of entry by a person with knowledge and were made and kept during the regularly conducted business activity by Centurion and the KDOC. These records were made in the ordinary course of the provision of health care services to inmates in custody. It was a regular business activity of Centurion and the KDOC to make and keep such records. I am relying on my personal recollection and the information contained in Mr. Erwin's case file, records, and notes in accordance with standard medical health professional practice. I have given the opinions stated herein within a reasonable degree of certainty.

4. I am a licensed practical nurse. I became a licensed practical nurse in May 2015. I began working at El Dorado as a licensed practical nurse in October 2020 and stopped working there in July 2022. When I worked at El Dorado, I worked the evening shift from 7:00 p.m. to 7:00 a.m. As a licensed practical nurse, I perform basic medical tasks including medication pass, taking vital signs, and some wound care. As a licensed practical nurse, I do not determine what insulin is given nor do I determine the frequency of administration.

5. I am aware that Mr. Erwin was diabetic and required glucose checks and insulin up to four times a day. He was prescribed a diabetic diet with a "snack sack" to help maintain his blood sugar in between meals. Aramark managed Mr. Erwin's diet and medical personnel did not have any control over the contents of such meals.

6. I am aware that Mr. Erwin has made several claims against certain the El Dorado Correctional Facility and correctional, behavioral, and medical staff and providers for events that occurred between 2020 and 2023.

7. My only involvement in Mr. Erwin's care was passing medication to him and checking his glucose each time he received insulin. I never denied him medication, although there were times Mr. Erwin refused his insulin, which he has a right to do.

8. There were times during medication passes that I had to briefly stop the pass in order to take an emergency call from another inmate. I did this at one point during Mr. Erwin's medication pass and he became very angry and attempted to pull me through the medication pass window, causing an injury to my shoulder.

9. Medication passes do not occur at the exact same time every day, as emergent situations often come up that require immediate attention. If the medication pass was at a slightly different time, Mr. Erwin became very angry. While medication passes may slightly vary given circumstances beyond my control, I always administered insulin within the proper timeframe in light of mealtimes.

Pursuant to 28 U.S.C. § 1746, the above statements are true and based upon my personal knowledge and expertise to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

FURTHER AFFIANT SAYETH NOT.

Date 06/05/2023

Katrina Tittsworth

*Katrina Tittsworth*

{0278961.DOCX}   3