Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

NL

EDCF-Central
(FACILITY)

| Case No. 21-06-154 | Date of Alleged Violation: 06/14/2021 | Time: 1120   A.M. / P.M. |
|---|---|---|
| Date This Report Written: 05/14/2021 | | Time: 1155  40 A.M. / P.M. |

Name of Inmate: Erwin_____ Christopher_____ A____ No. 123078 Cell No: D2-257
       LAST      FIRST    MI

Duty Assignment: F/S

**Alleged Violation of Law or Rule** (Identify by Code No., Short Title, and Class) 44-12-306 Threatening and Intimidating Class I Offense

FACTS: On 6/14/21 at approximately 1120, offender Erwin #123078 approached me very upset. He was angry because he is an insulin dependent and insulin line was not called over the intercom, so he was 20 minutes late for his insulin. When I tried to hand Erwin a grievance form, he threw it back in my face and started yelling. He was yelling at me the following; "You don't give a shit about me! What's it going to take for you to get it? Do I have to kill you? Chop your head off? I swear, if this happens again, I am going to go off and kill a CO and it'll be that faggots fault in the bubble!" For the comments that he made to me, threatening to kill an officer, threatening to kill me or "beat my ass", swinging his fists at me in a threatening manner and throwing things at me, I am charging offender Erwin #123078 with K.A.R 44-12-306 Threatening and Intimidating which is a Class I offense.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:_____  (Signature)  _COI Carroll_____
                  COI Carroll K0000243285 W/T 0600-1400

               Printed Name and Title of Employee Writing Report

       Approved by: _____
            (Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.
Executed on 6-14-21_____  Signature  COI L-II_____

I received a copy of this report on 6-16-21____, 544____, _____
            (Date)  (Time)    (Inmate Signature & No)
I served a copy of this report 6-16-21, 544, Coli _____
          (Date)  (Time)  (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*