

Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

___EDCF___
(FACILITY)

NG

| Case No. 21-06-273 | Date of Alleged Violation: 06/24/2021 | Time: 0421 | A.M. |
|---|---|---|---|
| Date This Report Written: Thursday, June 24, 2021 | | Time: 0650 | A.M. |

Name of Inmate: Erwin_____  Christopher____  A__  No.123078_____  Cell No: ~~D2-257~~ 41-142
                LAST              FIRST           MI

Duty Assignment: Food Service_____

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* 44-12-324 Battery, Class I Offense, 44-12-304, Disobeying orders, Class I Offense

FACTS:__ While resident Erwin #123078 was speaking with Nurse Myers, she mentioned to him that his blood sugar was very high at being over 500. At this time I " COI K Hennessey " asked the resident if he had eaten a cookie and he replied " I wasn't talking to you bitch I was talking to the other bitch". Nurse Myers then replied, "You need to calm down". The resident then became combative and disrespectful. Nurse Myers secured her needles and herself stating that he needed to leave. I, COI K Hennessey, then asked resident Erwin to exit the insulin line at which time he told me "No" and "He would not leave without his meds". At this time, I gave him a direct order to turn around and be restrained in which he replied "No ". I called the signal for officer needs assistance in the insulin line and went to restrain the resident; he then slapped my arm away and started out the door. As the resident was exiting the response, team met him at the door. Due to the fact that the resident disobeyed an order to be restrained and slapped my arm away when I went to restrain him I, COI K Hennessey, therefore charge the resident with  44-12-324 Battery, Class I Offense and  44-12-304, Disobeying orders, Class I Offense

(Attach Additional Sheet(s) if necessary)
Staff Witnesses: Nurse Cozette Myers_____  (Signature) _____

_____COI K Hennessey 2200/0600 M/Tcp_____
Printed Name and Title of Employee Writing Report

Approved by: _Cpt A. _____
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.
Executed on _6-24-21_____  Signature _____

I received a copy of this report on _6-25-21_, _7oo_, _____
                                    (Date)     (Time)    (Inmate Signature & No)
I served a copy of this report _6-25-21_, _7oo_, _Coli_ _____
                                (Date)     (Time)   (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*