Attachment B, IMPP 11-119
Effective: 12-11-13

## DISCIPLINARY REPORT

EDCF-Central
(FACILITY)

*NL*

| Case No. 21-06-282 | Date of Alleged Violation: 6/24/2021 | Time: | 0447 |
|---|---|---|---|
| Date This Report Written: 6/25/2021 | | Time: | 0108 |

Name of Inmate: Erwin_____ Christopher_____ ____ No. #123078  Cell No: A1-142
                    LAST              FIRST            MI

Duty Assignment: Administrative Segregation

Alleged Violation of Law or Rule (*Identify by Code No., Short Title, and Class*) 44-12-324, Battery, Class I; ~~44-12-304, Disobeying Orders, Class I.~~ JV

FACTS: On Thursday June 24th, 2021 at approximately 0421 I, COI Langley-Dunning, was on my way to K-Building. When I heard a signal called for Officer Needs Assistance in the Clinic and rushed their as fast as I could. When I arrived in the waiting room, I discovered resident Erwin was there. He was saying that he was refused his insulin and was getting very hostile. When response officers arrived we tried to get him restrained by deescalating the situation but after exhausting all other options we had to take him to the ground to restrain him. When I went to grab him he rammed me in the chest with his shoulder but we had enough response to take him to the ground. I was in control of his right arm the majority of the incident and made sure his arm could be easily in place to be restrained. After Erwin stopped resisting and we had him restrained, COI Jewers and I escorted him to the Captain's Office.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses: CSI Jewers_____    (Signature) *COI Langley-Dunning*
_____       COI Langley-Dunning    T/W
_____       Printed Name and Title of Employee Writing Report

Approved by: _____
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.
Executed on _____    Signature *COI Langley-Dunning*

I received a copy of this report on 6-25-21 , 700 , _____
                                     (Date)    (Time)    (Inmate Signature & No)
I served a copy of this report 6-25-21 , 700 , /oa
                                (Date)    (Time)    (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*