

Attachment B, IMPP 11-119
Effective: 12-11-13

## DISCIPLINARY REPORT



__EDCF__
(FACILITY)

| | | |
|---|---|---|
| Case No. 21-11-215 | Date of Alleged Violation: 11/29/2021 | Time: 2239 P.M. |
| Date This Report Written: 11/30/2021 | | Time: 0001 P.M. |

Name of Inmate: ERWIN, CHRISTOPHER, ADAM     No. 123078    Cell No: B1-100
      LAST    FIRST    MI                                                      B1 128

Duty Assignment:    RHU

**Alleged Violation of Law or Rule** (Identify by Code No., Short Title, and Class)
44-12-323 Assault Class 1 X4

FACTS: at 2230Hrs Erwin #123078 asked where the medical staff was with the insulin. I called for CHS Tittsworth, and she stated that she was delayed by a medical emergency, but would be coming down as soon as she was able. I relayed this information to Erwin, and he seemed to accept the explanation. CHS Tittsworth came in to B1 to complete insulin pass at 2239 for Erwin to receive his insulin. When she arrived he reached out of the food port to grab her Tittsworth, who was able to leave the area unharmed. As I tried to secure the food port due to Erwin's actions, he stated that she was trying to kill him by not giving him his medication. I told him that by attempting to attack staff, he refused his medication. He then stated, among other threats that he "will kill you" to me. He further tried to grab me, COI Perez and COI Voegeli when another attempt was mad eot secure the food port. Erwin then started to kick / hit his door and continued to do so for over an hour, encouraging others, and even got at least 3 other cells to kick / Hit their doors as well.

For Attempting to batter CHS Tittsworth, CSI Gadberry, COI Voegeli, and COI Perez I charger Erwin #123078 with four counts of 44-12-323 Assault, a class 1 offence.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses: _____     (Signature) _____
CHS Tittsworth                           CSI R. Gadberry  1800-0600  W/T/F Box #45
COI Voegeli                              Printed Name and Title of Employee Writing Report
COI Perez

Approved by: _____
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __11/29/2021__      Signature _____

I received a copy of this report on __11/3021__, __1207__, refuse to sign left at door
                                      (Date)     (Time)         (Inmate Signature & No)
I served a copy of this report __11/3021__, __1207__, COII _____
                                (Date)     (Time)    (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*