

Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

NO

__EDCF__
(FACILITY)

| Case No. 22-02-263 | Date of Alleged Violation: 2/22/2022 | Time: 1500 | A.M. / P.M. |
|---|---|---|---|
| Date This Report Written: 2/23/2022 | | Time: 0720 | A.M. / P.M. |

Name of Inmate: Erwin           Christopher                     No. 123078   Cell No: B2-131
                   LAST              FIRST            MI

Duty Assignment: OSR

**Alleged Violation of Law or Rule** (Identify by Code No., Short Title, and Class) 44-12-306 Threatening and Intimidation

FACTS: On Tuesday February 22, 2022, I received a Form-9 via my Unit Team in box from Resident Erwin, Christopher #123078. In the Form-9 Erwin describes incident that he feels has not been address properly. He lists four staff members by name that he will try to kill. The following staff members were listed: CSI Chastain, COI Barker, Corizon Tittsworth, Corizon Myers, Corizon Moses, and FSS Hay. He extended his threat to all Aramark employees as well. I am charging Erwin, Christopher #123078 with 44-12-306 Threatening and Intimidation a Class 1 Violation due to the treats he has made. Attached is the Form-9 as evidence.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:

_____   _____ (Signature)
_____
_____   UTS B. Buchholz
_____   Printed Name and Title of Employee Writing Report

                    Approved by: _____
                                 (Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.
Executed on 2-23-2022                    Signature _____

I received a copy of this report on 022422 , 0931 , _____
                                    (Date)   (Time)        (Inmate Signature & No)
I served a copy of this report 022422, 0931 , _____
                              (Date)   (Time)   (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.

\* I am going to KM CSI Chastain and CO Barker next time I get a chance. Also any/all Aramark FSS's, especially AFSD Julie Hay

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team - Buchholtz
(Name and Title of Officer or Department)

Date: 2/22/22

Unit Team Member Signature _____

To be retained by Inmate

XXX  \* Kill List: I absolutely am not fucking around.

Needless to say all Aramark FSS's are on my hit list too!

X Ervin
Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**

123878
Number

Part 1 of 2

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team - Buchholtz
(Name and Title of Officer or Department)

Date: 2/22/22

State completely but briefly the problem on which you desire assistance. (Be specific.)

At Breakfast Aramark sent a 1800 styro that flipped over. CSI Chastain ordered a new one immediately. However, over an hour went by before I got my tray, and nearly 1.5 hrs went by after I had on insulin. My Humalog (Lispro) is a rapid acting insulin that lowers blood sugars starting in 15 mins after injection. My blood sugar was 296, which is

Work Assignment: High. That brought me Living Unit Assignment: B2-101

Comment: Some time but I felt Unit Team Members Signature: _____
low (dizzy, hands started to shake, and begining cold sweat)

Disposition: I called CO Barker on emergency call button and asked for an "Accu check because my b.s. was dropping fast. It's been at least an hour since insulin and Aramark still hasn't brought me my food!" She said she'd let Chastain know. I said, "he knows but isn't doing much

To: _____ (Name & Number) Date: _____
effective to get my tray. I need you to call the nurse for an

Disposition: Accucheck. I am not playing around." She ignored me. I hollered at Chastain again, politely, and asked, "Hey Chastain what's up w/ my tray?" I said that twice. He would not answer. He looked right at me and turned around as he sat at the desk ignoring me. The other male CO tried

Employee's Signature to convince Chastain to  To be returned to inmate.
P-0009b   expedite my meal but he wouldn't. At least 3 →

\* Kill List Continued Part 2 of 2   1) Nurse Tittsworth
2) Nurse Myers
3) Nurse Moses

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team - Buchholtz   Date: 2/22/22
(Name and Title of Officer or Department)

---

Unit Team Member Signature   To be retained by Inmate

X ----------------------- X

\* Kill List Continued   Part 2 of 2

Form 9
For Cellhouse Transfer   Erwin
Work Assignment   \* 1) Nurse Tittsworth   I will not   Last Name Only
Interview Requests   2) Nurse Myers   harm any other
3) Nurse Moses   nurses btw   123078
KANSAS DEPARTMENT OF CORRECTIONS   Number

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team - Buchholtz   Date: 2/22/22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I will kill all 3 nurses listed above if they come down here to give me insulin. Why? All 3 have denied me insulin and caused me major blood sugar scares. I grieved all incidents. UTS Reeves, UTM Freeney, Warden Bush, Acting Warden Williams, CM Libby, Keogh, CM Davis, Holthaus, and Sec. of Corrections Zmuda all refused to do anything

Work Assignment: About it.  D.O.N.   Living Unit Assignment: B2-131

Comment: Claggern refused,   Unit Team Members Signature:
D.O.N. Mendoza said to me, "You don't get to pick and
Disposition: choose who does your insulin" in a Form 9. I sent
about it a couple months ago.
Nurse Tittsworth A) Denied me insulin on 11/29/21 at H.S. Disciplinary
#/O Webster confirmed I posed no security
threat and Tittsworth lied about me trying
To:   to grab her.   Date:
(Name & Number)
B) She denied me insulin again @ Breakfast on
Disposition: 11/30/21. My blood sugar was 471 @ ~11am
on 11/30/21. I thought I was going to go
into a coma. N insulin in my system since
dinner on 11/29/21!

Employee's Signature   To be returned to inmate.

P-0009b

* Good Nurses

INMATE REQUEST TO STAFF MEMBER

To: Unit Team - Buchholtz         Date: 2/22/22
(Name and Title of Officer or Department)

_____
Unit Team Member Signature                    To be retained by Inmate

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Good Nurses

Form 9
For Cellhouse Transfer                        Erwin
Work Assignment _____       Last Name Only
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS

123078
Number

INMATE REQUEST TO STAFF MEMBER

To: Unit Team - Buchholtz         Date: 2/22/22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

These nurses are awesome, never denied me in with, and always treated me fairly and w/ respect. Figured I'd name them just to reiterate the fact I don't hate all nurses.
1) Nurse Caine  2) Nurse Graham  3) Nurse Moore  4) Nurse Wolffe  5) Nurse Gomez  6) Nurse Focke  7) Nurse Beattle  8) Nurse Schooler (no longer here)  9) Nurse Wayne (no longer here)

Work Assignment: 10) Nurse Cooper         Living Unit Assignment: B2-131
Comment: 11) Nurse Ladwig          Unit Team Members Signature: _____
12) EMT Leigh  13) EMT Stout  14) Med Pass Nurse Rockwell
Disposition: 15) Med Pass Nurse (short next - lady, unsure her name w/ dyed red hair)  16) Asst. Director of Nursing Vaughn.

[ Nurses who have done me wrong but I don't hate. ]

↓  ↓  ↓  ↓  ↓  ↓  ↓

To: _____          Date: _____
(Name & Number)

1) Nurse Hunter  2) Nurse Henson  3) Nurse Harbes

Disposition: _____

_____
Employee's Signature                          To be returned to inmate.
P-0009b