Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

EDCF-Central
(FACILITY)

| Case No. 22-02-260 | Date of Alleged Violation: 2/24/2022 | Time: 0325 A.M. / P.M. |
|---|---|---|
| Date This Report Written: 2/24/2022 | | Time: 0530 A.M. / P.M. |

Name of Inmate  Erwin              Christopher                  No. 123078  Cell No: A2-206 / B2-131
                 LAST                FIRST

Duty Assignment: Restrictive Housing

**Alleged Violation of Law or Rule** (*Identify by Code No., Short Title, and Class*) 44-12-324, Battery, Class I

FACTS: On Thursday, February 24, 2022 at approximately 0325 hours, Offender Erwin, Christopher #123078 in B2-131 had just received insulin from medical staff. COI Perez removed leg restraints from Offender Erwin. As COI Perez was exiting the cell, B2-131, Offender Erwin turned and kicked COI Perez in the lower back. I then stepped forward to stop Offender Erwin from attacking COI Perez when Offender Erwin kicked me in the lower abdomen which resulted in a reactive use of force. End of Report.

Staff Witnesses: COI Perez, CSI Chastain       (Signature) CSI SHIELDS
                                                CSI Shields                    BCH S/M/T 1800-0600
                                                Printed Name and Title of Employee Writing Report

Approved by: _____
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.
Executed on   2/24/2022           Signature   CSI SHIELDS

I received a copy of this report on 03/02/22, 1830, REFUSED TO SIGN, COPY GIVEN
                                     (Date)    (Time)         (Inmate Signature & No)
I served a copy of this report  03/02/22  1830,  CSI MCCURTIE
                                 (Date)   (Time)   (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.