Attachment G, IMPP 11-119
Effective: 07/2007

# DISCIPLINARY REPORT

EDCF/C
(FACILITY)

| Case No. 22-02-259 Date of Alleged Violation: 02-24-2022 | Time: 0325 A.M. |
|---|---|
| Date This Report Written: 02-24-2022 | Time: 0500 A.M. |

Name of Inmate: Erwin          Christopher                    No. 123078     Cell No: A2-206 ~~B-2-131~~
                LAST            FIRST         MI
Duty Assignment:        RHU

Alleged Violation of Law or Rule (*Identify by Code No., Short Title, and Class*) _____ 44-12-324 Battery class 1 _____

FACTS: On February 24, 2022 at 0325 a signal in B-2 for offender fighting staff was called. I COI Perez along with CSI Chastain and CSI Shields were conducting insulin for resident Erwin #123078 after insulin was distributed to resident Erwin, I COI Perez removed the leg irons placed on the resident following his MRA procedure in his cell and after removal of the leg irons attempted to exit the cell when I was struck in the back by resident Erwin's leg then use of force was used to gain compliance from the resident, because resident Erwin kicked me I am charging this resident with Battery 44-12-324 class 1.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses: CSI Chastain and CSI Shields

(Signature) _____
COI Perez #241963  F/S/S
Printed Name, Title and ID # of Employee Writing Report
Approved by: _____
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 02-24-2022            Signature _____

I received a copy of this report on 03/02/22, 1830, REFUSED TO SIGN, COPY GIVEN
                                    (Date)    (Time)         (Inmate Signature & No)
I served a copy of this report 03/02/22 1830 , CSI McCURRIE
                                (Date)    (Time)        (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.