# KANSAS DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION REVIEW

| ☐ INITIAL | ☐ WEEKLY | ☒ MONTHLY | ☐ 180 DAY | ☐ YEARLY | ☐ BMU |
|---|---|---|---|---|---|
| Name: | Erwin, Christopher | DOC# | 123078 | Date: 2/9/2022 | |
| Date of placement: | 6/24/2021 | Location: | EDCF_C | Current Cell Location: | B1-262 |
| IMPP Segregation Status: | | IMPP 20-104 IB (__) OSR | | Inmate Appeared? ☒ Yes ☐ No | |

### SEGREGATION PLACEMENT/RETENTION FACTS:

| Date | Facts | Source | Location |
|---|---|---|---|
| 8/18/21 | acts; Resident Erwin, Christopher (DOC# 123078) was involved in staff battery that took place on ... numerous staff batteries that took place on 06/24/2021. Based on the Resident's actions, and the breach of security that the Resident has caused. It is being recommended that the Resident be placed in Administrative Segregation on OSR status at this time. This placement is necessary for the safety, and security of the El Dorado Correctional Facility. | ASR | File |
| 11/29/21 | DR for assault on staff | OMIS | File |
| 11/30/21 | DR for being in possession of a homemade weapon | OMIS | File |

### SUMMARY OF CURRENT BEHAVIOR:

| Date | Summary | Location |
|---|---|---|
| 9/8/21 | Offender chose to attend RHRB | EDCF B |
| 10/6/21 | Offender choose not to attend RHRB | EDCF B |
| 11/3/21 | Offender chose to attend RHRB | EDCF B |
| 12/1/21 | Offender chose to attend RHRB | EDCF B |
| 1/12/22 | Offender choose not to attend RHRB | EDCF B |
| 2/9/22 | Offender chose to attend RHRB | EDCF B |

**INMATE'S COMMENTS:** How long am I looking at in RHU?

| Return to General Population? | Transfer to other facility? | Programs recommended? | Change in status? |
|---|---|---|---|
| Yes ☐ No ☒ | Yes ☐ No ☒ | Yes ☐ No ☒ | Yes ☐ No ☒ |

**REASONS FOR RECOMMENDATIONS:** Retain due to placement Facts. No changes. Offender has a poor DR history, and DR's that are violent in nature. Multiple recent DR's for battery on staff. Offender is argumentative, and has a problem with authority. Offender likes to challenge rules and policy's. Recent DR for being in possession of a homemade stabbing device. DR on 11/29/21 for attempting to batter medical staff. Continued placement in RHU is necessary for the safety and security of the facility.

| BHP Wark | CSIII Fuoss | UTM Hoepner |
|---|---|---|
| Clinical Staff (Retain ☒ Release ☐) | Security Staff (Retain ☒ Release ☐) | Classification Staff (Retain ☒ Release ☐) |
| Comments: Placement Facts | Comments: Placement Facts | Comments: Placement Facts |

### PMC REVIEW/SIGNATURES

| PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) |
|---|---|---|
| Comments: Work w/ staff run Team in positive manner | Comments: LTS Referral | Comments: |

### DEPUTY SECRETARY REVIEW

Deputy Secretary, Facility Management    Retain ☐    Release ☐    Date _____

Date _____
Copy Received by Inmate;