Page 1 of 1, Attachment A, I.  12-101A
Effective 07-01-22

# DAILY RESTRICTIVE HOUSING REPORT

NAME: Erwin, Christopher          NUMBER: 152

HOUSING UNIT: B1          CELL: 152

REASON FOR PLACEMENT:          Disciplinary R.H.: ☐

STARTING DATE: 1/1/23
ENDING DATE: 1/6/23

Administrative R.H.: ☐
Long Term ☐     Short Term ☐

| Day | Shift | Mental and Physical | Conduct | Meals | Daily Activities | Initial |
|-----|-------|---------------------|---------|-------|------------------|---------|
| SUN | 1st | Good ☑ Poor ☐ | Good ☑ Poor ☐ | B Y☑ N☐ | Shower: Y☑ N☐   Refused ☐ | |
| | 2nd | Good ☑ Poor ☐ | Good ☑ Poor ☑ | L Y☐ N☐ | Exercise: Y☐ N☐   R☐ Times: | |
| | 3rd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | D Y☑ N☐ | Clothes: Y☑ N☐   Shave offered: ☑ | |
| MON | 1st | Good ☑ Poor ☐ | Good ☑ Poor ☐ | B Y☑ N☐ | Shower: Y☐ N☑   Refused ☐ | |
| | 2nd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | L Y☑ N☐ | Exercise: Y☐ N☑   R☐ Times: | |
| | 3rd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | D Y☑ N☐ | Clothes: Y☐ N☑   Shave offered: ☐ | |
| TUES | 1st | Good ☑ Poor ☐ | Good ☑ Poor ☐ | B Y☑ N☐ | Shower: Y☑ N☐   Refused ☐ | |
| | 2nd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | L Y☑ N☐ | Exercise: Y☐ N☑   R☐ Times: | |
| | 3rd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | D Y☑ N☐ | Clothes: Y☐ N☑   Shave offered: ☐ | |
| WED | 1st | Good ☑ Poor ☐ | Good ☑ Poor ☐ | B Y☑ N☐ | Shower: Y☑ N☐   Refused ☐ | |
| | 2nd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | L Y☑ N☐ | Exercise: Y☐ N☑   R☐ Times: | |
| | 3rd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | D Y☑ N☐ | Clothes: Y☑ N☐   Shave offered: ☑ | |
| THURS | 1st | Good ☑ Poor ☐ | Good ☑ Poor ☐ | B Y☑ N☐ | Shower: Y☑ N☐   Refused ☐ | |
| | 2nd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | L Y☑ N☐ | Exercise: Y☐ N☑   R☐ Times: | |
| | 3rd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | D Y☑ N☐ | Clothes: Y☐ N☑   Shave offered: ☐ | |
| FRI | 1st | Good ☑ Poor ☐ | Good ☑ Poor ☐ | B Y☑ N☐ | Shower: Y☑ N☐   Refused ☐ | |
| | 2nd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | L Y☑ N☐ | Exercise: Y☐ N☑   R☐ Times: | |
| | 3rd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | D Y☑ N☐ | Clothes: Y☑ N☐   Shave offered: ☑ | |
| SAT | 1st | Good ☑ Poor ☐ | Good ☑ Poor ☐ | B Y☑ N☐ | Shower: Y☑ N☐   Refused ☐ | |
| | 2nd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | L Y☑ N☐ | Exercise: Y☐ N☑   R☐ Times: | |
| | 3rd | Good ☑ Poor ☐ | Good ☑ Poor ☐ | D Y☑ N☐ | Clothes: Y☐ N☑   Shave offered: ☐ | |

Additional comments as to the residents' behavior and/or physical condition:

Tool foot Pass hostage
Syringe

Seen by RH Review Board: Date _____   Initial: _____

- An Administrative Restrictive Housing Report will be completed by the shift on duty when a resident is placed in Admin. Restrictive Housing.
- Long Term RHU requires three hours of out of cell time per day. Short Term RHU requires one hour of out of cell time per day.