IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER ADAM ERWIN,
        Plaintiff

v.                                                Case no. 22-3170-JWL

JEFF ZMUDA, *et al.*,
        Defendants.

## DECLARATION OF BRIAN M. BUCHHOLZ

I, Brian M. Buchholz, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter, based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment:

1) I have been employed with the Kansas Department of Corrections since December 19, 2001 and have been a Unit Team Supervisor (UTS) since September 10, 2017. I have been the UTS for B1 Cell House since March 15, 2021 at the El Dorado Correctional Facility (EDCF).

2) One requirement for the position of a UTS, among other things, is to have ongoing proactive communications and interaction with residents that are designed to apply cognitive programming to disrupt, rather than reinforce, antisocial behavior and inappropriate reactions to situations. This position generally handles more difficult cases and may be required to cover the unit in the absence of the Unit Team Manager.

3) Plaintiff has been in the custody of the Kansas Department of Corrections since November 13, 2019. Since time of incarceration, Plaintiff has been housed in B1 Cellhouse at EDFC from:

      a. July 6, 2021 – February 13, 2022

      b. October 12, 2022 – Current

4) In B Cell House daily mealtimes are as follows:

      a. Breakfast    3:50 a.m.

      b. Lunch        10:00 a.m.

      c. Dinner       3:30 p.m.

5) Should a resident require insulin/Accu-Cheks, an EDCF officer will escort Centurion medical staff to ensure the medication cart the remains out of reach of the specific resident and to protect medical staff at all times. Common practice is for medical staff to dispense insulin approximately ten to thirty minutes prior to mealtime.

6) Ice Pass is conducted during the morning hours, staffing permitting. An ice pass announcement is be made by control and if the Resident wants ice, they will be up at their door with the light on when the staff goes by. If they are not, they will not receive ice.

7) If a resident does not possess a cooler, they may request a clear plastic Tupperware container with a lid to store ice in.

8) Staff has reported to me that Plaintiff does not generally take ice when offered.

9) On February 22, 2022, I received a Form 9 from Plaintiff which contained a lists of staff members by name that he will try to kill. Part 1 of 2 of the Form 9 contains a "Kill List" and Part 2 of 2 contains "Good Nurses." On February 23, 2022, I wrote a Disciplinary Report (22-02-263) charging Plaintiff with 44-12-306 Threatening and Intimidation. Plaintiff was transferred to Lansing Correctional Facility where a hearing was held on March 3, 2022 and Plaintiff was found guilty.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of June, 2023.

/s/ Brian M. Buchholz
Brian M. Buchholz, UTS
El Dorado Correctional Facility

Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

 NO

EDCF
(FACILITY)

| Case No. 22-02-263 | Date of Alleged Violation: 2/22/2022 | Time: 1500 | A.M. / P.M. |
| --- | --- | --- | --- |
| Date This Report Written: 2/23/2022 | | Time: 0720 | A.M. / P.M. |

Name of Inmate: Erwin    Christopher        No. 123078  Cell No: B2-131
                LAST      FIRST       MI

Duty Assignment: OSR

**Alleged Violation of Law or Rule** (Identify by Code No., Short Title, and Class) 44-12-306 Threatening and Intimidation

FACTS: On Tuesday February 22, 2022, I received a Form-9 via my Unit Team In box from Resident Erwin, Christopher #123078. In the Form-9 Erwin describes incident that he feels has not been address properly. He lists four staff members by name that he will try to kill. The following staff members were listed: CSI Chastain, COI Barker, Corizon Tittsworth, Corizon Myers, Corizon Moses, and FSS Hay. He extended his threat to all Aramark employees as well. I am charging Erwin, Christopher #123078 with 44-12-306 Threatening and Intimidation a Class 1 Violation due to the treats he has made. Attached is the Form-9 as evidence.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:

_____
(Signature)

UTS B. Buchholz
Printed Name and Title of Employee Writing Report

Approved by: _____
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 2-23-2022            Signature _____

I received a copy of this report on 022422 , 0931 , _____
                                    (Date)    (Time)     (Inmate Signature & No)
I served a copy of this report   022422,  0931  , _____
                                 (Date)    (Time)     (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuant to K.A.R. 44-13-707. Harmless error; Plain error.

\* I am going to kill CSI Chastain and CO Barker next time I get a chance. Also any/all Aramark FSS's, especially AFSD Julie Hay

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team - Buchholtz       Date: 2/22/22
(Name and Title of Officer or Department)

_____
Unit Team Member Signature                To be retained by Inmate

XXX  \* Kill List: I absolutely am not fucking around.

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Needless to say all Aramark FSS's are on my hit list too!

