IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER ADAM ERWIN, )
)
      Plaintiff, )
)
v. ) Case. No. 22-3170-JWL
)
JEFF ZMUDA, *et al.*, )
)
      Defendants. )
)

## DECLARATION OF ROBERT STEVENS

I, Robert Stevens, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. My name is Robert Stevens, and I am the Food Service Director for Aramark Correctional Services ("Aramark") at El Dorado Correctional Facility (EDCF) in El Dorado, Kansas. Aramark is the Kansas Department of Corrections contracted food service provider. As the Food Service Director my job duties include developing and executing dining solutions along with overseeing and managing the correctional facility's dining operations.

2. I have been employed in the above capacity since October 1, 2021. I have been employed with Aramark since February 2015.

3. Aramark provides food service for specialized religious and medical meals in accordance with its Kansas DOC Medical Nutrition Therapy & Religious Meals Manual, Revised 10/2019 ("Manual").

4. The Manual contains a section on Diabetic/Calorie Controlled Diets on pages 25-29.

5. Diabetic/Calorie Controlled Diets are prescribed by KDOC's medical contractor, Centurion. I, nor Aramark, have any involvement in medical care or prescribing medical diets. Aramark simply serves a resident a medical diet when one is medically ordered.

6. "Snack sacks" or "evening/PM snacks" are provided to residents who are on diabetic diets to maintain blood sugar levels between dinner and breakfast. The nutritional content of the "evening/PM snacks" are described in the Manual on page 27. "Snack sacks" are designed to be consumed between meals, they are not designed to be shelf stable. "Snack sacks" are provided to prescribed residents at dinner.

7. Dinner service period for EDCF B Cell House starts around 3:30 p.m. and breakfast starts around 3:50 a.m.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June __06__, 2023.

_[signature]_
Robert Stevens, Food Service Director
Aramark Correctional Services