IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER ADAM ERWIN,          )
                                 )
        Plaintiff,               )
                                 )
        v.                       )          Case. No. 22-3170-JWL
                                 )
JEFF ZMUDA, *et al.*,            )
                                 )
        Defendants.              )
                                 )

## DECLARATION OF SHALA SICARD

Comes now, Shala Sicard, and declares under the penalty of perjury as follows:

1.  My name is Shala Sicard. I am of lawful age to make this declaration and have
    personal knowledges of the matters stated below.

2.  I am the Contracted Services Manager for Kansas Department of Corrections
    ("KDOC") and have been so employed since 2022.

3.  My duties include reviewing each approved menu, monitoring compliance with
    contract requirements, preparing and processing contract amendments, and
    conducting food service operation inspections. I do not make policy decision for
    the KDOC. In my capacity as Contracted Services Manager, I maintain business
    records relating to the Aramark contract, correspondence with Aramark, my
    inspection materials and documents regarding KDOC's contracted dietician.
    Individual facility records regarding food service operations at KDOC's facilities,
    including cooking temperature, weekly inspections, policies, procedures, and

documents used by KDOC related to food service operations are maintained at each individual facility.  To my knowledge, these records were made at or near the times by KDOC, by someone with knowledge, the records being kept in the course of a regularly conducted activity of a business, and making the record was a regular practice of KDOC's business.

4.  I am familiar with Aramark Correctional Services ("Aramark"), which, in 1997 was awarded the contract with the exclusive right to provide food services in all KDOC facilities.   Aramark provides food service for specialized religious and medical meals in accordance with its Kansas DOC Medical Nutrition Therapy & Religious Meals Manual, Revised 10/2019.

5.  The Manual contains a section on Diabetic/Calorie Controlled Diet on pages 25-29.   The Manual Cover, Table of Contents and Diabetic/Calorie Controlled Diet are attached as Exhibit 1.

6.  Page 26 of the manual contains Food Lists for Diabetics and includes meal carbohydrate information.

7.  Page 27 includes Evening/PM Snack information and Additional Considerations that may contribute to blood glucose levels.

8.  Page 28 provides Nutrient Summary for Diabetic Menu Patterns that include carbohydrate grams for use in calculating appropriate dose and timing of medication.

9.  I conduct biannual inspections of the food service operations performed by Aramark at KDOC facilities.  I also perform or conduct additional inspections at KDOC facilities as

the need arises.  These inspections seldom show any violations by Aramark or its staff of CRD policies and procedures.   As part of its contract, Aramark is required to comply with KDOC's Internal Management Policy and Procedures ("IMPP") including IMPP 10-106D, Standardized Menu, Ensuring Nutritional Adequacy of Diets, and Meal Service Schedules and IMPP 10-119D, Medical and Religious Diets and Vegetarian Alternative Diets, which are attached as Exhibit 2.

10. The last inspection was conducted on February 7, 2023.

11. If violations are found during my inspections, I bring them to the attention of Aramark.

Pursuant to 28 U.S.C Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June  7 *th* , 2023.

Shala Sicard



| ARAMARK CORRECTIONAL SERVICES |
| :---: |
| **Kansas DOC Medical Nutrition Therapy & Religious Meals Manual** |
| Revised 10/2019 |

1

EXHIBIT 1

# Contents

AUTHORIZATION FORMS........................................... 5

HIPAA.......................................................... 7
    OVERVIEW .................................................. 7
    PROCEDURES ................................................ 7
    COMPLIANCE ................................................ 8
    DIET TRAY IDENTIFICATION SYSTEM ........................... 9

POLICIES & PROCEDURES......................................... 10
    ARAMARK DIETITIANS ....................................... 10
    STANDARD DIET PROCEDURES ................................. 11
    ARAMARK MANAGEMENT RESPONSIBILITIES ...................... 15
    MENU OVERVIEW ............................................ 17
        REGULAR MENU ......................................... 17
        DIET MEAL PATTERNS ................................... 17
        NUTRITIONAL ADEQUACY OF DIETS ........................ 18
        SUMMARY OF STANDARD DIETS ............................ 19

MEDICAL DIETS................................................. 22
    CARDIAC DIET ............................................. 23
    DIABETIC/CALORIE CONTROLLED DIET ......................... 25
        NUTRIENT SUMMARY FOR DIABETIC MENU PATTERNS ........... 28
    PREGNANCY DIET ........................................... 30
    HIGH PROTEIN / HIGH CALORIE DIET ......................... 33
    HIGH FIBER DIET .......................................... 34
    MILK INTOLERANCE DIET .................................... 36
    DENTAL SOFT DIET ......................................... 38
    AGE SPECIFIC DIETS: ...................................... 39
    AGING ADULTS (OVER 50 YEARS OF AGE) ...................... 39
    SEVERE FOOD ALLERGY DIETS ................................ 40
    GI (Gastro-Intestinal) SOFT DIET ......................... 43
    RENAL PRE-DIALYSIS (Restricted Protein) DIET ............. 45
    CLEAR LIQUID DIET ........................................ 48
    FULL LIQUID (BROKEN JAW) DIET ............................ 49

FINGER FOODS DIET ......................................... 51
GLUTEN RESTRICTED DIET .................................... 52
MANAGEMENT MEAL ........................................... 54
HOSPICE MENU .............................................. 55

RELIGIOUS MEALS............................................ 58
 VEGAN (Total Vegetarian) RELIGIOUS DIET .................. 59
 RAMADAN RELIGIOUS DIET ................................... 60
 PASSOVER ................................................. 61
 MEDICAL & RELIGIOUS DIET COMBINATION MATRIX .............. 62

RECIPES & SPECIAL PURCHASES................................ 63
 PRIMA WEB RECIPES ........................................ 63
 SPECIAL PURCHASES ........................................ 65

MEDICAL DIET ORDER FORM.................................... 66
 FACILITY SPECIFIC DIET ORDER PROCEDURES .................. 67

APPENDIX - RECIPES........................................ 68

APPENDIX - DIET PATTERNS.................................. 69

© 2017 Aramark.  All rights reserved.  Contains confidential and proprietary information of Aramark.  The data/policies/procedures contained herein shall not be disclosed, duplicated, used in whole or in part for any purpose other than as a reference during the Aramark Correctional Services contract period.  May not be copied or otherwise used without prior written authorization of Aramark.  Failure to obtain authorization or misuse may result in criminal and/or civil penalties. Aramark and Starperson Design are ®.

# DIABETIC/CALORIE CONTROLLED DIET

<u>Purpose/Indication:</u>  To maintain or achieve ideal body weight with consistency in calorie, protein, carbohydrate, and fat levels for each meal based upon diabetic exchanges.

