**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **CHRISTOPHER ADAM ERWIN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case. No. 22-3170-JWL** |
| **JEFF ZMUDA, *et al.*,** | ) | |
| **Defendants.** | ) | |

**DECLARATION OF DARCIE HOLTHAUS**

I, Darcie Holthaus, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. My name is Darcie Holthaus, a Corrections Manager for the Kansas Department of Corrections ("KDOC"). As part of my duties, I act as the designee for the Secretary of Corrections for the purpose of reviewing inmate grievance appeals from the correctional facilities statewide and also for receiving emergency grievances filed by inmates to decide if an emergency exists.

2. I have been employed in the above capacity since April 8, 2021. I replaced Douglas Burris, who completed similar duties before retiring in 2021. Burris' records and files related to serving as the Secretary's inmate grievance appeal designee remained with the KDOC after his retirement and are business records of the KDOC.

3. Although not grievance appeals, I have identified four instances in which I, or Burris corresponded with Mr. Erwin regarding food service.

4. On October 27, 2020 Burris wrote Mr. Erwin acknowledging he received Erwin's correspondence, Form 9s and a letter requesting a copy of the 2800 calorie menu, nutritional information of the 2800 calorie menu and a change in the contents of his snack pack. Burris noted Mr. Erwin had failed to exhaust the grievance procedure before contacting the Secretary of Corrections and returned his material so that he could properly do so. (Exhibit 1)

5. On February 20, 2020 Burris again wrote to Erwin regarding a food service grievance. Burris indicated although records showed Erwin filed a food service grievance with Aramark, which was answered, he had not filed an appeal to the Secretary. (Exhibit 2)

6. On August 10, 2021 I responded to Erwin after he send a letter to the Secretary regarding medical staff and receiving insulin. Holthaus pointed out that his grievance was still awaiting a response from the Warden and contacting the Secretary was premature. (Exhibit 3)

7. On May 27, 2021 I again responded to Erwin regarding a letter of complaint he'd sent regarding his insulin, blood sugar, staffing, and the content of his meals. She returned his letter to him without a response due to it not following the regulatory grievance process. (Exhibit 4)

8. I do not know Mr. Erwin nor do I have any involvement with his care at the El Dorado Correctional Facility. The correspondence I have had with Mr. Erwin was

within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 01, 2023.

Darcie Holthaus, Corrections Manager
Kansas Department of Corrections

714 S.W. Jackson St., Suite 300
Topeka, KS 66603




Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

October 27, 2020

TO: 0123078 ERWIN, CHRISTOPHER

El Dorado Correctional Facility

RE: Correspondence

I received your correspondence that included Form 9s and a letter with complaints about food service.

However, you did not exhaust your grievance procedure administrative remedy. You need to utilize the grievance procedure at the facility level first.

For your reason, your correspondence is being returned so you can follow the appropriate grievance procedure.

Sincerely,

Douglas W. Burris
Corrections Manager, Risk Management

cc: Correspondence
Warden Cline
w/attachments

EXHIBIT 1



714 S.W. Jackson St., Suite 300
Topeka, KS 66603




Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

February 27, 2020

TO: 0123078 ERWIN, CHRISTOPHER

El Dorado Correctional Facility

RE: Correspondence

I received your letter asking for a status update for your grievance concerning Aramark.

Records show that you filed a food service grievance at the facility on 2/25/20. It was answered at EDCF on 2/26/20.

Your current letter arrived at the Central Officer on 2/27/20 but I have no evidence of a grievance as of this date.

If your grievance arrives for appeal at the Central Office, it will be reviewed, and you will receive a timely response.

You have filed a medical grievance that was received at the Central Office. This was answered on 2/5/20 and returned to the facility.

Sincerely,

Douglas W. Burris
Corrections Manager, Risk Management

cc: Correspondence
Warden Cline
w/attachments

EXHIBIT 2

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Roger Werholtz, Secretary

Kansas
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Laura Kelly, Governor

August 10, 2021

TO: 123078 Erwin, Christopher

El Dorado Correctional Facility

RE: Correspondence

I received your letter regarding your grievance from 7/13/21. The grievance was sent to the Warden who has asked for information from medical staff. Your grievance is in the process of being investigated and answered, at times you may need to give the system some additional time to work. I understand for that to happen you need to be made aware that it is still being processed and communication must happen.

There have been delays with your grievance, but they are for cause; therefore, your appeal is being returned to you unanswered. When your grievance is returned to you, you will have the opportunity to appeal the Warden's decision at that time.

Sincerely,

Darcie Holthaus CMII
Facility Management

cc: Correspondence
Warden Butler
w/attachments

EXHIBIT 3

714 S.W. Jackson St., Suite 300
Topeka, KS 66603




Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

May 27, 2021

TO: 0123078 Erwin, Christopher

El Dorado Correctional Facility

RE: Correspondence

I received your letter of complaint regarding staff and your medical condition.

Due to this being an informal letter and not a grievance, I am returning this letter to you without response to the content.

Sincerely,

Darcie Holthaus CMII
Facility Management

cc: Correspondence
Warden Butler
w/attachments

EXHIBIT 4