In The United States District Court
For The District Of Kansas

Christopher Adam Erwin
          Plantiff,

v

Jeff Zmuda, et al.,
          Defendants

Case No.
22-CV-3170-JWL

Motion RE Time Extension For Order
To Show Cause (2nd Attempt)

Comes now, Christopher Adam Erwin Pro Se
Plantiff, in regards to this Court's order
to show cause on June 15, 2023 with a
deadline of July 17, 2023.

Plantiff Erwin is requesting an extension
of 30 days to comply with this Court's order
to show cause for this Case for several
reasons:

1) Plantiff Erwin Requested 24 hours worth of
time to view the medical records defense
counsel attached in Exhibit 3 in the
Martinez Report ordered by this court on
February 10, 2023.

pg. 2 of 3

Plaintiff Erwin viewed medical records on June 23, 2023 for about 2.5 hours and again on June 29, 2023 for about 3 hours, then on July 6, 2023 for about 3 hours. KDOC say they are limited in their ability to allow me the 24 hours requested in a faster time frame.

2) Plaintiff Erwin did not recieve the Order To Show Cause until June 22, 2023, even though it was issued on June 15, 2023. This deprived Plaintiff Erwin of a weeks worth of time to prepare the Order.

3) Plaintiff Erwin is working diligently on completing this court's order but due to the complexity of fixing the defficiencies cited by the court, and the slow pace of cooperation by KDOC staff in allowing the viewing of the aforementioned medical records, more time will be required.

4) In the interests of justice, Plaintiff Erwin requests 30 calendar days in addition to the original 30 days to complete the Order

To Show Cause, which would create a new deadline of August 16, 2023. More time beyond that will not be required.

Thank you in advance for your cooperation and understanding.

<u>Verification</u>

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

7/11/2023
Christopher Adam Erwin #123078
Christopher Adam Erwin
1737 SE Hwy 54 PO Box 311
El Dorado, Kansas 67042