IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER ADAM ERWIN,

    **Plaintiff,**

    v.                    CASE NO. 22-3170-JWL

JEFF ZMUDA, et al.,

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed in forma pauperis. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. On June 15, 2023, the Court entered a Memorandum and Order to Show Cause (Doc. 20) ("MOSC") granting plaintiff until July 17, 2023, in which to show good cause why Plaintiff's Second Amended Complaint should not be dismissed for the reasons set forth in the MOSC. This matter is before the Court on Plaintiff's Motion for Extension of Time (Doc. 21).

Plaintiff seeks a 30-day extension of time to respond to the MOSC. Plaintiff indicates that he has been reviewing medical records to prepare his response. The Court will grant the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Extension of Time (Doc. 21) is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff is granted until **August 16, 2023,** in which to show good cause, in writing to the undersigned, why Plaintiff's Second Amended Complaint should not be dismissed for the reasons stated in the Court's MOSC at Doc. 20. Failure to

respond by the deadline may result in dismissal of this case without further notice for failure to state a claim.

**IT IS SO ORDERED.**

**Dated July 14, 2023, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**