In The United States District Court
For The District Of Kansas

pg. 1 of 5

Christopher Erwin #123078
    Plantiff,

v

Jeff Zmuda, et al.,
    Defendants

Case No:
22-CV-3170-

FILED
SEP 05 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

Motion Requesting Extension Of Time To File Order To Show Cause Ordered June 15, 2023

Comes Now, Christopher Erwin KDOC#123078, Pro Se Plantiff, in regards to this Court's Order To Show Cause ordered on June 15, 2023, original deadline of July 17, 2023, then multiple extensions with a current deadline of August 31, 2023.

Plantiff Erwin is requesting another extension of 14 days to comply with this Court's Order To Show Cause for good reasons:

A) On August 25, 2023 BCH at EDCF, where Plantiff Erwin resides, had an entirely new Unit Team assigned to it. UTM Henke and UTS Abel were assigned. John-Mark Henke has worked for KDOC as a Unit Team since at

least August 25, 2017. Gregory Abel has worked as a Unit Team since at least February 18, 2019. They both are experienced Unit Team but for some inexplicable reason are refusing to e-file Plantiff Erwin's motion for an extension of time for 14 days that originally was sent to them (3 pages) in a sheet protector, with a Form 9 properly filled out attached to the front of the sheet protector, signed and turned into their Unit Team mailbox in B1 on Sunday, August 27, 2023 at about 5:15am when CO Michelle Barker was making her rounds at Plantiff Erwin's cell door (B1-202, EDCF).

The previous Unit Team would have the motion filed, back to Plantiff Erwin, with a confirmation page from the Federal District Court Clerk confirming reciept of the motion, within a day usually, two days max on occassion. However, now 3 days have passed without any communication from Unit Team Supervisor Abel or Unit Team Manager Henke.

On August 29, 2023 at 19:56 Plantiff Erwin

sent UTS Abel and UTM Henke an e-Form 9, confirmation number 277472701 stating, "I turned in a three page motion to be filed by you electronically in Federal court. I turned in a sheet protector with a Form 9 taped to the front. I did this Sunday, August 27, 2023 in the morning. CO Michelle Barber turned it into your unit team box. I did this and did see her do this so I know it was turned in. I just wanted to check to make sure it got e-filed because my original deadline for my case was August 31. The motion I need filed is requesting a time extension of two weeks. Can you please make sure it got e-filed with the federal court so I don't get into trouble with them? Appreciate it. If I can also get a copy of the email confirmation sent by the federal district court clerk so I know it was received by the court I would also appreciate that. Please let me know."

Plantiff Erwin is unable to force Unit Team to e-file the Motion so is sending via USPS Mail on Wednesday, August 30, 2023 @ 5:03pm.

B) RE the need for more time, at the time of the last request it was believed the Order could be completed on time but the complexity of this case has caused further delays. A 3rd Amended Complaint is being prepared that complies with court rules and states a claim for which relief can be granted.

C) To date all court forms have been completed except C. Cause of Action (40% complete). Exhibit A: Exhaustion of Administrative Remedies; Exhibit B: Inmate Grievance Procedure; Exhibit C: Medical Diet Compliance And Timing; Exhibit D: Insulin/Accucheck Timing Issues And Analysis; Exhibit E: Commonly Accepted Medical Facts, Policies, And Practices; Exhibit F: Highlights Of Medical Records And My Notes; Exhibit G: Job Descriptions And Chain Of Command; Exhibit H: Blood Glucose History And Analysis have all been completed. Plantiff Erwin requests the 14 day extension to complete C. Cause Of Action (The Counts). The Court's patience is appreciated.

Respectfully,
Christopher Erwin KDOC #123078, Plantiff Pro Se

1737 SE HWY 54 PO Box 311
El Dorado, KS 67042

*Christopher [signature]*
8/30/2023
5:03pm