X  Ervin
Last Name Only

Part 1 of 2

**KANSAS DEPARTMENT OF CORRECTIONS**

123978
Number

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team - Buchholtz    Date: 2/22/22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

At Breakfast Aramark sent a 1800 styro that flipped over. CSI Chastain ordered a new one immediately. However, over an hour went by before I got my tray, and nearly 1.5 hrs went by after I had got insulin. My Humalog (Lispro) is a rapid acting insulin that lowers blood sugars starting in 15 mins after injection. My blood sugar was 296, which is

Work Assignment: high. That bought me   Living Unit Assignment: B2-181
Comment: some time, but I felt   Unit Team Members Signature: _____
low (dizzy, hands started to shake, and beginning cold sweat)
Disposition: I called CO Barker on Emergency call button and asked for an "Accu check because my b.s. was dropping fast. It's been at least an hour since I insulin and Aramark still hasn't brought me my food!" She said she'd let

To: Chastain know. I said, "he knows but isn't doing much
(Name & Number)                                   Date:
effective to get my tray. I need you to call the nurse for an
Disposition: Accucheck. I am not playing around." She ignored me. I hollered at Chastain again, politely, and asked "Hey Chastain what's up w/ my tray?" I said that twice. He would not answer. He looked right at me and turned around as he sat at the desk ignoring me. The other male CO tried

Employee's Signature to convince Chastain to   To be returned to inmate.
P-0009b   expedite my meal but he wouldn't. At least 3 →

*Kill List Continued Part 2 of 2   1) Nurse Tittsworth
2) Nurse Myers
3) Nurse Moses

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team - Buchholtz    Date: 2/22/22
(Name and Title of Officer or Department)

Unit Team Member Signature                    To be retained by Inmate

X                                              X

*Kill List Continued                          Part 2 of 2
Form 9                                         Erwin
For Cellhouse Transfer                         Last Name Only
Work Assignment  * 1) Nurse Tittsworth    I will not
Interview Requests  2) Nurse Myers        harm any other
                    3) Nurse Moses        nurses btw   123278
                                                        Number
KANSAS DEPARTMENT OF CORRECTIONS
**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team - Buchholtz    Date: 2/22/22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I will kill all 3 Nurses listed above if they come down here to give me insulin. Why? All 3 have denied me insulin and caused me major blood sugar scares. I grieved all incidents. UTS Reeves, UTM Freeover, Warden Butt, Acting Warden Williams, CM Libby Krogh, CM Darite (Holthaus), and Sec. of Corrections Zmuda all refused to do anything

Work Assignment: A.M. D.O.N.   Living Unit Assignment: B2-131

Comment: Chapman refused. Unit Team Members Signature:
D.O.N. Mendoza said to me, "Erwin I got to pick and
Disposition: choose who does your insulin" in a Form 9. I sent about it a couple months ago.
Nurse Tittsworth A) Denied me insulin on 11/29/21 at H.S. Disciplinary #10 Webster confirmed I posed no security threat and Tittsworth lied about me trying to grab her.

To: _____    Date: _____
(Name & Number)

B) She denied me insulin again @ Breakfast on 11/30/21. My blood sugar was 471 @ 11am on 11/30/21. I thought I was going to go into a coma. N. insulin in my system since dinner on 11/29/21!

Employee's Signature                    To be returned to inmate.
P-0009b

\* Good Nurses

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team - Buchholtz   Date: 2/22/22
(Name and Title of Officer or Department)

Unit Team Member Signature          To be retained by Inmate

---

\* Good Nurses

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Erwin
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

123078
Number

**INMATE REQUEST TO STAFF MEMBER**

To: Unit Team - Buchholtz   Date: 2/22/22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

These nurses are awesome, never denied me in with, and always treated me fairly and w/ respect. Figured I'd name them just to reiterate the fact I don't hate all nurses. 1) Nurse Caine 2) Nurse Graham 3) Nurse Moore 4) Nurse Wolfe 5) Nurse Gomez 6) Nurse Keefe 7) Nurse Beattie 8) Nurse Schroder (no longer here) 9) Nurse Wayne (no longer here).

Work Assignment: 10) Nurse Cooper   Living Unit Assignment: B2-131
Comment: 11) Nurse Ladwig   Unit Team Members Signature: _____
12) EMT Leggt 13) EMT Stout 14) Med Pass nurse Rockwell
Disposition: 15) Med Pass Nurse (short meat-lady, unsure her name w/ dyed red hair) 16) Asst. Director of Nursing Vaughan.

Nurses who have done me wrong but I don't hate.

To: _____   Date: _____
(Name & Number)

1) Nurse Hunter 2) Nurse Henson 3) Nurse Harbes

Disposition: _____

Employee's Signature          To be returned to inmate.
P-0009b