**For Residents:**

1.  With Type 1 (Insulin Dependent) diabetes mellitus or Type 2 (Non-insulin Dependent) diabetes requiring strict blood sugar control

2.  Who are highly self-motivated and extremely obese

<u>Nutritional Description:</u>  Approximately 50-60% carbohydrates, 15-20% protein, and 25-35% fat. Sodium level is below 3000 milligrams, if individual does not add salt (salt is not offered as a part of these calorie controlled diets).  Limited in trans fat.

The 1800 calorie diabetic/calorie controlled diet may be low in Vitamin A and supplementation is recommended. For women Iron may not be at 100% of the DRI therefore supplementation is recommended. Iron is adequate for men.

*Patterns incorporating a cold breakfast, lunch and/or dinner meal may be higher in sodium and/or calorie content.*

<u>Restrictions/Modifications:</u>  Refer to menu pattern provided on the diet sheets

25

## DIABETIC/CALORIE CONTROLLED DIET (Continued)

### FOOD LISTS FOR DIABETES

Meals are planned using four different categories or groups of foods. Foods within each group are similar in calorie, protein, carbohydrate, and fat level. This similarity allows meals to be patterned by specified numbers of standard portions for each food group. The pattern is defined into actual menu items by *exchanging* the similar food items within each food group for each meal.

The four groups include:   Carbohydrates        Proteins
                           Fats                  Alcohol

### ONE (1) CHOICE = ONE (1) STANDARD PORTION

**The Diabetic/Calorie Controlled Diet offers a specified amount of syrup on the diet plans when on regular menu. *1 Tablespoon or ½ oz of regular pancake syrup is counted as 1 choice (15 grams of carbohydrate)*

### FOOD LIST FOR DIABETES

(Revised 2014, American Diabetic Association and the American Dietetic Association)

| Food List | Carbohydrates (grams) | Protein (grams) | Fat (grams) | Calories |
|---|---|---|---|---|
| **Carbohydrates** | | | | |
| Starch: breads, cereals and grains, starchy vegetables, crackers, snacks and beans, peas and lentils | 15 | 3 | 1 | 80 |
| Fruits | 15 | --- | --- | 60 |
| Milk | | | | |
|    Fat-free, low-fat, 1% | 12 | 8 | 0-3 | 100 |
|    Reduced-fat, 2% | 12 | 8 | 5 | 120 |
|    Whole | 12 | 8 | 8 | 160 |
| Sweets, Desserts, and Other Carbohydrates | 15 | varies | varies | varies |
| Nonstarchy Vegetables | 5 | 2 | --- | 25 |
| **Proteins** | | | | |
| Lean | --- | 7 | 2 | 45 |
| Medium-fat | --- | 7 | 5 | 75 |
| High-fat | --- | 7 | 8 | 100 |
| Plant-based proteins | varies | 7 | varies | varies |
| **Fats** | --- | --- | 5 | 45 |
| **Alcohol** | varies | --- | --- | 100 |

\* Protein calculations used in diabetic patterns are based on choices and a composite of our specific products

26

## DIABETIC/CALORIE CONTROLLED DIET (Continued)

The Diabetic/Calorie Controlled Diet is offered at four calorie levels, 1800, 2200, 2500 and 2800 calories, and includes three meals and the evening snack.  The evening snack for all calorie levels consists of:

| Evening/PM Snack | |
| --- | --- |
| Meat/meat alternate* | 2 ounces |
| Bread | 2 slices |
| Fruit | 1 serving |

* 2 oz meat/meat alternate = 2 oz Turkey, 2 hardcooked eggs or 2 oz of peanut butter
*(Peanut butter contains 6 grams of carbohydrate per 1 oz)*

## Additional Considerations

Blood glucose control
The diet provided is not the only factor that can contribute to blood glucose levels. Other factors include medication amounts/ timing, exercise, and foods provided through sharing, commissary, Fresh Favorites, etc.

Suggestions for reducing blood glucose levels are:
- ordering a lower calorie level
- restricting the individual from commissary purchases or closely monitoring their purchases
- monitoring food intake to avoid food sharing/swapping

Snack Consideration
The 1800, 2200, 2500 and 2800 calorie diabetic patterns are based on 3 meals and an evening/PM snack. *If the snack is not served, calories and carbohydrate distributions change.*

Artificial Sweeteners/Sugar Substitutes in diabetic individuals who are pregnant
A combined pregnancy/diabetic diet would require a special pattern from the dietitian. The use of FDA approved sweeteners during pregnancy is allowed with the exception of saccharin. As sugar substitute may be on the menu and <u>may</u> be saccharin, non-nutritive sweeteners (saccharin, aspartame or NutraSweet, Splenda, etc.) should not be served on pregnancy diets.  Bulk fruit drink contains saccharin and should not be served to pregnant females. Foods/beverages containing saccharin may be purchased through commissary and Fresh Favorites. Recommend monitoring intake and possibly restricting food purchases.

## NUTRIENT SUMMARY FOR DIABETIC MENU PATTERNS

**1800 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|---|---|
| Breakfast | 55-60 |
| Lunch | 55-65 |
| Dinner | 60-75 |
| Snack | 45-60 |
| Totals: | 215-260 |

**2200 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|---|---|
| Breakfast | 80-85 |
| Lunch | 85-100 |
| Dinner | 85-100 |
| Snack | 45-60 |
| Totals: | 295-345 |

**2500 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|---|---|
| Breakfast | 95-100 |
| Lunch | 90-105 |
| Dinner | 90-105 |
| Snack | 45-60 |
| Totals: | 320-370 |

**2800 Diabetic Meal Pattern (3 hot meals)**

| Meal: | Carbohydrates (grams) |
|---|---|
| Breakfast | 110-120 |
| Lunch | 110-125 |
| Dinner | 110-125 |
| Snack | 45-60 |
| Totals: | 375-430 |

Note: Physicians, medical practitioners and insulin-dependent diabetics can utilize the carbohydrate grams in order to calculate appropriate dosage and timing of medication.

Most meals will fall within the ranges above though there may be a few exceptions as the regular menu is used as a base

# References – Diabetic/Calorie Controlled Diet

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 1: Nutrition Prescription. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lvl=5517&lv2=18399&ncm_toc_id=18399&ncm_heading =Nutrition%20Care. Accessed October 6, 2014

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 2: Nutrition Prescription. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lvl=5517&lv2=18469&ncm_toc_id=18469&ncm_heading =Nutrition%20Care. Accessed October 6, 2014

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 1: Meal Planning. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lvl=5517&lv2=18399&ncm_toc_id=18399&ncm_heading =Nutrition%20Care. Accessed October 6, 2014

The Academy of Nutrition and Dietetics. Nutrition Care Manual®. Diabetes Mellitus Type 2: Meal Planning. https://www.nutritioncaremanual.org/topic.cfm?ncm_category_id=1&lvl=5517&lv2=18469&ncm_toc_id=18469&ncm_heading =Nutrition%20Care. Accessed October 6, 2014

Executive Summary: Standards of Medical Care in Diabetes-2010. *Diabetes care*, Vol. 33 Suppl 1 (January 2010). http://care.diabetesjournals.org/content/33/Supplement_1/S4.full.pdf+html. Accessed July, 26 2010.
Diabetes Management in Correctional Institutions-2009. *Diabetes care*, Vol. 32 Suppl 1 (January 2010).
http://care.diabetesjournals.org/content/32/Supplement_1/S73.full.pdf+html. Accessed July, 26 2010.

*Choose Your Foods: Exchange Lists for Diabetes*, 2014: Description and Guidelines for Use. American Diabetic Association and the American Dietetic Association. Madelyn L. Wheeler, MS, RD, FADA, Anne Daly, MS, RD, Alison Evert, MS, RD, Marion J. Franz, MS, RD, Patti Geil, MS, RD, FADA, Lea Ann Holzmeister, RD, Karmeen Kulkarni, MS, RD, Emily Loghmani, MS, RD, Tami A. Ross, RD, Pamela Woolf. June 2014

"Reproduction of the Exchange Lists in whole or part, without permission of The American Dietetic Association or the American Diabetes Association, Inc. is a violation of federal law. This material has been modified from *Choose Your Foods: Exchange Lists for Diabetes*, which is the basis of a meal planning system designed by a committee of the American Diabetes Association and The American Dietetic Association. While designed primarily for people with diabetes and others who must follow special diets, the Exchange Lists are based on principles of good nutrition that apply to everyone. Copyright © 2014 by the American Diabetes Association and The American Dietetic Association."

The Academy of Nutrition and Dietetics.  Position of the American Dietetic Association and American Society for Nutrition Joint Position: Obesity, reproduction, and pregnancy outcomes. *J Am Diet Assoc.* 2009;109:918-927

# KANSAS DEPARTMENT OF CORRECTIONS

| | **I**NTERNAL **M**ANAGEMENT **P**OLICY AND **P**ROCEDURE | **SECTION NUMBER** 10-106D | **PAGE NUMBER** 1 of 7 |
|---|---|---|---|
| Kansas Department of Corrections | | **SUBJECT:** PROGRAM AND SERVICES:  Standardized Menu, Ensuring Nutritional Adequacy of Diets, and Meal Service Schedules | |
| **Approved By:** | | **Original Date Issued:**             09-29-15 | |
| | | **Replaces Version Issued:**                    N/A | |
| **Secretary of Corrections** | | **CURRENT VERSION EFFECTIVE:**        09-29-15 | |

| **APPLICABILITY:** | _ ADULT Operations Only | _ JUVENILE Operations Only | X DEPARTMENT-WIDE |
|---|---|---|---|

## POLICY STATEMENT

All departmental food service operations shall follow a standardized menu that shall:

**ADULT:**  Incorporate the MyPlate guidelines published by the United States Department of Agriculture and be in compliance with recommended dietary allowances published by the National Academy of Sciences for adult men and women. (NCCHC P-46)

**JUVENILE:**  Be in compliance with the standards of the Kansas Department of Education, School Food Service Program for Residential facilities, and dietary standards established by the American Correctional Association. Nutrition programs for the offenders shall include the Federal school breakfast program, national school lunch program, and after school care snack program.

Food shall not be withheld from offenders as a disciplinary sanction. (ACA 4-4320; 4-JCF-3B-05)

## DEFINITIONS

Alternative Meal Service:  Food or food ware served with consideration made for health and safety, i.e., food items free of bones or other potentially harmful objects, and meals not requiring utensils, such as finger foods or meat/meal loaf.

Crisis Level Placement:  An offender who, based upon a report and recommendation of a behavioral health practitioner, is housed in Restrictive Housing for purposes of monitoring/observing behavior and actions to prevent self-injury or harm.

Contract Monitor: The staff member designated by the Deputy Secretary of Facilities Management to monitor the quality and quantity of food service contract delivery, provide input with regard to the development of modified diets, and to facilitate decisions and coordinate standardized departmental food service management.

Departmental Clinical Health Authority:  The physician Medical Director (Regional Medical Director) of the agency or organization responsible for the provision of health care services for the KDOC.  This position has full clinical autonomy and responsibility for clinical health care issues within the KDOC.

Director of Health Care Services:  Acts as the administrative health authority for the Department.  This position manages health care systems, directs the health care services model, and has final approval on all policies and procedures in the health care system.

EXHIBIT 2

Facility Administrative Health Authority:  The Health Services Administrator responsible for the provision of health care services at a facility.  The Facility Health Authority works under the direction of the Departmental Clinical Health Authority and the Regional Vice President or designee administratively.

Facility Clinical Health Authority:  The site physician Medical Director responsible to the Departmental Clinical Health Authority for all clinical matters and to the Health Services Administrator for all administrative matters.

Health Care Practitioner:  A person who has met the requirements of and is engaged in the practice of medicine, dentistry, or nursing.

Individualized Diet:  An adaptation of the medical or religious-type modified diet prescribed to meet specific needs, which are not addressed by the standardized modified diet.

Modified Diets:  Diets most commonly prescribed to meet offenders' medical, dental, therapeutic or religious needs, developed from written instructions provided by the treating physician, dentist, Health Services Administrator, and/or Chaplain and which conform as closely as possible to the standardized menu.  More specific modified diets are prescribed as individualized diets.

Registered Licensed Dietician:  A person registered by the American Dietetic Association or who has the documented equivalent in education, training, or experience, with evidence of relevant continuing education, and who is licensed by the State of Kansas to practice dietetics.

Standardized Menu:  A listing of the dishes to be served at all KDOC facilities for a particular meal, on a particular day; the same meal items, quantity and quality, served to offenders and to staff, and official visitors who purchase meals.

## PROCEDURES

I.      **Contract Staff and Responsibilities**

      A.      The contractor staff shall be responsible for the following:

            1.      Planning and developing a standardized menu. (ACA 4-4328; 4-JCF-4A-08)

                  a.      The finalized menu shall be reviewed and approved by the Deputy Secretary of Facilities Management, with input from the contract monitor and Department's contracted, registered-licensed dietitian.

            2.      The Food Service Contractor shall also:

                  a.      Ensure, via a quarterly review, that the established basic servings per menu at the contracting facility meet required dietary allowances;

                      (1)      To facilitate evaluations, the KDOC Meal Evaluation Form (Attachment A) may be used by appropriate staff.

                  b.      Poll offender preferences and acceptance of menu items on an annual basis, and report findings as guidance for the revision of the standardized menu;

                  c.      Document substitutions and modifications to the menu, and request approval for any permanent changes; and,

                  d.      Provide drafts of any generated standardized menus to appropriate Departmental staff for review, comments and approval.

II.     **Provisions Ensuring Nutritional Adequacy and Variety in the Menu**

      A.      The menu shall be developed by the contractor in conjunction with the Department's contract monitor, and the Department's contracted registered-licensed dietician (ACA 4-4317; 4-JCF-4A-

04) to provide food service to offenders within the care and custody of the Secretary of Corrections, shall be subject to approval by the Secretary or designee.

    1.    Facilities provided meal service by other governmental agencies shall be exempt from adherence to the KDOC standardized menu but shall require documentation that the menu utilized meets the requirements of this policy.

B.    Menus shall be developed according to the following minimum dietary requirements:

    1.    **ADULT:**  The diets for offenders shall consist of not less than a weekly average of 2900 calories per day for men and a similarly computed average of 2200 calories per day for women.

        a.    **JUVENILE:**  The food service contractor or state agency shall provide well-balanced meals to include 3500 calories per day for all male and female offenders.

    2.    Notwithstanding the preceding provisions, offenders undergoing medical treatment may receive a diet of a higher or lower average caloric content based upon the prescriptive authority of their attending physician or other health care professional.

    3.    The daily menus supplied by contractor shall satisfy the current nutritional requirements for offenders as called for by:

        a.    **ADULT:** The National Academy of Sciences and

        b.    **JUVENILE:** The American Correctional Association.

C.    Menu planning and production shall employ standardized recipes provided by the contractor.

    1.    All food items shall be prepared in accordance with the stated ingredients of the recipes, with adjustments made for yields appropriate to the facility. (ACA 4-4317; 4-JCF-4A-04)

    2.    The planning and preparation of all meals shall take into consideration food flavor, texture, temperature, appearance, and palatability. (ACA 4-4317; 4-JCF-4A-04)

D.    In conjunction with the development of the cyclical menus (Fall/Winter menu and Spring/Summer menu) or whenever substantial changes in the menu are made, the Department's contracted registered dietician shall review the menu. Once the Department's contracted registered dietician verifies that the menu meets the nutritional requirements stipulated in the food service contract, the contracted registered dietician and the contract monitor will sign it certifying that those requirements have been met.

    1.    The finalized Religious Diet menu shall also be reviewed and approved by the contractor's religious authority, indicated by his/her signature on the menu.

    2.    Copies of all menus, including modified and individualized diets, shall be retained by the facilities for the contract monitor's review, along with documentation of deviations from the menu as served.

    3.    Facility food service supervisory staff shall conduct meal evaluations on a quarterly basis to verify the facility's adherence to the established basic daily servings. (ACA 4-4316; 4-JCF-4A-03)

**III.**    **Provisions Ensuring Nutritional Adequacy in Modified Diets**

A.    The standardized menu shall ensure basic nutritional requirements for all meals served to include provisions for alterations, substitutions and modifications for medical, dental, behavioral health, (NCCHC P-46) religious purposes (ACA 4-4319, 4-4327, 4-JCF-4A-04, 4-JCF-4A-07, ACI 3-

4299, 3-4300) and alternative meal service, which conform as closely as possible to the menu and ensure the nutritional adequacy of food items substituted for standard menu items.

1.  Instructions for modified diets shall provide for consideration of the most commonly prescribed modified diet for medical purposes or to address the most common religious dietary laws.

2.  Alternative meal service may be provided to an offender who uses food or food service equipment in a manner that is hazardous to self, staff or other offenders.

    a.  Alternative meal service shall be based on health and safety considerations only and shall be approved in writing by the warden/superintendent and Site Medical Director. (ACA 4-4320; 4-JCF-3B-05)

B.  Individualized diets may be written and prescribed by the treating physician and/or dentist, when the offender's specific need cannot be met by a standardized modified medical diet. (ACA 4-4318; 4-JCF-4A-06; NCCHC P-F-02, Y-F-02)

1.  All individualized diet prescriptions shall be specific and as complete and as simple as possible while adhering as closely as possible to the standardized modified menu.

2.  All individualized diet prescriptions shall be reviewed monthly.

## IV.  Identification and Tracking of Approved Modified Diets

A.  Facility personnel shall ensure that a list of names of offenders receiving a modified diet of any type shall be prepared by the Health Services Administrator or designee and Chaplain, as appropriate, consistent with IMPP 10-119D, and forwarded, within 24 hours, to the Food Service Manager and Chief of Security or designee.

1.  Crisis level placements shall receive alternative meal service in the form of finger food for the duration of their crisis level placement, but not to exceed seven (7) days.

    a.  Alternative meals for crisis level offenders shall meet basic nutritional requirements.

2.  The Health Care Practitioner shall be responsible for prescriptions for modified diets for health reasons.  The Health Services Administrator or designee shall maintain a current list of offenders authorized to receive such diets.

3.  The daily list of modified diets for medical prescriptions or religious needs shall include:

    a.  The name of the offender;

    b.  The type of modified diet prescribed; and,

    c.  A designation as to whether to add or to remove the offender's name to the list of modified diets.

4.  The food service manager shall refer to the list of modified diets to:

    a.  Adjust the amount of modified foods to serve and control food waste; and,

    b.  Aid in the identification of offenders placed on modified diets.

5.  The chief of security or designee shall refer to the list of modified diets to affix the appropriate color coded sticker to the offender's identification badge, per IMPP 12-131, indicating the type of diet the offender is approved to receive.

6.     Facility personnel shall provide for the removal of offenders' names from the list of modified diets.

    a.     The removal of offender names from the list of modified diets shall be effected within 24 hours of the determination of the Health Care Practitioner or the Chaplain.

    b.     See IMPP 10-119D for the refusal process for medical diets and procedures to remove offenders' names from the medical diet list.

7     Names of offenders receiving modified diets shall be forwarded within 24 hours by a copy of the list provided to the food manager and the chief of security or designee to facilitate an offender's visual badge identification of a modified diet prescription.

    a.     Offenders receiving medical diet prescriptions shall sign for them as they pass through the food line.

## V.  Preparation and Serving of Modified Diets

A.     Medical clinic staff shall be trained by the Site Medical Director as to the suggested prescription routine determining the use of each diet type and departmental policy and procedure surrounding medical diet prescriptions.

B.     Senior food service staff shall be trained in the provision of the medical diets by the contractor's Registered Dietician.

C.     Senior food service staff shall be trained by the contractor's Registered Dietician concerning the policy and procedure for provision of the standardized religious diet types.

D.     Chaplains shall be trained by the Secretary's designee for chaplaincy programs concerning the policy and procedure for provision of the standardized religious diet types.

## VI.  Provisions Ensuring Nutritional Adequacy for Restrictive Housing Offenders

A.     Restrictive Housing offenders shall receive the same menu items served to the general population and shall be served these items at a temperature similar to that served to the general population, unless an offender uses food or food service equipment (to include obstructing closure of the food pass), in a manner that is hazardous to the offender, staff or other offenders.

1.     Alternative meal service for a restrictive housing offender shall be on an individual, case-by-case basis and shall be based on health and safety considerations.

    a.     Such alternative meals shall be served in accordance with the General Orders of the facility.

    b.     Alternative meal service shall not exceed seven (7) consecutive days.

2.     Alternative meals for restrictive housing offenders shall meet basic nutritional requirements.

3.     Alternative meal service shall be approved in writing by the warden/superintendent and the Site Medical Director.

B.     Offenders who have obstructed closure of the food pass shall not receive meal service, including alternative meal service, until relinquishing control of the food pass and positioning themselves in a manner that does not endanger staff. Meal service, which may include alternative meal service, shall be initiated when delivery of the meal does not place staff in danger (i.e. offender has moved to the rear of the cell and is not holding any objects).

VII.   **Establishing Meal Schedules**

A.   The menu shall be established on a five (5)-week rotating cycle to provide for sufficient advance planning and preparation, consistent with applicable health, sanitation, and safety codes. (ACA 4-4317; 4-JCF-4A-04)

1.   Menus shall be reviewed every six (6) months, or whenever substantial changes in the menu are made by a registered dietician. (NCCHC P-F-02, Y-F-02; ACA 4-4316, 4-JCF-4A-03)

2.   Quarterly meal evaluations shall be conducted by the contracted food service supervisor, or staff to verify adherence to the established basic daily servings. (ACA 4-4316; 4-JCF-4A-03)

B.   Each facility shall establish routine meal service schedules consistent with the policy established by this IMPP.

1.   With the exception of variations for weekend or holiday service schedules approved by the Deputy Secretary of Facilities Management or Deputy Secretary of Juvenile Services, at least three (3) meals (including two [2] hot meals) shall be served at regular times during each 24-hour period, with no more than 14 hours between the evening meal and breakfast.

C.   Facilities shall be allowed to adopt and use a Standardized Brunch Menu if a variation is authorized by the Deputy Secretary of Facility Management and if:

1.   Staff can better manage the food service demands of the facility for weekends and holidays.

2.   Offender visiting hours for weekends and holidays can be better managed by adjusting the food service schedule.

3.   Weekend or holiday brunch meal schedules shall be arranged so that no more than eight (8) hours elapse between the brunch and the evening meal.

4.   The Standardized Brunch Menu is reviewed by the contractor's Registered Dietician to certify that it will meet all the nutritional requirements of three (3) regular meals.

VIII.   **Food Production Record Monitoring**

A.   The contractor shall maintain a food production record that shall be used as a daily addendum to the standardized menus and includes portion-sizing controls.

1.   The food production record shall be completed each day to record all substitutions, alterations, or changes made to the standardized menu.

2.   The food productions record shall be maintained to monitor the number of meals served and record information on leftover portions. (ACA 4-4315; 4-JCF-4A-08)

B.   Alterations and substitutions of food items and the shifting of the daily menu to another day in the cycle shall be allowed for in the Standardized Menu, at the discretion of the senior facility food service staff member, for the following reasons: (ACA 4-4328; 4-JCF-4A-08)

1.   Unavoidable changes due to spoilage or contamination;

a.   Substitutions should be equivalent in nutritional value and from the same food group.

2. Changes to accommodate purchasing patterns necessary to take full advantage of commodities;

3. Changes due to equipment failure; and/or,

4. Special holiday meal planning.

## IX. Purchase of Meals by Staff and Official Visitors

A. Staff members, guests and official visitors may purchase meals from the contractor at the cost established by the contractor unless personnel provisions have established preemptive policy and procedure.

1. Meals served to facility staff, guests, and official visitors shall consist of the same menu items, be of the same quantity and quality as those served to offenders.

2. Accurate records shall be maintained of all meals served. (ACA 4-4315; 4-JCF-4A-08, 4-JCF-4A-05)

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS REQUIRED

None.

## REFERENCES

K.S.A. 75-5210
IMPP 10-119, 12-131
ACI 4-4315; 4-4316; 4-4317; 4-4318; 4-4319; 4-4320; 4-4327; 4-4328
JCF 4-JCF-4A-03; 4-JCF-4A-04; 4-JCF-4A-05; 4-JCF-4A-06; 4-JCF-4A-07; 4-JCF-4A-08; 4-JCF-3B-05
NCCHC P-F-04; Y-F-02
*Recommended Dietary Allowances,* Tenth Edition, National Research Council, 1989

## ATTACHMENTS

| Attachment | Title of Attachment | Page Total |
|------------|---------------------|------------|
| A | KDOC Meal Evaluation Form | 1 page |

Attachment A, IMPP 10-106D
Effective 09-29-15

## KDOC Meal Evaluation Form

Date: _____    Evaluator: _____

Breakfast _____   Lunch _____   Dinner _____   Facility: _____   (Please Print Name & Title) Unit: _____   Restrictive Housing: ___ Y ___ N

| ITEM | YES | NO | COMMENTS |
|---|---|---|---|
| WAS TRAY NEATLY ARRANGED? | | | |
| DID SUPERVISOR SERVE ENTRÉE? | | | |
| **PORTIONS ADEQUATE PER MENU** | | | |
| ENTREE: | | | |
| POTATO/STARCH: | | | |
| VEGETABLE: | | | |
| DESSERT: | | | |
| BEVERAGE: | | | |
| OTHER ITEMS: | | | |
| **SUBSTITUTIONS** | | | |
| WERE THERE MENU SUBSTITUTIONS?   SPECIFY | | | |
| WERE THERE ANY RUNOUTS?   SPECIFY | | | |
| ARE MENU SUBSTITUTIONS RECORDED BY THE CONTRACTOR | | | |
| **FOOD TEMPERATURES** | | | |
| WERE HOT FOODS SERVED HOT?   SPECIFY | | | |
| WERE COLD FOODS SERVED COLD?   SPECIFY | | | |
| WAS FOOD TASTE APPROPRIATE TO THE ITEM? | | | |
| **FOOD SERVICE WORKERS** | | | |
| CLEAN AND IN PROPER UNIFORM? | | | |
| WEARING HAIR NET/HAT AND/OR BEARD NET? | | | |
| USING GLOVES? | | | |
| **DINING AREA** | | | |
| CLEAN AND SANITARY? | | | |

OFFENDER EVALUATION:  Did offenders generally like the meal? _____ Yes _____ No  COMMENTS:

CC:   Contract Food Service Director
Facility Warden/Superintendent or Designee

# KANSAS DEPARTMENT OF CORRECTIONS

| **I**NTERNAL | **SECTION NUMBER** | **PAGE NUMBER** |
|---|---|---|
| **M**ANAGEMENT | 10-119D | 1 of 7 |
| **P**OLICY AND | **SUBJECT:** | |
| **P**ROCEDURE | **PROGRAMS AND SERVICES:  Medical and Religious Diets and Vegetarian Alternative Diet** | |

| **Approved By:** | | |
|---|---|---|
| | **Original Date Issued:** | **03-08-16** |
| | **Replaces Version Issued:** | **03-08-16** |
| **Secretary of Corrections** | **CURRENT VERSION EFFECTIVE:** | **12-12-17** |

| **APPLICABILITY:** | _ **ADULT Operations Only** | _ **JUVENILE Operations Only** | **X DEPARTMENT-WIDE** |
|---|---|---|---|

## POLICY STATEMENT

Offenders at any facility within the Department of Corrections may receive or refuse medical and/or dental diets. (ACI 4-4316, 4-4317, 4-4318, NCCHC P-F-02, Y-F-02)

All modified diets shall be consistent with instructions developed and authorized by a registered dietician and in accordance with the provisions of IMPP 10-106D.

The Health Care Practitioner shall be responsible for determining an individual offender's medical need for a diet that deviates from the standardized menu.  Such a medical diet shall be provided only upon prescription by the Health Care Practitioner.

Nutrition and medical diets are provided that enhance offender health and are modified when necessary to meet specific requirements related to clinical conditions.

Offenders approved for modified diets shall be identified through the use of a two (2) or three (3) character alphabetical or alphanumeric code enclosed in a black bordered box on the front of their offender identification badges.  Implementation procedures shall be specified in General Orders.

## DEFINITIONS

Chronic Care Clinic:  That portion of medical services in the facility that treats chronic illnesses by use of preventive medical care, monitoring the patient's condition, and educational efforts.

Director of Health Care Services:  Acts as the administrative health authority for the Department.  This position manages health care systems, directs the health care services model, and has final approval on all policies and procedures in the health care system.

Facility Health Authority:  The Health Services Administrator responsible for the provision of health care services at a facility.  The Health Services Administrator works under the direction of the Regional Medical Director and the Regional Vice President or designee administratively.

Health Care Practitioner:  A person who has met the requirements of and is engaged in the practice of medicine, dentistry or nursing.

Medical Diet:  A diet with certain specific items included or excluded as prescribed by KDOC facility medical or dental personnel for medical purposes.

Modified Diets: Diets most commonly prescribed to meet offenders' medical, dental, therapeutic or religious needs, developed from written instructions provided by the treating physician, dentist, facility health authority, and/or chaplain and which conform as closely as possible to the standardized menu. More specific modified diets are prescribed as individualized diets.

Religious Diet: A diet based on a program intended to comply with religious dietary requirements.

Vegetarian Alternative Diet: A diet approved by a registered dietitian, that contains a meal pattern consisting of nuts, vegetables, fruits, legumes, grains, eggs and milk products.

## PROCEDURES

I.   **Medical Modified Diets**

A.   The Regional Medical Director shall be responsible for determining the types of medical diets as approved by the Director of Health Care Services, to be made available to offenders.

1.   Unless a facility obtains its food service from another governmental agency, all medical diets prescribed shall be consistent with the standardized menu modified diets and:

a.   Be specific;

b.   Be kept as simple as possible;

c.   Conform as closely as possible to foods served other offenders; and,

d.   Meet the medical needs of the offender.

2.   In those instances when food service is obtained from another governmental agency, the facility shall accommodate the need for a medical diet to the extent possible within the menu plan of the providing agency.

3.   Before a medical diet prescribed by the facility health authority goes into effect:

a.   The offender shall sign the Consent to Submit to Treatment by Medical Diet form (Attachment A). (ACI 4-4397, 4-JCF-4C-44, NCCHC P-I-05)

(1)   The medical diet shall begin no later than twenty-four (24) hours after the execution of the consent form.

b.   The facility health authority shall, within 24 hours, complete the Medical Diet Order form (Attachment B) and provide a copy, along with the medical diet list, to the facility's chief of security or warden/superintendent's designee and food service manager.

c.   The effective period of the medical diet shall be specifically set out in the consent form and the Medical Diet form by the facility health authority or designee and shall be documented in the offender's health record in accordance with this IMPP.

(1)   The effective period of the medical diet shall not exceed 90 days.

B.   Any deviation from the standard modified medical diets must be approved by the Regional Medical Director.

II.  **Religious Modified Diets**

A.   The chaplain shall be responsible to approve offender requests for modified diets to comply with religious dietary laws and shall maintain a current list of offenders approved to receive such modified diets. (ACO 2-5E-01; ACI 4-4319)

B.      Unless a facility obtains its food service from another governmental agency, all religious diets shall be consistent with the approved religious diet menu.

   1.    In those instances when food is obtained from another governmental agency, the facility shall accommodate the offender's request for a religious diet to the extent possible within the menu plan of the providing agency.

C.      Offender requests for a religious diet shall be made via Form 9 to the chaplain.

D.      Approval of the request shall be based on the offender's declaration that he/she wishes to eat from the modified diet.

   1.    Each offender wishing to follow a religious diet shall sign a statement to that effect. (ACI 3-4372)

   2.    Each offender requesting a religious diet shall be advised that failure to adhere to the modified diet may result in the offender's removal from the modified diet program. Failure to adhere to the modified diet shall include taking a meal tray from or eating items from the standardized menu, or any menu other than that of the religious diet.

## III.   Vegetarian Alternative Diet

A.      The Chaplain, or other staff person designated by the warden/superintendent, shall be responsible to process and allow offender requests for the vegetarian alternative diet and shall maintain a current list of offenders approved to receive the vegetarian alternative diet.

B.      Offender requests for the vegetarian alternative diet shall be made via Form 9 to the chaplain or other designated staff.

C.      Approval of the request shall be based on the offender's declaration that he/she wishes to eat the vegetarian alternative diet.

   1.    Each offender requesting the vegetarian alternative diet shall be advised that failure to adhere to the vegetarian alternative diet may result in the offender's removal from the vegetarian alternative diet. Failure to adhere to the vegetarian alternative diet shall include taking a meal tray from or eating items from the standardized menu, the religious diet menu, or any menu other than that of the vegetarian alternative diet.

   2.    Offenders approved for the vegetarian alternative diet shall be served the vegetarian alternative diet prepared by food service at each meal.

## IV.   Implementation Procedures

A.      Offenders approved for a modified diet for medical or religious reasons shall be served the modified diet prepared by food service at each meal.

   1.    Such offenders shall not have the option of eating from the regular menu during the period the individual is placed on the modified diet list unless and until that offender executes a refusal of medical treatment pursuant to Section V. of this IMPP, or submits a request to the chaplain regarding a desire to terminate the modified diet for religious reasons.

      a.    Offenders who are removed or who elect to withdraw from the modified diet for religious reasons must wait 90 days before requesting readmission to the modified diet.

      b.    The third time a given offender is removed or elects to withdraw from the modified diet for religious reasons, the offender must wait six (6) months before requesting readmission to the modified diet.

     c.    The fourth time a given offender is removed or elects to withdraw from the modified diet for religious reasons the offender must wait one (1) year before requesting readmission to the modified diet.

B.    Within 24 hours of receiving a list of offenders approved for modified diet from the facility health authority or chaplain or for the vegetarian alternative diet from the chaplain or other designated staff, the food service manager shall forward a copy of the list to the chief of security or his/her designee to facilitate preparation or modification of the offenders' I.D. badges to reflect a modified diet or vegetarian alternative diet.

    1.    Offenders who have been placed on a medical diet and have consented to that item of medical treatment, a religious diet, or a vegetarian alternative diet shall be identified by a coded printed dietary symbol on the offender's identification badge.

    2.    Offenders shall be served the diet indicated on the identification badge.

C.    General Orders shall establish procedures for:

    1.    The coding of offender I.D. badges, including responsibilities for the initial issuance of the coded identification badges;

    2.    Notification to the chief of security (or warden's or superintendent's designee) and the food service manager, within a 24-hour period, of all modified diets for medical or religious purposes or for purposes of a vegetarian alternative diet;

    3    Preparation of the type of diet for each offender, a beginning date and/or meal, and a termination date, if known;

    4.    Process for the removal of an offender from a modified or alternative diet and for communicating that removal to applicable facility staff and/or chaplain;

    5.    Process for communicating and/or ensuring that medical diet designations follow the offender when transferred to a different facility; and,

    6.    The method of serving such meals to offenders, if special service or assistance is required due to the offender's condition.

D.    General Orders shall establish procedures that ensure that the chief of security or designee:

    1.    Receives lists of offenders' names that require a coded-symbol to designate a modified diet for medical or religious preference purposes or for a vegetarian alternative diet;

    2.    Ensures the timely contact with offenders to issue identification badges bearing the appropriate coded symbol prior to the beginning date/meal indicated, per written instructions from the facility health authority, chaplain, or other designated staff; and,

    3.    Ensures the reissue of offender identification cards within 24 hours of the notification by the facility health authority, chaplain, or other designated staff to terminate an offender's medical or religious diet or vegetarian alternative diet.

        a.    Receives lists of offenders' names which require a coded symbol to designate a religious preference requiring a modified diet.

        (1)    The contact with offenders for religious preference indicators should be made within 24 hours of the written notification by the facility chaplain.

E.    The following codes shall be used for medical, religious, and vegetarian alternative diets.

1.      Medical diets shall always be identified by a two (2) or three (3) character alphanumeric code enclosed in a black bordered box on the front of the offender identification badge.

   a.      Cardiac – CA

   b.      Diabetic 2800 calories (3 meals + evening/PM snack) – D28

   c.      Diabetic 2500 calories (3 meals + evening/PM snack) – D25

   d.      Diabetic 2200 calories (3 meals + evening/PM snack) – D22

   e.      Diabetic 1800 calories (3 meals + evening/PM snack) – D18

   f.      Pregnancy (includes snack) – PR

   g.      GI (Gastro-Intestinal) Soft/Bland – SO GI

   h.      Dental Soft – SO D

   i.      High Fiber - HF

   j.      High Protein / High Calorie (includes snack) – HP

   k.      Renal Pre-Dialysis – RD1 (Restricted Protein)

   l.      Renal Dialysis – RD2 (Increased Protein)

   m.      Full Liquid (Broken Jaw) Diet - FL

   n.      Clear Liquid Diet - CL

   o.      Severe Food Allergy Diet – SFA

   p.      Milk Intolerance Diet – MI

   q.      Finger Food Diet – FF

   r.      Gluten Restricted Diet – GR

   s.      Hospice - HO

2.      Approved Medical and Religious combined diets are referenced on the Medical and Religious Diet Combination Matrix and shall be identified by the following codes:

   1.      Diabetic 1800/Religious Diet – D18 REL

   2.      Diabetic 2200/Religious Diet – D22 REL

   3.      Diabetic 2500/Religious Diet – D25 REL

   4.      Diabetic 2800/Religious Diet – D28 REL

   5.      Cardiac/Religious Diet (no snack) – CA REL

   6.      Pregnancy/Religious Diet – PR REL

   7.      High Calorie High Protein/Religious Diet – HP REL

3.    Religious diets shall always be identified by the three (3) character alphabetical code "REL" enclosed in a black bordered box on the front of the offender identification badge:

4.    A vegetarian alternative diet shall always be identified by the two (2) character alphabetical code "VE" enclosed in a black bordered box on the front of the identification badge.

F.    When an offender ID badge with a printed dietary symbol is initially issued or reissued, the offender's previous badge shall be retrieved from the offender and either destroyed or maintained in a secure area for possible reissue/reuse at a later time.  Procedures for the issuance, retrieval, and disposition of retrieved badges shall be established by General Order.

## V.    Refusal of Treatment by Medical Diet

A.    Each offender shall have the right to refuse a medical diet as an item of medical treatment pursuant to IMPP 10-127D.

B.    In the event an offender elects not to consent to the medical diet, the offender shall be asked to execute a Refusal to Submit to Treatment by Medical Diet Form (Attachment C).

1.    If the offender refuses to sign, staff shall write "Refused to Sign" in the offender's signature block; the staff member making such a notation shall sign the form as a witness to the offender's decision.

(a)    **JUVENILE:**  The offender's parent or legal guardian shall be contacted in the event he/she refuses a medically prescribed diet.

2.    The refusal form, signed or unsigned by the offender, shall be filed in the offender's health record.

C.    The refusal shall become effective not later than 24 hours after the offender executes the refusal form.

1.    In the event an offender has previously executed a consent form and is partaking of a medical diet, the offender shall be required to continue with the medical diet for 24 hours after the offender's execution of the refusal form.

2.    The facility health authority shall provide immediate written notification to the facility chief of security and the food service manager to:

a.    Ensure the removal of the offender's name from the food service department's list of medical diets.

D.    If an offender refuses medical treatment by medical diet for any condition, such refusal shall not waive the right to other medical care for the same condition, and the offender shall continue to be entitled to such necessary medical care, including medication or otherwise, unless a Refusal of Treatment form, pursuant to IMPP 10-127D, is executed by the offender.

E.    If an offender refuses medical treatment by medical diet, food service staff shall be informed of the offender's refusal, pursuant to procedures established by General Order.

F.    If an offender refuses medical treatment by medical diet and executes a refusal form pursuant to section V.B. above, the offender shall be bound by that refusal form and that decision until the next examination by the facility health authority who recommended the medical diet.

G.    If an offender indicates the intent to refuse treatment by medical diet, the facility health authority or designee shall counsel the offender about the consequences of refusing the medical diet and shall explain to the offender that other medical care may or will be less effective without the medical diet.

1.  An offender may at any time be referred for behavioral health counseling in circumstance where it may be beneficial to the offender in their decisions regarding the medical diet. Referral shall be completed in accordance with established medical and behavioral health policy and procedure.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS REQUIRED

None.

## REFERENCES

K.S.A. 65-28,101, *et seq.*
IMPP 10-106D, 10-127D
ACO 2-5E-01
ACI 3-4372, 4-4316, 4-4317, 4-4318, 4-4319, 4-4397
JCF 4-JCF-4A-06, 4-JCF-4C-44
NCCHC P-F-02, P-I-05, Y-F-02, Y-I-04

## ATTACHMENTS

| Attachment | Title of Attachment | Page Total |
|------------|---------------------|------------|
| A | Consent to Submit to Treatment by Medical Diet | 1 page |
| B | Medical Diet Order form | 1 page |
| C | Refusal to Submit to Treatment by Medical Diet | 1 page |

Attachment A, IMPP 10-119D
Effective 12-12-17

**CONSENT TO SUBMIT TO TREATMENT BY MEDICAL DIET**

DATE: _____     TIME: _____, _____.M.

      I have been advised by HCP _____ that it is necessary for me to undergo medical treatment by medical diet for the condition of _____during the time period from _____ to _____.

      I understand that this medical diet will not go into effect for twenty-four (24) hours from the time I sign this consent form.

      The effect and nature of this treatment have been explained to me.  Further, I have been advised that my refusal of this medical care by medical diet will not cause me to waive other medical care for the above identified condition.

      I hereby agree and consent to the medical diet prescribed, and hereby agree, by my signature below, to follow said medical diet, and to select said special diet at mealtime in lieu of regular menu meals.  I reserve the right to refuse further medical treatment or surgical treatment for said condition without further consent.


_____
Offender

KDOC #: _____


WITNESS: _____

Attachment B, IMPP 10-119D
Effective 12-12-17

## MEDICAL DIET ORDER FORM

### KANSAS DOC MEDICAL ORDER FORM

INMATE'S NAME (LAST NAME, FIRST NAME)     INMATE'S DOC NUMBER

INMATE'S BIRTH DATE                       INMATE'S LOCATION

DIET START DATE                           DIET END DATE

Code

| | Code | |
|---|---|---|
| ☐ | CA | CARDIAC DIET |
| ☐ | D18 | 1800 DIABETIC / CALORIE CONTROLLED DIET (SNACK INCLUDED) |
| ☐ | D22 | 2200 DIABETIC / CALORIE CONTROLLED DIET (SNACK INCLUDED) |
| ☐ | D25 | 2500 DIABETIC / CALORIE CONTROLLED DIET (SNACK INCLUDED) |
| ☐ | D28 | 2800 DIABETIC / CALORIE CONTROLLED DIET (SNACK INCLUDED) |
| ☐ | SO GI | GI (Gastro-Intestinal) SOFT DIET |
| ☐ | PR | PREGNANCY DIET (SNACK INCLUDED) |
| ☐ | HP | HIGH PROTEIN / HIGH CALORIE DIET (SNACK INCLUDED) |
| ☐ | HF | HIGH FIBER |
| ☐ | SO D | DENTAL SOFT |
| ☐ | RD1 | RENAL PRE-DIALYSIS (Restricted Protein) DIET |
| ☐ | RD2 | RENAL DIALYSIS (Increased Protein) DIET |
| ☐ | CL | CLEAR LIQUID DIET |
| ☐ | MI | MILK INTOLERANCE DIET |
| ☐ | FL | FULL LIQUID (BROKEN JAW) DIET |
| ☐ | FF | FINGER FOODS DIET |
| ☐ | GR | GLUTEN RESTRICTED DIET |
| ☐ | SFA | SEVERE FOOD ALLERGY DIET |
| ☐ | HO | HOSPICE |
| ☐ | | OTHER _____ |

Comment:

_____

_____

_____

AUTHORIZATION SIGNATURE

DATE REQUESTED

Revised 6/17

### REFUSAL TO SUBMIT TO TREATMENT BY MEDICAL DIET

DATE: _____          TIME: _____, _____.M.

     I have been advised by HCP _____ that it is necessary for me to undergo

medical treatment by medical diet for the condition of _____, during the

time period from _____ to _____.

     The effect and nature of this treatment have been explained to me.  Further, I have been advised that my

refusal of this medical care by medical diet does not constitute a waiver of other medical care or treatment for the

above identified condition.

     Although my failure to follow the advice I have received may seriously imperil my life or health, and

although I have been counseled about the potential decreased effectiveness of other medical care for this

condition in the absence of this medical diet, I nevertheless refuse to submit to the recommended treatment of a

medical diet for the condition stated.  I assume the risks and consequences involved and release the above-named

physician, the _____, the Kansas Department of Corrections, the Kansas
                                       (Name of Facility)

Department of Corrections' Health Care Provider, and their agents and employees from any liability.

     I have been informed and hereby acknowledge that I understand that this refusal does not go into effect for

twenty-four (24) hours from the time I sign this form.  If I have previously consented to a medical diet, I must

continue to follow that diet for twenty-four (24) more hours.  I have been informed and further acknowledge that I

understand that I shall be bound by the refusal of treatment by medical diet until the next scheduled examination

by the health authority who recommended the medical diet.


                                   _____
                                   Offender

                                   KDOC #: _____

WITNESS: _____

WITNESS: _____